**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SABRINA WHITE,** | **CIVIL ACTION NO.: 3:21-cv-00634-BAJ-SDJ** |
| **Plaintiff** | **JUDGE BRIAN A. JACKSON** |
| **vs.** | **MAG. JUDGE SCOTT D. JOHNSON** |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON & THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | |
| **Defendants** | |

### DEFENDANTS' SUBMISSION OF ADMINISTRATIVE RECORD

Defendants Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company[1] ("Defendants") file Defendants' Submission of Administrative Record pursuant to the ERISA Case Order entered by the Court on January 18, 2022 (Document 19).

1.    Group Disability Income Policy (Lincoln/White 0001-0063).

2.    February 5, 2021, correspondence containing decision on appeal (Lincoln/White 0095-0106).

3.    The Administrative Record pertaining to LTD claim (Lincoln/White 0064-0094 and 0107-1325).

Dated this 1st day of March 2022.

Respectfully submitted,

---

[1]    The correct name of the Defendant in this action is The Lincoln National Life Insurance Company. The Lincoln National Life Insurance Company was previously a parent corporation of Lincoln Life Assurance Company of Boston, and Lincoln Life Assurance Company of Boston (f/k/a Liberty Life Assurance Company of Boston) was the issuer of the relevant life insurance policy. However, Lincoln Life Assurance Company of Boston has now merged with The Lincoln National Life Insurance Company. Accordingly, the named defendants in this action are one-in-the-same and "The Lincoln National Life Insurance Company" is the correct Defendant in this action.

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
rademaei@jacksonlewis.com
**LAW OFFICES OF IWANA
RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone:  (214) 579-9319
Facsimile:  (469) 444-6456
Email:  iwana@rademaekerslaw.com


- And -


*/s/ Lindsay Calhoun*
Christopher K. Ralston (Bar #26706)
Lindsay Calhoun (Bar #35070)
**PHELPS DUNBAR, LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email:  ralstonc@phelps.com
Email:  lindsay.calhoun@phelps.com

**COUNSEL FOR DEFENDANTS**


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was forwarded via Electronic Mail on the 1st day of March 2022, to the following counsel of record:

David C. Pellegrin
Email:  dpellegrin@pellegrinfirm.com


/s/  *Iwana Rademaekers*
Iwana Rademaekers