**Claim Coversheet Report**

| Find | Clear | Print | Save | New | Help |

Admin Notes   Claim   Class   Correspond   Doc List   Medical   SPELL Letters

Claim Number 7830485     Claim Last Updated 02/04/2021     Printed On 11/12/2021

Claimant Information

| | | | |
|---|---|---|---|
| Name | SABRINA L WHITE | SSN | Birth Date |
| Address | | Salary Amount $ 984.11 | Mode M |
| | | Date of Hire 11/10/2015 | |
| | | Last Work Date 08/08/2017 | |
| | | Federal Tax None | State Tax No |
| Phone | | Phys Demands Medium | |

JobDesc CUSTOMER HOST          _000782    _060816

| | | | |
|---|---|---|---|
| Claim Status | Closed | Status Reason Not TD Any Occ | Received Date 01/10/2018 |
| Disability Date | 08/09/2017 | Close Date 02/14/2020 | Reopen Date 02/14/2020 |
| Sick Days Left | 189 | Max Ben Date 12/02/2039 | RTW FT / PT |
| Ben Begin Date | 02/14/2018 | Apprv Thru Date 02/13/2020 | Gross Ben $ |

Diagnosis 1 Code/Desc M54.5     Low back pain

Diagnosis 2 Code/Desc M47.816     Spondylosis w/o myelopathy or radiculopathy, lumbar region

Policyholder Information

| | | | |
|---|---|---|---|
| Customer ID | 05 - 290765 | WALMART, INC. | |
| Subsidiary | WM00 | WALMART, INC. | |
| Location | 1266XXXX | FACILITY CODE 1266 | |

Symb GF     Numeral 01     Product LTD     Funding CON     Bank Y     Calcs Y     Cntr Eff 12/01/2010

Class A2     ALL FULL-TIME ACTIVE ELIGIBLE NON-PUERTO RICO HOURLY ASSOCIATES, EXCL

| | | | |
|---|---|---|---|
| Waiting Period: New/Mode-Current/Mode | 12 | Month  12  Month | Days in WRKWK |
| Elimination Period: Days/Type | 182 | Injury | COLA: Mode/Duration |
| Successive Period: Period/Mode | 6 | Month | SS Integration:Type/Value  FSS |
| Partial Disability Type/Pct | QRP+ | 7.00 | Survivor Ben Months/Wait Period  180 |

Non-Verifiable Symptoms Limit     Own Occupation Definition Limit 24     M/N Limit 24

Benefit %     Max Benefit $     Min Benefit $     Employer Contr %     Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date | |
|---|---|---|---|---|---|
| GF | 01 | LTD | A2 | 05/10/2016 | |

Additional Information:

EXHIBIT

_3, part 1_

Lincoln/White 0064

---

**Note Report**

| Report | Clear | Print | Help |
|--------|-------|-------|------|

AS Accom  AS Event  Add Note  Appeal  Claim  Coord Claim Note  Correspond  Doc List  Employee  Leave  Life Claim  Lve Addtl Info

Lve Correspondence  Lve Program  Lve Work Sched  Medical  Medical History  Note  SPELL Letters  Scheduled Pmt  Task Print  Task Rpt

Tasks

---

**Claim**

\* **Claim/Event/Leave Number** 7830485    **Accommodation Number** [          ]

**Note type:** [              ]

**Primary Sort Order**
- Note Type
- Note Number
- ● Note Date/Time
- Accm. No.

Sec
●

---

**11/09/2021 4:45 PM - CLAIM Note 147**
Claim/Event/Leave: 7830485
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [11/09/2021 - MAINELLI, DEBRA]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**04/06/2021 12:22 PM - CLAIM Note 146**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : FILE COPY
Text: [04/06/2021 - KEEFER, DAWN]REQUEST TO RESEND THE FILE COPY HAS BEEN COMPLETED AND FORWARDED TO THE EMAIL ADDRESS PROVIDED DPELLEGRIN@PELLEGRINFIRM.COM

**04/05/2021 12:14 PM - CLAIM Note 145**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : FILE COPY
Text: [04/05/2021 - KEEFER, DAWN]COMPLETE FILE COPY REQUEST HAS BEEN COMPLETED FOR CLAIM #7830485 VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED DPELLEGRIN@PELLEGRINFIRM.COM

**04/01/2021 2:20 PM - CLAIM Note 144**
Claim/Event/Leave: 7830485
NoteSubject : Appeal
Other Subject : STATUS
Text: [04/01/2021 - JOHNSON, CHARLES]RECD REQUEST FROM ATTY FOR A COPY OF FILE - SENT REQUEST TO ADMIN FOR THIS TO BE SENT

**02/23/2021 4:24 PM - CLAIM Note 143**
Claim/Event/Leave: 7830485
NoteSubject : Appeal
Other Subject : CALL FROM ASSOCIATE
Text: [02/23/2021 - JOHNSON, CHARLES]RECD A VCM FROM THE ASSOCIATE ABOUT THE APPEAL DECISION LETTER - RETURNED HER CALL - NO ANSWER - LEFT A MESSAGE THAT THE LETTER OUTLINES THAT BENEFITS REMAIN DENIED AFTER THE 2-13-2020 DATE - IF SHE HAS ANY OTHER QUESTIONS - PLEASE CALL ME BACK

**02/22/2021 9:39 AM - PHONE Note 98**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [02/22/2021 - HUFFMAN, BENJAMIN]ASC CALLED FOR STATUS. DCM ADV THAT APPEAL WAS UPHELD AND CLAIM WILL REMAIN CLOSED WITH NO FURTHER BENEFITS PAID OUT. DCM ADV ASC TO REFERENCE THE LETTER DATED 2/5/21 EXPLAINING THE APPEAL DECISION AS WELL AS THE STEPSSHE CAN TAKE FOR OTHER DISPUTE RESOLUTION OPTIONS

**02/19/2021 10:50 AM - PHONE Note 97**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [02/19/2021 - MURRAY, JENNIFER]ASC CALLED FOR STATUS UPDATE ON CLAIM. DCM ADVISED ASC THAT ARU UPHELD DENIAL AND MAILED HER A LETTER REGARDING THIS ON 2/4/2021. ASC THANKED, NFQ

**02/04/2021 2:48 PM - CLAIM Note 142**
Claim/Event/Leave: 7830485

---

Lincoln/White 0065

NoteSubject : Appeal
Other Subject : OUT
Text: [02/04/2021 - JOHNSON, CHARLES]MAINTAIN DENIAL

**02/04/2021 2:48 PM - CLAIM Note 141**
Claim/Event/Leave: 7830485
NoteSubject : Appeal
Other Subject : STATUS
Text: [02/04/2021 - JOHNSON, CHARLES]COMPLETED APPEAL REVIEW - BASED ON THE INFORMATION IN THE FILE AND THE PHYSICIAN PEER REVIEW AND ADDENDUMS - WHICH INCLUDED A DISCUSSION WITH MANAGER ARVENITIS - THE RECORDS SUPPORT THERE ARE IMPAIRMENTS - HOWEVER - SHEHAS THE CAPACITY TO PERFORM SOME ALTERNATIVE OCCUPATIONS - MAINTAIN DENIAL

**01/27/2021 3:42 PM - CLAIM Note 140**
Claim/Event/Leave: 7830485
NoteSubject : Appeal
Other Subject : CALL FROM EE
Text: [01/27/2021 - JOHNSON, CHARLES]RECD A VCM FROM THE EE - RETURNED HER CALL - WE DISCUSSED THE CURRENT STATUS - HER NEXT APPT'S ARE NOT UNTIL JULY - THEY KEEP ADDING MORE MEDS AND SHE IS VERY FATIGUED - INFORMED HER THAT I WILL DISCUSS WITH A MANAGER ABOUT WHAT THE NEXT STEPS WILL BE AND GET BACK IN TOUCH WITH HER

**01/26/2021 10:53 AM - PHONE Note 96**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject : ACD
Text: [01/26/2021 - SIMMONS, CHRISTINA]ASC CALLED SAYING THEY FOUND A CYST ON HER LIVER AND SHE IS NOW IN THE PROCESS OF GETTING A CT SCAN. THE CT SCAN HAS NOT BEEN APPROVED BY MEDICAID YET. ASC SAYS SHE HAS TREMOR AND SHE HAS AN APPT ON 7/13/2021 WITH NEUROLOGIST DR. AMER M. AWAD

**01/22/2021 10:01 AM - CLAIM Note 139**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [01/22/2021 - SRP041, SRP041]INVOICE RECEIVED FROM RELEASEPOINT. , INV #713391, IN THE AMOUNT OF $108.00 FOR MEDICAL RECORDS. INVOICE PAID IN FULL.

**12/31/2020 5:02 PM - CLAIM Note 138**
Claim/Event/Leave: 7830485
NoteSubject : Appeal
Other Subject : STATUS
Text: [12/31/2020 - BERRY, STEPHANIE]FILE UNDER RTR. TOLLING. DUE DATE 1/29.

**12/31/2020 5:02 PM - CLAIM Note 137**
Claim/Event/Leave: 7830485
NoteSubject : LTR to EE
Other Subject : RE RTR
Text: [12/31/2020 - BERRY, STEPHANIE]YOUR FILE IS STILL UNDER APPEAL REVIEW. THE PURPOSE OF THIS LETTER IS TO ACKNOWLEDGE AND GRANT YOUR REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO THE LETTER AND REPORTS SENT TO YOU ON DECEMBER 17, 2020. WE WILL GRANT AN EXTENSION TO THE JANUARY 8, 2021 DEADLINE TO JANUARY 29, 2021. UNDER ERISA, THE PERIOD FOR MAKING A BENEFIT DETERMINATION SHALL CONTINUE TO BE TOLLED (SUSPENDED) FROM THE DATE THE DECEMBER 17, 2020 LETTER UNTIL WE RECEIVE A TIMELY RESPONSE. UPON RECEIPT OF YOUR RESPONSE, WE WILL PROMPTLY COMPLETE OUR REVIEW AND RENDER A DETERMINATION ON YOUR APPEAL. IF YOUR RESPONSE IS NOT RECEIVED BY JANUARY 29, 2021, WE WILL RENDER A DETERMINATION BASED ON THE INFORMATION CONTAINED IN YOUR FILE.

**12/31/2020 5:01 PM - PHONE Note 95**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject : C/B
Text: [12/31/2020 - BERRY, STEPHANIE]EE CALLED LM 3:17 PM 12/31 FOR ARC. ARC OUT OF THE OFFICE AND I'M COVERING. C/B AND SPOKE TO EE. SHE HAS LETTER AND REPORTS. SHE WANTED TO CONFIRM WE REC'D INFO FROM OSCHER. CONFIRMED 300 PAGES REC'D 12/1. SHE NEEDS MORE TIME TO GET ADDL INFO IN. SHE HAS TREMORS IN HAND AND FELL TODAY AGAIN. HAS APPT TO SEE DR TOMORROW. ALSO F/U W/ DR MOUKAREL FOR INJECTION KNEES 1/7. DR MOUKAREL HAS REFERRED HER TO NEUROLOGIST BUT THAT APPT DATE HASN'T BEEN GIVEN TO HER YET. ALSODEATH ON DAUGHTERS FATHERS SIDE OF FAMILY THAT THEY'VE BEEN DEALING WITH. INDICATED I CAN GRANT EXTENSION OF 1/8 DEADLINE. I'LL SEND LETTER SHORTLY TO CONFIRM. IF STILL ? OR CONCERNS, F/U BACK UP WITH ASSIGNED ARC.

**12/16/2020 3:23 PM - CLAIM Note 136**
Claim/Event/Leave: 7830485
NoteSubject : Appeal
Other Subject : STATUS
Text: [12/16/2020 - JOHNSON, CHARLES]REVIEWED PEER REVIEW AND TSA - SENT TO ASSOCIATE FOR RIGHT TO REVIEW

Lincoln/White 0066

**12/16/2020 11:07 AM - CLAIM Note 135**
Claim/Event/Leave: 7830485
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [12/16/2020 - MILLER, JASON]THIS TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS WITHIN THE INSURED S PHYSICAL ABILITIES AND THEIR IDENTIFIED SKILL LEVEL. THE OCCUPATIONS MEET THE INSURED S GAINFUL AMOUNT OF $590.47 PER MONTH IN THE NATIONAL ECONOMY.

**12/15/2020 8:52 PM - CLAIM Note 134**
Claim/Event/Leave: 7830485
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 12/15/2020-REFERRAL RECEIVED BY VCM AND ASSIGNED TO MILLER, JASON. CLAIM/AS EVENT IS PENDING REVIEW.

**12/14/2020 1:16 PM - CLAIM Note 133**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [12/14/2020 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 12/09/2020 AND DATED 12/09/2020 FROM GENEX. INV# BOCA 97116, IN THE AMOUNT OF $515.00 FOR ADDENDUM PEER REVIEW PERFORMED BY JORDAN A KLEIN, MD WITH A SPECIALTY OF PMR/PAIN MANAGEMENT. PAID INVOICE INFULL

**12/09/2020 8:51 PM - CLAIM Note 132**
Claim/Event/Leave: 7830485
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 12/9/2020 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**12/09/2020 2:51 PM - CLAIM Note 131**
Claim/Event/Leave: 7830485
NoteSubject : Appeal
Other Subject : VENDOR PAYMENT
Text: [12/09/2020 - JOHNSON, CHARLES]REFERRED FOR PROCESSING - TO ECN FOR PMR ADDENDUM

**12/09/2020 2:16 PM - CLAIM Note 130**
Claim/Event/Leave: 7830485
NoteSubject : Appeal
Other Subject : CALL FROM ASSOCIATE
Text: [12/09/2020 - JOHNSON, CHARLES]ASSOCIATE CALLED TO DISCUSS THE STATUS - WE HAVE THE ADDENDUM AND ARE REQUESTING UPDATED VOC ASSESSMENT - SHE SAID SHE WENT TO THE DOCTOR TODAY AND THEY DID SOME TEST WITH NEEDLES, SHE HAS SCIATIC PAIN AND IS GOING TO SEE DR. MOUKARZEL TOMORROW - SHE WILL HAVE HIM SEND THAT NOTE IN - SHE IS ALSO BEING REFERRED TO PAIN MANAGEMENT AS SHE IS WALKING WITH A CANE NOW - THERE IS CONSTANT PAIN - WHICH MUSCLE RELAXERS TO HELP

**12/07/2020 11:41 AM - PHONE Note 94**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [12/07/2020 - KENNEDY, KRISTY]ASC CALLED FOR STATUS OF CLAIM, DCM CONFIRMED UNDER REVIEW, ASC REQUESTED TO SPEAK WITH ARC. DCM ATTEMPTED TO TRANSFER BUT LINE DISCONNECTED. DCM CALLED ASC BACK AND ADVISED WILL REACH OUT TO ARC FOR CALL BACK WITH UPDATE ON STATUS. ASC THANKED, ADVISED NO FURTHER QUESTIONS.

**12/02/2020 8:12 AM - CLAIM Note 129**
Claim/Event/Leave: 7830485
NoteSubject : Appeal
Other Subject : STATUS
Text: [12/02/2020 - JOHNSON, CHARLES]RECD AND REVIEWED THE ADDITIONAL NOTES FROM OSCHNER CLINIC - FORWARDED TO ECN FOR ADDENDUM

**11/19/2020 1:18 PM - PHONE Note 93**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [11/19/2020 - AVRETT, MARY]EE CALLED AND ASKED IF ANY ONE CALLED HER DOCTORS. ADVISED REQUESTED MED RECS FROM OSCHNER. SHE ADVISED SHE DOES'T THINK THEY ARE GOING TO JUST GIVE THEM OUT. SHE MAY GO TO THE PLACE WHERE THEY ARE LOCATED AND ASKED FORCOPIES. SHE WANTED TO KNOW THE TIME PERIOD WE ARE REQUESTING AND I ADVISED 2/14/20 TO THE PRESENT. SHE ADVISED THEY ARE STILL DOING THINGS FOR HIP AND BACK AND STUFF. ADVISED HER THAT HER APPEALS CONSULTANT WILL RETURN ON MONDAY IF SHE NEEDS ANYTHING ELSE.

**11/10/2020 2:07 PM - PHONE Note 92**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject :
Text: [11/10/2020 - AVRETT, MARY]EE CALLED AND LEFT A MESSAGE IN VM ASKING FOR A RETURN CALL. WHAT DO WE

Lincoln/White 0067

Text: [11/10/2020 - AVRETT, MARY]EE CALLED AND LEFT A MESSAGE IN VM ASKING FOR A RETURN CALL. WHAT DO WE NEED FROM THE DOCTOR. RETURNED HER CALL AND LEFT A MESSAGE IN VM ADVISING I WAS RETURNING HER CALL ON BEHALF OF HER APPEALS CONSULTANT. I HAVE REQUESTED MEDICAL RECORDS FROM OSCHNER CLINIC AS RECORDS SHE IS PROVIDING ARE NOT OVN AND DON'T GIVE ACTUAL TREATMENT/EXAM INFO. ADVISED I WILL CALL HER WHEN THE RECORDS ARE RECEIVED AND PROVIDED MY CONTACT INFO IF SHE HAS ANY OTHER QUESTIONS.

**11/10/2020 12:53 PM - CLAIM Note 128**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [11/10/2020 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 11/06/2020 AND DATED 11/06/2020 FROM GENEX. INV# BOCA 95076, IN THE AMOUNT OF $200.00 FOR ADDENDUM PEER REVIEW PERFORMED BY JORDAN A KLEIN, MD WITH A SPECIALTY OF PMR/PAIN MANAGEMENT. PAID INVOICE INFULL

**11/09/2020 2:33 PM - PHONE Note 91**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [11/09/2020 - MURRAY, JENNIFER]ASC CALLED WANT TO KNOW WHAT INFO ARU REP IS NEEDING. ADVISED ASC THAT WHEN CLM IS WITH ARU, SHE WOULD NEED TO SPEAK WITH ARU REP REGARDING CLAIM. ASC NEEDS AN ANSWER BECAUSE HER BACK HURTS AND SHE CANNOT PLAY ANYMORE GAMES. ADVISED ASC THAT FROM LOOKING AT THE CLAIM NOTES, ARU REP CALLED DR DR. MOUKARZEL'S OFFICE THIS MORNING AT 225-754-3278 TO ATTEMPT TO SPEAK TO ASHLEY, LPN REFERRED TO IN ADDENDUM REVIEW. NO ONE ANSWERED IN OFFICE SO MESSAGE WAS LEFT ASKING FOR A RETURN CALL. ASC UNDERSTOOD, THANKED AND HAD NO FURTHER QUESTIONS

**11/09/2020 12:16 PM - PHONE Note 90**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject : UPDATES
Text: [11/09/2020 - COLEMAN, RHONDA]DCM RECEIVED A CALL FROM ASC, ASC WANTED TO KNOW THE STATUS OF HER CLAIM, DCM STATED THAT THE STATUS IS CLOSED, ASC WAS AWARE OF THE INFORMATION BUT WANTED TO KNOW IF ADCM HAD RECEIVED ANY DOCUMENTATION, DCM STATED NO MEDICAL HAS BEEN RECEIVED, SHE STATED THAT SHE WILL GO TO THE DOCTOR TODAY, THEY WILL BE CHECKING HER GROIN AND PELVIC ARE AND WILL CALL AFTER THE APPT. DCM THANKED ASC FOR THE INFORMATION AND WILL INFORM ADCM THE INFORMATION, CALL ENDED

**11/09/2020 9:38 AM - CLAIM Note 127**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : INVOICE
Text: [11/09/2020 - AVRETT, MARY]RECEIVED INVOICE FROM ECN DATED 11/6/20. FORWARDED TO APPROPRIATE DEPT FOR PAYMENT

**11/09/2020 9:08 AM - PHONE Note 89**
Claim/Event/Leave: 7830485
NoteSubject : Called AP
Other Subject : DR. MOUKARZEL
Text: [11/09/2020 - AVRETT, MARY]CALLED DR. MOUKARZEL'S OFFICE AT 225-754-3278 TO ATTEMPTED TO SPEAK TO ASHLEY, LPN REFERRED TO IN ADDENDUM REVIEW. TRANSFERRED TO DR. MOUKARZEL'S OFFICE. NO ONE ANSWERED IN OFFICE SO MESSAGE WAS LEFT ASKING FOR A RETURN CALL AND I WAS ADVISED I WOULD RECEIVE A RETURN CALL SHORTLY.

**11/09/2020 8:58 AM - CLAIM Note 126**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : RELEASE PT
Text: [11/09/2020 - AVRETT, MARY]MED REC REQUEST SENT TO RELEASE PT FOR OSCHNER CLINIC RECORDS

**11/09/2020 8:57 AM - CLAIM Note 125**
Claim/Event/Leave: 7830485
NoteSubject : Peer Review
Other Subject : ADDENDUM
Text: [11/09/2020 - AVRETT, MARY]RECEIVED AND REVIEWED ADDENDUM TO PEER.

**11/09/2020 8:11 AM - CLAIM Note 124**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : INVOICE
Text: [11/09/2020 - AVRETT, MARY]RECEIVED INVOICE DATE 11/6/20 FROM ECN. INVOICE SUBMITTED TO APPROPRIATE DEPT FOR PAYMENT

**10/30/2020 2:14 PM - CLAIM Note 123**
Claim/Event/Leave: 7830485
NoteSubject : Appeal
Other Subject : CALL TO ASSOCIATE
Text: [10/30/2020 - JOHNSON, CHARLES]PLACED A CALL TO THE ASSOCIATE TO DISCUSS APPEAL STATUS - NO ANSWER -

Lincoln/White 0068

LEFT A MESSAGE THAT WE RECD SOME ADDITIONAL RECORDS AND THEY HAVE BEEN FORWARDED TO THE PEER REVIEWER FOR AN ADDENDUM - WE ALSO ASKED THE PEER TO MAKE ADDITIONAL ATTEMPTS TO SPEAK WITH YOUR PROVIDERS

**10/22/2020 12:15 PM - CLAIM Note 122**
Claim/Event/Leave: 7830485
NoteSubject : Appeal
Other Subject : CALL FROM ASSOCIATE
Text: [10/22/2020 - JOHNSON, CHARLES]RECD A CALL FROM THE ASSOCIATE - SHE WAS LOOKING TO SEE WHEN WE SENT THE FAX TO THE DOCTORS OFFICE - INFORMED HER LAST SENT ON 10/2 AND WAS TO THE ATTENTION OF DR. HUBBARD - SHE ASKED IF WE COULD RE-SEND TO DR. MOUKARZEL AT THAT SAME NUMBER - WHICH WE DID

**10/20/2020 3:40 PM - CLAIM Note 121**
Claim/Event/Leave: 7830485
NoteSubject : Appeal
Other Subject : CALL TO EE
Text: [10/20/2020 - JOHNSON, CHARLES]RECD A VCM FROM THE EE - RETURNED HER CALL - INFORMED HER THAT WE RE-FAXED THE INFORMATION AND CALLED LAST WEEK - STILL NO RESPONSE - SHE HAS FOLLOW UP APPTS WITH THEM ON 10-21 AND 10-22 - SHE WILL CHECK WITH THEM AS WELL - SHE MAY NEED A PROCEDURE ON HER LEG, WHICH IS WHY SHE THINKS THE DOCTOR IS WAITING

**10/16/2020 3:27 PM - CLAIM Note 120**
Claim/Event/Leave: 7830485
NoteSubject : Appeal
Other Subject : CALL TO AP
Text: [10/16/2020 - JOHNSON, CHARLES]PLACED A CALL TO DR. HUBBARDS OFFICE FOR A STATUS ON THE RECORDS WE REQUESTED TWICE - LEFT A VOICEMAIL ASKING FOR A RETURN CALL AS TO WHEN THEY CAN BE EXPECTED

**10/12/2020 10:38 AM - CLAIM Note 119**
Claim/Event/Leave: 7830485
NoteSubject : Appeal
Other Subject : CALL FROM ASSOCIATE
Text: [10/12/2020 - JOHNSON, CHARLES]RECD A VCM FROM THE ASSOCIATE - RETURNED HER CALL - NO ANSWER - LEFT A MESSAGE THAT WE RE-FAXED THE REQUEST FOR INFORMATION TO DR. HUBBARD - HOPEFULLY THEY RECD THAT AND WILL BE ABLE TO SEND OVER THE INFORMATION WE NEEDAT TODAYS APPT - IF THERE ARE ANY OTHER QUESTIONS - PLEASE LET ME KNOW

**10/01/2020 2:56 PM - CLAIM Note 118**
Claim/Event/Leave: 7830485
NoteSubject : Appeal
Other Subject : CALL FROM ASSOCIATE
Text: [10/01/2020 - JOHNSON, CHARLES]RECD A CALL FROM THE ASSOCIATE - SHE ASKED IF WE HAVE RECD THE RECORDS YET - INFORMED HER THAT NOTHING HAS BEEN RECD TO DATE - SHE SAID SHE WAS JUST THERE TUESDAY OR WEDNESDAY - URGED HER TO JUST FOLLOW UP WITH THEM TOMAKE SURE IT WAS SENT

**09/25/2020 3:27 PM - CLAIM Note 117**
Claim/Event/Leave: 7830485
NoteSubject : Appeal
Other Subject : CALL FROM ASSOCIATE
Text: [09/25/2020 - JOHNSON, CHARLES]RECD VCM FROM THE ASSOCIATE ASKING IF WE HAVE RECD ANY INFORMATION YET - RETURNED HER CALL - INFORMED HER THAT WE FAXED OVER THE INFORMATION TO HER PROVIDER ON 9-16 - TO DATE - WE HAVE NOT RECEIVED ANY RESPONSE

**09/10/2020 1:36 PM - CLAIM Note 116**
Claim/Event/Leave: 7830485
NoteSubject : Appeal
Other Subject : CALL FROM ASSOCIATE
Text: [09/10/2020 - JOHNSON, CHARLES]RECD A CALL FROM THE ASSOCIATE - SHE HAD QUESTIONS ABOUT THE INFORMATION THAT IS STILL NEEDED - SHE WILL TALK TO HER PROVIDER TOMORROW TO HAVE IT FAXED THEN - SHE HAS HAD SURGERY ON HER RIGHT HAND - TRIGGER THUMB RELEASE AND CTS, THEN THE SAME ON THE LEFT. SHE IS SCHEDULED FOR KNEE SURGERIES TO DRAIN FLUID AND CLEAN THEM OUT. SHE WILL GATHER THE RECORDS FROM HER PORTAL AND SEND THEM IN.

**09/08/2020 7:55 AM - CLAIM Note 115**
Claim/Event/Leave: 7830485
NoteSubject : Appeal
Other Subject : STATUS
Text: [09/08/2020 - JOHNSON, CHARLES]SENT PEER REPORT TO THE EE FOR REVIEW AND TO ALLOW HER TO SUBMIT ADDITIONAL RECORDS - INCLUDING SURGICAL NOTES

**09/02/2020 12:47 PM - PHONE Note 88**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :

Lincoln/White 0069

Text: [09/02/2020 - ARRINGTON, JUNE]ASC CALLED. DCM ADVISED WE WILL TXFR TO THE ARU. SHE STATES THEY TOLD ME ALREADY THEY MADE A DECISION BUT NEED TO GO THROUGH THE STEPS. DECLINES TXFR TO ARU. STATES SHE IS GOING TO HAVE SURGERY ON HER LEFT HAND ON 9/19.STATES SHE SENT A FAX WITH THIS INFORMATION. DCM ADVISED WE WILL INFORM THE ARU

**08/25/2020 4:32 PM - CLAIM Note 114**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [08/25/2020 - MUELLER, JACQUELINE]INVOICE RECEIVED ON 08/18/2020 AND DATED 08/17/2020 FROM EXAM COORDINATORS NETWORK INV #BOCA 89988 IN THE AMOUNT OF 660.00 FOR PM&R PEER REVIEW PERFORMED BY JORDAN KLEIN . INVOICE PAID IN FULL.

**08/18/2020 3:24 PM - CLAIM Note 113**
Claim/Event/Leave: 7830485
NoteSubject : Appeal
Other Subject : VENDOR PAYMENT
Text: [08/18/2020 - JOHNSON, CHARLES]REFERRED FOR PROCESSING - TO ECN FOR PMR REVIEW

**08/14/2020 11:32 AM - PHONE Note 87**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject : STATUS
Text: [08/14/2020 - VASQUEZ, LEAH]ASC CALLED TO CHECK STATUS. DCM EXPLAINED CLAIM IS STILL BEING REVIEWED BY ARU. PROVIDED CONTACT INFO FOR ARU REP AND TRANSFERRED TO VM WITH PERMISSION.

**08/10/2020 2:30 PM - CLAIM Note 112**
Claim/Event/Leave: 7830485
NoteSubject : Appeal
Other Subject : CALL FROM ASSOCIATE
Text: [08/10/2020 - JOHNSON, CHARLES]RECD VCM FROM THE ASSOCIATE - RETURNED HER CALL - NO ANSWER - VOICEMAILBOX IS FULL - UNABLE TO LEAVE A MESSAGE[08/10/2020 - JOHNSON, CHARLES]ASSOCIATE RETURNED MY CALL - SHE WAS AT THE DOCTORS FOR A POST-OP CHECKUP, SHEWILL BE STARTING PT FOR HER HAND SURGERY - THERE WAS A TORN LIGAMENT, CYSTS, AND CARPAL TUNNEL - SHE ALSO HAD AN MRI ON HER KNEES AND THEY WILL NEED SURGERY AS WELL - SHE IS EMAILING RECORDS IN - INFORMED HER THAT HER FILE IS WITH A PHYSICIAN NOW AND WHEN WE GET THE REPORT WE WILL BE IN TOUCH

**08/10/2020 1:22 PM - PHONE Note 86**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject : STATUS
Text: [08/10/2020 - MORRISON, MATTHEW]RECV PHONE CALL FROM ASC FOR STATUS. ***TRANSFERRED CALL TO ARU REP VM.

**08/10/2020 10:10 AM - CLAIM Note 111**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : ADMIN
Text: [08/10/2020 - HOFFNER, FAYE]REQUEST FOR CLAIM FILE TO BE SUBMITTED VIA SECURE ONE DRIVE TO LEGACY@ECNIME.COM. ADMIN COMPLETED AND RESPONDED OF COMPLETION. GOOD MORNING CHARLES, I COMPLETED YOUR CLAIM FILE FOR 7830485 TO BE SUBMITTED VIA SECURE ONE DRIVE, TO LEGACY@ECNIME.COM. THE LINK WILL BE ACCESSIBLE 24 HOURS OF SUBMISSION AND THE P/W IS THE FIRST TWO INITIALS OF THE CLAIMANTS FIRST NAME AND DOB. EXAMPLE ONLY: MA0508220 CASE SENSITIVE THESE INSTRUCTIONS ARE IN THE BODY OF THE EMAIL TO THE REQUESTOR.

**08/07/2020 8:50 PM - CLAIM Note 110**
Claim/Event/Leave: 7830485
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 8/7/2020 - REFERRED TO EXAM COORDINATORS - ECN FOR PEER REVIEW.

**08/07/2020 10:29 AM - CLAIM Note 109**
Claim/Event/Leave: 7830485
NoteSubject : Appeal
Other Subject : STATUS
Text: [08/07/2020 - JOHNSON, CHARLES]REVIEWING THE INFORMATION CONTAINED IN THE FILE - REFERRED FOR PMR-PAIN REVIEW

**07/28/2020 4:17 PM - PHONE Note 85**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [07/28/2020 - STOCKHAUSEN, BRITTANY]ASC CALLED TO CHECK STATUS OF CLAIM. DCM ADVISED CLAIM WAS RECENTLY REFERRED TO ARU FOR REVIEW. ASC ACK UNDERSTANDING, THANKED, AND ADVISED NFQ.

Lincoln/White 0070

**07/22/2020 9:30 AM - CLAIM Note 108**
Claim/Event/Leave: 7830485
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [07/22/2020 - AVERILL, REBECCA]ASSIGNED TO CHUCK JOHNSON

**07/21/2020 8:51 PM - CLAIM Note 107**
Claim/Event/Leave: 7830485
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 7/21/2020 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**07/21/2020 5:52 PM - CLAIM Note 106**
Claim/Event/Leave: 7830485
NoteSubject : Ref to Appeals
Other Subject :
Text: [07/21/2020 - GRIFFIN, IEESHA]REF'D TO ARU

**07/20/2020 10:11 AM - CLAIM Note 105**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [07/20/2020 - SILER, MALCOLM]AGREE WITH REFERRAL TO ARU.

**07/20/2020 8:15 AM - CLAIM Note 104**
Claim/Event/Leave: 7830485
NoteSubject : Ref to Appeals
Other Subject : RCMD
Text: [07/20/2020 - GRIFFIN, IEESHA]DOD 8/9/17, LTD BBD 2/14/18, CID 2/14/20, MBD 12/2/39. 47 YOF CUST SVC HOST, MED OCC. PAIN SECONDARY TO ARTHRITIS IN KNEES, BACK, ANKLE; BACK PAIN SECONDARY TO SPONDYLOSIS W/ MYELOPATHY/RADICULOPATHY; OA IN BL KNEES; BLCARPAL TUNNEL. ASC TXTING WITH PM&R, PODIATRY, ORTHO FOR KNEES, FEET, BACK. NOTED COMORBID OF MORBID OBESITY. ASC S/P KNEE INJECTIONS IN NOV 2019. CPIA REVIEW COMPLETED MARCH 2018 INDICATES SED CAPACITY. NO MED REVIEWS COMPLETED SINCE THAT TIME. CIDMEDS OBTAINED JAN 2020, MEDS REC'D FROM MULT APS. FILE REVIEWED IN PM&R CCS W/ DR. NATARAJAN. RECOMMEND COMPLETE PM&R/ORTHO/PAIN FFR TO ASSESS FOR UPCOMING CID GIVEN LIKELY SED CAPACITY. CLAIM REF'D AND COMPLETED FFR REC'D 2/6/20: FROM 2/14/20 FORWARD, THE MEDICAL RECORDS SUGGEST THAT THE CLAIMANT WILL BE UNABLE TO PERFORM PHYSICAL ESSENTIAL JOB FUNCTIONS BEYOND SEDENTARY WORK WITH THE FOLLOWING RESTRICTIONS: NO CROUCHING/SQUATTING/LADDERS/CLIMBING. WHILE THERE IS EVIDENCE OF MILD CARPAL TUNNEL SYNDROME, THERE IS NO MENTION OF IMPAIRMENT THAT WOULD AFFECT MATERIAL HANDLING/TYPING/COMPUTER/MOUSING WHILE SEATED. CLAIMANT WOULD BENEFIT FROM MINIMIZING TIME SPENT STANDING AND WALKING (I.E., PRIMARILY SEATED WORK). TSA IDENTIFIED ALT OCCS.CLOSURE NOT TD AO. APPEAL LTR REC'D AND PER CONVO W/ AP HUBBARD/ BROOKE'S NURSE ON 7/15/20: ASC IS SCHEDULED FOR SX 7/20/20 FOR R CARPAL TUNNEL RELEASE, R TRIGGER FINGER RELEASE, RECONSTRUCTION OF R THUMB. POST OP 7/24/20 FOR DRESSING CHANGE, THEN 7/31/20 W/ HUBBARD. RECOVERY TIME IS TYPICALLY 6-8 WEEKS. *************UPON FURTHER CLAIM REVIEW, RCMD REF TO ARU.

**07/20/2020 8:14 AM - CLAIM Note 103**
Claim/Event/Leave: 7830485
NoteSubject : Med Records Rcvd
Other Subject : VARIOUS
Text: [07/20/2020 - GRIFFIN, IEESHA]REC'D PARTIAL OV SUMMARY DATED 7/7/20, PRE-OP APPOINTMENT CX FOR 7/24/20

**07/15/2020 12:16 PM - CLAIM Note 102**
Claim/Event/Leave: 7830485
NoteSubject : Action Plan
Other Subject : RTW AO OCT 2020
Text: [07/15/2020 - GRIFFIN, IEESHA]DOD 8/9/17, LTD BBD 2/14/18, CID 2/14/20, MBD 12/2/39. 47 YOF CUST SVC HOST, MED OCC. PAIN SECONDARY TO ARTHRITIS IN KNEES, BACK, ANKLE; BACK PAIN SECONDARY TO SPONDYLOSIS W/ MYELOPATHY/RADICULOPATHY; OA IN BL KNEES; BLCARPAL TUNNEL. ASC TXTING WITH PM&R, PODIATRY, ORTHO FOR KNEES, FEET, BACK. NOTED COMORBID OF MORBID OBESITY. ASC S/P KNEE INJECTIONS IN NOV 2019. CPIA REVIEW COMPLETED MARCH 2018 INDICATES SED CAPACITY. NO MED REVIEWS COMPLETED SINCE THAT TIME. CIDMEDS OBTAINED JAN 2020, MEDS REC'D FROM MULT APS. FILE REVIEWED IN PM&R CCS W/ DR. NATARAJAN. RECOMMEND COMPLETE PM&R/ORTHO/PAIN FFR TO ASSESS FOR UPCOMING CID GIVEN LIKELY SED CAPACITY. CLAIM REF'D AND COMPLETED FFR REC'D 2/6/20: FROM 2/14/20 FORWARD, THE MEDICAL RECORDS SUGGEST THAT THE CLAIMANT WILL BE UNABLE TO PERFORM PHYSICAL ESSENTIAL JOB FUNCTIONS BEYOND SEDENTARY WORK WITH THE FOLLOWING RESTRICTIONS: NO CROUCHING/SQUATTING/LADDERS/CLIMBING. WHILE THERE IS EVIDENCE OF MILD CARPAL TUNNEL SYNDROME, THERE IS NO MENTION OF IMPAIRMENT THAT WOULD AFFECT MATERIAL HANDLING/TYPING/COMPUTER/MOUSING WHILE SEATED. CLAIMANT WOULD BENEFIT FROM MINIMIZING TIME SPENT STANDING AND WALKING (I.E., PRIMARILY SEATED WORK). TSA IDENTIFIED ALT OCCS.CLOSURE NOT TD AO. APPEAL LTR REC'D AND PER CONVO W/ AP HUBBARD/ BROOKE'S NURSE ON 7/15/20: ASC IS SCHEDULED FOR SX 7/20/20 FOR R CARPAL TUNNEL RELEASE, R TRIGGER FINGER RELEASE, RECONSTRUCTION OF R THUMB. POST OP 7/24/20 FOR DRESSING CHANGE, THEN 7/31/20 W/ HUBBARD. RECOVERY TIME IS TYPICALLY 6-8 WEEKS. *************DCM TO F/U, GATHER MED FOR ADD'L AO REVIEW.

Lincoln/White 0071

**07/15/2020 12:06 PM - CLAIM Note 101**
Claim/Event/Leave: 7830485
NoteSubject : Reopen
Other Subject : RCMD
Text: [07/15/2020 - GRIFFIN, IEESHA]DOD 8/9/17, LTD BBD 2/14/18, CID 2/14/20, MBD 12/2/39. 47 YOF CUST SVC HOST, MED OCC. PAIN SECONDARY TO ARTHRITIS IN KNEES, BACK, ANKLE; BACK PAIN SECONDARY TO SPONDYLOSIS W/ MYELOPATHY/RADICULOPATHY; OA IN BL KNEES; BLCARPAL TUNNEL. ASC TXTING WITH PM&R, PODIATRY, ORTHO FOR KNEES, FEET, BACK. NOTED COMORBID OF MORBID OBESITY. ASC S/P KNEE INJECTIONS IN NOV 2019. CPIA REVIEW COMPLETED MARCH 2018 INDICATES SED CAPACITY. NO MED REVIEWS COMPLETED SINCE THAT TIME. CIDMEDS OBTAINED JAN 2020, MEDS REC'D FROM MULT APS. FILE REVIEWED IN PM&R CCS W/ DR. NATARAJAN. RECOMMEND COMPLETE PM&R/ORTHO/PAIN FFR TO ASSESS FOR UPCOMING CID GIVEN LIKELY SED CAPACITY. CLAIM REF'D AND COMPLETED FFR REC'D 2/6/20: FROM 2/14/20 FORWARD, THE MEDICAL RECORDS SUGGEST THAT THE CLAIMANT WILL BE UNABLE TO PERFORM PHYSICAL ESSENTIAL JOB FUNCTIONS BEYOND SEDENTARY WORK WITH THE FOLLOWING RESTRICTIONS: NO CROUCHING/SQUATTING/LADDERS/CLIMBING. WHILE THERE IS EVIDENCE OF MILD CARPAL TUNNEL SYNDROME, THERE IS NO MENTION OF IMPAIRMENT THAT WOULD AFFECT MATERIAL HANDLING/TYPING/COMPUTER/MOUSING WHILE SEATED. CLAIMANT WOULD BENEFIT FROM MINIMIZING TIME SPENT STANDING AND WALKING (I.E., PRIMARILY SEATED WORK). TSA IDENTIFIED ALT OCCS.CLOSURE NOT TD AO. APPEAL LTR REC'D AND PER CONVO W/ AP HUBBARD/ BROOKE'S NURSE ON 7/15/20: ASC IS SCHEDULED FOR SX 7/20/20 FOR R CARPAL TUNNEL RELEASE, R TRIGGER FINGER RELEASE, RECONSTRUCTION OF R THUMB. POST OP 7/24/20 FOR DRESSING CHANGE, THEN 7/31/20 W/ HUBBARD. RECOVERY TIME IS TYPICALLY 6-8 WEEKS. RCMD REOPEN.

**07/15/2020 11:45 AM - PHONE Note 84**
Claim/Event/Leave: 7830485
NoteSubject : AP Called
Other Subject : HUBBARD/ BROOKE
Text: [07/15/2020 - GRIFFIN, IEESHA]REC'D CALL FROM NURSE THAT WAS CONSULTING W/ NURSE BROOKE. SHE RTC TO DCM TO ADVISE ASC IS SCHEDULED FOR SX 7/20/20 FOR R CARPAL TUNNEL RELEASE, R TRIGGER FINGER RELEASE, RECONSTRUCTION OF R THUMB. POST OP 7/24/20 FOR DRESSING CHANGE, THE 7/31/20. RECOVERY TIME IS TYPICALLY 6-8 WEEKS.

**07/14/2020 4:44 PM - PHONE Note 83**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject :
Text: [07/14/2020 - GRIFFIN, IEESHA]REC'D VM FROM ASC, REQ A RTC FROM DCM. DID NOT PROVIDE SX INFO IN VM AS DCM REQ. SX 7/20/20 FOR TORN LIGAMENT IN THUMB ON R HAND. ASC ALSO MENTIONED CARPAL TUNNEL SX. DCM REQ SX INFORMATION FOR CLAIM FILE FROM ASC. ASC SAYS SHE ISN'T HOME AT THIS TIME, BUT WILL SEND THIS TO DCM TODAY. DCM THANKED.

**07/14/2020 12:51 PM - PHONE Note 82**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject :
Text: [07/14/2020 - GRIFFIN, IEESHA]CALLED TO DET THE TYPE OF SX ASC IS HAVING, WHEN. LVM REQ A RTC.

**07/14/2020 12:49 PM - PHONE Note 81**
Claim/Event/Leave: 7830485
NoteSubject : Called AP
Other Subject : OSHSNER
Text: [07/14/2020 - GRIFFIN, IEESHA]CALLED TO DET IF ASC IS SCHEDULED FOR SX, THE RECEPTIONIST WOULD NOT ADVISE OF THE DATE OF SX, BUT DID CONFIRM ASC WAS SCHEDULED FOR SX. DCM ASKED FOR THE TYPE OF SX AND AGAIN RECEPTIONIST WOULD NOT ADVISE, WILL SEND NOTTO NURSE TO RTC TO DCM. DCM THANKED.

**07/14/2020 12:46 PM - CLAIM Note 100**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : APPEAL
Text: [07/14/2020 - GRIFFIN, IEESHA]REC'D APPEAL LTR, 7/7/20 OVN SUMMARY

**06/16/2020 8:11 AM - CLAIM Note 99**
Claim/Event/Leave: 7830485
NoteSubject : Med Records Rcvd
Other Subject : BRUNSON, PA
Text: [06/16/2020 - GRIFFIN, IEESHA]REC'D OV SUMMARY FROM ASC DATED 6/12/20

**06/15/2020 12:55 PM - PHONE Note 80**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject : STATUS UPDATE
Text: [06/15/2020 - SNEARY, JOSEPH]ASC CALLED TO GET STATUS UPDATE - ASC ADVISED HER AP WAS OOW ON MATERNITY LEAVE AND WAS ABLE TO SEE HER FINALLY ON 6/12/20 AND REFERRED HER TO ORTHO ON 7/16/20 AND WILL HAVE X-RAYS AT 740AM AND WILL F/U WITH ORTHO AP AFTER THAT. ASC ALSO AHAD MRI ON HER WRIST AND HAS F/U WITH AP HUBBARD ON 7/7/20 @ 9AM. WILL ALSO BE SEEING A NEW PCP KAREN MOTORO BUT HASN'T SCHEDULED THAT OV YET. WILL BE EMAILING IN HER DOCUMENTS AS WELL AND AP DX - LUMBAR SPONDYLOSIS, FACET ARTHRITIS OF LUMBAR REGION, OSTEOARTHRITIS IN BOTH KNEES, CHRONIC PAIN IN BOTH KNEES, ASC THEN LISTED THE COST OF

Lincoln/White 0072

LUMBAR REGION, OSTEOARTHRITIS IN BOTH KNEES, CHRONIC PAIN IN BOTH KNEES. ASC THEN LISTED THE COST OF PAST-DUE BILLS. ADVISED ASC TO SEND IN APPEAL LETTER AND WHATEVER DOCS SHE FEELS SUPPORT ONGOING R&LS. [06/15/2020 - SNEARY, JOSEPH]ASC IS SENDING IN AFTER VISIT SUMMARIES NOT ACTUAL OVN.

**05/11/2020 8:26 AM - CLAIM Note 98**
Claim/Event/Leave: 7830485
NoteSubject : Social Security
Other Subject : APPEALS COUNCIL
Text: [05/11/2020 - GRIFFIN, IEESHA]DEAR MS. GRIFFIN AS YOU ARE AWARE, THE SOCIAL SECURITY DISABILITY CASE FOR MS. WHITE IS AT THE APPEALS COUNCIL LEVEL. DUE TO LARGE BACKLOGS, A DECISION HAS NOT YET BEEN REACHED. PLEASE ALLOW AN ADDITIONAL SIXTY DAYS FOR AN UPDATE ON THIS CLAIM. SHOULD YOU HAVE ANY QUESTIONS PLEASE CONTACT ME AT 1-800-211-4736. SINCERELY, EMILY DOHERTY, CELLA, KEANE & ASSOCIATES, LLP

**05/08/2020 11:09 AM - CLAIM Note 97**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : TEE
Text: [05/08/2020 - MORRISON, MATTHEW]RECV DUPLICATE TEE.

**05/05/2020 3:18 PM - PHONE Note 79**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [05/05/2020 - GRIFFIN, IEESHA]REC'D CALL FROM ASC. DCM ADVISED OF CLOSURE, NOT TD ONGOING. ASC SAYS SHE WILL BE HAVING A KNEE REPLACEMENT ON 5/12/20 AND THERE IS A KNOT IN HER WRIST THAT IS GROWING. DCM ADVISED OF HOW TO APPEAL BY SENDING INFO REGARDING ANY UPCOMING TX OR SX FOR CLAIM REVIEW W/ APPEAL LTR.

**05/05/2020 3:07 PM - CLAIM Note 96**
Claim/Event/Leave: 7830485
NoteSubject : LTR to EE
Other Subject : CLOSURE
Text: [05/05/2020 - GRIFFIN, IEESHA]CLOSURE LTR SENT.

**05/05/2020 3:07 PM - PHONE Note 78**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject : CLOSURE
Text: [05/05/2020 - GRIFFIN, IEESHA]CALLED                          AND LVM AT BOTH STATING DCM HAS UPDATE ON CLAIM STATUS AND LTR HAS BEEN MAILED TO ASC. REQ A RTC.

**05/04/2020 11:44 AM - CLAIM Note 95**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [05/04/2020 - SILER, MALCOLM]AGREE WITH CLOSURE FOR NOT TD AO.

**05/04/2020 9:31 AM - CLAIM Note 94**
Claim/Event/Leave: 7830485
NoteSubject : Closed
Other Subject : NOT TD AO
Text: [05/04/2020 - GRIFFIN, IEESHA]DOD 8/9/17, LTD BBD 2/14/18, CID 2/14/20, MBD 12/2/39. 47 YOF CUST SVC HOST, MED OCC. PAIN SECONDARY TO ARTHRITIS IN KNEES, BACK, ANKLE; BACK PAIN SECONDARY TO SPONDYLOSIS W/ MYELOPATHY/RADICULOPATHY; OA IN BL KNEES; BLCARPAL TUNNEL. ASC TXTING WITH PM&R, PODIATRY, ORTHO FOR KNEES, FEET, BACK. NOTED COMORBID OF MORBID OBESITY. ASC S/P KNEE INJECTIONS IN NOV 2019. CPIA REVIEW COMPLETED MARCH 2018 INDICATES SED CAPACITY. NO MED REVIEWS COMPLETED SINCE THAT TIME. CIDMEDS OBTAINED JAN 2020, MEDS REC'D FROM MULT APS. FILE REVIEWED IN PM&R CCS W/ DR. NATARAJAN. RECOMMEND COMPLETE PM&R/ORTHO/PAIN FFR TO ASSESS FOR UPCOMING CID GIVEN LIKELY SED CAPACITY. CLAIM REF'D AND COMPLETED FFR REC'D 2/6/20: FROM 2/14/20 FORWARD, THE MEDICAL RECORDS SUGGEST THAT THE CLAIMANT WILL BE UNABLE TO PERFORM PHYSICAL ESSENTIAL JOB FUNCTIONS BEYOND SEDENTARY WORK WITH THE FOLLOWING RESTRICTIONS: NO CROUCHING/SQUATTING/LADDERS/CLIMBING. WHILE THERE IS EVIDENCE OF MILD CARPAL TUNNEL SYNDROME, THERE IS NO MENTION OF IMPAIRMENT THAT WOULD AFFECT MATERIAL HANDLING/TYPING/COMPUTER/MOUSING WHILE SEATED. CLAIMANT WOULD BENEFIT FROM MINIMIZING TIME SPENT STANDING AND WALKING (I.E., PRIMARILY SEATED WORK). UNABLE TO COMPLETE TSA DUE TO MISSING TEE. DCM CONTACTED ASC ON 2/11/20, 2/12/20, 2/18/20, 2/19/20 AT                          AND                          (ASC'S MOTHER) AND DCM IS UTC ASC. RESENT TEE ON 2/13/2020 TO ASC FOR COMPLETION VIA EMAIL AND MAIL. REC'D TEE AND TSA IDENTIFIED ALT OCCS.RCMD CLOSURE NOT TD AO.

**04/30/2020 5:34 PM - CLAIM Note 93**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : TEE
Text: [04/30/2020 - GRIFFIN, IEESHA]REC'D TEE.

**04/29/2020 7:05 AM - CLAIM Note 92**
Claim/Event/Leave: 7830485

Lincoln/White 0073

NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [04/29/2020 - MITCHELL, CATHERINE]INVOICE RECEIVED ON 4/3/2020 FROM RELEASEPOINT. INVOICE# 711615- 159 IN THE AMOUNT $29.00 INVOICE PAID.

**04/27/2020 12:59 PM - CLAIM Note 91**
Claim/Event/Leave: 7830485
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [04/27/2020 - TURNER, REBECCA]THE TRANSFERABLE SKILLS ANALYSIS IDENTIFIED OCCUPATIONS THAT ARE WITHIN MS. WHITE S PHYSICAL ABILITIES AND WITHIN THEIR IDENTIFIED SKILL LEVEL. THE FOLLOWING ARE EXAMPLES OF OCCUPATIONS MS. WHITE COULD PERFORM: RECEPTIONIST, INFORMATION CLERK, AND CHECK CASHIER. THE OCCUPATIONS MEET THEIR GAINFUL AMOUNT OF $590 IN THE NATIONAL ECONOMY. NOTIFICATION SENT TO DCM, TSA REFERRAL CLOSED.

**04/24/2020 4:47 AM - DOCUMENT Note 5**
Claim/Event/Leave: 7830485
NoteSubject : eSignature
Other Subject : Document Expired

**04/23/2020 8:50 PM - CLAIM Note 90**
Claim/Event/Leave: 7830485
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 4/23/2020-REFERRAL RECEIVED BY VCM AND ASSIGNED TO GLADMAN, REBECCA. CLAIM/AS EVENT IS PENDING REVIEW.

**04/23/2020 8:50 PM - CLAIM Note 89**
Claim/Event/Leave: 7830485
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 4/23/2020 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**04/23/2020 11:00 AM - DOCUMENT Note 4**
Claim/Event/Leave: 7830485
NoteSubject : eSignature
Other Subject : Document Will Expire

**04/22/2020 11:00 AM - DOCUMENT Note 3**
Claim/Event/Leave: 7830485
NoteSubject : eSignature
Other Subject : Document Not Signed Day 5

**04/21/2020 5:48 PM - CLAIM Note 88**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject :
Text: [04/21/2020 - GRIFFIN, IEESHA]REC'D LTR FORM ASC.

**04/21/2020 7:34 AM - CLAIM Note 87**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : TEE
Text: [04/21/2020 - GRIFFIN, IEESHA]REC'D TEE, NOTIFICATION TO VOC R. GLADMAN

**04/19/2020 11:00 AM - DOCUMENT Note 2**
Claim/Event/Leave: 7830485
NoteSubject : eSignature
Other Subject : Document Not Signed Day 2

**04/17/2020 3:30 PM - PHONE Note 77**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [04/17/2020 - GAUTHIER, MEGAN]ASC CALLED AND S/W SOMEONE WHO SAID THEY WERE GOING TO EMAIL INFO TO HER BUT SHE EMAILED IT BACK B/C SHE DID NOT UNDERSTAND IT AND SHE DID NOT GET IT UNTIL THE 18TH BUT SHE DOES NOT HAVE A COMPUTER. ASC REQUESTED THAT LFG MAIL HER ANOTHER FORM AND SHE WILL FILL IT OUT. ASC CONFIRMED IT WAS THE WORK HISTORY FORM. DCM CONFIRMED WILL SEND TEE TO ASC. VERIFIED ADDRESS ON FILE IS CORRECT **MAILED TEE TO ASC**

**04/17/2020 11:14 AM - PHONE Note 76**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :

Lincoln/White 0074

Text: [04/17/2020 - HATCH, MARK]ASC CALLED TO GET AN UNDERSTANDING OF WHAT IS NEEDED FOR HER CLAIM. INFORMED HER THE CLAIM WAS CLOSED FOR FAILURE TO PROVIDE PROOF. THE CLAIM IS UNDER REVIEW TO SEE IF SHE WILL MEET THE CID BACK IN 2/2020. THE TEE FORM WAS NOT COMPLETED ALL THE WAY SO THEY WERE UNABLE TO COMPLETE THE REVIEW. SHE STATED SHE HASN T WORKED SINCE 2017 SO DIDN T PUT HER OTHER JOBS. THE FORM SAYS IT NEEDS THE LAST 15 YRS OF WORK AND SHE DIDN T COMPLETE ANYTHING. SHE UNDERSTOOD. SHE ASKED IF THE FORM COULD BE RESENT. DCM AGREED TO EMAIL THE FORM. ADVISED JUST B/C SHE COMPLETES THE FORM DOES NOT MEAN THE CLAIM WILL BE REOPENED. ADVISED THE REVIEW STILL NEEDS TO BE COMPLETED AND THE REVIEW IS IF SHE HAS ANY WORK CAPACITY. IF SHE DOES HAVE OTHER WORK CAPACITY THE CLAIM WILL MOST LIKELY NOT BE REOPENED UP AND EXTENDED. ASC STATED SHE CAN T WORK AT ALL. SHE THANKED AND CALL ENDED.

**04/17/2020 11:00 AM - DOCUMENT Note 1**
Claim/Event/Leave: 7830485
NoteSubject : eSignature
Other Subject : Document Requested

**04/17/2020 10:47 AM - PHONE Note 75**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [04/17/2020 - STOCKHAUSEN, BRITTANY]ASC CALLED REGARDING CLAIM STATUS. ADVISED SHE IS STRUGGLING WITHOUT PAY. DCM ADVISED THAT CLAIM WAS CLOSED DUE TO MISSING INFORMATION, AND AFTER CLOSURE ADDL INFORMATION WAS ATTEMPTED TO BE OBTAINED DIRECTLY FROMASC, BUT WAS STILL UNABLE TO RETRIEVE IT. DCM ADVISED THAT ADCM WOULD BE BEST TO DISCUSS CLAIM WITH AND WHAT ADDL INFORMATION NEEDS TO BE PROVIDED. CALL WAS TRANSFERRED TO ADCM VM.

**04/09/2020 3:27 PM - PHONE Note 74**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject : ACD
Text: [04/09/2020 - GALAL, MARAM]ASC CALLED INQUIRING ABOUT STATUS OF THE CLAIM, DCM STATED CLAIM LOOKS LIKE IT WAS STILL CLOSED AND DCM EXPLAINED THE APPEALS PROCESS. DCM ALSO INFORMED ASC THAT A VOC REP CALLED AND LVM, ASC STATED SHE DIDN T GET A VM, ASCSTATED SHE IS SUPPOSED TO BE HAVING KNEE SX FOR A KNEE REPLACEMENT BUT THEY ARE AWAITING THE CORONA VIRUS SLOWS DOWN DUE TO NON EMERGENT CASES NOT BEING PRIORITIES. ASC STATED SHE HAS HAD INJECTIONS AND SHE WOULD REALLY LIKE A RETURN CALL AS SHE HASCALLED AND LEFT MULTIPLE VM. THE BEST NUMBER IS                    ASC THANKED DCM AND CALL ENDED.

**03/26/2020 2:55 PM - CLAIM Note 86**
Claim/Event/Leave: 7830485
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [03/26/2020 - TURNER, REBECCA]VCM CALLED ASSOCIATE TO GET TEE INFORMATION TO COMPLETE TSA. VCM LEFT VOICEMAIL AND EXPLAINED INFORMATION NEEDED FROM ASSOCIATE. VCM NOTIFIED DCM AND WILL CLOSE FILE AT THIS TIME.

**03/25/2020 2:01 PM - CLAIM Note 85**
Claim/Event/Leave: 7830485
NoteSubject : Med Records Rcvd
Other Subject : OSHSNER
Text: [03/25/2020 - GRIFFIN, IEESHA]REC'D OV SUMMARIES, RX LISTS FROM OSHSNER (AP VERMA) DATED 12/18/19-3/10/20

**03/24/2020 8:50 PM - CLAIM Note 84**
Claim/Event/Leave: 7830485
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 3/24/2020-REFERRAL RECEIVED BY VCM AND ASSIGNED TO GLADMAN, REBECCA. CLAIM/AS EVENT IS PENDING REVIEW.

**03/24/2020 8:50 PM - CLAIM Note 83**
Claim/Event/Leave: 7830485
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 3/24/2020 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**03/19/2020 5:43 PM - PHONE Note 73**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject : APPEAL
Text: [03/19/2020 - GRIFFIN, IEESHA]RTC TO ASC TO ADVISE OF APPEAL PROCESS. DCM LVM REQ A RTC.

**03/18/2020 11:19 AM - PHONE Note 72**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject :
Text: [03/18/2020 - GRIFFIN, IEESHA]DCM RTC TO ASC. ASC ADVISES SHE IS BEING IMPACTED BY CORONA VIRUS, SHE HAS NO FOOD FOR HER CHILDREN, AND SHE NEEDS A BLESSING RIGHT NOW. CHECKS WERE HER ONLY INCOME. THEY ARE IN

Lincoln/White 0075

NO FOOD FOR HER CHILDREN, AND SHE NEEDS A BLESSING RIGHT NOW. CHECKS WERE HER ONLY INCOME. THEY ARE IN A STATE OF EMERGENCY WHERE SHE LIVES AND SHE IS UNABLE TO ANYTHING. SAYS SHE WENT TO THE HOSPITAL FOR HER BP, STILL NEEDS KNEE SX. DCM ADVISED THAT VOC REACHED OUT TO ASC FOR INFO GIVEN TEE. DCM WILL REQUEST VOC TO F/U WITH ASC FOR ADD'L INFO.

**03/18/2020 8:16 AM - CLAIM Note 82**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject :
Text: [03/18/2020 - GRIFFIN, IEESHA]REC'D LTR FROM ASC, PHOTOS FROM HER FRIDGE DOOR.

**03/17/2020 8:58 AM - PHONE Note 71**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [03/17/2020 - KELSO, JEANETTE]WANTING STATUS OF HER CLAIM. ASC SAID SHE IS UNDER QUARANTINE AND NEEDS HER CHECK ASAP. SHE AND HER DAUGHTER HAVE NO FOOD. ASC DID NOT WANT A TRANSFER AND WOULD LIKE A RC FROM ADCM ON REVIEW STATUS. ADVISED WOULD GETMESSAGE TO ADCM.

**03/16/2020 4:56 PM - PHONE Note 70**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [03/16/2020 - MURRAY, JENNIFER]ASC CALLED STATING SHE MISSED A CALL EARLIER. ADVISED ASC THAT HER ADCM WAS CALLING TO ADVISE THAT CLAIM IS UNDER REVIEW WITH VOC AND ONCE COMPLETED, SHE WILL BE UPDATED. ASC STATED SHE NEEDS GROCERIES FOR HER HOME. ASCASKED TO BE TRANSFERRED TO ADCM. TRANSFERRED TO ADCM VM

**03/16/2020 3:50 PM - PHONE Note 69**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject :
Text: [03/16/2020 - GRIFFIN, IEESHA]RTC TO ASC AND ADVISED THAT CLAIM IS UNDER REVIEW W/ VOC AT THIS TIME. VOC LVM FOR ASC ON 3/10/20 REQ A RTC, ASC NEEDS TO RTC TO VOC.

**03/16/2020 3:46 PM - CLAIM Note 81**
Claim/Event/Leave: 7830485
NoteSubject : Social Security
Other Subject : APPEAL
Text: [03/16/2020 - GRIFFIN, IEESHA]DEAR MS. GRIFFIN: AS YOU ARE AWARE, THE SOCIAL SECURITY DISABILITY CASE FOR MS. WHITE IS AT THE APPEALS COUNCIL LEVEL. DUE TO LARGE BACKLOGS, A DECISION HAS NOT YET BEEN REACHED. PLEASE ALLOW AN ADDITIONAL SIXTYDAYS FOR AN UPDATE ON THIS CLAIM. SHOULD YOU HAVE ANY QUESTIONS PLEASE CONTACT ME AT 1-800-211-4736. SINCERELY, DYANN GUARINO FOR ATTY. MARTIN E. KEANE DOHERTY, CELLA, KEANE & ASSOCIATES, LLP

**03/16/2020 11:07 AM - PHONE Note 68**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [03/16/2020 - IVEY, TIFFANY]RECVD CALL FROM ASC WANTING TO KNOW WHEN SHE WILL GET HER CHECK. SHE SAID SHE EMAILED HER ADCM MEDICAL INFO. REVIEWED FILE AND ADVISED IT APPEARS WE WERE LOOKING TO RECEIVE A TEE FORM. ASC STATED SHE ALREADY SENT IN THE FORM. ADVISED I DO SEE WHERE A TEE WAS RECVD. EXPLAINED I WILL NOTIFY HER ADCM AND REQUEST SHE REVIEW THE CLAIM TO CONFIRM WHAT IS STILL NEEDED IF ANYTHING AND GIVE HER A CALL BACK TO ADVISE AND PROVIDE NEXT STEPS. ASC UNDERSTOOD. SHE SAID SHE NEEDSTO BE PAID BECAUSE SHE HAS BEEN EVICTED AND SHE IS HOMELESS. SHE SAID IF MEDICAL RECORDS ARE NEEDED SHE CANT PAY TO HAVE THEM SENT WITHOUT MONEY.

**03/11/2020 5:40 PM - CLAIM Note 80**
Claim/Event/Leave: 7830485
NoteSubject : Medical Status
Other Subject : EMAIL
Text: [03/11/2020 - GRIFFIN, IEESHA]REC'D EMAIL: HERE ARE RECORDS OF MY SUMMARY ON DOCTORS VISIT. PLEASE NOTE THAT THE APPOINTMENT ON YESTERDAY W/ LINDSAY B. BRUNSON DEALING WITH NEXT PART OF DECISION ON KNEE AND BACK, I DIDN T HAVE SHE SENT ME STRAIGHT TO EMERGENCY ROOM DUE TO BLOOD PRESSURE TODAY I HAVE AN APPOINTMENT WITH HEART DOCTOR I WILL EMAIL YOU THE STATUS OF APPOINTMENT TODAY AND MY RESCHEDULE APPOINTMENT WITH DR. LINDSEY.

**03/11/2020 10:02 AM - PHONE Note 67**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [03/11/2020 - VASQUEZ, LEAH]ASC CALLED TO SEE IF PAYMENT ISSUED FOR HER CLAIM. DCM EXPLAINED THE CLAIM IS STILL UNDER REVIEW AND HAS NOT BEEN REOPENED. ASC WANTED TO KNOW IF THE INFORMATION SHE SENT THIS WEEK WAS RECEIVED. DCM CHECKED DOC LIST AND ADVISED NOTHING ADDITIONAL HAS BEEN RECEIVED FOR THE CLAIM. ASC CONFIRMED THE EMAIL ADDRESS (WMRTCSU@LFG.COM) AND DCM CONFIRMED IT WAS CORRECT.

Lincoln/White 0076

CONFIRMED ASC DID NOT PUT HER CLAIM NUMBER IN THE EMAIL SO ADVISED ASC TO RESEND AND PROVIDE THE CLAIM NUMBER IN THE SUBJECT LINE. ASC THANKED AND E/C.

**03/10/2020 12:01 PM - CLAIM Note 79**
Claim/Event/Leave: 7830485
NoteSubject : Voc Rehab
Other Subject : PHONE CALL
Text: [03/10/2020 - TURNER, REBECCA]VCM CALLED ASSOCIATE TO GET CLARIFICATION ON WORK HISTORY, VCM LEFT VOICEMAIL AND PHONE NUMBER.

**03/09/2020 4:42 PM - PHONE Note 66**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [03/09/2020 - DELGADO, KEITH]ASC CALLED. ASC WANTED CLARIFICATION ON . ASC SAID NONE OF HER BACK OR KNEE INJECTIONS WORKED. ASC SAID SHE WILL BE SEEING AP LINDSAY BRUNSON TOMORROW TO SEE IF ASC NEEDS A KNEE REPLACEMENT AND/OR BACK SX. ASC WILL ALSO BE GETTING A RIGHT WRIST MRI ON 3/19 DUE TO CARPAL TUNNEL. ASC SAID SHE CAN'T TURN HER CAR OVER, ASC CAN'T GET OUR OF THE TUB, ETC BECAUSE OF IT. ASC WAS GIVEN A BRACE IN THE MEANTIME. DCM REVIEWED CLAIM FOR CURRENT STATUS AND DCM EXPLAINED CLAIM PAIDTHRU OO PERIOD AND CLAIM IS CURRENTLY UNDER AO REVIEW. DCM EXPLAINED TEE WAS REC'D AND THAT WAS VITAL TO COMPLETION OF AO REVIEW. DCM EXPLAINED THE DIFFERENCE BETWEEN OO VS AO. ASC UNDERSTOOD. ASC THANKED DCM FOR TAKING THE TIME TO HELP AND EXPLAINEVERYTHING AND ENDED CALL.

**03/09/2020 8:53 AM - CLAIM Note 78**
Claim/Event/Leave: 7830485
NoteSubject : Medical Status
Other Subject : OCHSNER HEALTH CENTE
Text: [03/09/2020 - GRIFFIN, IEESHA]PER RP: MEDICAL FACILITY IS UNABLE TO LOCATE RECORDS FOR TIME FRAME REQ AND/OR PROVIDER LISTED SUSPENDING REQUEST BECAUSE PROVIDER INDICATES NO RECORDS AVAILABLE:: ** PLEASE BE ADVISED, WE RECEIVED A RESPONSE FROM THEFACILITY STATING THERE ARE NO RECORDS FOUND DURING THE DATE REQUESTED FROM 01/01/2020 TO PRESENT. WE CALLED THE FACILITY BUT THEY CANNOT PROVIDE PATIENT'S INFORMATION OVER THE PHONE.

**03/04/2020 8:51 PM - CLAIM Note 77**
Claim/Event/Leave: 7830485
NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 3/4/2020-REFERRAL RECEIVED BY VCM AND ASSIGNED TO GLADMAN, REBECCA. CLAIM/AS EVENT IS PENDING REVIEW.

**03/04/2020 8:50 PM - CLAIM Note 76**
Claim/Event/Leave: 7830485
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 3/4/2020 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**03/04/2020 7:46 AM - CLAIM Note 75**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : TEE
Text: [03/04/2020 - GRIFFIN, IEESHA]REC'D TEE.

**03/03/2020 12:35 PM - CLAIM Note 74**
Claim/Event/Leave: 7830485
NoteSubject : LTR to EE
Other Subject : CLOSURE
Text: [03/03/2020 - GRIFFIN, IEESHA]CLOSURE LTR SENT.

**03/03/2020 12:35 PM - PHONE Note 65**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject : CLOSURE
Text: [03/03/2020 - GRIFFIN, IEESHA]CALLED                    TO ADVISE OF CLOSURE. LVM STATING DCM HAS UPDATE IN CLAIM STATUS.

**03/02/2020 1:30 PM - CLAIM Note 73**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [03/02/2020 - SILER, MALCOLM]AGREE WITH CLOSURE FOR FTPP.

**03/02/2020 11:40 AM - CLAIM Note 72**
Claim/Event/Leave: 7830485
NoteSubject : Closed

Lincoln/White 0077

Other Subject : FTPP
Text: [03/02/2020 - GRIFFIN, IEESHA]DOD 8/9/17, LTD BBD 2/14/18, CID 2/14/20, MBD 12/2/39. 47 YOF CUST SVC HOST, MED OCC. PAIN SECONDARY TO ARTHRITIS IN KNEES, BACK, ANKLE; BACK PAIN SECONDARY TO SPONDYLOSIS W/ MYELOPATHY/RADICULOPATHY; OA IN BL KNEES; BLCARPAL TUNNEL. ASC TXTING WITH PM&R, PODIATRY, ORTHO FOR KNEES, FEET, BACK. NOTED COMORBID OF MORBID OBESITY. ASC S/P KNEE INJECTIONS IN NOV 2019. CPIA REVIEW COMPLETED MARCH 2018 INDICATES SED CAPACITY. NO MED REVIEWS COMPLETED SINCE THAT TIME. CIDMEDS OBTAINED JAN 2020, MEDS REC'D FROM MULT APS. FILE REVIEWED IN PM&R CCS W/ DR. NATARAJAN. RECOMMEND COMPLETE PM&R/ORTHO/PAIN FFR TO ASSESS FOR UPCOMING CID GIVEN LIKELY SED CAPACITY. CLAIM REF'D AND COMPLETED FFR REC'D. UNABLE TO COMPLETE TSA DUE TO MISSING TEE. DCM CONTACTED ASC ON 2/11/20, 2/12/20, 2/18/20, 2/19/20 AT                    AND                    (ASC'S MOTHER) AND DCM IS UTC ASC. RESENT TEE ON 2/13/2020 TO ASC FOR COMPLETION VIA EMAIL AND MAIL. RTC CLOSURE, UNABLE TO COMPLETE CID REVIEWDUE TO FTPP.

**02/19/2020 5:49 PM - PHONE Note 64**
Claim/Event/Leave: 7830485
NoteSubject : Called Other
Other Subject : MOTHER
Text: [02/19/2020 - GRIFFIN, IEESHA]CALLED NEXT OF KIN CONTACT, ASC'S MOTHER GERALDINE AT                    PHONE RINGS BUT NO VM BOX IS SET UP.

**02/19/2020 5:49 PM - PHONE Note 63**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject : TEE
Text: [02/19/2020 - GRIFFIN, IEESHA]CALLED TO DISCUSS TEE. LVM AT                    REQ A RTC.

**02/18/2020 4:30 PM - PHONE Note 62**
Claim/Event/Leave: 7830485
NoteSubject : Called Other
Other Subject : MOTHER
Text: [02/18/2020 - GRIFFIN, IEESHA]CALLED NEXT OF KIN CONTACT, ASC'S MOTHER GERALDINE AT                    PHONE RINGS BUT NO VM BOX IS SET UP.

**02/18/2020 4:07 PM - PHONE Note 61**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject : TEE
Text: [02/18/2020 - GRIFFIN, IEESHA]CALLED                    AND LVM REQ A RTC TO COMPLETE TEE, DCM HAS MAILED AND EMAILED FORM TO ASC.

**02/18/2020 2:05 PM - CLAIM Note 71**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [02/18/2020 - NAI, TIMOTHY]INVOICE RECEIVED ON 02/06/2020 FROM RELEASEPOINT. INVOICE# 711219-169 IN THE AMOUNT OF $135.50 INVOICE PAID.

**02/13/2020 4:05 PM - CLAIM Note 70**
Claim/Event/Leave: 7830485
NoteSubject : LTR to EE
Other Subject :
Text: [02/13/2020 - GRIFFIN, IEESHA]RESENT TEE FORM TO ASC VIA EMAIL, MAIL.

**02/12/2020 3:23 PM - PHONE Note 60**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject : TEE
Text: [02/12/2020 - GRIFFIN, IEESHA]CALLED                    RE: COMPLETING THE TEE FORM. LVM STATING DCM WILL EMAIL COPY OF FORM TO ASC BUT ASC CAN ALSO RTC TO DCM TO COMPLETE FORM ON THE PHONE W/ DCM.

**02/11/2020 3:48 PM - CLAIM Note 69**
Claim/Event/Leave: 7830485
NoteSubject : LTR to EE
Other Subject : TEE
Text: [02/11/2020 - GRIFFIN, IEESHA]EMAILED TEE TO ASC.

**02/11/2020 3:40 PM - PHONE Note 59**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject : TEE
Text: [02/11/2020 - GRIFFIN, IEESHA]CALLED                    RE: COMPLETING THE TEE FORM. LVM STATING DCM WILL EMAIL COPY OF FORM TO ASC BUT ASC CAN ALSO RTC TO DCM TO COMPLETE FORM ON THE PHONE W/ DCM.

**02/10/2020 8:52 PM - CLAIM Note 68**
Claim/Event/Leave: 7830485
NoteSubject : Voc Rehab

Lincoln/White 0078

NoteSubject : Voc Rehab
Other Subject : CLAIM/EVENT TO VCM
Text: 2/10/2020-REFERRAL RECEIVED BY VCM AND ASSIGNED TO GLADMAN, REBECCA. CLAIM/AS EVENT IS PENDING REVIEW.

**02/10/2020 8:51 PM - CLAIM Note 67**
Claim/Event/Leave: 7830485
NoteSubject : Ref to Voc Rehab
Other Subject : SCORE REFERRAL
Text: 2/10/2020 - REFERRED TO THE VOC UNIT FOR TRANSFERABLE SKILLS ANALYSIS.

**02/10/2020 12:15 PM - CLAIM Note 66**
Claim/Event/Leave: 7830485
NoteSubject : Voc Rehab
Other Subject : TSA
Text: [02/10/2020 - GRIFFIN, IEESHA]REF'D FOR TSA

**02/10/2020 12:08 PM - CLAIM Note 65**
Claim/Event/Leave: 7830485
NoteSubject : Peer Review
Other Subject : COMPLETED
Text: [02/10/2020 - GRIFFIN, IEESHA]DCM REQ CP TO AP CONTACT. REC'D FFR.

**02/05/2020 8:23 AM - CLAIM Note 64**
Claim/Event/Leave: 7830485
NoteSubject : Peer Review
Other Subject :
Text: [02/05/2020 - GRIFFIN, IEESHA]YOUR REFERRAL REQUEST WITH REQUESTED SPECIALTY OF PHYSICAL MEDICINE & REHABILITATION (PM&R) FOR CLAIM NUMBER 7830485 HAS BEEN ASSIGNED TO DR. JAMES HILL. THE ANTICIPATED DUE DATE FOR THIS REQUEST IS 02/10/2020.

**02/03/2020 1:29 PM - CLAIM Note 63**
Claim/Event/Leave: 7830485
NoteSubject : Peer Review
Other Subject : REF'D
Text: [02/03/2020 - GRIFFIN, IEESHA]REF'D TO PM&R FOR FFR, PER CCS RECOMMENDATION.

**02/03/2020 1:19 PM - MDS Note**
Claim/Leave: 7830485
Episode #: 1
Nurse Name: ABERT, DEBRA
Service #: 16887870
Service Date: 02/03/2020
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: CLAIMS, IEESHA, GRIFFIN
Note Type: INFORMATION OBTAINED DESC
Text: FILE REVIEWED, PREPPED, PRESENTED, AND DISCUSSED IN ICP CCS; SEE CLAIM NOTES FOR OUTCOME OF CCS AND ICP RECOMMENDATIONS.

**02/03/2020 1:09 PM - CLAIM Note 62**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : PM&R CCS
Text: [02/03/2020 - GAUTHIER, MEGAN]DOD 8/9/17, LTD BBD 2/14/18, CID 2/14/20, MBD 12/2/39. 47 YOF CUST SVC HOST, MED OCC. PAIN SECONDARY TO ARTHRITIS IN KNEES, BACK, ANKLE; BACK PAIN SECONDARY TO SPONDYLOSIS W/ MYELOPATHY/RADICULOPATHY; OA IN BL KNEES; BLCARPAL TUNNEL. ASC TXTING WITH PM&R, PODIATRY, ORTHO FOR KNEES, FEET, BACK. NOTED COMORBID OF MORBID OBESITY. ASC S/P KNEE INJECTIONS IN NOV 2019. CPIA REVIEW COMPLETED MARCH 2018 INDICATES SED CAPACITY. NO MED REVIEWS COMPLETED SINCE THAT TIME. CIDMEDS OBTAINED JAN 2020, MEDS REC'D FROM MULT APS. FILE REVIEWED IN PM&R CCS W/ DR. NATARAJAN. RECOMMEND COMPLETE PM&R/ORTHO/PAIN FFR TO ASSESS FOR UPCOMING CID GIVEN LIKELY SED CAPACITY.

**01/28/2020 3:40 PM - CLAIM Note 61**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : CCS
Text: [01/28/2020 - GRIFFIN, IEESHA]REF'D TO CCS 2/3/20 AT 1PM

**01/28/2020 1:31 PM - CLAIM Note 60**
Claim/Event/Leave: 7830485
NoteSubject : Ref to Other
Other Subject : RP
Text: [01/28/2020 - GRIFFIN, IEESHA]RUSH REQ FOR MED 1/1/20-PRESENT SENT TO RP FOR AP ANDREA (FORMALLY AP THOMAS OFFICE) W/ AUTH. YOUR WEBORDER TRANSACTION ID IS: 54109783

**01/28/2020 1:27 PM - PHONE Note 58**

Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject : CID
Text: [01/28/2020 - GRIFFIN, IEESHA]CALLED ASC AND ADVISED OF MED REC'D VIA VM. STATED ONLY MED REC'D WAS FROM AP THOMAS. REQ A RTC TO DET IF ASC HAS OTHER PROVIDERS AND FOR ASC TO CONTACT ANY OTHER PROVIDERS TO HAVE MED SENT IN FOR CID.

**01/23/2020 12:19 PM - CLAIM Note 59**
Claim/Event/Leave: 7830485
NoteSubject : Social Security
Other Subject : APPEAL
Text: [01/23/2020 - GRIFFIN, IEESHA]DEAR MS. GRIFFIN: AS YOU ARE AWARE, THE SOCIAL SECURITY DISABILITY CASE FOR MS. WHITE IS AT THE APPEALS COUNCIL LEVEL. DUE TO LARGE BACKLOGS, A DECISION HAS NOT YET BEEN REACHED. PLEASE ALLOW AN ADDITIONAL SIXTYDAYS FOR AN UPDATE ON THIS CLAIM. SHOULD YOU HAVE ANY QUESTIONS PLEASE CONTACT ME AT 1-800-211-4736. SINCERELY, DYANN GUARINO FOR ATTY. MARTIN E. KEANE DOHERTY, CELLA, KEANE & ASSOCIATES, LLP

**01/23/2020 12:19 PM - CLAIM Note 58**
Claim/Event/Leave: 7830485
NoteSubject : Medical Status
Other Subject : TOTAL REHAB OF BATON
Text: [01/23/2020 - GRIFFIN, IEESHA]MEDICAL FACILITY IS UNABLE TO LOCATE RECORDS FOR TIME FRAME REQ AND/OR PROVIDER LISTED E-MAIL NOTICE TO CUSTOMER REQUESTED: PLEASE BE ADVISED, THERE WERE NO RECORDS FOUND DURING THE DATES REQUESTED 09/01/2018 TO PRESENT. THE LAST DATE OF SERVICE WAS 07/02/2018.

**01/22/2020 9:27 AM - CLAIM Note 57**
Claim/Event/Leave: 7830485
NoteSubject : Med Records Rcvd
Other Subject : MULTIPLE PROVIDERS
Text: [01/22/2020 - MALAGUERRA, JEFFREY]RECEIVED MEDICAL FROM 09/05/18 THRU 12/18/2019 FROM SEVERAL PROVIDERS

**01/22/2020 9:21 AM - CLAIM Note 56**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : LTD FORMS
Text: [01/22/2020 - MALAGUERRA, JEFFREY]RECEIVED COMPLETED LTD FORMS

**01/16/2020 5:02 PM - PHONE Note 57**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject : CID
Text: [01/16/2020 - GRIFFIN, IEESHA]CALLED                    AND LVM ADVISING THAT VM WAS REC'D, REQ ASC HAVE ANY MED DATED BEYOND 8/2019 SENT FOR LTD CLAIM TO PREP FOR CID REVIEW.

**01/16/2020 12:22 PM - PHONE Note 56**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [01/16/2020 - GRIFFIN, IEESHA]REC'D VM FROM ASC: - SABRINA WHITE, WILL SEE AP TOMORROW, NOT BEEN TO TOTAL REHAB SINCE 9/2019, THOMAS IS NO LONGER THERE WILL GET SOMETHING FROM ANDREA( TOOK AP THOMAS'S PLACE), OTHER PROVIDERS SHOULD BE SENDING INFO.ASC WAS SUPPOSED TO HAVE INJECTION, BUT SHE HAD SINUS INFECTION SO THIS WAS MOVED. SHE IS WAITING FOR ANOTHER OV.

**01/15/2020 8:51 AM - CLAIM Note 55**
Claim/Event/Leave: 7830485
NoteSubject : Medical Status
Other Subject : EVULEOCHA/ DERBINGNY
Text: [01/15/2020 - GRIFFIN, IEESHA]PLEASE BE ADVISED THAT RELEASEPOINT HAS SUSPENDED THIS ORDER FOR THE FOLLOWING REASON: FACILITY INFORMED US THAT THEY HAVE NO RECORDS ON FILE FOR THIS PATIENT ** PLEASE BE ADVISED THAT WE RECEIVE A RESPONSE STATINGPATIENT HAS NO RECORDS. WE CALLED 225-761-5200 TO VERIFY RECORDS USING THE GIVEN MAILING ADDRESS AND PHONE NUMBER OF THE PATIENT, HOWEVER WE REACHED VOICEMAIL.

**01/13/2020 2:19 PM - CLAIM Note 54**
Claim/Event/Leave: 7830485
NoteSubject : LTR to EE
Other Subject : DAY 30
Text: [01/13/2020 - GRIFFIN, IEESHA]RESENT PROOF LTR.

**01/13/2020 2:17 PM - PHONE Note 55**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject : DAY 30

Lincoln/White 0080

Text: [01/13/2020 - GRIFFIN, IEESHA]CALLED TO ADVISE OF CLAIM STATUS, MED STILL NEEDED FROM TOTAL REHAB OF BATON ROUGE. LVM STATING THIS AND THAT THE DEADLINE IS 1/25/20. DCM HAS REC'D MESSAGE FROM ASC ADVISING THAT SX/ INJECTION DATE HAS BEEN MOVED. RECOMMENDED ASC HAVE ANY ADD'L MED SENT FOR CLAIM.

**01/08/2020 11:04 AM - PHONE Note 54**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [01/08/2020 - DELGADO, KEITH]ASC CALLED TO PROVIDE NEW PHONE NUMBER FOR HER TEXT NOTIFICATIONS. UPDATED NUMBER IS                DCM UPDATED PREFERENCES. ASC SAID SHE WAS SUPPOSED TO HAVE A PROCEDURE TODAY, BUT SHE CANCELLED IT BECAUSE SHE WASN'T FEELING WELL. ADVISED SHE WOULD C/B WHEN IT WAS RESCHEDULED. ASC ALSO ASKED ABOUT HER BENEFIT AND DCM PROVIDED BENEFIT INFO. ASC HAD NFQ, THANKED DCM, AND ENDED CALL.

**01/06/2020 5:34 PM - PHONE Note 53**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject : UPDATES
Text: [01/06/2020 - GRIFFIN, IEESHA]ASC SAYS PROCEDURE DONE 12/2019 DIDN'T WORK, SO ASC HAS PROCEDURE 1/8/20 FOR ADD'L SX TO BLOCK NERVES. WILL BE FAXING LTD FORMS. DCM WELCOMED ASC TO SEND ANY MEDICAL RECORDS SHE HAS FOR LTD CLAIM AS WELL AS SX INFO. ASCSAYS SHE WILL ASK HER PROVIDERS TO SEND INFO TO DCM.

**12/31/2019 10:04 AM - CLAIM Note 53**
Claim/Event/Leave: 7830485
NoteSubject : Med Records Rcvd
Other Subject : THOMAS
Text: [12/31/2019 - GRIFFIN, IEESHA]REC'D OVNS DATED 9/11/18 TO 8/13/19

**12/18/2019 6:55 PM - CLAIM Note 52**
Claim/Event/Leave: 7830485
NoteSubject : Medical Status
Other Subject : BROWNING
Text: [12/18/2019 - GRIFFIN, IEESHA]PER RP: DATE: 12/18/2019 8:52 AM (PT) NOTE: EMAILED TO WALMARTRIGHTFAX@LFG.COM : REQUEST SUSPENDED PLEASE BE ADVISED THAT THE RECORDS FROM DR. BENJAMIN BROWNING WILL BE OBTAINED UNDER RP NUMBER 5997751. ALL RECORDSWILL BE OBTAINED UNDER ONE REQUEST.

**12/18/2019 3:19 PM - CLAIM Note 51**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : ADD DD
Text: [12/18/2019 - HOLTZ, JORDAN]ACCT               ROUTING

**12/16/2019 6:14 PM - CLAIM Note 50**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : DD APP
Text: [12/16/2019 - GRIFFIN, IEESHA]REC'D DD APP. NOTIFICATION TO PS.

**12/16/2019 2:44 PM - PHONE Note 52**
Claim/Event/Leave: 7830485
NoteSubject : Called Other
Other Subject : JUDY
Text: [12/16/2019 - GRIFFIN, IEESHA]DCM CALLED, ADVISED JUDY THAT ASC'S CHECK IS IN THE MAIL TO HER.

**12/16/2019 10:39 AM - PHONE Note 51**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [12/16/2019 - GAUTHIER, MEGAN]ASC CALLED AND ADV NEEDS ADCM TO CALL LANDLORD @ 225-448-2641 AND HER NAME IS MS. JUDY. ASC ADV SHE NEEDS ADCM TO CONTACT HER LANDLORD ABOUT THE DELAY IN HER PMT. ASC ADV SHE IS BEHIND AND IT IS MAKING A BAD IMPRESSION ON HER LANDLORD. DCM ADV CK IS ON 12/9. VERIFIED ADDRESS ON FILE IS CORRECT. DCM ADV IF ASC HAS FINANCIAL CONCERNS, CAN SET UP DD. ASC ADV SHE DID IN THE PAST AND SENT INFO IN AGAIN TO GET IT SET UP, THINKS ADCM SHOULD HAVE IT NOW. ASC ADV NO UPDATESBUT SHE WAS HOMELESS AND HAD A BLESSING TO FIND THE HOUSE AND DOES NOT WANT TO BE BACK HOMELESS. DCM EXP U/S AND VERIFIED WILL NOTIFY ADCM OF REQUEST. ASC STATED SHE HAS NEVER GOTTEN HER CK THIS LATE. DCM CONFIRMED CK IS ON 12/9 AND SHOULD REC IT ANYDAY. ASC ADV SHE TYPICALLY GETS THE CK ON FRIDAYS. DCM ADV SHOULD ALLOW UP TO 10 BUS DAYS TO REC AND HIGHER VOLUME OF MAIL DURING HOLIDAY SEASON. NFQ.

**12/16/2019 10:00 AM - PHONE Note 50**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [12/16/2019 - VASQUEZ, LEAH]ASC CALLED TO CHECK ON HER PAYMENT AS SHE HAS NOT YET RECEIVED IT. DCM EXPLAINED PAYMENT RELEASED ON 12/09 AND ASC WILL NEED TO ALLOW MAILING TIME. REMINDED ASC THAT IT IS A BUSY TIME OF YEAR AND NO WAY TO DETERMINE THE SPECIFIC DAY USPS WILL DELIVER HER MAIL. ASC SAID SHE FAXED

Lincoln/White 0081

~~DUE TIME OF YEAR AND NO WAY TO DETERMINE THE SPECIFIC DAY USPS WILL DELIVER HER MAIL. ASC SAID SHE FAXED~~ THE DD AND ALSO HAD IT EMAILED. DCM CHECKED DOC LIST AND RIGHT FAX AND IT HAS NOT YET BEEN RECEIVED. IF EMAILED ON FRIDAY, IT CAN TAKE UP TO 24 HOURS FOR DD TO POST. ASC REQUESTED TO SPEAK WITH ADCM AS SHE WANTS A LETTER SENT TO HER LANDLORD ABOUT HER PAYMENTS. TRANSFERRED TO VM WITH PERMISSION.

**12/12/2019 5:39 PM - CLAIM Note 49**
Claim/Event/Leave: 7830485
NoteSubject : Ref to Other
Other Subject : RP
Text: [12/12/2019 - GRIFFIN, IEESHA]REQ MED 9/1/18 TO PRESENT FROM TOTAL REHAB OF BATON ROUGE, DR. EVULEOCHA/ DR. DERPINGNY, DR. BROWNING, AND DR. THOMAS. AUTH INCLUED. YOUR WEBORDER TRANSACTION ID IS: 54027690

**12/12/2019 4:34 PM - CLAIM Note 48**
Claim/Event/Leave: 7830485
NoteSubject : Notice/Proof Review
Other Subject : LTR TO ASC
Text: [12/12/2019 - GRIFFIN, IEESHA]SENT PROOF LTR REQ MED 9/1/18 TO PRESENT FROM TOTAL REHAB OF BATON ROUGE, DR. EVULEOCHA, DR. DERPINGNY, DR. BROWNING, AND DR. THOMAS. INCLUDED LTD FORMS. DAY 45= 1/25/20, DAY 75= 2/24/20.

**12/12/2019 3:52 PM - PHONE Note 49**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject : CID
Text: [12/12/2019 - GRIFFIN, IEESHA]CALLED FOR UPDATES IN TX PLAN, ADVISED OF PROOF GIVEN CID. UNABLE TO LVM AT (225) 888-9788, REACHED RECORDING STATING THIS NUMBER IS UNABLE TO ACCEPT CALLS AT THIS TIME.

**12/10/2019 9:21 AM - CLAIM Note 47**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : FORM
Text: [12/10/2019 - GRIFFIN, IEESHA]REC'D BANK DD APP, DCM HAS EMAILED COPY OF DD APP.

**12/06/2019 5:51 PM - CLAIM Note 46**
Claim/Event/Leave: 7830485
NoteSubject : LTR to EE
Other Subject :
Text: [12/06/2019 - PRINGLE, ALTAVIOUS]EMAILED DD APP TO

**12/06/2019 5:44 PM - PHONE Note 48**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [12/06/2019 - PRINGLE, ALTAVIOUS]ASC CALLED TO SEE IF HER PAYMENT WILL BE DD OR MAILED; DCM ADVISED PAYMENT WILL BE MAILED AS NO DD SETUP. DCM INQUIRED IF SHE SENT DD APP AS THERE DOESN'T APPEAR TO BE ONE ON FILE. ASC STATED IT WAS SENT A WEEK AGO BHY HER BANK. DCM ADVISED NO DD APP ON FILE AND OFFERED TO EMAIL FORM, ASC AGREED, CONFIRMED EMAIL ADDRESS. ASC EXPRESSED SHE MAY NEED SOMETHING TO GIVE TO HER LANDLORD SO SHE ISN'T EVICTED BECAUSE SHE EXPECTED PAYMENT TO BE RECEIVED BY 12/11. DCM ADVISED SINCE PAYMENTS ARE MAILED WE CAN NOT GUARANTEE A CERTAIN DATE PAYMENT IS RECEIVED. ADVISED ASC TO CB IF ANY INCOME VERIFICATION IS NEEDED AFTER SHE SPEAKS TO LANDLORD. ASC THANKED AND HAD NFQ.

**11/25/2019 12:45 PM - PHONE Note 47**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [11/25/2019 - BORNER, JANICE]12:38-ASC CALLED-WANTED TO KNOW IF DCM RCVD HER DD FORM?CONF'D DCM HASN'T RCVD NEW UPDATED DD FORM.DID RCV CHANGE OF ADDRESS.ASC ASKED IF HER BENEFITS CAN BE ISSUED SOONER OR IF WE ARE ABLE TO HELP HER W/A LOAN.EXPLND WECANNOT OFFER ANY LOAN ASSISTANCE.EXPLND CANNOT CHANGE DATE THAT BENEFITS ISSUE.EXPLND THEY ARE DUE TO ISSUE EACH MTH ON THE 7TH OR 8TH.ASC STATED SHE KEEPS GETTING EVICTION NOTICES B/C SHE RCVS HER BENEFITS FROM US AFTER HER RENT IS DUE AND THEN SHEHAS TO PAY LATE FEES.EXPLND WE ARE NOT ABLE TO CHANGE DATE OF BENEFITS ISSUED AND CANNOT ISSUE THEM EARLIER.ASC STATED THAT IS FINE SHE WILL JUST HAVE HER ATTNY CALL TO DISCUSS FURTHER.CONF'D SHE CAN DO THAT.ASC UNDERSTOOD.

**11/20/2019 9:53 AM - CLAIM Note 45**
Claim/Event/Leave: 7830485
NoteSubject : LTR to EE
Other Subject :
Text: [11/20/2019 - GRIFFIN, IEESHA]DD APP SENT TO ASC AS ASC IS TRYING TO UPDATE DD APP INFO.

**11/15/2019 12:25 PM - PHONE Note 46**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [11/15/2019 - KNOX, FRANCINE]TC FROM ASC CALLING TO CONFIRM HER DDP FORM RECEIVED BY EMAIL. DCM

Lincoln/White 0082

EXPLAINED THERE IS NOTHING NOTED IN THE SYSTEM OF RECEIPT, BUT SHE CAN CONFIRM WITH THE ADCM. DCM UPDATED THE ASC'S MAILING ADDRESS TO                    . CALL TRFRD TO ADCM VM. ASC THANKED DCM.

**11/12/2019 3:29 PM - PHONE Note 45**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [11/12/2019 - SIMMONS, CHRISTINA]ASC CALLED TO SEE IF WE HAD RCVD THE EMAIL SHE SENT TO US YESTERDAY. DCM TOLD ASC THAT I DON'T SEE THAT ANYTHING HAS BEEN RCVD. DCM CONFIRMED THAT THE ASC HAD SENT IT TO THE WRONG EMAIL ADDRESS AND GAVE ASC THE CORRECT EMAIL ADDRESS

**11/11/2019 9:35 AM - PHONE Note 44**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [11/11/2019 - WILLIAMS, TORRON]ASC CALLED; STATING THAT SHE IS SCHEDULED FOR 11/20/19 ON BOTH KNEES TO BURN NERVES. ASC STATES IF THIS PROCEDURE DOES NOT WORK, HER KNEES WOULD BE REPLACED AND THEN SHE'LL HAVE BACK PROCEDURE FOR BURNING NERVES AS WELL; STATES PROCEDURES ARE THROUGH SAME OFFICE WHERE SHE SEES AP EVULEOCHA.

**11/04/2019 4:22 PM - CLAIM Note 44**
Claim/Event/Leave: 7830485
NoteSubject : Social Security
Other Subject : APPEAL
Text: [11/04/2019 - GRIFFIN, IEESHA]DEAR MS. GRIFFIN: ENCLOSED PLEASE FIND THE NOTICE OF DENIAL IN THE SOCIAL SECURITY DISABILITY CASE FOR SABRINA L. WHITE. I HAVE FILED THE REQUEST FOR REVIEW WITH THE APPEALS COUNCIL. UNFORTUNATELY, THE APPEALS COUNCIL IS TAKING APPROXIMATELY 18-24 MONTHS TO ISSUE A DECISION. I WILL CONTINUE TO KEEP YOU APPRISED REGARDING THE STATUS OF THIS CASE. PLEASE CALL ME IF YOU HAVE ANY QUESTIONS. SINCERELY, MARTIN E. KEANE ATTORNEY /DML ENCLOSURE DANIELLE LEAHY FOR ATTORNEY MARTIN E. KEANE DOHERTY, CELLA, KEANE & ASSOCIATES, LLP

**10/25/2019 2:39 PM - PHONE Note 43**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [10/25/2019 - IVEY, TIFFANY]RECVD CALL FROM ASC STATING HER ADDRESS CHANGED AND SHE WANTED TO REMIND US OF HER PROCEDURE ON 10/23/19. ASKED THE ASC IF THE PROCEDURE WAS COMPLETED. THE ASC THEN CONFIRMED TODAY IS THE 25TH AND SHE COMPLETELY MISSED THE PROCEDURE. DR. BLAKELEY WAS TO BURN SOME NERVES IN HER KNEE. SHE SAID HER MIND HAS BEEN ON OTHER THINGS. DUE TO HER LIMITED INCOME SHE HAS BEEN HOMELESS AND THEY JUST FOUND HOUSING. SHE HAS BEEN BUSY TRYING TO GET THINGS TOGETHER. ADVISED ASC TOCONTACT HER AP OFFICE TO SEE IF SHE CAN GET THE PROCEDURE RESCHEDULED AND IF SO SHE CAN GIVE US A CALL BACK WITH THE DATE. ASC UNDERSTOOD. ADVISED WE WOULD NEED TO RECEIVE HER ADDRESS CHANGE IN WRITING. PROVIDED THE EMAIL ADDRESS TO SEND IT TO. ASCUNDERSTOOD. NFQ.

**10/09/2019 3:10 PM - PHONE Note 42**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject : ASC CALLED
Text: [10/09/2019 - DISSER, TROY]ASC CALLED ADCM AND REQUESTED ADCM SEND EMAIL CFM LTD BBD AND AMOUNT. ADCM AGREED AND EMAILED TO ASC. ASC CFM THEY HAVE UPCOMING PROCEDURE ON 10.23.19 AND SSDI RECENTLY DENIED BUT THEY ARE APPEALING. ADCM THANKED ASC FOR INFORMATION, ADVISED DCM WOULD FU, ASC ACK, HAD NO QUESTIONS AND CALL WAS ENDED

**09/11/2019 3:01 PM - PHONE Note 41**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject : UPDATES
Text: [09/11/2019 - GRIFFIN, IEESHA]ASC RTC TO DCM. ASC UNDERGOING PT AT THIS TIME, SHOULD HAVE ABOUT 2 MONTHS AT OSCHNER. NO LONGER DOING CAREGIVING WORK, STOPPED B/C THIS WAS MAKING DX WORSE AND AP ADVISED HER NOT TO CONTINUE THIS AT HER OV IN JUNE. ASCIS STILL HOMELESS, THIS IS WHY SHE TRIED TO PICK UP A SIDE JOB, BUT THIS DID NOT LAST. SHE IS UNABLE TO WORK. AFTER PT, IF ASC IS NOT BETTER, THEY WILL TRY TO BURN NERVES FOR RELIEF, PRIOR TO SX. DCM TO CONT TO F/U. ASC INQUIRED ABOUT HER CHECK. DCMADVISED THIS WENT OUT ON 9/9/19 IN THE MAIL. ASC THANKED.

**09/09/2019 5:53 PM - PHONE Note 40**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject : UPDATES
Text: [09/09/2019 - GRIFFIN, IEESHA]CALLED FOR UPDATES IN TX PLAN, DISCUSS PT RTW. LVM AT (225) 888-1865 REQ A RTC.

**08/14/2019 2:12 PM - CLAIM Note 43**
Claim/Event/Leave: 7830485
NoteSubject : Partial RTW
Other Subject : PMT SVCS
Text: [08/14/2019 - TURNER, MELANIE]EMAILED CCM WHO DOES NOT HAVE P/T RTW DATE AT THIS TIME. ADVISED TO

Lincoln/White 0083

Text: [08/14/2019 - TURNER, MELANIE]EMAILED CCM WHO DOES NOT HAVE P/T RTW DATE AT THIS TIME. ADVISED TO CLOSE REFERRAL AND WILL SCORE NEW REFERRAL ONCE INFO IS OBTAINED. REJECTED REFERRAL PER CCM REQUEST

**08/08/2019 2:31 AM - CLAIM Note 42**
Claim/Event/Leave: 7830485
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF PARTIAL DISABILITY HAS BEEN RECEIVED AND ASSIGNED TO MELANIE TURNER.

**08/08/2019 2:31 AM - CLAIM Note 41**
Claim/Event/Leave: 7830485
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR PARTIAL DISABILITY. COMMENTS: UNSURE OF RTW DATE.

**08/07/2019 4:24 PM - CLAIM Note 40**
Claim/Event/Leave: 7830485
NoteSubject : Ref to Other
Other Subject : PS
Text: [08/07/2019 - GRIFFIN, IEESHA]SCORED TO PS TO ADVISE OF PT RTW, UNSURE OF PT RTW DATE.

**08/07/2019 4:12 PM - PHONE Note 39**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject : UPDATES
Text: [08/07/2019 - GRIFFIN, IEESHA]CALLED FOR UPDATES AT (225) 888-1865, THIS NUMBER HAS BEEN DISCONNECTED.

**05/30/2019 11:18 AM - PHONE Note 38**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject : UPDATES
Text: [05/30/2019 - GRIFFIN, IEESHA]ASC SAYS SHE HAS BEEN HAVING INTENSE HEADACHES SO SHE IS GETTING AN MRI NEXT TUESDAY. THE HEADACHES GO FROM FRONTAL OF HER HEAD TO HER NECK AND FROM ONE SIDE OF HER HEAD TO THE OTHER. ASC SAYS AFTER THE MRI SHE SHOULD BESCHEDULED FOR KNEE SX. ASC SAYS SHE IS WORKING AS OF LAST WEDNESDAY FOR A CAREGIVERBUT FEEDING A PATIENT AND CHANGING THEIR DIAPER. SHE DOES NO LIFTING OR ANYTHING ELSE. SHE WORKS WEDNESDAY, THURSDAY, AND FRIDAY SO FAR, ONLY $7.25 AN HOUR, BUT ASCIS HOMELESS RIGHT NOW SO SHE NEEDS EVERY PENNY. SHE WAS EVICTED FROM HER APARTMENT. ASC SAYS SHE DOESN'T WANT TO INTERFERE WITH CLAIM, BUT WANTS TO KNOW HOW PT WORK WILL IMPACT IT. DCM ADVISED OF OFFSET, EXPLAINED THAT IF ASC HAS FT WORK CAPACITY THAN IT IS EXPECTED FOR HER TO RTW FT, NOT DOING SO WILL CLOSE THE CLAIM. EXPLAIND DEF OF DISABILITY, PT RTW OFFSET. REQ PAYSTUBS FROM ASC TO DET IF THERE IS AN OFFSET THAT SHOULD BE APPLIED. ASC SAYS SHE WILL SEND.

**05/29/2019 10:56 AM - CLAIM Note 39**
Claim/Event/Leave: 7830485
NoteSubject : Social Security
Other Subject : FILE REQ/ HEARING
Text: [05/29/2019 - GRIFFIN, IEESHA]GOOD AFTERNOON, THE SOCIAL SECURITY DISABILITY HEARING FOR THE ABOVE INDIVIDUAL HAS BEEN SCHEDULED FOR AUGUST 13, 2019 IN BATON ROUGE, LA. PURSUANT TO SOCIAL SECURITY S RECENT RULE CHANGE, WE ARE NOW REQUIRED TO OBTAIN A COPY OF THE CLAIMANT S LTD MEDICAL FILE. I HAVE ENCLOSED THE CLAIMANT S SIGNED AUTHORIZATION. PLEASE FORWARD THE MEDICAL PORTION OF THE FILE AT YOUR EARLIEST OPPORTUNITY. PLEASE CALL ME IF YOU HAVE ANY QUESTIONS. SINCERELY, MEGHAN FOR ATTORNEY MARTIN E. KEANE MEGHAN LANG DOHERTY, CELLA, KEANE & ASSOCIATES, LLP ***DCM HAS SENT MED

**05/22/2019 4:27 PM - PHONE Note 37**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject : UPDATES
Text: [05/22/2019 - GRIFFIN, IEESHA]CALLED FOR UPDATES, LVM AT (225) 888-1865 REQ A RTC TO DISCUSS TX PLAN.

**05/16/2019 2:51 PM - PHONE Note 36**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [05/16/2019 - CARELOCK, KELLY]ASC CALLED TO UPDATE MAILING ADDRESS. DCM UPDATED IN SYSTEM. ASC WANTED TO UPDATE DD INFO. DCM ADVISED THAT MUST BE SUBMITTED IN WRITING. ASC STATED SHE HAS TRIED BUT CAN'T GET IT TO GO THRU. DCM CONFIRMED FAX NUMBER 603-427-2684. ASC THANKED DCM AND CALL ENDED.

**05/14/2019 11:46 AM - CLAIM Note 38**
Claim/Event/Leave: 7830485
NoteSubject : LTR to EE
Other Subject : DD APP
Text: [05/14/2019 - FIELDS, MORGAN]FAXED DD APP TO ASC AS REQUESTED.

**05/14/2019 11:45 AM - PHONE Note 35**

Lincoln/White 0084

Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [05/14/2019 - FIELDS, MORGAN]ASC CALLED AND REQUESTED DCM FAX 225-924-9667 DD APP. DCM AGREED. ASC THANKED. REQUESTED FAX NUMBER TO SEND IN HER CHANGE OF ADDRESS. DCM PROVIDED. ASC THANKED, NFQ.

**04/24/2019 2:08 PM - PHONE Note 34**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject : UPDATES
Text: [04/24/2019 - GRIFFIN, IEESHA]CALLED FOR UPDATES AT (225) 888-9788, ASC ANSWERED THE PHONE, SOUNDED SLEEPY. SAYS SHE HAS BEEN VERY SICK, HAS AN APPOINTMENT TO SEE THE AP TODAY AT 3, SO SHE WAS JUST WAKING UP FOR THIS. SHE SHOULD FIND OUT WHEN HER SXIS SOON IF NOT AT HER OV TODAY. DCM TO CON'T TO F/U.

**04/23/2019 4:06 PM - CLAIM Note 37**
Claim/Event/Leave: 7830485
NoteSubject : Social Security
Other Subject : HEARING LEVEL
Text: [04/23/2019 - GRIFFIN, IEESHA]GOOD AFTERNOON, AS YOU ARE AWARE, THE SOCIAL SECURITY DISABILITY CASE FOR MS. WHITE IS AT THE HEARING LEVEL. DUE TO BACKLOGS AT THE LOCAL OFFICE OF HEARING OPERATIONS (OHO), THE ABOVE CLAIMANT S CASE HAS NOT YET BEEN SCHEDULED. MOST OFFICES ARE BACKLOGGED AT LEAST 12 MONTHS FROM THE TIME OF THE HEARING REQUEST. WE WILL UPDATE YOUR OFFICE WHEN WE HAVE ADDITIONAL INFORMATION WITH REGARDS TO THE SCHEDULING OF THIS CLAIMANT S HEARING. SHOULD YOU HAVE ANY QUESTIONS, PLEASE CONTACT ME AT 1-800-211-4736. SINCERELY, DYANN GUARINO FOR ATTY. MARTIN E. KEANE DOHERTY, CELLA, KEANE & ASSOCIATES, LLP

**03/21/2019 11:29 AM - PHONE Note 33**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject : UPDATES
Text: [03/21/2019 - GRIFFIN, IEESHA]CONTACTED ASC FOR UPDATES, DET SX DATE. CONFIRMED THAT DD APP WAS REC'D, DCM HAS UPDATED ADDRESS. ASC SAYS SHE APPRECIATES DCM CALLING, SHE HAS BEEN VERY SICK DUE TO THE WEATHER. EVERYONES SICK. SAYS ONE MIN SHE IS COLDTHE NEXT SHE IS HOT, COUGHING. TRIED TO SEE PCP, BUT THEY ARE BOOKED TO NEXT THURSDAY. ASC WILL SEE HER PROVIDER AS SOON AS SHE IS ABLE TO SCHEDULE SX.

**03/01/2019 7:54 AM - CLAIM Note 36**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject :
Text: [03/01/2019 - GRIFFIN, IEESHA]REC'D NOTE FROM ASC W/ DD INFO, ADDRESS FOR DAYS INN BATON ROUGE. *DCM HAS SENT DD APP TO ASC, REQ THAT IF ADDRESS FOR DAYS INN IS NOT CORRECT, THAT SHE ADVISE DCM IN WRITING IMMEDIATELY.[03/01/2019 - GRIFFIN, IEESHA]*DCM EMAILED AND MAILED THIS TO ASC.

**02/28/2019 2:06 PM - PHONE Note 32**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [02/28/2019 - GRIFFIN, IEESHA]REC'D CALL FROM ASC STATING SHE HAS BEEN EVICTED. WILL NEED TO PROVIDE UPDATED DD INFO, ADDRESS. SAYS NEW PH# IS (225) 888-9788. DCM REQ ASC SEND UPDATED ADDRESS IN WRITING AND DCM CAN SEND DD APP.

**02/20/2019 4:01 PM - PHONE Note 31**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject :
Text: [02/20/2019 - GRIFFIN, IEESHA]REC'D VM FROM ASC ADVISING OF CHANGE IN ADDRESS. CALLED (228) 264-7943 AND LVM ADVISING ASC TO SEND UPDATED ADDRESS TO DCM IN WRITING.

**02/13/2019 4:05 PM - PHONE Note 30**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [02/13/2019 - PRINGLE, ALTAVIOUS]ASC CALLED TO INQUIRE ON PAYMENT; DCM ADVISED OF PAYMENT ISSUE DATE VIA MAIL. DCM INQUIRED ON IF SHE WANTED TO SIGN UP FOR DD, ASC ADVISED NO BECAUSE DIRECT DEPOSIT TOOK LONGER THAN THE MAILED CHECK. DCM ADVISED ASC TO ALLOW MORE TIME FOR PAYMENT TO BE RECEIVED.

**01/31/2019 12:26 PM - PHONE Note 29**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [01/31/2019 - GRIFFIN, IEESHA]REC'D CALL FROM ASC TO UPDATE HER PH#. DCM UPDATED THIS IN S1 TO (228) 264-7943. ASC SAYS NOV 2/5 FOR INJECTION AND 2/28 FOR PAIN RELIEF ON KNEE, ASC WILL BEING UNDERGOING KNEE SX. ASC SAYS SHE SHOULD KNOW THE DATE OF SXAFTER 2/28 OV.

Lincoln/White 0085

**01/11/2019 8:10 AM - CLAIM Note 35**
Claim/Event/Leave: 7830485
NoteSubject : Social Security
Other Subject : DCK
Text: [01/11/2019 - GRIFFIN, IEESHA]DEAR MS. GRIFFIN: I HAVE ADVISED THE SOCIAL SECURITY ADMINISTRATION OFFICE THAT I WILL BE REPRESENTING SABRINA L. WHITE IN HER CLAIM FOR DISABILITY. IT IS MY UNDERSTANDING THAT MS. WHITE'S DISABILITY CLAIM IS PENDING AT THE RECONSIDERATION LEVEL. I WILL CONFIRM THIS INFORMATION WITH SOCIAL SECURITY AND KEEP YOU UPDATED ON THE STATUS OF HER CASE. PLEASE DO NOT HESITATE TO CALL ME AT 1-800-211-4736 IF YOU HAVE ANY QUESTIONS. SINCERELY, AMY MEUSE FOR ATTY. MARTIN KEANE DOHERTY, CELLA, KEANE & ASSOCIATES, LLP

**01/07/2019 7:38 AM - CLAIM Note 34**
Claim/Event/Leave: 7830485
NoteSubject : Social Security
Other Subject : SSDI APPEAL
Text: [01/07/2019 - GRIFFIN, IEESHA]REC'D PROOF OF SSDI APPEAL DATED 11/13/18

**11/16/2018 2:31 AM - CLAIM Note 33**
Claim/Event/Leave: 7830485
NoteSubject : Ref to SS Vendor
Other Subject : SCORE REFERRAL
Text: 11/15/2018 - REFERRED TO DOHERTY AND ASSOCIATES AS SS ADVOCATE.

**11/15/2018 12:05 PM - PHONE Note 28**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject : UPDATES
Text: [11/15/2018 - GRIFFIN, IEESHA]ASC SAW A PROVIDER FOR HER BACK / CARPAL TUNNEL W/ DR. ERIN DERPIGNY LOV 11/13/18, ASC HAS BEEN TOLD RA IN LOWER, UPPER, BACK AND NECK. AP IRENE N EULEOTOHA NOV AFTER THANKSGIVING 11/26/18 PH# 225-761-5200 FOR BOTH PROVIDERS, BC THEY ARE IN THE SAME GROUP. PCP ELIZA THOMAS NO LONGER THERE PCP IS NOW ANDREA TOTHEN AND THIS PROVIDER WAS SEEN 11/1/18. ASC UNSURE OF NOV DATES WITH PROVIDERS BROWNING, WHO WILL DET IF ASC IS TO HAVE SX AFTER SHOTS ARE GIVEN. DCM INQUIREDABOUT SSDI FILING STATUS. ASC SAYS SHE WAS DENIED 9/24/18 SUBMITTED HER APPEAL 11/13/18. DCM REQ COPY OF APPEAL SUBMISSION FOR CLAIM. REF TO DCK AND ASC ACCEPTED THEIR ASSISTANCE REQ THEY CALL HER AT 225-828-2844. DCM TO REF.

**11/07/2018 11:57 AM - CLAIM Note 32**
Claim/Event/Leave: 7830485
NoteSubject : LTR to EE
Other Subject : UTC
Text: [11/07/2018 - GRIFFIN, IEESHA]SENT UTC LTR REQ A RTC BY 12/6/18

**11/07/2018 11:54 AM - PHONE Note 27**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject : UPDATES
Text: [11/07/2018 - GRIFFIN, IEESHA]CALLED FOR UPDATES AT (225) 239-6383. PHONE DISCONNECTED.

**10/04/2018 9:15 AM - PHONE Note 26**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [10/04/2018 - SHERRILL, TIMIA]ASC CALLED WANTED TO KNOW WHAT SHE WOULD RCV IN LTD BENS IF SHE RTW PART TIME. DCM EXPLAINED PARTIAL DISABILITY AND ADV IT WOULD BE A CALCULATION BASED ON PRE-DISABILITY EARNINGS AND PARTIAL DISABILITY EARNINGS. ASC UNDERSTOOD AND ADV SHE WILL FU WITH AP TO SEE IF HE CAN RELEASE HER TO RTW PART TIME. DCM ADV ASC NOTIFY ADCM IF SHE RTWS. ASC THANKED DCM AND CALL ENDED.

**09/17/2018 10:11 AM - PHONE Note 25**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [09/17/2018 - GRIFFIN, IEESHA]REC'D CALL FORM ASC REQ IF CHECK PAY DATES CAN BE CHANGED. DCM ADVISED THEY COULD NOT. ASC HAD NFQ.

**09/12/2018 12:48 PM - PHONE Note 24**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [09/12/2018 - GRIFFIN, IEESHA]REC'D CALL FROM ASC ATTEMPTING TO CONFIRM IF LIST OF AP HAS BEEN REC'D AND DD REMOVED. DCM CONFIRMED BOTH

**09/06/2018 8:52 AM - PHONE Note 23**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject :

Lincoln/White 0086

Other Subject :
Text: [09/06/2018 - GRIFFIN, IEESHA]REC'D CALL FROM ASC 9/5/18

**09/06/2018 8:50 AM - CLAIM Note 31**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : AP LIST
Text: [09/06/2018 - GRIFFIN, IEESHA]REC'D LIST OF AP.

**09/05/2018 12:51 PM - CLAIM Note 30**
Claim/Event/Leave: 7830485
NoteSubject : LTR to EE
Other Subject :
Text: [09/05/2018 - GRIFFIN, IEESHA]DD APP SENT TO ASC.

**09/05/2018 11:21 AM - PHONE Note 22**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [09/05/2018 - GRIFFIN, IEESHA]REC'D CALL FROM ASC. ASC SAYS SHE IS IN PAIN, REQ IF INFO HAS BEEN REC'D FOR CLAIM. DCM ADVISED THAT POF HAS BEEN, REC'D MED FROM BROWNING, MISSING LIST OF PROVIDERS FROM ASC. ASC SAYS SHE SHOULD BE SEEING HAND SPECIALIST TODAY AND SHE WILL FAX THE AP INFO ALONG W/ NOV DATE. DCM THANKED.[09/05/2018 - GRIFFIN, IEESHA]ASC ALSO REQ THAT DCM DEACTIVATE DD B/C SHE HAS CLOSED HER BANK ACCOUNT AND WILL BE OPENING A NEW ONE SOON. DCM TO SENT DD APP FOR NEW ACCOUNT.

**08/22/2018 8:25 AM - CLAIM Note 29**
Claim/Event/Leave: 7830485
NoteSubject : Med Records Rcvd
Other Subject : BROWNING
Text: [08/22/2018 - GRIFFIN, IEESHA]REC'D OVNS DATED 8/13/2018

**08/14/2018 9:37 AM - CLAIM Note 28**
Claim/Event/Leave: 7830485
NoteSubject : Social Security
Other Subject : POF
Text: [08/14/2018 - GRIFFIN, IEESHA]REC'D POF- 1/19/18

**07/30/2018 12:46 PM - CLAIM Note 27**
Claim/Event/Leave: 7830485
NoteSubject : LTR to EE
Other Subject :
Text: [07/30/2018 - GRIFFIN, IEESHA]ENCOURAGE TO APPLY LTR SENT REQ POF BY 9/12/18

**07/30/2018 12:30 PM - PHONE Note 21**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [07/30/2018 - GRIFFIN, IEESHA]REC'D CALL FROM ASC AT (225) 239-6383. ASC SAYS PHONE HAS BEEN DISCONNECTED. DCM ASKED FOR UPDATES. ASC SAYS SHE IS NOW SEEING PROVIDER FOR HER BACK AND HAS BEEN TOLD SHE MAY NEED LASER SX ON BACK. ASC UNSURE OF THIS PROVIDERS NAME, BUT ALSO SEEING PCP THOMAS. DCM INQUIRED ABOUT SSDI. ASC APPLIED 1/2018, DCM REQ POF BY 9/12/18. ALSO REQ UPDATED LIST OF PROVIDERS ASC IS TREATING WITH. ASC SAYS SHE CAN HAVE THIS SENT TO DCM TOMORROW. THANKED DCM FOR ALWAYS HELPING HER.

**07/11/2018 9:40 AM - CLAIM Note 26**
Claim/Event/Leave: 7830485
NoteSubject : LTR to EE
Other Subject :
Text: [07/11/2018 - GRIFFIN, IEESHA]SENT UTC LTR, DAY 30 IS 8/9/18

**07/11/2018 9:39 AM - PHONE Note 20**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject : UPDATES
Text: [07/11/2018 - GRIFFIN, IEESHA]CALLED FOR UPDATES IN TX PLAN, NOV DATES, SSDI STATUS. CALLED (225) 284-6811 AND THIS NUMBER WAS NOT IN SERVICE.

**07/09/2018 10:57 AM - PHONE Note 19**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [07/09/2018 - STOCKHAUSEN, BRITTANY]ASC CALLED TO CHECK ON STATUS OF BENEFITS. DCM ADVISED OF ISSUED DATE AND ADVISED OF 1-2 BUSINESS DAYS TO SHOW IN ACCT. ASC THANKED DCM AND ADVISED NFQ.

**06/12/2018 8:52 AM - PHONE Note 18**
Claim/Event/Leave: 7830485

Lincoln/White 0087

NoteSubject : Called EE
Other Subject :
Text: [06/12/2018 - GRIFFIN, IEESHA]CALLED ASC TO ADVISE THAT CHECK DATES CAN NOT BE CHANGED. LVM.

**06/11/2018 9:23 AM - PHONE Note 17**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject : CSU
Text: [06/11/2018 - MUDRICK, CARIN]ASSOC CALLED ASKING IF THERE WAS ANY WAY HER PAYMENT DATE COULD BE CHANGED AS SHE DOES NOT RECEIVE IT IN TIME TO PAY RENT. BEST TO SPEAK TO ADCM - SHE REQUESTED TO SPEAK TO ANOTHER TM IF NOT AVAILABLE. CSR UNABLE TO REACHDCM OR TM - ASSOC STATED SENDING AN EMAIL IF FINE. THANKED ME C.E. EMAIL TO ADCM

**06/07/2018 10:38 AM - PHONE Note 16**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject : PAYMENT
Text: [06/07/2018 - MORRISON, MATTHEW]RECV PHONE CALL FROM ASC ? PAYMENT. ADVISED PAYMENT WOULD BE RELEASED TONIGHT & WOULD RECV DD IN 2-3 DAYS, BUT NO LATER THAN 6/13. ASC STATED SHE NEEDS TO PAY HER RENT AND ITS $535 AND SHE WOULDN'T PROBABLY HAVE ENOUGH TO PAY IT. ADVISED THAT SHE MAY BE ABLE TO GET SUBSIDIZED RENT THAT MAY BE ABLE TO ASSIST HER WHILE SHE IS ON DISABILITY. ADVISED IF THAT IS THE CASE, WE CAN PROVIDE A LETTER FOR HER TO PROVIDE AS PROOF OF INCOME.

**06/07/2018 10:31 AM - PHONE Note 15**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject : PAYMENT INQUIRY
Text: [06/07/2018 - RAWLINGS, HANIYYAH]DCM RECEIVED A CALL FROM ASC INQUIRING ABOUT HER DIRECT DEPOSIT. DCM CHECKED DID NOT SEE A PAYMENT NOTED, TRANSFERRED HER OVER TO MATT IN LTD FOR ADDITIONAL ASSISTANCE.

**06/05/2018 1:10 PM - CLAIM Note 25**
Claim/Event/Leave: 7830485
NoteSubject : LTR to EE
Other Subject : UTC
Text: [06/05/2018 - GRIFFIN, IEESHA]SENT UTC LTR.

**06/05/2018 1:09 PM - PHONE Note 14**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject : UPDATES
Text: [06/05/2018 - GRIFFIN, IEESHA]CALLED FOR UPDATES IN TX PLAN, NOV DATES, SSDI STATUS. CALLED (225) 960-9344 AND DCM WAS TOLD THIS WAS NOT A CORRECT PH#. CALLED (225) 284-6811 AND THIS NUMBER WAS NOT IN SERVICE.

**05/23/2018 1:45 PM - PHONE Note 13**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject : UPDATES
Text: [05/23/2018 - GRIFFIN, IEESHA]CALLED FOR UPDATES- NOV DATES, CONFIRM DX, DISCUSS SSDI. LVM AT (225) 960-9344. (225) 284-6811 IS NOT ABLE TO RECEIVE CALLS AT THIS TIME.[05/23/2018 - GRIFFIN, IEESHA]RTC REQ.

**05/10/2018 4:34 PM - PHONE Note 12**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [05/10/2018 - BORNER, JANICE]4:31-ASC CALLED-WANTED TO KNOW IF DD IS SET UP.CONF'D IT IS BUT NOT IN TIME FOR CHECK THAT JUST MAILED OUT TUES SO SHOULD RCV SOON.EXPLND NEXT CK WILL ISSUE AROUND 6/7 BUT STILL TAKES 2-3 DAYS TO POST TO ACCT.ASC UNDERSTOOD AND APPRECIATED THE HELP.

**04/26/2018 4:54 PM - PHONE Note 11**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [04/26/2018 - TOOLE, LARAINE]ASC CALLED TO CHECK IF DD FORM RECEIVED. CONFIRMED RECEIVED TODAY. ASC ASKED WHEN IT WILL TAKE EFFECT. ADVISED HER NEXT PAY DATE IS 5/13/18, NOT SURE IF IT WILL IN BE COMPLETED BY THEN. ASC SAID THAT WAS FINE.

**04/26/2018 1:57 PM - CLAIM Note 24**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : ADD DD
Text: [04/26/2018 - WRIGHT, PATRICIA]ADDED ACCT 1700000323405 ROUTING 265473485

**04/26/2018 12:15 PM - CLAIM Note 23**
Claim/Event/Leave: 7830485

Lincoln/White 0088

NoteSubject : Other
Other Subject : DD FORM
Text: [04/26/2018 - MURRAY, JENNIFER]ON 4/26/18, RCVD: DD FORM

**04/25/2018 8:15 AM - CLAIM Note 22**
Claim/Event/Leave: 7830485
NoteSubject : LTR to EE
Other Subject : DD APP
Text: [04/25/2018 - GRIFFIN, IEESHA]SENT DD APP TO ASC.

**04/24/2018 5:27 PM - PHONE Note 10**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [04/24/2018 - BORNER, JANICE]5:11-ASC CALLED-WANTED TO PROVIDE INFO FOR DD.EXPLND WE CANNOT TAKE INFO VERBALLY AND WILL SEND FORM FOR HER TO COMPLETE.ASC UNDERSTOOD.

**04/06/2018 10:21 AM - CLAIM Note 21**
Claim/Event/Leave: 7830485
NoteSubject : Med Records Rcvd
Other Subject : BROWNING
Text: [04/06/2018 - MALAGUERRA, JEFFREY]RECEIVED MEDICAL INCLUDING OV NOTE DATED 03/28/18

**04/02/2018 2:23 PM - PHONE Note 9**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [04/02/2018 - MILLER, JERRICA]ASC CALLED TO ASK IF AP SENT IN MEDICAL INFORMATION. DCM ADVISED IT HASN'T BEEN RECEIVED BUT CLAIM IS APPROVED AT THIS TIME. ASC THANKED AND C/E.

**03/21/2018 5:47 PM - CLAIM Note 20**
Claim/Event/Leave: 7830485
NoteSubject : LTR to EE
Other Subject : APPROVAL
Text: [03/21/2018 - GRIFFIN, IEESHA]SENT APPROVAL LTR TO ASC W/ FORMS DUE 5/4

**03/21/2018 5:44 PM - CLAIM Note 19**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : PMT
Text: [03/21/2018 - GRIFFIN, IEESHA]SET UP SCHEDULED PAYMENT BASED ON EARNINGS HISTORY IN DOC LIST. $984.11 MONTHLY SALARY AMOUNT. THE BENEFIT IS 60% OR $590.47. NO OFFSETS OR DEDUCTIONS.

**03/21/2018 4:10 PM - PHONE Note 8**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject : APPROVAL
Text: [03/21/2018 - GRIFFIN, IEESHA]REC'D CALL FROM ASC REGARDING MEDICAL. DCM ADVISED PER CONFO 3/20/18, NO ADDITIONAL MED HAS BEEN REC'D FROM PROVIDERS. GIVEN MED ON FILE, CLAIM HAS BEEN APPROVED. CHECK AND APPROVAL INFO WILL BE MAILED AND SHOULD BE REC'D IN THE NEXT 2-3 WEEKS. ASC THANKED DCM AND WILL F/U TO PROVIDE MEDICAL RECORDS. DCM TO F/U AGAIN IN A FEW WEEKS FOR UPDATES.

**03/20/2018 6:14 PM - CLAIM Note 18**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [03/20/2018 - SILER, MALCOLM]AGREE WITH APPROVAL AND ACTION PLAN IN PLACE.

**03/20/2018 4:22 PM - PHONE Note 7**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [03/20/2018 - ROBERTS, SONYA]AS CALLED FOR CLM STATUS. DCM STATED DCM IS PENDING. STATED DCM IS AWAITING MEDICAL FROM TOTAL REHAB, ECULEOCHA, AND THOMAS. ASC STATED ADCM WILL ALSO NEED TO REQUEST MEDICAL FROM DR. BROWNING AS HE IS THE MAIN AP AND ISLISTED ON ASC'S FORMS. ASC STATED SHE MAY NEED TO HAVE AN MRI.

**03/20/2018 2:47 PM - CLAIM Note 17**
Claim/Event/Leave: 7830485
NoteSubject : Action Plan
Other Subject : RTW AO FEB 2020
Text: [03/20/2018 - GRIFFIN, IEESHA]LDW 8/8/17 AND DOD 8/9/17. CUST SERVICE HOST, FULL TIME. ASC STATED SHE FELL DOWN HER STAIRS AT HER APARTMENT AND HAS BEEN IN SEVERE PAIN SINCE. HAS STATED SHE HAS HAD ARTHRITIS IN HER BACK, KNEES AND ANKLE. CPIA COMPLETED 3/19/18 SUGGESTS: DX BACK PAIN LUMBAR SPONDYLOSIS WITHOUT MYELOPATHY/RADICULOPATHY M54.5 M47.816 OSTEOARTHRITIS BOTH KNEES CHONDROMALACIA PATELLAE RIGHT KNEE

MYELOPATHY/RADICULOPATHY M54.5 M47.816 OSTEOARTHRITIS BOTH KNEES CHONDROMALACIA PATELLAE RIGHT KNEE CHONDROMALACIA PATELLAE LEFT KNEE PAIN IN RIGHT KNEE PAIN IN LEFT KNEE PAIN IN RIGHT ANKLE AND FOOT M17.0 M22.41 M22.42 M25.561 M25.562 M25.571. CO-MORBID CONDITIONS POTENTIALLY IMPACTING CAPACITY: OBESITY; HTN; DEPRESSION; ANXIETY; CERVICAL SPONDYLOSIS. USUAL RECOVERY TIME FOR PRIMARY IMPAIRING CONDITION S : - VARIABLERELATED TO THE INSURED S DJD AFFECTING BOTH KNEES AND RIGHT ANKLE/FOOT. RECEIVING PT, INJECTIONS AND BRACING FOR TREATMENT. - VARIABLE RELATED TO MECHANICAL LOW BACK PAIN TYPICALLY WITHIN 3 MONTHS OF ONSET. CURRENT ESTIMATED R/LS: SEDENTARY + NOSQUATTING/CLIMBING/CROUCHING/CRAWLING ESTIMATED DURATION OF R/LS: UNCERTAIN, CONTINGENT ON TREATMENT RECEIVED AND CLINICAL RESPONSE TO RX.*****CPIA SUGGESTS: DCM 1. MONITOR CLINICAL RESPONSE TO TREATMENT OVER NEXT 12 MONTHS. IF NO SUBSTANTIAL IMPROVEMENT, AND NO SEDENTARY WORK OPTIONS, PLAN FOR AO CHANGE. 2. REQUEST UPDATED PT NOTES AND ALL UPDATED OFFICE NOTES FROM ORTHOPEDICS, PODIATRY, AND PRIMARY CARE WHEN APPROPRIATE. DCM TO GATHER MED IN 6 MO FOR REVIEW AND UPDATE ACTION PLAN ACCORDINGLY. WILL DISCUSS SSDI/ OFFER VENDOR ASSISTANCE. [03/21/2018 - GRIFFIN, IEESHA]*[03/21/2019 - GRIFFIN, IEESHA]*SX PENDING[05/30/2019 - GRIFFIN, IEESHA]*PER CONVO 5/30, ASC HAVING MRI FOR HEADACHES, SX SCHEDULING PENDING.[09/09/2019 - GRIFFIN, IEESHA]*DCM TO PREP FOR CID

**03/20/2018 2:46 PM - CLAIM Note 16**
Claim/Event/Leave: 7830485
NoteSubject : Ref to Other
Other Subject : RCMD APPROVAL
Text: [03/20/2018 - GRIFFIN, IEESHA]LDW 8/8/17 AND DOD 8/9/17. CUST SERVICE HOST, FULL TIME. ASC STATED SHE FELL DOWN HER STAIRS AT HER APARTMENT AND HAS BEEN IN SEVERE PAIN SINCE. HAS STATED SHE HAS HAD ARTHRITIS IN HER BACK, KNEES AND ANKLE. CPIA COMPLETED 3/19/18 SUGGESTS: DX BACK PAIN LUMBAR SPONDYLOSIS WITHOUT MYELOPATHY/RADICULOPATHY M54.5 M47.816 OSTEOARTHRITIS BOTH KNEES CHONDROMALACIA PATELLAE RIGHT KNEE CHONDROMALACIA PATELLAE LEFT KNEE PAIN IN RIGHT KNEE PAIN IN LEFT KNEE PAIN IN RIGHT ANKLE AND FOOT M17.0 M22.41 M22.42 M25.561 M25.562 M25.571. CO-MORBID CONDITIONS POTENTIALLY IMPACTING CAPACITY: OBESITY; HTN; DEPRESSION; ANXIETY; CERVICAL SPONDYLOSIS. USUAL RECOVERY TIME FOR PRIMARY IMPAIRING CONDITION S : - VARIABLERELATED TO THE INSURED S DJD AFFECTING BOTH KNEES AND RIGHT ANKLE/FOOT. RECEIVING PT, INJECTIONS AND BRACING FOR TREATMENT. - VARIABLE RELATED TO MECHANICAL LOW BACK PAIN TYPICALLY WITHIN 3 MONTHS OF ONSET. CURRENT ESTIMATED R/LS: SEDENTARY + NOSQUATTING/CLIMBING/CROUCHING/CRAWLING ESTIMATED DURATION OF R/LS: UNCERTAIN, CONTINGENT ON TREATMENT RECEIVED AND CLINICAL RESPONSE TO RX. RECOMMENDING APPROVAL.

**03/20/2018 2:36 PM - CLAIM Note 15**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : CPIA
Text: [03/20/2018 - GRIFFIN, IEESHA]REC'D CPIA: ESTIMATED DURATION OF R/LS: UNCERTAIN, CONTINGENT ON TREATMENT RECEIVED AND CLINICAL RESPONSE TO RX.

**03/20/2018 2:28 AM - CLAIM Note 14**
Claim/Event/Leave: 7830485
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 3/16/2018 - REFERRED TO CONSULTING PHYSICIAN FOR DESK CONSULT.

**03/16/2018 4:49 PM - CLAIM Note 13**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : CPIA
Text: [03/16/2018 - GRIFFIN, IEESHA]SENT FOR CPIA W/ PM&R- BROWN

**03/16/2018 4:38 PM - CLAIM Note 12**
Claim/Event/Leave: 7830485
NoteSubject : Notice/Proof Review
Other Subject : LTR TO ASC
Text: [03/16/2018 - GRIFFIN, IEESHA]SENT PROOF LTR REQ ALL MED 8/1/17 TO PRESENT. DUE 4/29/18

**03/16/2018 2:08 PM - CLAIM Note 11**
Claim/Event/Leave: 7830485
NoteSubject : Med Records Rcvd
Other Subject : MULTIPLE PROVIDERS
Text: [03/16/2018 - CLARK, KASSIDY]MEDICAL RECORDS RECEIVED FROM MULTIPLE PROVIDERS, INCLUDING OVNS DATED 7/27/2017-8/24/2017, 10/9/17, 11/20/17 (THOMAS), 9/25/17 (COTHEM), 12/11/17 (BROWNING), 12/19/17 (NWOKOLO & EVULEOCHA), 2/6/2018 (EVULEOCHA). OOW NOTEDATED 9/25/17 (COTHEM). PT NOTE DATED 11/2/17 (MCHUGH). PT EVAL DATED 11/2/17. RTW CERT DATED 1/29/18 AND 2/8/18 (EVULEOCHA). XRAY REPORTS AND PT REFERRAL. ADDED TO DOC LIST.

**03/16/2018 1:56 PM - PHONE Note 6**
Claim/Event/Leave: 7830485
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [03/16/2018 - THEN, ALI]CALLED ASC @ (225) 960-9344 AND COMPLETED THE II .ASC CONFIRMED DOB, ADDRESS AND DOH. ASC IS SINGLE WITH 1 DEPENDENT, A 12 Y/O DAUGHTER. ASC DOES NOT RECV ANY CHILD SUPPORT. ASC STATED LDW 8/8/17 AND DOD 8/9/17. ASC CONFIRMEDHOURLY CUST SERVICE HOST, FULL TIME. ASC STATED SHE FELL DOWN HER STAIRS AT HER APARTMENT AND HAS BEEN IN SEVERE PAIN SINCE. HAS STATED SHE HAS HAD ARTHRITIS IN HER BACK,

Lincoln/White 0090

KNEES AND ANKLE. ASC HAS BEEN GETTING INJECTIONS FOR HER KNEES BUT HAD A BAD SIDE EFFECT FROM THE SHOT. ASC WILL BEGIN TO GET MORE CORTOZONE SHOTS IN HER ANKLE AND BACK. ASC TX WITH DR. BROWNIE (ORHTO) AND DR. IRENE NWOKOLO (PODIATRY) @ OCHSNER HEALTH CENTER, WHERE SHE RECVS HER SHOTS. LOV? LAST MONTH. NOV? 3/19/18. ASC TX WITHDR. LILA THOMAS (PRIMARY). LOV? LAST MONTH. NOV? NOT SCHEDULED. ASC WAS DOING SOME PHYSICAL THERAPY @ TOTAL REHABILITATION OF BATON ROUGE BUT IS TAKING A BREAK AS IN TOO MUCH PAIN. COMORBIDS? HIGH BLOOD PRESSURE, DEPRESSION AND ANXIETY. ASC IS 5 FOOT 3 AND 253 POUNDS. SMOKER? DENIED. ERTW/RTW PLAN? ASC STATED NONE AT THIS TIME. 2ND ER/SSDB/ANY OTHER INCOME? ASC DENIED. DCM ADVISED OF SSDB AND THAT ADCM CAN DISCUSS APPLYING IN THE FUTURE. ASC ACK. DCM EXPLAINED PROOF DEADLINE, IT S MONTHLY BENEFIT, % AMT., LTD BBD, ASC RESPONSIBLE FOR ALL PREMIUMS (EXCEPT LTD PREMIUM). PROVIDED ADCM CONTACT.

**03/13/2018 2:49 PM - PHONE Note 5**
Claim/Event/Leave: 7830485
NoteSubject : Initial EE Interview
Other Subject : ATTEMPTED
Text: [03/13/2018 - GRIFFIN, IEESHA]CALLED FOR II AT (225) 960-9344 AND REACHED BUSY TONE. CALLED (225) 284-6811 AND PHONE WENT DIRECTLY TO VM. DCM LVM REQ A RTC.

**03/08/2018 9:06 AM - CLAIM Note 10**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : WIN
Text: [03/08/2018 - FALLS, JENNIFER]WIN ELIG SCREENSHOTS 2016-2017 (SEE DOC LIST)

**03/07/2018 2:57 PM - CLAIM Note 9**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : WIN
Text: [03/07/2018 - FALLS, JENNIFER]WIN ELIG SCREENSHOTS 2016-2017 (SEE DOC LIST)

**03/07/2018 2:57 PM - CLAIM Note 8**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : LTD FORMS
Text: [03/07/2018 - FALLS, JENNIFER]FORMS RECEIVED. CLAIM REOPENED AND ASSIGNED TO LTD DCM.

**03/05/2018 9:25 AM - CLAIM Note 7**
Claim/Event/Leave: 7830485
NoteSubject : LTR to EE
Other Subject : FORMS
Text: [03/05/2018 - GARCIA, VANESSA]EMAILED LTD FORMS TO ASC AT

**03/05/2018 9:25 AM - PHONE Note 4**
Claim/Event/Leave: 7830485
NoteSubject : EE Called
Other Subject :
Text: [03/05/2018 - GARCIA, VANESSA]ASC ASKED TO HAVE LTD FORMS EMAILED TO HER AT
                                    AS SHE HAS BEEN HAVING PROBLEMS W/ MAILING ADDRESS. ADVISED LTD FORMS WILL BE SENT VIA EMAIL ENCOURAGED TO COMPLETE AND SEND BACK FOR HER LTD CLAIMTO BE INITIATED

**02/26/2018 2:44 PM - CLAIM Note 6**
Claim/Event/Leave: 7830485
NoteSubject : Denied
Other Subject : EP NOT MET
Text: [02/26/2018 - JACKSON, STEPHANIE]LTD FORMS WERE DUE 2/24/18. FORMS WERE NOT RETURNED. DENY FOR EP NOT MET.

**02/26/2018 2:43 PM - PHONE Note 3**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject : DAY 46
Text: [02/26/2018 - JACKSON, STEPHANIE]CALLED ASC AT 225-284-6811 LEFT VM THAT CLAIM WILL BE CLOSED BECAUSE FORMS WERE NOT RETURNED. INFORMED THAT IF LTD IS NEEDED, TO SUBMIT FORMS FOR CLAIM TO BE REOPENED.

**02/12/2018 10:18 AM - CLAIM Note 5**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject : RTRN MAIL
Text: [02/12/2018 - JACKSON, STEPHANIE]RTRN MAIL RECEIVED, SEE DOC LIST. NO ALT ADDRESS FOUND. RESENT FORMS BY EMAIL TO:

**02/09/2018 1:26 PM - CLAIM Note 4**
Claim/Event/Leave: 7830485
NoteSubject : LTR to EE

Lincoln/White 0091

Other Subject : DAY 30
Text: [02/09/2018 - JACKSON, STEPHANIE]SENT 15 DAY WARNING LTR WITH ANOTHER COPY OF LTD FORMS ATTACHED. DEADLINE TO RETURN ALL FORMS: 2/24/18

**02/09/2018 1:26 PM - PHONE Note 2**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject : RE LTD BENS
Text: [02/09/2018 - JACKSON, STEPHANIE]CALLED ASC AT 225-284-6811 LEFT V/M RE LTD FORMS. ADV IF ASC WILL NEED LTD BENS, COMPLETE AND RETURN FORMS. IF ASC DOES NOT NEED LTD BENS, R/C TO NOTIFY AND CLAIM CAN BE CLOSED.

**01/11/2018 11:38 AM - CLAIM Note 3**
Claim/Event/Leave: 7830485
NoteSubject : LTR to EE
Other Subject : ACK AND FORMS
Text: [01/11/2018 - JACKSON, STEPHANIE]TA SENT LTD ESCALATION LTR AND THE FOLLOWING FORMS - AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION MEDICAL, AUTHORIZATION TO OBTAIN AND RELEASE INFORMATION, ACTIVITIES QUESTIONNAIRE, CLAIMANT INFORMATION FORM, CLAIMANT SUPPLEMENTARY STATEMENT, SURVIVOR/ESTATE INFO, COPY OF YOUR DRIVERS LICENSE, WM RFL LETTER. FORMS SHOULD BE RETURNED WITHIN 30 DAYS AND DEADLINE IS 2/9/18.

**01/11/2018 11:38 AM - PHONE Note 1**
Claim/Event/Leave: 7830485
NoteSubject : Called EE
Other Subject : RE LTD BENS
Text: [01/11/2018 - JACKSON, STEPHANIE]CALLED ASC AT 225-284-6811 TO DISCUSS LTD BENS. LEFT V/M ADV IF ASC WILL NEED LTD BENS, COMPLETE AND RETURN FORMS.

**01/10/2018 1:43 PM - CLAIM Note 2**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject :
Text: [01/10/2018 - ARRINGTON, JUNE]INITIAL CLAIM REVIEWED AND ASSIGNED TO TRIAGE TEAM

**01/10/2018 11:39 AM - CLAIM Note 1**
Claim/Event/Leave: 7830485
NoteSubject : Other
Other Subject :
Text: [01/10/2018 - JACKSON, STEPHANIE]CLAIM INFO FROM EMAIL SENT BY SEDGWICK (SEE DOC LIST). ASSIGNED TO LTD DCM

Lincoln/White 0092

# THE PELLEGRIN FIRM, L.L.C.

### David C. Pellegrin, Attorney

### 3500 North Hullen Street, Suite 17D
### Metairie, Louisiana 70002

March 16, 2021

Charles Johnson
Appeals Consultant
Lincoln Life Assurance Co. of Boston
PO Box 2578
Omaha, NE 68172-9688

       Via Fax 603-334-5703

       Re: Sabrina White
       Walmart, Inc. Long-Term Disability Benefits
       Claim # 7830485

       Dear Mr. Johnson,

       I have been retained to represent Sabrina White in connection with the termination of her Long-Term Disability benefits. I understand her appeal was denied recently. At this time, I am requesting a complete copy of the post-appeal administrative file for this claim. This should include all information relied upon in deciding on the claim. Please provide this documentation within the delays allowed by law. I am attaching an authorization signed by Ms. White showing that you are authorized to provide me this information.

       Sincerely,

       David C. Pellegrin

dpellegrin@pellegrinfirm.com

www.pellegrinfirm.com

Phone: 504-405-3245

Fax: 1-866-651-8738

Lincoln/White 0093

*The Pellegrin Firm, L.L.C. Contingency Fee Contract*

I, the undersigned client, do hereby employ and retain The Pellegrin Firm, L.L.C., on my behalf in my claim for denied insurance benefits against

Lincoln Financial Group

In consideration of The Pellegrin Firm, L.L.C. performing these legal services, I agree to pay to the Pellegrin Firm 33 and 1/3% of any back benefits awarded if The Pellegrin Firm is able to reinstate benefits through the insurance company's appeal process. If suit is required to recover benefits, in consideration of the increased risk and work required of the firm, I agree to pay to The Pellegrin Firm, L.L.C. 33 and 1/3 % of any sums recovered as a result of the lawsuit whether by verdict, compromise, or settlement.

I further grant to The Pellegrin Firm, L.L.C. an interest in the subject matter of this claim and/or suit. **I stipulate that the suit or claim may not be settled, compromised, released, discontinued or otherwise disposed of without my consent on terms to which I consent.** In the event that I terminate The Pellegrin Firm, L.L.C. without cause from my representation, I will still be responsible for the entire fee as though The Pellegrin Firm, L.L.C. completed the case in its entirety. Client hereby agrees that The Pellegrin Firm, L.L.C. and any associated attorneys shall receive and recover from any settlement, compromise, verdict, or judgment any and all costs, disbursements, expenses and advances incurred by them in prosecuting this claim. Said expenses are to be repaid from any recovery in addition to and after payment of the attorneys' fee. I authorized said attorneys to incur such costs, expenses, disbursements, and advances, as needed, for the proper prosecution of the claim. If nothing is recovered, the client owes the attorney nothing. I expressly authorize The Pellegrin Firm, L.L.C. to associate any other counsel who may be needed to assist in my case, who will assume joint responsibility for the handling of my case, and I have been advised of and do not object to the participation of the above attorneys and the division of any attorneys fee between them. 55rHowever, my attorney fee shall not increase if my attorney chooses to associate with other attorneys. I hereby bind my heirs, executors and legal representatives to the terms and conditions set forth herein. I fully understand this document and this contract is the complete agreement between client and attorney.

**I HAVE READ AND FULLY UNDERSTAND THE ABOVE CONTRACT.**

Entered into on the 10th day of March , 2021.

Client Signature: Dahlina White

PAGE 2/2 * RCVD AT 3/16/2021 12:33:11 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/3 * DNIS:6033345703 * CSID:18666518738 * ANI:15034367144 * DURATION (mm-ss):03-35

Lincoln/White 0094

## Billing Statement:

**ReleasePoint**

**Invoice Date: 01/06/2021**
**Lincoln Financial Group**

**Invoice #: 713391-1254**

**Invoice for Requests for Medical Information completed between Dec 1 2020 and Dec 31 2020**

**LIBMTN**

**Bill Code: LIBSFU**

| RP # Cust ID | Patient Name Provider Name | Status | Date Req By | RP Fee | Med Fee | Rush | QC Amt Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 7181469 7830485 | WHITE, SABRINA OCHSNER MEDICAL COMPLEX-THE ... | Complete | 12/01/20 M AVRETT | $ 8.00 | $ 100.00 | $ 0.00 | $ 0.00 298 | **$ 108.00** |

**ReleasePoint**

**Total Amount Due:**      **$ 108.00**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Tax ID: 95-2843455**

Lincoln/White 0107

**From:**Sabrina White <
**Sent:**Sat, 16 Jan 2021 11:15:46 -0600
**To:**WMRTCSU
**Subject:**Claim 7830485

\*\*\*This email is from an external source. Only open links and attachments from a Trusted Sender.\*\*\*

Dear Mr. Johnson,

My appointment the Neurologist is July 13, 2021 @ 1pm since I am a new patient. This appointment is base on the trimmers and pain in my hands. Also I had a virtual call with Andrea Cothern about my stomach therefore I had Ultrasound done, I was placed on Pantoprazole SOD for Ulcers. Please contact me or my doctors or more information if needed. I ask that you Lee me in the loop about my case, you should have me records from Ochsner. I am running out of time or opinions with rent, lights, water and insurance on home and car. Please help as soon as possible. Thanks in advance.

Sincerely,

Sabrina L. White

Lincoln/White 0108

Sent from my iPho



1/6/202
MRN:193202

**Ochsner**

Sabrina L. White

This is a reminder about your upcoming scheduled appointment with **Amer M Awad, MD:**

**Tuesday July 13, 2021 at 1:00 PM**
Ochsner Health Center - O'Neal, Neurology
16777 Medical Center Drive Baton Rouge, LA 70816-3254
(off O'Neal) 2nd floor

To reschedule or cancel your appointment, use your **MyOchsner** account or call 225-754-3
Please let us know as soon as possible so we can ensure this appointment time can be off
to other patients.

**Below are special instructions for your appointment:**
Arrive at check-in approximately 15 minutes before your scheduled appointment time. Brii
outside medical records and imaging, along with a list of your current medications and ins
card.

**Three Options to Check In for Your Appointment**
- MyOchsner mobile check-in lets you skip the registration desk. Complete ePre-Chec
  your appointment and when you park, log into the app and click "I'm Here."
- With curbside arrival, you can call to let us know you've arrived. Just look for the ba
  with the phone number to call.
- Visit the registration desk to check in for your appointment. For your safety, we've i
  sneeze guards at all registration desks.

With mobile check-in & curbside arrival, you can wait in your car or in our lobby. Low t
payment is available via ePre-Check or Google/Apple pay onsite. Visit ochsner.org/ch
learn more.

Thank you for choosing Ochsner. We look forward to seeing you soon.

Lincoln/White 0109

| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, December 31, 2020 4:57:59 PM |
| To: | |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 7830485 Sabrina White |
| Attachments: | okkvczzcbb97jhjxvxzx_9665109.pdf; |

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln/White 0110



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5709

December 31, 2020

Ms. Sabrina L. White

RE:     Long Term Disability (LTD) Benefits
        Walmart, Inc.
        Claim #: 7830485

Dear Ms. Sabrina White:

Your file is still under appeal review. The purpose of this letter is to acknowledge and grant your request for an extension of time to respond to the letter and reports sent to you on December 17, 2020. We will grant an extension to the January 8, 2021 deadline to January 29, 2021.

Under ERISA, the period for making a benefit determination shall continue to be tolled (suspended) from the date the December 17, 2020 letter until we receive a timely response. Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by January 29, 2021, we will render a determination based on the information contained in your file.
If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Stephanie Berry
Appeals Consultant
On Behalf Of: Charles Johnson
Phone No.: (888) 437-7611 Ext. 16398
Secure Fax No.: (603) 334-5709

1  of  1

Lincoln/White 0111



**Lincoln Financial Group**
Group Protection

Jason E. Miller, Ed.M., CRC, F/ABVE
Senior Vocational Case Manager

# TRANSFERABLE SKILLS ANALYSIS

| | |
|---|---|
| **Associate Name:** | Sabrina White |
| **Claim Number:** | 7830485 |
| **Appeals Review Consultant:** | Charles Johnson |
| **Employer:** | Walmart, Inc. |
| **Date of Report:** | 12/16/20 |

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the claimant's transferable skills to determine if alternative occupations exist in the national economy.

**RESOURCES / DOCUMENTATION UTILIZED**:
- Job Description
- Training, Education & Experience (TE&E) Form X 3
- 04/27/20 Transferable Skills Analysis
- Dictionary of Occupational Titles (DOT)
- Occupational Information Network (O*NET)
- Economic Research Institute (ERI) Occupational Assessor

**RESTRICTIONS / LIMITATIONS:**
I have been asked to base this review on the claimant's restrictions and limitations per a peer review completed by Jordan Klein, MD (Physiatry) on 12/08/20. They include:

"Walking: up to 20 minutes at a time for a total of 2 hours per day
Standing: up to 20 minutes at a time for a total of 2 hours per day
Sitting: up to 30 minutes at a time for a total of 6 hours per day
Lifting/carrying/pushing/pulling: occasionally up to 10 lbs. BUE
Climbing stairs: occasionally
Bending: occasionally
Twisting: occasionally
Climbing ladders: never
Stooping: occasionally
Kneeling: never
Bending: occasionally
Crouching: never

Lincoln/White 0112

Crawling: never
Reaching: occasionally overhead and below waist, unrestricted desk and waist level BUE
Use lower extremities for foot controls: occasionally BLE
Fine manipulation: occasionally BUE
Simple and firm grasping: occasionally BUE"

**EDUCATION & TRAINING:**

| | | |
|---|---|---|
| • | Education: | HS Diploma; Associate's Degree; Culinary Arts Vocational Training |
| • | Certifications / Licensure: | Culinary Training; Phlebotomy |
| • | Computer Skills: | E-mail; Word Processing; Spreadsheets |

**WORK HISTORY:**

| DOT Code | Occupation Title | Specific Vocational Preparation (SVP) | Years Performed | Strength Level |
|---|---|---|---|---|
| 237.367-022 | Information Clerk | 4 | 2 | Sedentary |
| 372.667-030 | Gate Guard | 3 | 2 | Light |
| 381.137-010 | Supervisor, Janitorial Services | 6 | 7 | Medium |
| 238.367-038 | Hotel Clerk | 4 | 2 | Light |
| 079.364-022 | Phlebotomist | 3 | 2 | Light |
| 273.353-010 | Salesperson, Automobiles | 6 | 2 | Light |

*Note: the occupation of School Secretary was removed and the years for the occupation of Supervisor, Janitorial Services were adjusted as the insured stated that her work at Aramark were focused on the provision of outstanding customer service to principals with regarding to custodians maintenance and that she managed 20+ employees (titles included Secretary, Floor Tech Supervisor, Quality Control Inspector, Zone Assistant Manager, and Hauling Manager). The secretarial work appears to be had been completed in the context of custodial supervision and quality insurance.*

**TRANSFERABLE SKILLS:**

Information Clerk & Hotel Clerk
Speaking distinctly and listening carefully to communicate with various kinds of people; applying judgment and specialty knowledge to give oral information to people; changing tasks or activities frequently; using eyes, hands, and fingers to operate switch-boards or instrument keyboards; and being tactful and courteous when receiving callers or interviewing people.

Gate Guard
Learning and knowing laws, safety rules, and procedures; recognizing violations and signs of danger; using reason and judgment to deal with people in different kinds of situations; thinking clearly, staying calm, and reacting quickly in emergencies; using weapons and safety equipment skillfully; keeping physically fit; and making on-the-spot decision.

Lincoln/White 0113

Supervisor, Janitorial Services
Using hands to carry and pull objects of varying weights; performing routine work repeatedly; following simple instructions; working outside; using an assortment of tools and equipment to shovel materials, clean work areas, and oil machinery; working under hazardous conditions; and being in good physical condition.

Phlebotomist
Knowledge and use of scientific and technical language and symbols; coordinated movement of hands, eyes, and fingers to use delicate and sensitive equipment, determining and measuring precise differences in shape, color, and texture of things and substances, following technical instructions; and using verifiable and measurable information to make decision or judgments.

Salesperson, Automobiles
Using basic math skills to total costs, make change, and compute percentages; keeping records of sales, customers contacted, and expenses incurred; demonstrating and selling products; completing sales forms and time payment contracts; talking easily and persuasively to people; and being physically active and alert.

## PROFILE ADJUSTMENTS:

| | |
|---|---|
| • General Educational Development: | 1. Reasoning: Adjusted to grades 13-14 based on Associate's Degree.<br>2. Mathematics: Adjusted to grades 13-14 based on Associate's Degree.<br>3. Language: Adjusted to grades 13-14 based on Associate's Degree. |
| • Strength: | Adjusted to sedentary based on restrictions/limitations. |
| • Physical: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. Post-hoc analysis was conducted to factor in planar reaching restrictions and limitations outlined above. |
| • Environmental: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. |
| • Noise: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to very loud. |
| • Aptitudes: | No adjustments performed. |
| • Situations: | 1. Working under specific instructions adjusted to yes based on need to follow supervisory instruction. |
| • Data: | 1. Analyzing adjusted to yes based on need to analyze working conditions.<br>2. Computing adjusted to yes based on need to create documents and reports.<br>3. Copying adjusted to yes based on need to keep business records. |
| • People: | 1. Serving adjusted to yes based on need to tend to the needs of customers.<br>2. Taking instructions-helping adjusted to yes based on need to follow supervisory instruction. |
| • Things: | No adjustments performed. |

3

Lincoln/White 0114

**EXAMPLES OF ALTERNATIVE OCCUPATIONS:**

Based on the insured's ability profile and information in the national economy, the following occupations were identified:

| DOT Code | Occupation Title | Specific Vocational Preparation (SVP) | Strength Level | Monthly Wage* |
|---|---|---|---|---|
| 379.367-010 | Surveillance System Monitor | 2 | Sedentary | $2,850 |
| 237.367-022 | Information Clerk | 4 | Sedentary | $2,505 |

*\* Wage information is based on median 2019 national data from the Bureau of Labor Statistics*

*Note: A review of material and substantial functions and information from ERI was performed for the occupations above to ensure no more than occasional overhead and below waist level reaching is required.*

**SUMMARY:**

This Transferable Skills Analysis identified occupations within the insured's physical abilities and their identified skill level. The occupations meet the insured's gainful amount of $590.47 per month in the national economy.

I have not met with the insured for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,


*Electronically Signed*


Jason E. Miller, Ed.M., CRC, F/ABVE
Board Certified Vocational Expert
Certified Rehabilitation Counselor
Certified ADA Administrator
Senior Vocational Case Manager
Group Protection
Lincoln Financial Group

4

Lincoln/White 0115

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|---|---|---|---|---|---|---|---|---|---|
| 237.367-022 | Information Clerk | 4 | 2 | 0 | Y | N | N | S | 07.04.04 |
| 372.667-030 | Gate Guard | 3 | 2 | 0 | Y | N | N | L | 04.02.02 |
| 381.137-010 | Supervisor, Janitorial Services | 6 | 7 | 0 | Y | N | N | M | 05.12.18 |
| 238.367-038 | Hotel Clerk | 4 | 2 | 0 | Y | N | N | L | 07.04.03 |
| 079.364-022 | Phlebotomist | 3 | 2 | 0 | Y | N | N | L | 02.04.02 |
| 273.353-010 | Salesperson, Automobiles | 6 | 2 | 0 | Y | N | N | L | 08.02.02 |

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

|  | Changed From | Changed To |
|---|---|---|
| **Specific Vocational Preparation** | | |
| Maximum | 6 (1 to 2 years) | No Change |
| Minimum | 3 (1 to 3 months) | 1 (Short demo only) |
| **General Educational Development** | | |
| Reasoning | 4 Grades 9-12 | 5 Grades 13-14 |
| Mathematics | 3 Grades 7-8 | 5 Grades 13-14 |
| Language | 4 Grades 9-12 | 5 Grades 13-14 |
| **Physical Demands** | | |
| Strength | Maximum M Medium | S Sedentary |
|  | Minimum S Sedentary | No Change |
| Climbing | Never | No Change |
| Balancing | Never | No Change |
| Stooping | Occasionally | No Change |
| Kneeling | Occasionally | Never |
| Crouching | Occasionally | Never |
| Crawling | Never | No Change |
| Reaching | Frequently | Unknown |
| Handling | Frequently | Occasionally |
| Fingering | Frequently | Occasionally |
| Feeling | Frequently | Occasionally |
| Talking | Frequently | Unknown |
| Hearing | Frequently | Unknown |
| Tasting/Smelling | Never | Unknown |
| Near Acuity | Frequently | Unknown |
| Far Acuity | Frequently | Unknown |
| Depth Perception | Occasionally | Unknown |
| Accommodation | Occasionally | Unknown |
| Color Vision | Occasionally | Unknown |
| Field of Vision | Occasionally | Unknown |
| **Environmental Conditions** | | |
| Exposure to Weather | Frequently | Unknown |
| Extreme Cold | Never | Unknown |
| Extreme Heat | Never | Unknown |
| Wet and/or Humid | Never | Unknown |
| Vibration | Never | Unknown |
| Atmospheric Conditions | Never | Unknown |
| Proximity to Moving Mechanical Parts | Never | Unknown |
| Exposure to Electrical Shock | Never | Unknown |
| Working in High Exposed Places | Never | No Change |
| Exposure to Radiation | Never | Unknown |

5

Lincoln/White 0116

| | | |
|---|---|---|
| Working with Explosives | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | Never | Unknown |
| Other Environmental Conditions | Frequently | Unknown |
| Noise Intensity Level | Moderate | Very Loud |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | No Change |
| Verbal Aptitude | 3 (34-66 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 3 (34-66 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 2 (67-89 Percentile) | No Change |
| Finger Dexterity | 2 (67-89 Percentile) | No Change |
| Manual Dexterity | 2 (67-89 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 3 (34-66 Percentile) | No Change |
| Color Discrimination | 4 (11-33 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | Yes | No Change |
| Influencing People | Yes | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | No | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | Yes |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | Yes | No Change |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | Yes | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | Yes | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | No Change |
| 3 Driving-Operating | Yes | No Change |
| 4 Manipulating | Yes | No Change |

6

Lincoln/White 0117

| | | |
|---|---|---|
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

Lincoln/White 0118

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

MS. SABRINA WHITE

Lincoln/White 0119



Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5703

December 17, 2020

Ms. Sabrina L. White

RE:     Long Term Disability (LTD) Benefits
        Walmart, Inc.
        Claim #: 7830485

Dear Ms. Sabrina White:

We are in process of reviewing your appeal request.  The purpose of this letter is to provide you with an opportunity to review and comment on new evidence that has been received before a decision is rendered on your appeal.

We have enclosed a copy of the clinical and vocational reviews performed during the appeal review. This is new or additional evidence in connection with your appeal.  You may review this and provide a written response to us, which may include additional clinical information from your providers.  We will consider in making our decision on your appeal.

Under ERISA, the period for making a benefit determination shall be tolled (suspended) from the date of this notice until we receive a timely response.  Upon receipt of  your response, we will promptly complete our review and render a determination on your appeal.  If your response is not received by January 8, 2021, we will render a determination based on the information contained in your file.

If you have any questions regarding this matter, please contact me.

Sincerely,

Charles Johnson
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16398
Secure Fax No.: (603) 334-5703

Attachments:   7830485-MEDICAL-CP/PEER REVIEW-12.08.2020
               7830485-VOC-TRANSFERRABLE SKILLS ASSESSMENT-12.16.2020

1  of  1

Lincoln/White 0120

# Jordan Klein, MD
## *Board-Certified in Physical Medicine & Rehabilitation*

CLAIMANT NAME: White, Sabrina L.
EXAMINER: Jordan A. Klein, MD
ECN #: 154151-3
CLAIM #: 7830485
DATE OF LOSS:  8/9/2017
DATE OF SERVICE:  12/8/2020

### Addendum:

3/9/20 X-Ray of the Right Wrist, no acute abnormality.

5/27/20 MRI of the Right Wrist, no acute findings.

7/7/20 William James Hubbard, MD, the claimant is with numbness in median nerve distribution in both hands for the last several years. She had nerve conduction studies done on 9/5/18 confirming bilateral carpal tunnel syndrome right greater than left. She also has a right trigger thumb and a right thumb ulnar collateral ligament tear metacarpophalangeal joint grade 3 that is symptomatic. Right hand/wrist exam shows pain of the thumb MCP, pain of the flexor/pronator group; she is tender to palpation of the palmer area; Phalen's sign is positive; Tinel's sign is positive and carpal tunnel compression is positive; the right thumb is active triggering noted with a palpable nodule that moves with tendon excursion. Left hand/wrist exam shows pain of the flexor/pronator group, Phalen's sign is positive, Tinel's sign is positive and carpal tunnel compression test is positive.

7/16/20 X-Ray of the Bilateral Knees, small degenerative tricompartmental marginal osteophytes are present bilaterally with otherwise well-maintained joint spaces.

7/16/20 Robert N. Moukarzel, MD, the claimant has been having bilateral knee pain, right knee worse than left for several years now. She had MRI of the left knee couple years ago that showed short radial tear and chondromalacia of the patella and medial tibial joint. The right knee gives out, she cannot stand from a sitting position without too much difficulty. Bilateral knee exam shows positive McMurray sign medially, she has severe pain to compression on the patella anteriorly with severe crepitus; she has medial joint tenderness slight lateral joint tenderness. X-rays of both knees from 2019 showed patellofemoral changes with a small osteophytic changes and mild medial joint changes with slight varus deformity consistent mild-to-moderate arthritis.

7/20/20 William James Hubbard, MD, the claimant underwent right carpal tunnel release, trigger thumb, collateral ligament of thumb, ulnar cyst removal.

Lincoln/White 0121

8/10/20 X-Ray of the Right Hip, the bony pelvis is intact, the right femoral head is well-seated within the acetabulum, no significant joint space narrowing, no acute fracture or dislocation.

8/10/20 Robert N. Moukarzel, MD, the claimant is seen for bilateral knee pain. On exam, there is severe Tinel sign at the right hand and Phalen's test; decreased sensation in 1st 3 digits; right shoulder flexion 120 abduction, 90 mild impingement sign; there is slight abduction and internal rotation external rotation of the hip with slight discomfort in the right groin; bilateral knees show positive McMurray sign medially; there is severe pain to compression on the patella anteriorly with severe crepitus, medial joint tenderness slight lateral joint tenderness. MRI of the right knee dated 8/3/20 revealed lateral patella subluxation and chondromalacia and edema of the fat pad resulting in compression friction syndrome consistent with synovial hypertrophy; the medial lateral femoral at tibial articular cartilage appears well-preserved has chondromalacia type 4 of the patella knee. MRI of the left knee dated 8/3/20 revealed medial meniscus tear; reactive medial periscapular edema; there is also intra substance degenerative signal in the medial meniscus; small Baker cyst; lateral patella subluxation with adjacent lateral infrapatellar fat pad edema, she is resting lateral patella compression friction syndrome with grade 4 chondromalacia, consistent with possible to hypertrophic synovitis/impingement.

9/14/20 William James Hubbard, MD, the claimant underwent left carpal tunnel release, left trigger finger release.

9/29/20 William James Hubbard, MD, the claimant seems to be doing well after the surgery. She has a well-healed surgical scar volar left wrist and left volar thumb.

10/22/20 Robert N. Moukarzel, MD, the claimant is seen for right hip pain. She had bilateral knee arthroscopy with partial medial meniscectomies with findings of chondromalacia on 9/23/20 and doing really well with that. She has slight anterior tenderness on the left and slight medial tenderness on the right. On exam, left hip full motion without pain in the groin without pain to palpation over the greater trochanter; right hip with the hip flexed at 90 degrees neutral adduction internal external rotation without pain in the groin; abduction to 60 degrees at hip flexion of 90 degrees internal rotation recreate is severe in the groin. There is no swelling in knees; she has full flexion and full extension collaterals and cruciates are stable. She has slight discomfort over the medial side on the right; slight discomfort anteriorly underneath the patella the left.

10/29/20 Lindsay B. Brunson, PA-C, the claimant has had bilateral knee arthroscopy with Dr. Moukarzel and is seen for hip pain. She also complains of back pain. On exam, she has pain on extension; lumbar facet loading is present bilaterally; tenderness to palpation over the lumbar facet joints bilaterally at L5-S1; tenderness to palpation over the lumbar paraspinals and over the SI joints bilaterally.

11/9/20 Robert N. Moukarzel, MD, the claimant is seen for low back pain with burning going down both legs to the feet. Her right hip was hurting. She complains of both knees

2

Lincoln/White 0122

hurting in front of points over the anterior patella area. She did have bilateral knee arthroscopies 9/23/20 with findings of medial meniscus stairs and chondromalacia anterior and medial. She is using a cane to get around. On exam; lumbar spine is with tenderness from L4-5 paraspinal; left hip full motion without pain in the groin without pain to palpation over the greater trochanter; right hip with the hip flexed at 90 degrees neutral adduction internal external rotation without pain in the groin; abduction to 60 degrees at hip flexion of 90 degrees internal rotation recreate pain in the groin. She has full extension collaterals in knees. She has pain and tenderness to compression on the patella bilaterally with flexion and extension with crepitus feeling. MRI of the right hip revealed CAM type femoroacetabular impingement of the right hip.

11/9/20 Robert N. Moukarzel, MD, the claimant underwent right knee injection.

11/6/20 Robert N. Moukarzel, MD, the claimant underwent left knee injection.

1. **Please review the additional medical information and advise if it alters your prior opinion stated in your peer review. Please explain why or why not.**

The additional records show that on 7/7/20, Dr. Hubbard noted that the claimant is with numbness in median nerve distribution in both hands for the last several years. She had nerve conduction studies done on 9/5/18 confirming bilateral carpal tunnel syndrome right greater than left. She also has a right trigger thumb and a right thumb ulnar collateral ligament tear metacarpophalangeal joint grade 3 that is symptomatic. Right hand/wrist exam shows pain of the thumb MCP, pain of the flexor/pronator group; she is tender to palpation of the palmer area; Phalen's sign is positive; Tinel's sign is positive and carpal tunnel compression is positive; the right thumb is active triggering noted with a palpable nodule that moves with tendon excursion. Left hand/wrist exam shows pain of the flexor/pronator group, Phalen's sign is positive, Tinel's sign is positive and carpal tunnel compression test is positive. An x-ray study of the bilateral knees dated 7/16/20 revealed small degenerative tricompartmental marginal osteophytes are present bilaterally with otherwise well-maintained joint spaces. On 7/16/20, Dr. Moukarzel noted that the claimant has been having bilateral knee pain, right knee worse than left for several years now. She had MRI of the left knee couple years ago that showed short radial tear and chondromalacia of the patella and medial tibial joint. The right knee gives out, she cannot stand from a sitting position without too much difficulty. Bilateral knee exam shows positive McMurray sign medially, she has severe pain to compression on the patella anteriorly with severe crepitus; she has medial joint tenderness slight lateral joint tenderness. X-rays of both knees from 2019 showed patellofemoral changes with a small osteophytic changes and mild medial joint changes with slight varus deformity consistent mild-to-moderate arthritis. On 7/20/20, the claimant underwent right carpal tunnel release, trigger thumb, collateral ligament of thumb, ulnar cyst removal. An x-ray study of the right hip dated 8/10/20 revealed that the bony pelvis is intact, the right femoral head is well-seated within the acetabulum, no significant joint space narrowing, no acute fracture or dislocation. On 8/10/20, Dr. Moukarzel saw the claimant for bilateral knee pain. On exam, there is severe Tinel sign at the right hand and Phalen's test; decreased

3

Lincoln/White 0123

sensation in 1st 3 digits; right shoulder flexion 120 abduction, 90 mild impingement sign; there is slight abduction and internal rotation external rotation of the hip with slight discomfort in the right groin; bilateral knees show positive McMurray sign medially; there is severe pain to compression on the patella anteriorly with severe crepitus, medial joint tenderness slight lateral joint tenderness. MRI of the right knee dated 8/3/20 revealed lateral patella subluxation and chondromalacia and edema of the fat pad resulting in compression friction syndrome consistent with synovial hypertrophy; the medial lateral femoral at tibial articular cartilage appears well-preserved has chondromalacia type 4 of the patella knee. MRI of the left knee dated 8/3/20 revealed medial meniscus tear; reactive medial periscapular edema; there is also intra substance degenerative signal in the medial meniscus; small Baker cyst; lateral patella subluxation with adjacent lateral infrapatellar fat pad edema, she is resting lateral patella compression friction syndrome with grade 4 chondromalacia, consistent with possible to hypertrophic synovitis/impingement. On 9/14/20, the claimant underwent left carpal tunnel release, left trigger finger release. On 9/29/20, Dr. Hubbard noted that the claimant seems to be doing well after the surgery. She has a well-healed surgical scar volar left wrist and left volar thumb. On 10/22/20, Dr. Moukarzel saw the claimant for right hip pain. She had bilateral knee arthroscopy with partial medial meniscectomies with findings of chondromalacia on 9/23/20 and doing really well with that. She has slight anterior tenderness on the left and slight medial tenderness on the right. On exam, left hip full motion without pain in the groin without pain to palpation over the greater trochanter; right hip with the hip flexed at 90 degrees neutral adduction internal external rotation without pain in the groin; abduction to 60 degrees at hip flexion of 90 degrees internal rotation recreate is severe in the groin. There is no swelling in knees; she has full flexion and full extension collaterals and cruciates are stable. She has slight discomfort over the medial side on the right; slight discomfort anteriorly underneath the patella the left. On 10/29/20, PA-C. Lindsay B. Brunson noted that the claimant has had bilateral knee arthroscopy with Dr. Moukarzel and is seen for hip pain. She also complains of back pain. On exam, she has pain on extension; lumbar facet loading is present bilaterally; tenderness to palpation over the lumbar facet joints bilaterally at L5-S1; tenderness to palpation over the lumbar paraspinals and over the SI joints bilaterally. On 11/9/20, Dr. Moukarzel saw the claimant for low back pain with burning going down both legs to the feet. Her right hip was hurting. She complains of both knees hurting in front of points over the anterior patella area. She did have bilateral knee arthroscopies 9/23/20 with findings of medial meniscus stairs and chondromalacia anterior and medial. She is using a cane to get around. On exam, lumbar spine is with tenderness from L4-5 paraspinal; left hip full motion without pain in the groin without pain to palpation over the greater trochanter; right hip with the hip flexed at 90 degrees neutral adduction internal external rotation without pain in the groin; abduction to 60 degrees at hip flexion of 90 degrees internal rotation recreate pain in the groin. She has full extension collaterals in knees. She has pain and tenderness to compression on the patella bilaterally with flexion and extension with crepitus feeling. MRI of the right hip revealed CAM type femoroacetabular impingement of the right hip. On 11/9/20, the claimant underwent right knee injection and on 11/6/20, the claimant underwent left knee injection. In conclusion, the claimant is s/p bilateral knee arthroscopies on 9/23/20, and also, she was diagnosed with bilateral carpal tunnel

4

Lincoln/White 0124

syndrome with s/p right CRT, trigger thumb, collateral ligament of thumb, ulnar cyst removal on 7/20/20, and also left carpal tunnel release and left trigger thumb release on 9/14/20; currently, she remains with chronic pain in her right hip and also pain in her bilateral knees due to degenerative joint disease; therefore, considering the claimant's extensive and persistent symptomatology specifically chronic pain symptoms involving bilateral hands/wrists, right hip, and bilateral knees along with along with imaging and extensive surgical history warrant activity restrictions outlined below. It is important to note, the claimant for the time- period in question, had a surgical intervention, specifically bilateral knee arthroscopies on 9/23/20 and requires total restrictive period following the procedure for recovery purposes.

Total restriction w/ no residual capacity: 9/23/20- 11/23/20.

From 2/13/20 to 9/22/20 and from 11/24/20 and beyond with re-assessment on or around 6/1/21:

Walking: up to 20 minutes at a time for a total of 2 hours per day
Standing: up to 20 minutes at a time for a total of 2 hours per day
Sitting: up to 30 minutes at a time for a total of 6 hours per day
Lifting/carrying/pushing/pulling: occasionally up to 10 lbs. BUE
Climbing stairs: occasionally
Bending: occasionally
Twisting: occasionally
Climbing ladders: never
Stooping: occasionally
Kneeling: never
Bending: occasionally
Crouching: never
Crawling: never
Reaching: occasionally overhead and below waist, unrestricted desk and waist level BUE
Use lower extremities for foot controls: occasionally BLE
Fine manipulation: occasionally BUE
Simple and firm grasping: occasionally BUE

2. **Please make AP contact with Dr Robert Moukarzel at 222-761-5200 Please make 2 attempts on two (2) consecutive days allowing 24 hours for a response after your last attempt. Please include documentation of the attempts and results of all contacts to the treating provider. If the treating provider(s) requests a fax, please provide your questions with your report. ECN will fax your questions to the treating provider(s) and allow 5 business days for a response.**

12-4-20, 13:56:27, call to Dr. Moukarzel, the number provided is no longer in service. The correct number is 225-761-5200. Left a message with patient access representative, Monica D.

5

Lincoln/White 0125

12-7-20, 10:45:32, call to Dr. Moukarzel, left a message with referral coordinator, Linda H.

Sincerely,

Jordan Klein, MD
Board certified PM&R
Medical License PA MD457687

6

Lincoln/White 0126



**Lincoln Financial Group**
Group Protection

Jason E. Miller, Ed.M., CRC, F/ABVE
Senior Vocational Case Manager

# TRANSFERABLE SKILLS ANALYSIS

| | |
|---|---|
| **Associate Name:** | Sabrina White |
| **Claim Number:** | 7830485 |
| **Appeals Review Consultant:** | Charles Johnson |
| **Employer:** | Walmart, Inc. |
| **Date of Report:** | 12/16/20 |

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess the claimant's transferable skills to determine if alternative occupations exist in the national economy.

## RESOURCES / DOCUMENTATION UTILIZED:
- Job Description
- Training, Education & Experience (TE&E) Form X 3
- 04/27/20 Transferable Skills Analysis
- Dictionary of Occupational Titles (DOT)
- Occupational Information Network (O*NET)
- Economic Research Institute (ERI) Occupational Assessor

## RESTRICTIONS / LIMITATIONS:
I have been asked to base this review on the claimant's restrictions and limitations per a peer review completed by Jordan Klein, MD (Physiatry) on 12/08/20. They include:

"Walking: up to 20 minutes at a time for a total of 2 hours per day
Standing: up to 20 minutes at a time for a total of 2 hours per day
Sitting: up to 30 minutes at a time for a total of 6 hours per day
Lifting/carrying/pushing/pulling: occasionally up to 10 lbs. BUE
Climbing stairs: occasionally
Bending: occasionally
Twisting: occasionally
Climbing ladders: never
Stooping: occasionally
Kneeling: never
Bending: occasionally
Crouching: never

Lincoln/White 0127

Crawling: never

Reaching: occasionally overhead and below waist, unrestricted desk and waist level BUE

Use lower extremities for foot controls: occasionally BLE

Fine manipulation: occasionally BUE

Simple and firm grasping: occasionally BUE"

## EDUCATION & TRAINING:

| | | |
|---|---|---|
| • | Education: | HS Diploma; Associate's Degree; Culinary Arts Vocational Training |
| • | Certifications / Licensure: | Culinary Training; Phlebotomy |
| • | Computer Skills: | E-mail; Word Processing; Spreadsheets |

## WORK HISTORY:

| DOT Code | Occupation Title | Specific Vocational Preparation (SVP) | Years Performed | Strength Level |
|---|---|---|---|---|
| 237.367-022 | Information Clerk | 4 | 2 | Sedentary |
| 372.667-030 | Gate Guard | 3 | 2 | Light |
| 381.137-010 | Supervisor, Janitorial Services | 6 | 7 | Medium |
| 238.367-038 | Hotel Clerk | 4 | 2 | Light |
| 079.364-022 | Phlebotomist | 3 | 2 | Light |
| 273.353-010 | Salesperson, Automobiles | 6 | 2 | Light |

*Note: the occupation of School Secretary was removed and the years for the occupation of Supervisor, Janitorial Services were adjusted as the insured stated that her work at Aramark were focused on the provision of outstanding customer service to principals with regarding to custodians maintenance and that she managed 20+ employees (titles included Secretary, Floor Tech Supervisor, Quality Control Inspector, Zone Assistant Manager, and Hauling Manager). The secretarial work appears to be had been completed in the context of custodial supervision and quality insurance.*

## TRANSFERABLE SKILLS:

Information Clerk & Hotel Clerk

Speaking distinctly and listening carefully to communicate with various kinds of people; applying judgment and specialty knowledge to give oral information to people; changing tasks or activities frequently; using eyes, hands, and fingers to operate switch-boards or instrument keyboards; and being tactful and courteous when receiving callers or interviewing people.

Gate Guard

Learning and knowing laws, safety rules, and procedures; recognizing violations and signs of danger; using reason and judgment to deal with people in different kinds of situations; thinking clearly, staying calm, and reacting quickly in emergencies; using weapons and safety equipment skillfully; keeping physically fit; and making on-the-spot decision.

2

Lincoln/White 0128

Supervisor, Janitorial Services
Using hands to carry and pull objects of varying weights; performing routine work repeatedly; following simple instructions; working outside; using an assortment of tools and equipment to shovel materials, clean work areas, and oil machinery; working under hazardous conditions; and being in good physical condition.

Phlebotomist
Knowledge and use of scientific and technical language and symbols; coordinated movement of hands, eyes, and fingers to use delicate and sensitive equipment, determining and measuring precise differences in shape, color, and texture of things and substances, following technical instructions; and using verifiable and measurable information to make decision or judgments.

Salesperson, Automobiles
Using basic math skills to total costs, make change, and compute percentages; keeping records of sales, customers contacted, and expenses incurred; demonstrating and selling products; completing sales forms and time payment contracts; talking easily and persuasively to people; and being physically active and alert.

## PROFILE ADJUSTMENTS:

| | |
|---|---|
| • General Educational Development: | 1. Reasoning: Adjusted to grades 13-14 based on Associate's Degree. <br> 2. Mathematics: Adjusted to grades 13-14 based on Associate's Degree. <br> 3. Language: Adjusted to grades 13-14 based on Associate's Degree. |
| • Strength: | Adjusted to sedentary based on restrictions/limitations. |
| • Physical: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. Post-hoc analysis was conducted to factor in planar reaching restrictions and limitations outlined above. |
| • Environmental: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to unknown. |
| • Noise: | Adjusted to match restrictions and limitations above. Where no restrictions or limitations are provided, adjusted to very loud. |
| • Aptitudes: | No adjustments performed. |
| • Situations: | 1. Working under specific instructions adjusted to yes based on need to follow supervisory instruction. |
| • Data: | 1. Analyzing adjusted to yes based on need to analyze working conditions. <br> 2. Computing adjusted to yes based on need to create documents and reports. <br> 3. Copying adjusted to yes based on need to keep business records. |
| • People: | 1. Serving adjusted to yes based on need to tend to the needs of customers. <br> 2. Taking instructions-helping adjusted to yes based on need to follow supervisory instruction. |
| • Things: | No adjustments performed. |

Lincoln/White 0129

## EXAMPLES OF ALTERNATIVE OCCUPATIONS:

Based on the insured's ability profile and information in the national economy, the following occupations were identified:

| DOT Code | Occupation Title | Specific Vocational Preparation (SVP) | Strength Level | Monthly Wage* |
|---|---|---|---|---|
| 379.367-010 | Surveillance System Monitor | 2 | Sedentary | $2,850 |
| 237.367-022 | Information Clerk | 4 | Sedentary | $2,505 |

*Wage information is based on median 2019 national data from the Bureau of Labor Statistics*

*Note: A review of material and substantial functions and information from ERI was performed for the occupations above to ensure no more than occasional overhead and below waist level reaching is required.*

## SUMMARY:

This Transferable Skills Analysis identified occupations within the insured's physical abilities and their identified skill level. The occupations meet the insured's gainful amount of $590.47 per month in the national economy.

I have not met with the insured for the purpose of this review. All opinions are based on a review of medical records and resources listed only. Thank you for the opportunity to review this file. Please contact me if you have any questions regarding this report or if I can be of further assistance with this file.

Respectfully submitted,

*Electronically Signed*

Jason E. Miller, Ed.M., CRC, F/ABVE
Board Certified Vocational Expert
Certified Rehabilitation Counselor
Certified ADA Administrator
Senior Vocational Case Manager
Group Protection
Lincoln Financial Group

4

Lincoln/White 0130

| DOT Code | Occupation Title | SVP | Yrs | Mos | Inc | Has CWF | Uses CWF | Str | GOE Code |
|----------|------------------|-----|-----|-----|-----|---------|----------|-----|----------|
| 237.367-022 | Information Clerk | 4 | 2 | 0 | Y | N | N | S | 07.04.04 |
| 372.667-030 | Gate Guard | 3 | 2 | 0 | Y | N | N | L | 04.02.02 |
| 381.137-010 | Supervisor, Janitorial Services | 6 | 7 | 0 | Y | N | N | M | 05.12.18 |
| 238.367-038 | Hotel Clerk | 4 | 2 | 0 | Y | N | N | L | 07.04.03 |
| 079.364-022 | Phlebotomist | 3 | 2 | 0 | Y | N | N | L | 02.04.02 |
| 273.353-010 | Salesperson, Automobiles | 6 | 2 | 0 | Y | N | N | L | 08.02.02 |

## ADJUSTED VARIABLES SUMMARY

This report summarizes the changes made to the person's ability profile.

|  | | **Changed From** | **Changed To** |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 6 (1 to 2 years) | No Change |
| Minimum | | 3 (1 to 3 months) | 1 (Short demo only) |
| | | | |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | 5 Grades 13-14 |
| Mathematics | | 3 Grades 7-8 | 5 Grades 13-14 |
| Language | | 4 Grades 9-12 | 5 Grades 13-14 |
| | | | |
| **Physical Demands** | | | |
| Strength | Maximum | M  Medium | S  Sedentary |
| | Minimum | S  Sedentary | No Change |
| Climbing | | Never | No Change |
| Balancing | | Never | No Change |
| Stooping | | Occasionally | No Change |
| Kneeling | | Occasionally | Never |
| Crouching | | Occasionally | Never |
| Crawling | | Never | No Change |
| Reaching | | Frequently | Unknown |
| Handling | | Frequently | Occasionally |
| Fingering | | Frequently | Occasionally |
| Feeling | | Frequently | Occasionally |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Frequently | Unknown |
| Depth Perception | | Occasionally | Unknown |
| Accommodation | | Occasionally | Unknown |
| Color Vision | | Occasionally | Unknown |
| Field of Vision | | Occasionally | Unknown |
| | | | |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Frequently | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | Unknown |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | No Change |
| Exposure to Radiation | | Never | Unknown |

5

Lincoln/White 0131

| | | |
|---|---|---|
| Working with Explosives | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | Never | Unknown |
| Other Environmental Conditions | Frequently | Unknown |
| Noise Intensity Level | Moderate | Very Loud |

**DOT Aptitudes**

| | | |
|---|---|---|
| General Learning Ability | 3 (34-66 Percentile) | No Change |
| Verbal Aptitude | 3 (34-66 Percentile) | No Change |
| Numerical Aptitude | 3 (34-66 Percentile) | No Change |
| Spatial Aptitude | 3 (34-66 Percentile) | No Change |
| Form Perception | 3 (34-66 Percentile) | No Change |
| Clerical Aptitude | 3 (34-66 Percentile) | No Change |
| Motor Coordination | 2 (67-89 Percentile) | No Change |
| Finger Dexterity | 2 (67-89 Percentile) | No Change |
| Manual Dexterity | 2 (67-89 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 3 (34-66 Percentile) | No Change |
| Color Discrimination | 4 (11-33 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | Yes | No Change |
| Influencing People | Yes | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | No | No Change |
| Following Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | Yes |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | Yes | No Change |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | Yes | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | Yes | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | No | No Change |
| 3 Driving-Operating | Yes | No Change |
| 4 Manipulating | Yes | No Change |

6

Lincoln/White 0132

| | | |
|---|---|---|
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

Lincoln/White 0133

**From:** Sabrina White
**Sent:** Sat, 12 Dec 2020 07:13:28 -0600
**To:** WMRTCSU
**Subject:** Claim # 7830485

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Dear Mr. Johnson,

I, Sabrina White have returned application to Ochsner to release my record from September to present.
Thank in advance.

Sincerely,

Sabrina L. White



**Ochsner**
Healthcare With Peace O

## AFTER VISIT SUMMARY

Sabrina L. White   DoB: [redacted]          📅 12/10/2020 8:20 AM   📍 O'Neal - Orthopedics

### Instructions   from Robert Moukarzel, MD

Injected Euflexxa 1. Out of 3 into both knees 12/10/2020
She will receive Euflexxa 2. And 3. The next 2 weeks with PA
Return to see me in 3 months
Will take roughly 8 weeks to see benefits from these injections
Ice the needed next several days if they swell up or burn or hurt
Take Tylenol 650 mg maximum 3 times a day if needed
Continue gabapentin 600 mg at night. If you think you need to go up
on the gabapentin you may take 900 at night

Return in 3 months

### What's Next

**DEC 10 2020**   Established Patient Visit with Andrea D Cothern, NP
Thursday December 10 10:00 AM

Jefferson Place - Family Medicine
8150 JEFFERSON HWY
Baton Rouge LA
70809-7715
225-761-5200

**DEC 17 2020**   Established Patient Visit with Katherine T Guillory, PA-C
Thursday December 17 9:00 AM

O'Neal - Orthopedics
16777 Medical Center Drive
Baton Rouge LA
70816-3254
225-754-3278

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

**DEC 24 2020**   Established Patient Visit with Katherine T Guillory, PA-C
Thursday December 24 9:40 AM

O'Neal - Orthopedics
16777 Medical Center Drive
Baton Rouge LA
70816-3254
225-754-3278

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

### Today's Visit

You saw Robert Moukarzel, MD on Thursday December 10, 2020. The following issues were addressed:

- Chondromalacia, left knee
- S/P left knee arthroscopy
- Acute medial meniscus tear of left knee, subsequent encounter
- Chondromalacia, right knee
- Acute medial meniscus tear of right knee, subsequent encounter
- Femoroacetabular impingement of right hip
- Numbness and tingling of both lower extremities
- Lumbosacral radiculopathy at L5
- Lumbosacral radiculopathy at S1

Blood Pressure   111/81
BMI   46.59
Weight   263 lb
Height   5' 3"
Pulse   95

Lincoln/White 0134

- Avoid touching your eyes, nose, and mouth with unwashed hands.
- Avoid close contact with people and stay home if you're sick, except to g
- Cover coughs and sneezes with a tissue, or use the inside of your elbow. hand sanitizer.

For more information, see CDC link below:
https://www.cdc.gov/coronavirus/2019-ncov/hcp/guidance-prevent-spread.htm

Your care is important to us. If your provider recommended a follow-up appo you coordinate your recommended care. It is important that you complete yo help scheduling, please call 1-866-Ochsner. Appointments can also be made

While scheduling and attending your appointments is your responsibility, ou throughout that process.

## ⊘ Diagnoses this Visit

Chondromalacia, left knee  - Primary
S/P left knee arthroscopy
Acute medial meniscus tear of left knee, subsequent encounter
Chondromalacia, right knee
Acute medial meniscus tear of right knee, subsequent encounter
Femoroacetabular impingement of right hip
Numbness and tingling of both lower extremities
Lumbosacral radiculopathy at L5
Lumbosacral radiculopathy at S1

Lincoln/White 0135



Next (continued)

Established Patient Visit with Robert Moukarzel, MD
Thursday March 11 10:40 AM

O'Neal - Orthopedics
16777 Medical Center Drive
Baton Rouge LA 70816-3254
225-754-3278

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all out:
medical records and imaging, along with a list of your current medications and insurance card.

## OVID-19 Prevention

### Guidelines for General Prevention of COVID-19

- Take steps to protect yourself from COVID-19. Perform hand hygiene frequently. Wash your han
  soap and water for at least 20 seconds of use and alcohol-based hand sanitizer, covering all sur
  hands and rubbing them together until they feel dry.
- Avoid touching your eyes, nose, and mouth with unwashed hands.
- Avoid close contact with people and stay home if you're sick, except to get medical care.
- Cover coughs and sneezes with a tissue, or use the inside of your elbow. Immediately wash yc
  hand sanitizer.

nore information, see CDC link below:
://www.cdc.gov/coronavirus/2019-ncov/hcp/guidance-prevent-spread.html#precautions

r care is important to us. If your provider recommended a follow-up appointment or test, we
 coordinate your recommended care. It is important that you complete your recommended f
 scheduling, please call 1-866-Ochsner. Appointments can also be made online through the

le scheduling and attending your appointments is your responsibility, our goal is to suppor
ughout that process.

## agnoses this Visit

Co

omalacia, left knee  - Primary
knee arthroscopy
edial meniscus tear of left knee, subsequent encounter
omalacia, right knee
edial meniscus tear of right knee, subsequent encounter

Lincoln/White 0136



## Pressure from bone

As a disk wears out, the vertebrae right above and below the disk begin to touch. This can put pressure on a nerve. Often, abnormal bone (called **bone spurs**) grows where the vertebrae rub against each other. This can cause the foramen or the spinal canal to narrow (called **stenosis**) and press against a nerve.

**Date Last Reviewed:** 10/4/2015

© 2000-2017 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Exercises to Strengthen Your Lower Back

Strong lower back and abdominal muscles work together to support your spine. The exercises below will help strengthen the lower back. It is important that you begin exercising slowly and increase levels gradually.

Always begin any exercise program with stretching. If you feel pain while doing any of these exercises, stop and ta[...] your doctor about a more specific exercise program that better suits your condition.

## Low back stretch

The point of stretching is to make you more flexible and increase your range of motion. Stretch only as much as [...] able. Stretch slowly. Do not push your stretch to the limit. If at any point you feel pain while stretching, this is yo[...] (temporary) limit.

- Lie on your back with your knees bent and both feet on the ground.
- Slowly raise your left knee to your chest as you flatten your lower back against the floor. Hold for 5 seco[...]
- Relax and repeat the exercise with your right knee.
- Do 10 of these exercises for each leg.
- Repeat hugging both knees to your chest at the same time.

## Building lower back strength

Start your exercise routine with 10 to 30 minutes a day, 1 to 3 times a day.

## Initial exercises

Lincoln/White 0137



Instructions  from Erin W Derbigny, MD

**Possible Causes of Low Back or Leg Pain**

Vertebra
Disk
Nerve leaving spinal canal
Sciatic nerve

The symptoms in your back or leg may be due to pressure on a nerve. This pressure may be caused by a damaged disk or by abnormal bone growth. Either way, you may feel pain, burning, tingling, or numbness. If you have pressure on a nerve that connects to the **sciatic nerve,** pain may shoot down your leg.

Damaged disk putting pressure on nerves

**Pressure from the disk**

Constant wear and tear can weaken a disk over time and cause back pain. The disk can then be damaged by a s movement or injury. If its soft center begins to bulge, the disk may press on a nerve. Or the outside of the disk and the soft center may squeeze through and pinch a nerve.

Lincoln/White 0138



Your Medication List (continued)  as of December 9, 2020  8:58 AM

metoprolol succinate 25 MG 24 hr tablet          Take 25 mg by mouth once
Commonly known as: TOPROL-XL

CONTINUE

* This list has 2 medication(s) that are the same as other medications prescribed for
  carefully, and ask your doctor or other care provider to review them

Lincoln/White 0139

## Your Medication List as of December 9, 2020 8:58 AM

ⓘ Always use your most recent med list.

**butalbital-acetaminophen-caffeine 50-325-40 mg** 50-325-40 mg per tablet
Commonly known as: FIORICET, ESGIC
Quantity: 12 tablet
Signed by: Timothy M Durel, MD
CONTINUE

Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches.

**celecoxib** 200 MG capsule
Commonly known as: CeleBREX
Quantity: 30 capsule
Signed by: Katherine T Guillory, PA-C
CONTINUE

Take 1 capsule (200 mg total) by mouth once daily. Take with food. Discontinue if develop GI side effects.

**clonazePAM** 1 MG tablet
Commonly known as: KLONOPIN
Quantity: 60 tablet
Signed by: Andrea D Cothern, NP
CONTINUE

Take 1 tablet by mouth twice daily as needed for anxiety

**cyclobenzaprine** 10 MG tablet
Commonly known as: FLEXERIL
Quantity: 60 tablet
Signed by: Brooke D Bourque, PA
CONTINUE

Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed.

**DULoxetine** 60 MG capsule
Commonly known as: CYMBALTA
Quantity: 90 capsule
Signed by: Timothy M Durel, MD
CONTINUE

Take 1 capsule (60 mg total) by mouth once daily.

**gabapentin** 300 MG capsule
Commonly known as: NEURONTIN
CONTINUE

Take 300 mg by mouth every evening.

**\* HYDROcodone-acetaminophen** 5-325 mg per tablet
Commonly known as: NORCO
Quantity: 15 tablet
Signed by: William Hubbard, MD
CONTINUE

Take 1 tablet by mouth every 6 (six) hours as needed for Pain.

**\* HYDROcodone-acetaminophen** 5-325 mg per tablet
Commonly known as: NORCO
Quantity: 21 tablet
Signed by: Robert Moukarzel, MD
CONTINUE

Take 1 tablet by mouth every 8 (eight) hours as needed for Pain.

**levocetirizine** 5 MG tablet
Commonly known as: XYZAL
Quantity: 30 tablet
Signed by: Andrea D Cothern, NP
CONTINUE

TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING

**methocarbamoL** 500 MG Tab
Commonly known as: ROBAXIN
CONTINUE

Take 500 mg by mouth 2 (two) times daily.

Page 4 of 15

Sabrina L. White (MRN: 1932025) • Printed at 12/9/20 8:58 AM

Lincoln/White 0140

Sent from my iPhone



**AFTER VISIT SUMMARY**

**Sabrina L. White** DoB: ▮▮▮▮    🗓 12/9/2020 8:00 AM  📍 The Grove - Physiatry 225-761-5200

Ochsner
Healthcare With Peace Of Mind

**Instructions** from Erin W Derbigny, MD

Your personalized instructions can be found at the end of this document.

**What's Next**

DEC **10** 2020   **Established Patient Visit with Robert Moukarzel, MD** Thursday December 10 8:20 AM

O'Neal - Orthopedics
16777 Medical Center Drive
Baton Rouge LA
70816-3254
225-754-3278

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

**COVID-19 Prevention**

**Guidelines for General Prevention of COVID-19**

- Take steps to protect yourself from COVID-19. Perform hand hygiene frequently. Wash your hands often with soap and water for at least 20 seconds of use and alcohol-based hand sanitizer, covering all surfaces of your hands and rubbing them together until they feel dry.
- Avoid touching your eyes, nose, and mouth with unwashed hands.
- Avoid close contact with people and stay home if you're sick, except to get medical care.
- Cover coughs and sneezes with a tissue, or use the inside of your elbow. Immediately wash your hands or use hand sanitizer.

For more information, see CDC link below:
https://www.cdc.gov/coronavirus/2019-ncov/hcp/guidance-prevent-spread.html#precautions

Your care is important to us. If your provider recommended a follow-up appointment or test, we are happy to help you coordinate your recommended care. It is important that you complete your recommended follow-up. If you need help scheduling, please call

**Today's Visit**

You saw Erin W Derbigny, MD on Wednesday December 9, 2020. The following issue was addressed: Lumbar radiculopathy.

Blood Pressure
**151/116**

BMI
**46.59**

Weight
**263 lb**

Height
**5' 3"**

Pulse
**111**

Respiration
**14**

**Patient Portal**

We want you to be involved with you health care. Our patient portal, called MyOchsner, is a secure, online websi convenient 24-hour access to your personal health information.

With MyOchsner, you can view you visit summary, schedule appointm request prescription refills, view te results, communicate with your he care providers, and make paymen online at **https://my.ochsner.or**

Lincoln/White 0141

From:Sabrina White
Sent:Thu, 10 Dec 2020 15:10:56 -0600
To:WMRTCSU
Subject:Claim # 7830485

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from my iPhone

For more information, see CD
https://www.cdc.gov/coronavirus/2019-ncov/hcp/guidance-prevent-spread

Your care is important to us. If your provider recommended a follow-up a you coordinate your recommended care. It is important that you comple help scheduling, please call 1-866-Ochsner. Appointments can also be m

While scheduling and attending your appointments is your responsibilit throughout that process.

## ⊘ Diagnoses this Visit

Chondromalacia, left knee  - Primary
S/P left knee arthroscopy
Acute medial meniscus tear of left knee, subsequent encounter
Chondromalacia, right knee
Acute medial meniscus tear of right knee, subsequent encounter
Femoroacetabular impingement of right hip
Numbness and tingling of both lower extremities
Lumbosacral radiculopathy at L5
Lumbosacral radiculopathy at S1

Sabrina L. White (MRN: 1932025) • Printed at 12/10/20  8:16 AM

Lincoln/White 0142

**VOC Suite**

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

---

### PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING

☑ JOB DESCRIPTION   (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)

☑ PHYSICAL JOB EVALUATION FORM (if available)

☑ UPDATED MEDICAL WITH CLEAR R&L'S          ☑ TRAINING-EDUCATION-EXPERIENCE FORM

☑ MANAGER APPROVAL (if required)             ☐ ATTORNEY INFO (if applicable)

---

FROM:     Charles Johnson                    DATE:      Wednesday, December 9, 2020

## CLAIM BACKGROUND

---

Claimant Name:     SABRINA WHITE             Claim Number:            7830485

☐ STD    ☑ FULLY INSURED              ( THRESHOLD $ )

☑ LTD    ☐ ASO    ☐ LIFE        Has MDS worked the claim? ☑ YES  ☐ NO

Employer:  WALMART, INC.

Change In DEF. Date:     02/14/2020

Pre-Disability Earnings:     $984.11      /  M       Claim Service Type:      ADOP
                                            (mode)

---

**Document Locations**

☑ Document List    ☐ Correspondence    ☐ Paper File

---

### Case Manager's Recommendations / Reason For Referral:

please do updated TSA based on the information from Dr. Klein's report, pre-dis salary
$985/per month, benefit $600/month

DP 512

Lincoln/White 0143

**From:**Nelsonfils, Nancy <Nancy.Nelsonfils@genexservices.com>
**Sent:**Wed, 9 Dec 2020 16:37:22 +0000
**To:**VendorReferrals
**Subject:**RE Claim7830485 - S. White- 154151-3
**Attachments:**Invoice.pdf

<span style="color:red">***This email is from an external source. Only open links and attachments from a Trusted Sender.***</span>

Good Morning,

Please see the attached Invoice for the above claimant.

Thank you,
Nancy Nelsonfils

**From:** Nelsonfils, Nancy
**Sent:** Tuesday, December 8, 2020 6:55 PM
**To:** VendorReferrals@lfg.com
**Subject:** Claim#7830485 - S. White- 154151-3

Good Afternoon,
Attached is the Addendum and Invoice to follow for the above referenced claimant. If we can further assist you with this file, please don't hesitate to give us a call.
Thanks for the referral,

**Nancy Nelsonfils**
*Quality Assurance Coordinator*
Exam Coordinators Network, a division of Genex Services
**T**: 877-463-9463
**F**: 561-392-5881
**Access our portal at: View My Cases**
***Please note my email address has changed to Nancy.Nelsonfils@genexservices.com**

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may

Lincoln/White 0144

contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

Lincoln/White 0145



**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881

Exam Coordinators Network    A division of Genex Services, LLC    E-mail: info@ecnime.com    Web: www.ecnime.com

| **Invoice:** | **BOCA 97116** | | **Date** | **12/9/2020** |
|---|---|---|---|---|

*Bill To:*

**Charles Johnson**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY  40742**

| | |
|---|---|
| **Claim #** | 7830485 |
| **Date of Loss:** | 8/9/2017 |
| **ECN #** | 154151-3 |
| **Account #** | |

---

| **Claimant** | Sabrina L. White |
|---|---|

| 12/2/2020 | Addendum Peer - Long Term Disability: Addendum | $515.00 |
|---|---|---|
| | Provider: Jordan A Klein, MD | |
| | Specialty: PMR/Pain Management | |

|  | **SubTotal** | $515.00 |
|---|---|---|
|  | **Final Invoice Total** | $515.00 |

---

*Remit To:*
Exam Coordinators Network
440 E. Swedesford Road
Suite 3000
Wayne, PA  19087

Terms:  Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS
SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

Lincoln/White 0146

# Jordan Klein, MD
## *Board-Certified in Physical Medicine & Rehabilitation*

CLAIMANT NAME: White, Sabrina L.
EXAMINER: Jordan A. Klein, MD
ECN #: 154151-3
CLAIM #: 7830485
DATE OF LOSS:  8/9/2017
DATE OF SERVICE:  12/8/2020

### Addendum:

3/9/20 X-Ray of the Right Wrist, no acute abnormality.

5/27/20 MRI of the Right Wrist, no acute findings.

7/7/20 William James Hubbard, MD, the claimant is with numbness in median nerve distribution in both hands for the last several years. She had nerve conduction studies done on 9/5/18 confirming bilateral carpal tunnel syndrome right greater than left. She also has a right trigger thumb and a right thumb ulnar collateral ligament tear metacarpophalangeal joint grade 3 that is symptomatic. Right hand/wrist exam shows pain of the thumb MCP, pain of the flexor/pronator group; she is tender to palpation of the palmer area; Phalen's sign is positive; Tinel's sign is positive and carpal tunnel compression is positive; the right thumb is active triggering noted with a palpable nodule that moves with tendon excursion. Left hand/wrist exam shows pain of the flexor/pronator group, Phalen's sign is positive, Tinel's sign is positive and carpal tunnel compression test is positive.

7/16/20 X-Ray of the Bilateral Knees, small degenerative tricompartmental marginal osteophytes are present bilaterally with otherwise well-maintained joint spaces.

7/16/20 Robert N. Moukarzel, MD, the claimant has been having bilateral knee pain, right knee worse than left for several years now. She had MRI of the left knee couple years ago that showed short radial tear and chondromalacia of the patella and medial tibial joint. The right knee gives out, she cannot stand from a sitting position without too much difficulty. Bilateral knee exam shows positive McMurray sign medially, she has severe pain to compression on the patella anteriorly with severe crepitus; she has medial joint tenderness slight lateral joint tenderness. X-rays of both knees from 2019 showed patellofemoral changes with a small osteophytic changes and mild medial joint changes with slight varus deformity consistent mild-to-moderate arthritis.

7/20/20 William James Hubbard, MD, the claimant underwent right carpal tunnel release, trigger thumb, collateral ligament of thumb, ulnar cyst removal.

Lincoln/White 0147

8/10/20 X-Ray of the Right Hip, the bony pelvis is intact, the right femoral head is well-seated within the acetabulum, no significant joint space narrowing, no acute fracture or dislocation.

8/10/20 Robert N. Moukarzel, MD, the claimant is seen for bilateral knee pain. On exam, there is severe Tinel sign at the right hand and Phalen's test; decreased sensation in 1st 3 digits; right shoulder flexion 120 abduction, 90 mild impingement sign; there is slight abduction and internal rotation external rotation of the hip with slight discomfort in the right groin; bilateral knees show positive McMurray sign medially; there is severe pain to compression on the patella anteriorly with severe crepitus, medial joint tenderness slight lateral joint tenderness. MRI of the right knee dated 8/3/20 revealed lateral patella subluxation and chondromalacia and edema of the fat pad resulting in compression friction syndrome consistent with synovial hypertrophy; the medial lateral femoral at tibial articular cartilage appears well-preserved has chondromalacia type 4 of the patella knee. MRI of the left knee dated 8/3/20 revealed medial meniscus tear; reactive medial periscapular edema; there is also intra substance degenerative signal in the medial meniscus; small Baker cyst; lateral patella subluxation with adjacent lateral infrapatellar fat pad edema, she is resting lateral patella compression friction syndrome with grade 4 chondromalacia, consistent with possible to hypertrophic synovitis/impingement.

9/14/20 William James Hubbard, MD, the claimant underwent left carpal tunnel release, left trigger finger release.

9/29/20 William James Hubbard, MD, the claimant seems to be doing well after the surgery. She has a well-healed surgical scar volar left wrist and left volar thumb.

10/22/20 Robert N. Moukarzel, MD, the claimant is seen for right hip pain. She had bilateral knee arthroscopy with partial medial meniscectomies with findings of chondromalacia on 9/23/20 and doing really well with that. She has slight anterior tenderness on the left and slight medial tenderness on the right. On exam, left hip full motion without pain in the groin without pain to palpation over the greater trochanter; right hip with the hip flexed at 90 degrees neutral adduction internal external rotation without pain in the groin; abduction to 60 degrees at hip flexion of 90 degrees internal rotation recreate is severe in the groin. There is no swelling in knees; she has full flexion and full extension collaterals and cruciates are stable. She has slight discomfort over the medial side on the right; slight discomfort anteriorly underneath the patella the left.

10/29/20 Lindsay B. Brunson, PA-C, the claimant has had bilateral knee arthroscopy with Dr. Moukarzel and is seen for hip pain. She also complains of back pain. On exam, she has pain on extension; lumbar facet loading is present bilaterally; tenderness to palpation over the lumbar facet joints bilaterally at L5-S1; tenderness to palpation over the lumbar paraspinals and over the SI joints bilaterally.

11/9/20 Robert N. Moukarzel, MD, the claimant is seen for low back pain with burning going down both legs to the feet. Her right hip was hurting. She complains of both knees

2

hurting in front of points over the anterior patella area. She did have bilateral knee arthroscopies 9/23/20 with findings of medial meniscus stairs and chondromalacia anterior and medial. She is using a cane to get around. On exam; lumbar spine is with tenderness from L4-5 paraspinal; left hip full motion without pain in the groin without pain to palpation over the greater trochanter; right hip with the hip flexed at 90 degrees neutral adduction internal external rotation without pain in the groin; abduction to 60 degrees at hip flexion of 90 degrees internal rotation recreate pain in the groin. She has full extension collaterals in knees. She has pain and tenderness to compression on the patella bilaterally with flexion and extension with crepitus feeling. MRI of the right hip revealed CAM type femoroacetabular impingement of the right hip.

11/9/20 Robert N. Moukarzel, MD, the claimant underwent right knee injection.

11/6/20 Robert N. Moukarzel, MD, the claimant underwent left knee injection.

1. **Please review the additional medical information and advise if it alters your prior opinion stated in your peer review. Please explain why or why not.**

The additional records show that on 7/7/20, Dr. Hubbard noted that the claimant is with numbness in median nerve distribution in both hands for the last several years. She had nerve conduction studies done on 9/5/18 confirming bilateral carpal tunnel syndrome right greater than left. She also has a right trigger thumb and a right thumb ulnar collateral ligament tear metacarpophalangeal joint grade 3 that is symptomatic. Right hand/wrist exam shows pain of the thumb MCP, pain of the flexor/pronator group; she is tender to palpation of the palmer area; Phalen's sign is positive; Tinel's sign is positive and carpal tunnel compression is positive; the right thumb is active triggering noted with a palpable nodule that moves with tendon excursion. Left hand/wrist exam shows pain of the flexor/pronator group, Phalen's sign is positive, Tinel's sign is positive and carpal tunnel compression test is positive. An x-ray study of the bilateral knees dated 7/16/20 revealed small degenerative tricompartmental marginal osteophytes are present bilaterally with otherwise well-maintained joint spaces. On 7/16/20, Dr. Moukarzel noted that the claimant has been having bilateral knee pain, right knee worse than left for several years now. She had MRI of the left knee couple years ago that showed short radial tear and chondromalacia of the patella and medial tibial joint. The right knee gives out, she cannot stand from a sitting position without too much difficulty. Bilateral knee exam shows positive McMurray sign medially, she has severe pain to compression on the patella anteriorly with severe crepitus; she has medial joint tenderness slight lateral joint tenderness. X-rays of both knees from 2019 showed patellofemoral changes with a small osteophytic changes and mild medial joint changes with slight varus deformity consistent mild-to-moderate arthritis. On 7/20/20, the claimant underwent right carpal tunnel release, trigger thumb, collateral ligament of thumb, ulnar cyst removal. An x-ray study of the right hip dated 8/10/20 revealed that the bony pelvis is intact, the right femoral head is well-seated within the acetabulum, no significant joint space narrowing, no acute fracture or dislocation. On 8/10/20, Dr. Moukarzel saw the claimant for bilateral knee pain. On exam, there is severe Tinel sign at the right hand and Phalen's test; decreased

3

sensation in 1st 3 digits; right shoulder flexion 120 abduction, 90 mild impingement sign; there is slight abduction and internal rotation external rotation of the hip with slight discomfort in the right groin; bilateral knees show positive McMurray sign medially; there is severe pain to compression on the patella anteriorly with severe crepitus, medial joint tenderness slight lateral joint tenderness. MRI of the right knee dated 8/3/20 revealed lateral patella subluxation and chondromalacia and edema of the fat pad resulting in compression friction syndrome consistent with synovial hypertrophy; the medial lateral femoral at tibial articular cartilage appears well-preserved has chondromalacia type 4 of the patella knee. MRI of the left knee dated 8/3/20 revealed medial meniscus tear; reactive medial periscapular edema; there is also intra substance degenerative signal in the medial meniscus; small Baker cyst; lateral patella subluxation with adjacent lateral infrapatellar fat pad edema, she is resting lateral patella compression friction syndrome with grade 4 chondromalacia, consistent with possible to hypertrophic synovitis/impingement. On 9/14/20, the claimant underwent left carpal tunnel release, left trigger finger release. On 9/29/20, Dr. Hubbard noted that the claimant seems to be doing well after the surgery. She has a well-healed surgical scar volar left wrist and left volar thumb. On 10/22/20, Dr. Moukarzel saw the claimant for right hip pain. She had bilateral knee arthroscopy with partial medial meniscectomies with findings of chondromalacia on 9/23/20 and doing really well with that. She has slight anterior tenderness on the left and slight medial tenderness on the right. On exam, left hip full motion without pain in the groin without pain to palpation over the greater trochanter; right hip with the hip flexed at 90 degrees neutral adduction internal external rotation without pain in the groin; abduction to 60 degrees at hip flexion of 90 degrees internal rotation recreate is severe in the groin. There is no swelling in knees; she has full flexion and full extension collaterals and cruciates are stable. She has slight discomfort over the medial side on the right; slight discomfort anteriorly underneath the patella the left. On 10/29/20, PA-C. Lindsay B. Brunson noted that the claimant has had bilateral knee arthroscopy with Dr. Moukarzel and is seen for hip pain. She also complains of back pain. On exam, she has pain on extension; lumbar facet loading is present bilaterally; tenderness to palpation over the lumbar facet joints bilaterally at L5-S1; tenderness to palpation over the lumbar paraspinals and over the SI joints bilaterally. On 11/9/20, Dr. Moukarzel saw the claimant for low back pain with burning going down both legs to the feet. Her right hip was hurting. She complains of both knees hurting in front of points over the anterior patella area. She did have bilateral knee arthroscopies 9/23/20 with findings of medial meniscus stairs and chondromalacia anterior and medial. She is using a cane to get around. On exam, lumbar spine is with tenderness from L4-5 paraspinal; left hip full motion without pain in the groin without pain to palpation over the greater trochanter; right hip with the hip flexed at 90 degrees neutral adduction internal external rotation without pain in the groin; abduction to 60 degrees at hip flexion of 90 degrees internal rotation recreate pain in the groin. She has full extension collaterals in knees. She has pain and tenderness to compression on the patella bilaterally with flexion and extension with crepitus feeling. MRI of the right hip revealed CAM type femoroacetabular impingement of the right hip. On 11/9/20, the claimant underwent right knee injection and on 11/6/20, the claimant underwent left knee injection. In conclusion, the claimant is s/p bilateral knee arthroscopies on 9/23/20, and also, she was diagnosed with bilateral carpal tunnel

4

Lincoln/White 0150

syndrome with s/p right CRT, trigger thumb, collateral ligament of thumb, ulnar cyst removal on 7/20/20, and also left carpal tunnel release and left trigger thumb release on 9/14/20; currently, she remains with chronic pain in her right hip and also pain in her bilateral knees due to degenerative joint disease; therefore, considering the claimant's extensive and persistent symptomatology specifically chronic pain symptoms involving bilateral hands/wrists, right hip, and bilateral knees along with along with imaging and extensive surgical history warrant activity restrictions outlined below. It is important to note, the claimant for the time- period in question, had a surgical intervention, specifically bilateral knee arthroscopies on 9/23/20 and requires total restrictive period following the procedure for recovery purposes.

Total restriction w/ no residual capacity: 9/23/20- 11/23/20.

From 2/13/20 to 9/22/20 and from 11/24/20 and beyond with re-assessment on or around 6/1/21:

Walking: up to 20 minutes at a time for a total of 2 hours per day
Standing: up to 20 minutes at a time for a total of 2 hours per day
Sitting: up to 30 minutes at a time for a total of 6 hours per day
Lifting/carrying/pushing/pulling: occasionally up to 10 lbs. BUE
Climbing stairs: occasionally
Bending: occasionally
Twisting: occasionally
Climbing ladders: never
Stooping: occasionally
Kneeling: never
Bending: occasionally
Crouching: never
Crawling: never
Reaching: occasionally overhead and below waist, unrestricted desk and waist level BUE
Use lower extremities for foot controls: occasionally BLE
Fine manipulation: occasionally BUE
Simple and firm grasping: occasionally BUE

2. **Please make AP contact with Dr Robert Moukarzel at 222-761-5200 Please make 2 attempts on two (2) consecutive days allowing 24 hours for a response after your last attempt. Please include documentation of the attempts and results of all contacts to the treating provider. If the treating provider(s) requests a fax, please provide your questions with your report. ECN will fax your questions to the treating provider(s) and allow 5 business days for a response.**

12-4-20, 13:56:27, call to Dr. Moukarzel, the number provided is no longer in service. The correct number is 225-761-5200. Left a message with patient access representative, Monica D.

5

Lincoln/White 0151

12-7-20, 10:45:32, call to Dr. Moukarzel, left a message with referral coordinator, Linda H.

Sincerely,

Jordan Klein, MD
Board certified PM&R
Medical License PA MD457687

6

Lincoln/White 0152

**From:**Nelsonfils, Nancy <Nancy.Nelsonfils@genexservices.com>
**Sent:**Tue, 8 Dec 2020 23:55:10 +0000
**To:**VendorReferrals
**Subject:**Claim7830485 - S. White- 154151-3
**Attachments:**Addendum_5530980BOCA.PDF

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,
Attached is the Addendum and Invoice to follow for the above referenced claimant. If we can further assist you with this file, please don't hesitate to give us a call.
Thanks for the referral,

**Nancy Nelsonfils**
*Quality Assurance Coordinator*
Exam Coordinators Network, a division of Genex Services
**T**: 877-463-9463
**F**: 561-392-5881
**Access our portal at: View My Cases**
***Please note my email address has changed to Nancy.Nelsonfils@genexservices.com**

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

Lincoln/White 0153

**Medical Record Overview**

ReleasePoint

**Date:**    December 1, 2020

**Patient Name:**    WHITE, SABRINA

**Records From:**    OSCHNER CLINIC
16777 MEDICAL CENTER DRIVE
BATON ROUGE, LA  70816
(225) 754-3278

**RP ID:** 7181469

**Client ID:** 7830485

**Source:** LIBMTN

**Request Scope:**  From February 14, 2020 to Present

**Req By:** M AVRETT
mary.avrett@lfg.com

**Chart Range:**    02/24/2020 - 11/16/2020

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Feb 24 2020 | Nov 16 2020 | 273 | 2 |
| Labs/Diagnostics | Mar 9 2020 | Sep 20 2020 | 18 | 275 |
| Operative Reports | Sep 14 2020 | Sep 14 2020 | 2 | 293 |
| Request Correspondence | | | 5 | 295 |

**Total Page Count:**    298

**Notes From QC:**

Used admit/discharge date to date stamp the pages.

Lincoln/White 0154

**Progress Notes - 11/16/2020**

| | |
|---|---|
| ONLC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72011693206<br>Enc. Date 11/16/2020 |

### 11/16/2020 - Office Visit in O'Neal - Orthopedics

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email |
|---|---|---|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Timothy M. Durel,<br>MD225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0155

Progress Notes - 11/16/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:              Sex: F
Acct #: 72011693206
Enc. Date 11/16/2020

### 11/16/2020 - Office Visit in O'Neal - Orthopedics (continued)

**Reason for Visit**

Right Knee - Pain
Left Knee - Pain

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Chondromalacia, left knee    - Primary | ICD-10-CM: M94.262 ICD-9-CM: 717.7 | |
| S/P left knee arthroscopy | ICD-10-CM: Z98.890 ICD-9-CM: V45.89 | |
| Acute medial meniscus tear of left knee, subsequent encounter | ICD-10-CM: S83.242D ICD-9-CM: V58.89, 836.0 | |
| Chondromalacia, right knee | ICD-10-CM: M94.261 ICD-9-CM: 717.7 | |
| Acute medial meniscus tear of right knee, subsequent encounter | ICD-10-CM: S83.241D ICD-9-CM: V58.89, 836.0 | |
| Femoroacetabular impingement of right hip | ICD-10-CM: M25.851 ICD-9-CM: 719.95 | |
| Numbness and tingling of both lower extremities | ICD-10-CM: R20.0, R20.2 ICD-9-CM: 782.0 | |

**Problem List** as of 11/16/2020                                          Date Reviewed: **11/9/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 45.0-49.9, adult | ICD-10-CM: E66.01, Z68.42 ICD-9-CM: 278.01, V85.42 | | | 7/2/2018 - Present |
| Dyslipidemia | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| Lumbar facet arthropathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 1/23/2020 - Present |
| Chronic pain | ICD-10-CM: G89.29 ICD-9-CM: 338.29 | | | 7/7/2020 - Present |
| Sinus tachycardia by electrocardiogram | ICD-10-CM: R00.0 ICD-9-CM: 785.0 | | | 7/7/2020 - Present |
| Right carpal tunnel syndrome | ICD-10-CM: G56.01 ICD-9-CM: 354.0 | | | 7/20/2020 - Present |
| Decreased range of motion of finger of right hand | ICD-10-CM: M25.641 ICD-9-CM: 719.54 | | | 8/5/2020 - Present |
| Carpal tunnel syndrome of left wrist | ICD-10-CM: G56.02 ICD-9-CM: 354.0 | | | 9/9/2020 - Present |
| Trigger finger of left thumb | ICD-10-CM: M65.312 ICD-9-CM: 727.03 | | | 9/9/2020 - Present |
| Left hamstring injury | ICD-10-CM: S76.302A ICD-9-CM: 959.6 | | | 9/9/2020 - Present |
| Carpal tunnel syndrome on left | ICD-10-CM: G56.02 | | | 9/14/2020 - |

Lincoln/White 0156

Progress Notes - 11/16/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72011693206
Enc. Date 11/16/2020

### 11/16/2020 - Office Visit in O'Neal - Orthopedics (continued)

**Problem List (continued)** as of 11/16/2020                          Date Reviewed: **11/9/2020**

|  | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
|  | ICD-9-CM: 354.0 |  |  | Present |
| **Acute medial meniscus tear of left knee** | ICD-10-CM: S83.242A | | | 9/23/2020 - |
|  | ICD-9-CM: 836.0 | | | Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 | | | 11/24/2017 - |
|  | ICD-9-CM: 717.7 | | | 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 | | | 11/24/2017 - |
|  | ICD-9-CM: 717.7 | | | 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 | | | 3/19/2018 - |
|  | ICD-9-CM: 719.46 | | | 10/5/2018 |
| RESOLVED: Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 | | | 11/1/2016 - |
|  | ICD-9-CM: 354.0 | | | 9/3/2020 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, | | | 11/29/2019 - |
|  | G89.29 | | | 2/24/2020 |
|  | ICD-9-CM: 719.46, 338.29 | | | |
| RESOLVED: Gamekeeper's thumb, right | ICD-10-CM: S63.31XA | | | 7/7/2020 - |
|  | ICD-9-CM: 842.12 | | | 9/3/2020 |
| RESOLVED: Trigger finger of right thumb | ICD-10-CM: M65.311 | | | 7/7/2020 - |
|  | ICD-9-CM: 727.03 | | | 9/3/2020 |

## Patient as-of Visit

**Allergies** as of 11/16/2020

Allergies last reviewed by Faith C. Patterson, MA on 11/16/2020 1414

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium                                    Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*

Reactions: Nausea And Vomiting                       Severity: Medium
Noted on: 02/13/2018

**Immunizations** as of 11/16/2020

No documentation.

## Medications

**Outpatient Medications at Start of Encounter as of 11/16/2020**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 12 tablet | 0 | 3/10/2020 | |
| Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. - Oral | | | | |
| Class: Print | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 30 capsule | 1 | 3/19/2020 | |
| Sig - Route: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. - Oral | | | | |
| Prior authorization: Canceled - Other | | | | |

Esther Stagg, RN 9/18/2020  1:10 PM
HOLD TODAY PRIOR TO SURGERY

| **clonazePAM (KLONOPIN) 1 MG tablet (Taking)** | 60 tablet | 0 | 10/27/2020 | |
|---|---|---|---|---|
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |

---

Generated on 11/24/20  1:21 PM                                    Page  3

Lincoln/White 0157

Progress Notes - 11/16/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011693206
Enc. Date 11/16/2020

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 11/16/2020 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)** | 60 tablet | 0 | 10/27/2020 | |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| **DULoxetine (CYMBALTA) 60 MG capsule (Taking)** | 90 capsule | 1 | 9/4/2020 | 9/4/2021 |
| Sig - Route: Take 1 capsule (60 mg total) by mouth once daily. - Oral | | | | |

> Esther Stagg, RN 9/18/2020  1:11 PM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |
| Sig - Route: Take 300 mg by mouth every evening.  - Oral | | | | |
| Class: Historical Med | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)** | 15 tablet | 0 | 9/14/2020 | |
| Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral | | | | |
| Earliest Fill Date: 9/14/2020 | | | | |
| Notes to Pharmacy: Quantity prescribed more than 7 day supply? No | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)** | 21 tablet | 0 | 9/23/2020 | |
| Sig - Route: Take 1 tablet by mouth every 8 (eight) hours as needed for Pain. - Oral | | | | |
| Class: Print | | | | |
| Earliest Fill Date: 9/23/2020 | | | | |
| Notes to Pharmacy: Quantity prescribed more than 7 day supply? Yes, quantity medically necessary | | | | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)** | 30 tablet | 0 | 10/27/2020 | |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |
| **methocarbamoL (ROBAXIN) 500 MG Tab (Taking)** | | | 9/27/2020 | |
| Sig - Route: Take 500 mg by mouth 2 (two) times daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet** | | | 1/22/2020 | 9/18/2020 |
| Sig - Route: Take 25 mg by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |

> Esther Stagg, RN 9/18/2020  1:12 PM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 12 tablet | 0 | 3/10/2020 | |
| Sig: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. | | | | |
| Class: Print | | | | |
| Route: Oral | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 30 capsule | 1 | 3/19/2020 | |
| Sig: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. | | | | |
| Route: Oral | | | | |
| Prior authorization: Canceled - Other | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking)** | 60 tablet | 0 | 10/27/2020 | |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)** | 60 tablet | 0 | 10/27/2020 | |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| **DULoxetine (CYMBALTA) 60 MG capsule (Taking)** | 90 capsule | 1 | 9/4/2020 | 9/4/2021 |
| Sig: Take 1 capsule (60 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |
| Sig: Take 300 mg by mouth every evening. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |

Generated on 11/24/20  1:21 PM

Lincoln/White 0158

Progress Notes - 11/16/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011693206
Enc. Date 11/16/2020

## Medications (continued)

### Medications the Patient Reported Taking (continued)

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)** | 15 tablet | 0 | 9/14/2020 | |

Sig: Take 1 tablet by mouth every 6 (six) hours as needed for Pain.
Earliest Fill Date: 9/14/2020
Notes to Pharmacy: Quantity prescribed more than 7 day supply? No
Route: Oral

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)** | 21 tablet | 0 | 9/23/2020 | |

Sig: Take 1 tablet by mouth every 8 (eight) hours as needed for Pain.
Class: Print
Earliest Fill Date: 9/23/2020
Notes to Pharmacy: Quantity prescribed more than 7 day supply? Yes, quantity medically necessary
Route: Oral

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| **levocetirizine (XYZAL) 5 MG tablet (Taking)** | 30 tablet | 0 | 10/27/2020 | |

Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| **methocarbamoL (ROBAXIN) 500 MG Tab (Taking)** | | | 9/27/2020 | |

Sig: Take 500 mg by mouth 2 (two) times daily.
Class: Historical Med
Route: Oral

### Ordered Facility-Administered Medications

|  | Dose | Freq | Start | End |
|---|---|---|---|---|
| **methylPREDNISolone acetate injection 80 mg (Discontinued)** | 80 mg | | 11/16/2020 | 11/16/2020 |

Route: Intra-articular
Reason for Discontinue: **Patient Discharge**

### All Meds and Administrations

#### methylPREDNISolone acetate injection 80 mg [570471203]

Ordering Provider: Robert N. Moukarzel, MD

Ordered On: 11/16/20 1726
Dose (Remaining/Total): 80 mg (—/—)
Frequency: —

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 11/16/20 1420 - 11/16/20 1926
Route: Intra-articular
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/16/20 1420 | Given | 80 mg | Intra-articular | Performed by: Robert N. Moukarzel, MD<br>Scanned Package: 0009-0306-02 |

### Clinic-Administered Medication Detail

|  | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **methylPREDNISolone acetate injection 80 mg (Discontinued)** | 80 mg | | 11/16/2020 | 11/16/2020 | -- |

Class: Normal
Route: Intra-articular
Reason for Discontinue: **Patient Discharge**
Order: 570471203
Date/Time Signed: 11/16/2020 17:26

## Progress Notes

**Progress Notes by Robert N. Moukarzel, MD at 11/16/2020  2:20 PM**

Lincoln/White 0159

Progress Notes - 11/16/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                 Sex: F
Acct #: 72011693206
Enc. Date 11/16/2020

### Progress Notes (continued)

**Progress Notes by Robert N. Moukarzel, MD at 11/16/2020 2:20 PM (continued)**

| | | |
|---|---|---|
| Author: Robert N. Moukarzel, MD | Service: — | Author Type: Physician |
| Filed: 11/16/2020 5:26 PM | Encounter Date: 11/16/2020 | Creation Time: 11/16/2020 5:19 PM |
| Status: Signed | Editor: Robert N. Moukarzel, MD (Physician) | |

**Subjective:**

**Patient ID:** Sabrina Lynette White is a 47 y.o. female.

**Chief Complaint:** Pain of the Right Knee and Pain of the Left Knee
Right hip pain
HPI:
10/22/2020
Patient stated the right hip is hurting her more than both knees. Points at the pain in the groin at 6/7. She had bilateral knee arthroscopy with partial medial meniscectomies with findings of chondromalacia on 09/23/2020 and doing really well with that. She has 0/10 pain on the knees. Slight anterior tenderness on the left and slight medial tenderness on the right. The pain in the groin is what hurts her the most she is using a cane to get around. Denies any new trauma. Denies numbness and tingling in the leg or loss of bowel bladder control.
Denies any loss of bowel bladder control, fever, chills, shortness of breath, difficulty with chewing or swallowing loss of bowel bladder control or loss of sense smell is taste or difficulty with chewing or swallowing or chest pain or calf pain or any trauma affecting the right hip.

11/09/2020
Patient stating having low back pain with burning going down both legs to the feet. Her right hip was hurting. She complains of both knees hurting in the front points over the anterior patella area. She did have bilateral knee arthroscopies 09/23/2020 with findings of medial meniscus stairs and chondromalacia anterior and medial. She is using a cane to get around. Or bothering her the most is both knees as well as right hip and as well as burning down both legs to the feet and low back pain. Pain is occasionally 10/10. Relieved with sitting. Also Celebrex, Robaxin, gabapentin do help some.
Patient is seeing pain management scheduled to have some injections in the lumbar spine
Denies any fever or chills or shortness of breath or difficulty with chewing or swallowing loss of bowel bladder control or loss of sense smell or taste
She did have MRA of the right hip

11/16/2020

right knee injection 11/9/20 of steroid helped for 1 day. Still having pain radiating down the legs into her feet. She is scheduled to see Dr.Derbigny December 9 for EMG both lower extremities.
Bilateral knee arthroscopy with partial medial meniscectomy and chondromalacia 09/23/2020 not as bad as before surgery. Her pain going down the legs is 8/10 today. She does take gabapentin, Robaxin, Celebrex. She is complaining of spasms in her legs also.
Denies any fever or chills or shortness of breath or difficulty with chewing swallowing or loss of bowel bladder control or blurry vision or double vision loss sense smell or taste
Patient is seen pain management
Patient stating that she is having some diarrhea I did tell her to stop taking the Celebrex. She is taking Flexeril given last time 20 mg at night to help despite the fact told her to take only 10 mg.
Past Medical History:

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Arthritis | |
| • Depression | |
| • Encounter for blood transfusion<br>*had to have infusion during surgery in 2008* | |
| • GERD (gastroesophageal reflux disease) | |

Lincoln/White 0160

Progress Notes - 11/16/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011693206
Enc. Date 11/16/2020

## Progress Notes (continued)

### Progress Notes by Robert N. Moukarzel, MD at 11/16/2020  2:20 PM (continued)

- Hyperlipidemia
- Hypertension
- Osteoarthritis of spine with radiculopathy, cervical region

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| CARPAL TUNNEL RELEASE | Right | 7/20/2020 |

- CARPAL TUNNEL RELEASE — Right — 7/20/2020
  *Procedure: RELEASE, CARPAL TUNNEL;  Surgeon: William James Hubbard, MD;  Location: HGVH OR;  Service: Orthopedics;  Laterality: Right;  Ulnar Collateral Ligament Repair-- Arthrex Internal Brace*
- CARPAL TUNNEL RELEASE — Left — 9/14/2020
  *Procedure: RELEASE, CARPAL TUNNEL;  Surgeon: William James Hubbard, MD;  Location: HGVH OR;  Service: Orthopedics;  Laterality: Left;*
- CESAREAN SECTION, LOW TRANSVERSE
- CYST REMOVAL — Right — 7/20/2020
  *Procedure: EXCISION, CYST;  Surgeon: William James Hubbard, MD;  Location: HGVH OR;  Service: Orthopedics;  Laterality: Right;  ulnar cyst*
- FOOT SURGERY
  *Arch implant*
- INJECTION OF ANESTHETIC AGENT AROUND MEDIAL BRANCH NERVES INNERVATING LUMBAR FACET JOINT — Bilateral — 1/8/2020
  *Procedure: Bilateral L3-5 MBB;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT;  Service: Pain Management;  Laterality: Bilateral;*
- INJECTION OF ANESTHETIC AGENT AROUND MEDIAL BRANCH NERVES INNERVATING LUMBAR FACET JOINT — Bilateral — 1/23/2020
  *Procedure: Bilateral L3-5 MBB;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT;  Service: Pain Management;  Laterality: Bilateral;*
- INJECTION OF ANESTHETIC AGENT AROUND NERVE — Bilateral — 11/20/2019
  *Procedure: Block, Nerve Bilateral RN IV sedation;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT;  Service: Pain Management;  Laterality: Bilateral;*
- KNEE ARTHROSCOPY W/ MENISCECTOMY — Bilateral — 9/23/2020
  *Procedure: ARTHROSCOPY, KNEE, WITH MENISCECTOMY;  Surgeon: Robert N. Moukarzel, MD;  Location: BRMH OR;  Service: Orthopedics;  Laterality: Bilateral;  PARTIAL MEDIAL MENISCECTOMY*
- RECONSTRUCTION OF LIGAMENT — Right — 7/20/2020
  *Procedure: RECONSTRUCTION, LIGAMENT;  Surgeon: William James Hubbard, MD;  Location: HGVH OR;  Service: Orthopedics;  Laterality: Right;*
- TRIGGER FINGER RELEASE — Right — 7/20/2020
  *Procedure: RELEASE, TRIGGER FINGER;  Surgeon: William James Hubbard, MD;  Location: HGVH OR;  Service: Orthopedics;  Laterality: Right;*
- TRIGGER FINGER RELEASE — Left — 9/14/2020
  *Procedure: RELEASE, TRIGGER FINGER;  Surgeon: William James Hubbard, MD;  Location: HGVH OR;  Service: Orthopedics;  Laterality: Left;  Left thumb*

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| Breast cancer | Maternal Aunt | |
| Diabetes | Maternal Aunt | |
| No Known Problems | Mother | |
| Alcohol abuse | Father | |
| Heart disease | Paternal Uncle | |
| Heart disease | Maternal Grandfather | |

Lincoln/White 0161

Progress Notes - 11/16/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011693206
Enc. Date 11/16/2020

**Progress Notes (continued)**

**Progress Notes by Robert N. Moukarzel, MD at 11/16/2020  2:20 PM (continued)**

- No Known Problems            Brother
- Stroke                       Neg Hx

Social History

Socioeconomic History
- Marital status:              Single
     Spouse name:             Not on file
- Number of children:          1
- Years of education:          Not on file
- Highest education level:     Not on file

Occupational History
- Occupation:                  Not currently employed

Social Needs
- Financial resource strain:   Not on file
- Food insecurity
     Worry:                    Not on file
     Inability:                Not on file
- Transportation needs
     Medical:                  Not on file
     Non-medical:              Not on file

Tobacco Use
- Smoking status:              Never Smoker
- Smokeless tobacco:           Never Used

Substance and Sexual Activity
- Alcohol use:                 Yes
     Frequency:               Monthly or less
     Drinks per session:      1 or 2
     *Comment: HOLD 72HRS PRIOR TO SURGERY*
- Drug use:                    No
- Sexual activity:             Not Currently
     Partners:                Male

Lifestyle
- Physical activity
     Days per week:           Not on file
     Minutes per session:     Not on file
- Stress:                      Very much

Relationships
- Social connections
     Talks on phone:          Not on file
     Gets together:           Not on file
     Attends religious service: Not on file
     Active member of club or  Not on file
     organization:
     Attends meetings of clubs Not on file
     or organizations:
     Relationship status:     Not on file

Other Topics                   Concern
- Not on file

Social History Narrative
- Not on file

---

Generated on 11/24/20  1:21 PM                                    Page  8

Lincoln/White 0162

Progress Notes - 11/16/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72011693206
Enc. Date 11/16/2020

## Progress Notes (continued)

**Progress Notes by Robert N. Moukarzel, MD at 11/16/2020  2:20 PM (continued)**

## Medication List with Changes/Refills
### Current Medications

| Medication | Instructions |
|---|---|
| BUTALBITAL-ACETAMINOPHEN-CAFFEINE 50-325-40 MG (FIORICET, ESGIC) 50-325-40 MG PER TABLET | Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. |
| CELECOXIB (CELEBREX) 200 MG CAPSULE | Take 1 capsule (200 mg total) by mouth once daily. Take with food. Discontinue if develop GI side effects. |
| CLONAZEPAM (KLONOPIN) 1 MG TABLET | Take 1 tablet by mouth twice daily as needed for anxiety |
| CYCLOBENZAPRINE (FLEXERIL) 10 MG TABLET | Take 1 tablet by mouth twice daily as needed |
| DULOXETINE (CYMBALTA) 60 MG CAPSULE | Take 1 capsule (60 mg total) by mouth once daily. |
| GABAPENTIN (NEURONTIN) 300 MG CAPSULE | Take 300 mg by mouth every evening. |
| HYDROCODONE-ACETAMINOPHEN (NORCO) 5-325 MG PER TABLET | Take 1 tablet by mouth every 6 (six) hours as needed for Pain. |
| HYDROCODONE-ACETAMINOPHEN (NORCO) 5-325 MG PER TABLET | Take 1 tablet by mouth every 8 (eight) hours as needed for Pain. |
| LEVOCETIRIZINE (XYZAL) 5 MG TABLET | TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING |
| METHOCARBAMOL (ROBAXIN) 500 MG TAB | Take 500 mg by mouth 2 (two) times daily. |
| METOPROLOL SUCCINATE (TOPROL-XL) 25 MG 24 HR TABLET | Take 25 mg by mouth once daily. |

Review of patient's allergies indicates:

| Allergen | Reactions |
|---|---|
| • Aleve [naproxen sodium] *GI indigestion* | |
| • Aspirin | Nausea And Vomiting |

Review of Systems
Constitution: Negative for decreased appetite.
HENT: Negative for tinnitus.
Eyes: Negative for double vision.
Cardiovascular: Negative for chest pain.

Generated on 11/24/20  1:21 PM

Lincoln/White 0163

**Progress Notes - 11/16/2020**

| | |
|---|---|
| ONLC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72011693206<br>Enc. Date 11/16/2020 |

**Progress Notes (continued)**

**Progress Notes by Robert N. Moukarzel, MD at 11/16/2020  2:20 PM (continued)**

Respiratory: Negative for wheezing.
Hematologic/Lymphatic: Negative for bleeding problem.
Skin: Negative for dry skin.
Musculoskeletal: Positive for back pain, joint pain and myalgias. Negative for arthritis, gout, neck pain and stiffness.
Gastrointestinal: Negative for abdominal pain.
Genitourinary: Negative for bladder incontinence.
Neurological: Positive for numbness and paresthesias. Negative for sensory change.
Psychiatric/Behavioral: Negative for altered mental status.

**Objective:**

Body mass index is 46.59 kg/m².
Vitals:

| | 11/16/20 1413 |
|---|---|
| BP: | (!) 142/94 |
| Pulse: | 84 |

**General**

Constitutional: She is oriented to person, place, and time. She appears well-developed.
HENT:
Head: Atraumatic.
Eyes: EOM are normal.
Cardiovascular: Normal rate.
Pulmonary/Chest: Effort normal.
Neurological: She is alert and oriented to person, place, and time.
Psychiatric: Judgment normal.

Cervical rotation very functional no pain
Bilateral upper extremity neurovascularly intact
Lumbar with tenderness from L4-5 paraspinal.  Negative straight leg raising bilaterally.
No deformity seen
Pelvis is level
Left hip full motion without pain in the groin without pain to palpation over the greater trochanter.  Right hip with the hip flexed at 90° neutral adduction internal external rotation without pain in the groin.  Abduction to 60° at hip flexion of 90° internal rotation recreate  pain in the groin.
Hip flexors, abduct his adductors quads hamstrings ankle extensors flexors inverters everters or 5/5
Bilateral knees scars from arthroscopic surgery all healed well.  There is no swelling today she has full flexion and full extension collaterals and cruciates are stable negative McMurray's.  Positive pain and tenderness to compression on the patella bilaterally with flexion and extension with crepitus feeling
Calves are soft nontender no swelling no pitting edema
Ankle motion intact
Skin is warm to touch no obvious lesions

Relevant imaging results reviewed and interpreted by me, discussed with the patient and / or family today

**MRI Arthrogram Hip With Contrast Right**

Lincoln/White 0164

Progress Notes - 11/16/2020

| | |
|---|---|
| ONLC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72011693206<br>Enc. Date 11/16/2020 |

**Progress Notes (continued)**

**Progress Notes by Robert N. Moukarzel, MD at 11/16/2020  2:20 PM (continued)**

Narrative EXAMINATION:
MRI ARTHROGRAM HIP RIGHT

CLINICAL HISTORY:
Right hip pain.

TECHNIQUE:
Multiplanar multisequence imaging of the right hip is performed after the intra-articular administration of contrast.

COMPARISON:
None

FINDINGS:
The large field of view sequence shows no evidence for pelvic fracture or dislocation.  No avascular necrosis of either femoral head.  No tendon tear seen of either hip.  No fluid in the iliopsoas or greater trochanteric bursa of either hip.

The small field of view arthrogram images of the right hip show no evidence for labral tear.  The articular cartilage of the femoral head and acetabulum is preserved.  The Cobb angle of the right hip is 56 degrees indicating CAM type femoroacetabular impingement.  No loose bodies in the joint.
Impression: 1. CAM type femoroacetabular impingement of the right hip.
2. No evidence for right acetabular labral tear.
3. Intact articular cartilage of the right hip.

Electronically signed by:      Adam Harris, MD
Date:                          11/04/2020
Time:                          17:02
**X-Ray Arthrogram Hip Right with MRI to follow**
Narrative: EXAMINATION:
XR ARTHROGRAM HIP RIGHT WITH MRI TO FOLLOW

CLINICAL HISTORY:
Other sprain of right hip, initial encounter

TECHNIQUE:
Following written informed consent and discussion of applicable risks and benefits the patient was placed in the supine position on the examination table.  Using sterile technique and 1% lidocaine for local anesthesia a 22 -gauge needle was advanced into the right hip joint under fluoroscopic guidance.  Subsequently, 10 cc of a 1:200 solution of gadolinium in normal saline and iodinated contrast material was instilled into the joint space.  The procedure was tolerated well with no immediate complications.

Fluoroscopy time: 0.7 minutes and 3 fluoroscopic images obtained

COMPARISON:
08/10/2020

FINDINGS:
There is normal contrast opacification of the joint.
Impression: Successful joint injection for MR arthrography.

Electronically signed by:      David Kirsch, MD
Date:                          11/04/2020
Time:                          15:31

Generated on 11/24/20  1:21 PM                                                    Page 11

Lincoln/White 0165

**Progress Notes - 11/16/2020**

| | |
|---|---|
| ONLC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72011693206<br>Enc. Date 11/16/2020 |

## Progress Notes (continued)

**Progress Notes by Robert N. Moukarzel, MD at 11/16/2020  2:20 PM (continued)**

MRI arthrogram 11/04/2020 negative for labral tear or arthrosis
X-ray 08/10/2020 right hip normal joint space.  No evidence of AVN
X-ray July 2020 both knees showing osteophytic changes in the patellofemoral.  Mild medial joint narrowing
MRI both knees in the system reviewed today also

## Assessment:

Encounter Diagnoses

| Name | Primary? |
|---|---|
| • S/P left knee arthroscopy | |
| • Acute medial meniscus tear of left knee, subsequent<br>  encounter | |
| • Chondromalacia, left knee | Yes |
| • Chondromalacia, right knee | |
| • Acute medial meniscus tear of right knee, subsequent<br>  encounter | |
| • Femoroacetabular impingement of right hip | |
| • Numbness and tingling of both lower extremities | |

## Plan:

**Chondromalacia, left knee**
-    Large Joint Aspiration/Injection: L knee

**S/P left knee arthroscopy**

**Acute medial meniscus tear of left knee, subsequent encounter**

**Chondromalacia, right knee**

**Acute medial meniscus tear of right knee, subsequent encounter**

**Femoroacetabular impingement of right hip**

**Numbness and tingling of both lower extremities**

**Patient Instructions**
Scheduled to have bilateral lower extremity nerve conduction studies by Dr.Derbigny on December 9
To see Dr. Hubbard this week
Injection performed to the left knee 11/16/2020 of 80 mg Depo-Medrol mixed with 5 cc 1% lidocaine
Flexeril 20 mg at night for muscle relaxers/cyclobenzaprine
Do not take methocarbamol/Robaxin with Flexeril
. stop Celebrex at this time since he having diarrhea
Please take gabapentin 300 mg at night it will help in the long run with nerve pain.  After a week he can double the
dose to 600 mg at night
Return in 2 weeks for Synvisc-One injections

Kellgren Lawrence scale   2

Lincoln/White 0166

Progress Notes - 11/16/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011693206
Enc. Date 11/16/2020

## Progress Notes (continued)

**Progress Notes by Robert N. Moukarzel, MD at 11/16/2020  2:20 PM (continued)**

Kellgren roll in scale 2

**Disclaimer:** This note was prepared using a voice recognition system and is likely to have sound alike errors within the text.

Electronically signed by Robert N. Moukarzel, MD on 11/16/2020  5:26 PM

## Procedure Notes

### 11/16/2020

#### Procedures by Robert N. Moukarzel, MD at 11/16/2020  2:20 PM

| | | |
|---|---|---|
| Author: Robert N. Moukarzel, MD | Service: — | Author Type: Physician |
| Filed: 11/16/2020  5:26 PM | Encounter Date: 11/16/2020 | Status: Signed |
| Editor: Robert N. Moukarzel, MD (Physician) | | |

Procedure Orders
1. Large Joint Aspiration/Injection: L knee [570471202] ordered by Robert N. Moukarzel, MD

Post-procedure Diagnoses
1. Chondromalacia, left knee [M94.262]

## Large Joint Aspiration/Injection: L knee

Date/Time: **11/16/2020 2:20 PM**
Performed by: **Robert N. Moukarzel, MD**
Authorized by: **Robert N. Moukarzel, MD**

Consent Done?: **Yes (Verbal)**
Site marked: **the procedure site was marked**
Timeout: **prior to procedure the correct patient, procedure, and site was verified**

Local anesthesia used?: **Yes**
Local anesthetic: **Lidocaine 1% without epinephrine**

Details:
Needle Size: **22 G**
Ultrasonic Guidance for needle placement?: **No**
Approach: **Anterolateral**
Location: **Knee**
Site: **L knee**
Medications: **80 mg methylPREDNISolone acetate 80 mg/mL**
Patient tolerance: **Patient tolerated the procedure well with no immediate complications**

Electronically signed by Robert N. Moukarzel, MD at 11/16/2020  5:26 PM

## Procedures for Abstract

**Large Joint Aspiration/Injection: L knee [570471202] (Final result)**

Generated on 11/24/20  1:21 PM

Lincoln/White 0167

**Progress Notes - 11/16/2020**

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:            Sex: F
Acct #: 72011693206
Enc. Date 11/16/2020

**Procedures for Abstract (continued)**

**Large Joint Aspiration/Injection: L knee [570471202]**      Resulted: 11/16/20 1420, Result status: Final result

Order status: Completed                    Filed by: Robert N. Moukarzel, MD  11/16/20 1726
Narrative:
Robert N. Moukarzel, MD     11/16/2020  5:26 PM
Large Joint Aspiration/Injection: L knee

Date/Time: 11/16/2020 2:20 PM
Performed by: Robert N. Moukarzel, MD
Authorized by: Robert N. Moukarzel, MD

Consent Done?:  Yes (Verbal)
Site marked: the procedure site was marked
Timeout: prior to procedure the correct patient, procedure, and site was
verified

Local anesthesia used?: Yes
Local anesthetic:  Lidocaine 1% without epinephrine

Details:
Needle Size:  22 G
Ultrasonic Guidance for needle placement?: No
Approach:  Anterolateral
Location:  Knee
Site:  L knee
Medications:  80 mg methylPREDNISolone acetate 80 mg/mL
Patient tolerance:  Patient tolerated the procedure well with no immediate
complications
Post-procedure diagnoses:
Chondromalacia, left knee

| Procedures Performed | Chargeables |
|---|---|
| PR DRAIN/INJECT LARGE JOINT/BURSA [20610] | |

**Indications**

Chondromalacia, left knee [M94.262 (ICD-10-CM)]

**Follow-up Information**

None

**Follow Up Call**

No data filed

Lincoln/White 0168

**Progress Notes - 11/09/2020**

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72011565430
Enc. Date 11/9/2020

### 11/09/2020 - Office Visit in O'Neal - Orthopedics

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email |
|---|---|---|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Timothy M. Durel, MD225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0169

Progress Notes - 11/09/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72011565430
Enc. Date 11/9/2020

### 11/09/2020 - Office Visit in O'Neal - Orthopedics (continued)

**Reason for Visit**

Right Hip - Pain

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Numbness and tingling of both lower extremities   - Primary | ICD-10-CM: R20.0, R20.2 ICD-9-CM: 782.0 | |
| Femoroacetabular impingement of right hip | ICD-10-CM: M25.851 ICD-9-CM: 719.95 | |
| S/P left knee arthroscopy | ICD-10-CM: Z98.890 ICD-9-CM: V45.89 | |
| Acute medial meniscus tear of right knee, subsequent encounter | ICD-10-CM: S83.241D ICD-9-CM: V58.89, 836.0 | |
| Acute medial meniscus tear of left knee, subsequent encounter | ICD-10-CM: S83.242D ICD-9-CM: V58.89, 836.0 | |
| Chondromalacia, left knee | ICD-10-CM: M94.262 ICD-9-CM: 717.7 | |
| Chondromalacia, right knee | ICD-10-CM: M94.261 ICD-9-CM: 717.7 | |

**Problem List** as of 11/9/2020                                     Data Reviewed: **11/9/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 45.0-49.9, adult | ICD-10-CM: E66.01, Z68.42 ICD-9-CM: 278.01, V85.42 | | | 7/2/2018 - Present |
| Dyslipidemia | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| Lumbar facet arthropathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 1/23/2020 - Present |
| Chronic pain | ICD-10-CM: G89.29 ICD-9-CM: 338.29 | | | 7/7/2020 - Present |
| Sinus tachycardia by electrocardiogram | ICD-10-CM: R00.0 ICD-9-CM: 785.0 | | | 7/7/2020 - Present |
| Right carpal tunnel syndrome | ICD-10-CM: G56.01 ICD-9-CM: 354.0 | | | 7/20/2020 - Present |
| Decreased range of motion of finger of right hand | ICD-10-CM: M25.641 ICD-9-CM: 719.54 | | | 8/5/2020 - Present |
| Carpal tunnel syndrome of left wrist | ICD-10-CM: G56.02 ICD-9-CM: 354.0 | | | 9/9/2020 - Present |
| Trigger finger of left thumb | ICD-10-CM: M65.312 ICD-9-CM: 727.03 | | | 9/9/2020 - Present |
| Left hamstring injury | ICD-10-CM: S76.302A ICD-9-CM: 959.6 | | | 9/9/2020 - Present |
| Carpal tunnel syndrome on left | ICD-10-CM: G56.02 ICD-9-CM: 354.0 | | | 9/14/2020 - Present |

Generated on 11/24/20  1:21 PM                                                    Page 16

Lincoln/White 0170

Progress Notes - 11/09/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011565430
Enc. Date 11/9/2020

### 11/09/2020 - Office Visit in O'Neal - Orthopedics (continued)

**Problem List (continued)** as of 11/9/2020                                   Date Reviewed: **11/9/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Acute medial meniscus tear of left knee** | ICD-10-CM: S83.242A ICD-9-CM: 836.0 | | | 9/23/2020 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/6/2018 |
| RESOLVED: Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - 9/3/2020 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, G89.29 ICD-9-CM: 719.46, 338.29 | | | 11/29/2019 - 2/24/2020 |
| RESOLVED: Gamekeeper's thumb, right | ICD-10-CM: S63.31XA ICD-9-CM: 842.12 | | | 7/7/2020 - 9/3/2020 |
| RESOLVED: Trigger finger of right thumb | ICD-10-CM: M65.311 ICD-9-CM: 727.03 | | | 7/7/2020 - 9/3/2020 |

**Patient as-of Visit**

**Allergies** as of 11/9/2020

Allergies last reviewed by Faith C. Patterson, MA on 11/9/2020 1312

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium                                          Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*

Reactions: Nausea And Vomiting                            Severity: Medium
Noted on: 02/13/2018

**Immunizations** as of 11/9/2020

No documentation.

### Medications

**Outpatient Medications at Start of Encounter as of 11/9/2020**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 12 tablet | 0 | 3/10/2020 | |
| Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. - Oral Class: Print | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 30 capsule | 1 | 3/19/2020 | |
| Sig - Route: Take 1 capsule (200 mg total) by mouth once daily. Take with food. Discontinue if develop GI side effects. - Oral Prior authorization: Canceled - Other | | | | |
| Esther Stagg, RN 9/18/2020 1:16 PM HOLD TODAY PRIOR TO SURGERY | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking)** | 60 tablet | 0 | 10/27/2020 | |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)** | 60 tablet | 0 | 10/27/2020 | |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |

Lincoln/White 0171

Progress Notes - 11/09/2020

| ONLC ORTHOPEDICS | White, Sabrina Lynette |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB:           Sex: F |
| | Acct #: 72011565430 |
| | Enc. Date 11/9/2020 |

## Medications (continued)

### Outpatient Medications at Start of Encounter as of 11/9/2020 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **DULoxetine (CYMBALTA) 60 MG capsule (Taking)** | 90 capsule | 1 | 9/4/2020 | 9/4/2021 |
| Sig - Route: Take 1 capsule (60 mg total) by mouth once daily. - Oral | | | | |

> Esther Stagg, RN 9/18/2020  1:11 PM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |
| Sig - Route: Take 300 mg by mouth every evening. - Oral | | | | |
| Class: Historical Med | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)** | 15 tablet | 0 | 9/14/2020 | |
| Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral | | | | |
| Earliest Fill Date: 9/14/2020 | | | | |
| Notes to Pharmacy: Quantity prescribed more than 7 day supply? No | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)** | 21 tablet | 0 | 9/23/2020 | |
| Sig - Route: Take 1 tablet by mouth every 8 (eight) hours as needed for Pain. - Oral | | | | |
| Class: Print | | | | |
| Earliest Fill Date: 9/23/2020 | | | | |
| Notes to Pharmacy: Quantity prescribed more than 7 day supply? Yes, quantity medically necessary | | | | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)** | 30 tablet | 0 | 10/27/2020 | |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |
| **methocarbamoL (ROBAXIN) 500 MG Tab (Taking)** | | | 9/27/2020 | |
| Sig - Route: Take 500 mg by mouth 2 (two) times daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet** | | | 1/22/2020 | 9/18/2020 |
| Sig - Route: Take 25 mg by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |

> Esther Stagg, RN 9/18/2020  1:12 PM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 12 tablet | 0 | 3/10/2020 | |
| Sig: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. | | | | |
| Class: Print | | | | |
| Route: Oral | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 30 capsule | 1 | 3/19/2020 | |
| Sig: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. | | | | |
| Route: Oral | | | | |
| Prior authorization: Canceled - Other | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking)** | 60 tablet | 0 | 10/27/2020 | |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)** | 60 tablet | 0 | 10/27/2020 | |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| **DULoxetine (CYMBALTA) 60 MG capsule (Taking)** | 90 capsule | 1 | 9/4/2020 | 9/4/2021 |
| Sig: Take 1 capsule (60 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |
| Sig: Take 300 mg by mouth every evening. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)** | 15 tablet | 0 | 9/14/2020 | |

Lincoln/White 0172

Progress Notes - 11/09/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72011565430
Enc. Date 11/9/2020

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: Take 1 tablet by mouth every 6 (six) hours as needed for Pain.<br>Earliest Fill Date: 9/14/2020<br>Notes to Pharmacy: Quantity prescribed more than 7 day supply? No<br>Route: Oral |  |  |  |  |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg** <br>**per tablet (Taking)**<br>Sig: Take 1 tablet by mouth every 8 (eight) hours as needed for Pain.<br>Class: Print<br>Earliest Fill Date: 9/23/2020<br>Notes to Pharmacy: Quantity prescribed more than 7 day supply? Yes, quantity medically necessary<br>Route: Oral | 21 tablet | 0 | 9/23/2020 |  |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | 30 tablet | 0 | 10/27/2020 |  |
| **methocarbamoL (ROBAXIN) 500 MG Tab (Taking)**<br>Sig: Take 500 mg by mouth 2 (two) times daily.<br>Class: Historical Med<br>Route: Oral |  |  | 9/27/2020 |  |

**Ordered Facility-Administered Medications**

|  | Dose | Freq | Start | End |
|---|---|---|---|---|
| **methylPREDNISolone acetate injection 80 mg (Discontinued)**<br>Route: Intra-articular<br>Reason for Discontinue: **Patient Discharge** | 80 mg |  | 11/9/2020 | 11/9/2020 |

**All Meds and Administrations**

**methylPREDNISolone acetate injection 80 mg [570471201]**

Ordering Provider: Robert N. Moukarzel, MD

Ordered On: 11/09/20 1900
Dose (Remaining/Total): 80 mg (—/—)
Frequency: —

Status: Discontinued (Past End Date/Time), Reason: Patient Discharge
Starts/Ends: 11/09/20 1300 - 11/09/20 2100
Route: Intra-articular
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| 11/09/20 1300 | Given | 80 mg | Intra-articular | Performed by: Robert N. Moukarzel, MD<br>Scanned Package: 0009-0306-02 |

**Clinic-Administered Medication Detail**

|  | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **methylPREDNISolone acetate injection 80 mg (Discontinued)**<br>Class: Normal<br>Route: Intra-articular<br>Reason for Discontinue: **Patient Discharge**<br>Order: 570471201<br>Date/Time Signed: 11/9/2020 19:00 | 80 mg |  | 11/9/2020 | 11/9/2020 | -- |

## Progress Notes

**Progress Notes by Robert N. Moukarzel, MD at 11/9/2020 1:00 PM**

Author: Robert N. Moukarzel, MD
Filed: 11/9/2020 7:00 PM
Status: Signed

Service: —
Encounter Date: 11/9/2020
Editor: Robert N. Moukarzel, MD (Physician)

Author Type: Physician
Creation Time: 11/9/2020 6:50 PM

### Subjective:

Generated on 11/24/20 1:21 PM

Page 19

Lincoln/White 0173

Progress Notes - 11/09/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011565430
Enc. Date 11/9/2020

**Progress Notes (continued)**

**Progress Notes by Robert N. Moukarzel, MD at 11/9/2020  1:00 PM (continued)**

**Patient ID:** Sabrina Lynette White is a 47 y.o. female.

**Chief Complaint:** Pain of the Right Hip
 Right hip pain
HPI:
10/22/2020
Patient stated the right hip is hurting her more than both knees.  Points at the pain in the groin at 6/7.  She had bilateral knee arthroscopy with partial medial meniscectomies with findings of chondromalacia on 09/23/2020 and doing really well with that.  She has 0/10 pain on the knees.  Slight anterior tenderness on the left and slight medial tenderness on the right.  The pain in the groin is what hurts her the most she is using a cane to get around.  Denies any new trauma.  Denies numbness and tingling in the leg or loss of bowel bladder control.
Denies any loss of bowel bladder control, fever, chills, shortness of breath, difficulty with chewing or swallowing loss of bowel bladder control or loss of sense smell is taste or difficulty with chewing or swallowing or chest pain or calf pain or any trauma affecting the right hip.

11/09/2020
Patient stating having low back pain with burning going down both legs to the feet.  Her right hip was hurting.  She complains of both knees hurting in the front points over the anterior patella area.  She did have bilateral knee arthroscopies 09/23/2020 with findings of medial meniscus stairs and chondromalacia anterior and medial.  She is using a cane to get around.  Or bothering her the most is both knees as well as right hip and as well as burning down both legs to the feet and low back pain.  Pain is occasionally 10/10.  Relieved with sitting.  Also Celebrex, Robaxin, gabapentin do help some.
Patient is seeing pain management scheduled to have some injections in the lumbar spine
 Denies any fever or chills or shortness of breath or difficulty with chewing or swallowing loss of bowel bladder control or loss of sense smell or taste
She did have MRA of the right hip

Past Medical History:

| Diagnosis | Date |
| --- | --- |

- Anxiety
- Arthritis
- Depression
- Encounter for blood transfusion
  *had to have infusion during surgery in 2008*
- GERD (gastroesophageal reflux disease)
- Hyperlipidemia
- Hypertension
- Osteoarthritis of spine with radiculopathy, cervical region

Past Surgical History:

| Procedure | Laterality | Date |
| --- | --- | --- |

- CARPAL TUNNEL RELEASE                    Right          7/20/2020
  *Procedure: RELEASE, CARPAL TUNNEL;  Surgeon: William James Hubbard, MD;  Location: HGVH OR;  Service: Orthopedics;  Laterality: Right;  Ulnar Collateral Ligament Repair-- Arthrex Internal Brace*
- CARPAL TUNNEL RELEASE                    Left          9/14/2020
  *Procedure: RELEASE, CARPAL TUNNEL;  Surgeon: William James Hubbard, MD;  Location: HGVH OR;  Service: Orthopedics;  Laterality: Left;*
- CESAREAN SECTION, LOW TRANSVERSE
- CYST REMOVAL                    Right          7/20/2020
  *Procedure: EXCISION, CYST;  Surgeon: William James Hubbard, MD;  Location: HGVH OR;  Service: Orthopedics;  Laterality: Right;  ulnar cyst*

Generated on 11/24/20  1:21 PM                                                                                      Page 20

Lincoln/White 0174

Progress Notes - 11/09/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011565430
Enc. Date 11/9/2020

**Progress Notes (continued)**

**Progress Notes by Robert N. Moukarzel, MD at 11/9/2020  1:00 PM (continued)**

- FOOT SURGERY
  *Arch implant*
- INJECTION OF ANESTHETIC AGENT AROUND MEDIAL          Bilateral          1/8/2020
  BRANCH NERVES INNERVATING LUMBAR FACET JOINT
  *Procedure: Bilateral L3-5 MBB;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT;  Service: Pain Management;  Laterality: Bilateral;*
- INJECTION OF ANESTHETIC AGENT AROUND MEDIAL          Bilateral          1/23/2020
  BRANCH NERVES INNERVATING LUMBAR FACET JOINT
  *Procedure: Bilateral L3-5 MBB;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT;  Service: Pain Management;  Laterality: Bilateral;*
- INJECTION OF ANESTHETIC AGENT AROUND NERVE          Bilateral          11/20/2019
  *Procedure: Block, Nerve Bilateral RN IV sedation;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT;  Service: Pain Management;  Laterality: Bilateral;*
- KNEE ARTHROSCOPY W/ MENISCECTOMY          Bilateral          9/23/2020
  *Procedure: ARTHROSCOPY, KNEE, WITH MENISCECTOMY;  Surgeon: Robert N. Moukarzel, MD; Location: BRMH OR;  Service: Orthopedics;  Laterality: Bilateral;  PARTIAL MEDIAL MENISCECTOMY*
- RECONSTRUCTION OF LIGAMENT          Right          7/20/2020
  *Procedure: RECONSTRUCTION, LIGAMENT;  Surgeon: William James Hubbard, MD;  Location: HGVH OR;  Service: Orthopedics;  Laterality: Right;*
- TRIGGER FINGER RELEASE          Right          7/20/2020
  *Procedure: RELEASE, TRIGGER FINGER;  Surgeon: William James Hubbard, MD;  Location: HGVH OR;  Service: Orthopedics;  Laterality: Right;*
- TRIGGER FINGER RELEASE          Left          9/14/2020
  *Procedure: RELEASE, TRIGGER FINGER;  Surgeon: William James Hubbard, MD;  Location: HGVH OR;  Service: Orthopedics;  Laterality: Left;  Left thumb*

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Breast cancer | Maternal Aunt | |
| • Diabetes | Maternal Aunt | |
| • No Known Problems | Mother | |
| • Alcohol abuse | Father | |
| • Heart disease | Paternal Uncle | |
| • Heart disease | Maternal Grandfather | |
| • No Known Problems | Brother | |
| • Stroke | Neg Hx | |

Social History

Socioeconomic History
- Marital status:          Single
     Spouse name:          Not on file
- Number of children:          1
- Years of education:          Not on file
- Highest education level:          Not on file

Occupational History
- Occupation:          Not currently employed

Social Needs
- Financial resource strain:          Not on file
- Food insecurity
     Worry:          Not on file

Lincoln/White 0175

Progress Notes - 11/09/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:              Sex: F
Acct #: 72011565430
Enc. Date 11/9/2020

**Progress Notes (continued)**

**Progress Notes by Robert N. Moukarzel, MD at 11/9/2020  1:00 PM (continued)**

|  |  |
|---|---|
| Inability: | Not on file |
| • Transportation needs |  |
| Medical: | Not on file |
| Non-medical: | Not on file |

Tobacco Use

|  |  |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |

Substance and Sexual Activity

|  |  |
|---|---|
| • Alcohol use: | Yes |
| Frequency: | Monthly or less |
| Drinks per session: | 1 or 2 |
| *Comment: HOLD 72HRS PRIOR TO SURGERY* | |
| • Drug use: | No |
| • Sexual activity: | Not Currently |
| Partners: | Male |

Lifestyle

|  |  |
|---|---|
| • Physical activity |  |
| Days per week: | Not on file |
| Minutes per session: | Not on file |
| • Stress: | Very much |

Relationships

|  |  |
|---|---|
| • Social connections |  |
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |

Other Topics                    Concern

• Not on file

Social History Narrative

• Not on file

**Medication List with Changes/Refills**
**Current Medications**

| | |
|---|---|
| BUTALBITAL-ACETAMINOPHEN-CAFFEINE 50-325-40 MG (FIORICET, ESGIC) 50-325-40 MG PER TABLET | Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. |
| CELECOXIB (CELEBREX) 200 MG CAPSULE | Take 1 capsule (200 mg total) by mouth once daily. Take with food. Discontinue if develop GI side effects. |
| CLONAZEPAM (KLONOPIN) 1 MG TABLET | Take 1 tablet by mouth twice daily as needed for anxiety |

Lincoln/White 0176

Progress Notes - 11/09/2020

| ONLC ORTHOPEDICS | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72011565430 | |
| | Enc. Date 11/9/2020 | |

**Progress Notes (continued)**

**Progress Notes by Robert N. Moukarzel, MD at 11/9/2020 1:00 PM (continued)**

| CYCLOBENZAPRINE (FLEXERIL) 10 MG TABLET | Take 1 tablet by mouth twice daily as needed |
| DULOXETINE (CYMBALTA) 60 MG CAPSULE | Take 1 capsule (60 mg total) by mouth once daily. |
| GABAPENTIN (NEURONTIN) 300 MG CAPSULE | Take 300 mg by mouth every evening. |
| HYDROCODONE-ACETAMINOPHEN (NORCO) 5-325 MG PER TABLET | Take 1 tablet by mouth every 6 (six) hours as needed for Pain. |
| HYDROCODONE-ACETAMINOPHEN (NORCO) 5-325 MG PER TABLET | Take 1 tablet by mouth every 8 (eight) hours as needed for Pain. |
| LEVOCETIRIZINE (XYZAL) 5 MG TABLET | TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING |
| METHOCARBAMOL (ROBAXIN) 500 MG TAB | Take 500 mg by mouth 2 (two) times daily. |
| METOPROLOL SUCCINATE (TOPROL-XL) 25 MG 24 HR TABLET | Take 25 mg by mouth once daily. |

Review of patient's allergies indicates:

| Allergen | Reactions |
| • Aleve [naproxen sodium] GI indigestion | |
| • Aspirin | Nausea And Vomiting |

Review of Systems
Constitution: Negative for decreased appetite.
HENT: Negative for tinnitus.
Eyes: Negative for double vision.
Cardiovascular: Negative for chest pain.
Respiratory: Negative for wheezing.
Hematologic/Lymphatic: Negative for bleeding problem.
Skin: Negative for dry skin.
Musculoskeletal: Positive for back pain, joint pain and myalgias. Negative for arthritis, gout, neck pain and stiffness.
Gastrointestinal: Negative for abdominal pain.
Genitourinary: Negative for bladder incontinence.
Neurological: Positive for numbness and paresthesias. Negative for sensory change.
Psychiatric/Behavioral: Negative for altered mental status.

**Objective:**
Body mass index is 46.59 kg/m².
Vitals:

| | 11/09/20 1311 |
| BP: | (!) 126/100 |

Lincoln/White 0177

**Progress Notes - 11/09/2020**

| ONLC ORTHOPEDICS | White, Sabrina Lynette | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72011565430 | |
| | Enc. Date 11/9/2020 | |

**Progress Notes (continued)**

**Progress Notes by Robert N. Moukarzel, MD at 11/9/2020 1:00 PM (continued)**

Pulse:            105

**General**

Constitutional: She is oriented to person, place, and time. She appears well-developed.
HENT:
Head: Atraumatic.
Eyes: EOM are normal.
Cardiovascular: Normal rate.
Pulmonary/Chest: Effort normal.
Neurological: She is alert and oriented to person, place, and time.
Psychiatric: Judgment normal.

 Cervical rotation very functional no pain
Bilateral upper extremity neurovascularly intact
Lumbar with tenderness from L4-5 paraspinal.  Negative straight leg raising bilaterally.
No deformity seen
Pelvis is level
Left hip full motion without pain in the groin without pain to palpation over the greater trochanter.  Right hip with the hip flexed at 90° neutral adduction internal external rotation without pain in the groin.  Abduction to 60° at hip flexion of 90° internal rotation recreate  pain in the groin.
Hip flexors, abduct his adductors quads hamstrings ankle extensors flexors inverters everters or 5/5
Bilateral knees scars from arthroscopic surgery all healed well.  There is no swelling today she has full flexion and full extension collaterals and cruciates are stable negative McMurray's.  Positive pain and tenderness to compression on the patella bilaterally with flexion and extension with crepitus feeling
Calves are soft nontender no swelling no pitting edema
Ankle motion intact
Skin is warm to touch no obvious lesions

Relevant imaging results reviewed and interpreted by me, discussed with the patient and / or family today

**MRI Arthrogram Hip With Contrast Right**
Narrative EXAMINATION:
MRI ARTHROGRAM HIP RIGHT

CLINICAL HISTORY:
Right hip pain.

TECHNIQUE:
Multiplanar multisequence imaging of the right hip is performed after the intra-articular administration of contrast.

COMPARISON:
None

FINDINGS:
The large field of view sequence shows no evidence for pelvic fracture or dislocation.  No avascular necrosis of either femoral head.  No tendon tear seen of either hip.  No fluid in the iliopsoas or greater trochanteric bursa of either hip.

Lincoln/White 0178

Progress Notes - 11/09/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72011565430
Enc. Date 11/9/2020

**Progress Notes (continued)**

**Progress Notes by Robert N. Moukarzel, MD at 11/9/2020  1:00 PM (continued)**

The small field of view arthrogram images of the right hip show no evidence for labral tear. The articular cartilage of the femoral head and acetabulum is preserved. The Cobb angle of the right hip is 56 degrees indicating CAM type femoroacetabular impingement. No loose bodies in the joint.
Impression: 1. CAM type femoroacetabular impingement of the right hip.
2. No evidence for right acetabular labral tear.
3. Intact articular cartilage of the right hip.

Electronically signed by:       Adam Harris, MD
Date:                            11/04/2020
Time:                            17:02
**X-Ray Arthrogram Hip Right with MRI to follow**
Narrative: EXAMINATION:
XR ARTHROGRAM HIP RIGHT WITH MRI TO FOLLOW

CLINICAL HISTORY:
Other sprain of right hip, initial encounter

TECHNIQUE:
Following written informed consent and discussion of applicable risks and benefits the patient was placed in the supine position on the examination table. Using sterile technique and 1% lidocaine for local anesthesia a 22 -gauge needle was advanced into the right hip joint under fluoroscopic guidance. Subsequently, 10 cc of a 1:200 solution of gadolinium in normal saline and iodinated contrast material was instilled into the joint space. The procedure was tolerated well with no immediate complications.

Fluoroscopy time: 0.7 minutes and 3 fluoroscopic images obtained

COMPARISON:
08/10/2020

FINDINGS:
There is normal contrast opacification of the joint.
Impression: Successful joint injection for MR arthrography.

Electronically signed by:       David Kirsch, MD
Date:                            11/04/2020
Time:                            15:31
MRI arthrogram 11/04/2020 negative for labral tear or arthrosis
X-ray 08/10/2020 right hip normal joint space. No evidence of AVN
X-ray July 2020 both knees showing osteophytic changes in the patellofemoral. Mild medial joint narrowing
MRI both knees in the system reviewed today also

**Assessment:**

Encounter Diagnoses
Name                                                                 Primary?
- Femoroacetabular impingement of right hip
- S/P left knee arthroscopy
- Acute medial meniscus tear of right knee, subsequent encounter
- Acute medial meniscus tear of left knee, subsequent encounter

Generated on 11/24/20  1:21 PM                                        Page 25

Lincoln/White 0179

Progress Notes - 11/09/2020

| ONLC ORTHOPEDICS | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72011565430 | |
| | Enc. Date 11/9/2020 | |

### Progress Notes (continued)

Progress Notes by Robert N. Moukarzel, MD at 11/9/2020  1:00 PM (continued)

- Chondromalacia, left knee
- Chondromalacia, right knee
- Numbness and tingling of both lower extremities          Yes

**Plan:**
**Numbness and tingling of both lower extremities**

**Femoroacetabular impingement of right hip**

**S/P left knee arthroscopy**

**Acute medial meniscus tear of right knee, subsequent encounter**

**Acute medial meniscus tear of left knee, subsequent encounter**

**Chondromalacia, left knee**

**Chondromalacia, right knee**
- Large Joint Aspiration/Injection: R knee

**Patient Instructions**
MRA of the hip did not show any pathology

Bilateral knee arthroscopy showed medial meniscus tear as well as chondromalacia of both knees.  Still having pain in both knees.  Still using the cane.
Low back pain receiving injections in the spine
Having numbness and tingling down the legs to the feet
Plan
Refer to Dr. Derbigny for bilateral lower extremity nerve conduction studies and EMG
Injection right knee today 11/09/2020 with 80 mg Depo-Medrol mixed with 5 cc 1% lidocaine.  Ice the needed next day or 2 if it burns
Return next week to inject the left knee with Depo-Medrol
We will get approval for Synvisc-One injection/rooster comb gel to be given 4 weeks from now

I do not think this patient could achieve gainful employment due to numerous orthopedic issues.  She is to remain out of work

Kellgren Lawrence scale 2

**Disclaimer:** This note was prepared using a voice recognition system and is likely to have sound alike errors within the text.

Electronically signed by Robert N. Moukarzel, MD on 11/9/2020  7:00 PM

Generated on 11/24/20  1:21 PM                                                          Page 26

Lincoln/White 0180

Progress Notes - 11/09/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011565430
Enc. Date 11/9/2020

**Procedure Notes**

**11/09/2020**

**Procedures by Robert N. Moukarzel, MD at 11/9/2020  1:00 PM**

Author: Robert N. Moukarzel, MD          Service: —                         Author Type: Physician
Filed: 11/9/2020  7:00 PM                Encounter Date: 11/9/2020          Status: Signed
Editor: Robert N. Moukarzel, MD (Physician)
Procedure Orders
1. Large Joint Aspiration/Injection: R knee [570471198] ordered by Robert N. Moukarzel, MD

Post-procedure Diagnoses
1. Chondromalacia, right knee [M94.261]

**Large Joint Aspiration/Injection: R knee**

Date/Time: **11/9/2020 1:00 PM**
Performed by: **Robert N. Moukarzel, MD**
Authorized by: **Robert N. Moukarzel, MD**

Consent Done?:  **Yes (Verbal)**
Site marked: **the procedure site was marked**
Timeout: **prior to procedure the correct patient, procedure, and site was verified**

Local anesthesia used?: **Yes**
Local anesthetic:  **Lidocaine 1% without epinephrine**

Details:
Needle Size:  **22 G**
Ultrasonic Guidance for needle placement?: **No**
Approach:  **Anterolateral**
Location:  **Knee**
Site:  **R knee**
Medications:  **80 mg methylPREDNISolone acetate 80 mg/mL**
Patient tolerance:  **Patient tolerated the procedure well with no immediate complications**

Electronically signed by Robert N. Moukarzel, MD at 11/9/2020  7:00 PM

**Procedures for Abstract**

**Large Joint Aspiration/Injection: R knee [570471198] (Final result)**

**Large Joint Aspiration/Injection: R knee [570471198]**          Resulted: 11/09/20 1300, Result status: Final result

Order status: Completed                           Filed by: Robert N. Moukarzel, MD  11/09/20 1900
Narrative:
Robert N. Moukarzel, MD     11/9/2020  7:00 PM
Large Joint Aspiration/Injection: R knee

Date/Time: 11/9/2020 1:00 PM
Performed by: Robert N. Moukarzel, MD
Authorized by: Robert N. Moukarzel, MD

Consent Done?:  Yes (Verbal)
Site marked: the procedure site was marked
Timeout: prior to procedure the correct patient, procedure, and site was
verified

Generated on 11/24/20  1:21 PM                                                   Page 27

Lincoln/White 0181

**Progress Notes - 11/09/2020**

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72011565430
Enc. Date 11/9/2020

**Procedures for Abstract (continued)**

Local anesthesia used?: Yes
Local anesthetic: Lidocaine 1% without epinephrine

Details:
Needle Size: 22 G
Ultrasonic Guidance for needle placement?: No
Approach: Anterolateral
Location: Knee
Site: R knee
Medications: 80 mg methylPREDNISolone acetate 80 mg/mL
Patient tolerance: Patient tolerated the procedure well with no immediate
complications
Post-procedure diagnoses:
Chondromalacia, right knee

| Procedures Performed | Chargeables |
|---|---|
| PR DRAIN/INJECT LARGE JOINT/BURSA [20610] | |

**Indications**

Chondromalacia, right knee [M94.261 (ICD-10-CM)]

**Follow-up Information**

None

**Follow Up Call**

No data filed

---

Lincoln/White 0182

**Progress Notes - 10/29/2020**

| | |
|---|---|
| HGVH ULTRASOUND | White, Sabrina Lynette |
| 17000 Medical Center Dr | MRN: 1932025, DOB:         Sex: F |
| Baton Rouge LA 70816 | Acct #: 72011608999 |
| | Adm: 10/29/2020 |

### 10/29/2020 - US BREAST in The Grove - Ultrasound

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email |
|---|---|---|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Timothy M. Durel, MD225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0183

Progress Notes - 10/29/2020

| | |
|---|---|
| HGVH ULTRASOUND<br>17000 Medical Center Dr<br>Baton Rouge LA 70816 | White, Sabrina Lynette<br>MRN: 1932025, DOB:            Sex: F<br>Acct #: 72011608999<br>Adm: 10/29/2020 |

## 10/29/2020 - US BREAST in The Grove - Ultrasound (continued)

### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 10/29/2020 0720 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: | The Grove - Ultrasound |
| Admit Provider: | | Attending Provider: | Andrea D. Cothern, NP | Referring Provider: | Andrea D. Cothern, NP |

### Admission Information

| Attending Provider | Admission Dx | Admitted on |
|---|---|---|
| | | 10/29/20 |
| Service | Isolation | Code Status |
| | | Prior |
| Allergies | | |
| Aleve [Naproxen Sodium], Aspirin | | |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 10/29/2020 0939 | Home Or Self Care | None | None | The Grove - Ultrasound |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| Z12.31 [Principal] | Encounter for screening mammogram for malignant neoplasm of breast | | | | |

### Patient as-of Visit

Allergies as of 10/29/2020

Allergies last reviewed by Lindsay B. Brunson, PA-C on 10/29/2020 1158

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium                                    Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*

Reactions: Nausea And Vomiting                        Severity: Medium
Noted on: 02/13/2018

Immunizations as of 10/29/2020

No documentation.

| Hospital Problem List as of 10/29/2020 | Reviewed: **10/29/2020 by Lindsay B Brunson, PA-C** |
|---|---|
| None | |

| Non-Hospital Problem List as of 10/29/2020 | | Reviewed: **10/29/2020 by Lindsay B Brunson, PA-C** |
|---|---|---|
| | Codes | Last Modified |
| **Primary insomnia** | ICD-10-CM F51.01<br>ICD-9-CM 307.42 | 11/29/2016 |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM M47.816<br>ICD-9-CM 721.3 | 8/27/2017 |
| **Osteoarthritis of both knees** | ICD-10-CM M17.0 | 9/27/2017 |

Lincoln/White 0184

**Progress Notes - 10/29/2020**

| | |
|---|---|
| HGVH ULTRASOUND<br>17000 Medical Center Dr<br>Baton Rouge LA 70816 | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72011608999<br>Adm: 10/29/2020 |

### 10/29/2020 - US BREAST in The Grove - Ultrasound (continued)

**Patient as-of Visit (continued)**

| | | |
|---|---|---|
| | ICD-9-CM: 715.98 | |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22<br>ICD-9-CM: 721.0 | 9/27/2017 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562<br>ICD-9-CM: 719.46 | 10/8/2016 |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42<br>ICD-9-CM: 717.7 | 10/31/2019 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41<br>ICD-9-CM: 717.7 | 10/31/2019 |
| Lumbar facet arthropathy | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | 1/23/2020 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569,<br>G89.29<br>ICD-9-CM: 719.46, 338.29 | 2/24/2020 |
| Right carpal tunnel syndrome | ICD-10-CM: G56.01<br>ICD-9-CM: 354.0 | 7/20/2020 |
| Decreased range of motion of finger of right hand | ICD-10-CM: M25.641<br>ICD-9-CM: 719.54 | 8/5/2020 |
| Essential hypertension | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | 9/9/2020 |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | 9/9/2020 |
| Migraine headache | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | 9/9/2020 |
| Morbid obesity with BMI of 45.0-49.9, adult | ICD-10-CM: E66.01, Z68.42<br>ICD-9-CM: 278.01, V85.42 | 9/9/2020 |
| RESOLVED: Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03<br>ICD-9-CM: 354.0 | 9/9/2020 |
| Dyslipidemia | ICD-10-CM: E78.5<br>ICD-9-CM: 272.4 | 9/9/2020 |
| RESOLVED: Gamekeeper's thumb, right | ICD-10-CM: S63.31XA<br>ICD-9-CM: 842.12 | 9/9/2020 |
| RESOLVED: Trigger finger of right thumb | ICD-10-CM: M65.311<br>ICD-9-CM: 727.03 | 9/9/2020 |
| Chronic pain | ICD-10-CM: G89.29<br>ICD-9-CM: 338.29 | 9/9/2020 |
| Sinus tachycardia by electrocardiogram | ICD-10-CM: R00.0<br>ICD-9-CM: 785.0 | 9/9/2020 |
| Carpal tunnel syndrome of left wrist | ICD-10-CM: G56.02<br>ICD-9-CM: 354.0 | 9/9/2020 |
| Trigger finger of left thumb | ICD-10-CM: M65.312<br>ICD-9-CM: 727.03 | 9/9/2020 |
| Left hamstring injury | ICD-10-CM: S76.302A<br>ICD-9-CM: 959.6 | 9/9/2020 |
| Carpal tunnel syndrome on left | ICD-10-CM: G56.02<br>ICD-9-CM: 354.0 | 9/14/2020 |
| Acute medial meniscus tear of left knee | ICD-10-CM: S83.242A<br>ICD-9-CM: 836.0 | 9/23/2020 |

**Imaging for Abstract**

**US Breast Right Limited [570471187] (Final result)**

| | |
|---|---|
| **US Breast Right Limited [570471187]** | Resulted: 10/29/20 1657, Result status: Final result |
| Ordering provider: Andrea D. Cothern, NP  10/29/20 0940 | Order status: Completed |
| Resulted by: Matthew R. Lafleur, MD | Filed by: Matthew R. Lafleur, MD  10/29/20 1659 |
| Performed: 10/29/20 1515 - 10/29/20 1515 | Accession number: 33998853 |
| Resulting lab: OCHS MAMMOGRAPHY | |
| Narrative: | |
| Result: | |
| Mammo Digital Diagnostic Bilat with Tomo | |

Lincoln/White 0185

**Progress Notes - 10/29/2020**

HGVH ULTRASOUND                                    White, Sabrina Lynette
17000 Medical Center Dr                            MRN: 1932025, DOB:           Sex: F
Baton Rouge LA 70816                               Acct #: 72011608999
                                                   Adm: 10/29/2020

### 10/29/2020 - US BREAST in The Grove - Ultrasound (continued)

**Imaging for Abstract (continued)**

US Breast Right Limited

History:
Patient is 47 y.o. and is seen for a diagnostic mammogram.

Films Compared:
Compared to: 07/20/2018 Mammo Digital Screening Bilat with CAD

Findings:
This procedure was performed using tomosynthesis. Computer-aided detection
was utilized in the interpretation of this examination.
The breasts are almost entirely fatty.

Right
US Breast Right Limited
There is 14 mm x 6 mm x 8 mm hyperechoic fat necrosis seen in the right
breast at 1 o'clock, 25 cm from the nipple. This finding correlates with
the palpable mass reported by the patient.

There is no evidence of suspicious masses or other abnormal findings in
the right breast.

Mammo Digital Diagnostic Bilat with Tomo
There is no evidence of suspicious masses, calcifications, or other
abnormal findings in the right breast.

Left

Mammo Digital Diagnostic Bilat with Tomo
There is no evidence of suspicious masses, calcifications, or other
abnormal findings in the left breast.

Impression:
Bilateral
There is no mammographic or sonographic evidence of malignancy.

BI-RADS Category:
Overall: 2 - Benign

Recommendation:
Routine screening mammogram in 1 year is recommended.

Your estimated lifetime risk of breast cancer (to age 85) based on
Tyrer-Cuzick risk assessment model is Tyrer-Cuzick: 10.97 %. According to
the American Cancer Society, patients with a lifetime breast cancer risk
of 20% or higher might benefit from supplemental screening tests.

Acknowledged by: Andrea D. Cothern, NP on 10/29/20 1736

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 14 - MAMMO | OCHS MAMMOGRAPHY | N/A | Unknown | 03/06/18 1518 - Present |

**Indications**

Encounter for screening mammogram for malignant neoplasm of breast [Z12.31 (ICD-10-CM)]

**Signed**

Electronically signed by Matthew R. Lafleur, MD on 10/29/20 at 1659 CDT

---

Lincoln/White 0186

**Progress Notes - 10/29/2020**

HGVH ULTRASOUND                                     White, Sabrina Lynette
17000 Medical Center Dr                             MRN: 1932025, DOB:              Sex: F
Baton Rouge LA 70816                                Acct #: 72011608999
                                                    Adm: 10/29/2020

### 10/29/2020 - US BREAST in The Grove - Ultrasound (continued)

**Imaging for Abstract (continued)**

---

**Discharge Instructions**                                    White, Sabrina Lynette (MR # 1932025)

   None

**Follow-up Information**

   None

---

Lincoln/White 0187

**Progress Notes - 10/29/2020**

ONLC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72011608999
Enc. Date 10/29/2020

### 10/29/2020 - Office Visit in O'Neal - Interventional Pain

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email |
|---|---|---|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Timothy M. Durel, MD225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0188

Progress Notes - 10/29/2020

ONLC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011608999
Enc. Date 10/29/2020

## 10/29/2020 - Office Visit in O'Neal - Interventional Pain (continued)

**Reason for Visit**

Low-back Pain

**Diagnoses**

|  | Codes | Comments |
|---|---|---|
| **Lumbar spondylosis   -  Primary** | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 |  |
| **Lumbar facet joint pain** | ICD-10-CM: M54.5<br>ICD-9-CM: 719.48 |  |
| **Chronic pain of both knees** | ICD-10-CM: M25.561,<br>M25.562, G89.29<br>ICD-9-CM: 719.46,<br>338.29 |  |
| **Primary osteoarthritis of both knees** | ICD-10-CM: M17.0<br>ICD-9-CM: 715.16 |  |

**Problem List** as of 10/29/2020                                                                 Date Reviewed: **10/29/2020**

|  | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine headache** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 |  |  | 9/17/2014 -<br>Present |
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 |  |  | 11/29/2016 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 |  |  | 11/29/2016 -<br>Present |
| **Primary insomnia** | ICD-10-CM: F51.01<br>ICD-9-CM: 307.42 |  |  | 11/29/2016 -<br>Present |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 |  |  | 8/27/2017 -<br>Present |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0<br>ICD-9-CM: 715.96 |  |  | 9/27/2017 -<br>Present |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.02<br>ICD-9-CM: 721.0 |  |  | 9/27/2017 -<br>Present |
| **Morbid obesity with BMI of 45.0-49.9, adult** | ICD-10-CM: E66.01, Z68.42<br>ICD-9-CM: 278.01, V85.42 |  |  | 7/2/2018 - Present |
| **Dyslipidemia** | ICD-10-CM: E78.5<br>ICD-9-CM: 272.4 |  |  | 11/2/2018 -<br>Present |
| **Lumbar facet arthropathy** | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 |  |  | 1/23/2020 -<br>Present |
| **Chronic pain** | ICD-10-CM: G89.29<br>ICD-9-CM: 338.29 |  |  | 7/7/2020 - Present |
| **Sinus tachycardia by electrocardiogram** | ICD-10-CM: R00.0<br>ICD-9-CM: 785.0 |  |  | 7/7/2020 - Present |
| **Right carpal tunnel syndrome** | ICD-10-CM: G56.01<br>ICD-9-CM: 354.0 |  |  | 7/20/2020 -<br>Present |
| **Decreased range of motion of finger of right hand** | ICD-10-CM: M25.641<br>ICD-9-CM: 719.54 |  |  | 8/5/2020 - Present |
| **Carpal tunnel syndrome of left wrist** | ICD-10-CM: G56.02<br>ICD-9-CM: 354.0 |  |  | 9/9/2020 - Present |
| **Trigger finger of left thumb** | ICD-10-CM: M65.312<br>ICD-9-CM: 727.03 |  |  | 9/9/2020 - Present |
| **Left hamstring injury** | ICD-10-CM: S76.302A<br>ICD-9-CM: 959.6 |  |  | 9/9/2020 - Present |
| **Carpal tunnel syndrome on left** | ICD-10-CM: G56.02<br>ICD-9-CM: 354.0 |  |  | 9/14/2020 -<br>Present |
| **Acute medial meniscus tear of left knee** | ICD-10-CM: S83.242A<br>ICD-9-CM: 836.0 |  |  | 9/23/2020 -<br>Present |
| RESOLVED. Chondromalacia patellae of left knee | ICD-10-CM: M22.42<br>ICD-9-CM: 717.7 |  |  | 11/24/2017 -<br>10/31/2018 |

Lincoln/White 0189

Progress Notes - 10/29/2020

ONLC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                 Sex: F
Acct #: 72011608999
Enc. Date 10/29/2020

## 10/29/2020 - Office Visit in O'Neal - Interventional Pain (continued)

**Problem List (continued)** as of 10/29/2020                                    Date Reviewed: **10/29/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |
| RESOLVED: Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - 9/9/2020 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, G89.29 ICD-9-CM: 719.46, 338.29 | | | 11/29/2018 - 2/24/2020 |
| RESOLVED: Gamekeeper's thumb, right | ICD-10-CM: S63.31XA ICD-9-CM: 842.12 | | | 7/7/2020 - 9/9/2020 |
| RESOLVED: Trigger finger of right thumb | ICD-10-CM: M65.311 ICD-9-CM: 727.03 | | | 7/7/2020 - 9/9/2020 |

### Patient as-of Visit

**Allergies** as of 10/29/2020

Allergies last reviewed by Lindsay B. Brunson, PA-C on 10/29/2020 1158

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium                                    Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*

Reactions: Nausea And Vomiting                       Severity: Medium
Noted on: 02/13/2018

**Immunizations** as of 10/29/2020

No documentation.

## Medications

**Outpatient Medications at Start of Encounter as of 10/29/2020**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 12 tablet | 0 | 3/10/2020 | |
| Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. - Oral | | | | |
| Class: Print | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 30 capsule | 1 | 3/19/2020 | |
| Sig - Route: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. - Oral | | | | |
| Prior authorization: Canceled - Other | | | | |
| Esther Stage, RN 8/18/2020  1:10 PM | | | | |
| HOLD TODAY PRIOR TO SURGERY | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking)** | 60 tablet | 0 | 10/27/2020 | |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)** | 60 tablet | 0 | 10/27/2020 | |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| **DULoxetine (CYMBALTA) 60 MG capsule (Taking)** | 90 capsule | 1 | 9/4/2020 | 9/4/2021 |
| Sig - Route: Take 1 capsule (60 mg total) by mouth once daily. - Oral | | | | |

Lincoln/White 0190

Progress Notes - 10/29/2020

ONLC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011608999
Enc. Date 10/29/2020

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 10/29/2020 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Esther Stagg, RN 9/18/2020  1:11 PM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)**<br>Sig - Route: Take 300 mg by mouth every evening. - Oral<br>Class: Historical Med | | | 12/18/2019 | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral<br>Earliest Fill Date: 9/14/2020<br>Notes to Pharmacy: Quantity prescribed more than 7 day supply? No | 15 tablet | 0 | 9/14/2020 | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)**<br>Sig - Route: Take 1 tablet by mouth every 8 (eight) hours as needed for Pain. - Oral<br>Class: Print<br>Earliest Fill Date: 9/23/2020<br>Notes to Pharmacy: Quantity prescribed more than 7 day supply? Yes, quantity medically necessary | 21 tablet | 0 | 9/23/2020 | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | 30 tablet | 0 | 10/27/2020 | |
| **methocarbamoL (ROBAXIN) 500 MG Tab (Taking)**<br>Sig - Route: Take 500 mg by mouth 2 (two) times daily. - Oral<br>Class: Historical Med | | | 9/27/2020 | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet**<br>Sig - Route: Take 25 mg by mouth once daily.  - Oral<br>Class: Historical Med | | | 1/22/2020 | 9/18/2020 |
| Esther Stagg, RN 9/18/2020  1:12 PM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)**<br>Sig: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches.<br>Class: Print<br>Route: Oral | 12 tablet | 0 | 3/10/2020 | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)**<br>Sig: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects.<br>Route: Oral<br>Prior authorization: Canceled - Other | 30 capsule | 1 | 3/19/2020 | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking)**<br>Sig: Take 1 tablet by mouth twice daily as needed for anxiety | 60 tablet | 0 | 10/27/2020 | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)**<br>Sig: Take 1 tablet by mouth twice daily as needed | 60 tablet | 0 | 10/27/2020 | |
| **DULoxetine (CYMBALTA) 60 MG capsule (Taking)**<br>Sig: Take 1 capsule (60 mg total) by mouth once daily.<br>Route: Oral | 90 capsule | 1 | 9/4/2020 | 9/4/2021 |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)**<br>Sig: Take 300 mg by mouth every evening.<br>Class: Historical Med<br>Route: Oral | | | 12/18/2019 | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)**<br>Sig: Take 1 tablet by mouth every 6 (six) hours as needed for Pain.<br>Earliest Fill Date: 9/14/2020<br>Notes to Pharmacy: Quantity prescribed more than 7 day supply? No | 15 tablet | 0 | 9/14/2020 | |

Generated on 11/24/20  1:21 PM

Lincoln/White 0191

Progress Notes - 10/29/2020

| ONLC INTERVENTIONAL PAIN MEDICINE | White, Sabrina Lynette | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72011608999 | |
| | Enc. Date 10/29/2020 | |

### Medications (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Route: Oral | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)** | 21 tablet | 0 | 9/23/2020 | |
| Sig: Take 1 tablet by mouth every 8 (eight) hours as needed for Pain. | | | | |
| Class: Print | | | | |
| Earliest Fill Date: 9/23/2020 | | | | |
| Notes to Pharmacy: Quantity prescribed more than 7 day supply? Yes, quantity medically necessary | | | | |
| Route: Oral | | | | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)** | 30 tablet | 0 | 10/27/2020 | |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |
| **methocarbamoL (ROBAXIN) 500 MG Tab (Taking)** | | | 9/27/2020 | |
| Sig: Take 500 mg by mouth 2 (two) times daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |

### Progress Notes

**Progress Notes by Lindsay B. Brunson, PA-C at 10/29/2020 11:40 AM**

| | | |
|---|---|---|
| Author: Lindsay B. Brunson, PA-C | Service: — | Author Type: Physician Assistant |
| Filed: 10/29/2020 1:08 PM | Encounter Date: 10/29/2020 | Creation Time: 10/29/2020 11:42 AM |
| Status: Signed | Editor: Lindsay B. Brunson, PA-C (Physician Assistant) | |

**Chief Pain Complaint:**
Low-back Pain
Knee pain

**Interval History (10/29/2020):** Patient was last seen on 6/12/2020. At that visit, her back pain had improved since the injection.  Since then, she has had bilateral knee arthroscopy with Dr. Moukarzel and is now seeing him for hip pain. She also has had bilateral carpal tunnel release with Dr. Hubbard this past year as well.  Today, she reports her pain is a 10/10.
Patient reports pain as /10 today.

**Interval History (6/12/2020):** Patient was seen on 1/23/20. At that time she underwent bilateral L3-5 MBB.  The patient reports that she is/was better following the procedure.  she reports 85% pain relief.
She wants to hold off on injections right now.  She states that she has lost her long term disability check and is trying to get this sorted out.

**History of Present Illness:**
Sabrina Lynette White is a 47 y.o. female  who is presenting with a chief complaint of Knee Pain. The patient began experiencing this problem insidiously, and the pain has been gradually worsening. The pain is described as throbbing, cramping, aching and heavy and is located in the bilateral knees . Pain is intermittent and lasts hours. The  pain is nonradiating. The patient rates her pain a 7 out of ten and interferes with activities of daily living a 7 out of ten. Pain is exacerbated by prolonged standing, ambulaiton and is improved by rest. Patient reports prior trauma, no prior spinal surgery, bilateral knee arthroscopy in 2020 with Dr. Moukarzel, bilateral CTR with Dr. Hubbard in 2020.

She also complains of back Pain. The patient began experiencing this problem insidiously, and the pain has been gradually worsening. The pain is described as throbbing, cramping, aching and heavy and is located in the bilateral lumbar spine. Pain is intermittent and lasts hours. The  pain is nonradiating. The patient rates her pain a 7 out of ten and interferes with activities of daily living a 7 out of ten. Pain is exacerbated by prolonged standing, ambulaiton and is improved by rest. Patient reports prior trauma, no prior spinal surgery

- **pertinent negatives:** No fever, No chills, No weight loss, No bladder dysfunction, No bowel dysfunction, No saddle anesthesia
- **pertinent positives:** none

Generated on 11/24/20  1:21 PM

Lincoln/White 0192

Progress Notes - 10/29/2020

ONLC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011608999
Enc. Date 10/29/2020

**Progress Notes (continued)**

**Progress Notes by Lindsay B. Brunson, PA-C at 10/29/2020 11:40 AM (continued)**

- medications, other therapies tried (physical therapy, injections):
  >> NSAIDs, Tylenol and flexeril
  >> Has previously undergone Physical Therapy
  >> Has NOT previously undergone spinal injection/s
      - Patient has tried IA knee injections and Synvisc with limited relief of pain
      - bilateral Genicular Nerve Block with RN IV sedation on 11/20/19 with 60% pain relief x 1 week
      - bilateral L3-5 MBB on 1/23/20 with 85% pain relief


**Imaging / Labs / Studies (reviewed on 10/29/2020):**

Results for orders placed during the hospital encounter of 09/11/10
X-Ray Lumbar Spine Complete 5 View

Narrative            *RESULTS:*
                     *Lumbosacral spine x-ray, 5 views*
                     *Clinical Indication: TRAUMA WITH PAIN,  Back pain*
                     *Findings:     There are 5 weight bearing lumbar vertebra. The vertebral*
                     *body heights and intervertebral disc heights are well-maintained.*
                     *Negative for spondylolysis or spondylolisthesis. The sacral ala and*
                     *sacroiliac joints are intact. The bowel gas pattern is normal. There is*
                     *convex right curvature of the lumbosacral junction, likely positional.*
                     *Minor anterior spondylosis is present in the lower thoracic spine.*
                     *IMPRESSION:*
                     *  Normal lumbar spine series. Incidental findings as noted above.*


Results for orders placed during the hospital encounter of 11/01/18
X-Ray Lumbar Spine AP And Lateral

Narrative            *COMPARISON:*
                     *07/19/2017 radiograph*
                     *FINDINGS:*
                     *No scoliosis.  Mild spurring of the endplates is noted.  Vertebral body heights*
                     *and intervertebral disc spaces are maintained.  No acute fracture or listhesis.*


Results for orders placed during the hospital encounter of 07/19/17
X-Ray Cervical Spine AP And Lateral

Narrative            *Comparison: 09/11/2010*
                     *2 views, 4 images*
                     *Findings:*
                     *Straightening of the normal curvature again noted.  There is anterior and*
                     *posterior marginal spurring with minimal loss of disc height at the C5-6 level.*
                     *Minimal loss of disc height noted throughout remainder of the C-spine.*
                     *Vertebral body height and alignment well maintained.  No fracture or*
                     *subluxation.  Prevertebral soft tissues, C1-2 articulation and odontoid normal in*
                     *appearance allowing for positioning.*

Impression           *  Spondylosis without acute fracture or subluxation.*
                     *Persistent straightening of the normal C-spine curvature.*
                     *Followup and/or further evaluation as warranted.*

Results for orders placed during the hospital encounter of 09/11/10
X-Ray Cervical Spine Complete 5 view

Narrative            *Clinical Indication: TRAUMA WITH PAIN,*
                     *Findings:     No comparison studies are available. There is normal*

---

Generated on 11/24/20  1:21 PM                                              Page 39


Lincoln/White 0193

Progress Notes - 10/29/2020

ONLC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011608999
Enc. Date 10/29/2020

**Progress Notes (continued)**

**Progress Notes by Lindsay B. Brunson, PA-C at 10/29/2020 11:40 AM (continued)**

*alignment of the 7 cervical vertebra. The vertebral body heights and intervertebral disc heights are well maintained. The posterior elements are intact and the prevertebral soft tissues are normal thickness. The orientation of the dens and the lateral masses are normal. The lung apices are clear. The nerve root foramina are widely patent. Anterior annular calcifications are present at the C5/C6 level.*
*IMPRESSION:*
*Normal cervical spine series. Incidental findings as noted above.*

**Review of Systems:**
CONSTITUTIONAL: patient denies any fever, chills, or weight loss
SKIN: patient denies any rash or itching
RESPIRATORY: patient denies having any shortness of breath
GASTROINTESTINAL: patient denies having any diarrhea, constipation, or bowel incontinence
GENITOURINARY: patient denies having any abnormal bladder function

MUSCULOSKELETAL:
- patient complains of the above noted pain/s (see chief pain complaint)

NEUROLOGICAL:
- pain as above
- strength in Lower extremities is intact, BILATERALLY
- sensation in Lower extremities is intact, BILATERALLY
- patient denies any loss of bowel or bladder control

PSYCHIATRIC: patient denies any change in mood

Other:  All other systems reviewed and are negative

**Physical Exam:**
Vitals:

|                | 10/29/20 1150 |
|----------------|---------------|
| BP:            | (!) 126/90    |
| Pulse:         | 87            |
| Resp:          | 18            |
| Weight:        | 119.3 kg (263 lb) |
| Height:        | 5' 3" (1.6 m) |
| PainSc:        | 10-Worst pain ever |
| PainLoc:       | Back          |

(reviewed on 10/29/2020)

General: alert and oriented, in no apparent distress.
Gait: ambulates with cane.
Skin: no rashes, no discoloration, no obvious lesions
HEENT: normocephalic, atraumatic. Pupils equal and round.
Cardiovascular: no significant peripheral edema present.
Respiratory: without use of accessory muscles of respiration.

Musculoskeletal - Lumbar Spine:

Generated on 11/24/20  1:21 PM

Lincoln/White 0194

Progress Notes - 10/29/2020

ONLC INTERVENTIONAL PAIN MEDICINE           White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA              MRN: 1932025, DOB:              Sex: F
                                           Acct #: 72011608999
                                           Enc. Date 10/29/2020

**Progress Notes (continued)**

**Progress Notes by Lindsay B. Brunson, PA-C at 10/29/2020 11:40 AM (continued)**

- Pain on flexion of lumbar spine: Absent
- Pain on extension of lumbar spine: Present
- Lumbar facet loading: Present bilaterally
- TTP over the lumbar facet joints: Present Bilaterally at L5-S1
- TTP over the lumbar paraspinals: Present
- TTP over the SI joints: Present bilaterally, less so than over facet joints
- TTP over GT bursa: Absent

Knees:
- scars: Present
- TTP: Present over lateral joint line on the right, over superior patella on the left
- Pain with extension: Present
- Pain with flexion: Present
- Crepitus: Present

Neuro - Lower Extremities:
- BLE Strength: R/L: HF: 5/5, HE: 5/5, KF: 5/5; KE: 5/5; FE: 5/5; FF: 5/5
- Extremity Reflexes: Brisk and symmetric throughout
- Sensory: Sensation to light touch intact bilaterally

Psych: Mood and affect is appropriate

**Assessment:**
Sabrina Lynette White is a 47 y.o. year old female who is presenting with

Encounter Diagnoses

| Name | Primary? |
| --- | --- |
| • Lumbar spondylosis | Yes |
| • Lumbar facet joint pain | |
| • Chronic pain of both knees | |
| • Primary osteoarthritis of both knees | |

**Plan:**
1. Interventional:
- Schedule bilateral L3-5 MBB.
- Consider repeating genicular nerve block.
- She ultimately wants to get a breast reduction to help reduce her low back pain.

2. Pharmacologic: Continue flexeril 10mg PRN and Celebrex 200mg PRN.

3. Rehabilitative: Encouraged regular exercise. Continue exercises and activities as tolerated.

4. Diagnostic: None for now.

5. Other: Continue follow-up with Dr. Moukarzel for evaluation of hip pain.

Lincoln/White 0195

Progress Notes - 10/29/2020

| ONLC INTERVENTIONAL PAIN MEDICINE<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:<br>Acct #: 72011608999<br>Enc. Date 10/29/2020 | Sex: F |
|---|---|---|

**Progress Notes (continued)**

**Progress Notes by Lindsay B. Brunson, PA-C at 10/29/2020 11:40 AM (continued)**

6. Follow up: 4 weeks post-injection

- I discussed the risks, benefits, and alternatives to potential treatment options. All questions and concerns were fully addressed today in clinic.

*Lindsay Brunson* , PA-C

Electronically signed by Lindsay B. Brunson, PA-C on 10/29/2020  1:06 PM

**Follow-up Information**

None

**Follow Up Call**

No data filed

Lincoln/White 0196

**Progress Notes - 10/29/2020**

| | |
|---|---|
| HGVH XRAY | White, Sabrina Lynette |
| 17000 Medical Center Dr | MRN: 1932025, DOB:          Sex: F |
| Baton Rouge LA 70816 | Enc. Date 10/29/2020 |

### 10/29/2020 - RISK CALCULATION in The Grove - Xray

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| White, Sabrina Lynette | 1932025 | | Female | 17 yrs) |

| Address | Phone | Email |
|---|---|---|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Timothy M. Durel, MD225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0197

Progress Notes - 10/29/2020

HGVH XRAY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Enc. Date 10/29/2020

## 10/29/2020 - RISK CALCULATION in The Grove - Xray (continued)

**Diagnoses**

None.

**Problem List** as of 10/29/2020                                                          Date Reviewed: **10/29/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine headache** | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| **Primary insomnia** | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| **Morbid obesity with BMI of 45.0-49.9, adult** | ICD-10-CM: E66.01, Z68.42 ICD-9-CM: 278.01, V85.42 | | | 7/2/2018 - Present |
| **Dyslipidemia** | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| **Lumbar facet arthropathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 1/23/2020 - Present |
| **Chronic pain** | ICD-10-CM: G89.29 ICD-9-CM: 338.29 | | | 7/7/2020 - Present |
| **Sinus tachycardia by electrocardiogram** | ICD-10-CM: R00.0 ICD-9-CM: 785.0 | | | 7/7/2020 - Present |
| **Right carpal tunnel syndrome** | ICD-10-CM: G56.01 ICD-9-CM: 354.0 | | | 7/20/2020 - Present |
| **Decreased range of motion of finger of right hand** | ICD-10-CM: M25.641 ICD-9-CM: 719.54 | | | 8/5/2020 - Present |
| **Carpal tunnel syndrome of left wrist** | ICD-10-CM: G56.02 ICD-9-CM: 354.0 | | | 9/9/2020 - Present |
| **Trigger finger of left thumb** | ICD-10-CM: M65.312 ICD-9-CM: 727.03 | | | 9/9/2020 - Present |
| **Left hamstring injury** | ICD-10-CM: S76.302A ICD-9-CM: 959.6 | | | 9/9/2020 - Present |
| **Carpal tunnel syndrome on left** | ICD-10-CM: G56.02 ICD-9-CM: 354.0 | | | 9/14/2020 - Present |
| **Acute medial meniscus tear of left knee** | ICD-10-CM: S83.242A ICD-9-CM: 836.0 | | | 9/23/2020 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/3/2018 |
| RESOLVED: Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - 9/9/2020 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, G89.29 ICD-9-CM: 719.46, 338.29 | | | 11/29/2019 - 2/24/2020 |
| RESOLVED: Gamekeeper's thumb, right | ICD-10-CM: S63.31XA ICD-9-CM: 842.12 | | | 7/7/2020 - 9/9/2020 |
| RESOLVED: Trigger finger of right thumb | ICD-10-CM: M65.311 ICD-9-CM: 727.03 | | | 7/7/2020 - 9/9/2020 |

Lincoln/White 0198

Progress Notes - 10/29/2020

HGVH XRAY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Enc. Date 10/29/2020

### 10/29/2020 - RISK CALCULATION in The Grove - Xray (continued)

**Patient as-of Visit**

**Allergies** as of 10/29/2020

Allergies last reviewed by Lindsay B. Brunson, PA-C on 10/29/2020 1158

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium                                    Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*

Reactions: Nausea And Vomiting                      Severity: Medium
Noted on: 02/13/2018

**Immunizations** as of 10/29/2020

No documentation.

## Medications

**Outpatient Medications at Start of Encounter as of 10/29/2020**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet** | 12 tablet | 0 | 3/10/2020 | |

Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. - Oral
Class: Print

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **celecoxib (CELEBREX) 200 MG capsule** | 30 capsule | 1 | 3/19/2020 | |

Sig - Route: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. - Oral
Prior authorization: Canceled - Other

Esther Stagg, RN 9/18/2020  1:10 PM
HOLD TODAY PRIOR TO SURGERY

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **clonazePAM (KLONOPIN) 1 MG tablet** | 60 tablet | 0 | 10/27/2020 | |

Sig: Take 1 tablet by mouth twice daily as needed for anxiety

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cyclobenzaprine (FLEXERIL) 10 MG tablet** | 60 tablet | 0 | 10/27/2020 | |

Sig: Take 1 tablet by mouth twice daily as needed

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **DULoxetine (CYMBALTA) 60 MG capsule** | 90 capsule | 1 | 9/4/2020 | 9/4/2021 |

Sig - Route: Take 1 capsule (60 mg total) by mouth once daily. - Oral

Esther Stagg, RN 9/18/2020  1:11 PM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **gabapentin (NEURONTIN) 300 MG capsule** | | | 12/18/2019 | |

Sig - Route: Take 300 mg by mouth every evening.  - Oral
Class: Historical Med

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet** | 15 tablet | 0 | 9/14/2020 | |

Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral
Earliest Fill Date: 9/14/2020
Notes to Pharmacy: Quantity prescribed more than 7 day supply? No

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet** | 21 tablet | 0 | 9/23/2020 | |

Sig - Route: Take 1 tablet by mouth every 8 (eight) hours as needed for Pain. - Oral
Class: Print
Earliest Fill Date: 9/23/2020
Notes to Pharmacy: Quantity prescribed more than 7 day supply? Yes, quantity medically necessary

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **levocetirizine (XYZAL) 5 MG tablet** | 30 tablet | 0 | 10/27/2020 | |

Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **methocarbamoL (ROBAXIN) 500 MG Tab** | | | 9/27/2020 | |

Lincoln/White 0199

**Progress Notes - 10/29/2020**

HGVH XRAY                                         White, Sabrina Lynette
17000 Medical Center Dr                           MRN: 1932025, DOB:              Sex: F
Baton Rouge LA 70816                              Enc. Date 10/29/2020

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 10/29/2020 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 500 mg by mouth 2 (two) times daily. - Oral<br>Class: Historical Med | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet** | | | 1/22/2020 | 9/18/2020 |
| Sig - Route: Take 25 mg by mouth once daily.  - Oral<br>Class: Historical Med | | | | |

> Esther Stagg, RN 9/18/2020  1:12 PM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

**Follow-up Information**

None

**Follow Up Call**

No data filed

Lincoln/White 0200

**Progress Notes - 10/29/2020**

HGVH MAMMOGRAPHY                              White, Sabrina Lynette
17000 Medical Center Dr                          MRN: 1932025, DOB:              Sex: F
Baton Rouge LA 70816                          Acct #: 72011608999
                                             Adm: 10/29/2020

### 10/29/2020 - MAMMO TOMO SCREENING in The Grove - Mammography

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|------------|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email | |
|---------|-------|-------|--|
| | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|-----------|-----|--------------------|------------------|
| Verified | Timothy M. Durel, MD225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0201

Progress Notes - 10/29/2020

HGVH MAMMOGRAPHY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72011608999
Adm: 10/29/2020

## 10/29/2020 - MAMMO TOMO SCREENING in The Grove - Mammography (continued)

### Admission Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 10/29/2020 0720 | IP Adm. Date/Time: | | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | | |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: | | The Grove - Mammography |
| Admit Provider: | | Attending Provider: | Andrea D. Cothern, NP | Referring Provider: | | Andrea D. Cothern, NP |

### Admission Information

| Attending Provider | Admission Dx | Admitted on |
|---|---|---|
| | | 10/29/20 |
| Service | Isolation | Code Status |
| | | Prior |
| Allergies | | |
| Aleve [Naproxen Sodium], Aspirin | | |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 10/29/2020 0939 | Home Or Self Care | None | None | The Grove - Mammography |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| Z12.31 [Principal] | Encounter for screening mammogram for malignant neoplasm of breast | | | | |

### Patient as-of Visit

**Allergies** as of 10/29/2020

Allergies last reviewed by Lindsay B. Brunson, PA-C on 10/29/2020 1158

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium                                   Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*

Reactions: Nausea And Vomiting                      Severity: Medium
Noted on: 02/13/2018

**Immunizations** as of 10/29/2020

No documentation.

Hospital Problem List as of 10/29/2020                Reviewed: **10/29/2020 by Lindsay B Brunson, PA-C**

None

Non-Hospital Problem List as of 10/29/2020           Reviewed: **10/29/2020 by Lindsay B Brunson, PA-C**

| | Codes | Last Modified |
|---|---|---|
| **Primary insomnia** | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | 11/29/2016 |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | 8/27/2017 |

Lincoln/White 0202

Progress Notes - 10/29/2020

HGVH MAMMOGRAPHY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011608999
Adm: 10/29/2020

### 10/29/2020 - MAMMO TOMO SCREENING in The Grove - Mammography (continued)

**Patient as-of Visit (continued)**

| | | |
|---|---|---|
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | 9/27/2017 |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | 9/27/2017 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | 10/9/2018 |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | 10/31/2018 |
| Lumbar facet arthropathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | 1/23/2020 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, G89.29 ICD-9-CM: 719.46, 338.29 | 2/24/2020 |
| Right carpal tunnel syndrome | ICD-10-CM: G56.01 ICD-9-CM: 354.0 | 7/20/2020 |
| Decreased range of motion of finger of right hand | ICD-10-CM: M25.641 ICD-9-CM: 719.54 | 8/5/2020 |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | 9/9/2020 |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | 9/9/2020 |
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | 9/9/2020 |
| Morbid obesity with BMI of 45.0-49.9, adult | ICD-10-CM: E66.01, Z68.42 ICD-9-CM: 278.01, V85.42 | 9/9/2020 |
| RESOLVED: Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | 9/9/2020 |
| Dyslipidemia | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | 9/9/2020 |
| RESOLVED: Gamekeeper's thumb, right | ICD-10-CM: S53.31XA ICD-9-CM: 842.12 | 9/9/2020 |
| RESOLVED: Trigger finger of right thumb | ICD-10-CM: M65.311 ICD-9-CM: 727.03 | 9/9/2020 |
| Chronic pain | ICD-10-CM: G89.29 ICD-9-CM: 338.29 | 9/9/2020 |
| Sinus tachycardia by electrocardiogram | ICD-10-CM: R00.0 ICD-9-CM: 785.0 | 9/9/2020 |
| Carpal tunnel syndrome of left wrist | ICD-10-CM: G56.02 ICD-9-CM: 354.0 | 9/9/2020 |
| Trigger finger of left thumb | ICD-10-CM: M65.312 ICD-9-CM: 727.03 | 9/9/2020 |
| Left hamstring injury | ICD-10-CM: S76.302A ICD-9-CM: 959.6 | 9/9/2020 |
| Carpal tunnel syndrome on left | ICD-10-CM: G56.02 ICD-9-CM: 354.0 | 9/14/2020 |
| Acute medial meniscus tear of left knee | ICD-10-CM: S83.242A ICD-9-CM: 836.0 | 9/23/2020 |

**Imaging for Abstract**

**Mammo Digital Diagnostic Bilat with Tomo [559005122] (Final result)**

| Mammo Digital Diagnostic Bilat with Tomo [559005122] | Resulted: 10/29/20 1657, Result status: Final result |
|---|---|
| Ordering provider: Andrea D. Cothern, NP  10/29/20 0720 | Order status: Completed |
| Resulted by: Matthew R. Lafleur, MD | Filed by: Matthew R. Lafleur, MD  10/29/20 1659 |
| Performed: 10/29/20 0722 - 10/29/20 0825 | Accession number: 33995691 |
| Resulting lab: OCHS MAMMOGRAPHY | |

Narrative:
Result:

Generated on 11/24/20  1:21 PM

Lincoln/White 0203

**Progress Notes - 10/29/2020**

HGVH MAMMOGRAPHY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72011608999
Adm: 10/29/2020

### 10/29/2020 - MAMMO TOMO SCREENING in The Grove - Mammography (continued)

**Imaging for Abstract (continued)**

Mammo Digital Diagnostic Bilat with Tomo
US Breast Right Limited

History:
Patient is 47 y.o. and is seen for a diagnostic mammogram.

Films Compared:
Compared to: 07/20/2018 Mammo Digital Screening Bilat with CAD

Findings:
This procedure was performed using tomosynthesis. Computer-aided detection
was utilized in the interpretation of this examination.
The breasts are almost entirely fatty.

Right
US Breast Right Limited
There is 14 mm x 6 mm x 8 mm hyperechoic fat necrosis seen in the right
breast at 1 o'clock, 25 cm from the nipple. This finding correlates with
the palpable mass reported by the patient.

There is no evidence of suspicious masses or other abnormal findings in
the right breast.

Mammo Digital Diagnostic Bilat with Tomo
There is no evidence of suspicious masses, calcifications, or other
abnormal findings in the right breast.

Left

Mammo Digital Diagnostic Bilat with Tomo
There is no evidence of suspicious masses, calcifications, or other
abnormal findings in the left breast.

Impression:
Bilateral
There is no mammographic or sonographic evidence of malignancy.

BI-RADS Category:
Overall: 2 - Benign

Recommendation:
Routine screening mammogram in 1 year is recommended.

Your estimated lifetime risk of breast cancer (to age 85) based on
Tyrer-Cuzick risk assessment model is Tyrer-Cuzick: 10.97 %. According to
the American Cancer Society, patients with a lifetime breast cancer risk
of 20% or higher might benefit from supplemental screening tests.

Acknowledged by. Andrea D. Cothern, NP on 10/29/20 1736

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 14 - MAMMO | OCHS MAMMOGRAPHY | N/A | Unknown | 03/06/18 1518 - Present |

**Indications**

Encounter for screening mammogram for malignant neoplasm of breast [Z12.31 (ICD-10-CM)]

**Signed**

Electronically signed by Matthew R. Lafleur, MD on 10/29/20 at 1659 CDT

Generated on 11/24/20  1:21 PM

Page 50

Lincoln/White 0204

**Progress Notes - 10/29/2020**

HGVH MAMMOGRAPHY                              White, Sabrina Lynette
17000 Medical Center Dr                      MRN: 1932025, DOB:          Sex: F
Baton Rouge LA 70816                         Acct #: 72011608999
                                             Adm: 10/29/2020

### 10/29/2020 - MAMMO TOMO SCREENING in The Grove - Mammography (continued)

**Imaging for Abstract (continued)**

**All Reviewers List**

Andrea D. Cothern, NP on 10/29/2020 17:36

**Discharge Instructions**                                   White, Sabrina Lynette (MR # 1932025)

None

**Follow-up Information**

None

Lincoln/White 0205

**Progress Notes - 10/22/2020**

| ONLC ORTHOPEDICS | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72011564316 | |
| | Enc. Date 10/22/2020 | |

### 10/22/2020 - Office Visit in O'Neal - Orthopedics

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|----------------|-----------|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email | | |
|---------|-------|-------|---|---|
| | | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date | |
|-----------|-----|-------------------|-----------------|---|
| Verified | Timothy M. Durel, MD225-761-5200 | 11/16/20 | 12/16/20 | |

Lincoln/White 0206

Progress Notes - 10/22/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72011564316
Enc. Date 10/22/2020

### 10/22/2020 - Office Visit in O'Neal - Orthopedics (continued)

**Reason for Visit**

Right Knee - Pain
Left Knee - Pain

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| S/P right knee arthroscopy   -  Primary | ICD-10-CM: Z98.890<br>ICD-9-CM: V45.89 | |
| S/P left knee arthroscopy | ICD-10-CM: Z98.890<br>ICD-9-CM: V45.89 | |
| Acute medial meniscus tear of right knee, subsequent encounter | ICD-10-CM: S83.241D<br>ICD-9-CM: V58.89, 836.0 | |
| Acute medial meniscus tear of left knee, subsequent encounter | ICD-10-CM: S83.242D<br>ICD-9-CM: V58.89, 836.0 | |
| Chondromalacia, left knee | ICD-10-CM: M94.262<br>ICD-9-CM: 717.7 | |
| Chondromalacia, right knee | ICD-10-CM: M94.261<br>ICD-9-CM: 717.7 | |
| Tear of right acetabular labrum, initial encounter | ICD-10-CM: S73.191A<br>ICD-9-CM: 843.8 | |

**Problem List** as of 10/22/2020                                      Date Reviewed: **10/22/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01<br>ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0<br>ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22<br>ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 45.0-49.9, adult | ICD-10-CM: E66.01, Z68.42<br>ICD-9-CM: 278.01, V85.42 | | | 7/2/2018 - Present |
| Dyslipidemia | ICD-10-CM: E78.5<br>ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| Lumbar facet arthropathy | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | | | 1/23/2020 - Present |
| Chronic pain | ICD-10-CM: G89.29<br>ICD-9-CM: 338.29 | | | 7/7/2020 - Present |
| Sinus tachycardia by electrocardiogram | ICD-10-CM: R00.0<br>ICD-9-CM: 785.0 | | | 7/7/2020 - Present |
| Right carpal tunnel syndrome | ICD-10-CM: G56.01<br>ICD-9-CM: 354.0 | | | 7/20/2020 - Present |
| Decreased range of motion of finger of right hand | ICD-10-CM: M25.641<br>ICD-9-CM: 719.54 | | | 8/5/2020 - Present |
| Carpal tunnel syndrome of left wrist | ICD-10-CM: G56.02<br>ICD-9-CM: 354.0 | | | 9/9/2020 - Present |
| Trigger finger of left thumb | ICD-10-CM: M65.312<br>ICD-9-CM: 727.03 | | | 9/9/2020 - Present |
| Left hamstring injury | ICD-10-CM: S76.302A<br>ICD-9-CM: 959.6 | | | 9/9/2020 - Present |
| Carpal tunnel syndrome on left | ICD-10-CM: G56.02 | | | 9/14/2020 - |

Generated on 11/24/20  1:21 PM

Lincoln/White 0207

Progress Notes - 10/22/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72011564316
Enc. Date 10/22/2020

### 10/22/2020 - Office Visit in O'Neal - Orthopedics (continued)

**Problem List** (continued) as of 10/22/2020                                    Date Reviewed: **10/22/2020**

|  | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
|  | ICD-9-CM: 354.0 |  |  | Present |
| **Acute medial meniscus tear of left knee** | ICD-10-CM: S83.242A | | | 9/23/2020 - |
| | ICD-9-CM: 836.0 | | | Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 | | | 11/24/2017 - |
| | ICD-9-CM: 717.7 | | | 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 | | | 11/24/2017 - |
| | ICD-9-CM: 717.7 | | | 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 | | | 3/19/2018 - |
| | ICD-9-CM: 719.46 | | | 10/5/2018 |
| RESOLVED: Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 | | | 11/1/2016 - |
| | ICD-9-CM: 354.0 | | | 9/3/2020 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, | | | 11/29/2019 - |
| | G89.29 | | | 2/24/2020 |
| | ICD-9-CM: 719.46, 338.29 | | | |
| RESOLVED: Gamekeeper's thumb, right | ICD-10-CM: S63.31XA | | | 7/7/2020 - |
| | ICD-9-CM: 842.12 | | | 9/3/2020 |
| RESOLVED: Trigger finger of right thumb | ICD-10-CM: M65.311 | | | 7/7/2020 - |
| | ICD-9-CM: 727.03 | | | 9/3/2020 |

### Patient as-of Visit

**Allergies** as of 10/22/2020

Allergies last reviewed by Robert N. Moukarzel, MD on 10/22/2020 1052

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium                              Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*

Reactions: Nausea And Vomiting                Severity: Medium
Noted on: 02/13/2018

**Immunizations** as of 10/22/2020

No documentation.

## Medications

**Outpatient Medications at Start of Encounter as of 10/22/2020**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 12 tablet | 0 | 3/10/2020 | |
| Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. - Oral | | | | |
| Class: Print | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 30 capsule | 1 | 3/19/2020 | |
| Sig - Route: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. - Oral | | | | |
| Prior authorization: Canceled - Other | | | | |
| Esther Stagg, RN 9/18/2020  1:10 PM | | | | |
| HOLD TODAY PRIOR TO SURGERY | | | | |
| **DULoxetine (CYMBALTA) 60 MG capsule (Taking)** | 90 capsule | 1 | 9/4/2020 | 9/4/2021 |
| Sig - Route: Take 1 capsule (60 mg total) by mouth once daily. - Oral | | | | |

Lincoln/White 0208

Progress Notes - 10/22/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:
Acct #: 72011564316
Enc. Date 10/22/2020

Sex: F

## Medications (continued)

### Outpatient Medications at Start of Encounter as of 10/22/2020 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|

Esther Stagg, RN 9/18/2020  1:11 PM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | | | | |
|---|---|---|---|---|
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |
| Sig - Route: Take 300 mg by mouth every evening. - Oral | | | | |
| Class: Historical Med | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)** | 15 tablet | 0 | 9/14/2020 | |
| Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral | | | | |
| Earliest Fill Date: 9/14/2020 | | | | |
| Notes to Pharmacy: Quantity prescribed more than 7 day supply? No | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)** | 21 tablet | 0 | 9/23/2020 | |
| Sig - Route: Take 1 tablet by mouth every 8 (eight) hours as needed for Pain. - Oral | | | | |
| Class: Print | | | | |
| Earliest Fill Date: 9/23/2020 | | | | |
| Notes to Pharmacy: Quantity prescribed more than 7 day supply? Yes, quantity medically necessary | | | | |
| **methocarbamoL (ROBAXIN) 500 MG Tab (Taking)** | | | 9/27/2020 | |
| Sig - Route: Take 500 mg by mouth 2 (two) times daily. - Oral | | | | |
| Class: Historical Med | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking)** | 60 tablet | 0 | 9/28/2020 | 10/27/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)** | 60 tablet | 0 | 8/24/2020 | 10/27/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)** | 30 tablet | 0 | 9/28/2020 | 10/27/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet** | | | 1/22/2020 | 9/18/2020 |
| Sig - Route: Take 25 mg by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |

Esther Stagg, RN 9/18/2020  1:12 PM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 12 tablet | 0 | 3/10/2020 | |
| Sig: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. | | | | |
| Class: Print | | | | |
| Route: Oral | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 30 capsule | 1 | 3/19/2020 | |
| Sig: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. | | | | |
| Route: Oral | | | | |
| Prior authorization: Canceled - Other | | | | |
| **DULoxetine (CYMBALTA) 60 MG capsule (Taking)** | 90 capsule | 1 | 9/4/2020 | 9/4/2021 |
| Sig: Take 1 capsule (60 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |
| Sig: Take 300 mg by mouth every evening. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)** | 15 tablet | 0 | 9/14/2020 | |
| Sig: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. | | | | |
| Earliest Fill Date: 9/14/2020 | | | | |
| Notes to Pharmacy: Quantity prescribed more than 7 day supply? No | | | | |

Generated on 11/24/20  1:21 PM

Page 55

Lincoln/White 0209

Progress Notes - 10/22/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011564316
Enc. Date 10/22/2020

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Route: Oral | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)** | 21 tablet | 0 | 9/23/2020 | |
| Sig: Take 1 tablet by mouth every 8 (eight) hours as needed for Pain. | | | | |
| Class: Print | | | | |
| Earliest Fill Date: 9/23/2020 | | | | |
| Notes to Pharmacy: Quantity prescribed more than 7 day supply? Yes, quantity medically necessary | | | | |
| Route: Oral | | | | |
| **methocarbamoL (ROBAXIN) 500 MG Tab (Taking)** | | | 9/27/2020 | |
| Sig: Take 500 mg by mouth 2 (two) times daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued)** | 60 tablet | 0 | 9/28/2020 | 10/27/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking/Discontinued)** | 60 tablet | 0 | 8/24/2020 | 10/27/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking/Discontinued)** | 30 tablet | 0 | 9/28/2020 | 10/27/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |

## Progress Notes

**Progress Notes by Robert N. Moukarzel, MD at 10/22/2020 11:20 AM**

| | | |
|---|---|---|
| Author: Robert N. Moukarzel, MD | Service: — | Author Type: Physician |
| Filed: 10/22/2020 11:05 AM | Encounter Date: 10/22/2020 | Creation Time: 10/22/2020 10:59 AM |
| Status: Signed | Editor: Robert N. Moukarzel, MD (Physician) | |

### Subjective:

**Patient ID:** Sabrina Lynette White is a 47 y.o. female.

**Chief Complaint:** Pain of the Right Knee and Pain of the Left Knee
 Right hip pain
HPI:
10/22/2020
Patient stated the right hip is hurting her more than both knees.  Points at the pain in the groin at 6/7.  She had bilateral knee arthroscopy with partial medial meniscectomies with findings of chondromalacia on 09/23/2020 and doing really well with that.  She has 0/10 pain on the knees.  Slight anterior tenderness on the left and slight medial tenderness on the right.  The pain in the groin is what hurts her the most she is using a cane to get around.  Denies any new trauma.  Denies numbness and tingling in the leg or loss of bowel bladder control.
Denies any loss of bowel bladder control, fever, chills, shortness of breath, difficulty with chewing or swallowing loss of bowel bladder control or loss of sense smell is taste or difficulty with chewing or swallowing or chest pain or calf pain or any trauma affecting the right hip.
Past Medical History:

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Arthritis | |
| • Depression | |
| • Encounter for blood transfusion | |
| *had to have infusion during surgery in 2008* | |
| • GERD (gastroesophageal reflux disease) | |
| • Hyperlipidemia | |
| • Hypertension | |

Lincoln/White 0210

Progress Notes - 10/22/2020

| ONLC ORTHOPEDICS | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72011564316 | |
| | Enc. Date 10/22/2020 | |

**Progress Notes (continued)**

**Progress Notes by Robert N. Moukarzel, MD at 10/22/2020 11:20 AM (continued)**

- Osteoarthritis of spine with radiculopathy, cervical region

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CARPAL TUNNEL RELEASE | Right | 7/20/2020 |

*Procedure: RELEASE, CARPAL TUNNEL; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Right; Ulnar Collateral Ligament Repair-- Arthrex Internal Brace*

| • CARPAL TUNNEL RELEASE | Left | 9/14/2020 |

*Procedure: RELEASE, CARPAL TUNNEL; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Left;*

- CESAREAN SECTION, LOW TRANSVERSE

| • CYST REMOVAL | Right | 7/20/2020 |

*Procedure: EXCISION, CYST; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Right; ulnar cyst*

- FOOT SURGERY
*Arch implant*

| • INJECTION OF ANESTHETIC AGENT AROUND MEDIAL BRANCH NERVES INNERVATING LUMBAR FACET JOINT | Bilateral | 1/8/2020 |

*Procedure: Bilateral L3-5 MBB; Surgeon: Karan Verma, MD; Location: HGVH PAIN MGT; Service: Pain Management; Laterality: Bilateral;*

| • INJECTION OF ANESTHETIC AGENT AROUND MEDIAL BRANCH NERVES INNERVATING LUMBAR FACET JOINT | Bilateral | 1/23/2020 |

*Procedure: Bilateral L3-5 MBB; Surgeon: Karan Verma, MD; Location: HGVH PAIN MGT; Service: Pain Management; Laterality: Bilateral;*

| • INJECTION OF ANESTHETIC AGENT AROUND NERVE | Bilateral | 11/20/2019 |

*Procedure: Block, Nerve Bilateral RN IV sedation; Surgeon: Karan Verma, MD; Location: HGVH PAIN MGT; Service: Pain Management; Laterality: Bilateral;*

| • KNEE ARTHROSCOPY W/ MENISCECTOMY | Bilateral | 9/23/2020 |

*Procedure: ARTHROSCOPY, KNEE, WITH MENISCECTOMY; Surgeon: Robert N. Moukarzel, MD; Location: BRMH OR; Service: Orthopedics; Laterality: Bilateral; PARTIAL MEDIAL MENISCECTOMY*

| • RECONSTRUCTION OF LIGAMENT | Right | 7/20/2020 |

*Procedure: RECONSTRUCTION, LIGAMENT; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Right;*

| • TRIGGER FINGER RELEASE | Right | 7/20/2020 |

*Procedure: RELEASE, TRIGGER FINGER; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Right;*

| • TRIGGER FINGER RELEASE | Left | 9/14/2020 |

*Procedure: RELEASE, TRIGGER FINGER; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Left; Left thumb*

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Breast cancer | Maternal Aunt | |
| • Diabetes | Maternal Aunt | |
| • No Known Problems | Mother | |
| • Alcohol abuse | Father | |
| • Heart disease | Paternal Uncle | |
| • Heart disease | Maternal Grandfather | |
| • No Known Problems | Brother | |
| • Stroke | Neg Hx | |

Lincoln/White 0211

Progress Notes - 10/22/2020

ONLC ORTHOPEDICS                                    White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                      MRN: 1932025, DOB:              Sex: F
                                                    Acct #: 72011564316
                                                    Enc. Date 10/22/2020

**Progress Notes (continued)**

**Progress Notes by Robert N. Moukarzel, MD at 10/22/2020 11:20 AM (continued)**

Social History

Socioeconomic History
- Marital status:              Single
    Spouse name:              Not on file
- Number of children:         1
- Years of education:         Not on file
- Highest education level:    Not on file

Occupational History
- Occupation:                 Not currently employed

Social Needs
- Financial resource strain:  Not on file
- Food insecurity
    Worry:                    Not on file
    Inability:                Not on file
- Transportation needs
    Medical:                  Not on file
    Non-medical:              Not on file

Tobacco Use
- Smoking status:             Never Smoker
- Smokeless tobacco:          Never Used

Substance and Sexual Activity
- Alcohol use:                Yes
    Frequency:                Monthly or less
    Drinks per session:       1 or 2
    *Comment: HOLD 72HRS PRIOR TO SURGERY*
- Drug use:                   No
- Sexual activity:            Not Currently
    Partners:                 Male

Lifestyle
- Physical activity
    Days per week:            Not on file
    Minutes per session:      Not on file
- Stress:                     Very much

Relationships
- Social connections
    Talks on phone:           Not on file
    Gets together:            Not on file
    Attends religious service: Not on file
    Active member of club or  Not on file
    organization:
    Attends meetings of clubs Not on file
    or organizations:
    Relationship status:      Not on file

Other Topics                  Concern
- Not on file

Social History Narrative
- Not on file

**Medication List with Changes/Refills**
**Current Medications**

Generated on 11/24/20  1:21 PM                                            Page 58

Lincoln/White 0212

**Progress Notes - 10/22/2020**

| | | |
|---|---|---|
| ONLC ORTHOPEDICS | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72011564316 | |
| | Enc. Date 10/22/2020 | |

**Progress Notes (continued)**

**Progress Notes by Robert N. Moukarzel, MD at 10/22/2020 11:20 AM (continued)**

| | |
|---|---|
| BUTALBITAL-ACETAMINOPHEN-CAFFEINE 50-325-40 MG (FIORICET, ESGIC) 50-325-40 MG PER TABLET | Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. |
| CELECOXIB (CELEBREX) 200 MG CAPSULE | Take 1 capsule (200 mg total) by mouth once daily. Take with food. Discontinue if develop GI side effects. |
| CLONAZEPAM (KLONOPIN) 1 MG TABLET | Take 1 tablet by mouth twice daily as needed for anxiety |
| CYCLOBENZAPRINE (FLEXERIL) 10 MG TABLET | Take 1 tablet by mouth twice daily as needed |
| DULOXETINE (CYMBALTA) 60 MG CAPSULE | Take 1 capsule (60 mg total) by mouth once daily. |
| GABAPENTIN (NEURONTIN) 300 MG CAPSULE | Take 300 mg by mouth every evening. |
| HYDROCODONE-ACETAMINOPHEN (NORCO) 5-325 MG PER TABLET | Take 1 tablet by mouth every 6 (six) hours as needed for Pain. |
| HYDROCODONE-ACETAMINOPHEN (NORCO) 5-325 MG PER TABLET | Take 1 tablet by mouth every 8 (eight) hours as needed for Pain. |
| LEVOCETIRIZINE (XYZAL) 5 MG TABLET | TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING |
| METHOCARBAMOL (ROBAXIN) 500 MG TAB | Take 500 mg by mouth 2 (two) times daily. |
| METOPROLOL SUCCINATE (TOPROL-XL) 25 MG 24 HR TABLET | Take 25 mg by mouth once daily. |

Review of patient's allergies indicates:

| Allergen | Reactions |
|---|---|
| • Aleve [naproxen sodium] | |
| *GI indigestion* | |
| • Aspirin | Nausea And Vomiting |

Review of Systems
Constitution: Negative for decreased appetite.
HENT: Negative for tinnitus.
Eyes: Negative for double vision.
Cardiovascular: Negative for chest pain.
Respiratory: Negative for wheezing.
Hematologic/Lymphatic: Negative for bleeding problem.

Lincoln/White 0213

Progress Notes - 10/22/2020

| | |
|---|---|
| ONLC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72011564316<br>Enc. Date 10/22/2020 |

**Progress Notes (continued)**

Progress Notes by Robert N. Moukarzel, MD at 10/22/2020 11:20 AM (continued)

Skin: Negative for dry skin.
Musculoskeletal: Positive for joint pain and myalgias. Negative for arthritis, back pain, gout, neck pain and stiffness.
Gastrointestinal: Negative for abdominal pain.
Genitourinary: Negative for bladder incontinence.
Neurological: Negative for numbness, paresthesias and sensory change.
Psychiatric/Behavioral: Negative for altered mental status.

**Objective:**

Body mass index is 46.59 kg/m².
Vitals:

|  | 10/22/20 1026 |
|---|---|
| BP: | (!) 137/102 |
| Pulse: | 89 |

**General**

Constitutional: She is oriented to person, place, and time. She appears well-developed.
HENT:
Head: Atraumatic.
Eyes: EOM are normal.
Cardiovascular: Normal rate.
Pulmonary/Chest: Effort normal.
Neurological: She is alert and oriented to person, place, and time.
Psychiatric: Judgment normal.

Cervical rotation very functional no pain
Bilateral upper extremity neurovascularly intact
Lumbar without any discomfort today
No deformity seen
Pelvis is level
Left hip full motion without pain in the groin without pain to palpation over the greater trochanter. Right hip with the hip flexed at 90° neutral adduction internal external rotation without pain in the groin. Abduction to 60° at hip flexion of 90° internal rotation recreate is severe pain in the groin.
Hip flexors, abduct his adductors quads hamstrings ankle extensors flexors inverters everters or 5/5
Bilateral knees scars from arthroscopic surgery all healed well. There is no swelling today she has full flexion and full extension collaterals and cruciates are stable negative McMurray's. Slight discomfort over the medial side on the right slight discomfort anteriorly underneath the patella the left
Calves are soft nontender no swelling no pitting edema
Ankle motion intact
Skin is warm to touch no obvious lesions

Relevant imaging results reviewed and interpreted by me, discussed with the patient and / or family today

**X-Ray Hip 4 or more views Right**
Narrative: EXAMINATION:
XR HIP 4 OR MORE VIEWS RIGHT

Lincoln/White 0214

Progress Notes - 10/22/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:           Sex: F
Acct #: 72011564316
Enc. Date 10/22/2020

**Progress Notes (continued)**

**Progress Notes by Robert N. Moukarzel, MD at 10/22/2020 11:20 AM (continued)**

CLINICAL HISTORY:
Pain in right hip

TECHNIQUE:
Four views

COMPARISON:
None

FINDINGS:
The bony pelvis is intact.  The right femoral head is well seated within the acetabulum.  No significant joint space narrowing.  No acute fracture or dislocation.  No plain film evidence to suggest AVN of the right hip.
Impression: As above

Electronically signed by:    Sumanth Reddy, DO
Date:                        08/10/2020
Time:                        15:01

**Assessment:**

Encounter Diagnoses

| Name | Primary? |
|------|----------|
| • S/P right knee arthroscopy | Yes |
| • S/P left knee arthroscopy | |
| • Acute medial meniscus tear of right knee, subsequent encounter | |
| • Acute medial meniscus tear of left knee, subsequent encounter | |
| • Chondromalacia, left knee | |
| • Chondromalacia, right knee | |
| • Tear of right acetabular labrum, initial encounter | |

**Plan:**
**S/P right knee arthroscopy**

**S/P left knee arthroscopy**

**Acute medial meniscus tear of right knee, subsequent encounter**

**Acute medial meniscus tear of left knee, subsequent encounter**

**Chondromalacia, left knee**

**Chondromalacia, right knee**

**Tear of right acetabular labrum, initial encounter**

Lincoln/White 0215

Progress Notes - 10/22/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72011564316
Enc. Date 10/22/2020

## Progress Notes (continued)

**Progress Notes by Robert N. Moukarzel, MD at 10/22/2020 11:20 AM (continued)**

**Patient Instructions**

Right hip pain in the groin on exam highly suspicious of labral tear

X-ray showing very mild arthritic change but joint space is very well maintained

Plan

MRI arthrogram right hip to rule out labral tear

If labral tear is present 1st step is to inject the hip with steroid.  If that does not help I will have you see 1 of our sports medicine surgeons who do hip arthroscopy

Continue with the cane as needed.  Put the cane on the opposite side that hurts

Continue exercising the knees

Return after the MRI

**Disclaimer:** This note was prepared using a voice recognition system and is likely to have sound alike errors within the text.

Electronically signed by Robert N. Moukarzel, MD on 10/22/2020 11:05 AM

**Follow-up Information**

None

**Follow Up Call**

No data filed

Lincoln/White 0216

**Progress Notes - 10/12/2020**

| | | |
|---|---|---|
| ONLC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:<br>Acct #: 72011469406<br>Enc. Date 10/12/2020 | Sex: F |

### 10/12/2020 - Office Visit in O'Neal - Orthopedics

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email |
|---|---|---|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Timothy M. Durel,<br>MD225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0217

Progress Notes - 10/12/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72011469406
Enc. Date 10/12/2020

## 10/12/2020 - Office Visit in O'Neal - Orthopedics (continued)

### Reason for Visit

Right Knee - Post-op Evaluation
Left Knee - Post-op Evaluation

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Derangement of anterior horn of medial meniscus due to old tear, right   - Primary | ICD-10-CM: M23.211 ICD-9-CM: 717.1 | |
| Derang of medial meniscus due to old tear/inj, left knee | ICD-10-CM: M23.232 ICD-9-CM: 717.3 | |
| Chondromalacia patellae, left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | |
| Chondromalacia patellae, right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | |

### Problem List as of 10/12/2020

Date Reviewed: **10/12/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 45.0-49.9, adult | ICD-10-CM: E66.01, Z68.42 ICD-9-CM: 278.01, V85.42 | | | 7/2/2018 - Present |
| Dyslipidemia | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| Lumbar facet arthropathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 1/23/2020 - Present |
| Chronic pain | ICD-10-CM: G89.29 ICD-9-CM: 338.29 | | | 7/7/2020 - Present |
| Sinus tachycardia by electrocardiogram | ICD-10-CM: R00.0 ICD-9-CM: 785.0 | | | 7/7/2020 - Present |
| Right carpal tunnel syndrome | ICD-10-CM: G56.01 ICD-9-CM: 354.0 | | | 7/20/2020 - Present |
| Decreased range of motion of finger of right hand | ICD-10-CM: M25.641 ICD-9-CM: 719.54 | | | 8/5/2020 - Present |
| Carpal tunnel syndrome of left wrist | ICD-10-CM: G56.02 ICD-9-CM: 354.0 | | | 9/9/2020 - Present |
| Trigger finger of left thumb | ICD-10-CM: M65.312 ICD-9-CM: 727.03 | | | 9/9/2020 - Present |
| Left hamstring injury | ICD-10-CM: S76.302A ICD-9-CM: 959.6 | | | 9/9/2020 - Present |
| Carpal tunnel syndrome on left | ICD-10-CM: G56.02 ICD-9-CM: 354.0 | | | 9/14/2020 - Present |
| Acute medial meniscus tear of left knee | ICD-10-CM: S83.242A ICD-9-CM: 836.0 | | | 9/23/2020 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 | | | 11/24/2017 - |

Lincoln/White 0218

Progress Notes - 10/12/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:           Sex: F
Acct #: 72011469406
Enc. Date 10/12/2020

## 10/12/2020 - Office Visit in O'Neal - Orthopedics (continued)

**Problem List (continued)** as of 10/12/2020                    Date Reviewed: **10/12/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| | ICD-9-CM: 717.7 | | | 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 | | | 3/19/2018 - |
| | ICD-9-CM: 719.46 | | | 10/6/2018 |
| RESOLVED: Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 | | | 11/1/2018 - |
| | ICD-9-CM: 354.0 | | | 9/3/2020 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, | | | 11/26/2019 - |
| | G89.29 | | | 2/24/2020 |
| | ICD-9-CM: 719.46, 338.29 | | | |
| RESOLVED: Gamekeeper's thumb, right | ICD-10-CM: S63.312XA | | | 7/7/2020 - |
| | ICD-9-CM: 842.12 | | | 9/3/2020 |
| RESOLVED: Trigger finger of right thumb | ICD-10-CM: M65.311 | | | 7/7/2020 - |
| | ICD-9-CM: 727.03 | | | 9/3/2020 |

## Patient as-of Visit

### Allergies as of 10/12/2020

Allergies last reviewed by Katherine T. Guillory, PA-C on 10/12/2020 1543

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium                              Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*

Reactions: Nausea And Vomiting                Severity: Medium
Noted on: 02/13/2018

### Immunizations as of 10/12/2020

No documentation.

## Medications

**Outpatient Medications at Start of Encounter as of 10/12/2020**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 12 tablet | 0 | 3/10/2020 | |

Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. - Oral
Class: Print

| | | | | |
|---|---|---|---|---|
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 30 capsule | 1 | 3/19/2020 | |

Sig - Route: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. - Oral
Prior authorization: Canceled - Other

> Esther Stagg, RN 9/18/2020 1:10 PM
> HOLD TODAY PRIOR TO SURGERY

| | | | | |
|---|---|---|---|---|
| **DULoxetine (CYMBALTA) 60 MG capsule (Taking)** | 90 capsule | 1 | 9/4/2020 | 9/4/2021 |

Sig - Route: Take 1 capsule (60 mg total) by mouth once daily. - Oral

> Esther Stagg, RN 9/18/2020 1:11 PM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | | | | |
|---|---|---|---|---|
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |

Sig - Route: Take 300 mg by mouth every evening.  - Oral

Generated on 11/24/20  1:21 PM                                        Page 65

Lincoln/White 0219

Progress Notes - 10/12/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011469406
Enc. Date 10/12/2020

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 10/12/2020 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Historical Med | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)** | 15 tablet | 0 | 9/14/2020 | |
| Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral | | | | |
| Earliest Fill Date 9/14/2020 | | | | |
| Notes to Pharmacy. Quantity prescribed more than 7 day supply? No | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)** | 21 tablet | 0 | 9/23/2020 | |
| Sig - Route: Take 1 tablet by mouth every 8 (eight) hours as needed for Pain. - Oral | | | | |
| Class: Print | | | | |
| Earliest Fill Date: 9/23/2020 | | | | |
| Notes to Pharmacy: Quantity prescribed more than 7 day supply? Yes, quantity medically necessary | | | | |
| **methocarbamoL (ROBAXIN) 500 MG Tab (Taking)** | | | 9/27/2020 | |
| Sig - Route: Take 500 mg by mouth 2 (two) times daily. - Oral | | | | |
| Class. Historical Med | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking)** | 60 tablet | 0 | 9/28/2020 | 10/27/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)** | 60 tablet | 0 | 8/24/2020 | 10/27/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)** | 30 tablet | 0 | 9/28/2020 | 10/27/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet** | | | 1/22/2020 | 9/18/2020 |
| Sig - Route: Take 25 mg by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |

> Esther Stagg, RN 9/18/2020  1:12 PM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 12 tablet | 0 | 3/10/2020 | |
| Sig: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. | | | | |
| Class. Print | | | | |
| Route: Oral | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 30 capsule | 1 | 3/19/2020 | |
| Sig: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. | | | | |
| Route: Oral | | | | |
| Prior authorization: Canceled - Other | | | | |
| **DULoxetine (CYMBALTA) 60 MG capsule (Taking)** | 90 capsule | 1 | 9/4/2020 | 9/4/2021 |
| Sig: Take 1 capsule (60 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |
| Sig: Take 300 mg by mouth every evening. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)** | 15 tablet | 0 | 9/14/2020 | |
| Sig: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. | | | | |
| Earliest Fill Date: 9/14/2020 | | | | |
| Notes to Pharmacy: Quantity prescribed more than 7 day supply? No | | | | |
| Route: Oral | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)** | 21 tablet | 0 | 9/23/2020 | |
| Sig: Take 1 tablet by mouth every 8 (eight) hours as needed for Pain. | | | | |
| Class: Print | | | | |
| Earliest Fill Date: 9/23/2020 | | | | |

Lincoln/White 0220

Progress Notes - 10/12/2020

| ONLC ORTHOPEDICS | White, Sabrina Lynette | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72011469406 | |
| | Enc. Date 10/12/2020 | |

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Notes to Pharmacy: Quantity prescribed more than 7 day supply? Yes, quantity medically necessary | | | | |
| Route: Oral | | | | |
| methocarbamoL (ROBAXIN) 500 MG Tab (Taking) | | | 9/27/2020 | |
| Sig: Take 500 mg by mouth 2 (two) times daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued) | 60 tablet | 0 | 9/28/2020 | 10/27/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking/Discontinued) | 60 tablet | 0 | 8/24/2020 | 10/27/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| levocetirizine (XYZAL) 5 MG tablet (Taking/Discontinued) | 30 tablet | 0 | 9/28/2020 | 10/27/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |

### Outpatient Medication Detail

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| methocarbamoL (ROBAXIN) 500 MG Tab | | | 9/27/2020 | | -- |
| Sig - Route: Take 500 mg by mouth 2 (two) times daily. - Oral | | | | | |
| Class: Historical Med | | | | | |
| Order: 559005112 | | | | | |
| Date/Time Signed: 10/12/2020 15:18 | | | | | |

## Progress Notes

### Progress Notes by Katherine T. Guillory, PA-C at 10/12/2020 3:00 PM

| | | |
|---|---|---|
| Author: Katherine T. Guillory, PA-C | Service: — | Author Type: Physician Assistant |
| Filed: 10/12/2020 3:46 PM | Encounter Date: 10/12/2020 | Creation Time: 10/12/2020 3:43 PM |
| Status: Signed | Editor: Katherine T. Guillory, PA-C (Physician Assistant) | |

**Patient ID:** Sabrina Lynette White is a 47 y.o. female.

**Chief Complaint:** Post-op Evaluation of the Right Knee and Post-op Evaluation of the Left Knee

**HPI:** Sabrina Lynette White  is a 47 y.o. female who c/o Post-op Evaluation of the Right Knee and Post-op Evaluation of the Left Knee
 for duration of over 2 weeks now.  She had bilateral knee arthroscopy by Dr. Moukarzel and comes today.  She states she still has significant pain but it is much better than it was.  She states at worst 8/10.  Admittedly she states it is not that bad today.  Quality is aching with occasional sharp pain.  His discomfort anteriorly.  Alleviating factors include surgery and home exercise program.  Aggravating factors include flexion past about 120° and prolonged weight-bearing.

**Surgery: Bilateral knee ATS**

**Surgery Date:** 09/23/2020

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Arthritis | |
| • Depression | |
| • Encounter for blood transfusion | |

Lincoln/White 0221

Progress Notes - 10/12/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011469406
Enc. Date 10/12/2020

### Progress Notes (continued)

Progress Notes by Katherine T. Guillory, PA-C at 10/12/2020  3:00 PM (continued)

*had to have infusion during surgery in 2008*
- GERD (gastroesophageal reflux disease)
- Hyperlipidemia
- Hypertension
- Osteoarthritis of spine with radiculopathy, cervical region

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| CARPAL TUNNEL RELEASE | Right | 7/20/2020 |

*Procedure: RELEASE, CARPAL TUNNEL; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Right; Ulnar Collateral Ligament Repair-- Arthrex Internal Brace*

- CARPAL TUNNEL RELEASE — Left — 9/14/2020

*Procedure: RELEASE, CARPAL TUNNEL; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Left;*

- CESAREAN SECTION, LOW TRANSVERSE
- CYST REMOVAL — Right — 7/20/2020

*Procedure: EXCISION, CYST; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Right; ulnar cyst*

- FOOT SURGERY

*Arch implant*

- INJECTION OF ANESTHETIC AGENT AROUND MEDIAL BRANCH NERVES INNERVATING LUMBAR FACET JOINT — Bilateral — 1/8/2020

*Procedure: Bilateral L3-5 MBB; Surgeon: Karan Verma, MD; Location: HGVH PAIN MGT; Service: Pain Management; Laterality: Bilateral;*

- INJECTION OF ANESTHETIC AGENT AROUND MEDIAL BRANCH NERVES INNERVATING LUMBAR FACET JOINT — Bilateral — 1/23/2020

*Procedure: Bilateral L3-5 MBB; Surgeon: Karan Verma, MD; Location: HGVH PAIN MGT; Service: Pain Management; Laterality: Bilateral;*

- INJECTION OF ANESTHETIC AGENT AROUND NERVE — Bilateral — 11/20/2019

*Procedure: Block, Nerve Bilateral RN IV sedation; Surgeon: Karan Verma, MD; Location: HGVH PAIN MGT; Service: Pain Management; Laterality: Bilateral;*

- KNEE ARTHROSCOPY W/ MENISCECTOMY — Bilateral — 9/23/2020

*Procedure: ARTHROSCOPY, KNEE, WITH MENISCECTOMY; Surgeon: Robert N. Moukarzel, MD; Location: BRMH OR; Service: Orthopedics; Laterality: Bilateral; PARTIAL MEDIAL MENISCECTOMY*

- RECONSTRUCTION OF LIGAMENT — Right — 7/20/2020

*Procedure: RECONSTRUCTION, LIGAMENT; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Right;*

- TRIGGER FINGER RELEASE — Right — 7/20/2020

*Procedure: RELEASE, TRIGGER FINGER; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Right;*

- TRIGGER FINGER RELEASE — Left — 9/14/2020

*Procedure: RELEASE, TRIGGER FINGER; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Left; Left thumb*

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| Breast cancer | Maternal Aunt | |
| Diabetes | Maternal Aunt | |
| No Known Problems | Mother | |
| Alcohol abuse | Father | |

Lincoln/White 0222

Progress Notes - 10/12/2020

| ONLC ORTHOPEDICS | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72011469406 | |
| | Enc. Date 10/12/2020 | |

**Progress Notes (continued)**

**Progress Notes by Katherine T. Guillory, PA-C at 10/12/2020  3:00 PM (continued)**

- Heart disease          Paternal Uncle
- Heart disease          Maternal Grandfather
- No Known Problems      Brother
- Stroke                 Neg Hx

Social History

Socioeconomic History
- Marital status:           Single
      Spouse name:        Not on file
- Number of children:       1
- Years of education:       Not on file
- Highest education level:  Not on file

Occupational History
- Occupation:               Not currently employed

Social Needs
- Financial resource strain:  Not on file
- Food insecurity
      Worry:              Not on file
      Inability:          Not on file
- Transportation needs
      Medical:            Not on file
      Non-medical:        Not on file

Tobacco Use
- Smoking status:           Never Smoker
- Smokeless tobacco:        Never Used

Substance and Sexual Activity
- Alcohol use:              Yes
      Frequency:          Monthly or less
      Drinks per session: 1 or 2
      *Comment: HOLD 72HRS PRIOR TO SURGERY*
- Drug use:                 No
- Sexual activity:          Not Currently
      Partners:           Male

Lifestyle
- Physical activity
      Days per week:      Not on file
      Minutes per session: Not on file
- Stress:                   Very much

Relationships
- Social connections
      Talks on phone:     Not on file
      Gets together:      Not on file
      Attends religious service:  Not on file
      Active member of club or  Not on file
      organization:
      Attends meetings of clubs  Not on file
      or organizations:
      Relationship status:  Not on file

Other Topics                Concern
- Not on file

Social History Narrative

Lincoln/White 0223

Progress Notes - 10/12/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011469406
Enc. Date 10/12/2020

**Progress Notes (continued)**

Progress Notes by Katherine T. Guillory, PA-C at 10/12/2020  3:00 PM (continued)

- Not on file

## Medication List with Changes/Refills
### Current Medications

| | |
|---|---|
| BUTALBITAL-ACETAMINOPHEN-CAFFEINE 50-325-40 MG (FIORICET, ESGIC) 50-325-40 MG PER TABLET | Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. |
| CELECOXIB (CELEBREX) 200 MG CAPSULE | Take 1 capsule (200 mg total) by mouth once daily. Take with food. Discontinue if develop GI side effects. |
| CLONAZEPAM (KLONOPIN) 1 MG TABLET | Take 1 tablet by mouth twice daily as needed for anxiety |
| CYCLOBENZAPRINE (FLEXERIL) 10 MG TABLET | Take 1 tablet by mouth twice daily as needed |
| DULOXETINE (CYMBALTA) 60 MG CAPSULE | Take 1 capsule (60 mg total) by mouth once daily. |
| GABAPENTIN (NEURONTIN) 300 MG CAPSULE | Take 300 mg by mouth every evening. |
| HYDROCODONE-ACETAMINOPHEN (NORCO) 5-325 MG PER TABLET | Take 1 tablet by mouth every 6 (six) hours as needed for Pain. |
| HYDROCODONE-ACETAMINOPHEN (NORCO) 5-325 MG PER TABLET | Take 1 tablet by mouth every 8 (eight) hours as needed for Pain. |
| LEVOCETIRIZINE (XYZAL) 5 MG TABLET | TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING |
| METHOCARBAMOL (ROBAXIN) 500 MG TAB | Take 500 mg by mouth 2 (two) times daily. |
| METOPROLOL SUCCINATE (TOPROL-XL) 25 MG 24 HR TABLET | Take 25 mg by mouth once daily. |

Review of patient's allergies indicates:

| Allergen | Reactions |
|---|---|
| - Aleve [naproxen sodium] *GI indigestion* | |
| - Aspirin | Nausea And Vomiting |

## Objective:

Generated on 11/24/20  1:21 PM                                          Page 70

Lincoln/White 0224

Progress Notes - 10/12/2020

| | |
|---|---|
| ONLC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:     Sex: F<br>Acct #: 72011469406<br>Enc. Date 10/12/2020 |

**Progress Notes (continued)**

Progress Notes by Katherine T. Guillory, PA-C at 10/12/2020  3:00 PM (continued)

**Bilateral Lower Extremity**
NVI
WWP foot
Comp soft
Cap refill < 2 sec
Calf NT
(-) Homan sign
EMI
Good ROM
Good PF tracking
Wiggles toes
DF/PF intact
Sensation intact
Inc C/D/I
No SOI

**Assessment:**

Encounter Diagnoses

| Name | Primary? |
|---|---|
| • Derangement of anterior horn of medial meniscus due to old tear, right | Yes |
| • Derang of medial meniscus due to old tear/inj, left knee | |
| • Chondromalacia patellae, left knee | |
| • Chondromalacia patellae, right knee | |

**Plan:**

Sabrina was seen today for post-op evaluation and post-op evaluation.

Diagnoses and all orders for this visit:

**Derangement of anterior horn of medial meniscus due to old tear, right**

**Derang of medial meniscus due to old tear/inj, left knee**

**Chondromalacia patellae, left knee**

**Chondromalacia patellae, right knee**

Sabrina Lynette White is an established pt here for postop follow-up after right total knee replacement by Dr. Moukarzel.  Pain medication was refilled appropriately.  The PMP was reviewed and the addictive potential of narcotic pain medication was discussed.  The incision was cleaned with hydrogen peroxide.  All staples were removed, and suture strips were applied across the incision.  They should remain in place until they fall off in approximately 2 weeks. The patient was instructed not to soak the incision in standing water but may clean the incision with clean running water and antibacterial soap.  Patient should notify the office of any signs or symptoms of infection including fevers, erythema, purulent drainage, increasing pain.  Patient will continue with aspirin 81 mg bid for DVT prophylaxis.  Patient will start outpatient physical therapy once DCed from HHC and follow-up with Dr. Moukarzel in 2 weeks.  Patient verbalized understanding of all instructions and agreed with the above plan.

| | |
|---|---|
| Generated on 11/24/20  1:21 PM | Page 71 |

Lincoln/White 0225

Progress Notes - 10/12/2020

| ONLC ORTHOPEDICS | White, Sabrina Lynette | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72011469406 | |
| | Enc. Date 10/12/2020 | |

**Progress Notes (continued)**

**Progress Notes by Katherine T. Guillory, PA-C at 10/12/2020  3:00 PM (continued)**

Follow up in about 2 weeks (around 10/26/2020) for no xray.

The patient understands, chooses and consents to this plan and accepts all
the risks which include but are not limited to the risks mentioned above.

**Disclaimer:** This note was prepared using a voice recognition system and is likely to have sound alike errors within
the text.

*Katherine J. Guillory, PA-C*

Electronically signed by Katherine T. Guillory, PA-C on 10/12/2020  3:46 PM

**Follow-up and Disposition History**

10/12/2020 1545 - Katherine T. Guillory, PA-C

| Dispositions: | • Follow up in about 2 weeks (around 10/26/2020) for no xray. |
|---|---|

**Follow-up Information**

None

**Follow Up Call**

No data filed

Lincoln/White 0226

**Progress Notes - 09/29/2020**

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72011293674
Enc. Date 9/29/2020

### 09/29/2020 - Office Visit in O'Neal - Orthopedics

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email | |
|---|---|---|---|
| | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Timothy M. Durel, MD225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0227

Progress Notes - 09/29/2020

| ONLC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72011293674<br>Enc. Date 9/29/2020 |
|---|---|

## 09/29/2020 - Office Visit in O'Neal - Orthopedics (continued)

**Reason for Visit**

Left Hand - Post-op Evaluation, Pain

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Trigger finger, acquired   -  Primary** | ICD-10-CM: M65.30<br>ICD-9-CM: 727.03 | |
| **Carpal tunnel syndrome, bilateral** | ICD-10-CM: G56.03<br>ICD-9-CM: 354.0 | |

**Problem List** as of 9/29/2020                                                                 Date Reviewed: **9/29/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine headache** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| **Primary insomnia** | ICD-10-CM: F51.01<br>ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0<br>ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22<br>ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| **Morbid obesity with BMI of 45.0-49.9, adult** | ICD-10-CM: E66.01, Z68.42<br>ICD-9-CM: 278.01, V85.42 | | | 7/2/2018 - Present |
| **Dyslipidemia** | ICD-10-CM: E78.5<br>ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| **Lumbar facet arthropathy** | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | | | 1/23/2020 - Present |
| **Chronic pain** | ICD-10-CM: G89.29<br>ICD-9-CM: 338.29 | | | 7/7/2020 - Present |
| **Sinus tachycardia by electrocardiogram** | ICD-10-CM: R00.0<br>ICD-9-CM: 785.0 | | | 7/7/2020 - Present |
| **Right carpal tunnel syndrome** | ICD-10-CM: G56.01<br>ICD-9-CM: 354.0 | | | 7/20/2020 - Present |
| **Decreased range of motion of finger of right hand** | ICD-10-CM: M25.641<br>ICD-9-CM: 719.54 | | | 8/5/2020 - Present |
| **Carpal tunnel syndrome of left wrist** | ICD-10-CM: G56.02<br>ICD-9-CM: 354.0 | | | 9/9/2020 - Present |
| **Trigger finger of left thumb** | ICD-10-CM: M65.312<br>ICD-9-CM: 727.03 | | | 9/9/2020 - Present |
| **Left hamstring injury** | ICD-10-CM: S76.302A<br>ICD-9-CM: 959.6 | | | 9/9/2020 - Present |
| **Carpal tunnel syndrome on left** | ICD-10-CM: G56.02<br>ICD-9-CM: 354.0 | | | 9/14/2020 - Present |
| **Acute medial meniscus tear of left knee** | ICD-10-CM: S83.242A<br>ICD-9-CM: 836.0 | | | 9/23/2020 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42<br>ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41<br>ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562<br>ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |
| RESOLVED: Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03<br>ICD-9-CM: 354.0 | | | 11/1/2018 - 9/9/2020 |

Lincoln/White 0228

Progress Notes - 09/29/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:              Sex: F
Acct #: 72011293674
Enc. Date 9/29/2020

### 09/29/2020 - Office Visit in O'Neal - Orthopedics (continued)

**Problem List (continued)** as of 9/29/2020                                    Date Reviewed: **9/29/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, G89.29 ICD-9-CM: 719.46, 338.29 | | | 11/20/2019 - 2/24/2020 |
| RESOLVED: Gamekeeper's thumb, right | ICD-10-CM: S53.31XA ICD-9-CM: 842.12 | | | 7/7/2020 - 9/9/2020 |
| RESOLVED: Trigger finger of right thumb | ICD-10-CM: M65.311 ICD-9-CM: 727.03 | | | 7/7/2020 - 9/9/2020 |

**Patient as-of Visit**

**Allergies** as of 9/29/2020

Allergies last reviewed by William James Hubbard, MD on 9/29/2020 1615

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium                                    Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*

Reactions: Nausea And Vomiting                       Severity: Medium
Noted on: 02/13/2018

**Immunizations** as of 9/29/2020

No documentation.

### Medications

**Outpatient Medications at Start of Encounter as of 9/29/2020**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 12 tablet | 0 | 3/10/2020 | |
| Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. - Oral Class: Print | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 30 capsule | 1 | 3/19/2020 | |
| Sig - Route: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. - Oral Prior authorization: Canceled - Other | | | | |
| Esther Stagg, RN 9/18/2020  1:10 PM HOLD TODAY PRIOR TO SURGERY | | | | |
| **DULoxetine (CYMBALTA) 60 MG capsule (Taking)** | 90 capsule | 1 | 9/4/2020 | 9/4/2021 |
| Sig - Route: Take 1 capsule (60 mg total) by mouth once daily. - Oral | | | | |
| Esther Stagg, RN 9/18/2020  1:11 PM TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |
| Sig - Route: Take 300 mg by mouth every evening.  - Oral Class: Historical Med | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)** | 15 tablet | 0 | 9/14/2020 | |
| Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral Earliest Fill Date: 9/14/2020 Notes to Pharmacy: Quantity prescribed more than 7 day supply? No | | | | |

Generated on 11/24/20  1:21 PM                                                    Page 75

Lincoln/White 0229

Progress Notes - 09/29/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011293674
Enc. Date 9/29/2020

## Medications (continued)

### Outpatient Medications at Start of Encounter as of 9/29/2020 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)** | 21 tablet | 0 | 9/23/2020 | |
| Sig - Route: Take 1 tablet by mouth every 8 (eight) hours as needed for Pain. - Oral | | | | |
| Class: Print | | | | |
| Earliest Fill Date: 9/23/2020 | | | | |
| Notes to Pharmacy: Quantity prescribed more than 7 day supply? Yes, quantity medically necessary | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking)** | 60 tablet | 0 | 9/28/2020 | 10/27/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)** | 60 tablet | 0 | 8/24/2020 | 10/27/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)** | 30 tablet | 0 | 9/28/2020 | 10/27/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet** | | | 1/22/2020 | 9/18/2020 |
| Sig - Route: Take 25 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

Esther Stagg, RN 9/18/2020  1:12 PM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 12 tablet | 0 | 3/10/2020 | |
| Sig: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. | | | | |
| Class: Print | | | | |
| Route: Oral | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 30 capsule | 1 | 3/19/2020 | |
| Sig: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. | | | | |
| Route: Oral | | | | |
| Prior authorization: Canceled - Other | | | | |
| **DULoxetine (CYMBALTA) 60 MG capsule (Taking)** | 90 capsule | 1 | 9/4/2020 | 9/4/2021 |
| Sig: Take 1 capsule (60 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |
| Sig: Take 300 mg by mouth every evening. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)** | 15 tablet | 0 | 9/14/2020 | |
| Sig: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. | | | | |
| Earliest Fill Date: 9/14/2020 | | | | |
| Notes to Pharmacy: Quantity prescribed more than 7 day supply? No | | | | |
| Route: Oral | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)** | 21 tablet | 0 | 9/23/2020 | |
| Sig: Take 1 tablet by mouth every 8 (eight) hours as needed for Pain. | | | | |
| Class: Print | | | | |
| Earliest Fill Date: 9/23/2020 | | | | |
| Notes to Pharmacy: Quantity prescribed more than 7 day supply? Yes, quantity medically necessary | | | | |
| Route: Oral | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued)** | 60 tablet | 0 | 9/28/2020 | 10/27/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking/Discontinued)** | 60 tablet | 0 | 8/24/2020 | 10/27/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |

Lincoln/White 0230

Progress Notes - 09/29/2020

| ONLC ORTHOPEDICS | White, Sabrina Lynette | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72011293674 | |
| | Enc. Date 9/29/2020 | |

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **levocetirizine (XYZAL) 5 MG tablet** | 30 tablet | 0 | 9/28/2020 | 10/27/2020 |
| **(Taking/Discontinued)** | | | | |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |

## Progress Notes

**Progress Notes by William James Hubbard, MD at 9/29/2020 3:40 PM**

| Author: William James Hubbard, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 9/29/2020 4:18 PM | Encounter Date: 9/29/2020 | Creation Time: 9/29/2020 4:16 PM |
| Status: Signed | Editor: William James Hubbard, MD (Physician) | |

### Subjective:

**Patient ID:** Sabrina Lynette White is a 47 y.o. female.

**Chief Complaint:** Post-op Evaluation and Pain of the Left Hand

The patient is a 47-year-old female status post left carpal tunnel release and left trigger thumb release date of surgery is 09/04/2020. She seems to be doing well.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Arthritis | |
| • Depression | |
| • Encounter for blood transfusion | |
| *had to have infusion during surgery in 2008* | |
| • GERD (gastroesophageal reflux disease) | |
| • Hyperlipidemia | |
| • Hypertension | |
| • Osteoarthritis of spine with radiculopathy, cervical region | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CARPAL TUNNEL RELEASE | Right | 7/20/2020 |
| *Procedure: RELEASE, CARPAL TUNNEL; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Right; Ulnar Collateral Ligament Repair-- Arthrex Internal Brace* | | |
| • CARPAL TUNNEL RELEASE | Left | 9/14/2020 |
| *Procedure: RELEASE, CARPAL TUNNEL; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Left;* | | |
| • CESAREAN SECTION, LOW TRANSVERSE | | |
| • CYST REMOVAL | Right | 7/20/2020 |
| *Procedure: EXCISION, CYST; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Right; ulnar cyst* | | |
| • FOOT SURGERY | | |
| *Arch implant* | | |
| • INJECTION OF ANESTHETIC AGENT AROUND MEDIAL BRANCH NERVES INNERVATING LUMBAR FACET JOINT | Bilateral | 1/8/2020 |
| *Procedure: Bilateral L3-5 MBB; Surgeon: Karan Verma, MD; Location: HGVH PAIN MGT; Service: Pain Management; Laterality: Bilateral;* | | |
| • INJECTION OF ANESTHETIC AGENT AROUND MEDIAL BRANCH NERVES INNERVATING LUMBAR FACET JOINT | Bilateral | 1/23/2020 |
| *Procedure: Bilateral L3-5 MBB; Surgeon: Karan Verma, MD; Location: HGVH PAIN MGT; Service: Pain* | | |

Lincoln/White 0231

Progress Notes - 09/29/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011293674
Enc. Date 9/29/2020

## Progress Notes (continued)

**Progress Notes by William James Hubbard, MD at 9/29/2020  3:40 PM (continued)**

Management;  Laterality: Bilateral;
- INJECTION OF ANESTHETIC AGENT AROUND NERVE          Bilateral          11/20/2019
  *Procedure: Block, Nerve Bilateral RN IV sedation;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT; Service: Pain Management;  Laterality: Bilateral;*
- KNEE ARTHROSCOPY W/ MENISCECTOMY                    Bilateral          9/23/2020
  *Procedure: ARTHROSCOPY, KNEE, WITH MENISCECTOMY;  Surgeon: Robert N. Moukarzel, MD;  Location: BRMH OR;  Service: Orthopedics;  Laterality: Bilateral;  PARTIAL MEDIAL MENISCECTOMY*
- RECONSTRUCTION OF LIGAMENT                          Right              7/20/2020
  *Procedure: RECONSTRUCTION, LIGAMENT;  Surgeon: William James Hubbard, MD;  Location: HGVH OR; Service: Orthopedics;  Laterality: Right;*
- TRIGGER FINGER RELEASE                              Right              7/20/2020
  *Procedure: RELEASE, TRIGGER FINGER;  Surgeon: William James Hubbard, MD;  Location: HGVH OR; Service: Orthopedics;  Laterality: Right;*
- TRIGGER FINGER RELEASE                              Left               9/14/2020
  *Procedure: RELEASE, TRIGGER FINGER;  Surgeon: William James Hubbard, MD;  Location: HGVH OR; Service: Orthopedics;  Laterality: Left;  Left thumb*

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Breast cancer | Maternal Aunt | |
| • Diabetes | Maternal Aunt | |
| • No Known Problems | Mother | |
| • Alcohol abuse | Father | |
| • Heart disease | Paternal Uncle | |
| • Heart disease | Maternal Grandfather | |
| • No Known Problems | Brother | |
| • Stroke | Neg Hx | |

Social History

Socioeconomic History
- Marital status:            Single
     Spouse name:            Not on file
- Number of children:        1
- Years of education:        Not on file
- Highest education level:   Not on file

Occupational History
- Occupation:                Not currently employed

Social Needs
- Financial resource strain: Not on file
- Food insecurity
     Worry:                  Not on file
     Inability:              Not on file
- Transportation needs
     Medical:                Not on file
     Non-medical:            Not on file

Tobacco Use
- Smoking status:            Never Smoker
- Smokeless tobacco:         Never Used

Substance and Sexual Activity
- Alcohol use:               Yes
     Frequency:              Monthly or less
     Drinks per session:     1 or 2
     *Comment: HOLD 72HRS PRIOR TO SURGERY*
-

---

Generated on 11/24/20  1:21 PM                                                   Page 78

Progress Notes - 09/29/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:            Sex: F
Acct #: 72011293674
Enc. Date 9/29/2020

## Progress Notes (continued)

Progress Notes by William James Hubbard, MD at 9/29/2020  3:40 PM (continued)

| | |
|---|---|
| Drug use: | No |
| • Sexual activity: | Not Currently |
| Partners: | Male |

Lifestyle

| | |
|---|---|
| • Physical activity | |
| Days per week: | Not on file |
| Minutes per session: | Not on file |
| • Stress: | Very much |

Relationships

| | |
|---|---|
| • Social connections | |
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |

Other Topics                          Concern

• Not on file

Social History Narrative

• Not on file

## Medication List with Changes/Refills
### Current Medications

| | |
|---|---|
| BUTALBITAL-ACETAMINOPHEN-CAFFEINE 50-325-40 MG (FIORICET, ESGIC) 50-325-40 MG PER TABLET | Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. |
| CELECOXIB (CELEBREX) 200 MG CAPSULE | Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. |
| CLONAZEPAM (KLONOPIN) 1 MG TABLET | Take 1 tablet by mouth twice daily as needed for anxiety |
| CYCLOBENZAPRINE (FLEXERIL) 10 MG TABLET | Take 1 tablet by mouth twice daily as needed |
| DULOXETINE (CYMBALTA) 60 MG CAPSULE | Take 1 capsule (60 mg total) by mouth once daily. |
| GABAPENTIN (NEURONTIN) 300 MG CAPSULE | Take 300 mg by mouth every evening. |
| HYDROCODONE-ACETAMINOPHEN (NORCO) 5-325 MG PER TABLET | Take 1 tablet by mouth every 6 (six) hours as needed for Pain. |
| HYDROCODONE-ACETAMINOPHEN (NORCO) 5-325 MG PER TABLET | Take 1 tablet by mouth every 8 (eight) hours as needed for Pain. |
| LEVOCETIRIZINE (XYZAL) 5 MG TABLET | TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING |
| METOPROLOL SUCCINATE (TOPROL-XL) 25 MG 24 HR TABLET | Take 25 mg by mouth once daily. |

Lincoln/White 0233

Progress Notes - 09/29/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011293674
Enc. Date 9/29/2020

## Progress Notes (continued)

**Progress Notes by William James Hubbard, MD at 9/29/2020  3:40 PM (continued)**

Review of patient's allergies indicates:

Allergen                                    Reactions

- Aleve [naproxen sodium]
    *GI indigestion*
- Aspirin                                    Nausea And Vomiting

Review of Systems
Constitution: Negative for malaise/fatigue.
HENT: Negative for hearing loss.
Eyes: Negative for double vision and visual disturbance.
Cardiovascular: Negative for chest pain.
Respiratory: Negative for shortness of breath.
Endocrine: Negative for cold intolerance.
Hematologic/Lymphatic: Does not bruise/bleed easily.
Skin: Negative for poor wound healing and suspicious lesions.
Musculoskeletal: Negative for gout, joint pain and joint swelling.
Gastrointestinal: Negative for nausea and vomiting.
Genitourinary: Negative for dysuria.
Neurological: Positive for headaches, numbness, paresthesias and sensory change.
Psychiatric/Behavioral: Positive for altered mental status. Negative for depression, memory loss and substance abuse. The patient has insomnia. The patient is not nervous/anxious.
Allergic/Immunologic: Negative for persistent infections.

## Objective:

Body mass index is 46.59 kg/m².

Vitals:

|        | 09/29/20 1551 |
|--------|---------------|
| BP:    | 122/86        |
| Pulse: | 102           |

**General**

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic.
Eyes: EOM are normal.
Neck: Normal range of motion.
Pulmonary/Chest: Effort normal.
Neurological: She is oriented to person, place, and time.
Psychiatric: She has a normal mood and affect.

**Left Hand/Wrist Exam**

Lincoln/White 0234

**Progress Notes - 09/29/2020**

| | |
|---|---|
| ONLC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:            Sex: F<br>Acct #: 72011293674<br>Enc. Date 9/29/2020 |

**Progress Notes (continued)**

**Progress Notes by William James Hubbard, MD at 9/29/2020  3:40 PM (continued)**

Inspection
Scars: Wrist - present Hand -  present
Effusion: Wrist - absent Hand -  absent

Other

Sensory Exam
Median Distribution: normal
Radial Distribution: normal

Comments:  The patient has a well-healed surgical scar volar left wrist and left volar thumb.  The suture line is intact. There are no motor or sensory deficits.

**Vascular Exam**

Capillary Refill
Left Hand: normal capillary refill

radiographs were not obtained today

**Assessment:**

Encounter Diagnoses

| Name | Primary? |
|---|---|
| • Trigger finger, acquired | Yes |
| • Carpal tunnel syndrome, bilateral | |
| status post left trigger thumb release | |
| Status post left carpal tunnel release | |

**Plan:**

The patient had the sutures removed today.  Steri-Strips were applied.  Wound care was discussed.  She seems to be doing well will return on a as needed basis.

**Disclaimer:** This note was prepared using a voice recognition system and is likely to have sound alike errors within the text.

Electronically signed by William James Hubbard, MD on 9/29/2020  4:18 PM

**Follow-up Information**

Lincoln/White 0235

**Progress Notes - 09/29/2020**

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011293674
Enc. Date 9/29/2020

**Follow-up Information (continued)**

    None

**Follow Up Call**

    No data filed

---

Lincoln/White 0236

**Progress Notes - 09/20/2020**

| HGVC OTORHINOLARYNGOLOGY | White, Sabrina Lynette | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72011316343 | |
| | Enc. Date 9/20/2020 | |

### 09/20/2020 - Lab Visit in The Grove - ENT

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email |
|---|---|---|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Timothy M. Durel, MD225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0237

Progress Notes - 09/20/2020

HGVC OTORHINOLARYNGOLOGY
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72011316343
Enc. Date 9/20/2020

## 09/20/2020 - Lab Visit in The Grove - ENT (continued)

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Preop testing | ICD-10-CM: Z01.818 ICD-9-CM: V72.84 | |

### Problem List as of 9/20/2020

Date Reviewed: **9/14/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 45.0-49.9, adult | ICD-10-CM: E66.01, Z68.42 ICD-9-CM: 278.01, V85.42 | | | 7/2/2018 - Present |
| Dyslipidemia | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| Lumbar facet arthropathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 1/23/2020 - Present |
| Chronic pain | ICD-10-CM: G89.29 ICD-9-CM: 338.29 | | | 7/7/2020 - Present |
| Sinus tachycardia by electrocardiogram | ICD-10-CM: R00.0 ICD-9-CM: 785.0 | | | 7/7/2020 - Present |
| Right carpal tunnel syndrome | ICD-10-CM: G56.01 ICD-9-CM: 354.0 | | | 7/20/2020 - Present |
| Decreased range of motion of finger of right hand | ICD-10-CM: M25.641 ICD-9-CM: 719.54 | | | 8/5/2020 - Present |
| Carpal tunnel syndrome of left wrist | ICD-10-CM: G56.02 ICD-9-CM: 354.0 | | | 9/9/2020 - Present |
| Trigger finger of left thumb | ICD-10-CM: M65.312 ICD-9-CM: 727.03 | | | 9/9/2020 - Present |
| Left hamstring injury | ICD-10-CM: S76.302A ICD-9-CM: 959.6 | | | 9/9/2020 - Present |
| Carpal tunnel syndrome on left | ICD-10-CM: G56.02 ICD-9-CM: 354.0 | | | 9/14/2020 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/6/2018 |
| RESOLVED: Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - 9/9/2020 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, G89.29 ICD-9-CM: 719.46, 338.29 | | | 11/20/2019 - 2/24/2020 |
| RESOLVED: Gamekeeper's thumb, right | ICD-10-CM: S63.31XA ICD-9-CM: 842.12 | | | 7/7/2020 - 9/9/2020 |
| RESOLVED: Trigger finger of right thumb | ICD-10-CM: M65.311 ICD-9-CM: 727.03 | | | 7/7/2020 - 9/9/2020 |

Lincoln/White 0238

Progress Notes - 09/20/2020

HGVC OTORHINOLARYNGOLOGY
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011316343
Enc. Date 9/20/2020

### 09/20/2020 - Lab Visit in The Grove - ENT (continued)

**Problem List (continued)** as of 9/20/2020                                    Date Reviewed: **9/14/2020**

## Patient as-of Visit

### Allergies as of 9/20/2020

Allergies last reviewed by Esther Stagg, RN on 9/18/2020 1307

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*
Severity: Medium                                    Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*
Reactions: Nausea And Vomiting                        Severity: Medium
Noted on: 02/13/2018

### Immunizations as of 9/20/2020

No documentation.

## Medications

**Outpatient Medications at Start of Encounter as of 9/20/2020**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet** | 12 tablet | 0 | 3/10/2020 | |
| Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. - Oral | | | | |
| Class: Print | | | | |
| **celecoxib (CELEBREX) 200 MG capsule** | 30 capsule | 1 | 3/19/2020 | |
| Sig - Route: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. - Oral | | | | |
| Prior authorization: Canceled - Other | | | | |
|     Esther Stagg, RN 9/18/2020  1:10 PM<br>    HOLD TODAY PRIOR TO SURGERY | | | | |
| **DULoxetine (CYMBALTA) 60 MG capsule** | 90 capsule | 1 | 9/4/2020 | 9/4/2021 |
| Sig - Route: Take 1 capsule (60 mg total) by mouth once daily. - Oral | | | | |
|     Esther Stagg, RN 9/18/2020  1:11 PM<br>    TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule** | | | 12/18/2019 | |
| Sig - Route: Take 300 mg by mouth every evening.  - Oral | | | | |
| Class: Historical Med | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet** | 15 tablet | 0 | 9/14/2020 | |
| Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral | | | | |
| Earliest Fill Date: 9/14/2020 | | | | |
| Notes to Pharmacy: Quantity prescribed more than 7 day supply? No | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet** | | | 1/22/2020 | 9/18/2020 |
| Sig - Route: Take 25 mg by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
|     Esther Stagg, RN 9/18/2020  1:12 PM<br>    TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet** | 60 tablet | 0 | 8/24/2020 | 9/28/2020 |

Generated on 11/24/20  1:21 PM                                                        Page 85

Lincoln/White 0239

**Progress Notes - 09/14/2020**

HGVH PERIOP SERVICES
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72011212976
Adm: 9/14/2020

### 09/14/2020 - Admission (Discharged) in The Grove - Periop Services

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email | | |
|---|---|---|---|---|
| | | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date | |
|---|---|---|---|---|
| Verified | Timothy M. Durel, MD225-761-5200 | 11/16/20 | 12/16/20 | |

Lincoln/White 0240

Progress Notes - 09/14/2020

HGVH PERIOP SERVICES
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72011212976
Adm: 9/14/2020

## 09/14/2020 - Admission (Discharged) in The Grove - Periop Services (continued)

### Admission Information

| Arrival Date/Time: | | Admit Date/Time: | 09/14/2020 0627 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | Orthopedic Surgery | Secondary Service: | |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: | The Grove - Periop Services |
| Admit Provider: | William James Hubbard, MD | Attending Provider: | William James Hubbard, MD | Referring Provider: | Andrea D. Cothern, NP |

### Admission Information

| Attending Provider | Admission Dx | Admitted on |
| --- | --- | --- |
| | Trigger finger, acquired, Carpal tunnel syndrome, bilateral, Carpal tunnel syndrome on left | 09/14/20 |

| Service | Isolation | Code Status |
| --- | --- | --- |
| Orthopedic Surgery | | Prior |

**Allergies**

Aleve [Naproxen Sodium], Aspirin

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
| --- | --- | --- | --- | --- |
| 09/14/2020 1320 | Home Or Self Care | None | None | The Grove - Periop Services |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
| --- | --- | --- | --- | --- | --- |
| G56.02 [Principal] | Carpal tunnel syndrome, left upper limb | | | | |
| M65.312 | Trigger thumb, left thumb | | | | |
| I10 | Essential (primary) hypertension | | | | |
| E78.5 | Hyperlipidemia, unspecified | | | | |
| K21.9 | Gastro-esophageal reflux disease without esophagitis | | | | |
| R00.0 | Tachycardia, unspecified | | | | |
| E66.01 | Morbid (severe) obesity due to excess calories | | | | |
| Z68.42 | Body mass index (BMI) 45.0-49.9, adult | | | | |
| Z88.6 | Allergy status to analgesic agent status | | | | |
| Z01.812 | Encounter for preprocedural laboratory examination | | | | |
| Z20.828 | Contact with and (suspected) exposure to other viral communicable diseases | | | | |

### Patient as-of Visit

**Allergies** as of 9/14/2020

Allergies last reviewed by Amy E. Boudreaux, RN on 9/14/2020 0750

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium                     Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*

Reactions: Nausea And Vomiting        Severity: Medium
Noted on: 02/13/2018

**Immunizations** as of 9/14/2020

No documentation.

Lincoln/White 0241

Progress Notes - 09/14/2020

HGVH PERIOP SERVICES
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72011212976
Adm: 9/14/2020

**09/14/2020 - Admission (Discharged) in The Grove - Periop Services (continued)**

**Patient as-of Visit (continued)**

Hospital Problem List as of 9/14/2020                                    Reviewed: **9/14/2020 by Brian J. Fish, MD**

| | Codes | Last Modified | POA |
|---|---|---|---|
| **Carpal tunnel syndrome on left** | ICD-10-CM: G56.02<br>ICD-9-CM: 354.0 | 9/14/2020 | Yes |

Non-Hospital Problem List as of 9/14/2020                               Reviewed: **9/14/2020 by Brian J. Fish, MD**

| | Codes | Last Modified |
|---|---|---|
| **Primary insomnia** | ICD-10-CM: F51.01<br>ICD-9-CM: 307.42 | 11/29/2016 |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | 8/27/2017 |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0<br>ICD-9-CM: 715.96 | 9/27/2017 |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22<br>ICD-9-CM: 721.0 | 9/27/2017 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562<br>ICD-9-CM: 719.46 | 10/6/2018 |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42<br>ICD-9-CM: 717.7 | 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41<br>ICD-9-CM: 717.7 | 10/31/2018 |
| **Lumbar facet arthropathy** | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | 1/23/2020 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569,<br>G89.29<br>ICD-9-CM: 719.46, 338.29 | 2/24/2020 |
| **Right carpal tunnel syndrome** | ICD-10-CM: G56.01<br>ICD-9-CM: 354.0 | 7/20/2020 |
| **Decreased range of motion of finger of right hand** | ICD-10-CM: M25.641<br>ICD-9-CM: 719.54 | 8/5/2020 |
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | 9/9/2020 |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | 9/9/2020 |
| **Migraine headache** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | 9/9/2020 |
| **Morbid obesity with BMI of 45.0-49.9, adult** | ICD-10-CM: E66.01, Z68.42<br>ICD-9-CM: 278.01, V85.42 | 9/9/2020 |
| RESOLVED: Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03<br>ICD-9-CM: 354.0 | 9/9/2020 |
| **Dyslipidemia** | ICD-10-CM: E78.5<br>ICD-9-CM: 272.4 | 9/9/2020 |
| RESOLVED: Gamekeeper's thumb, right | ICD-10-CM: S53.31XA<br>ICD-9-CM: 842.12 | 9/9/2020 |
| RESOLVED: Trigger finger of right thumb | ICD-10-CM: M65.311<br>ICD-9-CM: 727.03 | 9/9/2020 |
| **Chronic pain** | ICD-10-CM: G89.29<br>ICD-9-CM: 338.29 | 9/9/2020 |
| **Sinus tachycardia by electrocardiogram** | ICD-10-CM: R00.0<br>ICD-9-CM: 785.0 | 9/9/2020 |
| **Carpal tunnel syndrome of left wrist** | ICD-10-CM: G56.02<br>ICD-9-CM: 354.0 | 9/9/2020 |
| **Trigger finger of left thumb** | ICD-10-CM: M65.312<br>ICD-9-CM: 727.03 | 9/9/2020 |
| **Left hamstring injury** | ICD-10-CM: S76.302A<br>ICD-9-CM: 959.6 | 9/9/2020 |

Lincoln/White 0242

Progress Notes - 09/14/2020

HGVH PERIOP SERVICES
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011212976
Adm: 9/14/2020

## 09/14/2020 - Admission (Discharged) in The Grove - Periop Services (continued)

### Patient as-of Visit (continued)

### H&P Notes

#### 09/14/2020

#### Interval H&P Note by William James Hubbard, MD at 9/14/2020 6:56 AM

Author: William James Hubbard, MD        Service: —                              Author Type: Physician
Filed: 9/14/2020 6:56 AM                 Date of Service: 9/14/2020 6:56 AM       Status: Signed
Editor: William James Hubbard, MD (Physician)

The patient has been examined and the H&P has been reviewed:

I concur with the findings and no changes have occurred since H&P was written.

Surgery risks, benefits and alternative options discussed and understood by patient/family.

Active Hospital Problems
Diagnosis                                                                        POA
• Carpal tunnel syndrome on left [G56.02]                                        Yes

Resolved Hospital Problems
No resolved problems to display.

Electronically signed by William James Hubbard, MD at 9/14/2020 6:56 AM

#### Source Note

Author: William James Hubbard, MD        Service: —                              Author Type: Physician
Filed: 9/2/2020 8:00 AM                   Date of Service: 9/2/2020 7:20 AM        Status: Signed
Editor: William James Hubbard, MD (Physician)

### Subjective:

**Patient ID:** Sabrina Lynette White is a 47 y.o. female.

**Chief Complaint:** Pain and Post-op Evaluation of the Right Hand

The patient is a 47-year-old female status post right carpal tunnel release and right thumb ulnar collateral ligament reconstruction metacarpophalangeal joint date of surgery is 07/20/2020. She is pleased with that surgery. She wishes to have a left carpal tunnel release and left trigger thumb release. She has had active triggering of the left thumb for the last several months. She wishes to avoid injection.

Past Medical History:
Diagnosis                                                                        Date
• Anxiety
• Arthritis
• Depression
• Encounter for blood transfusion
  *had to have infusion during surgery in 2008*
• GERD (gastroesophageal reflux disease)
• Hyperlipidemia
• Hypertension

Lincoln/White 0243

Progress Notes - 09/14/2020

| HGVH PERIOP SERVICES | White, Sabrina Lynette | |
| 17000 Medical Center Dr | MRN: 1932025, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72011212976 | |
| | Adm: 9/14/2020 | |

**09/14/2020 - Admission (Discharged) in The Grove - Periop Services (continued)**

**H&P Notes (continued)**

- Osteoarthritis of spine with radiculopathy, cervical region

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CARPAL TUNNEL RELEASE | Right | 7/20/2020 |

*Procedure: RELEASE, CARPAL TUNNEL; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Right; Ulnar Collateral Ligament Repair-- Arthrex Internal Brace*

- CESAREAN SECTION, LOW TRANSVERSE
- CYST REMOVAL                    Right            7/20/2020

*Procedure: EXCISION, CYST; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Right; ulnar cyst*

- FOOT SURGERY

*Arch implant*

- INJECTION OF ANESTHETIC AGENT AROUND MEDIAL        Bilateral        1/8/2020
  BRANCH NERVES INNERVATING LUMBAR FACET JOINT

*Procedure: Bilateral L3-5 MBB; Surgeon: Karan Verma, MD; Location: HGVH PAIN MGT; Service: Pain Management; Laterality: Bilateral;*

- INJECTION OF ANESTHETIC AGENT AROUND MEDIAL        Bilateral        1/23/2020
  BRANCH NERVES INNERVATING LUMBAR FACET JOINT

*Procedure: Bilateral L3-5 MBB; Surgeon: Karan Verma, MD; Location: HGVH PAIN MGT; Service: Pain Management; Laterality: Bilateral;*

- INJECTION OF ANESTHETIC AGENT AROUND NERVE        Bilateral        11/20/2019

*Procedure: Block, Nerve Bilateral RN IV sedation; Surgeon: Karan Verma, MD; Location: HGVH PAIN MGT; Service: Pain Management; Laterality: Bilateral;*

- RECONSTRUCTION OF LIGAMENT                Right            7/20/2020

*Procedure: RECONSTRUCTION, LIGAMENT; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Right;*

- TRIGGER FINGER RELEASE                Right            7/20/2020

*Procedure: RELEASE, TRIGGER FINGER; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Right;*

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Breast cancer | Maternal Aunt | |
| • Diabetes | Maternal Aunt | |
| • No Known Problems | Mother | |
| • Alcohol abuse | Father | |
| • Heart disease | Paternal Uncle | |
| • Heart disease | Maternal Grandfather | |
| • No Known Problems | Brother | |
| • Stroke | Neg Hx | |

Social History

Socioeconomic History

| • Marital status: | Single |
|---|---|
| Spouse name: | Not on file |
| • Number of children: | 1 |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

Occupational History

| • Occupation: | Not currently employed |
|---|---|

Social Needs

| • Financial resource strain: | Not on file |
|---|---|
| • Food insecurity | |

Lincoln/White 0244

Progress Notes - 09/14/2020

| | |
|---|---|
| HGVH PERIOP SERVICES<br>17000 Medical Center Dr<br>Baton Rouge LA 70816 | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72011212976<br>Adm: 9/14/2020 |

### 09/14/2020 - Admission (Discharged) in The Grove - Periop Services (continued)

**H&P Notes (continued)**

| | |
|---|---|
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs | |
| Medical: | Not on file |
| Non-medical: | Not on file |

Tobacco Use
| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |

Substance and Sexual Activity
| | |
|---|---|
| • Alcohol use: | Yes |
| Frequency: | Monthly or less |
| Drinks per session: | 1 or 2 |
| • Drug use: | No |
| • Sexual activity: | Not Currently |
| Partners: | Male |

Lifestyle
| | |
|---|---|
| • Physical activity | |
| Days per week: | Not on file |
| Minutes per session: | Not on file |
| • Stress: | Very much |

Relationships
| | |
|---|---|
| • Social connections | |
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or<br>organization: | Not on file |
| Attends meetings of clubs<br>or organizations: | Not on file |
| Relationship status: | Not on file |

Other Topics      Concern
• Not on file

Social History Narrative
• Not on file

**Medication List with Changes/Refills**
**Current Medications**

| | |
|---|---|
| BETAMETHASONE<br>DIPROPIONATE<br>(DIPROLENE) 0.05 %<br>CREAM | Apply topically 2 (two) times<br>daily. |
| BUTALBITAL-<br>ACETAMINOPHEN-<br>CAFFEINE 50-325-40 MG<br>(FIORICET, ESGIC) 50-325-<br>40 MG PER TABLET | Take 1 tablet by mouth<br>every 4 (four) hours as<br>needed for Pain or<br>Headaches. |
| CELECOXIB (CELEBREX)<br>200 MG CAPSULE | Take 1 capsule (200 mg<br>total) by mouth once daily.<br>Take with food. Discontinue if<br>develop GI side effects. |
| CELECOXIB (CELEBREX)<br>200 MG CAPSULE | Take 1 capsule (200 mg<br>total) by mouth 2 (two) times<br>daily. Take with food |

Lincoln/White 0245

**Progress Notes - 09/14/2020**

HGVH PERIOP SERVICES
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72011212976
Adm: 9/14/2020

## 09/14/2020 - Admission (Discharged) in The Grove - Periop Services (continued)

**H&P Notes (continued)**

| | |
|---|---|
| CLONAZEPAM (KLONOPIN) 1 MG TABLET | Take 1 tablet by mouth twice daily as needed for anxiety |
| CYCLOBENZAPRINE (FLEXERIL) 10 MG TABLET | Take 1 tablet by mouth twice daily as needed |
| DULOXETINE (CYMBALTA) 30 MG CAPSULE | Take 1 capsule (30 mg total) by mouth once daily. |
| GABAPENTIN (NEURONTIN) 300 MG CAPSULE | Take 300 mg by mouth nightly as needed. |
| HYDROCODONE-ACETAMINOPHEN (NORCO) 5-325 MG PER TABLET | Take 1 tablet by mouth every 6 (six) hours as needed for Pain. |
| LEVOCETIRIZINE (XYZAL) 5 MG TABLET | TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING |
| METOPROLOL SUCCINATE (TOPROL-XL) 25 MG 24 HR TABLET | Take 25 mg by mouth once daily. |

Review of patient's allergies indicates:

| Allergen | Reactions |
|---|---|
| • Aleve [naproxen sodium] | |
|    *GI indigestion* | |
| • Aspirin | Nausea And Vomiting |

Review of Systems
Constitution: Negative for malaise/fatigue.
HENT: Negative for hearing loss.
Eyes: Negative for double vision and visual disturbance.
Cardiovascular: Negative for chest pain.
Respiratory: Negative for shortness of breath.
Endocrine: Negative for cold intolerance.
Hematologic/Lymphatic: Does not bruise/bleed easily.
Skin: Negative for poor wound healing and suspicious lesions.
Musculoskeletal: Positive for back pain. Negative for gout, joint pain and joint swelling.
Gastrointestinal: Negative for nausea and vomiting.
Genitourinary: Negative for dysuria.
Neurological: Positive for headaches, numbness, paresthesias and sensory change.
Psychiatric/Behavioral: Positive for altered mental status and depression. Negative for memory loss and substance abuse. The patient has insomnia. The patient is not nervous/anxious.
Allergic/Immunologic: Negative for persistent infections.

**Objective:**
Body mass index is 46.77 kg/m².
Vitals:

| | 09/02/20 0740 |
|---|---|
| BP: | (!) 150/100 |
| Pulse: | 82 |

Lincoln/White 0246

Progress Notes - 09/14/2020

HGVH PERIOP SERVICES                          White, Sabrina Lynette
17000 Medical Center Dr                        MRN: 1932025, DOB:              Sex: F
Baton Rouge LA 70816                           Acct #: 72011212976
                                               Adm: 9/14/2020

**09/14/2020 - Admission (Discharged) in The Grove - Periop Services (continued)**

**H&P Notes (continued)**

## General

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: EOM are normal.
Neck: Normal range of motion.
Cardiovascular: Normal rate.
Pulmonary/Chest: Effort normal.
Abdominal: Soft.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit.
Psychiatric: She has a normal mood and affect.

## Right Hand/Wrist Exam

Inspection
Scars: Wrist - present Hand - present
Effusion: Wrist - absent Hand - absent

Other

Neuorologic Exam

Median Distribution: normal
Ulnar Distribution: normal
Radial Distribution: normal

## Left Hand/Wrist Exam

Inspection
Scars: Wrist - absent Hand - absent
Effusion: Wrist - absent Hand - absent

Pain
Hand - The patient exhibits pain of the thumb MCP.
Wrist - The patient exhibits pain of the flexor/pronator group.

Tests
Phalen's sign: positive
Tinel's sign (median nerve): positive
Carpal Tunnel Compression Test: positive

## Atrophy
Thenar: Negative

Generated on 11/24/20  1:21 PM                                             Page 95

Lincoln/White 0247

**Progress Notes - 09/14/2020**

| | |
|---|---|
| HGVH PERIOP SERVICES | White, Sabrina Lynette |
| 17000 Medical Center Dr | MRN: 1932025, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72011212976 |
| | Adm: 9/14/2020 |

**09/14/2020 - Admission (Discharged) in The Grove - Periop Services (continued)**

**H&P Notes (continued)**

Intrinsic: negative

Other

Sensory Exam
Median Distribution: abnormal
Ulnar Distribution: normal
Radial Distribution: normal

Comments: The patient has a positive Tinel and positive Phalen sign. There is no thenar atrophy noted. She has active triggering of the right thumb with a palpable nodule that moves with tendon excursion.

**Vascular Exam**

Capillary Refill
Right Hand: normal capillary refill
Left Hand: normal capillary refill

radiographs were not obtained today

**Assessment:**

Encounter Diagnoses

| Name | Primary? |
|---|---|
| • Trigger finger, acquired | Yes |
| • Gamekeeper's thumb of right hand, subsequent encounter | |
| • Carpal tunnel syndrome, bilateral | |

**Plan:**

The patient seems pleased with her right carpal tunnel release and right gamekeeper's thumb reconstruction. She wishes to have a left carpal tunnel release and left trigger thumb release. She was counseled regarding the surgery. Risk complications and alternatives were discussed including the risk of infection, anesthetic risk, injury to nerves and vessels, loss of motion, and possible need for additional surgeries were discussed. She seems to understand and agree that surgery. All questions were answered.

**Disclaimer:** This note was prepared using a voice recognition system and is likely to have sound alike errors within the text.

Electronically signed by William James Hubbard, MD at 9/2/2020  8:50 AM

Lincoln/White 0248

**Progress Notes - 09/09/2020**

HGVH PRE-ADMIT
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011192950
Adm: 9/9/2020

### 09/09/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|-----------|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email |
|---------|-------|-------|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|-----------|-----|--------------------|------------------|
| Verified | Timothy M. Durel, MD225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0249

Progress Notes - 09/09/2020

HGVH PRE-ADMIT
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011192950
Adm: 9/9/2020

## 09/09/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)

### Admission Information

| | | | | |
|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 09/09/2020 1010 | IP Adm. Date/Time: |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: |
| Means of Arrival: | | Primary Service: | | Secondary Service: |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: | The Grove - Pre-Admit Testing |
| Admit Provider: | | Attending Provider: | William James Hubbard, MD | Referring Provider: | William James Hubbard, MD |

### Admission Information

| Attending Provider | Admission Dx | Admitted on |
|---|---|---|
| | | 09/09/20 |
| **Service** | **Isolation** | **Code Status** |
| | | Prior |
| **Allergies** | | |
| Aleve [Naproxen Sodium], Aspirin | | |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 09/09/2020 | Home Or Self Care | None | None | The Grove - Pre-Admit Testing |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| Z01.818 [Principal] | Encounter for other preprocedural examination | | | | |
| G56.02 | Carpal tunnel syndrome, left upper limb | | | | |
| M65.312 | Trigger thumb, left thumb | | | | |

### Patient as-of Visit

**Allergies** as of 9/9/2020

Allergies last reviewed by Amanda B. Dupre, NP on 9/9/2020 1057

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium                    Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*

Reactions: Nausea And Vomiting           Severity: Medium
Noted on: 02/13/2018

**Immunizations** as of 9/9/2020

No documentation.

Hospital Problem List as of 9/9/2020                    Reviewed: **9/2/2020 by William Hubbard, MD**

| | Codes | Last Modified | POA |
|---|---|---|---|
| * **(Principal) Carpal tunnel syndrome of left wrist** | ICD-10-CM: G56.02 ICD-9-CM: 354.0 | 9/9/2020 | Yes |

Current Assessment & Plan 9/9/2020 Hospital Encounter Written 9/3/2020 10:37 AM by Amanda B. Dupre, NP
The patient is scheduled for a Left carpal tunnel release and Left thumb trigger release on 9/14/20 by Dr. Hubbard

Lincoln/White 0250

Progress Notes - 09/09/2020

HGVH PRE-ADMIT
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72011192950
Adm: 9/9/2020

## 09/09/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)

### Patient as-of Visit (continued)

| | | | |
|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | 9/9/2020 | Yes |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | 9/9/2020 | Yes |
| **Migraine headache** | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | 9/9/2020 | Yes |
| **Morbid obesity with BMI of 45.0-49.9, adult** | ICD-10-CM: E66.01, Z68.42 ICD-9-CM: 278.01, V85.42 | 9/9/2020 | Not Applicable |
| **Dyslipidemia** | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | 9/9/2020 | Yes |
| **Chronic pain** | ICD-10-CM: G89.29 ICD-9-CM: 338.29 | 9/9/2020 | Yes |
| **Sinus tachycardia by electrocardiogram** | ICD-10-CM: R00.0 ICD-9-CM: 785.0 | 9/9/2020 | Yes |
| **Trigger finger of left thumb** | ICD-10-CM: M65.312 ICD-9-CM: 727.03 | 9/9/2020 | Yes |

Non-Hospital Problem List as of 9/9/2020                Reviewed: **9/2/2020 by William Hubbard, MD**

| | Codes | Last Modified |
|---|---|---|
| **Primary insomnia** | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | 11/29/2016 |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | 8/27/2017 |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | 9/27/2017 |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | 9/27/2017 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | 10/6/2018 |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | 10/31/2018 |
| **Lumbar facet arthropathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | 1/23/2020 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, G89.29 ICD-9-CM: 719.46, 338.29 | 2/24/2020 |
| **Right carpal tunnel syndrome** | ICD-10-CM: G56.01 ICD-9-CM: 354.0 | 7/20/2020 |
| **Decreased range of motion of finger of right hand** | ICD-10-CM: M25.641 ICD-9-CM: 719.54 | 8/5/2020 |
| RESOLVED: Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | 9/9/2020 |
| RESOLVED: Gamekeeper's thumb, right | ICD-10-CM: S53.31XA ICD-9-CM: 842.12 | 9/9/2020 |
| RESOLVED: Trigger finger of right thumb | ICD-10-CM: M65.311 ICD-9-CM: 727.03 | 9/9/2020 |
| **Left hamstring injury** | ICD-10-CM: S76.302A ICD-9-CM: 959.6 | 9/9/2020 |

## H&P Notes

### 09/09/2020

**H&P by Amanda B. Dupre, NP** at 9/9/2020 10:38 AM

---

Lincoln/White 0251

Progress Notes - 09/09/2020

HGVH PRE-ADMIT                                    White, Sabrina Lynette
17000 Medical Center Dr                          MRN: 1932025, DOB:            Sex: F
Baton Rouge LA 70816                             Acct #: 72011192950
                                                 Adm: 9/9/2020

**09/09/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)**

**H&P Notes (continued)**

Author: Amanda B. Dupre, NP          Service: Hospital Medicine        Author Type: Nurse Practitioner
Filed: 9/9/2020 10:56 AM             Date of Service: 9/9/2020 10:38 AM   Status: Signed
Editor: Amanda B. Dupre, NP (Nurse Practitioner)                       Cosigner: James A. Ratliff, MD at
                                                                       9/17/2020  1:03 PM

### Preoperative History and Physical
### Hospital Medicine

**Chief Complaint**: Preoperative evaluation

**History of Present Illness:**

Sabrina Lynette White is a 47 y.o. female who presents to the office today for a preoperative consultation at the request of Dr. Hubbard who plans on performing Left carpal tunnel release and Left thumb trigger release on 9/14/20.

**Functional Status:**

The patient is not able to climb a flight of stairs. The patient is able to ambulate approx 100 feet without difficulty. The patient's functional status is affected by the surgical problem. The patient's functional status is not affected by shortness of breath, chest pain, dyspnea on exertion and fatigue.
**MET score less than 4**

**Past Medical History:**

Past Medical History:
Diagnosis                                                              Date
- Anxiety
- Arthritis
- Depression
- Encounter for blood transfusion
  *had to have infusion during surgery in 2008*
- GERD (gastroesophageal reflux disease)
- Hyperlipidemia
- Hypertension
- Osteoarthritis of spine with radiculopathy, cervical region

**Past Surgical History:**

Past Surgical History:
Procedure                                            Laterality        Date
- CARPAL TUNNEL RELEASE                              Right             7/20/2020
  *Procedure: RELEASE, CARPAL TUNNEL;  Surgeon: William James Hubbard, MD;  Location: HGVH OR;  Service: Orthopedics;  Laterality: Right;  Ulnar Collateral Ligament Repair-- Arthrex Internal Brace*
- CESAREAN SECTION, LOW TRANSVERSE
- CYST REMOVAL                                       Right             7/20/2020
  *Procedure: EXCISION, CYST;  Surgeon: William James Hubbard, MD;  Location: HGVH OR;  Service: Orthopedics;  Laterality: Right;  ulnar cyst*
- FOOT SURGERY
  *Arch implant*
- INJECTION OF ANESTHETIC AGENT AROUND MEDIAL        Bilateral         1/8/2020

Lincoln/White 0252

Progress Notes - 09/09/2020

HGVH PRE-ADMIT
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:             Sex: F
Acct #: 72011192950
Adm: 9/9/2020

**09/09/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)**

**H&P Notes (continued)**

BRANCH NERVES INNERVATING LUMBAR FACET JOINT
*Procedure: Bilateral L3-5 MBB;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT;  Service: Pain Management;  Laterality: Bilateral;*

- INJECTION OF ANESTHETIC AGENT AROUND MEDIAL            Bilateral            1/23/2020
  BRANCH NERVES INNERVATING LUMBAR FACET JOINT
  *Procedure: Bilateral L3-5 MBB;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT;  Service: Pain Management;  Laterality: Bilateral;*

- INJECTION OF ANESTHETIC AGENT AROUND NERVE            Bilateral            11/20/2019
  *Procedure: Block, Nerve Bilateral RN IV sedation;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT;  Service: Pain Management;  Laterality: Bilateral;*

- RECONSTRUCTION OF LIGAMENT                              Right            7/20/2020
  *Procedure: RECONSTRUCTION, LIGAMENT;  Surgeon: William James Hubbard, MD;  Location: HGVH OR;  Service: Orthopedics;  Laterality: Right;*

- TRIGGER FINGER RELEASE                                  Right            7/20/2020
  *Procedure: RELEASE, TRIGGER FINGER;  Surgeon: William James Hubbard, MD;  Location: HGVH OR;  Service: Orthopedics;  Laterality: Right;*


**Social History:**

Social History

Socioeconomic History
- Marital status:                Single
     Spouse name:               Not on file
- Number of children:           1
- Years of education:           Not on file
- Highest education level:      Not on file

Occupational History
- Occupation:                   Not currently employed

Social Needs
- Financial resource strain:    Not on file
- Food insecurity
     Worry:                     Not on file
     Inability:                 Not on file
- Transportation needs
     Medical:                   Not on file
     Non-medical:               Not on file

Tobacco Use
- Smoking status:               Never Smoker
- Smokeless tobacco:            Never Used

Substance and Sexual Activity
- Alcohol use:                  Yes
     Frequency:                 Monthly or less
     Drinks per session:        1 or 2
- Drug use:                     No
- Sexual activity:              Not Currently
     Partners:                  Male

Lifestyle
- Physical activity
     Days per week:             Not on file
     Minutes per session:       Not on file

Lincoln/White 0253

Progress Notes - 09/09/2020

| | |
|---|---|
| HGVH PRE-ADMIT | White, Sabrina Lynette |
| 17000 Medical Center Dr | MRN: 1932025, DOB:                Sex: F |
| Baton Rouge LA 70816 | Acct #: 72011192950 |
| | Adm: 9/9/2020 |

### 09/09/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)

**H&P Notes (continued)**

- Stress:                          Very much

Relationships

- Social connections
  - Talks on phone:                Not on file
  - Gets together:                 Not on file
  - Attends religious service:     Not on file
  - Active member of club or       Not on file
    organization:
  - Attends meetings of clubs      Not on file
    or organizations:
  - Relationship status:           Not on file

Other Topics                  Concern

- Not on file

Social History Narrative

- Not on file

## Family History:

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Breast cancer | Maternal Aunt | |
| • Diabetes | Maternal Aunt | |
| • No Known Problems | Mother | |
| • Alcohol abuse | Father | |
| • Heart disease | Paternal Uncle | |
| • Heart disease | Maternal Grandfather | |
| • No Known Problems | Brother | |
| • Stroke | Neg Hx | |

## Allergies:

Review of patient's allergies indicates:

| Allergen | Reactions |
|---|---|
| • Aleve [naproxen sodium] | |
| *GI indigestion* | |
| • Aspirin | Nausea And Vomiting |

## Medications:

Current Outpatient Medications

| Medication | Sig |
|---|---|
| • butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet | Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. |
| • celecoxib (CELEBREX) 200 MG capsule | Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. (Patient taking differently: Take 200 mg by mouth 2 (two) times daily. ) |

Lincoln/White 0254

Progress Notes - 09/09/2020

| HGVH PRE-ADMIT | White, Sabrina Lynette | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 1932025, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72011192950 | |
| | Adm: 9/9/2020 | |

**09/09/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)**

**H&P Notes (continued)**

| | |
|---|---|
| • clonazePAM (KLONOPIN) 1 MG tablet | Take 1 tablet by mouth twice daily as needed for anxiety (Patient taking differently: Take 1 mg by mouth 2 (two) times daily. ) |
| • cyclobenzaprine (FLEXERIL) 10 MG tablet | Take 1 tablet by mouth twice daily as needed (Patient taking differently: Take 10 mg by mouth 2 (two) times daily. ) |
| • DULoxetine (CYMBALTA) 60 MG capsule | Take 1 capsule (60 mg total) by mouth once daily. |
| • gabapentin (NEURONTIN) 300 MG capsule | Take 300 mg by mouth every evening. |
| • HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet | Take 1 tablet by mouth every 6 (six) hours as needed for Pain. |
| • levocetirizine (XYZAL) 5 MG tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING |
| • metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet | Take 25 mg by mouth once daily. |

No current facility-administered medications for this encounter.

Facility-Administered Medications Ordered in Other Encounters
Medication

• lidocaine (PF) 10 mg/ml (1%) injection 5 mg

**Vitals:**

Vitals:

|  | 09/09/20 1027 |
|---|---|
| BP: | 119/75 |
| Pulse: | 88 |
| Resp: | 16 |
| Temp: | 98 °F (36.7 °C) |

**Review of Systems:**

Constitutional: Negative for fever, chills, weight loss, malaise/fatigue and diaphoresis.
HENT: Negative for hearing loss, ear pain, nosebleeds, congestion, sore throat, neck pain, tinnitus and ear discharge.
Eyes: Negative for blurred vision, double vision, photophobia, pain, discharge and redness.
Respiratory: Negative for cough, hemoptysis, sputum production, shortness of breath, wheezing and stridor.
Cardiovascular: Negative for chest pain, palpitations, orthopnea, claudication, leg swelling and PND.
Gastrointestinal: Negative for heartburn, nausea, vomiting, abdominal pain, diarrhea, constipation, blood in stool and melena.
Genitourinary: Negative for dysuria, urgency, frequency, hematuria and flank pain.
Musculoskeletal:**+left hand/wrist discomfort, Chronic low back and BLE pain, Chronic bilateral knee pain** Negative for myalgias and falls.
Skin: Negative for itching and rash.
Neurological: Negative for dizziness, tingling, tremors, sensory change, speech change, focal weakness, seizures, loss of consciousness, weakness and headaches.
Endo/Heme/Allergies: Negative for environmental allergies and polydipsia. Does not bruise/bleed easily.

Lincoln/White 0255

Progress Notes - 09/09/2020

| | |
|---|---|
| HGVH PRE-ADMIT | White, Sabrina Lynette |
| 17000 Medical Center Dr | MRN: 1932025, DOB:           Sex: F |
| Baton Rouge LA 70816 | Acct #: 72011192950 |
| | Adm: 9/9/2020 |

**09/09/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)**

**H&P Notes (continued)**

Psychiatric/Behavioral: Negative for depression, suicidal ideas, hallucinations, memory loss and substance abuse. The patient is not nervous/anxious and does not have insomnia.
All 14 systems reviewed and negative except as noted above.

**Physical Exam:**

Constitutional: Appears obese and in no acute distress.  Patient is oriented to person, place, and time.
Head: Normocephalic and atraumatic. Mucous membranes moist.
Neck: Neck supple no mass.
Cardiovascular: Normal rate and regular rhythm.  S1 S2 appreciated by ascultation.
Pulmonary/Chest: Effort normal and clear to auscultation bilaterally. No respiratory distress.
Abdomen: Soft. Non-tender and non-distended. Bowel sounds are normal.
Neurological: Patient is alert and oriented to person, place and time. Moves all extremities.
Skin: Warm and dry. No lesions.
Extremities: No clubbing, cyanosis or edema.

**Laboratory data:**

Reviewed and noted in plan where applicable. Please see chart for full laboratory data.

No results for input(s): CPK, CPKMB, TROPONINI, MB in the last 24 hours. No results for input(s): POCTGLUCOSE in the last 24 hours.

Lab Results

| Component | Value | Date |
|---|---|---|
| INR | 1.0 | 01/06/2014 |

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 5.22 | 07/07/2020 |
| HGB | 14.4 | 07/07/2020 |
| HCT | 44.6 | 07/07/2020 |
| MCV | 90 | 07/07/2020 |
| PLT | 365 (H) | 07/07/2020 |

No results for input(s): GLU, NA, K, CL, CO2, BUN, CREATININE, CALCIUM, MG in the last 24 hours.

**Predictors of intubation difficulty:**

Morbid obesity? yes - **BMI 47**
Anatomically abnormal facies? no
Prominent incisors? no
Receding mandible? no
Short, thick neck? no
Neck range of motion: normal

**Cardiographics:**

**ECG: 7/7/20**
Sinus tachycardia

Lincoln/White 0256

**Progress Notes - 09/09/2020**

| | |
|---|---|
| HGVH PRE-ADMIT | White, Sabrina Lynette |
| 17000 Medical Center Dr | MRN: 1932025, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72011192950 |
| | Adm: 9/9/2020 |

**09/09/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)**

**H&P Notes (continued)**

Otherwise normal ECG
When compared with ECG of 06-JAN-2014 20:37,
T wave amplitude has decreased in Anterior leads

### Echo 1/22/20-care everywhere

```
Normal left ventricle cavity size. Normal wall thickness. Low normal
(50-55%) ejection fraction.
```

**Imaging:**

### Chest x-ray 1/21/20-care everywhere

```
The lungs are under expanded. No consolidation, pleural effusion, or pneumothorax seen.   The
cardiac silhouette is normal in size.
```

**Assessment and Plan:**

### Left Carpal tunnel syndrome and Left rigger thumb

The patient is scheduled for a Left carpal tunnel release and Left thumb trigger release on 9/14/20 by Dr.Hubbard

Known risk factors for perioperative complications:

Morbid obesity -BMI 47
Mild Tachycardia
HTN

Difficulty with intubation is not anticipated.

**Cardiac Risk Estimation**: low intraoperative cardiac risk

**1.) Preoperative workup as follows:** hemoglobin, hematocrit, electrolytes, creatinine, glucose.
**2.) Change in medication regimen before surgery:** none
**3.) Prophylaxis for cardiac events with perioperative beta-blockers:** Cont Toprol .
**4.) Invasive hemodynamic monitoring perioperatively:** not indicated.
**5.) Deep vein thrombosis prophylaxis postoperatively:** regimen to be chosen by surgical team.
**6.) Surveillance for postoperative MI with ECG immediately postoperatively and on postoperati ve days 1 and 2 AND troponin levels 24 hours postoperatively and on day 4 or hospital discharge (whichever comes first):** not indicated.
**7.) Current medications which may produce withdrawal symptoms if withheld perioperatively:** Klonopin
**8.) Other measures**: None

### Sinus tachycardia by electrocardiogram

Mild tachycardia noted on EKG
HR has improved- 88 b/min today on exam
Tachycardiaa ppears chronic
Asymptomatic
Pt reports compliance with Toprol
cont Toprol
Check TSh

### Essential hypertension

Stable
Cont Toprol

---

Lincoln/White 0257

**Progress Notes - 09/09/2020**

HGVH PRE-ADMIT
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011192950
Adm: 9/9/2020

**09/09/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)**

**H&P Notes (continued)**

## Adjustment disorder with mixed anxiety and depressed mood
Stable
Cont Cymbalta and Klonopin

## Migraine headache
Stable
Cont Fioricet prn

## Morbid obesity with BMI of 45.0-49.9, adult
Counseled on healthy weight, diet, and exercise

## Chronic pain
Stable
Cont Flexeril BID and Gabapentin nightly prn

## Hyperglycemia
Check Hgb A1c

## Left hamstring strain
Pt reports she fell and "did a split" on 9/7/20-was seen at Urgent care and dx with muscle strain
Cont Flexeril BID, Celebrex BID, and Norco Prn
F/U with Dr. Moukarzel

## Bilateral knee arthritis
Pt has bilateral knee arthroscopy scheduled on 9/23/20. Instructed pt to call Dr. Moukarzel and notify him of surgery with Dr. Hubabrd. Pt will still have sutures in place from this surgery until 9/25/20. Recommend postponing knee arthroscopy until completely healed from left CTR (after 9/25/20)

Electronically signed by Amanda B. Dupre, NP at 9/9/2020 10:56 AM
Electronically signed by James A. Ratliff, MD at 9/17/2020 1:03 PM

**Labs for Abstract**

**CBC auto differential [545136974] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9309009801:1 | Blood | Blood | Ellen Gautreaux, RN 09/09/20 1050 |

CBC auto differential [545136974] (Abnormal)                    Resulted: 09/09/20 1106, Result status: Final result

Ordering provider: Amanda B. Dupre, NP 09/09/20 1033      Order status: Completed
Filed by: Edi, Soft Lab Interface 09/09/20 1107      Collected by: Ellen Gautreaux, RN 09/09/20 1050
Resulting lab: OCHSNER MEDICAL COMPLEX - THE GROVE

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 5.32 | 3.90 - 12.70 K/uL | — | HGLB |
| RBC | 4.67 | 4.00 - 5.40 M/uL | — | HGLB |
| Hemoglobin | 13.6 | 12.0 - 16.0 g/dL | — | HGLB |
| Hematocrit | 41.7 | 37.0 - 48.5 % | — | HGLB |
| MCV | 89 | 82 - 98 fL | — | HGLB |
| MCH | 29.1 | 27.0 - 31.0 pg | — | HGLB |
| MCHC | 32.6 | 32.0 - 36.0 g/dL | — | HGLB |

Lincoln/White 0258

**Progress Notes - 09/09/2020**

| | |
|---|---|
| HGVH PRE-ADMIT | White, Sabrina Lynette |
| 17000 Medical Center Dr | MRN: 1932025, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72011192950 |
| | Adm: 9/9/2020 |

**09/09/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)**

Please report to Ochsner at The Grove main lobby . Pre admit office will call afternoon prior to surgery with final arrival time

INSTRUCTIONS IMPORTANT!!!
 **Do not eat, drink, or smoke after 12 midnight-including water. OK to brush teeth, no gum, candy or mints!**

" Take only these medicines with a small swallow of water-morning of surgery.
**Toprol, Flexaril, Duloxetine, Klonopin**

**Pre operative instructions:**
Please review the Pre-Operative Instruction booklet that you were given.


**Bathing Instructions**--See page 6 in the Pre-operative booklet.

**Prevention of surgical site infections:**

>    -Keep incisions clean and dry.
>    -Do not soak/submerge incisions in water until completely healed.
>    -Do not apply lotions, powders, creams, or deodorants to site.
>    -Always make sure hands are cleaned with antibacterial soap/ alcohol-based cleaners prior to touching the
surgical site.  (This includes doctors, nurses, staff, and yourself.)

Signs and symptoms:
>    -Redness and pain around the area where you had surgery
>    -Drainage of cloudy fluid from your surgical wound
>    -Fever over 100.4


I have read or had read and explained to me, and understand the above information.
Additional comments or instructions:
Received a copy of Pre-operative instructions booklet, FAQ surgical site infection sheet, and packets of hibiclens (if indicated).


**Follow-up Information**

>    None

---

Lincoln/White 0259

**Progress Notes - 09/04/2020**

ONLH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72011215183
Enc. Date 9/4/2020

### 09/04/2020 - Lab Visit in Ochsner Medical Center-O'neal

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email | | |
|---|---|---|---|---|
| | | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Andrea D. Cothern, NP225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0260

Progress Notes - 09/04/2020

ONLH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011215183
Enc. Date 9/4/2020

## 09/04/2020 - Lab Visit in Ochsner Medical Center-O'neal (continued)

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **Hyperlipidemia, unspecified hyperlipidemia type** | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | |
| **Blood glucose elevated** | ICD-10-CM: R73.9 ICD-9-CM: 790.29 | |

**Problem List** as of 9/4/2020                                            Date Reviewed: **9/2/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine headache** | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| **Primary insomnia** | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| **Morbid obesity with BMI of 45.0-49.9, adult** | ICD-10-CM: E66.01, Z68.42 ICD-9-CM: 278.01, V85.42 | | | 7/2/2018 - Present |
| **Carpal tunnel syndrome on both sides** | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| **Dyslipidemia** | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| **Lumbar facet arthropathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 1/23/2020 - Present |
| **Gamekeeper's thumb, right** | ICD-10-CM: S63.31XA ICD-9-CM: 842.12 | | | 7/7/2020 - Present |
| **Trigger finger of right thumb** | ICD-10-CM: M65.311 ICD-9-CM: 727.03 | | | 7/7/2020 - Present |
| **Chronic pain** | ICD-10-CM: G89.29 ICD-9-CM: 338.29 | | | 7/7/2020 - Present |
| **Sinus tachycardia by electrocardiogram** | ICD-10-CM: R00.0 ICD-9-CM: 785.0 | | | 7/7/2020 - Present |
| **Right carpal tunnel syndrome** | ICD-10-CM: G56.01 ICD-9-CM: 354.0 | | | 7/20/2020 - Present |
| **Decreased range of motion of finger of right hand** | ICD-10-CM: M25.641 ICD-9-CM: 719.54 | | | 8/5/2020 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, G89.29 ICD-9-CM: 719.46, 338.29 | | | 11/20/2019 - 2/24/2020 |

**Patient as-of Visit**

**Allergies** as of 9/4/2020

Allergies last reviewed by Shyranickia Long, LPN on 9/4/2020 1121

Lincoln/White 0261

Progress Notes - 09/04/2020

| ONLH LABORATORY | White, Sabrina Lynette |
|---|---|
| 17000 Medical Center Dr | MRN: 1932025, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72011215183 |
| | Enc. Date 9/4/2020 |

## 09/04/2020 - Lab Visit in Ochsner Medical Center-O'neal (continued)

### Patient as-of Visit (continued)

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium                                      Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*

Reactions: Nausea And Vomiting                        Severity: Medium
Noted on: 02/13/2018

**Immunizations** as of 9/4/2020

No documentation.

## Medications

### Outpatient Medications at Start of Encounter as of 9/4/2020

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet** | 12 tablet | 0 | 3/10/2020 | |
| Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. - Oral Class: Print | | | | |
| **celecoxib (CELEBREX) 200 MG capsule** | 30 capsule | 1 | 3/19/2020 | |
| Sig - Route: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. - Oral Prior authorization: Canceled - Other | | | | |
| Esther Stagg, RN 9/18/2020  1:10 PM HOLD TODAY PRIOR TO SURGERY | | | | |
| **DULoxetine (CYMBALTA) 60 MG capsule** | 90 capsule | 1 | 9/4/2020 | 9/4/2021 |
| Sig - Route: Take 1 capsule (60 mg total) by mouth once daily. - Oral | | | | |
| Esther Stagg, RN 9/18/2020  1:11 PM TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule** | | | 12/18/2019 | |
| Sig - Route: Take 300 mg by mouth every evening.  - Oral Class: Historical Med | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet** | | | 1/22/2020 | 9/18/2020 |
| Sig - Route: Take 25 mg by mouth once daily.  - Oral Class: Historical Med | | | | |
| Esther Stagg, RN 9/18/2020  1:12 PM TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **betamethasone dipropionate (DIPROLENE) 0.05 % cream** (Discontinued) | 45 g | 1 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Apply topically 2 (two) times daily. - Topical (Top) Reason for Discontinue: **Patient no longer taking** | | | | |
| **celecoxib (CELEBREX) 200 MG capsule** (Discontinued) | 60 capsule | 2 | 7/16/2020 | 9/4/2020 |
| Sig - Route: Take 1 capsule (200 mg total) by mouth 2 (two) times daily. Take with food - Oral Reason for Discontinue: **Duplicate Order** | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet** (Discontinued) | 60 tablet | 0 | 8/24/2020 | 9/28/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |

Lincoln/White 0262

**Progress Notes - 09/04/2020**

ONLH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72011215183
Enc. Date 9/4/2020

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 9/4/2020 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Esther Stagg, RN 9/18/2020  1:10 PM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet**<br>**(Discontinued)**<br>Sig: Take 1 tablet by mouth twice daily as needed | 60 tablet | 0 | 8/24/2020 | 10/27/2020 |
| **DULoxetine (CYMBALTA) 30 MG capsule**<br>**(Discontinued)**<br>Sig - Route: Take 1 capsule (30 mg total) by mouth once daily. - Oral<br>Reason for Discontinue: **Dose adjustment** | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg**<br>**per tablet (Discontinued)**<br>Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral<br>Earliest Fill Date: 7/20/2020<br>Notes to Pharmacy: Quantity prescribed more than 7 day supply? No<br>Reason for Discontinue: **Stop Taking at Discharge** | 28 tablet | 0 | 7/20/2020 | 9/23/2020 |
| **levocetirizine (XYZAL) 5 MG tablet (Discontinued)**<br>Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | 30 tablet | 0 | 8/24/2020 | 9/28/2020 |
| **permethrin (ELIMITE) 5 % cream (Discontinued)**<br>Class: Historical Med<br>Reason for Discontinue: **Patient no longer taking** | | | 6/19/2020 | 9/4/2020 |

## Follow-up Information

None

## Follow Up Call

No data filed

Lincoln/White 0263

**Progress Notes - 09/04/2020**

| | | |
|---|---|---|
| ONLC INTERNAL MEDICINE | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72011034980 | |
| | Enc. Date 9/4/2020 | |

## 09/04/2020 - Office Visit in O'Neal - Internal Medicine

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email |
|---|---|---|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Andrea D. Cothern, NP225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0264

Progress Notes - 09/04/2020

| ONLC INTERNAL MEDICINE | White, Sabrina Lynette | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72011034980 | |
| | Enc. Date 9/4/2020 | |

### 09/04/2020 - Office Visit in O'Neal - Internal Medicine (continued)

**Reason for Visit**

Establish Care

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Blood glucose elevated   - Primary** | ICD-10-CM: R73.9 ICD-9-CM: 790.29 | |
| **Hyperlipidemia, unspecified hyperlipidemia type** | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | |
| **Migraine without status migrainosus, not intractable, unspecified migraine type** | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | |
| **Hypertension, unspecified type** | ICD-10-CM: I10 ICD-9-CM: 401.9 | |
| **Anxiety** | ICD-10-CM: F41.9 ICD-9-CM: 300.00 | |
| **Depression, unspecified depression type** | ICD-10-CM: F32.9 ICD-9-CM: 311 | |
| **Other chronic pain** | ICD-10-CM: G89.29 ICD-9-CM: 338.29 | |
| **Elevated blood sugar** | ICD-10-CM: R73.9 ICD-9-CM: 790.29 | |

**Problem List** as of 9/4/2020 — Date Reviewed: **9/2/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine headache** | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| **Primary insomnia** | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| **Morbid obesity with BMI of 45.0-49.9, adult** | ICD-10-CM: E66.01, Z68.42 ICD-9-CM: 278.01, V85.42 | | | 7/2/2018 - Present |
| **Carpal tunnel syndrome on both sides** | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| **Dyslipidemia** | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| **Lumbar facet arthropathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 1/23/2020 - Present |
| **Gamekeeper's thumb, right** | ICD-10-CM: S63.31XA ICD-9-CM: 842.12 | | | 7/7/2020 - Present |
| **Trigger finger of right thumb** | ICD-10-CM: M65.311 ICD-9-CM: 727.03 | | | 7/7/2020 - Present |
| **Chronic pain** | ICD-10-CM: G89.29 ICD-9-CM: 338.29 | | | 7/7/2020 - Present |
| **Sinus tachycardia by electrocardiogram** | ICD-10-CM: R00.0 ICD-9-CM: 785.0 | | | 7/7/2020 - Present |
| **Right carpal tunnel syndrome** | ICD-10-CM: G56.01 ICD-9-CM: 354.0 | | | 7/20/2020 - Present |
| **Decreased range of motion of finger of right hand** | ICD-10-CM: M25.641 ICD-9-CM: 719.54 | | | 8/5/2020 - Present |

Lincoln/White 0265

Progress Notes - 09/04/2020

ONLC INTERNAL MEDICINE
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72011034980
Enc. Date 9/4/2020

### 09/04/2020 - Office Visit in O'Neal - Internal Medicine (continued)

**Problem List (continued)** as of 9/4/2020                                    Date Reviewed: **9/2/2020**

|  | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, G89.29 ICD-9-CM: 719.46, 338.29 | | | 11/20/2019 - 2/24/2020 |

### Patient as-of Visit

#### Allergies as of 9/4/2020

Allergies last reviewed by Shyranickia Long, LPN on 9/4/2020 1121

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium                                    Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*

Reactions: Nausea And Vomiting                      Severity: Medium
Noted on: 02/13/2018

#### Immunizations as of 9/4/2020

No documentation.

## Medications

**Outpatient Medications at Start of Encounter** as of 9/4/2020

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 12 tablet | 0 | 3/10/2020 | |
| Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. - Oral Class: Print | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 30 capsule | 1 | 3/19/2020 | |
| Sig - Route: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. - Oral Prior authorization: Canceled - Other | | | | |
| Esther Stagg, RN 9/18/2020  1:10 PM HOLD TODAY PRIOR TO SURGERY | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |
| Sig - Route: Take 300 mg by mouth every evening.  - Oral Class: Historical Med | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet (Taking)** | | | 1/22/2020 | 9/18/2020 |
| Sig - Route: Take 25 mg by mouth once daily.  - Oral Class: Historical Med | | | | |
| Esther Stagg, RN 9/18/2020  1:12 PM TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |

Lincoln/White 0266

Progress Notes - 09/04/2020

ONLC INTERNAL MEDICINE
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72011034980
Enc. Date 9/4/2020

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 9/4/2020 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking)** | 60 tablet | 0 | 8/24/2020 | 9/28/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| Esther Stagg, RN 9/18/2020  1:10 PM TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)** | 60 tablet | 0 | 8/24/2020 | 10/27/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking)** | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Take 1 capsule (30 mg total) by mouth once daily. - Oral | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)** | 28 tablet | 0 | 7/20/2020 | 9/23/2020 |
| Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral Earliest Fill Date: 7/20/2020 Notes to Pharmacy: Quantity prescribed more than 7 day supply? No | | | | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)** | 30 tablet | 0 | 8/24/2020 | 9/28/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |
| **betamethasone dipropionate (DIPROLENE) 0.05 % cream** | 45 g | 1 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Apply topically 2 (two) times daily. - Topical (Top) | | | | |
| **celecoxib (CELEBREX) 200 MG capsule** | 60 capsule | 2 | 7/16/2020 | 9/4/2020 |
| Sig - Route: Take 1 capsule (200 mg total) by mouth 2 (two) times daily. Take with food - Oral | | | | |
| **permethrin (ELIMITE) 5 % cream** | | | 6/19/2020 | 9/4/2020 |
| Class: Historical Med | | | | |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 12 tablet | 0 | 3/10/2020 | |
| Sig: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. Class: Print Route: Oral | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 30 capsule | 1 | 3/19/2020 | |
| Sig: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. Route: Oral Prior authorization: Canceled - Other | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |
| Sig: Take 300 mg by mouth every evening. Class: Historical Med Route: Oral | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet (Taking)** | | | 1/22/2020 | 9/18/2020 |
| Sig: Take 25 mg by mouth once daily. Class: Historical Med Route: Oral | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued)** | 60 tablet | 0 | 8/24/2020 | 9/28/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking/Discontinued)** | 60 tablet | 0 | 8/24/2020 | 10/27/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking/Discontinued)** | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |
| Sig: Take 1 capsule (30 mg total) by mouth once daily. Route: Oral Reason for Discontinue: **Dose adjustment** | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking/Discontinued)** | 28 tablet | 0 | 7/20/2020 | 9/23/2020 |
| Sig: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. | | | | |

Lincoln/White 0267

Progress Notes - 09/04/2020

ONLC INTERNAL MEDICINE
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:         Sex: F
Acct #: 72011034980
Enc. Date 9/4/2020

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Earliest Fill Date: 7/20/2020 | | | | |
| Notes to Pharmacy: Quantity prescribed more than 7 day supply? No | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Stop Taking at Discharge** | | | | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking/Discontinued)** | 30 tablet | 0 | 8/24/2020 | 9/28/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **DULoxetine (CYMBALTA) 60 MG capsule** | 90 capsule | 1 | 9/4/2020 | 9/4/2021 |
| Sig - Route: Take 1 capsule (60 mg total) by mouth once daily. - Oral | | | | |

### Outpatient Medication Detail

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **DULoxetine (CYMBALTA) 60 MG capsule** | 90 capsule | 1 | 9/4/2020 | 9/4/2021 | -- |
| Sig - Route: Take 1 capsule (60 mg total) by mouth once daily. - Oral | | | | | |
| Sent to pharmacy as: DULoxetine (CYMBALTA) 60 MG capsule | | | | | |
| Class: Normal | | | | | |
| Order: 545136967 | | | | | |
| Date/Time Signed: 9/4/2020 11:42 | | | | | |
| E-Prescribing Status: **Receipt confirmed by pharmacy** (9/4/2020 11:42 AM CDT) | | | | | |

### Outpatient Medication Detail

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **permethrin (ELIMITE) 5 % cream (Discontinued)** | | | 6/19/2020 | 9/4/2020 | -- |
| Class: Historical Med | | | | | |
| Reason for Discontinue: **Patient no longer taking** | | | | | |
| Order: 545136964 | | | | | |
| Date/Time Signed: 9/4/2020 11:24 | | | | | |

## Progress Notes

### Progress Notes by Timothy M. Durel, MD at 9/4/2020 11:00 AM

| | | |
|---|---|---|
| Author: Timothy M. Durel, MD | Service: — | Author Type: Physician |
| Filed: 9/9/2020 11:50 AM | Encounter Date: 9/4/2020 | Creation Time: 9/4/2020 11:32 AM |
| Status: Signed | Editor: Timothy M. Durel, MD (Physician) | |

**Subjective:**

**Patient ID:** Sabrina Lynette White is a 47 y.o. female.

**Chief Complaint:** Establish Care

HPI

47

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Arthritis | |
| • Depression | |

Lincoln/White 0268

Progress Notes - 09/04/2020

| ONLC INTERNAL MEDICINE | White, Sabrina Lynette | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72011034980 | |
| | Enc. Date 9/4/2020 | |

## Progress Notes (continued)

**Progress Notes by Timothy M. Durel, MD at 9/4/2020 11:00 AM (continued)**

- Encounter for blood transfusion
  *had to have infusion during surgery in 2008*
- GERD (gastroesophageal reflux disease)
- Hyperlipidemia
- Hypertension
- Osteoarthritis of spine with radiculopathy, cervical region

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CARPAL TUNNEL RELEASE | Right | 7/20/2020 |

*Procedure: RELEASE, CARPAL TUNNEL; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Right; Ulnar Collateral Ligament Repair-- Arthrex Internal Brace*

- CESAREAN SECTION, LOW TRANSVERSE
- CYST REMOVAL          Right      7/20/2020
  *Procedure: EXCISION, CYST; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Right; ulnar cyst*
- FOOT SURGERY
  *Arch implant*
- INJECTION OF ANESTHETIC AGENT AROUND MEDIAL      Bilateral      1/8/2020
  BRANCH NERVES INNERVATING LUMBAR FACET JOINT
  *Procedure: Bilateral L3-5 MBB; Surgeon: Karan Verma, MD; Location: HGVH PAIN MGT; Service: Pain Management; Laterality: Bilateral;*
- INJECTION OF ANESTHETIC AGENT AROUND MEDIAL      Bilateral      1/23/2020
  BRANCH NERVES INNERVATING LUMBAR FACET JOINT
  *Procedure: Bilateral L3-5 MBB; Surgeon: Karan Verma, MD; Location: HGVH PAIN MGT; Service: Pain Management; Laterality: Bilateral;*
- INJECTION OF ANESTHETIC AGENT AROUND NERVE      Bilateral      11/20/2019
  *Procedure: Block, Nerve Bilateral RN IV sedation; Surgeon: Karan Verma, MD; Location: HGVH PAIN MGT; Service: Pain Management; Laterality: Bilateral;*
- RECONSTRUCTION OF LIGAMENT      Right      7/20/2020
  *Procedure: RECONSTRUCTION, LIGAMENT; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Right;*
- TRIGGER FINGER RELEASE      Right      7/20/2020
  *Procedure: RELEASE, TRIGGER FINGER; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Right;*

Social History

Tobacco Use

| Smoking Status | Never Smoker |
|---|---|
| Smokeless Tobacco | Never Used |

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Breast cancer | Maternal Aunt | |
| • Diabetes | Maternal Aunt | |
| • No Known Problems | Mother | |
| • Alcohol abuse | Father | |
| • Heart disease | Paternal Uncle | |
| • Heart disease | Maternal Grandfather | |
| • No Known Problems | Brother | |

Lincoln/White 0269

Progress Notes - 09/04/2020

| ONLC INTERNAL MEDICINE<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:<br>Acct #: 72011034980<br>Enc. Date 9/4/2020 | Sex: F |
|---|---|---|

**Progress Notes (continued)**

**Progress Notes by Timothy M. Durel, MD at 9/4/2020 11:00 AM (continued)**

- Stroke                        Neg Hx

Pre-op visit

Having surgery
Trigger finger and Carpal tunnelon 14th

She already had the right hand done
Last month

Has no issues with surgery - then - had torn ligarment, carpal tunnel, cyst.

Tolerated that w/out issue

No issue anesthesia

Report to have chest pain yesterday
Was lying down
Was no active
Feels it was reflux
Felt like her normal refulx

No exertional chest pain
 most physically active things she does
Cooking, cleaning, caretaking -daughter

Wt Readings from Last 5 Encounters:
| | |
|---|---|
| 09/04/20 | 120.6 kg (265 lb 14 oz) |
| 09/02/20 | 119.7 kg (264 lb) |
| 08/10/20 | 119.7 kg (264 lb) |
| 07/31/20 | 119.7 kg (264 lb) |
| 07/24/20 | 119.7 kg (264 lb) |

Aware she needs to lose weight.

Review of Systems
Constitutional: Negative for chills.
HENT: Negative for trouble swallowing.
Eyes: Negative for visual disturbance.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for abdominal pain.
Genitourinary: Negative for difficulty urinating.
Neurological: Negative for dizziness.
Psychiatric/Behavioral: Negative for confusion.

**Objective:**

Vitals:

Lincoln/White 0270

Progress Notes - 09/04/2020

ONLC INTERNAL MEDICINE
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011034980
Enc. Date 9/4/2020

**Progress Notes (continued)**

Progress Notes by Timothy M. Durel, MD at 9/4/2020 11:00 AM (continued)

09/04/20 1125

BP:          102/82
Pulse:       108
Resp:        18
Temp:        98.3 °F (36.8 °C)

**Physical Exam**
Constitutional:
  General: She is not in acute distress.
  Appearance: Normal appearance. She is well-developed.
HENT:
  Head: Normocephalic and atraumatic.
Eyes:
  General: Lids are normal.
  Conjunctiva/sclera: Conjunctivae normal.
Neck:
  Musculoskeletal: Full passive range of motion without pain and normal range of motion.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Heart sounds: Normal heart sounds.
Pulmonary:
  Effort: Pulmonary effort is normal. No respiratory distress.
  Breath sounds: Normal breath sounds.
Abdominal:
  General: There is no distension.
  Palpations: Abdomen is soft.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
  Cervical: No cervical adenopathy.
Skin:
  Coloration: Skin is not pale.
Neurological:
  Mental Status: She is alert and oriented to person, place, and time. She is not disoriented.
Psychiatric:
  Speech: Speech normal.
  Behavior: Behavior normal.
  Thought Content: Thought content normal.

**Assessment:**

1.  **Blood glucose elevated**
2.  Hyperlipidemia, unspecified hyperlipidemia type
3.  Migraine without status migrainosus, not intractable, unspecified migraine type
4.  Hypertension, unspecified type
5.  Anxiety
6.  Depression, unspecified depression type
7.  Other chronic pain
8.  Elevated blood sugar

**Plan:**

Lincoln/White 0271

Progress Notes - 09/04/2020

| | |
|---|---|
| ONLC INTERNAL MEDICINE | White, Sabrina Lynette |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB:          Sex: F |
| | Acct #: 72011034980 |
| | Enc. Date 9/4/2020 |

**Progress Notes (continued)**

**Progress Notes by Timothy M. Durel, MD at 9/4/2020 11:00 AM (continued)**

**HTN**
Metoprolol
controlled


**Pre op**
Will clear based off clinical and lab
Pending lab work at present - if need be will react and hold surgery but do not expect to do so.

**Elevated sugar**
A1c to ensure no DM

**HLD**

LDL has been above 190 for at least 16 years - per records
She previously was on medication
Plan on repeat - evaluate - and start if need be - statin therapy


**Chronic pain**
Back/ neck
Prn use of gabapentin
Has norco listed from hand MD
cymbalta 30 mg
flexeril

**Anxiety/ depression**
Cymbalta
Klonopin
Takes benzo BID - for roughly 2 years.
I do not like the idea of long term benzo use.
Plan to start a wean down process
She currently has script for BID use
I am recommending that she uses once daily as needed.
I will give one more script when she runs low to be used as part of a wean down from daily to every other day to only as needed use.
If anxiety spikes up and we need an alternative agent - plan buspar or hydroxzyine
Today we will increase cymbalta dose to 60 mg.

**Migraine**
fiorcet listed

Plan on f/u in 2 month for further discussion.


Electronically signed by Timothy M. Durel, MD on 9/9/2020 11:50 AM

**Follow-up Information**

Generated on 11/24/20  1:22 PM                                                Page 127

Lincoln/White 0272

**Progress Notes - 09/04/2020**

ONLC INTERNAL MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                  MRN: 1932025, DOB:              Sex: F
                                                Acct #: 72011034980
                                                Enc. Date 9/4/2020

**Follow-up Information (continued)**

None

**Follow Up Call**

No data filed

---

Lincoln/White 0273

**Progress Notes - 09/02/2020**

| | | |
|---|---|---|
| ONLC ORTHOPEDICS | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72011186558 | |
| | Enc. Date 9/2/2020 | |

### 09/02/2020 - Office Visit in O'Neal - Orthopedics

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email |
|---|---|---|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Andrea D. Cothern, NP225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0274

Progress Notes - 09/02/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:  Sex: F
Acct #: 72011186558
Enc. Date 9/2/2020

## 09/02/2020 - Office Visit in O'Neal - Orthopedics (continued)

### Reason for Visit

Right Hand - Pain, Post-op Evaluation

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **Trigger finger, acquired** - Primary | ICD-10-CM: M65.30 ICD-9-CM: 727.03 | |
| **Gamekeeper's thumb of right hand, subsequent encounter** | ICD-10-CM: S63.31XD ICD-9-CM: V58.89, 842.12 | |
| **Carpal tunnel syndrome, bilateral** | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | |

### Problem List as of 9/2/2020                                     Date Reviewed: **9/2/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine headache** | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| **Primary insomnia** | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| **Morbid obesity with BMI of 45.0-49.9, adult** | ICD-10-CM: E66.01, Z68.42 ICD-9-CM: 278.01, V85.42 | | | 7/2/2018 - Present |
| **Carpal tunnel syndrome on both sides** | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| **Dyslipidemia** | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| **Lumbar facet arthropathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 1/23/2020 - Present |
| **Gamekeeper's thumb, right** | ICD-10-CM: S63.31XA ICD-9-CM: 842.12 | | | 7/7/2020 - Present |
| **Trigger finger of right thumb** | ICD-10-CM: M65.311 ICD-9-CM: 727.03 | | | 7/7/2020 - Present |
| **Chronic pain** | ICD-10-CM: G89.29 ICD-9-CM: 338.29 | | | 7/7/2020 - Present |
| **Sinus tachycardia by electrocardiogram** | ICD-10-CM: R00.0 ICD-9-CM: 785.0 | | | 7/7/2020 - Present |
| **Right carpal tunnel syndrome** | ICD-10-CM: G56.01 ICD-9-CM: 354.0 | | | 7/20/2020 - Present |
| **Decreased range of motion of finger of right hand** | ICD-10-CM: M25.641 ICD-9-CM: 719.54 | | | 8/5/2020 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, G89.29 ICD-9-CM: 719.46, 338.29 | | | 11/29/2018 - 2/24/2020 |

Generated on 11/24/20  1:22 PM          Page 130

Lincoln/White 0275

Progress Notes - 09/02/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                 Sex: F
Acct #: 72011186558
Enc. Date 9/2/2020

### 09/02/2020 - Office Visit in O'Neal - Orthopedics (continued)

**Problem List (continued)** as of 9/2/2020                                      Date Reviewed: **9/2/2020**

## Patient as-of Visit

### Allergies as of 9/2/2020

Allergies last reviewed by William James Hubbard, MD on 9/2/2020 0755

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium                                        Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*

Reactions: Nausea And Vomiting                          Severity: Medium
Noted on: 02/13/2018

### Immunizations as of 9/2/2020

No documentation.

## Medications

**Outpatient Medications at Start of Encounter as of 9/2/2020**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 12 tablet | 0 | 3/10/2020 | |
| Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. - Oral | | | | |
| Class: Print | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 30 capsule | 1 | 3/19/2020 | |
| Sig - Route: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. - Oral | | | | |
| Prior authorization: Canceled - Other | | | | |
|     Esther Stagg, RN 9/18/2020  1:10 PM | | | | |
|     HOLD TODAY PRIOR TO SURGERY | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |
| Sig - Route: Take 300 mg by mouth every evening.  - Oral | | | | |
| Class: Historical Med | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet (Taking)** | | | 1/22/2020 | 9/18/2020 |
| Sig - Route: Take 25 mg by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
|     Esther Stagg, RN 9/18/2020  1:12 PM | | | | |
|     TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **betamethasone dipropionate (DIPROLENE) 0.05 % cream (Taking)** | 45 g | 1 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Apply topically 2 (two) times daily. - Topical (Top) | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 60 capsule | 2 | 7/16/2020 | 9/4/2020 |
| Sig - Route: Take 1 capsule (200 mg total) by mouth 2 (two) times daily. Take with food - Oral | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking)** | 60 tablet | 0 | 8/24/2020 | 9/28/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
|     Esther Stagg, RN 9/18/2020  1:10 PM | | | | |
|     TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |

Generated on 11/24/20  1:22 PM                                                Page 131

Lincoln/White 0276

Progress Notes - 09/02/2020

| | |
|---|---|
| ONLC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:    Sex: F<br>Acct #: 72011186558<br>Enc. Date 9/2/2020 |

## Medications (continued)

### Outpatient Medications at Start of Encounter as of 9/2/2020 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)<br>Sig: Take 1 tablet by mouth twice daily as needed | 60 tablet | 0 | 8/24/2020 | 10/27/2020 |
| DULoxetine (CYMBALTA) 30 MG capsule (Taking)<br>Sig - Route: Take 1 capsule (30 mg total) by mouth once daily. - Oral | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |
| levocetirizine (XYZAL) 5 MG tablet (Taking)<br>Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | 30 tablet | 0 | 8/24/2020 | 9/28/2020 |
| HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet<br>Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral<br>Earliest Fill Date: 7/20/2020<br>Notes to Pharmacy: Quantity prescribed more than 7 day supply? No | 28 tablet | 0 | 7/20/2020 | 9/23/2020 |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)<br>Sig: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches.<br>Class: Print<br>Route: Oral | 12 tablet | 0 | 3/10/2020 | |
| celecoxib (CELEBREX) 200 MG capsule (Taking)<br>Sig: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects.<br>Route: Oral<br>Prior authorization: Canceled - Other | 30 capsule | 1 | 3/19/2020 | |
| gabapentin (NEURONTIN) 300 MG capsule (Taking)<br>Sig: Take 300 mg by mouth every evening.<br>Class: Historical Med<br>Route: Oral | | | 12/18/2019 | |
| metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet (Taking)<br>Sig: Take 25 mg by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | 1/22/2020 | 9/18/2020 |
| betamethasone dipropionate (DIPROLENE) 0.05 % cream (Taking/Discontinued)<br>Sig: Apply topically 2 (two) times daily.<br>Route: Topical (Top)<br>Reason for Discontinue: **Patient no longer taking** | 45 g | 1 | 2/24/2020 | 9/4/2020 |
| celecoxib (CELEBREX) 200 MG capsule (Taking/Discontinued)<br>Sig: Take 1 capsule (200 mg total) by mouth 2 (two) times daily. Take with food<br>Route: Oral<br>Reason for Discontinue: **Duplicate Order** | 60 capsule | 2 | 7/16/2020 | 9/4/2020 |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued)<br>Sig: Take 1 tablet by mouth twice daily as needed for anxiety | 60 tablet | 0 | 8/24/2020 | 9/28/2020 |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking/Discontinued)<br>Sig: Take 1 tablet by mouth twice daily as needed | 60 tablet | 0 | 8/24/2020 | 10/27/2020 |
| DULoxetine (CYMBALTA) 30 MG capsule (Taking/Discontinued)<br>Sig: Take 1 capsule (30 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Dose adjustment** | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |
| levocetirizine (XYZAL) 5 MG tablet (Taking/Discontinued)<br>Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | 30 tablet | 0 | 8/24/2020 | 9/28/2020 |

## Progress Notes

Lincoln/White 0277

Progress Notes - 09/02/2020

| ONLC ORTHOPEDICS OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette MRN: 1932025, DOB: Acct #: 72011186558 Enc. Date 9/2/2020 | Sex: F |
|---|---|---|

## Progress Notes (continued)

### Progress Notes by William James Hubbard, MD at 9/2/2020 7:20 AM

| Author: William James Hubbard, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 9/2/2020 8:00 AM | Encounter Date: 9/2/2020 | Creation Time: 9/2/2020 7:56 AM |
| Status: Signed | Editor: William James Hubbard, MD (Physician) | |

## Subjective:

**Patient ID:** Sabrina Lynette White is a 47 y.o. female.

**Chief Complaint:** Pain and Post-op Evaluation of the Right Hand

The patient is a 47-year-old female status post right carpal tunnel release and right thumb ulnar collateral ligament reconstruction metacarpophalangeal joint date of surgery is 07/20/2020. She is pleased with that surgery. She wishes to have a left carpal tunnel release and left trigger thumb release. She has had active triggering of the left thumb for the last several months. She wishes to avoid injection.

Past Medical History:

| Diagnosis | Date |
|---|---|

- Anxiety
- Arthritis
- Depression
- Encounter for blood transfusion
  *had to have infusion during surgery in 2008*
- GERD (gastroesophageal reflux disease)
- Hyperlipidemia
- Hypertension
- Osteoarthritis of spine with radiculopathy, cervical region

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| CARPAL TUNNEL RELEASE | Right | 7/20/2020 |

*Procedure: RELEASE, CARPAL TUNNEL; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Right; Ulnar Collateral Ligament Repair-- Arthrex Internal Brace*

- CESAREAN SECTION, LOW TRANSVERSE

| CYST REMOVAL | Right | 7/20/2020 |
|---|---|---|

*Procedure: EXCISION, CYST; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Right; ulnar cyst*

- FOOT SURGERY
  *Arch implant*

| INJECTION OF ANESTHETIC AGENT AROUND MEDIAL BRANCH NERVES INNERVATING LUMBAR FACET JOINT | Bilateral | 1/8/2020 |
|---|---|---|

*Procedure: Bilateral L3-5 MBB; Surgeon: Karan Verma, MD; Location: HGVH PAIN MGT; Service: Pain Management; Laterality: Bilateral;*

| INJECTION OF ANESTHETIC AGENT AROUND MEDIAL BRANCH NERVES INNERVATING LUMBAR FACET JOINT | Bilateral | 1/23/2020 |
|---|---|---|

*Procedure: Bilateral L3-5 MBB; Surgeon: Karan Verma, MD; Location: HGVH PAIN MGT; Service: Pain Management; Laterality: Bilateral;*

| INJECTION OF ANESTHETIC AGENT AROUND NERVE | Bilateral | 11/20/2019 |
|---|---|---|

*Procedure: Block, Nerve Bilateral RN IV sedation; Surgeon: Karan Verma, MD; Location: HGVH PAIN MGT; Service: Pain Management; Laterality: Bilateral;*

| RECONSTRUCTION OF LIGAMENT | Right | 7/20/2020 |
|---|---|---|

*Procedure: RECONSTRUCTION, LIGAMENT; Surgeon: William James Hubbard, MD; Location: HGVH OR; Service: Orthopedics; Laterality: Right;*

| TRIGGER FINGER RELEASE | Right | 7/20/2020 |
|---|---|---|

*Procedure: RELEASE, TRIGGER FINGER; Surgeon: William James Hubbard, MD; Location: HGVH OR;*

---

Lincoln/White 0278

**Progress Notes - 09/02/2020**

| | |
|---|---|
| ONLC ORTHOPEDICS | White, Sabrina Lynette |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB:          Sex: F |
| | Acct #: 72011186558 |
| | Enc. Date 9/2/2020 |

**Progress Notes (continued)**

**Progress Notes by William James Hubbard, MD at 9/2/2020  7:20 AM (continued)**

*Service: Orthopedics;  Laterality: Right;*

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Breast cancer | Maternal Aunt | |
| • Diabetes | Maternal Aunt | |
| • No Known Problems | Mother | |
| • Alcohol abuse | Father | |
| • Heart disease | Paternal Uncle | |
| • Heart disease | Maternal Grandfather | |
| • No Known Problems | Brother | |
| • Stroke | Neg Hx | |

Social History

Socioeconomic History
- Marital status:                    Single
  - Spouse name:                  Not on file
- Number of children:            1
- Years of education:            Not on file
- Highest education level:      Not on file

Occupational History
- Occupation:                       Not currently employed

Social Needs
- Financial resource strain:   Not on file
- Food insecurity
  - Worry:                             Not on file
  - Inability:                          Not on file
- Transportation needs
  - Medical:                          Not on file
  - Non-medical:                   Not on file

Tobacco Use
- Smoking status:                 Never Smoker
- Smokeless tobacco:           Never Used

Substance and Sexual Activity
- Alcohol use:                      Yes
  - Frequency:                       Monthly or less
  - Drinks per session:           1 or 2
- Drug use:                          No
- Sexual activity:                  Not Currently
  - Partners:                         Male

Lifestyle
- Physical activity
  - Days per week:                 Not on file
  - Minutes per session:         Not on file
- Stress:                              Very much

Relationships
- Social connections
  - Talks on phone:                Not on file
  - Gets together:                   Not on file
  - Attends religious service:   Not on file
  - Active member of club or     Not on file
    organization:
  - Attends meetings of clubs   Not on file

Lincoln/White 0279

Progress Notes - 09/02/2020

| | |
|---|---|
| ONLC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:         Sex: F<br>Acct #: 72011186558<br>Enc. Date 9/2/2020 |

### Progress Notes (continued)

**Progress Notes by William James Hubbard, MD at 9/2/2020 7:20 AM (continued)**

or organizations:

Relationship status:        Not on file

Other Topics                Concern

• Not on file

Social History Narrative

• Not on file

**Medication List with Changes/Refills**

**Current Medications**

| | |
|---|---|
| BETAMETHASONE DIPROPIONATE (DIPROLENE) 0.05 % CREAM | Apply topically 2 (two) times daily. |
| BUTALBITAL-ACETAMINOPHEN-CAFFEINE 50-325-40 MG (FIORICET, ESGIC) 50-325-40 MG PER TABLET | Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. |
| CELECOXIB (CELEBREX) 200 MG CAPSULE | Take 1 capsule (200 mg total) by mouth once daily. Take with food. Discontinue if develop GI side effects. |
| CELECOXIB (CELEBREX) 200 MG CAPSULE | Take 1 capsule (200 mg total) by mouth 2 (two) times daily. Take with food |
| CLONAZEPAM (KLONOPIN) 1 MG TABLET | Take 1 tablet by mouth twice daily as needed for anxiety |
| CYCLOBENZAPRINE (FLEXERIL) 10 MG TABLET | Take 1 tablet by mouth twice daily as needed |
| DULOXETINE (CYMBALTA) 30 MG CAPSULE | Take 1 capsule (30 mg total) by mouth once daily. |
| GABAPENTIN (NEURONTIN) 300 MG CAPSULE | Take 300 mg by mouth nightly as needed. |
| HYDROCODONE-ACETAMINOPHEN (NORCO) 5-325 MG PER TABLET | Take 1 tablet by mouth every 6 (six) hours as needed for Pain. |
| LEVOCETIRIZINE (XYZAL) 5 MG TABLET | TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING |
| METOPROLOL SUCCINATE (TOPROL-XL) 25 MG 24 HR TABLET | Take 25 mg by mouth once daily. |

Review of patient's allergies indicates:

| Allergen | Reactions |
|---|---|
| • Aleve [naproxen sodium]<br>*GI indigestion* | |
| • Aspirin | Nausea And Vomiting |

Review of Systems

Constitution: Negative for malaise/fatigue.

HENT: Negative for hearing loss.

Eyes: Negative for double vision and visual disturbance.

Cardiovascular: Negative for chest pain.

Respiratory: Negative for shortness of breath.

Lincoln/White 0280

Progress Notes - 09/02/2020

| | |
|---|---|
| ONLC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72011186558<br>Enc. Date 9/2/2020 |

### Progress Notes (continued)

**Progress Notes by William James Hubbard, MD at 9/2/2020  7:20 AM (continued)**

Endocrine: Negative for cold intolerance.
Hematologic/Lymphatic: Does not bruise/bleed easily.
Skin: Negative for poor wound healing and suspicious lesions.
Musculoskeletal: Positive for back pain. Negative for gout, joint pain and joint swelling.
Gastrointestinal: Negative for nausea and vomiting.
Genitourinary: Negative for dysuria.
Neurological: Positive for headaches, numbness, paresthesias and sensory change.
Psychiatric/Behavioral: Positive for altered mental status and depression. Negative for memory loss and substance abuse. The patient has insomnia. The patient is not nervous/anxious.
Allergic/Immunologic: Negative for persistent infections.

### Objective:

Body mass index is 46.77 kg/m².
Vitals:

| | 09/02/20 0740 |
|---|---|
| BP: | (!) 158/108 |
| Pulse: | 82 |

### General

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: EOM are normal.
Neck: Normal range of motion.
Cardiovascular: Normal rate.
Pulmonary/Chest: Effort normal.
Abdominal: Soft.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit.
Psychiatric: She has a normal mood and affect.

### Right Hand/Wrist Exam

Inspection
Scars: Wrist - present Hand -  present
Effusion: Wrist - absent Hand -  absent

Other

Neuorologic Exam

Lincoln/White 0281

Progress Notes - 09/02/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011186558
Enc. Date 9/2/2020

**Progress Notes (continued)**

**Progress Notes by William James Hubbard, MD at 9/2/2020  7:20 AM (continued)**

Median Distribution: normal
Ulnar Distribution: normal
Radial Distribution: normal

**Left Hand/Wrist Exam**

Inspection
Scars: Wrist - absent Hand -  absent
Effusion: Wrist - absent Hand -  absent

Pain
Hand - The patient exhibits pain of the thumb MCP.
Wrist - The patient exhibits pain of the flexor/pronator group.

Tests
Phalen's sign: positive
Tinel's sign (median nerve): positive
Carpal Tunnel Compression Test: positive

**Atrophy**
Thenar:  Negative
Intrinsic: negative

Other

Sensory Exam
Median Distribution: abnormal
Ulnar Distribution: normal
Radial Distribution: normal

Comments:  The patient has a positive Tinel and positive Phalen sign.  There is no thenar atrophy noted.  She has active triggering of the right thumb with a palpable nodule that moves with tendon excursion.

**Vascular Exam**

Capillary Refill
Right Hand: normal capillary refill
Left Hand: normal capillary refill

radiographs were not obtained today
**Assessment:**

Encounter Diagnoses

| Name | Primary? |
| --- | --- |
| • Trigger finger, acquired | Yes |

Generated on 11/24/20  1:22 PM                    Page 137

Lincoln/White 0282

**Progress Notes - 09/02/2020**

| | |
|---|---|
| ONLC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72011186558<br>Enc. Date 9/2/2020 |

### Progress Notes (continued)

**Progress Notes by William James Hubbard, MD at 9/2/2020  7:20 AM (continued)**

- Gamekeeper's thumb of right hand, subsequent encounter
- Carpal tunnel syndrome, bilateral

**Plan:**

The patient seems pleased with her right carpal tunnel release and right gamekeeper's thumb reconstruction.  She wishes to have a left carpal tunnel release and left trigger thumb release.  She was counseled regarding the surgery.  Risk complications and alternatives were discussed including the risk of infection, anesthetic risk, injury to nerves and vessels, loss of motion, and possible need for additional surgeries were discussed.  She seems to understand and agree that surgery.  All questions were answered.

**Disclaimer:** This note was prepared using a voice recognition system and is likely to have sound alike errors within the text.

Electronically signed by William James Hubbard, MD on 9/2/2020  3:00 AM

**Follow-up Information**

None

**Follow Up Call**

No data filed

Lincoln/White 0283

**Progress Notes - 08/13/2020**

BONH REHAB OUTPATIENT SERVICES          White, Sabrina Lynette
17000 Medical Center Dr                 MRN: 1932025, DOB:          Sex: F
Baton Rouge LA 70816                    Acct #: 72011001437
                                        Enc. Date 8/13/2020

### 08/13/2020 - Clinical Support in Therapy & Wellness - O'Neal

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|-----------|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email |
|---------|-------|-------|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|-----------|-----|--------------------|------------------|
| Verified | Andrea D. Cothern, NP225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0284

Progress Notes - 08/13/2020

| BONH REHAB OUTPATIENT SERVICES | White, Sabrina Lynette | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 1932025, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72011001437 | |
| | Enc. Date 8/13/2020 | |

## 08/13/2020 - Clinical Support in Therapy & Wellness - O'Neal (continued)

### Reason for Visit

OT Treatment

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Decreased range of motion of finger of right hand   - Primary | ICD-10-CM: M25.641 | |
| | ICD-9-CM: 719.54 | |

**Problem List** as of 8/13/2020                                                      Data Reviewed: **8/10/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 45.0-49.9, adult | ICD-10-CM: E66.01, Z68.42 ICD-9-CM: 278.01, V85.42 | | | 7/2/2018 - Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| Dyslipidemia | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| Lumbar facet arthropathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 1/23/2020 - Present |
| Gamekeeper's thumb, right | ICD-10-CM: S63.31XA ICD-9-CM: 842.12 | | | 7/7/2020 - Present |
| Trigger finger of right thumb | ICD-10-CM: M65.311 ICD-9-CM: 727.03 | | | 7/7/2020 - Present |
| Chronic pain | ICD-10-CM: G89.29 ICD-9-CM: 338.29 | | | 7/7/2020 - Present |
| Sinus tachycardia by electrocardiogram | ICD-10-CM: R00.0 ICD-9-CM: 785.0 | | | 7/7/2020 - Present |
| Right carpal tunnel syndrome | ICD-10-CM: G56.01 ICD-9-CM: 354.0 | | | 7/20/2020 - Present |
| Decreased range of motion of finger of right hand | ICD-10-CM: M25.641 ICD-9-CM: 719.54 | | | 8/5/2020 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2016 - 10/3/2016 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, G89.29 ICD-9-CM: 719.46, 338.29 | | | 11/29/2019 - 2/24/2020 |

### Patient as-of Visit

**Allergies** as of 8/13/2020

---

| Generated on 11/24/20  1:22 PM | Page 140 |
|---|---|

Lincoln/White 0285

Progress Notes - 08/13/2020

BONH REHAB OUTPATIENT SERVICES
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72011001437
Enc. Date 8/13/2020

### 08/13/2020 - Clinical Support in Therapy & Wellness - O'Neal (continued)

**Patient as-of Visit (continued)**

Allergies last reviewed by Robert N. Moukarzel, MD on 8/10/2020 1334

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*
Severity: Medium                                       Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*
Reactions: Nausea And Vomiting                          Severity: Medium
Noted on: 02/13/2018

**Immunizations** as of 8/13/2020
No documentation.

## Medications

**Outpatient Medications at Start of Encounter as of 8/13/2020**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet** | 12 tablet | 0 | 3/10/2020 | |
| Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. - Oral | | | | |
| Class: Print | | | | |
| **celecoxib (CELEBREX) 200 MG capsule** | 30 capsule | 1 | 3/19/2020 | |
| Sig - Route: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. - Oral | | | | |
| Prior authorization: Canceled - Other | | | | |
|     Esther Stagg, RN 8/13/2020  1:10 PM<br>    HOLD TODAY PRIOR TO SURGERY | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule** | | | 12/18/2019 | |
| Sig - Route: Take 300 mg by mouth every evening.  - Oral | | | | |
| Class: Historical Med | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet** | | | 1/22/2020 | 9/18/2020 |
| Sig - Route: Take 25 mg by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
|     Esther Stagg, RN 9/18/2020  1:12 PM<br>    TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **betamethasone dipropionate (DIPROLENE) 0.05 % cream** | 45 g | 1 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Apply topically 2 (two) times daily. - Topical (Top) | | | | |
| **celecoxib (CELEBREX) 200 MG capsule** | 60 capsule | 2 | 7/16/2020 | 9/4/2020 |
| Sig - Route: Take 1 capsule (200 mg total) by mouth 2 (two) times daily. Take with food - Oral | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet** | 60 tablet | 0 | 7/21/2020 | 8/24/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet** | 60 tablet | 0 | 7/21/2020 | 8/24/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule** | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Take 1 capsule (30 mg total) by mouth once daily. - Oral | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet** | 28 tablet | 0 | 7/20/2020 | 9/23/2020 |
| Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral | | | | |
| Earliest Fill Date: 7/20/2020 | | | | |
| Notes to Pharmacy: Quantity prescribed more than 7 day supply? No | | | | |
| **levocetirizine (XYZAL) 5 MG tablet** | 30 tablet | 0 | 7/21/2020 | 8/24/2020 |

Generated on 11/24/20  1:22 PM                                           Page 141

Lincoln/White 0286

Progress Notes - 08/13/2020

| BONH REHAB OUTPATIENT SERVICES | White, Sabrina Lynette | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 1932025, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72011001437 | |
| | Enc. Date 8/13/2020 | |

### Medications (continued)

**Outpatient Medications at Start of Encounter as of 8/13/2020 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |

### Progress Notes

**Progress Notes by Jessica L. Manzella, OT at 8/13/2020  2:15 PM**

| | | |
|---|---|---|
| Author: Jessica L. Manzella, OT | Service: — | Author Type: Occupational Therapist |
| Filed: 8/13/2020  3:26 PM | Encounter Date: 8/13/2020 | Status: Signed |
| Editor: Jessica L. Manzella, OT (Occupational Therapist) | | |

### Occupational Therapy Daily Treatment Note

**Name**: Sabrina Lynette White
**Clinic Number**: 1932025

**Visit Date**: 8/13/2020

**Therapy Diagnosis**: decreased R hand, thumb, and wrist ROM
**Physician**: Hubbard, William James,*

**Physician Orders**: OT eval and tx
**Medical Diagnosis:** s/p carpal tunnel release
**Evaluation Date**: 8/5/2020
**Insurance Authorization period Expiration**: 12/31/2020
**Plan of Care Expiration Period**: 9/5/2020

**Visit # / Visits Authortized**: 3 / 20
**Time In**:2:15 pm
**Time Out**: 3:00 pm
**Total Billable Time**: 45 minutes

**Precautions**: Standard and Weightbearing
**Date of Onset: 2017**
**Surgery:** 7/20/2020
**S/P:** Right carpal tunnel release; Right thumb ulnar collateral ligament repair metacarpophalangeal joint using Arthrex internal brace system; Lipoma right ulnar wrist excision; Right trigger thumb release   3 weeks on 8/10/20

### Subjective

**Pt reports**: she caught the edge of her splint on the door knob at a doctor's appointment today.
she was compliant with home exercise program given last session.
**Response to previous treatment**:Good
**Functional change**: none allowed due to thumb WCL

**Pain:** 4/10 on average
4/10 at best
4/10 at worst (decreased 6 levels)
Location: R wrist and thumb

### Objective

---

Lincoln/White 0287

Progress Notes - 08/13/2020

BONH REHAB OUTPATIENT SERVICES
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                  Sex: F
Acct #: 72011001437
Enc. Date 8/13/2020

### Progress Notes (continued)

**Progress Notes by Jessica L. Manzella, OT at 8/13/2020  2:15 PM (continued)**

Sabrina received the following **supervised modalities** after being cleared for contradictions for 5 minutes:
-Moist Heat applied to R hand x 5 min to decrease pain and  increase blood flow and tissue elasticity prior to treatment.

Sabrina received the following **manual therapy techniques** for 5 minutes:
- Performed scar massage to incision(s) for 5 minutes to decrease adhesions and improve tensile glide.
-Retrograde massage to R hand digits/hand/wrist x 3 min to stimulate lymphatics to decrease pain,  edema and increase AROM and functional use.

Sabrina received **therapeutic exercises** for 35 minutes including:
- thumb IP ROM
- wrist ROM, wave, fist, hook, straight fist, lifts,
-wrist AROM with dowel with brace on, over wedge 3 ways 20x ea
-towel scrunches, with brace on, 10x

### Home Exercises and Education Provided

**Education provided:**
-none new

**Written Home Exercises Provided:** Patient instructed to cont prior HEP. Added tendon gliding and finger lifts. Exercises were reviewed and Sabrina was able to demonstrate them prior to the end of the session.  Sabrina demonstrated good  understanding of the education provided.
.
*See EMR under Patient Instructions for exercises provided 8/11/2020.*

### Assessment

Pt would continue to benefit from skilled OT. Reviewed updated HEP with pt exhibiting good understanding. Initiated light functional exercise with brace on. Pt tolerated session well and without complaints.
- Progress towards goals: Good
Sabrina is progressing well towards her goals and there are no updates to goals at this time. Pt prognosis is Good.

Pt will continue to benefit from skilled outpatient occupational therapy to address the deficits listed in the problem list on initial evaluation provide pt/family education and to maximize pt's level of independence in the home and community environment.

**Anticipated barriers to occupational therapy:** none

Pt's spiritual, cultural and educational needs considered and pt agreeable to plan of care and goals.

**Goals:**
**Short Term Goals: (6 weeks)**
1. Pt will be independent with HEP in 2 visits. (modified to 3 visits 8/11/20)
2. Pt will report decreased pain to a 5-6/10 at worst. (met 8/11/20)
3. Pt will increase thumb MP/IP TAM by 30 degrees to enable dressing, grooming activities.
4. Pt will increase thumb rad/palmar abd by 5-15 degrees to enable grasp of softball.

Generated on 11/24/20  1:22 PM

Lincoln/White 0288

Progress Notes - 08/13/2020

BONH REHAB OUTPATIENT SERVICES
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72011001437
Enc. Date 8/13/2020

### Progress Notes (continued)

**Progress Notes by Jessica L. Manzella, OT at 8/13/2020  2:15 PM (continued)**

**Long Term Goals: (10 weeks)**
1. Pt will report decreased pain to 1-2/10 with ADLs.
2. Pt will exhibit thumb MP/IP flexion to 115 degrees to enable independence with ADLs.
3. Pt will exhibit R grip strength at 60-75% to allow a firm grasp on steering wheel.
4. Pt will exhibit 9# of functional pinch strength to work tasks, opening containers, and turning keys.
5. Pt will exhibit a significant increase (20-30 points) in the Quick DASH assessment.
6. Pt will return to PLOF.

### Plan

**Certification Period/Plan of care expiration**: 8/5/2020 to 9/5/2020.
Continue Occupational Therapy 1-2  times per week for 10 weeks to decrease pain and edema, and increase A/PROM, strength, and functional use of R upper extremity.

Updates/Grading for next session: progress per UCL protocol and as able for remaining healing structures.


Jessica Manzella, LOTR, CHT


Electronically signed by Jessica L. Manzella, OT on 8/13/2020  3:26 PM

---

**Follow-up Information**

None

**Follow Up Call**

No data filed

---

Lincoln/White 0289

**Progress Notes - 08/11/2020**

BONH REHAB OUTPATIENT SERVICES
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72011001437
Enc. Date 8/11/2020

### 08/11/2020 - Clinical Support in Therapy & Wellness - O'Neal

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|-----------|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email |
|---------|-------|-------|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|-----------|-----|-------------------|------------------|
| Verified | Andrea D. Cothern, NP225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0290

Progress Notes - 08/11/2020

BONH REHAB OUTPATIENT SERVICES
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72011001437
Enc. Date 8/11/2020

## 08/11/2020 - Clinical Support in Therapy & Wellness - O'Neal (continued)

**Reason for Visit**

OT Treatment

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Decreased range of motion of finger of right hand | ICD-10-CM: M25.641 ICD-9-CM: 719.54 | |
| Gamekeeper's thumb of right hand, subsequent encounter | ICD-10-CM: S63.31XD ICD-9-CM: V58.89, 842.12 | |

**Problem List** as of 8/11/2020                                              Date Reviewed: **8/10/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 45.0-49.9, adult | ICD-10-CM: E66.01, Z68.42 ICD-9-CM: 278.01, V85.42 | | | 7/2/2018 - Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| Dyslipidemia | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| Lumbar facet arthropathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 1/23/2020 - Present |
| Gamekeeper's thumb, right | ICD-10-CM: S63.31XA ICD-9-CM: 842.12 | | | 7/7/2020 - Present |
| Trigger finger of right thumb | ICD-10-CM: M65.311 ICD-9-CM: 727.03 | | | 7/7/2020 - Present |
| Chronic pain | ICD-10-CM: G89.29 ICD-9-CM: 338.29 | | | 7/7/2020 - Present |
| Sinus tachycardia by electrocardiogram | ICD-10-CM: R00.0 ICD-9-CM: 785.0 | | | 7/7/2020 - Present |
| Right carpal tunnel syndrome | ICD-10-CM: G56.01 ICD-9-CM: 354.0 | | | 7/20/2020 - Present |
| Decreased range of motion of finger of right hand | ICD-10-CM: M25.641 ICD-9-CM: 719.54 | | | 8/5/2020 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, G89.29 ICD-9-CM: 719.46, 338.29 | | | 11/29/2018 - 3/24/2020 |

Lincoln/White 0291

Progress Notes - 08/11/2020

| BONH REHAB OUTPATIENT SERVICES | White, Sabrina Lynette |
|---|---|
| 17000 Medical Center Dr | MRN: 1932025, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72011001437 |
| | Enc. Date 8/11/2020 |

### 08/11/2020 - Clinical Support in Therapy & Wellness - O'Neal (continued)

**Patient as-of Visit**

#### Allergies as of 8/11/2020

Allergies last reviewed by Robert N. Moukarzel, MD on 8/10/2020 1334

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium                              Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*

Reactions: Nausea And Vomiting                Severity: Medium
Noted on: 02/13/2018

#### Immunizations as of 8/11/2020

No documentation.

## Medications

**Outpatient Medications at Start of Encounter as of 8/11/2020**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet** | 12 tablet | 0 | 3/10/2020 | |
| Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. - Oral | | | | |
| Class: Print | | | | |
| **celecoxib (CELEBREX) 200 MG capsule** | 30 capsule | 1 | 3/19/2020 | |
| Sig - Route: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. - Oral | | | | |
| Prior authorization: Canceled - Other | | | | |
| Esther Stagg, RN 9/18/2020  1:10 PM | | | | |
| HOLD TODAY PRIOR TO SURGERY | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule** | | | 12/18/2019 | |
| Sig - Route: Take 300 mg by mouth every evening.  - Oral | | | | |
| Class: Historical Med | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet** | | | 1/22/2020 | 9/18/2020 |
| Sig - Route: Take 25 mg by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| Esther Stagg, RN 9/18/2020  1:12 PM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **betamethasone dipropionate (DIPROLENE) 0.05 % cream** | 45 g | 1 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Apply topically 2 (two) times daily. - Topical (Top) | | | | |
| **celecoxib (CELEBREX) 200 MG capsule** | 60 capsule | 2 | 7/16/2020 | 9/4/2020 |
| Sig - Route: Take 1 capsule (200 mg total) by mouth 2 (two) times daily. Take with food - Oral | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet** | 60 tablet | 0 | 7/21/2020 | 8/24/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet** | 60 tablet | 0 | 7/21/2020 | 8/24/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule** | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Take 1 capsule (30 mg total) by mouth once daily. - Oral | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet** | 28 tablet | 0 | 7/20/2020 | 9/23/2020 |
| Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral | | | | |
| Earliest Fill Date: 7/20/2020 | | | | |

Lincoln/White 0292

Progress Notes - 08/11/2020

BONH REHAB OUTPATIENT SERVICES
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72011001437
Enc. Date 8/11/2020

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 8/11/2020 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Notes to Pharmacy: Quantity prescribed more than 7 day supply? No | | | | |
| **levocetirizine (XYZAL) 5 MG tablet** | 30 tablet | 0 | 7/21/2020 | 8/24/2020 |
| Sig. TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |

## Progress Notes

**Progress Notes by Jessica L. Manzella, OT at 8/11/2020  2:15 PM**

| | | |
|---|---|---|
| Author: Jessica L. Manzella, OT | Service: — | Author Type: Occupational Therapist |
| Filed: 8/11/2020  3:15 PM | Encounter Date: 8/11/2020 | Status: Signed |
| Editor: Jessica L. Manzella, OT (Occupational Therapist) | | |

## Occupational Therapy Daily Treatment Note

**Name**: Sabrina Lynette White
**Clinic Number**: 1932025

**Visit Date:** 8/11/2020

**Therapy Diagnosis**: decreased R hand, thumb, and wrist ROM
**Physician**: Hubbard, William James,*

**Physician Orders**: OT eval and tx
**Medical Diagnosis:** s/p carpal tunnel release
**Evaluation Date**: 8/5/2020
**Insurance Authorization period Expiration**: 12/31/2020
**Plan of Care Expiration Period**: 9/5/2020

**Visit # / Visits Authortized**: 2 / 20
**Time In**:2:15 pm
**Time Out**: 3:05 pm
**Total Billable Time**: 50 minutes

**Precautions**: Standard and Weightbearing
**Date of Onset: 2017**
**Surgery:** 7/20/2020
**S/P:** Right carpal tunnel release; Right thumb ulnar collateral ligament repair metacarpophalangeal joint using Arthrex internal brace system; Lipoma right ulnar wrist excision; Right trigger thumb release   3 weeks on 8/10/20

## Subjective

**Pt reports**: she is removing brace for bathing and "hand bothers her."
she was compliant with home exercise program given last session.
**Response to previous treatment:**Good
**Functional change**: none allowed due to thumb WCL

**Pain:** 4/10 on average
4/10 at best
4/10 at worst (decreased 6 levels)
Location: R wrist and thumb

Lincoln/White 0293

Progress Notes - 08/11/2020

| | |
|---|---|
| BONH REHAB OUTPATIENT SERVICES | White, Sabrina Lynette |
| 17000 Medical Center Dr | MRN: 1932025, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72011001437 |
| | Enc. Date 8/11/2020 |

### Progress Notes (continued)

Progress Notes by Jessica L. Manzella, OT at 8/11/2020  2:15 PM (continued)

## Objective

Sabrina received the following **supervised modalities** after being cleared for contradictions for 5 minutes:
-Moist Heat applied to R hand x 5 min to decrease pain and  increase blood flow and tissue elasticity prior to treatment.

Sabrina received the following **manual therapy techniques** for 5 minutes:
- Performed scar massage to incision(s) for 5 minutes to decrease adhesions and improve tensile glide.
-Retrograde massage to R hand digits/hand/wrist x 3 min to stimulate lymphatics to decrease pain,  edema and increase AROM and functional use.

Sabrina received **therapeutic exercises** for 15 minutes including:
- thumb IP ROM
- wrist ROM, wave, fist, hook, straight fist, lifts,

Fabricated custom hand based thumb spica orthosis with IPJ free as neoprene pre-fab brace allowed thumb abduction while performing finger AROM. Pt was instructed in wear, care, and precautions and was able to don and doff without risk to thumb  MPJ UCL repair.

## Home Exercises and Education Provided

**Education provided:**
- Orthosis wear and care

**Written Home Exercises Provided:** Patient instructed to cont prior HEP. Added tendon gliding and finger lifts. Exercises were reviewed and Sabrina was able to demonstrate them prior to the end of the session.  Sabrina demonstrated good  understanding of the education provided.
.
*See EMR under Patient Instructions for exercises provided 8/11/2020.*

## Assessment

Pt would continue to benefit from skilled OT. Scars with good mobility. Pt with good IPJ AROM, wrist AROM and finger AROM. Orthosis with good fit. May require adjustments prn.

- Progress towards goals: STG 2 met

Sabrina is progressing well towards her goals and there are no updates to goals at this time. Pt prognosis is Good.

Pt will continue to benefit from skilled outpatient occupational therapy to address the deficits listed in the problem list on initial evaluation provide pt/family education and to maximize pt's level of independence in the home and community environment.

**Anticipated barriers to occupational therapy:** none

Pt's spiritual, cultural and educational needs considered and pt agreeable to plan of care and goals.

**Goals:**
**Short Term Goals: (6 weeks)**
1. Pt will be independent with HEP in 2 visits. (modified to 3 visits 8/11/20)

| | |
|---|---|
| Generated on 11/24/20  1:22 PM | Page 149 |

Lincoln/White 0294

Progress Notes - 08/11/2020

| | |
|---|---|
| BONH REHAB OUTPATIENT SERVICES<br>17000 Medical Center Dr<br>Baton Rouge LA 70816 | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72011001437<br>Enc. Date 8/11/2020 |

### Progress Notes (continued)

**Progress Notes by Jessica L. Manzella, OT at 8/11/2020 2:15 PM (continued)**

2. Pt will report decreased pain to a 5-6/10 at worst. (met 8/11/20)
3. Pt will increase thumb MP/IP TAM by 30 degrees to enable dressing, grooming activities.
4. Pt will increase thumb rad/palmar abd by 5-15 degrees to enable grasp of softball.

**Long Term Goals: (10 weeks)**
1. Pt will report decreased pain to 1-2/10 with ADLs.
2. Pt will exhibit thumb MP/IP flexion to 115 degrees to enable independence with ADLs.
3. Pt will exhibit R grip strength at 60-75% to allow a firm grasp on steering wheel.
4. Pt will exhibit 9# of functional pinch strength to work tasks, opening containers, and turning keys.
5. Pt will exhibit a significant increase (20-30 points) in the Quick DASH assessment.
6. Pt will return to PLOF.

### Plan

**Certification Period/Plan of care expiration**: 8/5/2020 to 9/5/2020.
Continue Occupational Therapy 1-2 times per week for 10 weeks to decrease pain and edema, and increase A/PROM, strength, and functional use of R upper extremity.

Updates/Grading for next session: progress per UCL protocol and as able for remaining healing structures.

Jessica Manzella, LOTR, CHT

Electronically signed by Jessica L. Manzella, OT on 8/11/2020 3:15 PM

---

**Follow-up Information**

None

**Follow Up Call**

No data filed

---

Lincoln/White 0295

**Progress Notes - 08/10/2020**

ONLH XRAY                                    White, Sabrina Lynette
17000 Medical Center Dr                      MRN: 1932025, DOB:              Sex: F
Baton Rouge LA 70816                         Acct #: 72011034792
                                             Adm: 8/10/2020

### 08/10/2020 - DIAGNOSTIC XRAY in Ochsner Medical Center-O'Neal

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|-----------|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email |
|---------|-------|-------|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|-----------|-----|-------------------|------------------|
| Verified | Andrea D. Cothern, NP225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0296

**Progress Notes - 08/10/2020**

ONLH XRAY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011034792
Adm: 8/10/2020

### 08/10/2020 - DIAGNOSTIC XRAY in Ochsner Medical Center-O'Neal (continued)

**Admission Information**

| Arrival Date/Time: | | Admit Date/Time: | 08/10/2020 1437 | IP Adm. Date/Time: | |
|---|---|---|---|---|---|
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: | Ochsner Medical Center-O'Neal |
| Admit Provider: | | Attending Provider: | Robert N. Moukarzel, MD | Referring Provider: | Robert N. Moukarzel, MD |

**Admission Information**

| Attending Provider | | Admission Dx | | Admitted on |
|---|---|---|---|---|
| | | | | 08/10/20 |
| Service | | Isolation | | Code Status |
| | | | | Prior |
| Allergies | | | | |
| Aleve [Naproxen Sodium], Aspirin | | | | |

**Discharge Information**

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 08/10/2020 2359 | Home Or Self Care | None | None | Ochsner Medical Center-O'Neal |

**Final Diagnoses (ICD-10-CM)**

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| M25.551 [Principal] | Pain in right hip | | | | |

**Patient as-of Visit**

**Allergies** as of 8/10/2020

Allergies last reviewed by Robert N. Moukarzel, MD on 8/10/2020 1334

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium                    Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*

Reactions: Nausea And Vomiting          Severity: Medium
Noted on: 02/13/2018

**Immunizations** as of 8/10/2020

No documentation.

| Hospital Problem List as of 8/10/2020 | Reviewed: **8/10/2020 by Robert Moukarzel, MD** |
|---|---|
| None | |

| Non-Hospital Problem List as of 8/10/2020 | | Reviewed: **8/10/2020 by Robert Moukarzel, MD** |
|---|---|---|
| | Codes | Last Modified |
| **Primary insomnia** | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | 11/29/2016 |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | 8/27/2017 |

Lincoln/White 0297

Progress Notes - 08/10/2020

ONLH XRAY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72011034792
Adm: 8/10/2020

### 08/10/2020 - DIAGNOSTIC XRAY in Ochsner Medical Center-O'Neal (continued)

**Patient as-of Visit (continued)**

| | | |
|---|---|---|
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | 9/27/2017 |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | 9/27/2017 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | 10/9/2018 |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | 10/31/2018 |
| **Dyslipidemia** | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | 11/2/2018 |
| **Lumbar facet arthropathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | 1/23/2020 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, G89.29 ICD-9-CM: 719.46, 338.29 | 2/24/2020 |
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | 7/7/2020 |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | 7/7/2020 |
| **Migraine headache** | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | 7/7/2020 |
| **Morbid obesity with BMI of 45.0-49.9, adult** | ICD-10-CM: E66.01, Z68.42 ICD-9-CM: 278.01, V85.42 | 7/7/2020 |
| **Carpal tunnel syndrome on both sides** | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | 7/7/2020 |
| **Gamekeeper's thumb, right** | ICD-10-CM: S53.31XA ICD-9-CM: 842.12 | 7/7/2020 |
| **Trigger finger of right thumb** | ICD-10-CM: M65.311 ICD-9-CM: 727.03 | 7/7/2020 |
| **Chronic pain** | ICD-10-CM: G89.29 ICD-9-CM: 338.29 | 7/7/2020 |
| **Sinus tachycardia by electrocardiogram** | ICD-10-CM: R00.0 ICD-9-CM: 785.0 | 7/7/2020 |
| **Right carpal tunnel syndrome** | ICD-10-CM: G56.01 ICD-9-CM: 354.0 | 7/20/2020 |
| **Decreased range of motion of finger of right hand** | ICD-10-CM: M25.641 ICD-9-CM: 719.54 | 8/5/2020 |

**Imaging for Abstract**

**X-Ray Hip 4 or more views Right [545136957] (Final result)**

| **X-Ray Hip 4 or more views Right [545136957]** | Resulted: 08/10/20 1501, Result status: Final result |
|---|---|
| Ordering provider: Robert N. Moukarzel, MD  08/10/20 1437 | Order status: Completed |
| Resulted by: Sumanth K. Reddy, DO | Filed by: Interface, Rad Results In  08/10/20 1503 |
| Performed: 08/10/20 1449 - 08/10/20 1457 | Accession number: 33495034 |
| Resulting lab: MMODEL FLUENCY | |

Narrative:
EXAMINATION:
XR HIP 4 OR MORE VIEWS RIGHT

CLINICAL HISTORY:
Pain in right hip

TECHNIQUE:
Four views

COMPARISON:
None

Lincoln/White 0298

Progress Notes - 08/10/2020

ONLH XRAY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011034792
Adm: 8/10/2020

**08/10/2020 - DIAGNOSTIC XRAY in Ochsner Medical Center-O'Neal (continued)**

**Imaging for Abstract (continued)**

FINDINGS:
The bony pelvis is intact.  The right femoral head is well seated within the acetabulum.  No significant joint space narrowing.  No acute fracture or dislocation.  No plain film evidence to suggest AVN of the right hip.

Impression:

As above

Electronically signed by:  Sumanth Reddy, DO
Date:                                08/10/2020
Time:                                15:01
Acknowledged by:  Robert N. Moukarzel, MD on 08/10/20 1927

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

**Indications**

Right hip pain [M25.551 (ICD-10-CM)]

**Signed**

Electronically signed by Sumanth K. Reddy, DO on 8/10/20 at 1501 CDT

**All Reviewers List**

Robert N. Moukarzel, MD on 8/10/2020 19:27

**Discharge Instructions**                                              White, Sabrina Lynette (MR # 1932025)

None

**Follow-up Information**

None

Lincoln/White 0299

**Progress Notes - 08/10/2020**

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72011034792
Enc. Date 8/10/2020

### 08/10/2020 - Office Visit in O'Neal - Orthopedics

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email |
|---|---|---|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Andrea D. Cothern, NP225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0300

Progress Notes - 08/10/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72011034792
Enc. Date 8/10/2020

## 08/10/2020 - Office Visit in O'Neal - Orthopedics (continued)

**Reason for Visit**

Left Knee - Pain
Right Knee - Pain

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Derang of medial meniscus due to old tear/inj, left knee** - Primary | ICD-10-CM: M23.232 ICD-9-CM: 717.3 | |
| **Chondromalacia patellae, left knee** | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | |
| **Recurrent subluxation of patella, left knee** | ICD-10-CM: M22.12 ICD-9-CM: 718.36 | |
| **Chondromalacia patellae, right knee** | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | |
| **Recurrent subluxation of patella, right knee** | ICD-10-CM: M22.11 ICD-9-CM: 718.36 | |
| **Synovial hypertrophy of knee, left** | ICD-10-CM: M67.262 ICD-9-CM: 727.9 | |
| **Synovial hypertrophy of knee, right** | ICD-10-CM: M67.261 ICD-9-CM: 727.9 | |

**Problem List** as of 8/10/2020                Date Reviewed: **8/10/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine headache** | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| **Primary insomnia** | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| **Morbid obesity with BMI of 45.0-49.9, adult** | ICD-10-CM: E66.01, Z68.42 ICD-9-CM: 278.01, V85.42 | | | 7/2/2018 - Present |
| **Carpal tunnel syndrome on both sides** | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| **Dyslipidemia** | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| **Lumbar facet arthropathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 1/23/2020 - Present |
| **Gamekeeper's thumb, right** | ICD-10-CM: S63.31XA ICD-9-CM: 842.12 | | | 7/7/2020 - Present |
| **Trigger finger of right thumb** | ICD-10-CM: M65.311 ICD-9-CM: 727.03 | | | 7/7/2020 - Present |
| **Chronic pain** | ICD-10-CM: G89.29 ICD-9-CM: 338.29 | | | 7/7/2020 - Present |
| **Sinus tachycardia by electrocardiogram** | ICD-10-CM: R00.0 ICD-9-CM: 785.0 | | | 7/7/2020 - Present |
| **Right carpal tunnel syndrome** | ICD-10-CM: G56.01 ICD-9-CM: 354.0 | | | 7/20/2020 - Present |
| **Decreased range of motion of finger of right hand** | ICD-10-CM: M25.641 ICD-9-CM: 719.54 | | | 8/5/2020 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 | | | 11/24/2017 - |

Lincoln/White 0301

Progress Notes - 08/10/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72011034792
Enc. Date 8/10/2020

## 08/10/2020 - Office Visit in O'Neal - Orthopedics (continued)

**Problem List (continued)** as of 8/10/2020           Date Reviewed: **8/10/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| | ICD-9-CM: 717.7 | | | 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 | | | 11/24/2017 - |
| | ICD-9-CM: 717.7 | | | 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 | | | 3/19/2018 - |
| | ICD-9-CM: 719.46 | | | 10/6/2018 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, G89.29 | | | 11/26/2019 - 2/24/2020 |
| | ICD-9-CM: 719.46, 338.29 | | | |

### Patient as-of Visit

**Allergies** as of 8/10/2020

Allergies last reviewed by Robert N. Moukarzel, MD on 8/10/2020 1334

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium          Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*

Reactions: Nausea And Vomiting        Severity: Medium
Noted on: 02/13/2018

**Immunizations** as of 8/10/2020

No documentation.

## Medications

**Outpatient Medications at Start of Encounter as of 8/10/2020**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 12 tablet | 0 | 3/10/2020 | |
| Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. - Oral Class: Print | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 30 capsule | 1 | 3/19/2020 | |
| Sig - Route: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. - Oral Prior authorization: Canceled - Other | | | | |
| Esther Stagg, RN 8/18/2020 1:10 PM HOLD TODAY PRIOR TO SURGERY | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |
| Sig - Route: Take 300 mg by mouth every evening.  - Oral Class: Historical Med | | | | |
| **betamethasone dipropionate (DIPROLENE) 0.05 % cream (Taking)** | 45 g | 1 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Apply topically 2 (two) times daily. - Topical (Top) | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 60 capsule | 2 | 7/16/2020 | 9/4/2020 |
| Sig - Route: Take 1 capsule (200 mg total) by mouth 2 (two) times daily. Take with food - Oral | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking)** | 60 tablet | 0 | 7/21/2020 | 8/24/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)** | 60 tablet | 0 | 7/21/2020 | 8/24/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking)** | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |

Lincoln/White 0302

Progress Notes - 08/10/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011034792
Enc. Date 8/10/2020

## Medications (continued)

### Outpatient Medications at Start of Encounter as of 8/10/2020 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route. Take 1 capsule (30 mg total) by mouth once daily. - Oral | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)** | 28 tablet | 0 | 7/20/2020 | 9/23/2020 |
| Sig - Route. Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral | | | | |
| Earliest Fill Date 7/20/2020 | | | | |
| Notes to Pharmacy. Quantity prescribed more than 7 day supply? No | | | | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)** | 30 tablet | 0 | 7/21/2020 | 8/24/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet** | | | 1/22/2020 | 9/18/2020 |
| Sig - Route: Take 25 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

> Esther Stagg, RN 9/18/2020  1:12 PM
> TAKE MORNING OF SURGERY WITH A SIP OF WATER.

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 12 tablet | 0 | 3/10/2020 | |
| Sig: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. | | | | |
| Class: Print | | | | |
| Route: Oral | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 30 capsule | 1 | 3/19/2020 | |
| Sig: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. | | | | |
| Route: Oral | | | | |
| Prior authorization: Canceled - Other | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |
| Sig: Take 300 mg by mouth every evening. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **betamethasone dipropionate (DIPROLENE) 0.05 % cream (Taking/Discontinued)** | 45 g | 1 | 2/24/2020 | 9/4/2020 |
| Sig: Apply topically 2 (two) times daily. | | | | |
| Route: Topical (Top) | | | | |
| Reason for Discontinue: **Patient no longer taking** | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking/Discontinued)** | 60 capsule | 2 | 7/16/2020 | 9/4/2020 |
| Sig: Take 1 capsule (200 mg total) by mouth 2 (two) times daily. Take with food | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Duplicate Order** | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued)** | 60 tablet | 0 | 7/21/2020 | 8/24/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking/Discontinued)** | 60 tablet | 0 | 7/21/2020 | 8/24/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking/Discontinued)** | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |
| Sig: Take 1 capsule (30 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Dose adjustment** | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking/Discontinued)** | 28 tablet | 0 | 7/20/2020 | 9/23/2020 |
| Sig: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. | | | | |
| Earliest Fill Date: 7/20/2020 | | | | |
| Notes to Pharmacy: Quantity prescribed more than 7 day supply? No | | | | |
| Route: Oral | | | | |

Lincoln/White 0303

Progress Notes - 08/10/2020

| ONLC ORTHOPEDICS | White, Sabrina Lynette | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72011034792 | |
| | Enc. Date 8/10/2020 | |

### Medications (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Reason for Discontinue: **Stop Taking at Discharge** | | | | |
| **levocetirizine (XYZAL) 5 MG tablet** (Taking/Discontinued) | 30 tablet | 0 | 7/21/2020 | 8/24/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |

### Progress Notes

**Progress Notes by Robert N. Moukarzel, MD at 8/10/2020  1:00 PM**

| Author: Robert N. Moukarzel, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 8/10/2020  7:27 PM | Encounter Date: 8/10/2020 | Creation Time: 8/10/2020  7:20 PM |
| Status: Signed | Editor: Robert N. Moukarzel, MD (Physician) | |

## Subjective:

**Patient ID:** Sabrina Lynette White is a 47 y.o. female.

**Chief Complaint:** Pain of the Left Knee and Pain of the Right Knee
Right hip
HPI: 07/16/2020
Patient is to undergo carpal tunnel release on the right hand in a.m. by Dr. Hubbard.  She has been having bilateral knee pain right knee worse than left for several years now.  Couple years ago had MRI on the left knee that short radial tear and chondromalacia of the patella and medial tibial joint.  She received numerous treatments including steroid injections, hyaluronic injections, nerve blocks, Celebrex and genicular nerve blocks which helped for couple weeks by pain management.  She does have back issues also.  Pain is 8/10.  She is not getting any relief.  The right knee gives out catches cannot stand from a sitting position without too much difficulty.  She uses a cane to get around.  She does work as a sitter for 5 hr a day.  Pain is 8/10.  Stairs are difficult kneeling is very painful.  Points over the anterior knee, medial knee, anterior right groin.  Also does have arthritis of her feet and the right shoulder.  Denies any fever or chills or shortness of breath difficulty chewing swallowing loss of bowel bladder control.  She does have back pain also.
08/07/2020
Patient had surgery on her right hand by Dr. Hubbard multiple procedures at the same time.  As far as her knees are concerned they both hurting.  Giving out catching locking.  She did have genicular nerve blocks which did not last long.  She had had MRI done and she is here for follow-up.  She is hoping to give her some relief in her knees.  Pain is 10/10.  She does ambulate with a limp.  He is requesting assistive devices.  Also requested it inability to sit in the tub or stand long enough to take a shower  a tub bench.  Denies any fever or chills or shortness of breath or difficulty chewing or swallowing
She does go see cardiologist Dr. Paris

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Arthritis | |
| • Depression | |
| • Encounter for blood transfusion | |
| *had to have infusion during surgery in 2008* | |
| • GERD (gastroesophageal reflux disease) | |
| • Hyperlipidemia | |
| • Hypertension | |
| • Osteoarthritis of spine with radiculopathy, cervical region | |

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CARPAL TUNNEL RELEASE | Right | 7/20/2020 |

Lincoln/White 0304

Progress Notes - 08/10/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72011034792
Enc. Date 8/10/2020

## Progress Notes (continued)

**Progress Notes by Robert N. Moukarzel, MD at 8/10/2020  1:00 PM (continued)**

*Procedure: RELEASE, CARPAL TUNNEL;  Surgeon: William James Hubbard, MD;  Location: HGVH OR;  Service: Orthopedics;  Laterality: Right;  Ulnar Collateral Ligament Repair-- Arthrex Internal Brace*
- CESAREAN SECTION, LOW TRANSVERSE
- CYST REMOVAL                                          Right          7/20/2020
*Procedure: EXCISION, CYST;  Surgeon: William James Hubbard, MD;  Location: HGVH OR;  Service: Orthopedics;  Laterality: Right;  ulnar cyst*
- FOOT SURGERY
*Arch implant*
- INJECTION OF ANESTHETIC AGENT AROUND MEDIAL          Bilateral       1/8/2020
  BRANCH NERVES INNERVATING LUMBAR FACET JOINT
*Procedure: Bilateral L3-5 MBB;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT;  Service: Pain Management;  Laterality: Bilateral;*
- INJECTION OF ANESTHETIC AGENT AROUND MEDIAL          Bilateral       1/23/2020
  BRANCH NERVES INNERVATING LUMBAR FACET JOINT
*Procedure: Bilateral L3-5 MBB;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT;  Service: Pain Management;  Laterality: Bilateral;*
- INJECTION OF ANESTHETIC AGENT AROUND NERVE           Bilateral       11/20/2019
*Procedure: Block, Nerve Bilateral RN IV sedation;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT;  Service: Pain Management;  Laterality: Bilateral;*
- RECONSTRUCTION OF LIGAMENT                            Right          7/20/2020
*Procedure: RECONSTRUCTION, LIGAMENT;  Surgeon: William James Hubbard, MD;  Location: HGVH OR;  Service: Orthopedics;  Laterality: Right;*
- TRIGGER FINGER RELEASE                                Right          7/20/2020
*Procedure: RELEASE, TRIGGER FINGER;  Surgeon: William James Hubbard, MD;  Location: HGVH OR;  Service: Orthopedics;  Laterality: Right;*

## Family History

| Problem | Relation | Age of Onset |
| --- | --- | --- |
| Breast cancer | Maternal Aunt | |
| Diabetes | Maternal Aunt | |
| No Known Problems | Mother | |
| Alcohol abuse | Father | |
| Heart disease | Paternal Uncle | |
| Heart disease | Maternal Grandfather | |
| No Known Problems | Brother | |
| Stroke | Neg Hx | |

## Social History

### Socioeconomic History
- Marital status:              Single
    Spouse name:               Not on file
- Number of children:          1
- Years of education:          Not on file
- Highest education level:     Not on file

### Occupational History
- Occupation:                  Not currently employed

### Social Needs
- Financial resource strain:   Not on file
- Food insecurity
    Worry:                     Not on file

Lincoln/White 0305

Progress Notes - 08/10/2020

| ONLC ORTHOPEDICS | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72011034792 | |
| | Enc. Date 8/10/2020 | |

## Progress Notes (continued)

**Progress Notes by Robert N. Moukarzel, MD at 8/10/2020  1:00 PM (continued)**

| | |
|---|---|
| Inability: | Not on file |
| • Transportation needs | |
| Medical: | Not on file |
| Non-medical: | Not on file |
| **Tobacco Use** | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| **Substance and Sexual Activity** | |
| • Alcohol use: | Yes |
| Frequency: | Monthly or less |
| Drinks per session: | 1 or 2 |
| • Drug use: | No |
| • Sexual activity: | Not Currently |
| Partners: | Male |
| **Lifestyle** | |
| • Physical activity | |
| Days per week: | Not on file |
| Minutes per session: | Not on file |
| • Stress: | Very much |
| **Relationships** | |
| • Social connections | |
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |
| **Other Topics** | **Concern** |
| • Not on file | |
| **Social History Narrative** | |
| • Not on file | |

## Medication List with Changes/Refills
### Current Medications

| | |
|---|---|
| BETAMETHASONE DIPROPIONATE (DIPROLENE) 0.05 % CREAM | Apply topically 2 (two) times daily. |
| BUTALBITAL-ACETAMINOPHEN-CAFFEINE 50-325-40 MG (FIORICET, ESGIC) 50-325-40 MG PER TABLET | Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. |
| CELECOXIB (CELEBREX) 200 MG CAPSULE | Take 1 capsule (200 mg total) by mouth once daily. Take with food. Discontinue if develop GI side effects. |

Lincoln/White 0306

Progress Notes - 08/10/2020

| ONLC ORTHOPEDICS | White, Sabrina Lynette |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB:        Sex: F |
| | Acct #: 72011034792 |
| | Enc. Date 8/10/2020 |

## Progress Notes (continued)

**Progress Notes by Robert N. Moukarzel, MD at 8/10/2020  1:00 PM (continued)**

| | |
|---|---|
| CELECOXIB (CELEBREX) 200 MG CAPSULE | Take 1 capsule (200 mg total) by mouth 2 (two) times daily. Take with food |
| CLONAZEPAM (KLONOPIN) 1 MG TABLET | Take 1 tablet by mouth twice daily as needed for anxiety |
| CYCLOBENZAPRINE (FLEXERIL) 10 MG TABLET | Take 1 tablet by mouth twice daily as needed |
| DULOXETINE (CYMBALTA) 30 MG CAPSULE | Take 1 capsule (30 mg total) by mouth once daily. |
| GABAPENTIN (NEURONTIN) 300 MG CAPSULE | Take 300 mg by mouth nightly as needed. |
| HYDROCODONE-ACETAMINOPHEN (NORCO) 5-325 MG PER TABLET | Take 1 tablet by mouth every 6 (six) hours as needed for Pain. |
| LEVOCETIRIZINE (XYZAL) 5 MG TABLET | TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING |
| METOPROLOL SUCCINATE (TOPROL-XL) 25 MG 24 HR TABLET | Take 25 mg by mouth once daily. |

Review of patient's allergies indicates:

| Allergen | Reactions |
|---|---|
| • Aleve [naproxen sodium] | |
|   *GI indigestion* | |
| • Aspirin | Nausea And Vomiting |

Review of Systems
Constitution: Negative for decreased appetite.
HENT: Negative for tinnitus.
Eyes: Negative for double vision.
Cardiovascular: Negative for chest pain.
Respiratory: Negative for wheezing.
Hematologic/Lymphatic: Negative for bleeding problem.
Skin: Negative for dry skin.
Musculoskeletal: Positive for arthritis, back pain, joint pain and stiffness. Negative for gout and neck pain.
Gastrointestinal: Negative for abdominal pain.
Genitourinary: Negative for bladder incontinence.
Neurological: Negative for numbness, paresthesias and sensory change.
Psychiatric/Behavioral: Negative for altered mental status.

**Objective:**
Body mass index is 46.77 kg/m².
Vitals:

| | 08/10/20 1314 |
|---|---|
| BP: | (!) 136/98 |

Lincoln/White 0307

Progress Notes - 08/10/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:        Sex: F
Acct #: 72011034792
Enc. Date 8/10/2020

**Progress Notes (continued)**

**Progress Notes by Robert N. Moukarzel, MD at 8/10/2020  1:00 PM (continued)**

Pulse:       (!) 123

**General**

Constitutional: She is oriented to person, place, and time. She appears well-developed.
HENT:
Head: Atraumatic.
Eyes: EOM are normal.
Cardiovascular: Normal rate.
Pulmonary/Chest: Effort normal.
Neurological: She is alert and oriented to person, place, and time.
Psychiatric: Judgment normal.

Cervical rotation seems to be functional
Bilateral upper extremity neurovascularly intact.  Severe Tinel sign at the right hand and Phalen's test.  Radial pulses 2+.  Decreased sensation in 1st 3 digits.  Right shoulder flexion 120 abduction 90 mild impingement sign.  Strength is 5/5
Lumbar with pain multilevel paraspinal.  Negative straight leg raising bilaterally.
Pelvis is level
Passive hip motion without pain in the groin.  Slight abduction and internal rotation external rotation of the hip with slight discomfort in the right groin.  No pain to palpation over the trochanters.  Hip flexors abduct his adductors quads hamstrings ankle extensors and flexors are slightly weak at 5-/5
Bilateral knees with the same exam positive McMurray sign medially.  Severe pain to compression on the patella anteriorly with severe crepitus.  Medial joint tenderness slight lateral joint tenderness.  Collaterals and cruciates are stable.
Calves are soft nontender
No pitting edema
Ankle motion intact
Pain in the midfoot and subtalar joint bilaterally right worse than left
DP 1+ PT 1+
Skin is warm to touch no obvious lesions

Relevant imaging results reviewed and interpreted by me, discussed with the patient and / or family
MRI 08/03/2020 right knee with lateral patella subluxation and chondromalacia and edema of the fat pad resulting in compression friction syndrome consistent with synovial hypertrophy.  The medial lateral femoral at tibial articular cartilage appears well-preserved has chondromalacia type 4 of the patella knee

MRI 08/03/2020 left knee with medial meniscus tear.  Reactive medial pericapsular edema.  There is also intra substance degenerative signal in the medial meniscus.  No obvious lateral meniscus tear.  Small Baker cyst.  Lateral patella subluxation with adjacent lateral infrapatellar fat pad edema she is resting lateral patella compression friction syndrome with grade 4 chondromalacia.  Consistent with possible to hypertrophic synovitis/impingement

MRI left knee 03/26/2018 with a small radial tear of the medial meniscus, patellofemoral full-thickness chondral fissuring with subcortical cyst thing as well as medial tibial fibular compartment.  Grade 1 MCL sprain
X-ray of both knees from 2019 showing patellofemoral changes with a small osteophytic changes and mild medial joint changes with slight varus deformity consistent mild-to-moderate arthritis
**X-Ray Hip 4 or more views Right**

Lincoln/White 0308

Progress Notes - 08/10/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72011034792
Enc. Date 8/10/2020

**Progress Notes (continued)**

Progress Notes by Robert N. Moukarzel, MD at 8/10/2020  1:00 PM (continued)

Narrative: EXAMINATION:
XR HIP 4 OR MORE VIEWS RIGHT

CLINICAL HISTORY:
Pain in right hip

TECHNIQUE:
Four views

COMPARISON:
None

FINDINGS:
The bony pelvis is intact.  The right femoral head is well seated within the acetabulum.  No significant joint space narrowing.  No acute fracture or dislocation.  No plain film evidence to suggest AVN of the right hip.
Impression: As above

Electronically signed by:    Sumanth Reddy, DO
Date:                        08/10/2020
Time:                        15:01

**Assessment:**

Encounter Diagnoses

| Name | Primary? |
|------|----------|
| • Derang of medial meniscus due to old tear/inj, left knee | Yes |
| • Chondromalacia patellae, left knee | |
| • Recurrent subluxation of patella, left knee | |
| • Chondromalacia patellae, right knee | |
| • Recurrent subluxation of patella, right knee | |
| • Synovial hypertrophy of knee, left | |
| • Synovial hypertrophy of knee, right | |

**Plan:**

**Derang of medial meniscus due to old tear/inj, left knee**

**Chondromalacia patellae, left knee**

**Recurrent subluxation of patella, left knee**

**Chondromalacia patellae, right knee**

**Recurrent subluxation of patella, right knee**

**Synovial hypertrophy of knee, left**

**Synovial hypertrophy of knee, right**

Lincoln/White 0309

Progress Notes - 08/10/2020

| ONLC ORTHOPEDICS | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72011034792 | |
| | Enc. Date 8/10/2020 | |

## Progress Notes (continued)

**Progress Notes by Robert N. Moukarzel, MD at 8/10/2020  1:00 PM (continued)**

**Patient Instructions**
Right groin pain will get x-ray today on the way out
Continue with the Celebrex since that helps
Patient will need a tub bench
Bilateral knee with arthritis underneath the knee cap as well as medial meniscus tear on the left.  Also has synovial impingement/patella friction.
Recommend bilateral knee arthroscopy.  Surgeries roughly 20 min each knee done under general anesthesia.  May require crutches after surgery which we will provide today.  Will take 6-8 weeks to heal.  You will be allowed to put weight on him to walk there is no hopping involved.  Within 4 weeks after surgery if no improvement may need physical therapy.
Slight risk of nerve damage, vascular damage, infection, blood clot, fat clot.  Surgery will not do anything for the arthritis underneath the knee cap.  In the future may need injections to help with the arthritic pain

Cardiac clearance doctor Parris

Patient with with chronic pain for more than couple years after a fall.  Previous MRI with definite chondromalacia of the anterior and medial compartment of the left knee.  X-ray per above.  Kellgren Lawrence scale 2.  Failed genicular nerve block, NSAIDs, therapy, steroid and hyaluronic injections.
Celebrex does help some will increase to twice a day and it is helping.
Return after arthroscopy bilateral knee

**Disclaimer:** This note was prepared using a voice recognition system and is likely to have sound alike errors within the text.

Electronically signed by Robert N. Moukarzel, MD on 8/10/2020  7:27 PM

**Follow-up Information**
None

**Follow Up Call**
No data filed

Lincoln/White 0310

**Progress Notes - 08/10/2020**

BONH REHAB OUTPATIENT SERVICES
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72011001437
Enc. Date 8/5/2020

### 08/05/2020 - Clinical Support in Therapy & Wellness - O'Neal

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|------------|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email | |
|---------|-------|-------|--|
| | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|------------|-----|--------------------|------------------|
| Verified | Andrea D. Cothern, NP225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0311

Progress Notes - 08/05/2020

BONH REHAB OUTPATIENT SERVICES
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72011001437
Enc. Date 8/5/2020

## 08/05/2020 - Clinical Support in Therapy & Wellness - O'Neal (continued)

### Diagnoses

| | Codes | Comments |
|---|---|---|
| S/P carpal tunnel release | ICD-10-CM: Z98.899 ICD-9-CM: V45.89 | |
| Decreased range of motion of finger of right hand | ICD-10-CM: M25.641 ICD-9-CM: 719.54 | |

### Problem List as of 8/5/2020                                      Date Reviewed: 7/31/2020

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 45.0-49.9, adult | ICD-10-CM: E66.01, Z68.42 ICD-9-CM: 278.01, V85.42 | | | 7/2/2018 - Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| Dyslipidemia | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| Lumbar facet arthropathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 1/23/2020 - Present |
| Gamekeeper's thumb, right | ICD-10-CM: S63.611XA ICD-9-CM: 842.12 | | | 7/7/2020 - Present |
| Trigger finger of right thumb | ICD-10-CM: M65.311 ICD-9-CM: 727.03 | | | 7/7/2020 - Present |
| Chronic pain | ICD-10-CM: G89.29 ICD-9-CM: 338.29 | | | 7/7/2020 - Present |
| Sinus tachycardia by electrocardiogram | ICD-10-CM: R00.0 ICD-9-CM: 785.0 | | | 7/7/2020 - Present |
| Right carpal tunnel syndrome | ICD-10-CM: G56.01 ICD-9-CM: 354.0 | | | 7/20/2020 - Present |
| Decreased range of motion of finger of right hand | ICD-10-CM: M25.641 ICD-9-CM: 719.54 | | | 8/5/2020 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, G89.29 ICD-9-CM: 719.46, 338.29 | | | 11/20/2019 - 2/24/2020 |

### Patient as-of Visit

**Allergies** as of 8/5/2020

Allergies last reviewed by Lewis Elliott, RT on 8/3/2020 1032

---

Generated on 11/24/20  1:22 PM                                      Page 167

Lincoln/White 0312

Progress Notes - 08/05/2020

BONH REHAB OUTPATIENT SERVICES
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72011001437
Enc. Date 8/5/2020

## 08/05/2020 - Clinical Support in Therapy & Wellness - O'Neal (continued)

### Patient as-of Visit (continued)

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium
Comments: GI indigestion

Noted on: 12/19/2017

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*

Reactions: Nausea And Vomiting
Noted on: 02/13/2018

Severity: Medium

**Immunizations** as of 8/5/2020

No documentation.

## Medications

### Outpatient Medications at Start of Encounter as of 8/5/2020

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet** | 12 tablet | 0 | 3/10/2020 | |
| Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. - Oral | | | | |
| Class: Print | | | | |
| **celecoxib (CELEBREX) 200 MG capsule** | 30 capsule | 1 | 3/19/2020 | |
| Sig - Route: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. - Oral | | | | |
| Prior authorization: Canceled - Other | | | | |
| Esther Stagg, RN 9/18/2020  1:10 PM | | | | |
| HOLD TODAY PRIOR TO SURGERY | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule** | | | 12/18/2019 | |
| Sig - Route: Take 300 mg by mouth every evening.  - Oral | | | | |
| Class: Historical Med | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet** | | | 1/22/2020 | 9/18/2020 |
| Sig - Route: Take 25 mg by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| Esther Stagg, RN 9/18/2020  1:10 PM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **betamethasone dipropionate (DIPROLENE) 0.05 % cream** | 45 g | 1 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Apply topically 2 (two) times daily. - Topical (Top) | | | | |
| **celecoxib (CELEBREX) 200 MG capsule** | 60 capsule | 2 | 7/16/2020 | 9/4/2020 |
| Sig - Route: Take 1 capsule (200 mg total) by mouth 2 (two) times daily. Take with food - Oral | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet** | 60 tablet | 0 | 7/21/2020 | 8/24/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet** | 60 tablet | 0 | 7/21/2020 | 8/24/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule** | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Take 1 capsule (30 mg total) by mouth once daily. - Oral | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet** | 28 tablet | 0 | 7/20/2020 | 9/23/2020 |
| Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral | | | | |
| Earliest Fill Date: 7/20/2020 | | | | |
| Notes to Pharmacy: Quantity prescribed more than 7 day supply? No | | | | |
| **levocetirizine (XYZAL) 5 MG tablet** | 30 tablet | 0 | 7/21/2020 | 8/24/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |

Generated on 11/24/20  1:22 PM

Lincoln/White 0313

**Progress Notes - 08/05/2020**

| | | |
|---|---|---|
| BONH REHAB OUTPATIENT SERVICES | White, Sabrina Lynette | |
| 17000 Medical Center Dr | MRN: 1932025, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72011001437 | |
| | Enc. Date 8/5/2020 | |

**Medications (continued)**

**Progress Notes**

**Progress Notes by Lindsay Richard, OT at 8/5/2020  2:30 PM**

| | | |
|---|---|---|
| Author: Lindsay Richard, OT | Service: — | Author Type: Occupational Therapist |
| Filed: 8/5/2020  3:28 PM | Encounter Date: 8/5/2020 | Status: Signed |
| Editor: Lindsay Richard, OT (Occupational Therapist) | | |

See OT evaluation under Plan of Care

Electronically signed by Lindsay Richard, OT on 8/5/2020  3:28 PM

**Follow-up Information**

None

**Follow Up Call**

No data filed

---

Lincoln/White 0314

**Progress Notes - 07/31/2020**

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72010791621
Enc. Date 7/31/2020

## 07/31/2020 - Office Visit in O'Neal - Orthopedics

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|-----------|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email |
|---------|-------|-------|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|-----------|-----|--------------------|------------------|
| Verified | Andrea D. Cothern, NP225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0315

Progress Notes - 07/31/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:            Sex: F
Acct #: 72010791621
Enc. Date 7/31/2020

## 07/31/2020 - Office Visit in O'Neal - Orthopedics (continued)

**Reason for Visit**

Right Wrist - Post-op Evaluation

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **S/P carpal tunnel release** - Primary | ICD-10-CM: Z98.890 ICD-9-CM: V45.89 | |
| **Gamekeeper's thumb of right hand, subsequent encounter** | ICD-10-CM: S63.31XD ICD-9-CM: V58.89, 842.12 | |
| **Lipoma of right upper extremity** | ICD-10-CM: D17.21 ICD-9-CM: 214.0 | |

**Problem List** as of 7/31/2020                              Date Reviewed: **7/31/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine headache** | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| **Primary insomnia** | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| **Morbid obesity with BMI of 45.0-49.9, adult** | ICD-10-CM: E66.01, Z68.42 ICD-9-CM: 278.01, V85.42 | | | 7/2/2018 - Present |
| **Carpal tunnel syndrome on both sides** | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| **Dyslipidemia** | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| **Lumbar facet arthropathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 1/23/2020 - Present |
| **Gamekeeper's thumb, right** | ICD-10-CM: S63.31XA ICD-9-CM: 842.12 | | | 7/7/2020 - Present |
| **Trigger finger of right thumb** | ICD-10-CM: M65.311 ICD-9-CM: 727.03 | | | 7/7/2020 - Present |
| **Chronic pain** | ICD-10-CM: G89.29 ICD-9-CM: 338.29 | | | 7/7/2020 - Present |
| **Sinus tachycardia by electrocardiogram** | ICD-10-CM: R00.0 ICD-9-CM: 785.0 | | | 7/7/2020 - Present |
| **Right carpal tunnel syndrome** | ICD-10-CM: G56.01 ICD-9-CM: 354.0 | | | 7/20/2020 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, G89.29 ICD-9-CM: 719.46, 338.29 | | | 11/29/2018 - 3/24/2020 |

Lincoln/White 0316

Progress Notes - 07/31/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:              Sex: F
Acct #: 72010791621
Enc. Date 7/31/2020

### 07/31/2020 - Office Visit in O'Neal - Orthopedics (continued)

#### Patient as-of Visit

#### Allergies as of 7/31/2020

Allergies last reviewed by William James Hubbard, MD on 7/31/2020 0727

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium
Comments: GI indigestion

Noted on: 12/19/2017

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*

Reactions: Nausea And Vomiting
Noted on: 02/13/2018

Severity: Medium

#### Immunizations as of 7/31/2020

No documentation.

## Medications

#### Outpatient Medications at Start of Encounter as of 7/31/2020

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 12 tablet | 0 | 3/10/2020 | |
| Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. - Oral | | | | |
| Class: Print | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 30 capsule | 1 | 3/19/2020 | |
| Sig - Route: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. - Oral | | | | |
| Prior authorization: Canceled - Other | | | | |
|      Esther Stagg, RN 9/18/2020  1:10 PM<br>     HOLD TODAY PRIOR TO SURGERY | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |
| Sig - Route: Take 300 mg by mouth every evening.  - Oral | | | | |
| Class: Historical Med | | | | |
| **betamethasone dipropionate (DIPROLENE) 0.05 % cream (Taking)** | 45 g | 1 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Apply topically 2 (two) times daily. - Topical (Top) | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 60 capsule | 2 | 7/16/2020 | 9/4/2020 |
| Sig - Route: Take 1 capsule (200 mg total) by mouth 2 (two) times daily. Take with food - Oral | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking)** | 60 tablet | 0 | 7/21/2020 | 8/24/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)** | 60 tablet | 0 | 7/21/2020 | 8/24/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking)** | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Take 1 capsule (30 mg total) by mouth once daily. - Oral | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)** | 28 tablet | 0 | 7/20/2020 | 9/23/2020 |
| Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral | | | | |
| Earliest Fill Date: 7/20/2020 | | | | |
| Notes to Pharmacy: Quantity prescribed more than 7 day supply? No | | | | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)** | 30 tablet | 0 | 7/21/2020 | 8/24/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet** | | | 1/22/2020 | 9/18/2020 |
| Sig - Route: Take 25 mg by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |

Lincoln/White 0317

Progress Notes - 07/31/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                  Sex: F
Acct #: 72010791621
Enc. Date 7/31/2020

## Medications (continued)

### Outpatient Medications at Start of Encounter as of 7/31/2020 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Esther Stagg, RN 9/18/2020  1:12 PM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg**<br>**(FIORICET, ESGIC) 50-325-40 mg per tablet**<br>**(Taking)** | 12 tablet | 0 | 3/10/2020 | |
| Sig: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches.<br>Class: Print<br>Route: Oral | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 30 capsule | 1 | 3/19/2020 | |
| Sig: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects.<br>Route: Oral<br>Prior authorization: Canceled - Other | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |
| Sig: Take 300 mg by mouth every evening.<br>Class: Historical Med<br>Route: Oral | | | | |
| **betamethasone dipropionate (DIPROLENE) 0.05 %**<br>**cream (Taking/Discontinued)** | 45 g | 1 | 2/24/2020 | 9/4/2020 |
| Sig: Apply topically 2 (two) times daily.<br>Route: Topical (Top)<br>Reason for Discontinue: **Patient no longer taking** | | | | |
| **celecoxib (CELEBREX) 200 MG capsule**<br>**(Taking/Discontinued)** | 60 capsule | 2 | 7/16/2020 | 9/4/2020 |
| Sig: Take 1 capsule (200 mg total) by mouth 2 (two) times daily. Take with food<br>Route: Oral<br>Reason for Discontinue: **Duplicate Order** | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet**<br>**(Taking/Discontinued)** | 60 tablet | 0 | 7/21/2020 | 8/24/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet**<br>**(Taking/Discontinued)** | 60 tablet | 0 | 7/21/2020 | 8/24/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule**<br>**(Taking/Discontinued)** | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |
| Sig: Take 1 capsule (30 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Dose adjustment** | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg**<br>**per tablet (Taking/Discontinued)** | 28 tablet | 0 | 7/20/2020 | 9/23/2020 |
| Sig: Take 1 tablet by mouth every 6 (six) hours as needed for Pain.<br>Earliest Fill Date: 7/20/2020<br>Notes to Pharmacy: Quantity prescribed more than 7 day supply? No<br>Route: Oral<br>Reason for Discontinue: **Stop Taking at Discharge** | | | | |
| **levocetirizine (XYZAL) 5 MG tablet**<br>**(Taking/Discontinued)** | 30 tablet | 0 | 7/21/2020 | 8/24/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |

## Progress Notes

**Progress Notes by William James Hubbard, MD at 7/31/2020  7:20 AM**

Lincoln/White 0318

Progress Notes - 07/31/2020

| ONLC ORTHOPEDICS | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72010791621 | |
| | Enc. Date 7/31/2020 | |

**Progress Notes (continued)**

**Progress Notes by William James Hubbard, MD at 7/31/2020  7:20 AM (continued)**

| Author: William James Hubbard, MD | Service: — | Author Type: Physician |
| Filed: 7/31/2020  7:31 AM | Encounter Date: 7/31/2020 | Creation Time: 7/31/2020  7:29 AM |
| Status: Signed | Editor: William James Hubbard, MD (Physician) | |

## Subjective:

**Patient ID:** Sabrina Lynette White is a 47 y.o. female.

**Chief Complaint:** Post-op Evaluation of the Right Wrist

HPI

Past Medical History:

| Diagnosis | Date |
| --- | --- |
| • Anxiety | |
| • Arthritis | |
| • Depression | |
| • Encounter for blood transfusion | |
| *had to have infusion during surgery in 2008* | |
| • GERD (gastroesophageal reflux disease) | |
| • Hyperlipidemia | |
| • Hypertension | |
| • Osteoarthritis of spine with radiculopathy, cervical region | |

Past Surgical History:

| Procedure | Laterality | Date |
| --- | --- | --- |
| • CARPAL TUNNEL RELEASE | Right | 7/20/2020 |
| *Procedure: RELEASE, CARPAL TUNNEL;  Surgeon: William James Hubbard, MD;  Location: HGVH OR;  Service: Orthopedics;  Laterality: Right;  Ulnar Collateral Ligament Repair-- Arthrex Internal Brace* | | |
| • CESAREAN SECTION, LOW TRANSVERSE | | |
| • CYST REMOVAL | Right | 7/20/2020 |
| *Procedure: EXCISION, CYST;  Surgeon: William James Hubbard, MD;  Location: HGVH OR;  Service: Orthopedics;  Laterality: Right;  ulnar cyst* | | |
| • FOOT SURGERY | | |
| *Arch implant* | | |
| • INJECTION OF ANESTHETIC AGENT AROUND MEDIAL BRANCH NERVES INNERVATING LUMBAR FACET JOINT | Bilateral | 1/8/2020 |
| *Procedure: Bilateral L3-5 MBB;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT;  Service: Pain Management;  Laterality: Bilateral;* | | |
| • INJECTION OF ANESTHETIC AGENT AROUND MEDIAL BRANCH NERVES INNERVATING LUMBAR FACET JOINT | Bilateral | 1/23/2020 |
| *Procedure: Bilateral L3-5 MBB;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT;  Service: Pain Management;  Laterality: Bilateral;* | | |
| • INJECTION OF ANESTHETIC AGENT AROUND NERVE | Bilateral | 11/20/2019 |
| *Procedure: Block, Nerve Bilateral RN IV sedation;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT;  Service: Pain Management;  Laterality: Bilateral;* | | |
| • RECONSTRUCTION OF LIGAMENT | Right | 7/20/2020 |
| *Procedure: RECONSTRUCTION, LIGAMENT;  Surgeon: William James Hubbard, MD;  Location: HGVH OR;  Service: Orthopedics;  Laterality: Right;* | | |
| • TRIGGER FINGER RELEASE | Right | 7/20/2020 |
| *Procedure: RELEASE, TRIGGER FINGER;  Surgeon: William James Hubbard, MD;  Location: HGVH OR;  Service: Orthopedics;  Laterality: Right;* | | |

Family History

| Problem | Relation | Age of Onset |
| --- | --- | --- |

Generated on 11/24/20  1:22 PM

Lincoln/White 0319

Progress Notes - 07/31/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72010791621
Enc. Date 7/31/2020

**Progress Notes (continued)**

**Progress Notes by William James Hubbard, MD at 7/31/2020  7:20 AM (continued)**

| | |
|---|---|
| • Breast cancer | Maternal Aunt |
| • Diabetes | Maternal Aunt |
| • No Known Problems | Mother |
| • Alcohol abuse | Father |
| • Heart disease | Paternal Uncle |
| • Heart disease | Maternal Grandfather |
| • No Known Problems | Brother |
| • Stroke | Neg Hx |

Social History

Socioeconomic History
| | |
|---|---|
| • Marital status: | Single |
|    Spouse name: | Not on file |
| • Number of children: | 1 |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

Occupational History
| | |
|---|---|
| • Occupation: | Not currently employed |

Social Needs
| | |
|---|---|
| • Financial resource strain: | Not on file |
| • Food insecurity | |
|    Worry: | Not on file |
|    Inability: | Not on file |
| • Transportation needs | |
|    Medical: | Not on file |
|    Non-medical: | Not on file |

Tobacco Use
| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |

Substance and Sexual Activity
| | |
|---|---|
| • Alcohol use: | Yes |
|    Frequency: | Monthly or less |
|    Drinks per session: | 1 or 2 |
| • Drug use: | No |
| • Sexual activity: | Not Currently |
|    Partners: | Male |

Lifestyle
| | |
|---|---|
| • Physical activity | |
|    Days per week: | Not on file |
|    Minutes per session: | Not on file |
| • Stress: | Very much |

Relationships
| | |
|---|---|
| • Social connections | |
|    Talks on phone: | Not on file |
|    Gets together: | Not on file |
|    Attends religious service: | Not on file |
|    Active member of club or organization: | Not on file |
|    Attends meetings of clubs or organizations: | Not on file |
|    Relationship status: | Not on file |

Other Topics                         Concern
| | |
|---|---|
| • Not on file | |

Lincoln/White 0320

**Progress Notes - 07/31/2020**

| | |
|---|---|
| ONLC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72010791621<br>Enc. Date 7/31/2020 |

### Progress Notes (continued)

**Progress Notes by William James Hubbard, MD at 7/31/2020  7:20 AM (continued)**

Social History Narrative

- Not on file

**Medication List with Changes/Refills**

**Current Medications**

| | |
|---|---|
| BETAMETHASONE DIPROPIONATE (DIPROLENE) 0.05 % CREAM | Apply topically 2 (two) times daily. |
| BUTALBITAL-ACETAMINOPHEN-CAFFEINE 50-325-40 MG (FIORICET, ESGIC) 50-325-40 MG PER TABLET | Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. |
| CELECOXIB (CELEBREX) 200 MG CAPSULE | Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. |
| CELECOXIB (CELEBREX) 200 MG CAPSULE | Take 1 capsule (200 mg total) by mouth 2 (two) times daily. Take with food |
| CLONAZEPAM (KLONOPIN) 1 MG TABLET | Take 1 tablet by mouth twice daily as needed for anxiety |
| CYCLOBENZAPRINE (FLEXERIL) 10 MG TABLET | Take 1 tablet by mouth twice daily as needed |
| DULOXETINE (CYMBALTA) 30 MG CAPSULE | Take 1 capsule (30 mg total) by mouth once daily. |
| GABAPENTIN (NEURONTIN) 300 MG CAPSULE | Take 300 mg by mouth nightly as needed. |
| HYDROCODONE-ACETAMINOPHEN (NORCO) 5-325 MG PER TABLET | Take 1 tablet by mouth every 6 (six) hours as needed for Pain. |
| LEVOCETIRIZINE (XYZAL) 5 MG TABLET | TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING |
| METOPROLOL SUCCINATE (TOPROL-XL) 25 MG 24 HR TABLET | Take 25 mg by mouth once daily. |

Review of patient's allergies indicates:

| Allergen | Reactions |
|---|---|
| • Aleve [naproxen sodium]<br>    *GI indigestion* | |
| • Aspirin | Nausea And Vomiting |

Review of Systems
Constitution: Negative for malaise/fatigue.
HENT: Negative for hearing loss.
Eyes: Negative for double vision and visual disturbance.
Cardiovascular: Negative for chest pain.
Respiratory: Negative for shortness of breath.
Endocrine: Negative for cold intolerance.
Hematologic/Lymphatic: Does not bruise/bleed easily.
Skin: Negative for poor wound healing and suspicious lesions.
Musculoskeletal: Negative for gout, joint pain and joint swelling.

Lincoln/White 0321

**Progress Notes - 07/31/2020**

| | |
|---|---|
| ONLC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72010791621<br>Enc. Date 7/31/2020 |

### Progress Notes (continued)

**Progress Notes by William James Hubbard, MD at 7/31/2020  7:20 AM (continued)**

Gastrointestinal: Negative for nausea and vomiting.
Genitourinary: Negative for dysuria.
Neurological: Positive for headaches, numbness, paresthesias and sensory change.
Psychiatric/Behavioral: Positive for depression. Negative for memory loss and substance abuse. The patient has insomnia. The patient is not nervous/anxious.
Allergic/Immunologic: Negative for persistent infections.

**Objective:**

Body mass index is 46.77 kg/m².
Vitals:

| | 07/31/20 0717 |
|---|---|
| BP: | 132/74 |
| Pulse: | 69 |

**General**

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic.
Eyes: EOM are normal.
Neck: Normal range of motion.
Pulmonary/Chest: Effort normal.
Neurological: She is oriented to person, place, and time.
Psychiatric: She has a normal mood and affect.

**Right Hand/Wrist Exam**

Inspection
Scars: Wrist - present Hand -  present
Effusion: Wrist - absent Hand -  absent

Other

Neuorologic Exam

Median Distribution: normal
Ulnar Distribution: normal
Radial Distribution: normal

Comments:  The patient's suture line is intact on the ulnar aspect of the right wrist ulnar aspect of the right thumb metacarpophalangeal joint.  There is good endpoint on stressing the ulnar collateral ligament repair.  The carpal tunnel

---

Lincoln/White 0322

Progress Notes - 07/31/2020

| | |
|---|---|
| ONLC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72010791621<br>Enc. Date 7/31/2020 |

## Progress Notes (continued)

**Progress Notes by William James Hubbard, MD at 7/31/2020 7:20 AM (continued)**

incision looks good. There are no motor or sensory deficits. There is no sign of infection

### Vascular Exam

Capillary Refill
Right Hand: normal capillary refill

radiographs were not obtained today

**Assessment:**

Encounter Diagnoses

| Name | Primary? |
|---|---|
| • S/P carpal tunnel release | Yes |
| • Gamekeeper's thumb of right hand, subsequent encounter | |
| • Lipoma of right upper extremity | |

**Plan:**
The patient had the sutures removed today. Steri-Strips were applied. She was given a thumb spica splint. She will return in 4 weeks for re-evaluation. She was sent to physical therapy.

**Disclaimer:** This note was prepared using a voice recognition system and is likely to have sound alike errors within the text.

Electronically signed by William James Hubbard, MD on 7/31/2020 7:31 AM

**Follow-up Information**

None

**Follow Up Call**

No data filed

Lincoln/White 0323

**Progress Notes - 07/24/2020**

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010791598
Enc. Date 7/24/2020

### 07/24/2020 - Office Visit in O'Neal - Orthopedics

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|------------|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email | |
|---------|-------|-------|--|
| | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|------------|-----|--------------------|--------------------|
| Verified | Andrea D. Cothern, NP225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0324

Progress Notes - 07/24/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:            Sex: F
Acct #: 72010791598
Enc. Date 7/24/2020

## 07/24/2020 - Office Visit in O'Neal - Orthopedics (continued)

### Reason for Visit

**Right Wrist - Post-op Evaluation**

### Diagnoses

|  | Codes | Comments |
|---|---|---|
| **S/P carpal tunnel release** - Primary | ICD-10-CM: Z98.890<br>ICD-9-CM: V45.89 |  |
| **S/P trigger finger release** | ICD-10-CM: Z98.890<br>ICD-9-CM: V45.89 |  |

### Problem List as of 7/24/2020

Data Reviewed: **7/24/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine headache** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| **Primary insomnia** | ICD-10-CM: F51.01<br>ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0<br>ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22<br>ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| **Morbid obesity with BMI of 45.0-49.9, adult** | ICD-10-CM: E66.01, Z68.42<br>ICD-9-CM: 278.01, V85.42 | | | 7/2/2018 - Present |
| **Carpal tunnel syndrome on both sides** | ICD-10-CM: G56.03<br>ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| **Dyslipidemia** | ICD-10-CM: E78.5<br>ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| **Lumbar facet arthropathy** | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | | | 1/23/2020 - Present |
| **Gamekeeper's thumb, right** | ICD-10-CM: S63.31XA<br>ICD-9-CM: 842.12 | | | 7/7/2020 - Present |
| **Trigger finger of right thumb** | ICD-10-CM: M65.311<br>ICD-9-CM: 727.03 | | | 7/7/2020 - Present |
| **Chronic pain** | ICD-10-CM: G89.29<br>ICD-9-CM: 338.29 | | | 7/7/2020 - Present |
| **Sinus tachycardia by electrocardiogram** | ICD-10-CM: R00.0<br>ICD-9-CM: 785.0 | | | 7/7/2020 - Present |
| **Right carpal tunnel syndrome** | ICD-10-CM: G56.01<br>ICD-9-CM: 354.0 | | | 7/20/2020 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42<br>ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41<br>ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562<br>ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, G89.29<br>ICD-9-CM: 719.46, 338.29 | | | 11/29/2019 - 2/24/2020 |

### Patient as-of Visit

**Allergies** as of 7/24/2020

Lincoln/White 0325

Progress Notes - 07/24/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010791598
Enc. Date 7/24/2020

### 07/24/2020 - Office Visit in O'Neal - Orthopedics (continued)

**Patient as-of Visit (continued)**

Allergies last reviewed by Brooke D. Bourque, PA-C on 7/24/2020 0949

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*
Severity: Medium                                        Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*
Reactions: Nausea And Vomiting                          Severity: Medium
Noted on: 02/13/2018

**Immunizations** as of 7/24/2020
No documentation.

## Medications

**Outpatient Medications at Start of Encounter as of 7/24/2020**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 12 tablet | 0 | 3/10/2020 | |
| Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. - Oral Class: Print | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 30 capsule | 1 | 3/19/2020 | |
| Sig - Route: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. - Oral Prior authorization: Canceled - Other | | | | |
| Esther Stagg, RN 9/18/2020  1:10 PM HOLD TODAY PRIOR TO SURGERY | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |
| Sig - Route: Take 300 mg by mouth every evening.  - Oral Class: Historical Med | | | | |
| **betamethasone dipropionate (DIPROLENE) 0.05 % cream (Taking)** | 45 g | 1 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Apply topically 2 (two) times daily. - Topical (Top) | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 60 capsule | 2 | 7/16/2020 | 9/4/2020 |
| Sig - Route: Take 1 capsule (200 mg total) by mouth 2 (two) times daily. Take with food - Oral | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking)** | 60 tablet | 0 | 7/21/2020 | 8/24/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)** | 60 tablet | 0 | 7/21/2020 | 8/24/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking)** | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Take 1 capsule (30 mg total) by mouth once daily. - Oral | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking)** | 28 tablet | 0 | 7/20/2020 | 9/23/2020 |
| Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral Earliest Fill Date: 7/20/2020 Notes to Pharmacy: Quantity prescribed more than 7 day supply? No | | | | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)** | 30 tablet | 0 | 7/21/2020 | 8/24/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet** | | | 1/22/2020 | 9/18/2020 |
| Sig - Route: Take 25 mg by mouth once daily.  - Oral Class: Historical Med | | | | |

Lincoln/White 0326

Progress Notes - 07/24/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010791598
Enc. Date 7/24/2020

## Medications (continued)

### Outpatient Medications at Start of Encounter as of 7/24/2020 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|

Esther Stagg, RN 9/16/2020  1:12 PM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 12 tablet | 0 | 3/10/2020 | |

Sig: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches.
Class: Print
Route: Oral

| | | | | |
|---|---|---|---|---|
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 30 capsule | 1 | 3/19/2020 | |

Sig: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects.
Route: Oral
Prior authorization: Canceled - Other

| | | | | |
|---|---|---|---|---|
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |

Sig: Take 300 mg by mouth every evening.
Class: Historical Med
Route: Oral

| | | | | |
|---|---|---|---|---|
| **betamethasone dipropionate (DIPROLENE) 0.05 % cream (Taking/Discontinued)** | 45 g | 1 | 2/24/2020 | 9/4/2020 |

Sig: Apply topically 2 (two) times daily.
Route: Topical (Top)
Reason for Discontinue: **Patient no longer taking**

| | | | | |
|---|---|---|---|---|
| **celecoxib (CELEBREX) 200 MG capsule (Taking/Discontinued)** | 60 capsule | 2 | 7/16/2020 | 9/4/2020 |

Sig: Take 1 capsule (200 mg total) by mouth 2 (two) times daily. Take with food
Route: Oral
Reason for Discontinue: **Duplicate Order**

| | | | | |
|---|---|---|---|---|
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued)** | 60 tablet | 0 | 7/21/2020 | 8/24/2020 |

Sig: Take 1 tablet by mouth twice daily as needed for anxiety

| | | | | |
|---|---|---|---|---|
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking/Discontinued)** | 60 tablet | 0 | 7/21/2020 | 8/24/2020 |

Sig: Take 1 tablet by mouth twice daily as needed

| | | | | |
|---|---|---|---|---|
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking/Discontinued)** | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |

Sig: Take 1 capsule (30 mg total) by mouth once daily.
Route: Oral
Reason for Discontinue: **Dose adjustment**

| | | | | |
|---|---|---|---|---|
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet (Taking/Discontinued)** | 28 tablet | 0 | 7/20/2020 | 9/23/2020 |

Sig: Take 1 tablet by mouth every 6 (six) hours as needed for Pain.
Earliest Fill Date: 7/20/2020
Notes to Pharmacy: Quantity prescribed more than 7 day supply? No
Route: Oral
Reason for Discontinue: **Stop Taking at Discharge**

| | | | | |
|---|---|---|---|---|
| **levocetirizine (XYZAL) 5 MG tablet (Taking/Discontinued)** | 30 tablet | 0 | 7/21/2020 | 8/24/2020 |

Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING

## Progress Notes

Progress Notes by Brooke D. Bourque, PA-C at 7/24/2020  9:30 AM

Lincoln/White 0327

Progress Notes - 07/24/2020

| | |
|---|---|
| ONLC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72010791598<br>Enc. Date 7/24/2020 |

### Progress Notes (continued)

**Progress Notes by Brooke D. Bourque, PA-C at 7/24/2020  9:30 AM (continued)**

| | | |
|---|---|---|
| Author: Brooke D. Bourque, PA-C | Service: — | Author Type: Physician Assistant |
| Filed: 7/24/2020 10:03 AM | Encounter Date: 7/24/2020 | Creation Time: 7/24/2020  9:49 AM |
| Status: Signed | Editor: Brooke D. Bourque, PA-C (Physician Assistant) | |

**Subjective:**

**Patient ID:** Sabrina Lynette White is a 47 y.o. female.

**Chief Complaint:** Post-op Evaluation of the Right Wrist

Pt is a 47 yo female S/p R CRT, Trigger thumb, collateral ligament of thumb, ulnar cyst removal 7/20/2020 with Dr. Hubbard
Notes pain is 4-5/10 exacerbated with mvmt, relieved with rest and pain medication. Denies N/T, temp change to hand or digits
No radiation of pain, mainly localized to R collateral lig incision. Assoc her appetite is slow to return since anesthesia, but improving daily via self, denies exacerbation.

Review of Systems
Constitution: Positive for decreased appetite (slow to return to normal since anesthesia but improving daily ).
HENT: Negative for congestion.
Eyes: Negative for blurred vision.
Respiratory: Negative for shortness of breath.
Hematologic/Lymphatic: Does not bruise/bleed easily.
Skin: Negative for itching.
     **Post op pain to R hand & thumb**
Musculoskeletal: Negative for stiffness.
Gastrointestinal: Negative for nausea and vomiting.
Genitourinary: Negative for dysuria.
Neurological: Negative for numbness, paresthesias and sensory change.

**Objective:**

**General**

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light.
Neck: Neck supple.
Pulmonary/Chest: Effort normal.
Neurological: She is alert and oriented to person, place, and time.
Psychiatric: She has a normal mood and affect. Her behavior is normal.

**Right Hand/Wrist Exam**

Generated on 11/24/20  1:22 PM                                                                                    Page 183

Lincoln/White 0328

**Progress Notes - 07/24/2020**

| | |
|---|---|
| ONLC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:            Sex: F<br>Acct #: 72010791598<br>Enc. Date 7/24/2020 |

**Progress Notes (continued)**

**Progress Notes by Brooke D. Bourque, PA-C at 7/24/2020  9:30 AM (continued)**

Comments:  POD 4
Dressing removed-
Incisions C/D/I x4
Sutures in place x4
No warmth or erythema noted
mild tenderness to palpation more so over trigger finger and collateral ligament areas
Swelling noted to palm and digits greatest at collateral ligament although mild in nature throughout
str 5/5 finger adb/add & DIP/PIP joints, patient able to resist with thumb and make a fist, grasp intact although patient hesitant s/t pain with mvmt
Sensation intact throughout digits and palmer surfaces
Cap refill <2
2+ pulses noted

**Assessment:**
There are no diagnoses linked to this encounter.

**Plan:**

Pt is POD4 R CRT, collateral ligament of thumb, ulnar cyst and trigger finger of thumb release 7/202/2020 by Dr. Hubbard
Initial dressings removed
Incisions cleaned with peroxide and new bandage applied x4
Soft splint offered, patient states she has one at home
Patient to continue post op instructions
Will FU in 1 week with Dr. Hubbard for suture removal

Electronically signed by Brooke D. Bourque, PA-C on 7/24/2020 10:03 AM

**Follow-up Information**

None

**Follow Up Call**

No data filed

Lincoln/White 0329

**Progress Notes - 07/20/2020**

HGVH PERIOP SERVICES
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72010809643
Adm: 7/20/2020

### 07/20/2020 - Admission (Discharged) in The Grove - Periop Services

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email |
|---|---|---|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Andrea D. Cothern, NP225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0330

Progress Notes - 07/20/2020

HGVH PERIOP SERVICES
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72010809643
Adm: 7/20/2020

### 07/20/2020 - Admission (Discharged) in The Grove - Periop Services (continued)

**Admission Information**

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 07/20/2020 0634 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | Orthopedic Surgery | Secondary Service: | |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: | The Grove - Periop Services |
| Admit Provider: | William James Hubbard, MD | Attending Provider: | William James Hubbard, MD | Referring Provider: | William James Hubbard, MD |

**Admission Information**

| Attending Provider | Admission Dx | Admitted on |
|---|---|---|
| | Trigger finger, acquired, Carpal tunnel syndrome, bilateral, Gamekeeper's thumb of right hand, initial encounter, Right carpal tunnel syndrome | 07/20/20 |

| Service | Isolation | Code Status |
|---|---|---|
| Orthopedic Surgery | | Prior |

**Allergies**

Aleve [Naproxen Sodium], Aspirin

**Discharge Information**

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 07/20/2020 1135 | Home Or Self Care | None | None | The Grove - Periop Services |

**Final Diagnoses (ICD-10-CM)**

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| M65.311 [Principal] | Trigger thumb, right thumb | | | | |
| G56.03 | Carpal tunnel syndrome, bilateral upper limbs | | | | |
| S63.641A | Sprain of metacarpophalangeal joint of right thumb, initial encounter | | | | |
| D17.21 | Benign lipomatous neoplasm of skin and subcutaneous tissue of right arm | | | | |

**Patient as-of Visit**

**Allergies** as of 7/20/2020

Allergies last reviewed by Blair Huval Russo, RN on 7/20/2020 0952

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium                          Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*

Reactions: Nausea And Vomiting              Severity: Medium
Noted on: 02/13/2018

**Immunizations** as of 7/20/2020

No documentation.

| Hospital Problem List as of 7/20/2020 | | Reviewed: **7/16/2020 by Robert Moukarzel, MD** | |
|---|---|---|---|
| | Codes | Last Modified | POA |
| **Right carpal tunnel syndrome** | ICD-10-CM: G56.01 | 7/20/2020 | Yes |

Lincoln/White 0331

Progress Notes - 07/20/2020

HGVH PERIOP SERVICES
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72010809643
Adm: 7/20/2020

## 07/20/2020 - Admission (Discharged) in The Grove - Periop Services (continued)

**Patient as-of Visit (continued)**

ICD-9-CM: 354.0

| Non-Hospital Problem List as of 7/20/2020 | Reviewed: 7/16/2020 by Robert Moukarzel, MD | |
|---|---|---|
| | Codes | Last Modified |
| **Primary insomnia** | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | 11/29/2016 |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | 8/27/2017 |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | 9/27/2017 |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | 9/27/2017 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | 10/8/2018 |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | 10/31/2018 |
| **Dyslipidemia** | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | 11/2/2018 |
| **Lumbar facet arthropathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | 1/23/2020 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, G89.29 ICD-9-CM: 719.46, 338.29 | 2/24/2020 |
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | 7/7/2020 |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | 7/7/2020 |
| **Migraine headache** | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | 7/7/2020 |
| **Morbid obesity with BMI of 45.0-49.9, adult** | ICD-10-CM: E66.01, Z68.42 ICD-9-CM: 278.01, V85.42 | 7/7/2020 |
| **Carpal tunnel syndrome on both sides** | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | 7/7/2020 |
| **Gamekeeper's thumb, right** | ICD-10-CM: S63.31XA ICD-9-CM: 842.12 | 7/7/2020 |
| **Trigger finger of right thumb** | ICD-10-CM: M65.311 ICD-9-CM: 727.03 | 7/7/2020 |
| **Chronic pain** | ICD-10-CM: G89.29 ICD-9-CM: 338.29 | 7/7/2020 |
| **Sinus tachycardia by electrocardiogram** | ICD-10-CM: R00.0 ICD-9-CM: 785.0 | 7/7/2020 |

## H&P Notes

### 07/20/2020

**Interval H&P Note by William James Hubbard, MD at 7/20/2020  6:45 AM**

| Author: William James Hubbard, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 7/20/2020  6:46 AM | Date of Service: 7/20/2020  6:45 AM | Status: Signed |
| Editor: William James Hubbard, MD (Physician) | | |

The patient has been examined and the H&P has been reviewed:

I concur with the findings and no changes have occurred since H&P was written.

Anesthesia/Surgery risks, benefits and alternative options discussed and understood by patient/family.

Lincoln/White 0332

Progress Notes - 07/20/2020

HGVH PERIOP SERVICES
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                        Sex: F
Acct #: 72010809643
Adm: 7/20/2020

**07/20/2020 - Admission (Discharged) in The Grove - Periop Services (continued)**

**H&P Notes (continued)**

Active Hospital Problems

| Diagnosis | POA |
|---|---|
| • Right carpal tunnel syndrome [G56.01] | Yes |

Resolved Hospital Problems
No resolved problems to display.

Electronically signed by William James Hubbard, MD at 7/20/2020  8:46 AM

**Source Note**

Author: William James Hubbard, MD          Service: —                        Author Type: Physician
Filed: 7/7/2020 12:18 PM                   Date of Service: 7/7/2020  9:00 AM    Status: Signed
Editor: William James Hubbard, MD (Physician)

## Subjective:

**Patient ID:** Sabrina Lynette White is a 47 y.o. female.

**Chief Complaint:** Pain of the Right Wrist

The patient is a 47-year-old female with numbness in median nerve distribution in both hands for the last several years. She had nerve conduction studies done 09/05/2018 that did confirm bilateral carpal tunnel syndrome right greater than left. She also has a right trigger thumb and a right thumb ulnar collateral ligament tear metacarpophalangeal joint grade 3 that is symptomatic. She drops things. She wishes to have a right carpal tunnel release right trigger thumb release and reconstruction ulnar collateral ligament metacarpophalangeal joint right thumb using Arthrex internal brace system.

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Arthritis | |
| • Depression | |
| • Encounter for blood transfusion | |
| *had to have infusion during surgery in 2008* | |
| • GERD (gastroesophageal reflux disease) | |
| • Hyperlipidemia | |
| • Hypertension | |
| • Osteoarthritis of spine with radiculopathy, cervical region | |

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION, LOW TRANSVERSE | | |
| • FOOT SURGERY | | |
| • INJECTION OF ANESTHETIC AGENT AROUND MEDIAL BRANCH NERVES INNERVATING LUMBAR FACET JOINT | Bilateral | 1/8/2020 |
| *Procedure: Bilateral L3-5 MBB;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT;  Service: Pain Management;  Laterality: Bilateral;* | | |
| • INJECTION OF ANESTHETIC AGENT AROUND MEDIAL BRANCH NERVES INNERVATING LUMBAR FACET JOINT | Bilateral | 1/23/2020 |

Lincoln/White 0333

Progress Notes - 07/20/2020

HGVH PERIOP SERVICES                          White, Sabrina Lynette
17000 Medical Center Dr                       MRN: 1932025, DOB:              Sex: F
Baton Rouge LA 70816                          Acct #: 72010809643
                                              Adm: 7/20/2020

**07/20/2020 - Admission (Discharged) in The Grove - Periop Services (continued)**

**H&P Notes (continued)**

*Procedure: Bilateral L3-5 MBB;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT;  Service: Pain Management;  Laterality: Bilateral;*

- INJECTION OF ANESTHETIC AGENT AROUND NERVE          Bilateral          11/20/2019
  *Procedure: Block, Nerve Bilateral RN IV sedation;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT; Service: Pain Management;  Laterality: Bilateral;*

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Breast cancer | Maternal Aunt | |
| • Diabetes | Maternal Aunt | |
| • No Known Problems | Mother | |
| • Alcohol abuse | Father | |
| • Heart disease | Paternal Uncle | |
| • Heart disease | Maternal Grandfather | |
| • Stroke | Neg Hx | |

Social History

Socioeconomic History
- Marital status:            Single
     Spouse name:           Not on file
- Number of children:       1
- Years of education:       Not on file
- Highest education level:  Not on file

Occupational History
- Occupation:               Not currently employed

Social Needs
- Financial resource strain:  Not on file
- Food insecurity
     Worry:                 Not on file
     Inability:             Not on file
- Transportation needs
     Medical:               Not on file
     Non-medical:           Not on file

Tobacco Use
- Smoking status:           Never Smoker
- Smokeless tobacco:        Never Used

Substance and Sexual Activity
- Alcohol use:              No
- Drug use:                 No
- Sexual activity:          Not Currently
     Partners:              Male

Lifestyle
- Physical activity
     Days per week:         Not on file
     Minutes per session:   Not on file
- Stress:                   Very much

Relationships
- Social connections
     Talks on phone:        Not on file
     Gets together:         Not on file
     Attends religious service:  Not on file
     Active member of club or   Not on file
     organization:

Generated on 11/24/20  1:22 PM                                    Page 189

Lincoln/White 0334

Progress Notes - 07/20/2020

| HGVH PERIOP SERVICES | White, Sabrina Lynette |
| 17000 Medical Center Dr | MRN: 1932025, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72010809643 |
|  | Adm: 7/20/2020 |

## 07/20/2020 - Admission (Discharged) in The Grove - Periop Services (continued)

### H&P Notes (continued)

Attends meetings of clubs    Not on file
or organizations:
Relationship status:        Not on file

Other Topics                Concern
• Not on file

Social History Narrative
• Not on file

### Medication List with Changes/Refills
#### Current Medications

| AMITRIPTYLINE (ELAVIL) 50 MG TABLET | Take 50 mg by mouth. |
| BETAMETHASONE DIPROPIONATE (DIPROLENE) 0.05 % CREAM | Apply topically 2 (two) times daily. |
| BUTALBITAL-ACETAMINOPHEN-CAFFEINE 50-325-40 MG (FIORICET, ESGIC) 50-325-40 MG PER TABLET | Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. |
| CELECOXIB (CELEBREX) 200 MG CAPSULE | Take 1 capsule (200 mg total) by mouth once daily. Take with food. Discontinue if develop GI side effects. |
| CETIRIZINE (ZYRTEC) 10 MG TABLET | TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 7 DAYS |
| CLONAZEPAM (KLONOPIN) 1 MG TABLET | Take 1 tablet by mouth twice daily as needed for anxiety |
| CYCLOBENZAPRINE (FLEXERIL) 10 MG TABLET | Take 1 tablet by mouth twice daily as needed |
| DEXBROMPHENIRAMINE MALEATE (ALA-HIST IR) 2 MG TAB | Take 1 tablet by mouth every 4 to 6 hours as needed. |
| DOXYLAMINE-PHENYLEPHRINE (POLY HIST FORTE) 10.5-10 MG TAB | Take 1 tablet by mouth every 4 to 6 hours as needed. FILL IN GENERIC ONLY |
| DULOXETINE (CYMBALTA) 30 MG CAPSULE | Take 1 capsule (30 mg total) by mouth once daily. |
| GABAPENTIN (NEURONTIN) 300 MG CAPSULE | TAKE 1 CAPSULE BY MOUTH IN THE EVENING |
| HYDROCORTISONE 1 % CREAM | Apply to affected area 2 times daily |
| IRBESARTAN (AVAPRO) 75 MG TABLET | Take 75 mg by mouth. |
| LEVOCETIRIZINE (XYZAL) 5 MG TABLET | TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING |
| METHOCARBAMOL (ROBAXIN) 750 MG TAB | Take 750 mg by mouth 3 (three) times daily as needed. |
| METOPROLOL SUCCINATE (TOPROL-XL) 25 MG 24 HR TABLET | Take 25 mg by mouth. |

Lincoln/White 0335

Progress Notes - 07/20/2020

HGVH PERIOP SERVICES
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:            Sex: F
Acct #: 72010809643
Adm: 7/20/2020

## 07/20/2020 - Admission (Discharged) in The Grove - Periop Services (continued)

**H&P Notes (continued)**

| | |
|---|---|
| MUPIROCIN (BACTROBAN) 2 % OINTMENT | Apply topically 2 (two) times daily. |
| PERMETHRIN (ELIMITE) 5 % CREAM | Apply to affected area |
| PROMETHAZINE-DEXTROMETHORPHAN (PROMETHAZINE-DM) 6.25-15 MG/5 ML SYRP | Take 5 mLs by mouth every 4 to 6 hours as needed. |
| TRIAMCINOLONE (NASACORT) 55 MCG NASAL INHALER | 2 sprays by Nasal route. |

Review of patient's allergies indicates:

| Allergen | Reactions |
|---|---|

- Aleve [naproxen sodium]
  *GI indigestion*
- Aspirin

Review of Systems
Constitution: Negative for malaise/fatigue.
HENT: Negative for hearing loss.
Eyes: Negative for double vision and visual disturbance.
Cardiovascular: Negative for chest pain.
Respiratory: Negative for shortness of breath.
Endocrine: Negative for cold intolerance.
Hematologic/Lymphatic: Does not bruise/bleed easily.
Skin: Negative for poor wound healing and suspicious lesions.
Musculoskeletal: Negative for gout, joint pain and joint swelling.
Gastrointestinal: Negative for nausea and vomiting.
Genitourinary: Negative for dysuria.
Neurological: Positive for headaches, numbness, paresthesias and sensory change.
Psychiatric/Behavioral: Negative for depression, memory loss and substance abuse. The patient has insomnia. The patient is not nervous/anxious.
Allergic/Immunologic: Negative for persistent infections.

**Objective:**

Body mass index is 47.65 kg/m².
Vitals:

| | 07/07/20 0901 |
|---|---|
| BP: | 105/79 |
| Pulse: | 105 |

**General**

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:

---

Generated on 11/24/20  1:22 PM                                                                 Page 191

Lincoln/White 0336

Progress Notes - 07/20/2020

| HGVH PERIOP SERVICES | White, Sabrina Lynette | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 1932025, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72010809643 | |
| | Adm: 7/20/2020 | |

**07/20/2020 - Admission (Discharged) in The Grove - Periop Services (continued)**

**H&P Notes (continued)**

Head: Normocephalic.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: EOM are normal.
Neck: Normal range of motion.
Cardiovascular: Normal rate.
Pulmonary/Chest: Effort normal.
Abdominal: Soft.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit.
Psychiatric: She has a normal mood and affect.

**Right Hand/Wrist Exam**

Inspection
Scars: Wrist - absent Hand - absent
Effusion: Wrist - absent Hand - absent

Pain
Hand - The patient exhibits pain of the thumb MCP.
Wrist - The patient exhibits pain of the flexor/pronator group.

Tenderness
The patient is tender to palpation of the palmer area.

Tests
Phalen's sign: positive
Tinel's sign (median nerve): positive
Carpal Tunnel Compression Test: positive

**Atrophy**
Thenar: negative
Intrinsic: negative

Other

Neuorologic Exam

Median Distribution: abnormal
Ulnar Distribution: normal
Radial Distribution: normal

Comments: The right thumb is active triggering noted with a palpable nodule that moves with tendon excursion. She also has a grade 3 sprain ulnar collateral ligament metacarpophalangeal joint with the right thumb MCP joint that opens 35° and extension. Additionally she has a positive Tinel and positive Phalen sign. There is no thenar atrophy noted.

**Left Hand/Wrist Exam**

Generated on 11/24/20  1:22 PM

Page 192

Lincoln/White 0337

Progress Notes - 07/20/2020

| | |
|---|---|
| HGVH PERIOP SERVICES | White, Sabrina Lynette |
| 17000 Medical Center Dr | MRN: 1932025, DOB:        Sex: F |
| Baton Rouge LA 70816 | Acct #: 72010809643 |
| | Adm: 7/20/2020 |

**07/20/2020 - Admission (Discharged) in The Grove - Periop Services (continued)**

**H&P Notes (continued)**

Inspection
Scars: Wrist - absent Hand - absent
Effusion: Wrist - absent Hand - absent

Pain
Wrist - The patient exhibits pain of the flexor/pronator group.

Tests
Phalen's sign: positive
Tinel's sign (median nerve): positive
Carpal Tunnel Compression Test: positive

**Atrophy**
Thenar: Negative
Intrinsic: negative

Other

Sensory Exam
Median Distribution: abnormal
Ulnar Distribution: normal
Radial Distribution: normal

Comments: The patient has a positive Tinel and positive Phalen sign. There is no thenar atrophy noted

**Vascular Exam**

Capillary Refill
Right Hand: normal capillary refill
Left Hand: normal capillary refill

Relevant imaging results reviewed and interpreted by me, discussed with the patient and / or family today radiographs of the right wrist were normal. The right thumb metacarpophalangeal joint appears to be normal. She had a MRI arthrogram right wrist that was also normal

**Assessment:**

Encounter Diagnoses

| Name | Primary? |
|---|---|
| • Trigger finger, acquired | Yes |
| • Carpal tunnel syndrome, bilateral | |
| • Gamekeeper's thumb of right hand, initial encounter | |

**Plan:**

The patient wishes to have a right carpal tunnel release right trigger thumb release and reconstruction right thumb ulnar collateral ligament metacarpophalangeal joint using Arthrex internal brace system. She was counseled

Lincoln/White 0338

Progress Notes - 07/20/2020

HGVH PERIOP SERVICES
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:              Sex: F
Acct #: 72010809643
Adm: 7/20/2020

**07/20/2020 - Admission (Discharged) in The Grove - Periop Services (continued)**

**H&P Notes (continued)**

regarding the surgery.  Risk complications and alternatives were discussed including the risk of infection, anesthetic risk, injury to nerves and vessels, loss of motion, possible need for additional surgeries were discussed.  She seems to understand and agree that surgery.  All questions were answered.

**Disclaimer:** This note was prepared using a voice recognition system and is likely to have sound alike errors within the text.

Electronically signed by William James Hubbard, MD at 7/7/2020 12:13 PM

**Discharge Summary Note**

**07/20/2020**

**Discharge Summary by William James Hubbard, MD at 7/20/2020  9:50 AM**

| Author: William James Hubbard, MD | Service: — | Author Type: Physician |
| Filed: 7/20/2020  9:51 AM | Date of Service: 7/20/2020  9:50 AM | Status: Signed |
| Editor: William James Hubbard, MD (Physician) | | |

**The Grove - Periop Services**
**Discharge Note**
**Short Stay**

**OUTCOME:** Patient tolerated treatment/procedure well without complication and is now ready for discharge.

**DISPOSITION**: Home or Self Care

**FINAL DIAGNOSIS:**  Right carpal tunnel syndrome
Right thumb ulnar collateral ligament grade 3 sprain metacarpophalangeal joint
Lipoma ulnar aspect right wrist
Right trigger thumb

**FOLLOWUP:** In orthopedic clinic

Electronically signed by William James Hubbard, MD at 7/20/2020  9:51 AM

**Operative Note**

**07/20/2020**

**Op Note by William James Hubbard, MD at 7/20/2020  9:43 AM**

| Author: William James Hubbard, MD | Service: — | Author Type: Physician |
| Filed: 7/20/2020  9:50 AM | Date of Service: 7/20/2020  9:43 AM | Status: Signed |
| Editor: William James Hubbard, MD (Physician) | | |

**The Grove - Periop Services**

Generated on 11/24/20  1:22 PM

Lincoln/White 0339

Progress Notes - 07/20/2020

HGVH PERIOP SERVICES
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72010809643
Adm: 7/20/2020

**07/20/2020 - Admission (Discharged) in The Grove - Periop Services (continued)**

**Operative Note (continued)**

## Orthopedic Surgery
## Operative Note

### SUMMARY

**Date of Procedure:** 7/20/2020
**Assistant:** None

**Procedure:**  Right carpal tunnel syndrome
Right trigger thumb
Right thumb ulnar collateral ligament tear grade 3 metacarpophalangeal joint
Mass ulnar aspect right wrist

Surgeon(s) and Role:
  * William James Hubbard, MD - Primary

Assisting Surgeon: None

**Pre-Operative Diagnosis:** Trigger finger, acquired [M65.30] right thumb
Carpal tunnel syndrome, bilateral [G56.03]
Gamekeeper's thumb of right hand
Ulnar mass right wrist

**Post-Operative Diagnosis:** Post-Op Diagnosis Codes:
  Right carpal tunnel syndrome
Right trigger thumb
Grade 3 sprain right thumb ulnar collateral ligament metacarpophalangeal joint
Lipoma ulnar aspect right wrist

**Anesthesia:**  General

**Technical Procedures Used:**  right carpal tunnel release
Right thumb ulnar collateral ligament repair metacarpophalangeal joint using Arthrex internal brace system
Lipoma right ulnar wrist excision
Right trigger thumb release

**Description of the Findings of the Procedure:** The patient was taken to the operating room where general anesthesia was administered.  Satisfactory anesthesia had been achieved the Satisfactory anesthesia had been achieved the right hand was prepped and draped in the usual sterile fashion.  The patient did receive 2 g of Ancef intravenously preoperatively.  At this time a longitudinal incision was made in line with the 4th ray over the transverse carpal ligament.  The incision was extended using blunt and sharp dissection under 3.5 loupe magnification.  The transverse carpal ligament was identified and sharply incised under direct vision.  A complete release was performed and verified by the surgeon's small finger both proximally and distally.  No additional pathology was encountered.  Satisfactory release had been achieved skin was closed using horizontal mattress 4 0 nylon suture.  Attention was directed to the right trigger thumb.  An oblique incision was made over the A1 pulley.  The radial and ulnar neurovascular bundles were identified and carefully retracted.  The A1 pulley was sharply incised under direct vision.  Release appeared to be appropriate.  Attention was directed to the ulnar aspect right thumb metacarpophalangeal joint a curvilinear incision was made over the dorsal ulnar aspect right thumb.  Cutaneous neurovascular structures were identified and carefully retracted.  The capsule was opened longitudinally.  The stump of the ulnar collateral ligament

Generated on 11/24/20  1:22 PM

Page 195

Lincoln/White 0340

Progress Notes - 07/20/2020

HGVH PERIOP SERVICES                      White, Sabrina Lynette
17000 Medical Center Dr                   MRN: 1932025, DOB:            Sex: F
Baton Rouge LA 70816                      Acct #: 72010809643
                                          Adm: 7/20/2020

**07/20/2020 - Admission (Discharged) in The Grove - Periop Services (continued)**

**Operative Note (continued)**

was identified attached to the metacarpal head. Using Arthrex internal brace system 2 guidewires were placed 1 in the metacarpal head and 1 of the proximal phalanx. The drill guide was used and these were drilled. Using the 3.5 SwiveLock suture anchor and FiberTape the proximal phalanx hole was placed and the suture anchor was tightened and good fixation was achieved. A 2nd SwiveLock suture anchor was placed using the FiberTape in the metacarpal head hole. These were appropriately tensioned and excellent stability of the metacarpophalangeal joint was achieved. The FiberTape was passed through the stump of the ulnar collateral ligament and also tied distally. Excellent fixation was achieved good range of motion was achieved metacarpophalangeal joint. At this time attention was directed to the ulnar aspect of the wrist. A longitudinal incision was made over the palpable mass. The incision was extended using blunt sharp dissection using 3.5 loupe magnification. An apparent 4 cm lipoma was identified and excised and its submitted to pathology for examination. Subcutaneous tissue was closed using 3 O Vicryl suture. Skin was closed using horizontal mattress 4 nylon suture. Xeroform gauze 4x4s and 2 ABD pads were over wrapped with 3 in gauze dressing. The patient tolerated the procedure well and was transferred to the recovery room in satisfactory condition.

**Complications:** No

**Estimated Blood Loss (EBL):** 5cc

**Condition:** Good

**Disposition:** PACU - hemodynamically stable.

**Attestation:** I was present and scrubbed for the entire procedure.

Electronically signed by William James Hubbard, MD at 7/20/2020 9:50 AM

**Pathology**

**Specimen to Pathology, Surgery Orthopedics [538070854] (Final result)**

Electronically signed by: **William James Hubbard, MD on 07/20/20 0939**    Status: **Completed**
Mode: Ordering in Verbal with readback mode            Communicated by: Hong-Hanh T. Hoang, RN
Ordering user: Hong-Hanh T. Hoang, RN 07/20/20 0939    Ordering provider: William James Hubbard, MD
Authorized by: William James Hubbard, MD               Ordering mode: Verbal with readback
Frequency: Routine Once 07/20/20 0939 - 1 occurrence    Class: Unit Collect
Quantity: 1                                             Lab status: Final result
Instance released by: Hong-Hanh T. Hoang, RN (auto-released) 7/20/2020 9:39 AM

**Questionnaire**

| Question | Answer |
|---|---|
| Procedure Type: | Orthopedics |
| Specimen total (fresh, frozen, permanent): | 1 |

Order comments: Pre-op Diagnosis: Trigger finger, acquired [M65.30] Carpal tunnel syndrome, bilateral [G56.03] Gamekeeper's thumb of right hand, initial encounter [S53.31XA] Procedure(s): RELEASE, CARPAL TUNNEL RELEASE, TRIGGER FINGER RECONSTRUCTION, LIGAMENT EXCISION, CYST Number of specimens:1 Name of specimens: ulna lymphoma. (perm) Specimen total (fresh, frozen, permanent):->1

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9120007582:1 | — | — | Hong-Hanh T. Hoang, RN 07/20/20 0939 |

**Specimen to Pathology, Surgery Orthopedics [538070854]**    Resulted: 07/22/20 1758, Result status: Final result

Generated on 11/24/20 1:22 PM                                              Page 196

Lincoln/White 0341

**Progress Notes - 07/20/2020**

| | |
|---|---|
| HGVH PERIOP SERVICES | White, Sabrina Lynette |
| 17000 Medical Center Dr | MRN: 1932025, DOB:            Sex: F |
| Baton Rouge LA 70816 | Acct #: 72010809643 |
| | Adm: 7/20/2020 |

### 07/20/2020 - Admission (Discharged) in The Grove - Periop Services (continued)

**Pathology (continued)**

| | |
|---|---|
| Ordering provider: William James Hubbard, MD  07/20/20 0939 | Order status: Completed |
| Filed by: Interface, Lab In Hlseven  07/22/20 1758 | Collected by: Hong-Hanh T. Hoang, RN 07/20/20 0939 |
| Resulting lab: OCHS SOFT LAB | |
| Narrative: | |

Pre-op Diagnosis: Trigger finger, acquired [M65.30]
Carpal tunnel syndrome, bilateral [G56.03]
Gamekeeper's thumb of right hand, initial encounter
[S53.31XA]
Procedure(s):
RELEASE, CARPAL TUNNEL
RELEASE, TRIGGER FINGER
RECONSTRUCTION, LIGAMENT
EXCISION, CYST
Number of specimens:1
Name of specimens: ulna lymphoma. (perm)
Specimen total (fresh, frozen, permanent):->1
Acknowledged by: William James Hubbard, MD on 07/23/20 0854

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Final Pathologic Diagnosis | -- | — | — | OCLB |
| Comment: Interpreted by: Greg Mayhalll, M.D., Signed on 07/22/2020 at 17:30 | | | | |
| Result: | | | | |
| ULNA MASS, EXCISION: | | | | |
| Lipoma. | | | | |
| Negative for malignancy. | | | | |
| Gross | -- | — | — | OCLB |
| Result: | | | | |
| Surgery ID:  1932025;  Pathology ID:  1932025 | | | | |
| 1.  Received in formalin labeled "ulna lymphoma" are multiple fragments of pale yellow to pale pink fatty tissue, 2 x 1.8 x 0.5 cm in aggregate.  The specimen is entirely submitted in cassette 2924, 1A. | | | | |
| Grossed by: Kevin King | | | | |

View Image (below)

Lincoln/White 0342

**Progress Notes - 07/17/2020**

HGVC OTORHINOLARYNGOLOGY
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010793569
Enc. Date 7/17/2020

### 07/17/2020 - Lab Visit in The Grove - ENT

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email | |
|---|---|---|---|
| | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Andrea D. Cothern, NP225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0343

Progress Notes - 07/17/2020

| HGVC OTORHINOLARYNGOLOGY<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:<br>Acct #: 72010793569<br>Enc. Date 7/17/2020 | Sex: F |
|---|---|---|

### 07/17/2020 - Lab Visit in The Grove - ENT (continued)

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Preop testing | ICD-10-CM: Z01.818<br>ICD-9-CM: V72.84 | |

**Problem List** as of 7/17/2020      Date Reviewed: **7/16/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine headache** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 9/17/2014 -<br>Present |
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 11/29/2016 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 11/29/2016 -<br>Present |
| **Primary insomnia** | ICD-10-CM: F51.01<br>ICD-9-CM: 307.42 | | | 11/29/2016 -<br>Present |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | | | 8/27/2017 -<br>Present |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0<br>ICD-9-CM: 715.96 | | | 9/27/2017 -<br>Present |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22<br>ICD-9-CM: 721.0 | | | 9/27/2017 -<br>Present |
| **Morbid obesity with BMI of 45.0-49.9, adult** | ICD-10-CM: E66.01, Z68.42<br>ICD-9-CM: 278.01, V85.42 | | | 7/2/2018 - Present |
| **Carpal tunnel syndrome on both sides** | ICD-10-CM: G56.03<br>ICD-9-CM: 354.0 | | | 11/1/2018 -<br>Present |
| **Dyslipidemia** | ICD-10-CM: E78.5<br>ICD-9-CM: 272.4 | | | 11/2/2018 -<br>Present |
| **Lumbar facet arthropathy** | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | | | 1/23/2020 -<br>Present |
| **Gamekeeper's thumb, right** | ICD-10-CM: S63.31XA<br>ICD-9-CM: 842.12 | | | 7/7/2020 - Present |
| **Trigger finger of right thumb** | ICD-10-CM: M65.311<br>ICD-9-CM: 727.03 | | | 7/7/2020 - Present |
| **Chronic pain** | ICD-10-CM: G89.29<br>ICD-9-CM: 338.29 | | | 7/7/2020 - Present |
| **Sinus tachycardia by electrocardiogram** | ICD-10-CM: R00.0<br>ICD-9-CM: 785.0 | | | 7/7/2020 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42<br>ICD-9-CM: 717.7 | | | 11/24/2017 -<br>10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41<br>ICD-9-CM: 717.7 | | | 11/24/2017 -<br>10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562<br>ICD-9-CM: 719.46 | | | 3/19/2018 -<br>10/8/2018 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569,<br>G89.29<br>ICD-9-CM: 719.46, 338.29 | | | 11/20/2019 -<br>2/24/2020 |

**Patient as-of Visit**

**Allergies** as of 7/17/2020

Allergies last reviewed by Michael J. Karge, MD on 7/17/2020 0808

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium        Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*

Lincoln/White 0344

Progress Notes - 07/17/2020

| HGVC OTORHINOLARYNGOLOGY | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72010793569 | |
| | Enc. Date 7/17/2020 | |

### 07/17/2020 - Lab Visit in The Grove - ENT (continued)

**Patient as-of Visit (continued)**

Reactions: Nausea And Vomiting                    Severity: Medium
Noted on: 02/13/2018

**Immunizations** as of 7/17/2020

No documentation.

## Medications

**Outpatient Medications at Start of Encounter as of 7/17/2020**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet** | 12 tablet | 0 | 3/10/2020 | |
| Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. - Oral | | | | |
| Class: Print | | | | |
| **celecoxib (CELEBREX) 200 MG capsule** | 30 capsule | 1 | 3/19/2020 | |
| Sig - Route: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. - Oral | | | | |
| Prior authorization: Canceled - Other | | | | |
|     Esther Stagg, RN 9/18/2020  1:10 PM | | | | |
|     HOLD TODAY PRIOR TO SURGERY | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule** | | | 12/18/2019 | |
| Sig - Route: Take 300 mg by mouth every evening.  - Oral | | | | |
| Class: Historical Med | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet** | | | 1/22/2020 | 9/18/2020 |
| Sig - Route: Take 25 mg by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
|     Esther Stagg, RN 9/18/2020  1:12 PM | | | | |
|     TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **betamethasone dipropionate (DIPROLENE) 0.05 % cream** | 45 g | 1 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Apply topically 2 (two) times daily. - Topical (Top) | | | | |
| **celecoxib (CELEBREX) 200 MG capsule** | 60 capsule | 2 | 7/16/2020 | 9/4/2020 |
| Sig - Route: Take 1 capsule (200 mg total) by mouth 2 (two) times daily. Take with food - Oral | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet** | 60 tablet | 0 | 6/21/2020 | 7/21/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet** | 60 tablet | 0 | 6/21/2020 | 7/21/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule** | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Take 1 capsule (30 mg total) by mouth once daily. - Oral | | | | |
| **levocetirizine (XYZAL) 5 MG tablet** | | | 11/2/2019 | 7/21/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |
| Class: Historical Med | | | | |

### Labs for Abstract

**COVID-19 Routine Screening [536984337] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9117004424:1 | Nasopharyngeal | Nasopharyngeal | Zacharia J Solitaire, MA 07/17/20 0812 |

**COVID-19 Routine Screening [536984337]**              Resulted: 07/18/20 2255, Result status: Final result

Lincoln/White 0345

Progress Notes - 07/17/2020

HGVC OTORHINOLARYNGOLOGY
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:              Sex: F
Acct #: 72010793569
Enc. Date 7/17/2020

## Medications (continued)

### Labs for Abstract (continued)

Ordering provider: Amanda B. Dupre, NP  07/17/20 0811          Order status: Completed
Filed by: Edi, Soft Lab Interface  07/18/20 2255              Collected by: Zacharia J Solitaire, MA 07/17/20 0812
Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS
Narrative:
Is the patient symptomatic?->No
Is this needed for pre-procedure or pre-op testing?->Yes
Diagnosis:->Preop testing
Acknowledged by
James A. Ratliff, MD on 07/20/20 0701
Amanda B. Dupre, NP on 07/30/20 1028

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| SARS-CoV2 (COVID-19) Qualitative PCR | Not Detected | Not Detected | — | OCLB |

Comment:
This test utilizes a real-time reverse transcription
polymerase chain reaction procedure to amplify and
detect the SARS-CoV-2 RdRp and N genes.
The analytical sensitivity (limit of detection) of
this assay is 100 copies/mL.
A Detected result is considered positive for COVID-19.
This patient is considered infected with the
SARS-CoV-2 virus and is presumed to be contagious.
A Not Detected result means that SARS-CoV-2 RNA is not
present above the limit of detection. It does not rule
out the possibility of COVID-19 and should not be the
sole basis for treatment decisions.  If COVID-19 is
strongly suspected based on clinical and exposure
history,re-testing should be considered.
This test is only for use under Food and Drug
Administration s Emergency Use Authorization (EUA).
Commercial reagents are provided by Abbott Molecular Inc.
Performance characteristics of the EUA have been
independently verified by Ochsner Medical Center
Department of Pathology and L
aboratory Medicine.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Elise Occhipinti, M.D. | 1516 Jefferson Hwy New Orleans LA 70121 | 03/25/19 1044 - Present |

### Indications

Preop testing [Z01.818 (ICD-10-CM)]

### All Reviewers List

Amanda B. Dupre, NP on 7/30/2020 10:28
James A. Ratliff, MD on 7/20/2020 07:01

### Follow-up Information

None

### Follow Up Call

No data filed

Generated on 11/24/20  1:22 PM                                              Page 204

Lincoln/White 0346

**Progress Notes - 07/16/2020**

ONLH XRAY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:            Sex: F
Acct #: 72010770856
Adm: 7/16/2020

### 07/16/2020 - XR EXTREMITY in Ochsner Medical Center-O'Neal

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email | |
|---|---|---|---|
| | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Andrea D. Cothern, NP225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0347

Progress Notes - 07/16/2020

ONLH XRAY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72010770856
Adm: 7/16/2020

## 07/16/2020 - XR EXTREMITY in Ochsner Medical Center-O'Neal (continued)

### Admission Information

| | | | |
|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 07/16/2020 0717 | IP Adm. Date/Time: |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: |
| Means of Arrival: | | Primary Service: | | Secondary Service: |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: | Ochsner Medical Center-O'Neal |
| Admit Provider: | | Attending Provider: | Robert N. Moukarzel, MD | Referring Provider: | Robert N. Moukarzel, MD |

### Admission Information

| Attending Provider | Admission Dx | Admitted on |
|---|---|---|
| | | 07/16/20 |
| Service | Isolation | Code Status |
| | | Prior |
| Allergies | | |
| Aleve [Naproxen Sodium], Aspirin | | |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 07/16/2020 2359 | Home Or Self Care | None | None | Ochsner Medical Center-O'Neal |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| M25.561 [Principal] | Pain in right knee | | | | |
| M25.562 | Pain in left knee | | | | |

### Patient as-of Visit

**Allergies** as of 7/16/2020

Allergies last reviewed by Faith C. Patterson, MA on 7/16/2020 0751

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium                    Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*

Reactions: Nausea And Vomiting          Severity: Medium
Noted on: 02/13/2018

**Immunizations** as of 7/16/2020

No documentation.

| Hospital Problem List as of 7/16/2020 | Reviewed: **7/16/2020 by Robert Moukarzel, MD** |
|---|---|
| None | |

| Non-Hospital Problem List as of 7/16/2020 | | Reviewed: **7/16/2020 by Robert Moukarzel, MD** |
|---|---|---|
| | Codes | Last Modified |
| **Primary insomnia** | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | 11/29/2016 |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816 | 8/27/2017 |

Lincoln/White 0348

Progress Notes - 07/16/2020

ONLH XRAY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010770856
Adm: 7/16/2020

## 07/16/2020 - XR EXTREMITY in Ochsner Medical Center-O'Neal (continued)

**Patient as-of Visit (continued)**

| | | |
|---|---|---|
| | ICD-9-CM: 721.3 | |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0<br>ICD-9-CM: 715.36 | 9/27/2017 |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22<br>ICD-9-CM: 721.0 | 9/27/2017 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562<br>ICD-9-CM: 719.46 | 10/8/2018 |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42<br>ICD-9-CM: 717.7 | 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41<br>ICD-9-CM: 717.7 | 10/31/2018 |
| **Dyslipidemia** | ICD-10-CM: E78.5<br>ICD-9-CM: 272.4 | 11/2/2018 |
| **Lumbar facet arthropathy** | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | 1/23/2020 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569,<br>G89.29<br>ICD-9-CM: 719.46, 338.29 | 2/24/2020 |
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | 7/7/2020 |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | 7/7/2020 |
| **Migraine headache** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | 7/7/2020 |
| **Morbid obesity with BMI of 45.0-49.9, adult** | ICD-10-CM: E66.01, Z68.42<br>ICD-9-CM: 278.01, V85.42 | 7/7/2020 |
| **Carpal tunnel syndrome on both sides** | ICD-10-CM: G56.03<br>ICD-9-CM: 354.0 | 7/7/2020 |
| **Gamekeeper's thumb, right** | ICD-10-CM: S63.31XA<br>ICD-9-CM: 842.12 | 7/7/2020 |
| **Trigger finger of right thumb** | ICD-10-CM: M65.311<br>ICD-9-CM: 727.03 | 7/7/2020 |
| **Chronic pain** | ICD-10-CM: G89.29<br>ICD-9-CM: 338.29 | 7/7/2020 |
| **Sinus tachycardia by electrocardiogram** | ICD-10-CM: R00.0<br>ICD-9-CM: 785.0 | 7/7/2020 |

**Imaging for Abstract**

**X-ray Knee Ortho Bilateral with Flexion [504885684] (Final result)**

| X-ray Knee Ortho Bilateral with Flexion [504885684] | Resulted: 07/16/20 0802, Result status: Final result |
|---|---|
| Ordering provider: Robert N. Moukarzel, MD  07/16/20 0717 | Order status: Completed |
| Resulted by: Matthew R. Lafleur, MD | Filed by: Interface, Rad Results In  07/16/20 0805 |
| Performed: 07/16/20 0740 - 07/16/20 0740 | Accession number: 33265610 |
| Resulting lab: MMODEL FLUENCY | |

Narrative:
EXAMINATION:
XR KNEE ORTHO BILAT WITH FLEXION

CLINICAL HISTORY:
Pain in right knee

TECHNIQUE:
AP standing of both knees, PA flexion standing views of both knees, and Merchant views of both knees were performed.  Lateral views of both knees were also performed.

COMPARISON:
08/02/2019

FINDINGS:

Lincoln/White 0349

**Progress Notes - 07/16/2020**

ONLH XRAY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010770856
Adm: 7/16/2020

**07/16/2020 - XR EXTREMITY in Ochsner Medical Center-O'Neal (continued)**

**Imaging for Abstract (continued)**

There is no radiographic evidence of acute osseous, articular, or soft tissue abnormality. Small degenerative tricompartmental marginal osteophytes are present bilaterally with otherwise well maintained joint spaces.

Impression:

As above. No acute findings.


Electronically signed by:  Matthew Lafleur, MD
Date:                                  07/16/2020
Time:                                  08:02
Acknowledged by: Robert N. Moukarzel, MD on 07/16/20 0816


**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

**Indications**

Pain in both knees, unspecified chronicity [M25.561, M25.562 (ICD-10-CM)]

**Signed**

Electronically signed by Matthew R. Lafleur, MD on 7/16/20 at 0802 CDT

**All Reviewers List**

Robert N. Moukarzel, MD on 7/16/2020 08:16




**Discharge Instructions**                                    White, Sabrina Lynette (MR # 1932025)

None

**Follow-up Information**

None

Lincoln/White 0350

**Progress Notes - 07/16/2020**

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010770856
Enc. Date 7/16/2020

### 07/16/2020 - Office Visit in O'Neal - Orthopedics

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|----------------|-----------|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email | |
|---------|-------|-------|--|
| | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|-----------|-----|-------------------|-----------------|
| Verified | Andrea D. Cothern, NP225-761-5200 | 11/16/20 | 12/16/20 |

---

Generated on 11/24/20  1:22 PM                                                    Page 210

Lincoln/White 0351

Progress Notes - 07/16/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010770856
Enc. Date 7/16/2020

## 07/16/2020 - Office Visit in O'Neal - Orthopedics (continued)

**Reason for Visit**

Right Knee - Pain
Left Knee - Pain

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Chondromalacia patellae, left knee    - Primary | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | |
| Primary osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.16 | |
| Derang of medial meniscus due to old tear/inj, left knee | ICD-10-CM: M23.232 ICD-9-CM: 717.3 | |
| Derangement of anterior horn of medial meniscus due to old tear, right | ICD-10-CM: M23.211 ICD-9-CM: 717.1 | |
| Right hip pain | ICD-10-CM: M25.551 ICD-9-CM: 719.45 | |

**Problem List** as of 7/16/2020                                    Date Reviewed: **7/16/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 45.0-49.9, adult | ICD-10-CM: E66.01, Z68.42 ICD-9-CM: 278.01, V85.42 | | | 7/2/2018 - Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| Dyslipidemia | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| Lumbar facet arthropathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 1/23/2020 - Present |
| Gamekeeper's thumb, right | ICD-10-CM: S53.31XA ICD-9-CM: 842.12 | | | 7/7/2020 - Present |
| Trigger finger of right thumb | ICD-10-CM: M65.311 ICD-9-CM: 727.03 | | | 7/7/2020 - Present |
| Chronic pain | ICD-10-CM: G89.29 ICD-9-CM: 338.29 | | | 7/7/2020 - Present |
| Sinus tachycardia by electrocardiogram | ICD-10-CM: R00.0 ICD-9-CM: 785.0 | | | 7/7/2020 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, G89.29 ICD-9-CM: 719.46, 338.29 | | | 11/20/2019 - 2/24/2020 |

Lincoln/White 0352

Progress Notes - 07/16/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010770856
Enc. Date 7/16/2020

### 07/16/2020 - Office Visit in O'Neal - Orthopedics (continued)

**Problem List (continued)** as of 7/16/2020                                    Date Reviewed: **7/16/2020**

## Patient as-of Visit

**Allergies** as of 7/16/2020

Allergies last reviewed by Faith C. Patterson, MA on 7/16/2020 0751

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium                                    Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*

Reactions: Nausea And Vomiting                       Severity: Medium
Noted on: 02/13/2018

**Immunizations** as of 7/16/2020

No documentation.

## Medications

**Outpatient Medications at Start of Encounter as of 7/16/2020**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 12 tablet | 0 | 3/10/2020 | |
| Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. - Oral | | | | |
| Class: Print | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 30 capsule | 1 | 3/19/2020 | |
| Sig - Route: Take 1 capsule (200 mg total) by mouth once daily. Take with food. Discontinue if develop GI side effects. - Oral | | | | |
| Prior authorization: Canceled - Other | | | | |
| Esther Stagg, RN 9/16/2020  1:10 PM<br>HOLD TODAY PRIOR TO SURGERY | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |
| Sig - Route: Take 300 mg by mouth every evening. - Oral | | | | |
| Class: Historical Med | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet (Taking)** | | | 1/22/2020 | 9/18/2020 |
| Sig - Route: Take 25 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Esther Stagg, RN 9/18/2020  1:12 PM<br>TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **betamethasone dipropionate (DIPROLENE) 0.05 % cream (Taking)** | 45 g | 1 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Apply topically 2 (two) times daily. - Topical (Top) | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking)** | 60 tablet | 0 | 6/21/2020 | 7/21/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)** | 60 tablet | 0 | 6/21/2020 | 7/21/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking)** | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Take 1 capsule (30 mg total) by mouth once daily. - Oral | | | | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)** | | | 11/2/2019 | 7/21/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |

Lincoln/White 0353

Progress Notes - 07/16/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:              Sex: F
Acct #: 72010770856
Enc. Date 7/16/2020

## Medications (continued)

### Outpatient Medications at Start of Encounter as of 7/16/2020 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Historical Med | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)**<br>Sig: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches.<br>Class: Print<br>Route: Oral | 12 tablet | 0 | 3/10/2020 | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)**<br>Sig: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects.<br>Route: Oral<br>Prior authorization: Canceled - Other | 30 capsule | 1 | 3/19/2020 | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)**<br>Sig: Take 300 mg by mouth every evening.<br>Class: Historical Med<br>Route: Oral | | | 12/18/2019 | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet (Taking)**<br>Sig: Take 25 mg by mouth once daily.<br>Class: Historical Med<br>Route: Oral | | | 1/22/2020 | 9/18/2020 |
| **betamethasone dipropionate (DIPROLENE) 0.05 % cream (Taking/Discontinued)**<br>Sig: Apply topically 2 (two) times daily.<br>Route: Topical (Top)<br>Reason for Discontinue: **Patient no longer taking** | 45 g | 1 | 2/24/2020 | 9/4/2020 |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth twice daily as needed for anxiety | 60 tablet | 0 | 6/21/2020 | 7/21/2020 |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth twice daily as needed | 60 tablet | 0 | 6/21/2020 | 7/21/2020 |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking/Discontinued)**<br>Sig: Take 1 capsule (30 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Dose adjustment** | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |
| **levocetirizine (XYZAL) 5 MG tablet (Taking/Discontinued)**<br>Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING<br>Class: Historical Med | | | 11/2/2019 | 7/21/2020 |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **celecoxib (CELEBREX) 200 MG capsule (Discontinued)**<br>Sig - Route: Take 1 capsule (200 mg total) by mouth 2 (two) times daily. Take with food - Oral<br>Reason for Discontinue: **Duplicate Order** | 60 capsule | 2 | 7/16/2020 | 9/4/2020 |

### Outpatient Medication Detail

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **celecoxib (CELEBREX) 200 MG capsule (Discontinued)**<br>Sig - Route: Take 1 capsule (200 mg total) by mouth 2 (two) times daily. Take with food - Oral<br>Sent to pharmacy as: celecoxib (CELEBREX) 200 MG capsule<br>Class: Normal<br>Reason for Discontinue: **Duplicate Order**<br>Order: 504885686 | 60 capsule | 2 | 7/16/2020 | 9/4/2020 | -- |

Lincoln/White 0354

Progress Notes - 07/16/2020

| ONLC ORTHOPEDICS | White, Sabrina Lynette | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72010770856 | |
| | Enc. Date 7/16/2020 | |

### Medications (continued)

**Outpatient Medication Detail (continued)**

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| Date/Time Signed: 7/16/2020 08:06 | | | | | |
| E-Prescribing Status: **Receipt confirmed by pharmacy** (7/16/2020  8:06 AM CDT) | | | | | |

### Progress Notes

**Progress Notes by Robert N. Moukarzel, MD at 7/16/2020  7:40 AM**

| Author: Robert N. Moukarzel, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 7/16/2020  8:16 AM | Encounter Date: 7/16/2020 | Creation Time: 7/16/2020  7:51 AM |
| Status: Signed | Editor: Robert N. Moukarzel, MD (Physician) | |

## Subjective:

**Patient ID:** Sabrina Lynette White is a 47 y.o. female.

**Chief Complaint:** Pain of the Right Knee and Pain of the Left Knee
 Right hip
HPI:  07/16/2020
Patient is to undergo carpal tunnel release on the right hand in a.m. by Dr. Hubbard.  She has been having bilateral knee pain right knee worse than left for several years now.  Couple years ago had MRI on the left knee that short radial tear and chondromalacia of the patella and medial tibial joint.  She received numerous treatments including steroid injections, hyaluronic injections, nerve blocks, Celebrex and genicular nerve blocks which helped for couple weeks by pain management.  She does have back issues also.  Pain is 8/10.  She is not getting any relief.  The right knee gives out catches cannot stand from a sitting position without too much difficulty.  She uses a cane to get around.  She does work as a sitter for 5 hr a day.  Pain is 8/10.  Stairs are difficult kneeling is very painful.  Points over the anterior knee, medial knee, anterior right groin.  Also does have arthritis of her feet and the right shoulder.  Denies any fever or chills or shortness of breath difficulty chewing swallowing loss of bowel bladder control.  She does have back pain also.

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Arthritis | |
| • Depression | |
| • Encounter for blood transfusion | |
| *had to have infusion during surgery in 2008* | |
| • GERD (gastroesophageal reflux disease) | |
| • Hyperlipidemia | |
| • Hypertension | |
| • Osteoarthritis of spine with radiculopathy, cervical region | |

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION, LOW TRANSVERSE | | |
| • FOOT SURGERY | | |
| *Arch implant* | | |
| • INJECTION OF ANESTHETIC AGENT AROUND MEDIAL BRANCH NERVES INNERVATING LUMBAR FACET JOINT | Bilateral | 1/8/2020 |
| *Procedure: Bilateral L3-5 MBB;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT;  Service: Pain Management;  Laterality: Bilateral;* | | |
| • INJECTION OF ANESTHETIC AGENT AROUND MEDIAL BRANCH NERVES INNERVATING LUMBAR FACET JOINT | Bilateral | 1/23/2020 |
| *Procedure: Bilateral L3-5 MBB;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT;  Service:* | | |

Lincoln/White 0355

Progress Notes - 07/16/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010770856
Enc. Date 7/16/2020

**Progress Notes (continued)**

Progress Notes by Robert N. Moukarzel, MD at 7/16/2020  7:40 AM (continued)

*Pain Management;  Laterality: Bilateral;*
- INJECTION OF ANESTHETIC AGENT AROUND NERVE          Bilateral          11/20/2019
  *Procedure: Block, Nerve Bilateral RN IV sedation;  Surgeon: Karan Verma, MD;  Location: HGVH
  PAIN MGT;  Service: Pain Management;  Laterality: Bilateral;*

Family History

| Problem | Relation | Age of Onset |
|---------|----------|--------------|
| • Breast cancer | Maternal Aunt | |
| • Diabetes | Maternal Aunt | |
| • No Known Problems | Mother | |
| • Alcohol abuse | Father | |
| • Heart disease | Paternal Uncle | |
| • Heart disease | Maternal Grandfather | |
| • No Known Problems | Brother | |
| • Stroke | Neg Hx | |

Social History

Socioeconomic History
- Marital status:                Single
    Spouse name:              Not on file
- Number of children:        1
- Years of education:        Not on file
- Highest education level:   Not on file

Occupational History
- Occupation:                Not currently employed

Social Needs
- Financial resource strain:  Not on file
- Food insecurity
    Worry:                   Not on file
    Inability:               Not on file
- Transportation needs
    Medical:                 Not on file
    Non-medical:             Not on file

Tobacco Use
- Smoking status:            Never Smoker
- Smokeless tobacco:         Never Used

Substance and Sexual Activity
- Alcohol use:               Yes
    Frequency:               Monthly or less
    Drinks per session:      1 or 2
- Drug use:                  No
- Sexual activity:           Not Currently
    Partners:                Male

Lifestyle
- Physical activity
    Days per week:           Not on file
    Minutes per session:     Not on file
- Stress:                    Very much

Relationships
- Social connections
    Talks on phone:          Not on file

Lincoln/White 0356

Progress Notes - 07/16/2020

| ONLC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:<br>Acct #: 72010770856<br>Enc. Date 7/16/2020 | Sex: F |
|---|---|---|

### Progress Notes (continued)

**Progress Notes by Robert N. Moukarzel, MD at 7/16/2020  7:40 AM (continued)**

| | |
|---|---|
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |

Other Topics          Concern
- Not on file

Social History Narrative
- Not on file

## Medication List with Changes/Refills
### New Medications

| CELECOXIB (CELEBREX) 200 MG CAPSULE | Take 1 capsule (200 mg total) by mouth 2 (two) times daily. Take with food |
|---|---|

### Current Medications

| BETAMETHASONE DIPROPIONATE (DIPROLENE) 0.05 % CREAM | Apply topically 2 (two) times daily. |
|---|---|
| BUTALBITAL-ACETAMINOPHEN-CAFFEINE 50-325-40 MG (FIORICET, ESGIC) 50-325-40 MG PER TABLET | Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. |
| CELECOXIB (CELEBREX) 200 MG CAPSULE | Take 1 capsule (200 mg total) by mouth once daily. Take with food. Discontinue if develop GI side effects. |
| CLONAZEPAM (KLONOPIN) 1 MG TABLET | Take 1 tablet by mouth twice daily as needed for anxiety |
| CYCLOBENZAPRINE (FLEXERIL) 10 MG TABLET | Take 1 tablet by mouth twice daily as needed |
| DULOXETINE (CYMBALTA) 30 MG CAPSULE | Take 1 capsule (30 mg total) by mouth once daily. |
| GABAPENTIN (NEURONTIN) 300 MG CAPSULE | Take 300 mg by mouth nightly as needed. |
| LEVOCETIRIZINE (XYZAL) 5 MG TABLET | TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING |
| METOPROLOL SUCCINATE (TOPROL-XL) 25 MG 24 HR TABLET | Take 25 mg by mouth once daily. |

Review of patient's allergies indicates:

Lincoln/White 0357

Progress Notes - 07/16/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72010770856
Enc. Date 7/16/2020

**Progress Notes (continued)**

**Progress Notes by Robert N. Moukarzel, MD at 7/16/2020  7:40 AM (continued)**

Allergen                                   Reactions
- Aleve [naproxen sodium]
   *GI indigestion*
- Aspirin                          Nausea And Vomiting

Review of Systems
Constitution: Negative for decreased appetite.
HENT: Negative for tinnitus.
Eyes: Negative for double vision.
Cardiovascular: Negative for chest pain.
Respiratory: Negative for wheezing.
Hematologic/Lymphatic: Negative for bleeding problem.
Skin: Negative for dry skin.
Musculoskeletal: Positive for arthritis, back pain, joint pain and stiffness. Negative for gout and neck pain.
Gastrointestinal: Negative for abdominal pain.
Genitourinary: Negative for bladder incontinence.
Neurological: Negative for numbness, paresthesias and sensory change.
Psychiatric/Behavioral: Negative for altered mental status.

**Objective:**
Body mass index is 47.65 kg/m².
Vitals:

                  07/16/20 0750
BP:             (!) 129/94
Pulse:          100

**General**

Constitutional: She is oriented to person, place, and time. She appears well-developed.
HENT:
Head: Atraumatic.
Eyes: EOM are normal.
Cardiovascular: Normal rate.
Pulmonary/Chest: Effort normal.
Neurological: She is alert and oriented to person, place, and time.
Psychiatric: Judgment normal.

 Cervical rotation seems to be functional
Bilateral upper extremity neurovascularly intact.  Severe Tinel sign at the right hand and Phalen's test.  Radial pulses 2+.  Decreased sensation in 1st 3 digits.  Right shoulder flexion 120 abduction 90 mild impingement sign.  Strength is 5/5
Lumbar with pain multilevel paraspinal.  Negative straight leg raising bilaterally.
Pelvis is level
Passive hip motion without pain in the groin.  Slight abduction and internal rotation external rotation of the hip with slight discomfort in the right groin.  No pain to palpation over the trochanters.  Hip flexors abduct his adductors quads hamstrings ankle extensors and flexors are slightly weak at 5-/5

Generated on 11/24/20  1:22 PM                                    Page 217

Lincoln/White 0358

Progress Notes - 07/16/2020

| | |
|---|---|
| ONLC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72010770856<br>Enc. Date 7/16/2020 |

**Progress Notes (continued)**

**Progress Notes by Robert N. Moukarzel, MD at 7/16/2020 7:40 AM (continued)**

Bilateral knees with the same exam positive McMurray sign medially.  Severe pain to compression on the patella anteriorly with severe crepitus.  Medial joint tenderness slight lateral joint tenderness.  Collaterals and cruciates are stable.
Calves are soft nontender
No pitting edema
Ankle motion intact
Pain in the midfoot and subtalar joint bilaterally right worse than left
DP 1+ PT 1+
Skin is warm to touch no obvious lesions

Relevant imaging results reviewed and interpreted by me, discussed with the patient and / or family
MRI left knee 03/26/2018 with a small radial tear of the medial meniscus, patellofemoral full-thickness chondral fissuring with subcortical cyst thing as well as medial tibial fibular compartment.  Grade 1 MCL sprain
X-ray of both knees from 2019 showing patellofemoral changes with a small osteophytic changes and mild medial joint changes with slight varus deformity consistent mild-to-moderate arthritis
**X-ray Knee Ortho Bilateral with Flexion**
Narrative: EXAMINATION:
XR KNEE ORTHO BILAT WITH FLEXION

CLINICAL HISTORY:
Pain in right knee

TECHNIQUE:
AP standing of both knees, PA flexion standing views of both knees, and Merchant views of both knees were performed.  Lateral views of both knees were also performed.

COMPARISON:
08/02/2019

FINDINGS:
There is no radiographic evidence of acute osseous, articular, or soft tissue abnormality. Small degenerative tricompartmental marginal osteophytes are present bilaterally with otherwise well maintained joint spaces.
Impression: As above.  No acute findings.

| | |
|---|---|
| Electronically signed by: | Matthew Lafleur, MD |
| Date: | 07/16/2020 |
| Time: | 08:02 |

**Assessment:**

Encounter Diagnoses

| Name | Primary? |
|---|---|
| • Chondromalacia patellae, left knee | Yes |
| • Primary osteoarthritis of both knees | |
| • Derang of medial meniscus due to old tear/inj, left knee | |
| • Derangement of anterior horn of medial meniscus due to old<br>  tear, right | |
| • Right hip pain | |

**Plan:**

Lincoln/White 0359

Progress Notes - 07/16/2020

| | |
|---|---|
| ONLC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:        Sex: F<br>Acct #: 72010770856<br>Enc. Date 7/16/2020 |

**Progress Notes (continued)**

**Progress Notes by Robert N. Moukarzel, MD at 7/16/2020  7:40 AM (continued)**

## Chondromalacia patellae, left knee
- celecoxib (CELEBREX) 200 MG capsule; Take 1 capsule (200 mg total) by mouth 2 (two) times daily. Take with food  Dispense: 60 capsule; Refill: 2

## Primary osteoarthritis of both knees
- Ambulatory referral/consult to Orthopedics
- celecoxib (CELEBREX) 200 MG capsule; Take 1 capsule (200 mg total) by mouth 2 (two) times daily. Take with food  Dispense: 60 capsule; Refill: 2

## Derang of medial meniscus due to old tear/inj, left knee

## Derangement of anterior horn of medial meniscus due to old tear, right

## Right hip pain
- celecoxib (CELEBREX) 200 MG capsule; Take 1 capsule (200 mg total) by mouth 2 (two) times daily. Take with food  Dispense: 60 capsule; Refill: 2

**Patient Instructions**
Increases Celebrex from 200 once a day to twice a day with food
Will obtain MRI of both of the knees
Next visit after MRIs will obtain x-ray of the pelvis and right hip

Patient with with chronic pain for more than couple years after a fall.  Previous MRI with definite chondromalacia of the anterior and medial compartment of the left knee.  X-ray per above.  Kellgren Lawrence scale 2.  Failed genicular nerve block, NSAIDs, therapy, steroid and hyaluronic injections.  She has carpal tunnel to undergo surgery in a.m..
We need to repeat MRIs and obtain x-ray of the right hip
Celebrex does help some will increase to twice a day
Return after MRI

**Disclaimer:** This note was prepared using a voice recognition system and is likely to have sound alike errors within the text.

Electronically signed by Robert N. Moukarzel, MD on 7/16/2020  6:16 AM

**Follow-up and Disposition History**

07/16/2020 0807 - Robert N. Moukarzel, MD
Dispositions:                    • Follow up After MRI.

**Follow-up Information**
None

**Follow Up Call**
No data filed

Lincoln/White 0360

**Progress Notes - 07/07/2020**

| HGVH PRE-ADMIT | White, Sabrina Lynette | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 1932025, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72010791565 | |
| | Adm: 7/7/2020 | |

### 07/07/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email |
|---|---|---|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Andrea D. Cothern, NP225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0361

Progress Notes - 07/07/2020

HGVH PRE-ADMIT
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010791565
Adm: 7/7/2020

## 07/07/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)

### Admission Information

| | | | |
|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 07/07/2020 1033 | IP Adm. Date/Time: |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: |
| Means of Arrival: | | Primary Service: | | Secondary Service: |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: | The Grove - Pre-Admit Testing |
| Admit Provider: | | Attending Provider: | William James Hubbard, MD | Referring Provider: |

### Admission Information

| Attending Provider | Admission Dx | Admitted on |
|---|---|---|
| | | 07/07/20 |

| Service | Isolation | Code Status |
|---|---|---|
| | | Prior |

**Allergies**
Aleve [Naproxen Sodium], Aspirin

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 07/07/2020 2359 | Home Or Self Care | None | None | The Grove - Pre-Admit Testing |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| Z01.818 [Principal] | Encounter for other preprocedural examination | | | | |
| G56.03 | Carpal tunnel syndrome, bilateral upper limbs | | | | |

### Patient as-of Visit

**Allergies** as of 7/7/2020

Allergies last reviewed by Amanda B. Dupre, NP on 7/7/2020 1600

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium                                    Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*

Reactions: Nausea And Vomiting                      Severity: Medium
Noted on: 02/13/2018

**Immunizations** as of 7/7/2020

No documentation.

| Hospital Problem List as of 7/7/2020 | | Reviewed: **7/7/2020 by Amanda B Dupre, NP** | |
|---|---|---|---|
| | Codes | Last Modified | POA |
| * (Principal) Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | 7/7/2020 | Yes |

Current Assessment & Plan 7/7/2020 Hospital Encounter Edited 7/7/2020 3:52 PM by Amanda B. Dupre, NP
The patient is scheduled for a Right carpal tunnel release, Right trigger thumb release, and Right UCL repair on 7/20/20 by Dr. Hubbard

Lincoln/White 0362

Progress Notes - 07/07/2020

HGVH PRE-ADMIT
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:              Sex: F
Acct #: 72010791565
Adm: 7/7/2020

### 07/07/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)

Patient as-of Visit (continued)

Known risk factors for perioperative complications:

Morbid obesity
Mild Tachycardia
HTN

Difficulty with intubation is not anticipated.

**Cardiac Risk Estimation**: low intraoperative cardiac risk

**1.) Preoperative workup as follows:** hemoglobin, hematocrit, electrolytes, creatinine, glucose.
**2.) Change in medication regimen before surgery:** none
**3.) Prophylaxis for cardiac events with perioperative beta-blockers:** Cont Toprol .
**4.) Invasive hemodynamic monitoring perioperatively:** not indicated.
**5.) Deep vein thrombosis prophylaxis postoperatively:** regimen to be chosen by surgical team.
**6.) Surveillance for postoperative MI with ECG immediately postoperatively and on postoperative days 1 and 2 AND troponin levels 24 hours postoperatively and on day 4 or hospital discharge (whichever comes first):** not indicated.
**7.) Current medications which may produce withdrawal symptoms if withheld perioperatively:** Klonopin
**8.) Other measures**: None

| | | | |
|---|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | 7/7/2020 | Yes |

Current Assessment & Plan 7/7/2020 Hospital Encounter Written 7/7/2020 3:54 PM by Amanda B. Dupre, NP
Stable
Cont Toprol

| | | | |
|---|---|---|---|
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | 7/7/2020 | Yes |

Current Assessment & Plan 7/7/2020 Hospital Encounter Written 7/7/2020 3:55 PM by Amanda B. Dupre, NP
Stable
Cont Cymbalta and Klonopin

| | | | |
|---|---|---|---|
| **Migraine headache** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | 7/7/2020 | Yes |

Current Assessment & Plan 7/7/2020 Hospital Encounter Written 7/7/2020 3:56 PM by Amanda B. Dupre, NP
Stable
Cont Fioricet prn

| | | | |
|---|---|---|---|
| **Morbid obesity with BMI of 45.0-49.9, adult** | ICD-10-CM: E66.01, Z68.42<br>ICD-9-CM: 278.01, V85.42 | 7/7/2020 | Not Applicable |

Current Assessment & Plan 7/7/2020 Hospital Encounter Written 7/7/2020 3:56 PM by Amanda B. Dupre, NP
Counseled on healthy weight, diet, and exercise

| | | | |
|---|---|---|---|
| **Gamekeeper's thumb, right** | ICD-10-CM: S53.31XA<br>ICD-9-CM: 842.12 | 7/7/2020 | Yes |
| **Trigger finger of right thumb** | ICD-10-CM: M65.311<br>ICD-9-CM: 727.03 | 7/7/2020 | Yes |
| **Chronic pain** | ICD-10-CM: G89.29<br>ICD-9-CM: 338.29 | 7/7/2020 | Yes |

Current Assessment & Plan 7/7/2020 Hospital Encounter Edited 7/7/2020 3:56 PM by Amanda B. Dupre, NP
Stable
Cont Flexeril BID and Gabapentin nightly prn

---

Generated on 11/24/20  1:22 PM

Lincoln/White 0363

Progress Notes - 07/07/2020

HGVH PRE-ADMIT
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010791565
Adm: 7/7/2020

## 07/07/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)

### Patient as-of Visit (continued)

| | | | | |
|---|---|---|---|---|
| Sinus tachycardia by electrocardiogram | ICD-10-CM: R00.0 ICD-9-CM: 785.0 | 7/7/2020 | Yes |

Current Assessment & Plan 7/7/2020 Hospital Encounter Edited 7/7/2020  3:54 PM by Amanda B. Dupre, NP
Mild tachycardia noted on EKG
Asymptomatic
Pt reports compliance with Toprol
Check TSh

Non-Hospital Problem List as of 7/7/2020                    Reviewed: **7/7/2020 by Amanda B Dupre, NP**

| | Codes | Last Modified |
|---|---|---|
| **Primary insomnia** | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | 11/29/2016 |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | 8/27/2017 |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | 9/27/2017 |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | 9/27/2017 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | 10/5/2016 |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | 10/31/2019 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | 10/31/2019 |
| **Dyslipidemia** | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | 11/2/2018 |
| **Lumbar facet arthropathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | 1/23/2020 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, G89.29 ICD-9-CM: 719.46, 338.29 | 2/24/2020 |

### H&P Notes

#### 07/07/2020

##### H&P by Amanda B. Dupre, NP at 7/7/2020 11:20 AM

| | | |
|---|---|---|
| Author: Amanda B. Dupre, NP | Service: Hospital Medicine | Author Type: Nurse Practitioner |
| Filed: 7/7/2020  3:59 PM | Date of Service: 7/7/2020 11:20 AM | Status: Signed |
| Editor: Amanda B. Dupre, NP (Nurse Practitioner) | | Cosigner: James A. Ratliff, MD at 7/8/2020  8:19 AM |

### Preoperative History and Physical
### Hospital Medicine

**Chief Complaint**: Preoperative evaluation

### History of Present Illness:

Sabrina Lynette White is a 47 y.o. female who presents to the office today for a preoperative consultation at the request of Dr. Hubbard who plans on performing Right carpal tunnel release, Right trigger thumb release, and Right UCL repair on 7/20/20

### Functional Status:

Lincoln/White 0364

Progress Notes - 07/07/2020

HGVH PRE-ADMIT                                    White, Sabrina Lynette
17000 Medical Center Dr                          MRN: 1932025, DOB:              Sex: F
Baton Rouge LA 70816                             Acct #: 72010791565
                                                 Adm: 7/7/2020

**07/07/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)**

H&P Notes (continued)

The patient is able to climb a flight of stairs. The patient is able to ambulate 3 blocks without difficulty. The patient's functional status is affected by the surgical problem. The patient's functional status is not affected by shortness of breath, chest pain, dyspnea on exertion and fatigue.
**MET score greater than 4**

## Past Medical History:

Past Medical History:
Diagnosis                                                                         Date
- Anxiety
- Arthritis
- Depression
- Encounter for blood transfusion
  *had to have infusion during surgery in 2008*
- GERD (gastroesophageal reflux disease)
- Hyperlipidemia
- Hypertension
- Osteoarthritis of spine with radiculopathy, cervical region

## Past Surgical History:

Past Surgical History:
Procedure                                        Laterality          Date
- CESAREAN SECTION, LOW TRANSVERSE
- FOOT SURGERY
  *Arch implant*
- INJECTION OF ANESTHETIC AGENT AROUND MEDIAL        Bilateral           1/8/2020
  BRANCH NERVES INNERVATING LUMBAR FACET JOINT
  *Procedure: Bilateral L3-5 MBB;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT;  Service: Pain Management;  Laterality: Bilateral;*
- INJECTION OF ANESTHETIC AGENT AROUND MEDIAL        Bilateral           1/23/2020
  BRANCH NERVES INNERVATING LUMBAR FACET JOINT
  *Procedure: Bilateral L3-5 MBB;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT;  Service: Pain Management;  Laterality: Bilateral;*
- INJECTION OF ANESTHETIC AGENT AROUND NERVE         Bilateral           11/20/2019
  *Procedure: Block, Nerve Bilateral RN IV sedation;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT;  Service: Pain Management;  Laterality: Bilateral;*

## Social History:

Social History

Socioeconomic History
- Marital status:              Single
    Spouse name:              Not on file
- Number of children:          1
- Years of education:          Not on file
- Highest education level:     Not on file
Occupational History
- Occupation:                  Not currently employed

Generated on 11/24/20  1:22 PM                                          Page 224

Lincoln/White 0365

**Progress Notes - 07/07/2020**

| | |
|---|---|
| HGVH PRE-ADMIT | White, Sabrina Lynette |
| 17000 Medical Center Dr | MRN: 1932025, DOB: |
| Baton Rouge LA 70816 | Acct #: 72010791565 |
| | Adm: 7/7/2020 |

Sex: F

**07/07/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)**

**H&P Notes (continued)**

**Social Needs**
- Financial resource strain:     Not on file
- Food insecurity
  - Worry:     Not on file
  - Inability:     Not on file
- Transportation needs
  - Medical:     Not on file
  - Non-medical:     Not on file

**Tobacco Use**
- Smoking status:     Never Smoker
- Smokeless tobacco:     Never Used

**Substance and Sexual Activity**
- Alcohol use:     Yes
  - Frequency:     Monthly or less
  - Drinks per session:     1 or 2
- Drug use:     No
- Sexual activity:     Not Currently
  - Partners:     Male

**Lifestyle**
- Physical activity
  - Days per week:     Not on file
  - Minutes per session:     Not on file
- Stress:     Very much

**Relationships**
- Social connections
  - Talks on phone:     Not on file
  - Gets together:     Not on file
  - Attends religious service:     Not on file
  - Active member of club or     Not on file
    organization:
  - Attends meetings of clubs     Not on file
    or organizations:
  - Relationship status:     Not on file

**Other Topics**     Concern
- Not on file

**Social History Narrative**
- Not on file

## Family History:

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| Breast cancer | Maternal Aunt | |
| Diabetes | Maternal Aunt | |
| No Known Problems | Mother | |
| Alcohol abuse | Father | |
| Heart disease | Paternal Uncle | |
| Heart disease | Maternal Grandfather | |
| No Known Problems | Brother | |
| Stroke | Neg Hx | |

Lincoln/White 0366

Progress Notes - 07/07/2020

HGVH PRE-ADMIT
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010791565
Adm: 7/7/2020

**07/07/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)**

H&P Notes (continued)

## Allergies:

Review of patient's allergies indicates:

| Allergen | Reactions |
|---|---|
| Aleve [naproxen sodium] *GI indigestion* | |
| Aspirin | Nausea And Vomiting |

## Medications:

Current Outpatient Medications

| Medication | Sig |
|---|---|
| betamethasone dipropionate (DIPROLENE) 0.05 % cream | Apply topically 2 (two) times daily. (Patient taking differently: Apply topically 2 (two) times daily as needed. ) |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet | Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. |
| celecoxib (CELEBREX) 200 MG capsule | Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. (Patient taking differently: Take 200 mg by mouth daily as needed. ) |
| clonazePAM (KLONOPIN) 1 MG tablet | Take 1 tablet by mouth twice daily as needed for anxiety (Patient taking differently: Take 1 mg by mouth 2 (two) times daily. ) |
| cyclobenzaprine (FLEXERIL) 10 MG tablet | Take 1 tablet by mouth twice daily as needed (Patient taking differently: Take 10 mg by mouth 2 (two) times a day. ) |
| DULoxetine (CYMBALTA) 30 MG capsule | Take 1 capsule (30 mg total) by mouth once daily. |
| gabapentin (NEURONTIN) 300 MG capsule | Take 300 mg by mouth nightly as needed. |
| levocetirizine (XYZAL) 5 MG tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING |
| metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet | Take 25 mg by mouth once daily. |

Current Facility-Administered Medications

Medication
- medroxyPROGESTERone (DEPO-PROVERA) syringe 150 mg

## Vitals:

Vitals:

|  | 07/07/20 1127 |
|---|---|
| BP: | 105/64 |

Lincoln/White 0367

Progress Notes - 07/07/2020

| | |
|---|---|
| HGVH PRE-ADMIT<br>17000 Medical Center Dr<br>Baton Rouge LA 70816 | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72010791565<br>Adm: 7/7/2020 |

**07/07/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)**

**H&P Notes (continued)**

| | |
|---|---|
| Pulse: | (!) 118 |
| Resp: | 16 |
| Temp: | 98 °F (36.7 °C) |

### Review of Systems:

Constitutional: Negative for fever, chills, weight loss, malaise/fatigue and diaphoresis.
HENT: Negative for hearing loss, ear pain, nosebleeds, congestion, sore throat, neck pain, tinnitus and ear discharge.
Eyes: Negative for blurred vision, double vision, photophobia, pain, discharge and redness.
Respiratory: Negative for cough, hemoptysis, sputum production, shortness of breath, wheezing and stridor.
Cardiovascular: Negative for chest pain, palpitations, orthopnea, claudication, leg swelling and PND.
Gastrointestinal: Negative for heartburn, nausea, vomiting, abdominal pain, diarrhea, constipation, blood in stool and melena.
Genitourinary: Negative for dysuria, urgency, frequency, hematuria and flank pain.
Musculoskeletal: Negative for myalgias, back pain, joint pain and falls.
Skin: Negative for itching and rash.
Neurological: Negative for dizziness, tingling, tremors, sensory change, speech change, focal weakness, seizures, loss of consciousness, weakness and headaches.
Endo/Heme/Allergies: Negative for environmental allergies and polydipsia. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for depression, suicidal ideas, hallucinations, memory loss and substance abuse. The patient is not nervous/anxious and does not have insomnia.
All 14 systems reviewed and negative except as noted above.

### Physical Exam:

Constitutional: Appears well-developed, well-nourished and in no acute distress.  Patient is oriented to person, place, and time.
Head: Normocephalic and atraumatic. Mucous membranes moist.
Neck: Neck supple no mass.
Cardiovascular: Normal rate and regular rhythm.  S1 S2 appreciated by ascultation.
Pulmonary/Chest: Effort normal and clear to auscultation bilaterally. No respiratory distress.
Abdomen: Soft. Non-tender and non-distended. Bowel sounds are normal.
Neurological: Patient is alert and oriented to person, place and time. Moves all extremities.
Skin: Warm and dry. No lesions.
Extremities: No clubbing, cyanosis or edema.

### Laboratory data:

Reviewed and noted in plan where applicable. Please see chart for full laboratory data.

No results for input(s): CPK, CPKMB, TROPONINI, MB in the last 24 hours. No results for input(s): POCTGLUCOSE in the last 24 hours.

Lab Results

| Component | Value | Date |
|---|---|---|
| INR | 1.0 | 01/06/2014 |

Lab Results

| Component | Value | Date |
|---|---|---|
| WBC | 5.22 | 07/07/2020 |

Lincoln/White 0368

**Progress Notes - 07/07/2020**

HGVH PRE-ADMIT
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72010791565
Adm: 7/7/2020

**07/07/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)**

**H&P Notes (continued)**

| | | |
|---|---|---|
| HGB | 14.4 | 07/07/2020 |
| HCT | 44.6 | 07/07/2020 |
| MCV | 90 | 07/07/2020 |
| PLT | 365 (H) | 07/07/2020 |

**Recent Labs**

| Lab | 07/07/20 1142 |
|---|---|
| GLU | 122* |
| NA | 137 |
| K | 3.8 |
| CL | 104 |
| CO2 | 25 |
| BUN | 6 |
| CREATININE | 0.9 |
| CALCIUM | 9.4 |

**Predictors of intubation difficulty:**

Morbid obesity? yes - **BMI 47**
Anatomically abnormal facies? no
Prominent incisors? no
Receding mandible? no
Short, thick neck? no
Neck range of motion: normal

**Cardiographics:**

ECG: 7/7/20
Sinus tachycardia
Otherwise normal ECG
When compared with ECG of 06-JAN-2014 20:37,
T wave amplitude has decreased in Anterior leads

**Imaging:**

Chest x-ray:none

**Assessment and Plan:**

**Carpal tunnel syndrome on both sides**
The patient is scheduled for a Right carpal tunnel release, Right trigger thumb release, and Right UCL repair on 7/20/20 by Dr. Hubbard

Known risk factors for perioperative complications:

Morbid obesity -BMI 47
Mild Tachycardia
HTN

---

Lincoln/White 0369

**Progress Notes - 07/07/2020**

HGVH PRE-ADMIT
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:             Sex: F
Acct #: 72010791565
Adm: 7/7/2020

**07/07/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)**

**H&P Notes (continued)**

Difficulty with intubation is not anticipated.

**Cardiac Risk Estimation:** low intraoperative cardiac risk

**1.) Preoperative workup as follows:** hemoglobin, hematocrit, electrolytes, creatinine, glucose.
**2.) Change in medication regimen before surgery:** none
**3.) Prophylaxis for cardiac events with perioperative beta-blockers:** Cont Toprol .
**4.) Invasive hemodynamic monitoring perioperatively:** not indicated.
**5.) Deep vein thrombosis prophylaxis postoperatively:** regimen to be chosen by surgical team.
**6.) Surveillance for postoperative MI with ECG immediately postoperatively and on postoperative days 1 and 2 AND troponin levels 24 hours postoperatively and on day 4 or hospital discharge (whichever comes first):** not indicated.
**7.) Current medications which may produce withdrawal symptoms if withheld perioperatively:** Klonopin
**8.) Other measures:** None

**Sinus tachycardia by electrocardiogram**
Mild tachycardia noted on EKG
Appears chronic
Asymptomatic
Pt reports compliance with Toprol
Check TSh

**Essential hypertension**
Stable
Cont Toprol

**Adjustment disorder with mixed anxiety and depressed mood**
Stable
Cont Cymbalta and Klonopin

**Migraine headache**
Stable
Cont Fioricet prn

**Morbid obesity with BMI of 45.0-49.9, adult**
Counseled on healthy weight, diet, and exercise

**Chronic pain**
Stable
Cont Flexeril BID and Gabapentin nightly prn

Electronically signed by Amanda B. Dupre, NP at 7/7/2020  3:59 PM
Electronically signed by James A. Ratliff, MD at 7/8/2020  8:18 AM

**Labs for Abstract**

**CBC auto differential [504885672] (Final result)**

**Specimen Information**

Generated on 11/24/20  1:22 PM                                                                Page 229

Lincoln/White 0370

Progress Notes - 07/07/2020

HGVH PRE-ADMIT
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010791565
Adm: 7/7/2020

## 07/07/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)

### Labs for Abstract (continued)

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9107011581:1 | Blood | Blood | Ellen Gautreaux, RN 07/07/20 1142 |

CBC auto differential [504885673] (Abnormal)                    Resulted: 07/07/20 1202, Result status: Final result

Ordering provider: Amanda B. Dupre, NP  07/07/20 1128        Order status: Completed
Filed by: Edi, Soft Lab Interface  07/07/20 1202              Collected by: Ellen Gautreaux, RN 07/07/20 1142
Resulting lab: OCHSNER MEDICAL COMPLEX - THE GROVE

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 5.22 | 3.90 - 12.70 K/uL | — | HGLB |
| RBC | 4.97 | 4.00 - 5.40 M/uL | — | HGLB |
| Hemoglobin | 14.4 | 12.0 - 16.0 g/dL | — | HGLB |
| Hematocrit | 44.6 | 37.0 - 48.5 % | — | HGLB |
| MCV | 90 | 82 - 98 fL | — | HGLB |
| MCH | 29.0 | 27.0 - 31.0 pg | — | HGLB |
| MCHC | 32.3 | 32.0 - 36.0 g/dL | — | HGLB |
| RDW | 13.2 | 11.5 - 14.5 % | — | HGLB |
| Platelets | 365 | 150 - 350 K/uL | H ^ | HGLB |
| MPV | 9.9 | 9.2 - 12.9 fL | — | HGLB |
| Immature Granulocytes | 0.4 | 0.0 - 0.5 % | — | HGLB |
| Gran # (ANC) | 2.2 | 1.8 - 7.7 K/uL | — | HGLB |
| Immature Grans (Abs) | 0.02 | 0.00 - 0.04 K/uL | — | HGLB |

Comment:
Mild elevation in immature granulocytes is non specific and
can be seen in a variety of conditions including stress response,
acute inflammation, trauma and pregnancy. Correlation with other
laboratory and clinical findings is essential.

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Lymph # | 2.4 | 1.0 - 4.8 K/uL | — | HGLB |
| Mono # | 0.3 | 0.3 - 1.0 K/uL | — | HGLB |
| Eos # | 0.2 | 0.0 - 0.5 K/uL | — | HGLB |
| Baso # | 0.03 | 0.00 - 0.20 K/uL | — | HGLB |
| nRBC | 0 | 0 /100 WBC | — | HGLB |
| Gran % | 42.5 | 38.0 - 73.0 % | — | HGLB |
| Lymph % | 46.6 | 18.0 - 48.0 % | — | HGLB |
| Mono % | 6.3 | 4.0 - 15.0 % | — | HGLB |
| Eosinophil % | 4.0 | 0.0 - 8.0 % | — | HGLB |
| Basophil % | 0.6 | 0.0 - 1.9 % | — | HGLB |
| Differential Method | Automated | — | — | HGLB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 428 - HGLB | OCHSNER MEDICAL COMPLEX - THE GROVE | Rebecca Phillips, M.D. | 10310 The Grove Blvd BATON ROUGE LA 70836 | 11/22/19 0952 - Present |

### Indications

Preop testing [Z01.818 (ICD-10-CM)]

### Comprehensive metabolic panel [504885673] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9107011581:2 | Blood | Blood | Ellen Gautreaux, RN 07/07/20 1142 |

Lincoln/White 0371

Progress Notes - 07/07/2020

HGVH PRE-ADMIT
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010791565
Adm: 7/7/2020

### 07/07/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)

**Labs for Abstract (continued)**

Comprehensive metabolic panel [504885673] (Abnormal)          Resulted: 07/07/20 1216, Result status: Final result

Ordering provider: Amanda B. Dupre, NP  07/07/20 1128          Order status: Completed
Filed by: Edi, Soft Lab Interface  07/07/20 1216               Collected by: Ellen Gautreaux, RN 07/07/20 1142
Resulting lab: OCHSNER MEDICAL COMPLEX - THE GROVE

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 137 | 136 - 145 mmol/L | — | HGLB |
| Potassium | 3.8 | 3.5 - 5.1 mmol/L | — | HGLB |
| Chloride | 104 | 95 - 110 mmol/L | — | HGLB |
| CO2 | 25 | 23 - 29 mmol/L | — | HGLB |
| Glucose | 122 | 70 - 110 mg/dL | H ^ | HGLB |
| BUN | 6 | 6 - 20 mg/dL | — | HGLB |
| Creatinine | 0.9 | 0.5 - 1.4 mg/dL | — | HGLB |
| Calcium | 9.4 | 8.7 - 10.5 mg/dL | — | HGLB |
| Total Protein | 7.7 | 6.0 - 8.4 g/dL | — | HGLB |
| Albumin | 3.4 | 3.5 - 5.2 g/dL | L ^ | HGLB |
| Total Bilirubin | 0.3 | 0.1 - 1.0 mg/dL | — | HGLB |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours...........<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days................<15.0 mg/dL

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Alkaline Phosphatase | 61 | 55 - 135 U/L | — | HGLB |
| AST | 15 | 10 - 40 U/L | — | HGLB |
| ALT | 11 | 10 - 44 U/L | — | HGLB |
| Anion Gap | 8 | 8 - 16 mmol/L | — | HGLB |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | HGLB |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | HGLB |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 428 - HGLB | OCHSNER MEDICAL COMPLEX - THE GROVE | Rebecca Phillips, M.D. | 10310 The Grove Blvd BATON ROUGE LA 70836 | 11/22/19 0952 - Present |

**Indications**

Preop testing [Z01.818 (ICD-10-CM)]

**TSH [504885677] (In process)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9107011972:4 | Blood | Blood | Madalyn M. Reine, LPN 07/07/20 1200 |

TSH [504885677]                                    Resulted: 07/07/20 1200, Result status: In process

Generated on 11/24/20  1:22 PM                                                      Page 231

Lincoln/White 0372

Progress Notes - 07/07/2020

HGVH PRE-ADMIT
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72010791565
Adm: 7/7/2020

## 07/07/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)

### Labs for Abstract (continued)

Ordering provider: Amanda B. Dupre, NP  07/07/20 1159
Filed by: Edi, Soft Lab Interface  07/07/20 1200
Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS

Order status: Sent
Collected by: Madalyn M. Reine, LPN 07/07/20 1200

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Elise Occhipinti, M.D. | 1516 Jefferson Hwy New Orleans LA 70121 | 03/25/19 1044 - Present |

#### Indications

Preop testing [Z01.818 (ICD-10-CM)]

### Procedures for Abstract

#### EKG 12-lead [504885674] (Final result)

##### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 4321198 | — | — | 07/07/20 1148 |

**EKG 12-lead [504885674]**                     Resulted: 07/07/20 1718, Result status: Final result

Ordering provider: Amanda B. Dupre, NP  07/07/20 1128
Filed by: Interface, Lab In Hlseven  07/07/20 1718
Resulting lab: OCHS GE MUSE
Narrative:
Test Reason : Z01.818,

Order status: Completed
Collected by: 07/07/20 1148

Vent. Rate : 114 BPM     Atrial Rate : 114 BPM
P-R Int : 154 ms       QRS Dur : 084 ms
QT Int : 328 ms      P-R-T Axes : 056 030 033 degrees
QTc Int : 452 ms

Sinus tachycardia
Otherwise normal ECG
When compared with ECG of 06-JAN-2014 20:37,
T wave amplitude has decreased in Anterior leads
Confirmed by JONES MD, BRIAN (403) on 7/7/2020 5:18:15 PM

Referred By: NP DUPRE        Confirmed By:BRIAN JONES MD

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 16 - GEMUSE | OCHS GE MUSE | N/A | N/A | 05/04/15 1620 - Present |

#### Indications

Preop testing [Z01.818 (ICD-10-CM)]

### Discharge Instructions                     White, Sabrina Lynette (MR # 1932025)

| Date | Status | User | User Type | Discharge Note |
|---|---|---|---|---|
| 07/07/20 1145 | Reviewed | Ellen Gautreaux, RN | Registered Nurse | Original |
| **Note:** | | | | |

Lincoln/White 0373

**Progress Notes - 07/07/2020**

| | |
|---|---|
| HGVH PRE-ADMIT | White, Sabrina Lynette |
| 17000 Medical Center Dr | MRN: 1932025, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72010791565 |
| | Adm: 7/7/2020 |

**07/07/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)**

Discharge Instructions (continued)                                     White, Sabrina Lynette (MR # 1932025)

To confirm, Your doctor has instructed you that surgery is scheduled for **7/20/20 .**

Please report to Ochsner at The Grove main lobby . Pre admit office will call afternoon prior to surgery with final arrival time

INSTRUCTIONS IMPORTANT!!!
 **Do not eat, drink, or smoke after 12 midnight-including water. OK to brush teeth, no gum, candy or mints!**

¨ Take only these medicines with a small swallow of water-morning of surgery.
**Klonopin, metoprolol, Cymbalta**

**Pre operative instructions:**
Please review the Pre-Operative Instruction booklet that you were given.


**Bathing Instructions**--See page 6 in the Pre-operative booklet.

**Prevention of surgical site infections:**

        -Keep incisions clean and dry.
        -Do not soak/submerge incisions in water until completely healed.
        -Do not apply lotions, powders, creams, or deodorants to site.
        -Always make sure hands are cleaned with antibacterial soap/ alcohol-based cleaners prior to touching the
surgical site. (This includes doctors, nurses, staff, and yourself.)

Signs and symptoms:
        -Redness and pain around the area where you had surgery
        -Drainage of cloudy fluid from your surgical wound
        -Fever over 100.4


I have read or had read and explained to me, and understand the above information.
Additional comments or instructions:
Received a copy of Pre-operative instructions booklet, FAQ surgical site infection sheet, and packets of hibiclens (if indicated).


 Electronically signed by Ellen Gautreaux, RN at 7/7/2020 11:45 AM

**Follow-up Information**

    None

Lincoln/White 0374

**Progress Notes - 07/07/2020**

| ONLC ORTHOPEDICS | White, Sabrina Lynette | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72010791565 | |
| | Enc. Date 7/7/2020 | |

### 07/07/2020 - Office Visit in O'Neal - Orthopedics

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email | |
|---|---|---|---|
| | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Andrea D. Cothern, NP225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0375

Progress Notes - 07/07/2020

| ONLC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:<br>Acct #: 72010791565<br>Enc. Date 7/7/2020 | Sex: F |
|---|---|---|

## 07/07/2020 - Office Visit in O'Neal - Orthopedics (continued)

### Reason for Visit

Right Wrist - Pain

### Diagnoses

| | Codes | Comments |
|---|---|---|
| **Trigger finger, acquired   -  Primary** | ICD-10-CM: M65.30<br>ICD-9-CM: 727.03 | |
| **Carpal tunnel syndrome, bilateral** | ICD-10-CM: G56.03<br>ICD-9-CM: 354.0 | |
| **Gamekeeper's thumb of right hand, initial encounter** | ICD-10-CM: S63.31XA<br>ICD-9-CM: 842.12 | |

### Problem List as of 7/7/2020

Date Reviewed: **7/7/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine headache** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 9/17/2014 -<br>Present |
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 11/29/2016 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 11/29/2016 -<br>Present |
| **Primary insomnia** | ICD-10-CM: F51.01<br>ICD-9-CM: 307.42 | | | 11/29/2016 -<br>Present |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | | | 8/27/2017 -<br>Present |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0<br>ICD-9-CM: 715.96 | | | 9/27/2017 -<br>Present |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22<br>ICD-9-CM: 721.0 | | | 9/27/2017 -<br>Present |
| **Morbid obesity with BMI of 45.0-49.9, adult** | ICD-10-CM: E66.01, Z68.42<br>ICD-9-CM: 278.01, V85.42 | | | 7/2/2018 - Present |
| **Carpal tunnel syndrome on both sides** | ICD-10-CM: G56.03<br>ICD-9-CM: 354.0 | | | 11/1/2018 -<br>Present |
| **Dyslipidemia** | ICD-10-CM: E78.5<br>ICD-9-CM: 272.4 | | | 11/2/2018 -<br>Present |
| **Lumbar facet arthropathy** | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | | | 1/23/2020 -<br>Present |
| **Gamekeeper's thumb, right** | ICD-10-CM: S63.31XA<br>ICD-9-CM: 842.12 | | | 7/7/2020 - Present |
| **Trigger finger of right thumb** | ICD-10-CM: M65.311<br>ICD-9-CM: 727.03 | | | 7/7/2020 - Present |
| **Chronic pain** | ICD-10-CM: G89.29<br>ICD-9-CM: 338.29 | | | 7/7/2020 - Present |
| **Sinus tachycardia by electrocardiogram** | ICD-10-CM: R00.0<br>ICD-9-CM: 785.0 | | | 7/7/2020 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42<br>ICD-9-CM: 717.7 | | | 11/24/2017 -<br>10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41<br>ICD-9-CM: 717.7 | | | 11/24/2017 -<br>10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562<br>ICD-9-CM: 719.46 | | | 3/19/2016 -<br>10/3/2016 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569,<br>G89.29<br>ICD-9-CM: 719.46, 338.29 | | | 11/29/2019 -<br>2/24/2020 |

### Patient as-of Visit

Allergies as of 7/7/2020

Lincoln/White 0376

Progress Notes - 07/07/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010791565
Enc. Date 7/7/2020

### 07/07/2020 - Office Visit in O'Neal - Orthopedics (continued)

**Patient as-of Visit (continued)**

Allergies last reviewed by Amanda B. Dupre, NP on 7/7/2020 1600

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium
Comments: GI indigestion

Noted on: 12/19/2017

**ASPIRIN** *[last edited by Amanda B. Dupre, NP on 7/7/2020 1120]*

Reactions: Nausea And Vomiting
Noted on: 02/13/2018

Severity: Medium

**Immunizations** as of 7/7/2020

No documentation.

## Medications

**Outpatient Medications at Start of Encounter as of 7/7/2020**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 12 tablet | 0 | 3/10/2020 | |
| Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. - Oral Class: Print | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 30 capsule | 1 | 3/19/2020 | |
| Sig - Route: Take 1 capsule (200 mg total) by mouth once daily. Take with food.  Discontinue if develop GI side effects. - Oral Prior authorization: Canceled - Other | | | | |
| Esther Stagg, RN 9/18/2020  1:10 PM HOLD TODAY PRIOR TO SURGERY | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |
| Sig - Route: Take 300 mg by mouth every evening.  - Oral Class: Historical Med | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet (Taking)** | | | 1/22/2020 | 9/18/2020 |
| Sig - Route: Take 25 mg by mouth once daily.  - Oral Class: Historical Med | | | | |
| Esther Stagg, RN 9/18/2020  1:10 PM TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)** | | | | 7/7/2020 |
| Sig - Route: Take 50 mg by mouth. - Oral Class: Historical Med | | | | |
| **betamethasone dipropionate (DIPROLENE) 0.05 % cream (Taking)** | 45 g | 1 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Apply topically 2 (two) times daily. - Topical (Top) | | | | |
| **cetirizine (ZYRTEC) 10 MG tablet (Taking)** | | | 2/16/2020 | 7/7/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 7 DAYS Class: Historical Med | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking)** | 60 tablet | 0 | 6/21/2020 | 7/21/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)** | 60 tablet | 0 | 6/21/2020 | 7/21/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| **dexbrompheniramine maleate (ALA-HIST IR) 2 mg Tab (Taking)** | 30 tablet | 0 | 3/27/2020 | 7/7/2020 |
| Sig - Route: Take 1 tablet by mouth every 4 to 6 hours as needed. - Oral | | | | |

Lincoln/White 0377

Progress Notes - 07/07/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                        Sex: F
Acct #: 72010791565
Enc. Date 7/7/2020

## Medications (continued)

### Outpatient Medications at Start of Encounter as of 7/7/2020 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **doxylamine-phenylephrine (POLY HIST FORTE) 10.5-10 mg Tab (Taking)** | 20 tablet | 0 | 4/14/2020 | 7/7/2020 |
| Sig - Route: Take 1 tablet by mouth every 4 to 6 hours as needed. FILL IN GENERIC ONLY - Oral | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking)** | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Take 1 capsule (30 mg total) by mouth once daily. - Oral | | | | |
| **hydrocortisone 1 % cream (Taking)** | | | 2/16/2020 | 7/7/2020 |
| Sig: Apply to affected area 2 times daily | | | | |
| Class: Historical Med | | | | |
| **irbesartan (AVAPRO) 75 MG tablet (Taking)** | | | 11/2/2019 | 7/7/2020 |
| Sig - Route: Take 75 mg by mouth. - Oral | | | | |
| Class: Historical Med | | | | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)** | | | 11/2/2019 | 7/21/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |
| Class: Historical Med | | | | |
| **methocarbamol (ROBAXIN) 750 MG Tab (Taking)** | | | 1/28/2020 | 7/7/2020 |
| Sig - Route: Take 750 mg by mouth 3 (three) times daily as needed. - Oral | | | | |
| Class: Historical Med | | | | |
| **mupirocin (BACTROBAN) 2 % ointment (Taking)** | 15 g | 0 | 4/15/2020 | 7/7/2020 |
| Sig - Route: Apply topically 2 (two) times daily. - Topical (Top) | | | | |
| **permethrin (ELIMITE) 5 % cream (Taking)** | 60 g | 0 | 6/19/2020 | 7/7/2020 |
| Sig: Apply to affected area | | | | |
| **promethazine-dextromethorphan (PROMETHAZINE-DM) 6.25-15 mg/5 mL Syrp (Taking)** | 118 mL | 0 | 2/24/2020 | 7/7/2020 |
| Sig - Route: Take 5 mLs by mouth every 4 to 6 hours as needed. - Oral | | | | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking)** | | | | 7/7/2020 |
| Sig - Route: 2 sprays by Nasal route. - Nasal | | | | |
| Class: Historical Med | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 12 tablet | 0 | 3/10/2020 | |
| Sig: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. | | | | |
| Class: Print | | | | |
| Route: Oral | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 30 capsule | 1 | 3/19/2020 | |
| Sig: Take 1 capsule (200 mg total) by mouth once daily. Take with food. Discontinue if develop GI side effects. | | | | |
| Route: Oral | | | | |
| Prior authorization: Canceled - Other | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |
| Sig: Take 300 mg by mouth every evening. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet (Taking)** | | | 1/22/2020 | 9/18/2020 |
| Sig: Take 25 mg by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking/Discontinued)** | | | | 7/7/2020 |
| Sig: Take 50 mg by mouth. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **betamethasone dipropionate (DIPROLENE) 0.05 % cream (Taking/Discontinued)** | 45 g | 1 | 2/24/2020 | 9/4/2020 |
| Sig: Apply topically 2 (two) times daily. | | | | |
| Route: Topical (Top) | | | | |

Lincoln/White 0378

Progress Notes - 07/07/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72010791565
Enc. Date 7/7/2020

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Reason for Discontinue: **Patient no longer taking** | | | | |
| **cetirizine (ZYRTEC) 10 MG tablet** (Taking/Discontinued) | | | 2/16/2020 | 7/7/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 7 DAYS | | | | |
| Class: Historical Med | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet** (Taking/Discontinued) | 60 tablet | 0 | 6/21/2020 | 7/21/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet** (Taking/Discontinued) | 60 tablet | 0 | 6/21/2020 | 7/21/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| **dexbrompheniramine maleate (ALA-HIST IR) 2 mg Tab** (Taking/Discontinued) | 30 tablet | 0 | 3/27/2020 | 7/7/2020 |
| Sig: Take 1 tablet by mouth every 4 to 6 hours as needed. | | | | |
| Route: Oral | | | | |
| **doxylamine-phenylephrine (POLY HIST FORTE) 10.5-10 mg Tab** (Taking/Discontinued) | 20 tablet | 0 | 4/14/2020 | 7/7/2020 |
| Sig: Take 1 tablet by mouth every 4 to 6 hours as needed. FILL IN GENERIC ONLY | | | | |
| Route: Oral | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule** (Taking/Discontinued) | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |
| Sig: Take 1 capsule (30 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Dose adjustment** | | | | |
| **hydrocortisone 1 % cream** (Taking/Discontinued) | | | 2/16/2020 | 7/7/2020 |
| Sig: Apply to affected area 2 times daily | | | | |
| Class: Historical Med | | | | |
| **irbesartan (AVAPRO) 75 MG tablet** (Taking/Discontinued) | | | 11/2/2019 | 7/7/2020 |
| Sig: Take 75 mg by mouth. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **levocetirizine (XYZAL) 5 MG tablet** (Taking/Discontinued) | | | 11/2/2019 | 7/21/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |
| Class: Historical Med | | | | |
| **methocarbamol (ROBAXIN) 750 MG Tab** (Taking/Discontinued) | | | 1/28/2020 | 7/7/2020 |
| Sig: Take 750 mg by mouth 3 (three) times daily as needed. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **mupirocin (BACTROBAN) 2 % ointment** (Taking/Discontinued) | 15 g | 0 | 4/15/2020 | 7/7/2020 |
| Sig: Apply topically 2 (two) times daily. | | | | |
| Route: Topical (Top) | | | | |
| **permethrin (ELIMITE) 5 % cream** (Taking/Discontinued) | 60 g | 0 | 6/19/2020 | 7/7/2020 |
| Sig: Apply to affected area | | | | |
| **promethazine-dextromethorphan (PROMETHAZINE-DM) 6.25-15 mg/5 mL Syrp** (Taking/Discontinued) | 118 mL | 0 | 2/24/2020 | 7/7/2020 |
| Sig: Take 5 mLs by mouth every 4 to 6 hours as needed. | | | | |
| Route: Oral | | | | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler** (Taking/Discontinued) | | | | 7/7/2020 |
| Sig: 2 sprays by Nasal route. | | | | |
| Class: Historical Med | | | | |
| Route: Nasal | | | | |

### Progress Notes

Lincoln/White 0379

Progress Notes - 07/07/2020

| ONLC ORTHOPEDICS | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72010791565 | |
| | Enc. Date 7/7/2020 | |

**Medications (continued)**

**Progress Notes by William James Hubbard, MD at 7/7/2020  9:00 AM**

| Author: William James Hubbard, MD | Service: — | Author Type: Physician |
| Filed: 7/7/2020 12:18 PM | Encounter Date: 7/7/2020 | Creation Time: 7/7/2020  9:15 AM |
| Status: Signed | Editor: William James Hubbard, MD (Physician) | |

### Subjective:

**Patient ID:** Sabrina Lynette White is a 47 y.o. female.

**Chief Complaint:** Pain of the Right Wrist

The patient is a 47-year-old female with numbness in median nerve distribution in both hands for the last several years.  She had nerve conduction studies done 09/05/2018 that did confirm bilateral carpal tunnel syndrome right greater than left.  She also has a right trigger thumb and a right thumb ulnar collateral ligament tear metacarpophalangeal joint grade 3 that is symptomatic.  She drops things.  She wishes to have a right carpal tunnel release right trigger thumb release and reconstruction ulnar collateral ligament metacarpophalangeal joint right thumb using Arthrex internal brace system.

Past Medical History:

| Diagnosis | Date |
| --- | --- |
| • Anxiety | |
| • Arthritis | |
| • Depression | |
| • Encounter for blood transfusion | |
| *had to have infusion during surgery in 2008* | |
| • GERD (gastroesophageal reflux disease) | |
| • Hyperlipidemia | |
| • Hypertension | |
| • Osteoarthritis of spine with radiculopathy, cervical region | |

Past Surgical History:

| Procedure | Laterality | Date |
| --- | --- | --- |
| • CESAREAN SECTION, LOW TRANSVERSE | | |
| • FOOT SURGERY | | |
| • INJECTION OF ANESTHETIC AGENT AROUND MEDIAL BRANCH NERVES INNERVATING LUMBAR FACET JOINT | Bilateral | 1/8/2020 |
| *Procedure: Bilateral L3-5 MBB;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT;  Service: Pain Management;  Laterality: Bilateral;* | | |
| • INJECTION OF ANESTHETIC AGENT AROUND MEDIAL BRANCH NERVES INNERVATING LUMBAR FACET JOINT | Bilateral | 1/23/2020 |
| *Procedure: Bilateral L3-5 MBB;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT;  Service: Pain Management;  Laterality: Bilateral;* | | |
| • INJECTION OF ANESTHETIC AGENT AROUND NERVE | Bilateral | 11/20/2019 |
| *Procedure: Block, Nerve Bilateral RN IV sedation;  Surgeon: Karan Verma, MD;  Location: HGVH PAIN MGT; Service: Pain Management;  Laterality: Bilateral;* | | |

Family History

| Problem | Relation | Age of Onset |
| --- | --- | --- |
| • Breast cancer | Maternal Aunt | |
| • Diabetes | Maternal Aunt | |
| • No Known Problems | Mother | |
| • Alcohol abuse | Father | |
| • Heart disease | Paternal Uncle | |
| • Heart disease | Maternal Grandfather | |

Lincoln/White 0380

Progress Notes - 07/07/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:           Sex: F
Acct #: 72010791565
Enc. Date 7/7/2020

**Progress Notes (continued)**

**Progress Notes by William James Hubbard, MD at 7/7/2020 9:00 AM (continued)**

| | |
|---|---|
| • Stroke | Neg Hx |

Social History

Socioeconomic History
| | |
|---|---|
| • Marital status: | Single |
| Spouse name: | Not on file |
| • Number of children: | 1 |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

Occupational History
| | |
|---|---|
| • Occupation: | Not currently employed |

Social Needs
| | |
|---|---|
| • Financial resource strain: | Not on file |
| • Food insecurity | |
| Worry: | Not on file |
| Inability: | Not on file |
| • Transportation needs | |
| Medical: | Not on file |
| Non-medical: | Not on file |

Tobacco Use
| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |

Substance and Sexual Activity
| | |
|---|---|
| • Alcohol use: | No |
| • Drug use: | No |
| • Sexual activity: | Not Currently |
| Partners: | Male |

Lifestyle
| | |
|---|---|
| • Physical activity | |
| Days per week: | Not on file |
| Minutes per session: | Not on file |
| • Stress: | Very much |

Relationships
| | |
|---|---|
| • Social connections | |
| Talks on phone: | Not on file |
| Gets together: | Not on file |
| Attends religious service: | Not on file |
| Active member of club or organization: | Not on file |
| Attends meetings of clubs or organizations: | Not on file |
| Relationship status: | Not on file |

Other Topics          Concern
• Not on file

Social History Narrative
• Not on file

**Medication List with Changes/Refills**
**Current Medications**
AMITRIPTYLINE (ELAVIL) 50     Take 50 mg by mouth.
MG TABLET

---

Generated on 11/24/20 1:22 PM                                      Page 240

Lincoln/White 0381

Progress Notes - 07/07/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010791565
Enc. Date 7/7/2020

## Progress Notes (continued)

**Progress Notes by William James Hubbard, MD at 7/7/2020 9:00 AM (continued)**

| | |
|---|---|
| BETAMETHASONE DIPROPIONATE (DIPROLENE) 0.05 % CREAM | Apply topically 2 (two) times daily. |
| BUTALBITAL-ACETAMINOPHEN-CAFFEINE 50-325-40 MG (FIORICET, ESGIC) 50-325-40 MG PER TABLET | Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. |
| CELECOXIB (CELEBREX) 200 MG CAPSULE | Take 1 capsule (200 mg total) by mouth once daily. Take with food. Discontinue if develop GI side effects. |
| CETIRIZINE (ZYRTEC) 10 MG TABLET | TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 7 DAYS |
| CLONAZEPAM (KLONOPIN) 1 MG TABLET | Take 1 tablet by mouth twice daily as needed for anxiety |
| CYCLOBENZAPRINE (FLEXERIL) 10 MG TABLET | Take 1 tablet by mouth twice daily as needed |
| DEXBROMPHENIRAMINE MALEATE (ALA-HIST IR) 2 MG TAB | Take 1 tablet by mouth every 4 to 6 hours as needed. |
| DOXYLAMINE-PHENYLEPHRINE (POLY HIST FORTE) 10.5-10 MG TAB | Take 1 tablet by mouth every 4 to 6 hours as needed. FILL IN GENERIC ONLY |
| DULOXETINE (CYMBALTA) 30 MG CAPSULE | Take 1 capsule (30 mg total) by mouth once daily. |
| GABAPENTIN (NEURONTIN) 300 MG CAPSULE | TAKE 1 CAPSULE BY MOUTH IN THE EVENING |
| HYDROCORTISONE 1 % CREAM | Apply to affected area 2 times daily |
| IRBESARTAN (AVAPRO) 75 MG TABLET | Take 75 mg by mouth. |
| LEVOCETIRIZINE (XYZAL) 5 MG TABLET | TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING |
| METHOCARBAMOL (ROBAXIN) 750 MG TAB | Take 750 mg by mouth 3 (three) times daily as needed. |
| METOPROLOL SUCCINATE (TOPROL-XL) 25 MG 24 HR TABLET | Take 25 mg by mouth. |
| MUPIROCIN (BACTROBAN) 2 % OINTMENT | Apply topically 2 (two) times daily. |
| PERMETHRIN (ELIMITE) 5 % CREAM | Apply to affected area |
| PROMETHAZINE-DEXTROMETHORPHAN (PROMETHAZINE-DM) 6.25-15 MG/5 ML SYRP | Take 5 mLs by mouth every 4 to 6 hours as needed. |
| TRIAMCINOLONE (NASACORT) 55 MCG NASAL INHALER | 2 sprays by Nasal route. |

Review of patient's allergies indicates:

Generated on 11/24/20  1:22 PM                                    Page 241

Lincoln/White 0382

Progress Notes - 07/07/2020

| ONLC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:<br>Acct #: 72010791565<br>Enc. Date 7/7/2020 | Sex: F |
|---|---|---|

**Progress Notes (continued)**

**Progress Notes by William James Hubbard, MD at 7/7/2020  9:00 AM (continued)**

Allergen                                    Reactions
- Aleve [naproxen sodium]
     *GI indigestion*
- Aspirin

Review of Systems
Constitution: Negative for malaise/fatigue.
HENT: Negative for hearing loss.
Eyes: Negative for double vision and visual disturbance.
Cardiovascular: Negative for chest pain.
Respiratory: Negative for shortness of breath.
Endocrine: Negative for cold intolerance.
Hematologic/Lymphatic: Does not bruise/bleed easily.
Skin: Negative for poor wound healing and suspicious lesions.
Musculoskeletal: Negative for gout, joint pain and joint swelling.
Gastrointestinal: Negative for nausea and vomiting.
Genitourinary: Negative for dysuria.
Neurological: Positive for headaches, numbness, paresthesias and sensory change.
Psychiatric/Behavioral: Negative for depression, memory loss and substance abuse. The patient has insomnia. The patient is not nervous/anxious.
Allergic/Immunologic: Negative for persistent infections.

**Objective:**

Body mass index is 47.65 kg/m².
Vitals:

|        | 07/07/20 0901 |
|--------|---------------|
| BP:    | 105/79        |
| Pulse: | 105           |

**General**

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: EOM are normal.
Neck: Normal range of motion.
Cardiovascular: Normal rate.
Pulmonary/Chest: Effort normal.
Abdominal: Soft.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit.
Psychiatric: She has a normal mood and affect.

---

Generated on 11/24/20  1:22 PM                                                    Page 242

Lincoln/White 0383

Progress Notes - 07/07/2020

| ONLC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:<br>Acct #: 72010791565<br>Enc. Date 7/7/2020 | Sex: F |

**Progress Notes (continued)**

Progress Notes by William James Hubbard, MD at 7/7/2020  9:00 AM (continued)

**Right Hand/Wrist Exam**

Inspection
Scars: Wrist - absent Hand -  absent
Effusion: Wrist - absent Hand -  absent

Pain
Hand - The patient exhibits pain of the thumb MCP.
Wrist - The patient exhibits pain of the flexor/pronator group.

Tenderness
The patient is tender to palpation of the palmer area.

Tests
Phalen's sign: positive
Tinel's sign (median nerve): positive
Carpal Tunnel Compression Test: positive

**Atrophy**
Thenar:  negative
Intrinsic:  negative

Other

Neuorologic Exam

Median Distribution: abnormal
Ulnar Distribution: normal
Radial Distribution: normal

Comments:  The right thumb is active triggering noted with a palpable nodule that moves with tendon excursion.  She also has a grade 3 sprain ulnar collateral ligament metacarpophalangeal joint with the right thumb MCP joint that opens 35° and extension.  Additionally she has a positive Tinel and positive Phalen sign.  There is no thenar atrophy noted.

**Left Hand/Wrist Exam**

Inspection
Scars: Wrist - absent Hand -  absent
Effusion: Wrist - absent Hand -  absent

Pain
Wrist - The patient exhibits pain of the flexor/pronator group.

Tests
Phalen's sign: positive
Tinel's sign (median nerve): positive
Carpal Tunnel Compression Test: positive

Lincoln/White 0384

Progress Notes - 07/07/2020

| ONLC ORTHOPEDICS | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72010791565 | |
| | Enc. Date 7/7/2020 | |

**Progress Notes (continued)**

Progress Notes by William James Hubbard, MD at 7/7/2020  9:00 AM (continued)

**Atrophy**
Thenar:  Negative
Intrinsic: negative

Other

Sensory Exam
Median Distribution: abnormal
Ulnar Distribution: normal
Radial Distribution: normal

Comments:  The patient has a positive Tinel and positive Phalen sign.  There is no thenar atrophy noted

**Vascular Exam**

Capillary Refill
Right Hand: normal capillary refill
Left Hand: normal capillary refill

Relevant imaging results reviewed and interpreted by me, discussed with the patient and / or family today radiographs of the right wrist were normal.  The right thumb metacarpophalangeal joint appears to be normal.  She had a MRI arthrogram right wrist that was also normal

**Assessment:**

Encounter Diagnoses

| Name | Primary? |
| --- | --- |
| • Trigger finger, acquired | Yes |
| • Carpal tunnel syndrome, bilateral | |
| • Gamekeeper's thumb of right hand, initial encounter | |

**Plan:**

The patient wishes to have a right carpal tunnel release right trigger thumb release and reconstruction right thumb ulnar collateral ligament metacarpophalangeal joint using Arthrex internal brace system.  She was counseled regarding the surgery.  Risk complications and alternatives were discussed including the risk of infection, anesthetic risk, injury to nerves and vessels, loss of motion, possible need for additional surgeries were discussed.  She seems to understand and agree that surgery.  All questions were answered.

**Disclaimer:** This note was prepared using a voice recognition system and is likely to have sound alike errors within the text.

Lincoln/White 0385

Progress Notes - 07/07/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010791565
Enc. Date 7/7/2020

**Progress Notes (continued)**

**Progress Notes by William James Hubbard, MD at 7/7/2020  9:00 AM (continued)**

Electronically signed by William James Hubbard, MD on 7/7/2020 12:18 PM

**Follow-up Information**

None

**Follow Up Call**

No data filed

Lincoln/White 0386

**Progress Notes - 06/12/2020**

ONLC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:　　　　Sex: F
Acct #: 72010620660
Enc. Date 6/12/2020

### 06/12/2020 - Office Visit in O'Neal - Interventional Pain

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email | | |
|---|---|---|---|---|
| | | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Andrea D. Cothern, NP225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0387

Progress Notes - 06/12/2020

| ONLC INTERVENTIONAL PAIN MEDICINE<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72010620660<br>Enc. Date 6/12/2020 |
|---|---|

### 06/12/2020 - Office Visit in O'Neal - Interventional Pain (continued)

**Reason for Visit**

Back Pain

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Impaired mobility and activities of daily living**   - Primary | ICD-10-CM: Z74.09<br>ICD-9-CM: 799.89 | |
| **Lumbar spondylosis** | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | |
| **Facet arthritis of lumbar region** | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | |
| **Primary osteoarthritis of both knees** | ICD-10-CM: M17.0<br>ICD-9-CM: 715.16 | |
| **Chronic pain of both knees** | ICD-10-CM: M25.561,<br>M25.562, G89.29<br>ICD-9-CM: 719.46,<br>338.29 | |

**Problem List** as of 6/12/2020                                                                 Date Reviewed: **6/12/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine headache** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 9/17/2014 -<br>Present |
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 11/29/2016 -<br>Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 11/29/2016 -<br>Present |
| **Primary insomnia** | ICD-10-CM: F51.01<br>ICD-9-CM: 307.42 | | | 11/29/2016 -<br>Present |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | | | 8/27/2017 -<br>Present |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0<br>ICD-9-CM: 715.96 | | | 9/27/2017 -<br>Present |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22<br>ICD-9-CM: 721.0 | | | 9/27/2017 -<br>Present |
| **Morbid obesity with BMI of 40.0-44.9, adult** | ICD-10-CM: E66.01, Z68.41<br>ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 - Present |
| **Carpal tunnel syndrome on both sides** | ICD-10-CM: G56.03<br>ICD-9-CM: 354.0 | | | 11/1/2018 -<br>Present |
| **Dyslipidemia** | ICD-10-CM: E78.5<br>ICD-9-CM: 272.4 | | | 11/2/2018 -<br>Present |
| **Lumbar facet arthropathy** | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | | | 1/23/2020 -<br>Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42<br>ICD-9-CM: 717.7 | | | 11/24/2017 -<br>10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41<br>ICD-9-CM: 717.7 | | | 11/24/2017 -<br>10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562<br>ICD-9-CM: 719.46 | | | 3/19/2018 -<br>10/6/2018 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569,<br>G89.29<br>ICD-9-CM: 719.46, 338.29 | | | 11/20/2019 -<br>2/24/2020 |

**Patient as-of Visit**

**Allergies** as of 6/12/2020

Allergies last reviewed by Lindsay B. Brunson, PA-C on 6/12/2020 1233

| Generated on 11/24/20  1:22 PM | Page 247 |
|---|---|

Lincoln/White 0388

Progress Notes - 06/12/2020

ONLC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72010620660
Enc. Date 6/12/2020

### 06/12/2020 - Office Visit in O'Neal - Interventional Pain (continued)

#### Patient as-of Visit (continued)

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*
Severity: Medium                                    Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Magan E. Green, LPN on 8/28/2018 1118]*
Severity: Medium                                    Noted on: 02/13/2018

**Immunizations** as of 6/12/2020
No documentation.

## Medications

#### Outpatient Medications at Start of Encounter as of 6/12/2020

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 12 tablet | 0 | 3/10/2020 | |
| Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. - Oral | | | | |
| Class: Print | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 30 capsule | 1 | 3/19/2020 | |
| Sig - Route: Take 1 capsule (200 mg total) by mouth once daily. Take with food. Discontinue if develop GI side effects. - Oral | | | | |
| Prior authorization: Canceled - Other | | | | |
| Esther Stagg, RN 9/18/2020 1:10 PM HOLD TODAY PRIOR TO SURGERY | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |
| Sig - Route: Take 300 mg by mouth every evening. - Oral | | | | |
| Class: Historical Med | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet (Taking)** | | | 1/22/2020 | 9/18/2020 |
| Sig - Route: Take 25 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Esther Stagg, RN 9/18/2020 1:10 PM TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)** | | | | 7/7/2020 |
| Sig - Route: Take 50 mg by mouth. - Oral | | | | |
| Class: Historical Med | | | | |
| **betamethasone dipropionate (DIPROLENE) 0.05 % cream (Taking)** | 45 g | 1 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Apply topically 2 (two) times daily. - Topical (Top) | | | | |
| **cetirizine (ZYRTEC) 10 MG tablet (Taking)** | | | 2/16/2020 | 7/7/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 7 DAYS | | | | |
| Class: Historical Med | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking)** | 60 tablet | 0 | 5/12/2020 | 6/21/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)** | 60 tablet | 0 | 5/12/2020 | 6/21/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| **dexbrompheniramine maleate (ALA-HIST IR) 2 mg Tab (Taking)** | 30 tablet | 0 | 3/27/2020 | 7/7/2020 |
| Sig - Route: Take 1 tablet by mouth every 4 to 6 hours as needed. - Oral | | | | |
| **doxylamine-phenylephrine (POLY HIST FORTE) 10.5-10 mg Tab (Taking)** | 20 tablet | 0 | 4/14/2020 | 7/7/2020 |
| Sig - Route: Take 1 tablet by mouth every 4 to 6 hours as needed. FILL IN GENERIC ONLY - Oral | | | | |

Lincoln/White 0389

Progress Notes - 06/12/2020

ONLC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010620660
Enc. Date 6/12/2020

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 6/12/2020 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking)** | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Take 1 capsule (30 mg total) by mouth once daily. - Oral | | | | |
| **irbesartan (AVAPRO) 75 MG tablet (Taking)** | | | 11/2/2019 | 7/7/2020 |
| Sig - Route: Take 75 mg by mouth. - Oral | | | | |
| Class: Historical Med | | | | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)** | | | 11/2/2019 | 7/21/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |
| Class: Historical Med | | | | |
| **methocarbamol (ROBAXIN) 750 MG Tab (Taking)** | | | 1/28/2020 | 7/7/2020 |
| Sig - Route: Take 750 mg by mouth 3 (three) times daily as needed. - Oral | | | | |
| Class: Historical Med | | | | |
| **mupirocin (BACTROBAN) 2 % ointment (Taking)** | 15 g | 0 | 4/15/2020 | 7/7/2020 |
| Sig - Route: Apply topically 2 (two) times daily. - Topical (Top) | | | | |
| **hydrocortisone 1 % cream** | | | 2/16/2020 | 7/7/2020 |
| Sig: Apply to affected area 2 times daily | | | | |
| Class: Historical Med | | | | |
| **promethazine-dextromethorphan (PROMETHAZINE-DM) 6.25-15 mg/5 mL Syrp** | 118 mL | 0 | 2/24/2020 | 7/7/2020 |
| Sig - Route: Take 5 mLs by mouth every 4 to 6 hours as needed. - Oral | | | | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler** | | | | 7/7/2020 |
| Sig - Route: 2 sprays by Nasal route. - Nasal | | | | |
| Class: Historical Med | | | | |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 12 tablet | 0 | 3/10/2020 | |
| Sig: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. | | | | |
| Class: Print | | | | |
| Route: Oral | | | | |
| **celecoxib (CELEBREX) 200 MG capsule (Taking)** | 30 capsule | 1 | 3/19/2020 | |
| Sig: Take 1 capsule (200 mg total) by mouth once daily. Take with food. Discontinue if develop GI side effects. | | | | |
| Route: Oral | | | | |
| Prior authorization: Canceled - Other | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |
| Sig: Take 300 mg by mouth every evening. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet (Taking)** | | | 1/22/2020 | 9/18/2020 |
| Sig: Take 25 mg by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking/Discontinued)** | | | | 7/7/2020 |
| Sig: Take 50 mg by mouth. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **betamethasone dipropionate (DIPROLENE) 0.05 % cream (Taking/Discontinued)** | 45 g | 1 | 2/24/2020 | 9/4/2020 |
| Sig: Apply topically 2 (two) times daily. | | | | |
| Route: Topical (Top) | | | | |
| Reason for Discontinue: **Patient no longer taking** | | | | |
| **cetirizine (ZYRTEC) 10 MG tablet (Taking/Discontinued)** | | | 2/16/2020 | 7/7/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 7 DAYS | | | | |
| Class: Historical Med | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued)** | 60 tablet | 0 | 5/12/2020 | 6/21/2020 |

Lincoln/White 0390

Progress Notes - 06/12/2020

ONLC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010620660
Enc. Date 6/12/2020

## Medications (continued)

### Medications the Patient Reported Taking (continued)

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking/Discontinued) | 60 tablet | 0 | 5/12/2020 | 6/21/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| dexbrompheniramine maleate (ALA-HIST IR) 2 mg Tab (Taking/Discontinued) | 30 tablet | 0 | 3/27/2020 | 7/7/2020 |
| Sig: Take 1 tablet by mouth every 4 to 6 hours as needed.  Route: Oral | | | | |
| doxylamine-phenylephrine (POLY HIST FORTE) 10.5-10 mg Tab (Taking/Discontinued) | 20 tablet | 0 | 4/14/2020 | 7/7/2020 |
| Sig: Take 1 tablet by mouth every 4 to 6 hours as needed. FILL IN GENERIC ONLY  Route: Oral | | | | |
| DULoxetine (CYMBALTA) 30 MG capsule (Taking/Discontinued) | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |
| Sig: Take 1 capsule (30 mg total) by mouth once daily.  Route: Oral  Reason for Discontinue: Dose adjustment | | | | |
| irbesartan (AVAPRO) 75 MG tablet (Taking/Discontinued) | | | 11/2/2019 | 7/7/2020 |
| Sig: Take 75 mg by mouth.  Class: Historical Med  Route: Oral | | | | |
| levocetirizine (XYZAL) 5 MG tablet (Taking/Discontinued) | | | 11/2/2019 | 7/21/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING  Class: Historical Med | | | | |
| methocarbamol (ROBAXIN) 750 MG Tab (Taking/Discontinued) | | | 1/28/2020 | 7/7/2020 |
| Sig: Take 750 mg by mouth 3 (three) times daily as needed.  Class: Historical Med  Route: Oral | | | | |
| mupirocin (BACTROBAN) 2 % ointment (Taking/Discontinued) | 15 g | 0 | 4/15/2020 | 7/7/2020 |
| Sig: Apply topically 2 (two) times daily.  Route: Topical (Top) | | | | |

## Progress Notes

### Progress Notes by Lindsay B. Brunson, PA-C at 6/12/2020 10:40 AM

| Author: Lindsay B. Brunson, PA-C | Service: — | Author Type: Physician Assistant |
|---|---|---|
| Filed: 6/12/2020 12:39 PM | Encounter Date: 6/12/2020 | Creation Time: 6/12/2020 12:11 PM |
| Status: Signed | Editor: Lindsay B. Brunson, PA-C (Physician Assistant) | |

**Chief Pain Complaint:**
Back Pain
Low-back Pain

**Interval History (6/12/2020):** Patient was seen on 1/23/20. At that time she underwent bilateral L3-5 MBB.  The patient reports that she is/was better following the procedure.  she reports 85% pain relief.
She wants to hold off on injections right now.  She states that she has lost her long term disability check and is trying to get this sorted out.

**History of Present Illness:**
Sabrina Lynette White is a 47 y.o. female  who is presenting with a chief complaint of Knee Pain. The patient began experiencing this problem insidiously, and the pain has been gradually worsening over the past 2 year(s). The pain is described as throbbing, cramping, aching and heavy and is located in the bilateral knees . Pain is intermittent and lasts hours. The  pain is nonradiating. The patient rates her pain a 7 out of ten and interferes with activities of daily

Lincoln/White 0391

Progress Notes - 06/12/2020

ONLC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:              Sex: F
Acct #: 72010620660
Enc. Date 6/12/2020

**Progress Notes (continued)**

Progress Notes by Lindsay B. Brunson, PA-C at 6/12/2020 10:40 AM (continued)

living a 7 out of ten. Pain is exacerbated by prolonged standing, ambulaiton and is improved by rest. Patient reports prior trauma, no prior spinal surgery

She also complains of back Pain. The patient began experiencing this problem insidiously, and the pain has been gradually worsening. The pain is described as throbbing, cramping, aching and heavy and is located in the bilateral lumbar spine. Pain is intermittent and lasts hours. The  pain is nonradiating. The patient rates her pain a 7 out of ten and interferes with activities of daily living a 7 out of ten. Pain is exacerbated by prolonged standing, ambulaiton and is improved by rest. Patient reports prior trauma, no prior spinal surgery

- **pertinent negatives:** No fever, No chills, No weight loss, No bladder dysfunction, No bowel dysfunction, No saddle anesthesia
- **pertinent positives:** none
- medications, other therapies tried (physical therapy, injections):
  >> NSAIDs, Tylenol and flexeril
  >> Has previously undergone Physical Therapy
  >> Has NOT previously undergone spinal injection/s
      - Patient has tried IA knee injections and Synvisc with limited relief of pain
      - bilateral Genicular Nerve Block with RN IV sedation on 11/20/19 with 60% pain relief x 1 week
      - bilateral L3-5 MBB on 1/23/20 with 85% pain relief


**Imaging / Labs / Studies (reviewed on 6/12/2020):**

Results for orders placed during the hospital encounter of 09/11/10
X-Ray Lumbar Spine Complete 5 View
| | |
|---|---|
| Narrative | RESULTS: |
| | Lumbosacral spine x-ray, 5 views |
| | Clinical Indication: TRAUMA WITH PAIN,  Back pain |
| | Findings:    There are 5 weight bearing lumbar vertebra. The vertebral |
| | body heights and intervertebral disc heights are well-maintained. |
| | Negative for spondylolysis or spondylolisthesis. The sacral ala and |
| | sacroiliac joints are intact. The bowel gas pattern is normal. There is |
| | convex right curvature of the lumbosacral junction, likely positional. |
| | Minor anterior spondylosis is present in the lower thoracic spine. |
| | IMPRESSION: |
| | Normal lumbar spine series. Incidental findings as noted above. |

Results for orders placed during the hospital encounter of 11/01/15
X-Ray Lumbar Spine AP And Lateral
| | |
|---|---|
| Narrative | COMPARISON: |
| | 07/19/2017 radiograph |
| | FINDINGS: |
| | No scoliosis.  Mild spurring of the endplates is noted.  Vertebral body heights |
| | and intervertebral disc spaces are maintained.  No acute fracture or listhesis. |

Results for orders placed during the hospital encounter of 07/19/17
X-Ray Cervical Spine AP And Lateral
| | |
|---|---|
| Narrative | Comparison: 09/11/2010 |
| | 2 views, 4 images |
| | Findings: |
| | Straightening of the normal curvature again noted.  There is anterior and |
| | posterior marginal spurring with minimal loss of disc height at the C5-6 level. |

Generated on 11/24/20  1:22 PM

Page 251

Lincoln/White 0392

Progress Notes - 06/12/2020

| | |
|---|---|
| ONLC INTERVENTIONAL PAIN MEDICINE<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72010620660<br>Enc. Date 6/12/2020 |

### Progress Notes (continued)

**Progress Notes by Lindsay B. Brunson, PA-C at 6/12/2020 10:40 AM (continued)**

*Minimal loss of disc height noted throughout remainder of the C-spine. Vertebral body height and alignment well maintained. No fracture or subluxation. Prevertebral soft tissues, C1-2 articulation and odontoid normal in appearance allowing for positioning.*

*Impression*        *Spondylosis without acute fracture or subluxation.*
*Persistent straightening of the normal C-spine curvature.*
*Followup and/or further evaluation as warranted.*

*Results for orders placed during the hospital encounter of 09/11/10*
*X-Ray Cervical Spine Complete 5 view*

*Narrative*        *Clinical Indication: TRAUMA WITH PAIN,*
*Findings:     No comparison studies are available. There is normal alignment of the 7 cervical vertebra. The vertebral body heights and intervertebral disc heights are well maintained. The posterior elements are intact and the prevertebral soft tissues are normal thickness. The orientation of the dens and the lateral masses are normal. The lung apices are clear. The nerve root foramina are widely patent. Anterior annular calcifications are present at the C5/C6 level.*
*IMPRESSION:*
*Normal cervical spine series. Incidental findings as noted above.*

**Review of Systems:**
CONSTITUTIONAL: patient denies any fever, chills, or weight loss
SKIN: patient denies any rash or itching
RESPIRATORY: patient denies having any shortness of breath
GASTROINTESTINAL: patient denies having any diarrhea, constipation, or bowel incontinence
GENITOURINARY: patient denies having any abnormal bladder function

MUSCULOSKELETAL:
- patient complains of the above noted pain/s (see chief pain complaint)

NEUROLOGICAL:
- pain as above
- strength in Lower extremities is intact, BILATERALLY
- sensation in Lower extremities is intact, BILATERALLY
- patient denies any loss of bowel or bladder control

PSYCHIATRIC: patient denies any change in mood

Other:  All other systems reviewed and are negative

**Physical Exam:**
Vitals:
BP 119/89 | Pulse 98 | Ht 5' 3" (1.6 m) | Wt 118.4 kg (261 lb) | BMI 46.23 kg/m²
(reviewed on 6/12/2020)

General: alert and oriented, in no apparent distress.
Gait: ambulates with cane.
Skin: no rashes, no discoloration, no obvious lesions

Lincoln/White 0393

Progress Notes - 06/12/2020

ONLC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:            Sex: F
Acct #: 72010620660
Enc. Date 6/12/2020

**Progress Notes (continued)**

**Progress Notes by Lindsay B. Brunson, PA-C at 6/12/2020 10:40 AM (continued)**

HEENT: normocephalic, atraumatic. Pupils equal and round.
Cardiovascular: no significant peripheral edema present.
Respiratory: without use of accessory muscles of respiration.

Musculoskeletal - Lumbar Spine:
- Pain on flexion of lumbar spine: Absent
- Pain on extension of lumbar spine: Present
- Lumbar facet loading: Present
- TTP over the lumbar facet joints: Present Bilaterally at L5-S1
- TTP over the lumbar paraspinals: Present
- TTP over the SI joints:  Present bilaterally
- TTP over GT bursa: Absent

Knees:
- Effusion: Absent
- TTP: Present over medial/ lateral joint line
- Pain with extension: Present
- Pain with flexion: Present
- Crepitus: Present

Neuro - Lower Extremities:
- BLE Strength: R/L: HF: 5/5, HE: 5/5, KF: 5/5; KE: 5/5; FE: 5/5; FF: 5/5
- Extremity Reflexes: Brisk and symmetric throughout
- Sensory: Sensation to light touch intact bilaterally

Psych:  Mood and affect is appropriate

**Assessment:**
Sabrina Lynette White is a 47 y.o. year old female who is presenting with

Encounter Diagnoses

| Name | Primary? |
| --- | --- |
| • Impaired mobility and activities of daily living | Yes |
| • Lumbar spondylosis | |
| • Facet arthritis of lumbar region | |
| • Primary osteoarthritis of both knees | |
| • Chronic pain of both knees | |

**Plan:**
1. Interventional:
- S/p bilateral L3-5 MBB on 1/23/20 with 85% pain relief.
- She wants to hold of on injections right now.

2. Pharmacologic: Continue flexeril 10mg PRN and Celebrex 200mg PRN.

Generated on 11/24/20  1:22 PM                                                    Page 253

Lincoln/White 0394

Progress Notes - 06/12/2020

| ONLC INTERVENTIONAL PAIN MEDICINE<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:            Sex: F<br>Acct #: 72010620660<br>Enc. Date 6/12/2020 |

**Progress Notes (continued)**

**Progress Notes by Lindsay B. Brunson, PA-C at 6/12/2020 10:40 AM (continued)**

3. Rehabilitative:
- Encouraged regular exercise and stretching.
- Patient called while I was out requesting bathtub chair. Dr. Hicks placed order in her chart. She will discuss with insurance where she would be able to get this.

4. Diagnostic: None for now.

5. Other: Refer to orthopedics for knee pain; patient would like to discuss surgical options.

6. Follow up: PRN

- I discussed the risks, benefits, and alternatives to potential treatment options. All questions and concerns were fully addressed today in clinic.

*Lindsay Brunson, PA-C*

Electronically signed by Lindsay B. Brunson, PA-C on 6/12/2020 12:39 PM

**Follow-up and Disposition History**

06/12/2020 1239 - Lindsay B. Brunson, PA-C
Dispositions:                    •   Follow up if symptoms worsen or fail to improve.

**Follow-up Information**

None

**Follow Up Call**

No data filed

Lincoln/White 0395

**Progress Notes - 05/27/2020**

HGVH MRI
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010431667
Adm: 5/27/2020

### 05/27/2020 - MRI ARTHROGRAM in The Grove - MRI

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|------------|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email |
|---------|-------|-------|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|-----------|-----|--------------------|------------------|
| Verified | Andrea D. Cothern, NP225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0396

**Progress Notes - 05/27/2020**

HGVH MRI
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72010431667
Adm: 5/27/2020

## 05/27/2020 - MRI ARTHROGRAM in The Grove - MRI (continued)

### Admission Information

| | | | | |
|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 05/27/2020 1251 | IP Adm. Date/Time: |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: |
| Means of Arrival: | | Primary Service: | Radiology | Secondary Service: |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: | The Grove - MRI |
| Admit Provider: | | Attending Provider: | Katherine T. Guillory, PA-C | Referring Provider: | Katherine T. Guillory, PA-C |

### Admission Information

| Attending Provider | Admission Dx | Admitted on |
|---|---|---|
| | | 05/27/20 |
| **Service** | **Isolation** | **Code Status** |
| | | Prior |
| **Allergies** | | |
| Aleve [Naproxen Sodium], Aspirin | | |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 05/27/2020 | Home Or Self Care | None | None | The Grove - MRI |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| M25.531 [Principal] | Pain in right wrist | | | | |
| M25.431 | Effusion, right wrist | | | | |

### Patient as-of Visit

**Allergies** as of 5/27/2020

Allergies last reviewed by Jaclyn S Foster, RT on 5/27/2020 1420

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium                    Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Magan E. Green, LPN on 8/28/2018 1118]*

Severity: Medium                    Noted on: 02/13/2018

**Immunizations** as of 5/27/2020

No documentation.

Hospital Problem List as of 5/27/2020          Reviewed: **3/9/2020 by Katherine T Guillory, PA-C**

None

Non-Hospital Problem List as of 5/27/2020          Reviewed: **3/9/2020 by Katherine T Guillory, PA-C**

| | Codes | Last Modified |
|---|---|---|
| **Essential hypertension** | ICD-10-CM I10 ICD-9-CM 401.9 | 11/29/2016 |
| **Primary insomnia** | ICD-10-CM F51.01 ICD-9-CM 307.42 | 11/29/2016 |
| **Migraine headache** | ICD-10-CM G43.909 | 3/30/2017 |

Lincoln/White 0397

**Progress Notes - 05/27/2020**

HGVH XRAY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:              Sex: F
Acct #: 72010431667
Adm: 5/27/2020

### 05/27/2020 - FL ARTHROGRAM in The Grove - Xray

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|-----------|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email | | |
|---------|-------|-------|---|---|
| | | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|-----------|-----|--------------------|-----------------| 
| Verified | Andrea D. Cothern, NP225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0398

Progress Notes - 05/27/2020

HGVH XRAY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72010431667
Adm: 5/27/2020

## 05/27/2020 - FL ARTHROGRAM in The Grove - Xray (continued)

### Admission Information

| | | | |
|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 05/27/2020 1251 | IP Adm. Date/Time: |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: |
| Means of Arrival: | | Primary Service: | Radiology | Secondary Service: |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: | The Grove - Xray |
| Admit Provider: | | Attending Provider: | Katherine T. Guillory, PA-C | Referring Provider: | Katherine T. Guillory, PA-C |

### Admission Information

| Attending Provider | Admission Dx | Admitted on |
|---|---|---|
| | | 05/27/20 |
| **Service** | **Isolation** | **Code Status** |
| Radiology | | Prior |
| **Allergies** | | |
| Aleve [Naproxen Sodium], Aspirin | | |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 05/27/2020 | Home Or Self Care | None | None | The Grove - Xray |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| M25.531 [Principal] | Pain in right wrist | | | | |
| M25.431 | Effusion, right wrist | | | | |

### Patient as-of Visit

**Allergies** as of 5/27/2020

Allergies last reviewed by Jaclyn S Foster, RT on 5/27/2020 1420

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*

Severity: Medium                                   Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Magan E. Green, LPN on 8/28/2018 1118]*

Severity: Medium                                   Noted on: 02/13/2018

**Immunizations** as of 5/27/2020

No documentation.

Hospital Problem List as of 5/27/2020                    Reviewed: **3/9/2020 by Katherine T Guillory, PA-C**

None

Non-Hospital Problem List as of 5/27/2020                Reviewed: **3/9/2020 by Katherine T Guillory, PA-C**

| | Codes | Last Modified |
|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | 11/29/2016 |
| **Primary insomnia** | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | 11/29/2016 |
| **Migraine headache** | ICD-10-CM: G43.909 | 3/30/2017 |

Lincoln/White 0399

**Progress Notes - 05/27/2020**

HGVH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010431667
Enc. Date 5/27/2020

### 05/27/2020 - Lab Visit in The Grove - Laboratory

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|-----------|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email | |
|---------|-------|-------|--|
| | | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|-----------|-----|-------------------|------------------|
| Verified | Andrea D. Cothern, NP225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0400

Progress Notes - 05/27/2020

HGVH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010431667
Enc. Date 5/27/2020

## 05/27/2020 - Lab Visit in The Grove - Laboratory (continued)

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Pain and swelling of right wrist | ICD-10-CM: M25.531, M25.431 ICD-9-CM: 719.43, 719.03 | |

### Problem List as of 5/27/2020

Date Reviewed: **3/9/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 - Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| Dyslipidemia | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| Lumbar facet arthropathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 1/23/2020 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/6/2018 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, G89.29 ICD-9-CM: 719.46, 338.29 | | | 11/20/2019 - 2/24/2020 |

### Patient as-of Visit

#### Allergies as of 5/27/2020

Allergies last reviewed by Jaclyn S Foster, RT on 5/27/2020 1420

**ALEVE [NAPROXEN SODIUM]** *[last edited by Katherine T. Guillory, PA-C on 3/19/2020 0846]*
Severity: Medium                                    Noted on: 12/19/2017
Comments: GI indigestion

**ASPIRIN** *[last edited by Magan E. Green, LPN on 8/28/2018 1118]*
Severity: Medium                                    Noted on: 02/13/2018

#### Immunizations as of 5/27/2020
No documentation.

Lincoln/White 0401

Progress Notes - 05/27/2020

HGVH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72010431667
Enc. Date 5/27/2020

### 05/27/2020 - Lab Visit in The Grove - Laboratory (continued)

**Patient as-of Visit (continued)**

## Medications

**Outpatient Medications at Start of Encounter as of 5/27/2020**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet** | 12 tablet | 0 | 3/10/2020 | |
| Sig - Route: Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches. - Oral | | | | |
| Class: Print | | | | |
| **celecoxib (CELEBREX) 200 MG capsule** | 30 capsule | 1 | 3/19/2020 | |
| Sig - Route: Take 1 capsule (200 mg total) by mouth once daily. Take with food. Discontinue if develop GI side effects. - Oral | | | | |
| Prior authorization: Canceled - Other | | | | |
| Esther Stagg, RN 9/18/2020 1:10 PM HOLD TODAY PRIOR TO SURGERY | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule** | | | 12/18/2019 | |
| Sig - Route: Take 300 mg by mouth every evening. - Oral | | | | |
| Class: Historical Med | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet** | | | 1/22/2020 | 9/18/2020 |
| Sig - Route: Take 25 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Esther Stagg, RN 9/18/2020 1:12 PM TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **amitriptyline (ELAVIL) 50 MG tablet (Discontinued)** | | | | 7/7/2020 |
| Sig - Route: Take 50 mg by mouth. - Oral | | | | |
| Class: Historical Med | | | | |
| **betamethasone dipropionate (DIPROLENE) 0.05 % cream (Discontinued)** | 45 g | 1 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Apply topically 2 (two) times daily. - Topical (Top) | | | | |
| Reason for Discontinue: **Patient no longer taking** | | | | |
| **cetirizine (ZYRTEC) 10 MG tablet (Discontinued)** | | | 2/16/2020 | 7/7/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 7 DAYS | | | | |
| Class: Historical Med | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Discontinued)** | 60 tablet | 0 | 5/12/2020 | 6/21/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Discontinued)** | 60 tablet | 0 | 5/12/2020 | 6/21/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| **dexbrompheniramine maleate (ALA-HIST IR) 2 mg Tab (Discontinued)** | 30 tablet | 0 | 3/27/2020 | 7/7/2020 |
| Sig - Route: Take 1 tablet by mouth every 4 to 6 hours as needed. - Oral | | | | |
| **doxylamine-phenylephrine (POLY HIST FORTE) 10.5-10 mg Tab (Discontinued)** | 20 tablet | 0 | 4/14/2020 | 7/7/2020 |
| Sig - Route: Take 1 tablet by mouth every 4 to 6 hours as needed. FILL IN GENERIC ONLY - Oral | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule (Discontinued)** | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Take 1 capsule (30 mg total) by mouth once daily. - Oral | | | | |
| Reason for Discontinue: **Dose adjustment** | | | | |
| **hydrocortisone 1 % cream (Discontinued)** | | | 2/16/2020 | 7/7/2020 |
| Sig: Apply to affected area 2 times daily | | | | |
| Class: Historical Med | | | | |
| **irbesartan (AVAPRO) 75 MG tablet (Discontinued)** | | | 11/2/2019 | 7/7/2020 |
| Sig - Route: Take 75 mg by mouth. - Oral | | | | |

Generated on 11/24/20  1:22 PM

Lincoln/White 0402

**Progress Notes - 03/09/2020**

| ONLC ORTHOPEDICS | White, Sabrina Lynette | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72010269621 | |
| | Enc. Date 3/9/2020 | |

### 03/09/2020 - Office Visit in O'Neal - Orthopedics

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email |
|---|---|---|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Andrea D. Cothern, NP225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0403

Progress Notes - 03/09/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:              Sex: F
Acct #: 72010269621
Enc. Date 3/9/2020

### 03/09/2020 - Office Visit in O'Neal - Orthopedics (continued)

**Reason for Visit**

Right Wrist - Pain

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Pain and swelling of right wrist**  - Primary | ICD-10-CM: M25.531, M25.431 ICD-9-CM: 719.43, 719.03 | |
| **Fall, initial encounter** | ICD-10-CM: W19.XXXA ICD-9-CM: E888.9 | |

**Problem List** as of 3/9/2020 — Date Reviewed: **3/9/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine headache** | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| **Primary insomnia** | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| **Morbid obesity with BMI of 40.0-44.9, adult** | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 - Present |
| **Carpal tunnel syndrome on both sides** | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| **Dyslipidemia** | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| **Lumbar facet arthropathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 1/23/2020 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, G89.29 ICD-9-CM: 719.46, 338.29 | | | 11/20/2019 - 2/24/2020 |

**Patient as-of Visit**

**Allergies** as of 3/9/2020

Allergies last reviewed by Katherine T. Guillory, PA-C on 3/9/2020 1331

**ALEVE [NAPROXEN SODIUM]** *[last edited by Magan E. Green, LPN on 8/28/2018 1118]*
Severity: Medium                                    Noted on: 12/19/2017

**ASPIRIN** *[last edited by Magan E. Green, LPN on 8/28/2018 1118]*
Severity: Medium                                    Noted on: 02/13/2018

Lincoln/White 0404

Progress Notes - 03/09/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72010269621
Enc. Date 3/9/2020

### 03/09/2020 - Office Visit in O'Neal - Orthopedics (continued)

#### Patient as-of Visit (continued)

**Immunizations** as of 3/9/2020
No documentation.

## Medications

**Outpatient Medications at Start of Encounter as of 3/9/2020**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |
| Sig - Route: Take 300 mg by mouth every evening. - Oral | | | | |
| Class: Historical Med | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet (Taking)** | | | 1/22/2020 | 9/18/2020 |
| Sig - Route: Take 25 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |
| Esther Stagg, RN 9/18/2020 1:12 PM | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)** | | | | 7/7/2020 |
| Sig - Route: Take 50 mg by mouth. - Oral | | | | |
| Class: Historical Med | | | | |
| **betamethasone dipropionate (DIPROLENE) 0.05 % cream (Taking)** | 45 g | 1 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Apply topically 2 (two) times daily. - Topical (Top) | | | | |
| **cetirizine (ZYRTEC) 10 MG tablet (Taking)** | | | 2/16/2020 | 7/7/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 7 DAYS | | | | |
| Class: Historical Med | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking)** | 60 tablet | 0 | 1/6/2020 | 3/11/2020 |
| Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. OVERDUE FOR ANNUAL///LAST RF - Oral | | | | |
| Class: Print | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking)** | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Take 1 capsule (30 mg total) by mouth once daily. - Oral | | | | |
| **hydrocortisone 1 % cream (Taking)** | | | 2/16/2020 | 7/7/2020 |
| Sig: Apply to affected area 2 times daily | | | | |
| Class: Historical Med | | | | |
| **irbesartan (AVAPRO) 75 MG tablet (Taking)** | | | 11/2/2019 | 7/7/2020 |
| Sig - Route: Take 75 mg by mouth. - Oral | | | | |
| Class: Historical Med | | | | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)** | | | 11/2/2019 | 7/21/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |
| Class: Historical Med | | | | |
| **methocarbamol (ROBAXIN) 750 MG Tab (Taking)** | | | 1/28/2020 | 7/7/2020 |
| Sig - Route: Take 750 mg by mouth 3 (three) times daily as needed. - Oral | | | | |
| Class: Historical Med | | | | |
| **promethazine-dextromethorphan (PROMETHAZINE-DM) 6.25-15 mg/5 mL Syrp (Taking)** | 118 mL | 0 | 2/24/2020 | 7/7/2020 |
| Sig - Route: Take 5 mLs by mouth every 4 to 6 hours as needed. - Oral | | | | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking)** | | | | 7/7/2020 |
| Sig - Route: 2 sprays by Nasal route. - Nasal | | | | |
| Class: Historical Med | | | | |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |

Generated on 11/24/20  1:22 PM                                        Page 270

Lincoln/White 0405

Progress Notes - 03/09/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010269621
Enc. Date 3/9/2020

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig. Take 300 mg by mouth every evening. Class: Historical Med Route: Oral | | | | |
| metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet (Taking) Sig: Take 25 mg by mouth once daily. Class: Historical Med Route: Oral | | | 1/22/2020 | 9/18/2020 |
| amitriptyline (ELAVIL) 50 MG tablet (Taking/Discontinued) Sig. Take 50 mg by mouth. Class: Historical Med Route: Oral | | | | 7/7/2020 |
| betamethasone dipropionate (DIPROLENE) 0.05 % cream (Taking/Discontinued) Sig: Apply topically 2 (two) times daily. Route: Topical (Top) Reason for Discontinue: **Patient no longer taking** | 45 g | 1 | 2/24/2020 | 9/4/2020 |
| cetirizine (ZYRTEC) 10 MG tablet (Taking/Discontinued) Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 7 DAYS Class. Historical Med | | | 2/16/2020 | 7/7/2020 |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued) Sig: Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. OVERDUE FOR ANNUAL///LAST RF Class: Print Route: Oral | 60 tablet | 0 | 1/6/2020 | 3/11/2020 |
| DULoxetine (CYMBALTA) 30 MG capsule (Taking/Discontinued) Sig. Take 1 capsule (30 mg total) by mouth once daily. Route: Oral Reason for Discontinue: **Dose adjustment** | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |
| hydrocortisone 1 % cream (Taking/Discontinued) Sig: Apply to affected area 2 times daily Class. Historical Med | | | 2/16/2020 | 7/7/2020 |
| irbesartan (AVAPRO) 75 MG tablet (Taking/Discontinued) Sig. Take 75 mg by mouth. Class: Historical Med Route: Oral | | | 11/2/2019 | 7/7/2020 |
| levocetirizine (XYZAL) 5 MG tablet (Taking/Discontinued) Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING Class. Historical Med | | | 11/2/2019 | 7/21/2020 |
| methocarbamol (ROBAXIN) 750 MG Tab (Taking/Discontinued) Sig. Take 750 mg by mouth 3 (three) times daily as needed. Class: Historical Med Route: Oral | | | 1/28/2020 | 7/7/2020 |
| promethazine-dextromethorphan (PROMETHAZINE-DM) 6.25-15 mg/5 mL Syrp (Taking/Discontinued) Sig: Take 5 mLs by mouth every 4 to 6 hours as needed. Route: Oral | 118 mL | 0 | 2/24/2020 | 7/7/2020 |
| triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking/Discontinued) Sig: 2 sprays by Nasal route. Class: Historical Med Route: Nasal | | | | 7/7/2020 |

Lincoln/White 0406

Progress Notes - 03/09/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72010269621
Enc. Date 3/9/2020

**Medications (continued)**

**Progress Notes**

**Progress Notes by Katherine T. Guillory, PA-C at 3/9/2020 1:00 PM**

| | | |
|---|---|---|
| Author: Katherine T. Guillory, PA-C | Service: — | Author Type: Physician Assistant |
| Filed: 3/9/2020 1:31 PM | Encounter Date: 3/9/2020 | Creation Time: 3/9/2020 1:27 PM |
| Status: Signed | Editor: Katherine T. Guillory, PA-C (Physician Assistant) | |

**Patient ID:** Sabrina Lynette White is a 47 y.o. female.

**Chief Complaint:** Pain of the Right Wrist

**HPI:** Sabrina Lynette White is a 47 y.o. female who c/o Pain of the Right Wrist
for duration of a few months, but worsened over the last month. About a month ago she fell. Pain level today is 9/10. She complains of associated swelling on the ulnar side of the wrist. She also complains of associated painful popping. Quality is aching, throbbing, sharp, shooting. Alleviating factors include nothing. She has tried a short cock-up wrist splint as well as prescription strength ibuprofen 800 mg. She has not had any relief with anything. Aggravating factors include movement, twisting, as well as carrying and lifting her purse. She also has associated numbness and tingling. She has been diagnosed previously with carpal tunnel syndrome.

Past Medical History:

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Arthritis | |
| • Depression | |
| • Encounter for blood transfusion | |
| *had to have infusion during surgery in 2008* | |
| • GERD (gastroesophageal reflux disease) | |
| • Hyperlipidemia | |
| • Hypertension | |
| • Osteoarthritis of spine with radiculopathy, cervical region | |

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION, LOW TRANSVERSE | | |
| • FOOT SURGERY | | |
| • INJECTION OF ANESTHETIC AGENT AROUND MEDIAL BRANCH NERVES INNERVATING LUMBAR FACET JOINT | Bilateral | 1/8/2020 |
| *Procedure: Bilateral L3-5 MBB; Surgeon: Karan Verma, MD; Location: HGVH PAIN MGT; Service: Pain Management; Laterality: Bilateral;* | | |
| • INJECTION OF ANESTHETIC AGENT AROUND MEDIAL BRANCH NERVES INNERVATING LUMBAR FACET JOINT | Bilateral | 1/23/2020 |
| *Procedure: Bilateral L3-5 MBB; Surgeon: Karan Verma, MD; Location: HGVH PAIN MGT; Service: Pain Management; Laterality: Bilateral;* | | |
| • INJECTION OF ANESTHETIC AGENT AROUND NERVE | Bilateral | 11/20/2019 |
| *Procedure: Block, Nerve Bilateral RN IV sedation; Surgeon: Karan Verma, MD; Location: HGVH PAIN MGT; Service: Pain Management; Laterality: Bilateral;* | | |

Family History

| Problem | Relation | Age of Onset |
|---|---|---|
| • Breast cancer | Maternal Aunt | |
| • Diabetes | Maternal Aunt | |
| • No Known Problems | Mother | |
| • Alcohol abuse | Father | |

Lincoln/White 0407

**Progress Notes - 03/09/2020**

| | |
|---|---|
| ONLC ORTHOPEDICS | White, Sabrina Lynette |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB:          Sex: F |
| | Acct #: 72010269621 |
| | Enc. Date 3/9/2020 |

### Progress Notes (continued)

**Progress Notes by Katherine T. Guillory, PA-C at 3/9/2020  1:00 PM (continued)**

- Heart disease       Paternal Uncle
- Heart disease       Maternal Grandfather
- Stroke       Neg Hx

**Social History**

**Socioeconomic History**
- Marital status:       Single
  - Spouse name:       Not on file
- Number of children:       1
- Years of education:       Not on file
- Highest education level:       Not on file

**Occupational History**
- Occupation:       Not currently employed

**Social Needs**
- Financial resource strain:       Not on file
- Food insecurity:
  - Worry:       Not on file
  - Inability:       Not on file
- Transportation needs:
  - Medical:       Not on file
  - Non-medical:       Not on file

**Tobacco Use**
- Smoking status:       Never Smoker
- Smokeless tobacco:       Never Used

**Substance and Sexual Activity**
- Alcohol use:       No
- Drug use:       No
- Sexual activity:       Not Currently
  - Partners:       Male

**Lifestyle**
- Physical activity:
  - Days per week:       Not on file
  - Minutes per session:       Not on file
- Stress:       Very much

**Relationships**
- Social connections:
  - Talks on phone:       Not on file
  - Gets together:       Not on file
  - Attends religious service:       Not on file
  - Active member of club or       Not on file
    organization:
  - Attends meetings of clubs       Not on file
    or organizations:
  - Relationship status:       Not on file

**Other Topics**       Concern
- Not on file

**Social History Narrative**
- Not on file

**Medication List with Changes/Refills**
**Current Medications**

Lincoln/White 0408

Progress Notes - 03/09/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:              Sex: F
Acct #: 72010269621
Enc. Date 3/9/2020

## Progress Notes (continued)

**Progress Notes by Katherine T. Guillory, PA-C at 3/9/2020  1:00 PM (continued)**

| | |
|---|---|
| AMITRIPTYLINE (ELAVIL) 50 MG TABLET | Take 50 mg by mouth. |
| BETAMETHASONE DIPROPIONATE (DIPROLENE) 0.05 % CREAM | Apply topically 2 (two) times daily. |
| CETIRIZINE (ZYRTEC) 10 MG TABLET | TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 7 DAYS |
| CLONAZEPAM (KLONOPIN) 1 MG TABLET | Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. OVERDUE FOR ANNUAL///LAST RF |
| DULOXETINE (CYMBALTA) 30 MG CAPSULE | Take 1 capsule (30 mg total) by mouth once daily. |
| GABAPENTIN (NEURONTIN) 300 MG CAPSULE | TAKE 1 CAPSULE BY MOUTH IN THE EVENING |
| HYDROCORTISONE 1 % CREAM | Apply to affected area 2 times daily |
| IRBESARTAN (AVAPRO) 75 MG TABLET | Take 75 mg by mouth. |
| LEVOCETIRIZINE (XYZAL) 5 MG TABLET | TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING |
| METHOCARBAMOL (ROBAXIN) 750 MG TAB | Take 750 mg by mouth 3 (three) times daily as needed. |
| METOPROLOL SUCCINATE (TOPROL-XL) 25 MG 24 HR TABLET | Take 25 mg by mouth. |
| PROMETHAZINE-DEXTROMETHORPHAN (PROMETHAZINE-DM) 6.25-15 MG/5 ML SYRP | Take 5 mLs by mouth every 4 to 6 hours as needed. |
| TRIAMCINOLONE (NASACORT) 55 MCG NASAL INHALER | 2 sprays by Nasal route. |

Review of patient's allergies indicates:

| Allergen | Reactions |
|---|---|
| • Aleve [naproxen sodium] | |
| • Aspirin | |

**Objective:**

**General**

---

Lincoln/White 0409

**Progress Notes - 03/09/2020**

| | |
|---|---|
| ONLC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:       Sex: F<br>Acct #: 72010269621<br>Enc. Date 3/9/2020 |

**Progress Notes (continued)**

**Progress Notes by Katherine T. Guillory, PA-C at 3/9/2020 1:00 PM (continued)**

Nursing note and vitals reviewed.
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: EOM are normal.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal.
Abdominal: Soft.
Neurological: She is alert and oriented to person, place, and time.
Psychiatric: She has a normal mood and affect. Her behavior is normal.

**Right Hand/Wrist Exam**

Inspection
Scars: Wrist - absent Hand - absent
Effusion: Wrist - absent Hand - absent
Bruising: Wrist - absent Hand - absent
Deformity: Wrist - deformity Hand - deformity

Swelling
Wrist - The patient is swollen on the TFCC.

Tenderness
The patient is tender to palpation of the snuff box and ulnar area.

Range of Motion

**Wrist**
Extension: abnormal
Flexion: abnormal
Pronation: abnormal
Supination: abnormal

Tests
Phalen's sign: positive
Tinel's sign (median nerve): positive
Finkelstein's test: negative

**Atrophy**
Thenar: negative
Hypothenar: negative
Intrinsic: negative
1st Dorsal Interosseous: negative

Other

Neuorologic Exam

Lincoln/White 0410

Progress Notes - 03/09/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72010269621
Enc. Date 3/9/2020

## Progress Notes (continued)

**Progress Notes by Katherine T. Guillory, PA-C at 3/9/2020  1:00 PM (continued)**

Median Distribution: normal
Ulnar Distribution: normal
Radial Distribution: normal

Comments:  2+ radial pulse
Painful ROM

## Left Hand/Wrist Exam

Range of Motion

**Wrist**
Extension: normal
Flexion: normal
Pronation: normal
Supination: normal

Comments:  2+ radial pulse

## Right Elbow Exam

Tests
Tinel's sign (cubital tunnel): negative

Muscle Strength
<u>Right Upper Extremity</u>
Wrist extension: 4/5/5
Wrist flexion: 4/5/5
Grip: 4/5/5
Pinch Mechanism: 5/5
<u>Left Upper Extremity</u>
Wrist extension: 5/5/5
Wrist flexion: 5/5/5
Grip: 5/5/5
Pinch Mechanism: 5/5

## Vascular Exam

<u>Capillary Refill</u>
Right Hand: normal capillary refill

**Xray** Images and report were reviewed today.  I agree with the radiologist's interpretation.
**X-Ray Wrist Complete Right**
Narrative: EXAMINATION:

---

Generated on 11/24/20  1:22 PM                                                                                    Page 276

Lincoln/White 0411

Progress Notes - 03/09/2020

| ONLC ORTHOPEDICS | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72010269621 | |
| | Enc. Date 3/9/2020 | |

**Progress Notes (continued)**

**Progress Notes by Katherine T. Guillory, PA-C at 3/9/2020  1:00 PM (continued)**

XR WRIST COMPLETE 3 VIEWS RIGHT

CLINICAL HISTORY:
Pain in right wrist

TECHNIQUE:
PA, lateral, and oblique views of the right wrist were performed.

COMPARISON:
May 22, 2008

FINDINGS:
No acute abnormality.  No significant degenerative findings appreciated.
Impression: As above

| Electronically signed by: | Nicholas Lemoine, MD |
| Date: | 03/09/2020 |
| Time: | 12:55 |

**Assessment:**

Encounter Diagnoses

| Name | Primary? |
| --- | --- |
| • Pain and swelling of right wrist | Yes |
| • Fall, initial encounter | |

**Plan:**

Sabrina was seen today for pain.

Diagnoses and all orders for this visit:

**Pain and swelling of right wrist**
- Ambulatory referral/consult to Orthopedics
- MRI Arthrogram Wrist W/ Contrast Right; Future
- X-Ray Arthrogram Wrist Right (xpd); Future

**Fall, initial encounter**

Sabrina Lynette White is an established pt who comes in today for a new problem as above.  She has history of a trauma about a month ago with worsening wrist pain.  She has had no relief with ibuprofen or a wrist splint.  At this point, recommend an MR arthrogram of the right wrist to evaluate for TFCC tear I will have her see Dr. Hubbard in the office for the MRI results.  In the meantime, I would recommend putting her into a longer wrist splint to better immobilize the wrist for symptomatic management.  She verbalizes understanding and agrees peer

Follow up for MRI results.

Lincoln/White 0412

Progress Notes - 03/09/2020

ONLC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010269621
Enc. Date 3/9/2020

**Progress Notes (continued)**

**Progress Notes by Katherine T. Guillory, PA-C at 3/9/2020  1:00 PM (continued)**

The patient understands, chooses and consents to this plan and accepts all
the risks which include but are not limited to the risks mentioned above.

**Disclaimer:** This note was prepared using a voice recognition system and is likely to have sound alike errors within
the text.

*Katherine J. Guillory, PA-C*

Electronically signed by Katherine T. Guillory, PA-C on 3/9/2020  1:31 PM

**Follow-up and Disposition History**

03/09/2020 1331 - Katherine T. Guillory, PA-C
Dispositions:                    •    Follow up for MRI results.

**Follow-up Information**

None

**Follow Up Call**

No data filed

Lincoln/White 0413

**Progress Notes - 03/09/2020**

ONLH XRAY                                        White, Sabrina Lynette
17000 Medical Center Dr                          MRN: 1932025, DOB:              Sex: F
Baton Rouge LA 70816                             Acct #: 72010269621
                                                 Adm: 3/9/2020

### 03/09/2020 - XR EXTREMITY in Ochsner Medical Center-O'Neal

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|------|-----------|-----|-----------------|------------|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email |
|---------|-------|-------|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|-----------|-----|--------------------|-----------------|
| Verified | Andrea D. Cothern, NP225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0414

Progress Notes - 03/09/2020

ONLH XRAY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010269621
Adm: 3/9/2020

## 03/09/2020 - XR EXTREMITY in Ochsner Medical Center-O'Neal (continued)

### Admission Information

| | | | | |
|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 03/09/2020 1045 | IP Adm. Date/Time: |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: |
| Means of Arrival: | | Primary Service: | | Secondary Service: |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: Ochsner Medical Center-O'Neal |
| Admit Provider: | | Attending Provider: | Katherine T. Guillory, PA-C | Referring Provider: Katherine T. Guillory, PA-C |

### Admission Information

| Attending Provider | Admission Dx | Admitted on |
|---|---|---|
| | | 03/09/20 |
| **Service** | **Isolation** | **Code Status** |
| | | Prior |
| **Allergies** | | |
| Aleve [Naproxen Sodium], Aspirin | | |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 03/09/2020 2359 | Home Or Self Care | None | None | Ochsner Medical Center-O'Neal |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| M25.531 [Principal] | Pain in right wrist | | | | |

### Patient as-of Visit

**Allergies** as of 3/9/2020

Allergies last reviewed by Katherine T. Guillory, PA-C on 3/9/2020 1331

**ALEVE [NAPROXEN SODIUM]** *[last edited by Magan E. Green, LPN on 8/28/2018 1118]*
Severity: Medium                          Noted on: 12/19/2017

**ASPIRIN** *[last edited by Magan E. Green, LPN on 8/28/2018 1118]*
Severity: Medium                          Noted on: 02/13/2018

**Immunizations** as of 3/9/2020
No documentation.

| Hospital Problem List as of 3/9/2020 | Reviewed: **3/9/2020 by Katherine T Guillory, PA-C** |
|---|---|
| None | |

| Non-Hospital Problem List as of 3/9/2020 | | Reviewed: **3/9/2020 by Katherine T Guillory, PA-C** |
|---|---|---|
| | Codes | Last Modified |
| **Essential hypertension** | ICD-10-CM I10 ICD-9-CM 401.9 | 11/29/2016 |
| **Primary insomnia** | ICD-10-CM F51.01 ICD-9-CM 307.42 | 11/29/2016 |
| **Migraine headache** | ICD-10-CM G43.909 ICD-9-CM 346.90 | 3/30/2017 |

Lincoln/White 0415

**Progress Notes - 02/24/2020**

| JPLC FAMILY MEDICINE | White, Sabrina Lynette | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72010188847 | |
| | Enc. Date 2/24/2020 | |

### 02/24/2020 - Office Visit in Jefferson Place - Family Medicine

**Patient Demographics**

| Name | Patient ID | SSN | Gender Identity | Birth Date |
|---|---|---|---|---|
| White, Sabrina Lynette | 1932025 | | Female | (47 yrs) |

| Address | Phone | Email |
|---|---|---|
| | | |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Andrea D. Cothern, NP225-761-5200 | 11/16/20 | 12/16/20 |

Lincoln/White 0416

Progress Notes - 02/24/2020

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72010188847
Enc. Date 2/24/2020

## 02/24/2020 - Office Visit in Jefferson Place - Family Medicine (continued)

**Reason for Visit**

Cough

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| **Viral URI   -   Primary** | ICD-10-CM: J06.9 ICD-9-CM: 465.9 | |
| **Cough** | ICD-10-CM: R05 ICD-9-CM: 786.2 | |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | |
| **Insect bite, unspecified site, initial encounter** | ICD-10-CM: W57.XXXA ICD-9-CM: 919.4, E906.4 | |

**Problem List** as of 2/24/2020                                                          Data Reviewed: **1/28/2020**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| **Migraine headache** | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| **Primary insomnia** | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| **Morbid obesity with BMI of 40.0-44.9, adult** | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 - Present |
| **Carpal tunnel syndrome on both sides** | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| **Dyslipidemia** | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| **Lumbar facet arthropathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 1/23/2020 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, G89.29 ICD-9-CM: 719.46, 338.29 | | | 11/29/2019 - 2/24/2020 |

**Patient as-of Visit**

**Allergies** as of 2/24/2020

Allergies last reviewed by Vernique Williams, LPN on 2/24/2020 0910

**ALEVE [NAPROXEN SODIUM]** *[last edited by Magan E. Green, LPN on 8/28/2018 1118]*

Severity: Medium                                        Noted on: 12/19/2017

**ASPIRIN** *[last edited by Magan E. Green, LPN on 8/28/2018 1118]*

---

Lincoln/White 0417

Progress Notes - 02/24/2020

| JPLC FAMILY MEDICINE | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72010188847 | |
| | Enc. Date 2/24/2020 | |

### 02/24/2020 - Office Visit in Jefferson Place - Family Medicine (continued)

**Patient as-of Visit (continued)**

Severity: Medium                                    Noted on: 02/13/2018

**Immunizations** as of 2/24/2020

No documentation.

## Medications

**Outpatient Medications at Start of Encounter as of 2/24/2020**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |
| Sig - Route: Take 300 mg by mouth every evening. - Oral | | | | |
| Class: Historical Med | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet (Taking)** | | | 1/22/2020 | 9/18/2020 |
| Sig - Route: Take 25 mg by mouth once daily.  - Oral | | | | |
| Class: Historical Med | | | | |
| *Esther Stagg, RN 9/18/2020  1:12 PM* | | | | |
| TAKE MORNING OF SURGERY WITH A SIP OF WATER. | | | | |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)** | | | | 7/7/2020 |
| Sig - Route: Take 50 mg by mouth. - Oral | | | | |
| Class: Historical Med | | | | |
| **cetirizine (ZYRTEC) 10 MG tablet (Taking)** | | | 2/16/2020 | 7/7/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 7 DAYS | | | | |
| Class: Historical Med | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking)** | 60 tablet | 0 | 1/6/2020 | 3/11/2020 |
| Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. OVERDUE FOR ANNUAL///LAST RF - Oral | | | | |
| Class: Print | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking)** | | | 10/7/2019 | 2/24/2020 |
| Sig - Route: Take 30 mg by mouth. - Oral | | | | |
| Class: Historical Med | | | | |
| **hydrocortisone 1 % cream (Taking)** | | | 2/16/2020 | 7/7/2020 |
| Sig: Apply to affected area 2 times daily | | | | |
| Class: Historical Med | | | | |
| **irbesartan (AVAPRO) 75 MG tablet (Taking)** | | | 11/2/2019 | 7/7/2020 |
| Sig - Route: Take 75 mg by mouth. - Oral | | | | |
| Class: Historical Med | | | | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)** | | | 11/2/2019 | 7/21/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |
| Class: Historical Med | | | | |
| **methocarbamol (ROBAXIN) 750 MG Tab (Taking)** | | | 1/28/2020 | 7/7/2020 |
| Sig - Route: Take 750 mg by mouth 3 (three) times daily as needed. - Oral | | | | |
| Class: Historical Med | | | | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking)** | | | | 7/7/2020 |
| Sig - Route: 2 sprays by Nasal route. - Nasal | | | | |
| Class: Historical Med | | | | |
| **amitriptyline (ELAVIL) 50 MG tablet** | 30 tablet | 6 | 3/28/2019 | 2/24/2020 |
| Sig - Route: Take 1 tablet (50 mg total) by mouth every evening. - Oral | | | | |
| **carbinoxamine maleate 4 mg Tab** | 60 each | 0 | 3/28/2019 | 2/24/2020 |
| Sig - Route: Take 1 to 2 tablets by mouth 3 (three) times daily as needed. - Oral | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule** | 60 capsule | 0 | 1/28/2020 | 2/24/2020 |
| Sig - Route: Take 2 capsules (600 mg total) by mouth every evening. - Oral | | | | |
| Cosign for Ordering: Accepted by Karan Verma, MD on 1/29/2020  2:00 PM | | | | |
| **meloxicam (MOBIC) 15 MG tablet** | 30 tablet | 2 | 2/21/2019 | 2/24/2020 |

Generated on 11/24/20  1:22 PM                                    Page 285

Lincoln/White 0418

Progress Notes - 02/24/2020

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                     Sex: F
Acct #: 72010188847
Enc. Date 2/24/2020

## Medications (continued)

### Outpatient Medications at Start of Encounter as of 2/24/2020 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig - Route: Take 1 tablet (15 mg total) by mouth once daily. - Oral | | | | |
| **methocarbamol (ROBAXIN) 750 MG Tab** | 60 tablet | 0 | 1/28/2020 | 2/24/2020 |
| Sig - Route: Take 1 tablet (750 mg total) by mouth 3 (three) times daily as needed. - Oral | | | | |
| Cosign for Ordering: Accepted by Karan Verma, MD on 1/29/2020 2:00 PM | | | | |
| **montelukast (SINGULAIR) 10 mg tablet** | 30 tablet | 6 | 1/3/2019 | 2/24/2020 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every evening. - Oral | | | | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler** | 17 g | 3 | 11/2/2018 | 2/24/2020 |
| Sig - Route: 2 sprays by Nasal route once daily. - Nasal | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | | | 12/18/2019 | |
| Sig: Take 300 mg by mouth every evening. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet (Taking)** | | | 1/22/2020 | 9/18/2020 |
| Sig: Take 25 mg by mouth once daily. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **amitriptyline (ELAVIL) 50 MG tablet (Taking/Discontinued)** | | | | 7/7/2020 |
| Sig: Take 50 mg by mouth. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **cetirizine (ZYRTEC) 10 MG tablet (Taking/Discontinued)** | | | 2/16/2020 | 7/7/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 7 DAYS | | | | |
| Class: Historical Med | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued)** | 60 tablet | 0 | 1/6/2020 | 3/11/2020 |
| Sig: Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. OVERDUE FOR ANNUAL///LAST RF | | | | |
| Class: Print | | | | |
| Route: Oral | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking/Discontinued)** | | | 10/7/2019 | 2/24/2020 |
| Sig: Take 30 mg by mouth. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: Reorder | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking/Discontinued)** | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |
| Sig: Take 1 capsule (30 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: Dose adjustment | | | | |
| **hydrocortisone 1 % cream (Taking/Discontinued)** | | | 2/16/2020 | 7/7/2020 |
| Sig: Apply to affected area 2 times daily | | | | |
| Class: Historical Med | | | | |
| **irbesartan (AVAPRO) 75 MG tablet (Taking/Discontinued)** | | | 11/2/2019 | 7/7/2020 |
| Sig: Take 75 mg by mouth. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking/Discontinued)** | | | 11/2/2019 | 7/21/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |
| Class: Historical Med | | | | |
| **methocarbamol (ROBAXIN) 750 MG Tab (Taking/Discontinued)** | | | 1/28/2020 | 7/7/2020 |
| Sig: Take 750 mg by mouth 3 (three) times daily as needed. | | | | |

Lincoln/White 0419

**Progress Notes - 02/24/2020**

| JPLC FAMILY MEDICINE | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72010188847 | |
| | Enc. Date 2/24/2020 | |

### Medications (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking/Discontinued) | | | | 7/7/2020 |
| Sig: 2 sprays by Nasal route. | | | | |
| Class: Historical Med | | | | |
| Route: Nasal | | | | |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| promethazine-dextromethorphan (PROMETHAZINE-DM) 6.25-15 mg/5 mL Syrp (Discontinued) | 118 mL | 0 | 2/24/2020 | 7/7/2020 |
| Sig - Route: Take 5 mLs by mouth every 4 to 6 hours as needed. - Oral | | | | |
| DULoxetine (CYMBALTA) 30 MG capsule (Discontinued) | 30 capsule | 6 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Take 1 capsule (30 mg total) by mouth once daily. - Oral | | | | |
| Reason for Discontinue: Dose adjustment | | | | |
| betamethasone dipropionate (DIPROLENE) 0.05 % cream (Discontinued) | 45 g | 1 | 2/24/2020 | 9/4/2020 |
| Sig - Route: Apply topically 2 (two) times daily. - Topical (Top) | | | | |
| Reason for Discontinue: Patient no longer taking | | | | |

**Ordered Facility-Administered Medications**

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| betamethasone acetate-betamethasone sodium phosphate injection 12 mg | 12 mg | Clinic/HOD 1 time | 2/24/2020 | 2/24/2020 |
| Route: Intramuscular | | | | |

**All Meds and Administrations**

**betamethasone acetate-betamethasone sodium phosphate injection 12 mg [500276932]**

| | |
|---|---|
| Ordering Provider: Andrea D. Cothern, NP | Status: Completed (Past End Date/Time) |
| Ordered On: 02/24/20 0841 | Starts/Ends: 02/24/20 0845 - 02/24/20 0910 |
| Dose (Remaining/Total): 12 mg (0/1) | Route: Intramuscular |
| Frequency: Clinic/HOD 1 time | Rate/Duration: — / — |

| Timestamps | Action | Dose | Route / Site | Other Information |
|---|---|---|---|---|
| 02/24/20 0910 | Given | 12 mg | Intramuscular Right Ventrogluteal | Performed by: Vernique Williams, LPN<br>Comments: EXP 2020DEC24 PATIENT TOLERATED INJECTION WELL. I ASKED HER TO WAIT IN THE CLINIC FOR 15 MINUTES BEFORE LEAVING TO VERIFY NO ADVERSE REACTIONS. SHE VERBALLY VERIFIED UNDERSTANDING<br>Scanned Package: 0085-4320-01 |

**Outpatient Medication Detail**

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| DULoxetine (CYMBALTA) 30 MG capsule (Discontinued) | 30 capsule | 6 | 2/24/2020 | 9/4/2020 | No |
| Sig - Route: Take 1 capsule (30 mg total) by mouth once daily. - Oral | | | | | |
| Sent to pharmacy as: DULoxetine (CYMBALTA) 30 MG capsule | | | | | |
| Class: Normal | | | | | |
| Reason for Discontinue: Dose adjustment | | | | | |
| Order: 500276934 | | | | | |

| Generated on 11/24/20 1:22 PM | Page 287 |
|---|---|

Lincoln/White 0420

Progress Notes - 02/24/2020

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72010188847
Enc. Date 2/24/2020

### Medications (continued)

**Outpatient Medication Detail (continued)**

|  | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| Date/Time Signed: 2/24/2020 08:43 |  |  |  |  |  |
| E-Prescribing Status: **Receipt confirmed by pharmacy** (2/24/2020  8:43 AM CST) |  |  |  |  |  |

**Outpatient Medication Detail**

|  | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **betamethasone dipropionate (DIPROLENE) 0.05 % cream (Discontinued)** | 45 g | 1 | 2/24/2020 | 9/4/2020 | -- |

Sig - Route: Apply topically 2 (two) times daily. - Topical (Top)
Patient not taking: Reported on 9/4/2020
Sent to pharmacy as: betamethasone dipropionate (DIPROLENE) 0.05 % cream
Class: Normal
Reason for Discontinue: **Patient no longer taking**
Order: 500276935
Date/Time Signed: 2/24/2020 08:43
E-Prescribing Status: **Receipt confirmed by pharmacy** (2/24/2020  8:43 AM CST)
E-Cancel Status: **Request approved by pharmacy** (9/4/2020 11:43 AM CDT)
E-Cancel Status Note: **No medication has been dispensed to the patient.**

**Clinic-Administered Medication Detail**

|  | Dose | Frequency | Start | End | DAW |
|---|---|---|---|---|---|
| **betamethasone acetate-betamethasone sodium phosphate injection 12 mg** | 12 mg | Clinic/HOD 1 time | 2/24/2020 | 2/24/2020 | -- |

Class: Normal
Route: Intramuscular
Order: 500276932
Date/Time Signed: 2/24/2020 08:41

**Outpatient Medication Detail**

|  | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **promethazine-dextromethorphan (PROMETHAZINE-DM) 6.25-15 mg/5 mL Syrp (Discontinued)** | 118 mL | 0 | 2/24/2020 | 7/7/2020 | -- |

Sig - Route: Take 5 mLs by mouth every 4 to 6 hours as needed. - Oral
Sent to pharmacy as: promethazine-dextromethorphan (PROMETHAZINE-DM) 6.25-15 mg/5 mL Syrp
Class: Normal
Order: 500276933
Date/Time Signed: 2/24/2020 08:41
E-Prescribing Status: **Receipt confirmed by pharmacy** (2/24/2020  8:42 AM CST)

**Outpatient Medication Detail**

|  | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **triamcinolone (NASACORT) 55 mcg nasal inhaler (Discontinued)** |  |  |  | 7/7/2020 | -- |

Sig - Route: 2 sprays by Nasal route. - Nasal
Class: Historical Med
Order: 500276931
Date/Time Signed: 2/24/2020 08:31

**Outpatient Medication Detail**

|  | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **gabapentin (NEURONTIN) 300 MG capsule** |  |  | 12/18/2019 |  | -- |

Sig - Route: Take 300 mg by mouth every evening.  - Oral
Class: Historical Med
Order: 500276929
Date/Time Signed: 2/24/2020 08:30

Lincoln/White 0421

Progress Notes - 02/24/2020

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010188847
Enc. Date 2/24/2020

## Medications (continued)

**Outpatient Medication Detail (continued)**

**Outpatient Medication Detail**

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **methocarbamol (ROBAXIN) 750 MG Tab (Discontinued)** | | | 1/28/2020 | 7/7/2020 | -- |

Sig - Route: Take 750 mg by mouth 3 (three) times daily as needed. - Oral
Class: Historical Med
Order: 500276930
Date/Time Signed: 2/24/2020 08:30

**Outpatient Medication Detail**

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **cetirizine (ZYRTEC) 10 MG tablet (Discontinued)** | | | 2/16/2020 | 7/7/2020 | -- |

Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 7 DAYS
Class: Historical Med
Order: 490592141
Date/Time Signed: 2/24/2020 08:30

**Outpatient Medication Detail**

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **hydrocortisone 1 % cream (Discontinued)** | | | 2/16/2020 | 7/7/2020 | -- |

Sig: Apply to affected area 2 times daily
Class: Historical Med
Order: 490592142
Date/Time Signed: 2/24/2020 08:30

**Outpatient Medication Detail**

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **metoprolol succinate (TOPROL-XL) 25 MG 24 hr tablet** | | | 1/22/2020 | 9/18/2020 | -- |

Sig - Route: Take 25 mg by mouth once daily. - Oral
Class: Historical Med
Order: 500276927
Date/Time Signed: 2/24/2020 08:30

**Outpatient Medication Detail**

| | Disp | Refills | Start | End | DAW |
|---|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Discontinued)** | | | | 7/7/2020 | -- |

Sig - Route: Take 50 mg by mouth. - Oral
Class: Historical Med
Order: 500276928
Date/Time Signed: 2/24/2020 08:30

## Progress Notes

**Progress Notes by Andrea D. Cothern, NP at 2/24/2020 8:00 AM**

| | | |
|---|---|---|
| Author: Andrea D. Cothern, NP | Service: — | Author Type: Nurse Practitioner |
| Filed: 2/24/2020 9:25 AM | Encounter Date: 2/24/2020 | Creation Time: 2/24/2020 8:32 AM |
| Status: Signed | Editor: Andrea D. Cothern, NP (Nurse Practitioner) | |

**Subjective:**

**Patient ID:** Sabrina Lynette White is a 47 y.o. female.

Chief Complaint

Lincoln/White 0422

Progress Notes - 02/24/2020

| JPLC FAMILY MEDICINE | White, Sabrina Lynette | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72010188847 | |
| | Enc. Date 2/24/2020 | |

**Progress Notes (continued)**

**Progress Notes by Andrea D. Cothern, NP at 2/24/2020  8:00 AM (continued)**

Patient presents with
- Cough

HPI

Sabrina Lynette White is here today with c/o cough for the past week.  Tessalon not helping.  Reports dry cough along w/ scratchy throat (better now).  Does have some mild c/o RN, NC and PND.  No f/c.

Reports multiple gnat bites to arms after helping clean out a dirty house.  Zyrtec for itching and hydrocortisone cream not helping.

Review of Systems
Constitutional: Negative for chills, diaphoresis, fatigue and fever.
HENT: Positive for congestion, postnasal drip, rhinorrhea and sore throat. Negative for ear pain, sinus pain, sneezing, trouble swallowing and voice change.
Eyes: Negative.
Respiratory: Positive for cough. Negative for shortness of breath and wheezing.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.
Gastrointestinal: Negative for abdominal pain, nausea and vomiting.
Musculoskeletal: Negative.
Skin: Positive for rash.
Neurological: Negative for weakness, light-headedness, numbness and headaches.
Hematological: Negative for adenopathy.

Review of patient's allergies indicates:

| Allergen | Reactions |
|---|---|
| - Aleve [naproxen sodium] | |
| - Aspirin | |

Patient Active Problem List
Diagnosis
- Essential hypertension
- Adjustment disorder with mixed anxiety and depressed mood
- Primary insomnia
- Migraine headache
- Spondylosis of lumbar region without myelopathy or radiculopathy
- Osteoarthritis of both knees
- Osteoarthritis of spine with radiculopathy, cervical region
- Morbid obesity with BMI of 40.0-44.9, adult
- Carpal tunnel syndrome on both sides
- Dyslipidemia
- Lumbar facet arthropathy

**Medication List with Changes/Refills**
**Current Medications**

Lincoln/White 0423

Progress Notes - 02/24/2020

| JPLC FAMILY MEDICINE | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72010188847 | |
| | Enc. Date 2/24/2020 | |

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 2/24/2020  8:00 AM (continued)**

| | |
|---|---|
| AMITRIPTYLINE (ELAVIL) 50 MG TABLET | Take 50 mg by mouth. |
| CETIRIZINE (ZYRTEC) 10 MG TABLET | TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 7 DAYS |
| CLONAZEPAM (KLONOPIN) 1 MG TABLET | Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. OVERDUE FOR ANNUAL///LAST RF |
| DULOXETINE (CYMBALTA) 30 MG CAPSULE | Take 30 mg by mouth. |
| GABAPENTIN (NEURONTIN) 300 MG CAPSULE | TAKE 1 CAPSULE BY MOUTH IN THE EVENING |
| HYDROCORTISONE 1 % CREAM | Apply to affected area 2 times daily |
| IRBESARTAN (AVAPRO) 75 MG TABLET | Take 75 mg by mouth. |
| LEVOCETIRIZINE (XYZAL) 5 MG TABLET | TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING |
| METHOCARBAMOL (ROBAXIN) 750 MG TAB | Take 750 mg by mouth 3 (three) times daily as needed. |
| METOPROLOL SUCCINATE (TOPROL-XL) 25 MG 24 HR TABLET | Take 25 mg by mouth. |
| TRIAMCINOLONE (NASACORT) 55 MCG NASAL INHALER | 2 sprays by Nasal route. |

### Discontinued Medications

| | |
|---|---|
| AMITRIPTYLINE (ELAVIL) 50 MG TABLET | Take 1 tablet (50 mg total) by mouth every evening. |
| CARBINOXAMINE MALEATE 4 MG TAB | Take 1 to 2 tablets by mouth 3 (three) times daily as needed. |
| GABAPENTIN (NEURONTIN) 300 MG CAPSULE | Take 2 capsules (600 mg total) by mouth every evening. |
| MELOXICAM (MOBIC) 15 MG TABLET | Take 1 tablet (15 mg total) by mouth once daily. |
| METHOCARBAMOL (ROBAXIN) 750 MG TAB | Take 1 tablet (750 mg total) by mouth 3 (three) times daily as needed. |
| MONTELUKAST (SINGULAIR) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth every evening. |

Lincoln/White 0424

Progress Notes - 02/24/2020

| | |
|---|---|
| JPLC FAMILY MEDICINE<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72010188847<br>Enc. Date 2/24/2020 |

### Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 2/24/2020  8:00 AM (continued)**

| | |
|---|---|
| TRIAMCINOLONE<br>(NASACORT) 55 MCG<br>NASAL INHALER | 2 sprays by Nasal route<br>once daily. |

*Past medical, surgical, family and social histories have been reviewed today.*

**Objective:**

Vitals:

|  | 02/24/20 0625 |
|---|---|
| BP: | 126/86 |
| Pulse: | 88 |
| Temp: | 97.9 °F (36.6 °C) |
| Weight: | 118.2 kg (260 lb 9.3 oz) |
| Height: | 5' 3" (1.6 m) |
| PainSc: | 0-No pain |

Estimated body mass index is 46.16 kg/m² as calculated from the following:
  Height as of this encounter: 5' 3" (1.6 m).
  Weight as of this encounter: 118.2 kg (260 lb 9.3 oz**)**.

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: Tympanic membrane normal.
Left Ear: Tympanic membrane normal.
Nose: Mucosal edema present. No rhinorrhea or sinus tenderness. Right sinus exhibits no maxillary sinus tenderness and no frontal sinus tenderness. Left sinus exhibits no maxillary sinus tenderness and no frontal sinus tenderness.
Mouth/Throat: Mucous membranes are normal. No oropharyngeal exudate, posterior oropharyngeal edema or posterior oropharyngeal erythema **(some PND noted).**
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae are normal. Right eye exhibits no discharge. Left eye exhibits no discharge.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal: Normal range of motion. She exhibits no edema.
Lymphadenopathy:
  She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry. Capillary refill takes less than 2 seconds. Rash noted.
**Multiple non-infected insect bites to both arms and lower back.**
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Vitals reviewed.

---

Lincoln/White 0425

Progress Notes - 02/24/2020

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:          Sex: F
                                             Acct #: 72010188847
                                             Enc. Date 2/24/2020

**Progress Notes (continued)**

**Progress Notes by Andrea D. Cothern, NP at 2/24/2020  8:00 AM (continued)**

### Diagnosis

1.  **Viral URI**
2.  Cough
3.  Adjustment disorder with mixed anxiety and depressed mood
4.  Insect bite, unspecified site, initial encounter

### Assessment/ Plan

**Viral URI**
-   betamethasone acetate-betamethasone sodium phosphate injection 12 mg

**Cough**
-   betamethasone acetate-betamethasone sodium phosphate injection 12 mg
-   promethazine-dextromethorphan (PROMETHAZINE-DM) 6.25-15 mg/5 mL Syrp; Take 5 mLs by mouth every
4 to 6 hours as needed.  Dispense: 118 mL; Refill: 0

**Adjustment disorder with mixed anxiety and depressed mood**
Stable, med refilled.
-   DULoxetine (CYMBALTA) 30 MG capsule; Take 1 capsule (30 mg total) by mouth once daily.  Dispense: 30
capsule; Refill: 6

**Insect bite, unspecified site, initial encounter**
-   betamethasone dipropionate (DIPROLENE) 0.05 % cream; Apply topically 2 (two) times daily.  Dispense: 45 g;
Refill: 1

Injection today.
Symptomatic care, rest and fluids.
Follow-up in clinic as needed.

Patient Care Team:
Andrea D. Cothern, NP as PCP - General (General Practice)
Wykia T Lewis, LPN as Care Coordinator

*Andrea Cothern CFNP*

**Andrea Cothern, CFNP**
Ochsner Jefferson Place Family Medicine

Electronically signed by Andrea D. Cothern, NP on 2/24/2020  9:25 AM

Generated on 11/24/20  1:22 PM                                    Page 293

Lincoln/White 0426

**Progress Notes - 02/24/2020**

| | |
|---|---|
| JPLC FAMILY MEDICINE<br>OCHSNER, BATON ROUGE REGION LA | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72010188847<br>Enc. Date 2/24/2020 |

**Follow-up and Disposition History**

02/24/2020 0843 - Andrea D. Cothern, NP

Check-out note:                STEROID SHOT

**Follow-up Information**

None

**Follow Up Call**

No data filed

# END OF REPORT

Lincoln/White 0427

Labs/Diagnostics - 09/20/2020

| HGVC OTORHINOLARYNGOLOGY | White, Sabrina Lynette | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| | Acct #: 72011316343 | |
| | Enc. Date 9/20/2020 | |

## Medications (continued)

### Outpatient Medications at Start of Encounter as of 9/20/2020 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: Take 1 tablet by mouth twice daily as needed for anxiety | | | | |

Esther Stagg, RN 9/16/2020 1:10 PM
TAKE MORNING OF SURGERY WITH A SIP OF WATER.

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cyclobenzaprine (FLEXERIL) 10 MG tablet** | 60 tablet | 0 | 8/24/2020 | 10/27/2020 |
| Sig: Take 1 tablet by mouth twice daily as needed | | | | |
| **HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet** | 28 tablet | 0 | 7/20/2020 | 9/23/2020 |
| Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral | | | | |
| Earliest Fill Date: 7/20/2020 | | | | |
| Notes to Pharmacy: Quantity prescribed more than 7 day supply? No | | | | |
| **levocetirizine (XYZAL) 5 MG tablet** | 30 tablet | 0 | 8/24/2020 | 9/28/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |

### Labs for Abstract

#### COVID-19 Routine Screening [556118148] (Final result)

##### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9320004053:1 | Nasopharyngeal | Nasopharyngeal | April Lee, MA 09/20/20 1127 |

**COVID-19 Routine Screening [556118148]**                      Resulted: 09/21/20 0710, Result status: Final result

Ordering provider: Robert N. Moukarzel, MD 09/20/20 1124    Order status: Completed
Filed by: Edi, Soft Lab Interface 09/21/20 0710               Collected by: April Lee, MA 09/20/20 1127
Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS
Narrative:
Is the patient symptomatic?->No
Is this needed for pre-procedure or pre-op testing?->Yes
Diagnosis:->Preop testing
Acknowledged by: Robert N. Moukarzel, MD on 09/21/20 1158

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| SARS-CoV2 (COVID-19) Qualitative PCR | Not Detected | Not Detected | — | OCLB |

Comment:
This test utilizes a real-time reverse transcription
polymerase chain reaction procedure to amplify and
detect the SARS-CoV-2 RdRp and N genes.
The analytical sensitivity (limit of detection) of
this assay is 100 copies/mL.
A Detected result is considered positive for COVID-19.
This patient is considered infected with the
SARS-CoV-2 virus and is presumed to be contagious.
A Not Detected result means that SARS-CoV-2 RNA is not
present above the limit of detection. It does not rule
out the possibility of COVID-19 and should not be the
sole basis for treatment decisions. If COVID-19 is
strongly suspected based on clinical and exposure
history,re-testing should be considered.
This test is only for use under Food and Drug
Administration s Emergency Use Authorization (EUA).
Commercial reagents are provided by Abbott Molecular Inc.
Performance characteristics of the EUA have been
independently verified by Ochsner Medical Center
Department of Pathology and L
aboratory Medicine.

---

Lincoln/White 0428

**Labs/Diagnostics - 09/20/2020**

HGVC OTORHINOLARYNGOLOGY
OCHSNER, BATON ROUGE REGION LA

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011316343
Enc. Date 9/20/2020

## Medications (continued)

**Labs for Abstract (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **347 - OCLB** | OCHSNER MEDICAL CENTER - NEW ORLEANS | Elise Occhipinti, M.D. | 1516 Jefferson Hwy New Orleans LA 70121 | 03/25/19 1044 - Present |

**Indications**

Preop testing [Z01.818 (ICD-10-CM)]

**All Reviewers List**

Robert N. Moukarzel, MD on 9/21/2020 11:58

**Follow-up Information**

None

**Follow Up Call**

No data filed

---

Generated on 11/24/20  1:21 PM                                                  Page 87

Lincoln/White 0429

**Labs/Diagnostics - 09/14/2020**

HGVH PERIOP SERVICES
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011212976
Adm: 9/14/2020

### 09/14/2020 - Admission (Discharged) in The Grove - Periop Services (continued)

**Labs for Abstract (continued)**

Ordering provider: William James Hubbard, MD  09/14/20 0639
Filed by: Edi, Soft Lab Interface  09/14/20 0724
Resulting lab: OCHSNER MEDICAL COMPLEX - THE GROVE
Narrative:
preop
Acknowledged by
William James Hubbard, MD on 09/14/20 1216
James A. Ratliff, MD on 09/17/20 1258

Order status: Completed
Collected by: Madalyn M. Reine, LPN 09/14/20 0640

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| SARS-CoV-2 RNA, Amplification, Qual | Negative | Negative | — | HGLB |

Comment:
This test utilizes isothermal nucleic acid amplification
technology to detect the SARS-CoV-2 RdRp nucleic acid segment.
The analytical sensitivity (limit of detection) is 125 genome
equivalents/mL.
A POSITIVE result implies infection with the SARS-CoV-2 virus;
the patient is presumed to be contagious.
A NEGATIVE result means that SARS-CoV-2 nucleic acids are not
present above the limit of detection. A NEGATIVE result should be
treated as presumptive. It does not rule out the possibility of
COVID-19 and should not be the sole basis for treatment decisions.
If COVID-19 is strongly suspected based on clinical and exposure
history, re-testing using an alternate molecular assay should be
considered.
This test is only for use under the Food and Drug
Administration s Emergency Use Authorization (EUA).
Commercial kits are provided by Abbott Diagnostics.
Performance characteristics of the EUA have been independently
verified by Ochsner Medical Center Department o
f
Pathology and Laboratory Medicine.

The ID NOW COVID-19 Letter of Authorization, along with the
authorized Fact Sheet for Healthcare Providers, the authorized Fact
Sheet for Patients, and authorized labeling are available on the FDA
website:
www.fda.gov/MedicalDevices/Safety/EmergencySituations/ucm161496.htm

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 428 - HGLB | OCHSNER MEDICAL COMPLEX - THE GROVE | Rebecca Phillips, M.D. | 10310 The Grove Blvd BATON ROUGE LA 70836 | 11/22/19 0952 - Present |

**All Reviewers List**

James A. Ratliff, MD on 9/17/2020 12:58
William James Hubbard, MD on 9/14/2020 12:16

**Discharge Instructions**                                                  White, Sabrina Lynette (MR # 1932025)

None

**Follow-up Information**

None

Generated on 11/24/20  1:21 PM                                                              Page 99

Lincoln/White 0430

**Labs/Diagnostics - 09/09/2020**

HGVH PRE-ADMIT
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011192950
Adm: 9/9/2020

### 09/09/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)

**Labs for Abstract (continued)**

| | | | | |
|---|---|---|---|---|
| RDW | 13.5 | 11.5 - 14.5 % | — | HGLB |
| Platelets | 333 | 150 - 350 K/uL | — | HGLB |
| MPV | 10.0 | 9.2 - 12.9 fL | — | HGLB |
| Immature Granulocytes | 0.2 | 0.0 - 0.5 % | — | HGLB |
| Gran # (ANC) | 1.9 | 1.8 - 7.7 K/uL | — | HGLB |
| Immature Grans (Abs) | 0.01 | 0.00 - 0.04 K/uL | — | HGLB |

Comment:
Mild elevation in immature granulocytes is non specific and
can be seen in a variety of conditions including stress response,
acute inflammation, trauma and pregnancy. Correlation with other
laboratory and clinical findings is essential.

| | | | | |
|---|---|---|---|---|
| Lymph # | 2.7 | 1.0 - 4.8 K/uL | — | HGLB |
| Mono # | 0.4 | 0.3 - 1.0 K/uL | — | HGLB |
| Eos # | 0.3 | 0.0 - 0.5 K/uL | — | HGLB |
| Baso # | 0.03 | 0.00 - 0.20 K/uL | — | HGLB |
| nRBC | 0 | 0 /100 WBC | — | HGLB |
| Gran % | 36.5 | 38.0 - 73.0 % | L | HGLB |
| Lymph % | 50.9 | 18.0 - 48.0 % | H | HGLB |
| Mono % | 7.1 | 4.0 - 15.0 % | — | HGLB |
| Eosinophil % | 4.9 | 0.0 - 8.0 % | — | HGLB |
| Basophil % | 0.6 | 0.0 - 1.9 % | — | HGLB |
| Differential Method | Automated | — | — | HGLB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 428 - HGLB | OCHSNER MEDICAL COMPLEX - THE GROVE | Rebecca Phillips, M.D. | 10310 The Grove Blvd BATON ROUGE LA 70836 | 11/22/19 0952 - Present |

**Indications**

Preop testing [Z01.818 (ICD-10-CM)]

**Comprehensive metabolic panel [545136975] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9309009801:2 | Blood | Blood | Ellen Gautreaux, RN 09/09/20 1050 |

**Comprehensive metabolic panel [545136975]**                    Resulted: 09/09/20 1125, Result status: Final result

Ordering provider: Amanda B. Dupre, NP  09/09/20 1033          Order status: Completed
Filed by: Edi, Soft Lab Interface 09/09/20 1126               Collected by: Ellen Gautreaux, RN 09/09/20 1050
Resulting lab: OCHSNER MEDICAL COMPLEX - THE GROVE

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 140 | 136 - 145 mmol/L | — | HGLB |
| Potassium | 4.1 | 3.5 - 5.1 mmol/L | — | HGLB |
| Chloride | 106 | 95 - 110 mmol/L | — | HGLB |
| CO2 | 25 | 23 - 29 mmol/L | — | HGLB |
| Glucose | 85 | 70 - 110 mg/dL | — | HGLB |
| BUN | 7 | 6 - 20 mg/dL | — | HGLB |
| Creatinine | 0.8 | 0.5 - 1.4 mg/dL | — | HGLB |
| Calcium | 9.2 | 8.7 - 10.5 mg/dL | — | HGLB |
| Total Protein | 7.5 | 6.0 - 8.4 g/dL | — | HGLB |
| Albumin | 3.5 | 3.5 - 5.2 g/dL | — | HGLB |

Lincoln/White 0431

Labs/Diagnostics - 09/09/2020

| HGVH PRE-ADMIT<br>17000 Medical Center Dr<br>Baton Rouge LA 70816 | White, Sabrina Lynette<br>MRN: 1932025, DOB:<br>Acct #: 72011192950<br>Adm: 9/9/2020 | Sex: F |
|---|---|---|

## 09/09/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)

### Labs for Abstract (continued)

| | | | | |
|---|---|---|---|---|
| Total Bilirubin | 0.3 | 0.1 - 1.0 mg/dL | — | HGLB |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days................<15.0 mg/dL

| | | | | |
|---|---|---|---|---|
| Alkaline Phosphatase | 60 | 55 - 135 U/L | — | HGLB |
| AST | 15 | 10 - 40 U/L | — | HGLB |
| ALT | 11 | 10 - 44 U/L | — | HGLB |
| Anion Gap | 9 | 8 - 16 mmol/L | — | HGLB |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | HGLB |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | HGLB |

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 428 - HGLB | OCHSNER MEDICAL COMPLEX - THE GROVE | Rebecca Phillips, M.D. | 10310 The Grove Blvd BATON ROUGE LA 70836 | 11/22/19 0952 - Present |

### Indications

Preop testing [Z01.818 (ICD-10-CM)]

### Hemoglobin A1c [545136976] (Final result)

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9309009801:3 | Blood | Blood | Ellen Gautreaux, RN 09/09/20 1050 |

Hemoglobin A1c [545136976] (Abnormal)                    Resulted: 09/09/20 2202, Result status: Final result

Ordering provider: Amanda B. Dupre, NP  09/09/20 1033      Order status: Completed
Filed by: Edi, Soft Lab Interface  09/09/20 2202           Collected by: Ellen Gautreaux, RN 09/09/20 1050
Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS

#### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hemoglobin A1C | 5.7 | 4.0 - 5.6 % | H * | OCLB |

Comment:
ADA Screening Guidelines:
5.7-6.4%  Consistent with prediabetes
>or=6.5%  Consistent with diabetes
High levels of fetal hemoglobin interfere with the HbA1C
assay. Heterozygous hemoglobin variants (HbS, HgC, etc)do
not significantly interfere with this assay.
However, presence of multiple variants may affect accuracy.

| | | | | |
|---|---|---|---|---|
| Estimated Avg Glucose | 117 | 68 - 131 mg/dL | — | OCLB |

Lincoln/White 0432

Labs/Diagnostics - 09/09/2020

HGVH PRE-ADMIT
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72011192950
Adm: 9/9/2020

## 09/09/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)

**Labs for Abstract (continued)**

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Elise Occhipinti, M.D. | 1516 Jefferson Hwy New Orleans LA 70121 | 03/25/19 1044 - Present |

### Indications

Hyperglycemia [R73.9 (ICD-10-CM)]

### Lipid panel [545136977] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9309009801:4 | Blood | Blood | Ellen Gautreaux, RN 09/09/20 1050 |

Lipid panel [545136977] (Abnormal)                    Resulted: 09/09/20 1126, Result status: Final result

Ordering provider: Amanda B. Dupre, NP  09/09/20 1033          Order status: Completed
Filed by: Edi, Soft Lab Interface  09/09/20 1126              Collected by: Ellen Gautreaux, RN 09/09/20 1050
Resulting lab: OCHSNER MEDICAL COMPLEX - THE GROVE

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol | 260 | 120 - 199 mg/dL | H ^ | HGLB |
| Comment: The National Cholesterol Education Program (NCEP) has set the following guidelines (reference ranges) for Cholesterol: Optimal.....................<200 mg/dL Borderline High.............200-239 mg/dL High........................> or = 240 mg/dL | | | | |
| Triglycerides | 87 | 30 - 150 mg/dL | — | HGLB |
| Comment: The National Cholesterol Education Program (NCEP) has set the following guidelines (reference values) for triglycerides: Normal......................<150 mg/dL Borderline High.............150-199 mg/dL High........................200-499 mg/dL | | | | |
| HDL | 53 | 40 - 75 mg/dL | — | HGLB |
| Comment: The National Cholesterol Education Program (NCEP) has set the following guidelines (reference values) for HDL Cholesterol: Low...............<40 mg/dL Optimal...........>60 mg/dL | | | | |
| LDL Cholesterol | 189.6 | 63.0 - 159.0 mg/dL | H ^ | HGLB |
| Comment: The National Cholesterol Education Program (NCEP) has set the following guidelines (reference values) for LDL Cholesterol: Optimal.......................<130 mg/dL Borderline High...............130-159 mg/dL High..........................160-189 mg/dL Very High.....................>190 mg/dL | | | | |
| HDL/Cholesterol Ratio | 20.4 | 20.0 - 50.0 % | — | HGLB |
| Total Cholesterol/HDL Ratio | 4.9 | 2.0 - 5.0 | — | HGLB |
| Non-HDL Cholesterol | 207 | mg/dL | — | HGLB |

Lincoln/White 0433

Labs/Diagnostics - 09/09/2020

| | |
|---|---|
| HGVH PRE-ADMIT<br>17000 Medical Center Dr<br>Baton Rouge LA 70816 | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72011192950<br>Adm: 9/9/2020 |

### 09/09/2020 - Pre-Admit Testing Visit in The Grove - Pre-Admit Testing (continued)

**Labs for Abstract (continued)**

Comment:
Risk category and Non-HDL cholesterol goals:
Coronary heart disease (CHD)or equivalent (10-year risk of CHD >20%):
Non-HDL cholesterol goal    <130 mg/dL
Two or more CHD risk factors and 10-year risk of CHD <= 20%:
Non-HDL cholesterol goal    <160 mg/dL
0 to 1 CHD risk factor:
Non-HDL cholesterol goal    <190 mg/dL

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 428 - HGLB | OCHSNER<br>MEDICAL COMPLEX<br>- THE GROVE | Rebecca Phillips,<br>M.D. | 10310 The Grove Blvd<br>BATON ROUGE LA<br>70836 | 11/22/19 0952 - Present |

**Indications**

Hyperlipidemia, unspecified hyperlipidemia type [E78.5 (ICD-10-CM)]

### TSH [545136980] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9309009801:5 | Blood | Blood | Ellen Gautreaux, RN 09/09/20 1050 |

**TSH [545136980]**                                                     Resulted: 09/09/20 2148, Result status: Final result

Ordering provider: Amanda B. Dupre, NP  09/09/20 1034          Order status: Completed
Filed by: Edi, Soft Lab Interface  09/09/20 2148                       Collected by: Ellen Gautreaux, RN 09/09/20 1050
Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH | 1.106 | 0.400 - 4.000<br>uIU/mL | — | OCLB |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 347 - OCLB | OCHSNER<br>MEDICAL CENTER -<br>NEW ORLEANS | Elise Occhipinti,<br>M.D. | 1516 Jefferson Hwy<br>New Orleans LA 70121 | 03/25/19 1044 - Present |

**Indications**

Sinus tachycardia by electrocardiogram [R00.0 (ICD-10-CM)]

**Discharge Instructions**                                                     White, Sabrina Lynette (MR # 1932025)

| Date | Status | User | User Type | Discharge Note |
|---|---|---|---|---|
| 09/09/20 1037 | Pended | Ellen Gautreaux, RN | Registered Nurse | Original |
| **Note:** | | | | |

To confirm, Your doctor has instructed you that surgery is scheduled for **9/14/20 \***.

Lincoln/White 0434

Labs/Diagnostics - 07/20/2020

HGVH PERIOP SERVICES
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:              Sex: F
Acct #: 72010809643
Adm: 7/20/2020

**07/20/2020 - Admission (Discharged) in The Grove - Periop Services (continued)**

**Pathology (continued)**



OCHSNER MEDICAL CENTER -- NEW ORLEANS
PATHOLOGY & LABORATORY MEDICINE
WILLIAM G HELIS MEMORIAL LABORATORIES
1514 JEFFERSON HIGHWAY - NEW ORLEANS, LA 70121
Ph (504) 842-3330 Fax (504) 842-3884

*PATHOLOGY REPORT*

**Patient Name** WHITE, SABRINA                    **Accession #  BRS-20-2924**

| | | | |
|---|---|---|---|
| Medical Record # 1932025 | | Billing # | 178818441 |
| Date of Birth | (47 Y F) | Collection Date | 7/20/2020 09:39 |
| Location | HGVH-PERSER | Received | 7/20/2020 11:41 |
| | | Reported | 7/22/2020 17:30 |

**ORDERING/ATTENDING PHYSICIAN(S)**
Ordering: WILLIAM JAMES HUBBARD            Attending: WILLIAM JAMES HUBBARD

**CLINICAL DIAGNOSIS / INFORMATION**
Trigger finger, acquired.  Carpal tunnel syndrome, bilateral.  Gamekeeper's thumb of right hand, initial encounter.

sld

**SPECIMEN**
1. Ulna lymphoma.

**FINAL PATHOLOGIC DIAGNOSIS**
ULNA MASS, EXCISION:
Lipoma.
Negative for malignancy.

Diagnosed by  MAYHALL, KIM GREGORY
Electronically Signed By:    Kim Gregory Mayhall, M.D.                    7/22/2020 17:30

**Gross Description**
Surgery ID:  1932025;  Pathology ID:  1932025
1.  Received in formalin labeled "ulna lymphoma" are multiple fragments of pale yellow to pale pink fatty tissue. 2 x 1.8 x 0.5 cm in aggregate.  The specimen is entirely submitted in cassette 2924, 1A.

Grossed by: Kevin King

**Report Footnotes**

Grossing was performed at OMC-Baton Rouge Hospital, 17000 Medical Center Dr., Baton Rouge, LA. 70816

Sign Out performed at Ochsner Baptist Hospital, 2700 Napoleon Avenue, New Orleans, LA, 70115

Page 1 of 2

Generated on 11/24/20  1:22 PM                                                    Page 198

Lincoln/White 0435

**Labs/Diagnostics - 07/20/2020**

| | |
|---|---|
| HGVH PERIOP SERVICES | White, Sabrina Lynette |
| 17000 Medical Center Dr | MRN: 1932025, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72010809643 |
| | Adm: 7/20/2020 |

**07/20/2020 - Admission (Discharged) in The Grove - Periop Services (continued)**

**Pathology (continued)**

Patient Name  WHITE, SABRINA                          Accession #  BRS-20-2924

| | | | |
|---|---|---|---|
| Medical Record # 1932025 | | Billing # | 178818441 |
| Date of Birth | (47 Y F) | Collection Date | 7/20/2020 09:38 |
| Location | HGVH-PERSER | Received | 7/20/2020 11:41 |
| | | Reported | 7/22/2020 17:30 |

Page 2 of 2

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 200 - SOFTLAB | OCHS SOFT LAB | N/A | N/A | 11/18/19 1042 - Present |
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Elise Occhipinti, M.D. | 1516 Jefferson Hwy New Orleans LA 70121 | 03/25/19 1044 - Present |

Lincoln/White 0436

**Labs/Diagnostics - 07/20/2020**

HGVH PERIOP SERVICES
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72010809643
Adm: 7/20/2020

**07/20/2020 - Admission (Discharged) in The Grove - Periop Services (continued)**

**Pathology (continued)**

**All Reviewers List**

William James Hubbard, MD on 7/23/2020 08:54

**Discharge Instructions**                                                     White, Sabrina Lynette (MR # 1932025)

None

**Follow-up Information**

None

Lincoln/White 0437

Labs/Diagnostics - 05/27/2020

HGVH MRI
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010431667
Adm: 5/27/2020

## 05/27/2020 - MRI ARTHROGRAM in The Grove - MRI (continued)

**Patient as-of Visit (continued)**

|  |  |  |
|---|---|---|
|  | ICD-9-CM: 346.90 |  |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816<br>ICD-9-CM: 721.0 | 8/27/2017 |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0<br>ICD-9-CM: 715.96 | 9/27/2017 |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22<br>ICD-9-CM: 721.0 | 9/27/2017 |
| **Morbid obesity with BMI of 40.0-44.9, adult** | ICD-10-CM: E66.01, Z68.41<br>ICD-9-CM: 278.01, V85.41 | 7/2/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562<br>ICD-9-CM: 719.46 | 10/8/2018 |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42<br>ICD-9-CM: 717.7 | 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41<br>ICD-9-CM: 717.7 | 10/31/2018 |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | 11/1/2018 |
| **Carpal tunnel syndrome on both sides** | ICD-10-CM: G56.03<br>ICD-9-CM: 354.0 | 11/1/2018 |
| **Dyslipidemia** | ICD-10-CM: E78.5<br>ICD-9-CM: 272.4 | 11/2/2018 |
| **Lumbar facet arthropathy** | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | 1/23/2020 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569,<br>G89.29<br>ICD-9-CM: 719.46, 338.29 | 2/24/2020 |

**Imaging for Abstract**

**MRI Arthrogram Wrist W/ Contrast Right [504885658] (Final result)**

| **MRI Arthrogram Wrist W/ Contrast Right [504885658]** | Resulted: 05/27/20 1604, Result status: Final result |
|---|---|

Ordering provider: Katherine T. Guillory, PA-C  05/27/20 1252     Order status: Completed
Resulted by: Matthew R. Lafleur, MD                              Filed by: Interface, Rad Results In  05/27/20 1606
Performed: 05/27/20 1442 - 05/27/20 1512                          Accession number: 32293526
Resulting lab: MMODEL FLUENCY
Narrative:
EXAMINATION:
MRI ARTHROGRAM WRIST W/ CONTRAST RIGHT

CLINICAL HISTORY:
eval TFCC;  Pain in right wrist

TECHNIQUE:
Multiplanar/multisequence MRI of the right wrist was performed following injection of intra-articular gadolinium

COMPARISON:
Radiographs dated 03/09/2020

FINDINGS:
Bones: Marrow signal is maintained.  No fracture or infiltrative process.

Ligaments: No evidence for scapholunate or lunotriquetral ligament injury.  TFCC appears intact.  No abnormal contrast extravasation demonstrated.

Tendons: Within normal limits.  No evidence for tenosynovitis or tendon tear.

Joints: Catilage spaces are maintained.

Miscellaneous: Carpal tunnel and Guyon canal are unremarkable.

Impression:

Lincoln/White 0438

**Labs/Diagnostics - 05/27/2020**

HGVH MRI                                         White, Sabrina Lynette
17000 Medical Center Dr                          MRN: 1932025, DOB:              Sex: F
Baton Rouge LA 70816                             Acct #: 72010431667
                                                 Adm: 5/27/2020

### 05/27/2020 - MRI ARTHROGRAM in The Grove - MRI (continued)

**Imaging for Abstract (continued)**

No acute findings.

Electronically signed by:  Matthew Lafleur, MD
Date:                      05/27/2020
Time:                      16:04
Acknowledged by
Katherine T. Guillory, PA-C on 05/27/20 1630
Samantha Moore on 05/27/20 1656

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

**Indications**

Pain and swelling of right wrist [M25.531, M25.431 (ICD-10-CM)]

**Signed**

Electronically signed by Matthew R. Lafleur, MD on 5/27/20 at 1604 CDT

**All Reviewers List**

Samantha Moore on 5/27/2020 16:56
Katherine T. Guillory, PA-C on 5/27/2020 16:30

**Discharge Instructions**                                    White, Sabrina Lynette (MR # 1932025)

None

**Follow-up Information**

None

Lincoln/White 0439

Labs/Diagnostics - 05/27/2020

HGVH XRAY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72010431667
Adm: 5/27/2020

## 05/27/2020 - FL ARTHROGRAM in The Grove - Xray (continued)

### Patient as-of Visit (continued)

| | | |
|---|---|---|
| | ICD-9-CM: 346.90 | |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.9 | 8/27/2017 |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | 9/27/2017 |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | 9/27/2017 |
| **Morbid obesity with BMI of 40.0-44.9, adult** | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | 7/2/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | 10/8/2018 |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | 10/31/2018 |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | 11/1/2018 |
| **Carpal tunnel syndrome on both sides** | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | 11/1/2018 |
| **Dyslipidemia** | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | 11/2/2018 |
| **Lumbar facet arthropathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | 1/23/2020 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569, G89.29 ICD-9-CM: 719.46, 338.29 | 2/24/2020 |

### Imaging for Abstract

#### X-Ray Arthrogram Wrist Right (xpd) [504885656] (Final result)

| X-Ray Arthrogram Wrist Right (xpd) [504885656] | Resulted: 05/27/20 1505, Result status: Final result |
|---|---|

Ordering provider: Katherine T. Guillory, PA-C  05/27/20 1251
Resulted by: Matthew R. Lafleur, MD
Performed: 05/27/20 1402 - 05/27/20 1421
Resulting lab: MMODEL FLUENCY
Narrative:

Order status: Completed
Filed by: Interface, Rad Results In  05/27/20 1507
Accession number: 32293527

EXAMINATION:
XR ARTHROGRAM WRIST RIGHT (XPD)

CLINICAL HISTORY:
Pain in right wrist

TECHNIQUE:
Following written informed consent and discussion of applicable risks and benefits the patient was placed in the seated position on the side of the examination table.  Using sterile technique and 1% lidocaine for local anesthesia a 25-gauge 3.5 "needle was advanced into the right radiocarpal joint under fluoroscopic guidance.  Subsequently, 4 cc of a 1:200 solution of gadolinium in normal saline and iodinated contrast material was instilled into the right radiocarpal joint.  The procedure was tolerated well with no immediate complications.

COMPARISON:
None

FINDINGS:
Single spot image obtained and demonstrates normal contrast opacification of the right radiocarpal joint.

Total fluoroscopy time: 0.6 minutes

Impression:

Successful and uneventful right wrist injection for MR arthrography.

Lincoln/White 0440

**Labs/Diagnostics - 05/27/2020**

HGVH XRAY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010431667
Adm: 5/27/2020

### 05/27/2020 - FL ARTHROGRAM in The Grove - Xray (continued)

**Imaging for Abstract (continued)**

Electronically signed by:  Matthew Lafleur, MD
Date:                                    05/27/2020
Time:                                    15:05
Acknowledged by. Katherine T. Guillory, PA-C on 05/27/20 1629

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

**Indications**

Pain and swelling of right wrist [M25.531, M25.431 (ICD-10-CM)]

**Signed**

Electronically signed by Matthew R. Lafleur, MD on 5/27/20 at 1505 CDT

**All Reviewers List**

Katherine T. Guillory, PA-C on 5/27/2020 16:29

**Discharge Instructions**                                    White, Sabrina Lynette (MR # 1932025)

None

**Follow-up Information**

None

Lincoln/White 0441

Labs/Diagnostics - 05/27/2020

| HGVH LABORATORY | White, Sabrina Lynette | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 1932025, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72010431667 | |
| | Enc. Date 5/27/2020 | |

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 5/27/2020 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Class: Historical Med | | | | |
| levocetirizine (XYZAL) 5 MG tablet (Discontinued) | | | 11/2/2019 | 7/21/2020 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |
| Class: Historical Med | | | | |
| methocarbamol (ROBAXIN) 750 MG Tab (Discontinued) | | | 1/28/2020 | 7/7/2020 |
| Sig - Route: Take 750 mg by mouth 3 (three) times daily as needed. - Oral | | | | |
| Class: Historical Med | | | | |
| mupirocin (BACTROBAN) 2 % ointment (Discontinued) | 15 g | 0 | 4/15/2020 | 7/7/2020 |
| Sig - Route: Apply topically 2 (two) times daily. - Topical (Top) | | | | |
| promethazine-dextromethorphan (PROMETHAZINE-DM) 6.25-15 mg/5 mL Syrp (Discontinued) | 118 mL | 0 | 2/24/2020 | 7/7/2020 |
| Sig - Route: Take 5 mLs by mouth every 4 to 6 hours as needed. - Oral | | | | |
| triamcinolone (NASACORT) 55 mcg nasal inhaler (Discontinued) | | | | 7/7/2020 |
| Sig - Route: 2 sprays by Nasal route. - Nasal | | | | |
| Class: Historical Med | | | | |

## Labs for Abstract

### CREATININE, SERUM [504885654] (Final result)

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 8927011274:1 | Blood | Blood | DAO 05/27/20 1249 |

**CREATININE, SERUM [504885654]**    Resulted: 05/27/20 1306, Result status: Final result

Ordering provider: Katherine T. Guillory, PA-C  05/27/20 1242    Order status: Completed
Filed by: Edi, Soft Lab Interface  05/27/20 1306    Collected by: DAO 05/27/20 1249
Resulting lab: OCHSNER MEDICAL COMPLEX - THE GROVE
Narrative:
To be done prior to MRI
Acknowledged by: Katherine T. Guillory, PA-C on 05/27/20 1629

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Creatinine | 0.9 | 0.5 - 1.4 mg/dL | — | HGLB |
| eGFR if African American | >60 | >60 mL/min/1.73 m^2 | — | HGLB |
| eGFR if non African American | >60 | >60 mL/min/1.73 m^2 | — | HGLB |

Comment:
Calculation used to obtain the estimated glomerular filtration rate (eGFR) is the CKD-EPI equation.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 428 - HGLB | OCHSNER MEDICAL COMPLEX - THE GROVE | Rebecca Phillips, M.D. | 10310 The Grove Blvd BATON ROUGE LA 70836 | 11/22/19 0952 - Present |

**Indications**

Pain and swelling of right wrist [M25.531, M25.431 (ICD-10-CM)]

Lincoln/White 0442

**Labs/Diagnostics - 05/27/2020**

HGVH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010431667
Enc. Date 5/27/2020

**Medications (continued)**

**Labs for Abstract (continued)**

**All Reviewers List**

Katherine T. Guillory, PA-C on 5/27/2020 16:29

**Follow-up Information**

None

**Follow Up Call**

No date filed

---

Generated on 11/24/20  1:22 PM                                                                     Page 267

Lincoln/White 0443

**Labs/Diagnostics - 03/09/2020**

ONLH XRAY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                     Sex: F
Acct #: 72010269621
Adm: 3/9/2020

### 03/09/2020 - XR EXTREMITY in Ochsner Medical Center-O'Neal (continued)

**Patient as-of Visit (continued)**

| | | |
|---|---|---|
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | 8/27/2017 |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0<br>ICD-9-CM: 715.96 | 9/27/2017 |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22<br>ICD-9-CM: 721.0 | 9/27/2017 |
| **Morbid obesity with BMI of 40.0-44.9, adult** | ICD-10-CM: E66.01, Z68.41<br>ICD-9-CM: 278.01, V85.41 | 7/2/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562<br>ICD-9-CM: 719.46 | 10/9/2018 |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42<br>ICD-9-CM: 717.7 | 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41<br>ICD-9-CM: 717.7 | 10/31/2018 |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | 11/1/2018 |
| **Carpal tunnel syndrome on both sides** | ICD-10-CM: G56.03<br>ICD-9-CM: 354.0 | 11/1/2018 |
| **Dyslipidemia** | ICD-10-CM: E78.5<br>ICD-9-CM: 272.4 | 11/2/2018 |
| **Lumbar facet arthropathy** | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | 1/23/2020 |
| RESOLVED: Chronic knee pain | ICD-10-CM: M25.569,<br>G89.29<br>ICD-9-CM: 719.46, 338.29 | 2/24/2020 |

**Imaging for Abstract**

**X-Ray Wrist Complete Right [503548900] (Final result)**

| **X-Ray Wrist Complete Right [503548900]** | Resulted: 03/09/20 1255, Result status: Final result |
|---|---|

Ordering provider: Katherine T. Guillory, PA-C  03/09/20 1241
Resulted by: Nicholas S. Lemoine, MD
Performed: 03/09/20 1247 - 03/09/20 1251
Resulting lab: MMODEL FLUENCY
Narrative.

Order status: Completed
Filed by: Interface, Rad Results In  03/09/20 1258
Accession number: 32282564

EXAMINATION:
XR WRIST COMPLETE 3 VIEWS RIGHT

CLINICAL HISTORY:
Pain in right wrist

TECHNIQUE:
PA, lateral, and oblique views of the right wrist were performed.

COMPARISON:
May 22, 2008

FINDINGS:
No acute abnormality.  No significant degenerative findings appreciated.

Impression:

As above

Electronically signed by:  Nicholas Lemoine, MD
Date:                              03/09/2020
Time:                              12:55
Acknowledged by: Katherine T. Guillory, PA-C on 03/09/20 1331

Lincoln/White 0444

**Labs/Diagnostics - 03/09/2020**

ONLH XRAY
17000 Medical Center Dr
Baton Rouge LA 70816

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72010269621
Adm: 3/9/2020

### 03/09/2020 - XR EXTREMITY in Ochsner Medical Center-O'Neal (continued)

**Imaging for Abstract (continued)**

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

**Indications**

Right wrist pain [M25.531 (ICD-10-CM)]

**Signed**

Electronically signed by Nicholas S. Lemoine, MD on 3/9/20 at 1255 CDT

**All Reviewers List**

Katherine T. Guillory, PA-C on 3/9/2020 13:31

---

**Discharge Instructions**                                                White, Sabrina Lynette (MR # 1932025)

None

**Follow-up Information**

None

---

Lincoln/White 0445

Operative Reports - 09/14/2020

| | |
|---|---|
| HGVH PERIOP SERVICES<br>17000 Medical Center Dr<br>Baton Rouge LA 70816 | White, Sabrina Lynette<br>MRN: 1932025, DOB:      Sex: F<br>Acct #: 72011212976<br>Adm: 9/14/2020 |

**09/14/2020 - Admission (Discharged) in The Grove - Periop Services (continued)**

**H&P Notes (continued)**

**Discharge Summary Note**

**09/14/2020**

**Discharge Summary by William James Hubbard, MD at 9/14/2020 12:22 PM**

| | | |
|---|---|---|
| Author: William James Hubbard, MD | Service: — | Author Type: Physician |
| Filed: 9/14/2020 12:22 PM | Date of Service: 9/14/2020 12:22 PM | Status: Signed |
| Editor: William James Hubbard, MD (Physician) | | |

**The Grove - Periop Services**
**Discharge Note**
**Short Stay**

**OUTCOME:** Patient tolerated treatment/procedure well without complication and is now ready for discharge.

**DISPOSITION:** Home or Self Care

**FINAL DIAGNOSIS:** Left carpal tunnel syndrome
Left trigger thumb

**FOLLOWUP:** In orthopedic clinic

Electronically signed by William James Hubbard, MD at 9/14/2020 12:22 PM

**Operative Note**

**09/14/2020**

**Op Note by William James Hubbard, MD at 9/14/2020 12:20 PM**

| | | |
|---|---|---|
| Author: William James Hubbard, MD | Service: — | Author Type: Physician |
| Filed: 9/14/2020 12:21 PM | Date of Service: 9/14/2020 12:20 PM | Status: Signed |
| Editor: William James Hubbard, MD (Physician) | | |

**The Grove - Periop Services**
**Orthopedic Surgery**
**Operative Note**

**SUMMARY**

**Date of Procedure:** 9/14/2020
**Assistant:** None

**Procedure:** Procedure(s) (LRB):
RELEASE, CARPAL TUNNEL (Left)
RELEASE, TRIGGER FINGER (Left) trigger thumb

Surgeon(s) and Role:
 * William James Hubbard, MD - Primary

Lincoln/White 0446

Operative Reports - 09/14/2020

| HGVH PERIOP SERVICES | White, Sabrina Lynette | |
|---|---|---|
| 17000 Medical Center Dr | MRN: 1932025, DOB: | Sex: F |
| Baton Rouge LA 70816 | Acct #: 72011212976 | |
| | Adm: 9/14/2020 | |

**09/14/2020 - Admission (Discharged) in The Grove - Periop Services (continued)**

**Operative Note (continued)**

Assisting Surgeon: None

**Pre-Operative Diagnosis:** Left thumb Trigger finger, acquired [M65.30]
Carpal tunnel syndrome, bilateral [G56.03]

**Post-Operative Diagnosis:** Post-Op Diagnosis Codes:
 * left thumb Trigger finger, acquired [M65.30]
 * Carpal tunnel syndrome, bilateral [G56.03]

**Anesthesia:** Local with sedation

**Technical Procedures Used:** left carpal tunnel release

**Description of the Findings of the Procedure:** The patient was taken to the operating room where 10 cc of 2% plain lidocaine was used for local anesthetic and was administered. Satisfactory anesthesia had been achieved the left hand was prepped and draped in the usual sterile fashion. The patient did receive 2 g of Ancef intravenously preoperatively. At this time a longitudinal incision was made in line with the 4th ray over the transverse carpal ligament. The incision was extended using blunt and sharp dissection under 3.5 loupe magnification. The transverse carpal ligament was identified and sharply incised under direct vision. A complete release was performed and verified by the surgeon's small finger both proximally and distally. No additional pathology was encountered. Satisfactory release having been achieved skin was closed using horizontal mattress 4 0 nylon suture. Attention was directed to the left trigger thumb. An oblique incision was made over the A1 pulley left thumb. The radial and ulnar neurovascular bundles were identified and carefully retracted. The A1 pulley was sharply incised under direct vision. Satisfactory trigger thumb release had been achieved-skin was closed using horizontal mattress 4 0 nylon suture. Xeroform gauze 4x4s and 2 ABD pads were over wrapped with 3 in gauze dressing. The patient tolerated the procedure well and was transferred to the recovery room in satisfactory condition.

**Complications:** No

**Estimated Blood Loss (EBL):** 5cc

**Condition:** Good

**Disposition:** PACU - hemodynamically stable.

**Attestation:** I was present and scrubbed for the entire procedure.

Electronically signed by William James Hubbard, MD at 9/14/2020 12:21 PM

**Labs for Abstract**

**COVID-19 Rapid Screening [545136993] (Final result)**

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| 9314002998:1 | Nasal Swab | Nasal Swab | Madalyn M. Reine, LPN 09/14/20 0640 |

| **COVID-19 Rapid Screening [545136993]** | Resulted: 09/14/20 0724, Result status: Final result |
|---|---|

Lincoln/White 0447

Request Corresponden

**MRO**
**1000 Madison Avenue**
**Suite 100**
**Norristown, PA 19403**
**Ph: (610) 994-7500 Opt. 1**

# Medical Records Transmittal

Date:              11/26/2020
Request Number:    39021533
Page Count:        299

### Your requested medical records are attached.

Patient Name:      SABRINA WHITE
Medical Facility:  BRRC- Ochsner Health Center High Grove
Requester:         Rona Sibal
Organization:      ReleasePoint, Inc./PORTAL


Your reference number:  7181469


Thank you,

*MRO*
*MROcorp.com*

Lincoln/White 0448

Request Corresponden

MRO
NOV 1 6 2020
Initials: _____


**Lincoln**
Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

**OCHSNER MEDICAL COMPLEX-THE GROVE**
**10310 THE GROVE BLVD**
**ATTN: MEDICAL RECORDS**
**BATON ROUGE, LA 70836**

Date:  Nov 9, 2020

Re: **Long Term Disability Benefits**
Claim# 7181469        7830485
Claimant:  WHITE, SABRINA
Claimant DOB:
 Provider Portal:  https://portal.releasepoint.com
Access Key:  OCH014

Dear   2257554801 X2X2.

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when appropriate, we are requesting the following information:
 **From February 14, 2020 to Present**

 **OSCHNER CLINIC**

We ask that you provide this information within a week of the date of this mailing.  Failure to provide the requested information may result in an adverse benefit or claim determination.  The information can be faxed to our office at our secure fax number  (213) 884-4921      or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and the amount due.  If you're a hospital, only abstract records are required:  admission, history/physical, OP reports, DX summaries, etc.  Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to our company.  This authorization specifically allows you to release medical information to Lincoln Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
 Rona Sibal
Disability Information Specialist
Phone No.:  (213) 266-5038
Fax No:  (213) 884-4921



RPID:  7181469

Request Corresponden

05/05/2015   08:25AM   2254485415          CEDAR POINTE OAKWOOD          PAGE 02/41


## Lincoln
### Financial Group●

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

Person(s) or group(s) of persons authorized to use or disclose the information:  Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.
Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
Description of the information that may be used or disclosed: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.
The information will be used or disclosed only for the following purpose(s):  For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  Sabrina White

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative  _Sabrina White_

Date of Birth: _____  Claim Number: __7830485__  Date: __12/23/19__

A copy of this authorization will be considered as valid as the original

pg. 1 Psychotherapy.2015

PAGE 2/24 * RCVD AT 1/17/2020 3:33:53 PM [Eastern Standard Time] * SVR:VA1PWFAX101/0 * DNIS:6034272684 * CSID:2254485415 * ANI:2254482020 * DURATION (mm-ss):13-08
RPID: 7181469

Lincoln/White 0450

Request Corresponden

05/09/2019  06:25AM  2254485415          CEDAR POINTE OAKWOOD          PAGE  06/41



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

### AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
Person(s) or group(s) of persons authorized to use or disclose the information:  Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
Person(s) or group(s) of persons authorized to collect or otherwise receive the information: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
Description of the information that may be used or disclosed: This Authorization specifically includes the release of all information related to:
  * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
  * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
  * Information concerning Social Security benefits, including any records pertaining to me and my dependents
The Information will be used or disclosed only for the following purpose(s):  For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :**
I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
I understand that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _Sabrina White_

Name of legal representative, if applicable (print) _____    Relationship _____

Signature of claimant or legal representative _Sabrina White_

Date of Birth: _12/03/1972_        Claim Number: _7830485_    Date: _2/23/19_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018
PAGE 6/24 * RCVD AT 1/17/2020 3:33:53 PM [Eastern Standard Time] * SVR:VA1PWFAX101/0 * DNIS:6034272684 * CSID:2254485415 * ANI:2254482620 * DURATION (mm-ss):13-08

RPID: 7181469

Lincoln/White 0451

Request Corresponden



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

1/22/2020

To Whom It May Concern,

Lincoln Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:
- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)884-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

*Kathryn Leombruno*
Kathryn Leombruno
Director, Claims Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

RPID: 7181469

Lincoln/White 0452

# Quality Assurance Report

## Request Information

Report Date:     December 1, 2020                    RP ID: 7181469

Patient Name:   WHITE, SABRINA

Provider Name: OCHSNER MEDICAL COMPLEX-THE GROVE

## Quality Assurance Information

Scope Requested: **From February 14, 2020 to Present**

Special Request:
   Please provide all medical records for the timeframe -
   Seen By: OSCHNER CLINIC

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:
   Used admit/discharge date to date stamp the pages.

Chart Reviewed By:  MAIJU

Lincoln/White 0453

**From:** Avrett, Mary
**Sent:** Tue, 1 Dec 2020 08:38:01 +0000
**To:** Avrett, Mary
**Subject:** FW: RP ID: 7181469 (LIBMTN) / Pol/Claim ID: 7830485 (WHITE, SABRINA) -- DOWNLOAD Ready
**Importance:** High

_____

From: status@releasepoint.com
Sent: Tuesday, December 1, 2020 3:37:42 AM (UTC-05:00) Eastern Time (US & Canada)
To: Avrett, Mary
Subject: RP ID: 7181469 (LIBMTN) / Pol/Claim ID: 7830485 (WHITE, SABRINA) -- DOWNLOAD Ready

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Policy/Claim/Cert:  7830485
RP ID:   7181469
Patient:  WHITE, SABRINA
Ins. Co:  Lincoln Financial Group
Provider: OCHSNER MEDICAL COMPLEX-THE GROVE
Req By:  M AVRETT
------------------------------------------------------
Original Provider:  OSCHNER CLINIC

Please be advised that ReleasePoint has completed handling of the medical record request on your applicant listed above.  Records  are available for viewing on RPNet.

Thank you.

----------------------------------------------------------------------------------------

The information contained in this electronic mail message is intended solely for the addressee stated above and may contain information that is confidential, privileged, or otherwise protected from disclosure under applicable law.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this electronic mail transmission is strictly prohibited.

If you have received this communication in error, please notify us immediately by e-mail to "status@releasepoint.com", and delete the original message.

Lincoln/White 0454

**From:**Norman, Kyras <Kyras.Norman@genexservices.com>
**Sent:**Tue, 10 Nov 2020 16:44:22 +0000
**To:**VendorReferrals
**Subject:**S. White Claim 7830485
**Attachments:**Signed AP Letter_5431227BOCA.PDF

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Morning,

Attached is the Signed AP Letter for the above referenced claimant.

If we can further assist you with this file, please don't hesitate to give us a call.

Thanks for the referral,

**Kyras Norman**
*Quality Assurance Coordinator*
Exam Coordinators Network, a division of Genex Services
**T**: 424-292-4317
**F**: 561-392-5881

**Access our portal at: <u>View My Cases</u>**

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please

Lincoln/White 0455

notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

Lincoln/White 0456



Exam Coordinators Network · A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 201
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

November 06, 2020

LPN Ashley/Dr. Hubbard
P: 225-754-3278
F: 225-754-5052

CLAIMANT:   Sabrina L. White
ECN #: 154151-2
CLAIM #: 7830485
DATE OF LOSS:  8/9/2017
DATE OF BIRTH:

This letter is to confirm the conversation we had regarding your patient Sabrina L. White on November 5, 2020.

The following was discussed: 11/05/20, 10:00AM, return call - LPN Ashley advised the claimant has two treating providers at Ochsner Health. Dr. Hubbard, the claimant's hand surgeon, performed surgery and the claimant is no longer under the surgical restrictions. Dr. Moukarzel, the knee/hip specialist for the claimant, however, still has ongoing restrictions for the claimant. LPN Ashley advised the claimant had surgery with both providers around the same time, but Dr. Moukarzel is the one still keeping her out of work. The restrictions are documented in the medical records.

Agree:

Signature and date          11-9-2020          11/10/20

Disagree:

Signature and date

If you disagree, please explain:

Lincoln/White 0457



Exam Coordinators Network · A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

Email: info@ecninet.com    Web: www.ecninet.com

---

Please fill out and sign the above indicating your agreement or disagreement by November 12, 2020 and fax it to 561-392-5881.

Sincerely,

*Jordan A Klein, MD*

Jordan A Klein, MD

Lincoln/White 0458

**From:**Sabrina White
**Sent:**Mon, 9 Nov 2020 18:09:57 -0600
**To:**WMRTCSU
**Subject:**Claim 7830485

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from my iPhone

**From:** Sabrina White
**Sent:** Mon, 9 Nov 2020 18:08:36 -0600
**To:** WMRTCSU
**Subject:** Claim 7830485

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Dear Mr. Chuck,

Here is today's summary with Dr. Moukarel. Thanks in advance.

Sincerely,

Sabrina L. White





**Ochsner**
Healthcare With Peace Of Mind™

November 9, 2020

**O'Neal - Orthopedics**
16777 MEDICAL CENTER DRIVE
BATON ROUGE LA 70816-3254
Phone: 225-754-3278
Fax: 225-754-3278

Patient: Sabrina "Sabrina" White
Date of Birth: ▮▮▮▮▮▮
Date of Visit: 11/09/2020

To Whom It May Concern:

"Sabrina" White was at Ochsner Health System on 11/09/2020. I do not think this patient could achieve gainful employment due to numerous orthopedic issues. She is to remain out of work. If you have any questions or concerns, or if I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Robert Moukarzel, MD
Rose Guagliardo, LPN

Lincoln/White 0461



**Ochsner** Healthcare With Peace Of Mi

## AFTER VISIT SUMMARY

**Sabrina L. White** DoB: ▓▓▓▓    📅 11/9/2020  1:00 PM  📍 O'Neal - Orthopedics 225-754-327

### Instructions from Robert Moukarzel, MD

MRA of the hip did not show any pathology

Bilateral knee arthroscopy showed medial meniscus tear as well as chondromalacia of both knees. Still having pain in both knees. Still using the cane.
Low back pain receiving injections in the spine
Having numbness and tingling down the legs to the feet
Plan
Refer to Dr. Derbigny for bilateral lower extremity nerve conduction studies and EMG
Injection right knee today 11/09/2020 with 80 mg Depo-Medrol mixed with 5 cc 1% lidocaine. Ice the needed next day or 2 if it burns
Return next week to inject the left knee with Depo-Medrol
We will get approval for Synvisc-One injection/rooster comb gel to be given 4 weeks from now

I do not think this patient could achieve gainful employment due to numerous orthopedic issues. She is to remain out of work

Kellgren Lawrence scale 2

### What's Next

**NOV 16 2020**  Established Patient Visit with Robert Moukarzel, MD  Monday November 16 2:20 PM
O'Neal - Orthopedics
16777 Medical Center Drive
Baton Rouge LA
70816-3254
225-754-3278

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

**NOV 18 2020**  Established Patient Visit with William Hubbard, MD  Wednesday November 18 2:20 PM
O'Neal - Orthopedics
16777 Medical Center Drive
Baton Rouge LA
70816-3254
225-754-3278

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical

### Today's Visit

You saw Robert Moukarzel, MD on Monday November 9, 2020. The following issues were addressed:
- Femoroacetabular impingement of right hip
- S/P left knee arthroscopy
- Acute medial meniscus tear of right knee, subsequent encounter
- Acute medial meniscus tear of left knee, subsequent encounter
- Chondromalacia, left knee
- Chondromalacia, right knee
- Numbness and tingling of both lower extremities

Blood Pressure  126/100    BMI 46.59

Weight  263 lb    Height 5' 3"

Pulse  105

### Done Today
Large Joint Aspiration/Injection: R knee for Chondromalacia, right knee

Sabrina L. White (MRN: 1932025) • Printed at 11/9/20 2:33 PM

Page 1 of 7  **Epic**

Lincoln/White 0462



at's Next (continued)

records and imaging, along with a list of your current medications and insurance card.

DEC
9
2020

EMG - 4 Limbs with Erin W Derbigny, MD
Wednesday December 9 8:00 AM

The Grove - Phy
10310 The Grov
Baton Rouge LA
225-761-5200

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Br
medical records and imaging, along with a list of your current medications and insurance

DEC
10
2020

Established Patient Visit with Robert Moukarzel, MD
Thursday December 10 8:20 AM

O'Neal - Orthoped
16777 Medical Cen
Baton Rouge LA 70
225-754-3278

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring
medical records and imaging, along with a list of your current medications and insurance ca

## COVID-19 Prevention

### Guidelines for General Prevention of COVID-19

- Take steps to protect yourself from COVID-19. Perform hand hygiene frequently. Wash your
  soap and water for at least 20 seconds of use and alcohol-based hand sanitizer, covering all
  hands and rubbing them together until they feel dry.
- Avoid touching your eyes, nose, and mouth with unwashed hands.
- Avoid close contact with people and stay home if you're sick, except to get medical care.
- Cover coughs and sneezes with a tissue, or use the inside of your elbow. Immediately wash
  hand sanitizer.

For more information, see CDC link below:
https://www.cdc.gov/coronavirus/2019-ncov/hcp/guidance-prevent-spread.html#precautions

Your care is important to us. If your provider recommended a follow-up appointment or test, w
you coordinate your recommended care. It is important that you complete your recommended
help scheduling, please call 1-866-Ochsner. Appointments can also be made online through th

While scheduling and attending your appointments is your responsibility, our goal is to suppo
throughout that process.

Lincoln/White 0463

Guidelines for

- Take steps to protect yourself from COVID-19. Perform hand hygiene frequen[t] soap and water for at least 20 seconds of use and alcohol-based hand sanitize[r] hands and rubbing them together until they feel dry.
- Avoid touching your eyes, nose, and mouth with unwashed hands.
- Avoid close contact with people and stay home if you're sick, except to get me[d]
- Cover coughs and sneezes with a tissue, or use the inside of your elbow. Immed[iately] hand sanitizer.

For more information, see CDC link below:
https://www.cdc.gov/coronavirus/2019-ncov/hcp/guidance-prevent-spread.html#preca[u]

Your care is important to us. If your provider recommended a follow-up appointment you coordinate your recommended care. It is important that you complete your reco[rds] help scheduling, please call 1-866-Ochsner. Appointments can also be made online t

While scheduling and attending your appointments is your responsibility, our goal is throughout that process.

## ⊘ Diagnoses this Visit

Numbness and tingling of both lower extremities  - Primary
Femoroacetabular impingement of right hip
S/P left knee arthroscopy
Acute medial meniscus tear of right knee, subsequent encounter
Acute medial meniscus tear of left knee, subsequent encounter
Chondromalacia, left knee
Chondromalacia, right knee

Sabrina L. White (MRN: 1932025) • Printed at 11/9/20  2:33 PM

Lincoln/White 0464



Lincoln/White 0465

Sent from my iPhone



ⓘ Always use your most recent med list.

**butalbital-acetaminophen-caffeine 50-325-40 mg** 50-325-40 mg per tablet
Commonly known as: FIORICET, ESGIC
Quantity: **12 tablet**
Signed by: **Todd J Bossier, NP**

Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches.

**celecoxib 200 MG capsule**
Commonly known as: CeleBREX
Quantity: **30 capsule**
Signed by: **Katherine T Guillory, PA-C**

Take 1 capsule (200 mg total) by mouth o... Take with food. Discontinue if develop GI side effect... According to our records, you may have been tak... this medication differently.

**clonazePAM 1 MG tablet**
Commonly known as: KLONOPIN
Quantity: **60 tablet**
Signed by: **Andrea D Cothern, NP**

Take 1 tablet by mouth twice daily as needed for anxiety

**cyclobenzaprine 10 MG tablet**
Commonly known as: FLEXERIL
Quantity: **60 tablet**
Signed by: **Andrea D Cothern, NP**

Take 1 tablet by mouth twice daily as needed

**DULoxetine 60 MG capsule**
Commonly known as: CYMBALTA
Quantity: **90 capsule**
Signed by: **Timothy M Durel, MD**

Take 1 capsule (60 mg total) by mouth once dai...

**gabapentin 300 MG capsule**
Commonly known as: NEURONTIN

Take 300 mg by mouth every evening.

**\* HYDROcodone-acetaminophen 5-325 mg per tablet**
Commonly known as: NORCO
Quantity: **15 tablet**
Signed by: **William Hubbard, MD**

Take 1 tablet by mouth every 6 (six) hours as... for Pain.

**\* HYDROcodone-acetaminophen 5-325 mg per tablet**
Commonly known as: NORCO
Quantity: **21 tablet**
Signed by: **Robert Moukarzel, MD**

Take 1 tablet by mouth every 8 (eight) hour... needed for Pain.

**levocetirizine 5 MG tablet**
Commonly known as: XYZAL
Quantity: **30 tablet**
Signed by: **Andrea D Cothern, NP**

TAKE 1 TABLET BY MOUTH ONCE DAILY I... MORNING

**methocarbamoL 500 MG Tab**
Commonly known as: ROBAXIN

Take 500 mg by mouth 2 (two) times da...

...ina L. White (MRN: 1932025) • Printed at 11/9/20...

Lincoln/White 0466

# Jordan Klein, MD
## *Board-Certified in Physical Medicine & Rehabilitation*

CLAIMANT NAME: White, Sabrina L.
EXAMINER: Jordan A. Klein, MD
ECN #: 154151-2
CLAIM #: 7830485
DATE OF LOSS:  8/9/2017

**11/6/20 Addendum:**

10/22/20 Robert Moukarzel, MD, the following issues were addressed: s/p right knee arthroscopy, s/p left knee arthroscopy, acute medial meniscus tear of right knee, acute medial meniscus tear of left knee, chondromalacia left knee, chondromalacia right knee, tear of right acetabular labrum. Right hip pain in the groin on exam highly suspicious of labral tear, x-ray showing very mild arthritic change, but joint space is very well maintained. Continue with a cane as needed and continue exercising the knees.

10/29/20 Lindsay B. Brunson, PA-C, the following issues were addressed: lumbar spondylosis and lumbar facet joint pain. The claimant underwent bilateral L3-5 MBB for lumbar spondylosis.

1. **Please review the additional medical information and advise if it alters your prior opinion stated in your peer review. Please explain why or why not.**

The additional medical records include two after visit summaries from Dr. Moukarzel, MD and PA-C. Lindsay B. Brunson. On 10/22/20, Dr. Moukarzel noted that the following issues were addressed: s/p right knee arthroscopy, s/p left knee arthroscopy, acute medial meniscus tear of right knee, acute medial meniscus tear of left knee, chondromalacia left knee, chondromalacia right knee, tear of right acetabular labrum. Dr. Moukarzel noted that the claimant has right hip pain in the groin on exam highly suspicious of labral tear, x-ray showing very mild arthritic change, but joint space is very well maintained. The claimant is to continue with a cane as needed and continue exercising the knees. On 10/29/20, the claimant was seen by PA-C.  Lindsay B. Brunson, PA-C for lumbar spondylosis and lumbar facet joint pain. The claimant underwent bilateral L3-5 MBB for lumbar spondylosis. Also, the claimant noted that Dr. Hubbard did surgery on both hands and Dr. Moukarel did procedure on both knees; however, the additional medical records does not reveal any clear evidence/information of these procedures; therefore, the additional records do not change my previously opinion stated in my peer review.  Should additional records be made available, specifically operative reports, I would be happy to revisit my assessment.

2. **Please reach out to the claimant's treating provider Dr. Hubbard, at 225-754-3278. Please make 2 attempts on two (2) consecutive days allowing 24 hours for a response after your last attempt. Please include documentation of the attempts and results of all contacts to the treating provider. If the treating provider(s) requests a fax, please provide your questions with your report. ECN will fax your questions to the treating provider(s) and allow 5 business days for a response.**

11/04/20, 09:14AM, call to Dr. Hubbard, Left a message at Ochsner Health with patient access associate, Tiffany M.

11/05/20, 10:30AM, call to Dr. Hubbard, Left a message with appointment desk associate, Bridget.

11/05/20, 10:00AM, return call - LPN Ashley advised the claimant has two treating providers at Ochsner Health. Dr. Hubbard, the claimant's hand surgeon, performed surgery and the claimant is no longer under the surgical restrictions. Dr. Moukarzel, the knee/hip specialist for the claimant, however, still has ongoing restrictions for the claimant. LPN Ashley advised the claimant had surgery with both providers around the same time, but Dr. Moukarzel is the one still keeping her out of work. The restrictions are documented in the medical records.

Sincerely,

Jordan Klein, MD
Board certified PM&R
Medical License PA MD457687

2

Lincoln/White 0468



**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

Exam Coordinators Network    A division of Genex Services, LLC

E-mail: info@ecnime.com    Web: www.ecnime.com

November 06, 2020

LPN Ashley/Dr. Hubbard
P: 225-754-3278
F: 225-754-5052

CLAIMANT:  Sabrina L. White
ECN #: 154151-2
CLAIM #: 7830485
DATE OF LOSS:  8/9/2017
DATE OF BIRTH:

This letter is to confirm the conversation we had regarding your patient Sabrina L. White on November 5, 2020.

> The following was discussed: 11/05/20, 10:00AM, return call - LPN Ashley advised the claimant has two treating providers at Ochsner Health. Dr. Hubbard, the claimant's hand surgeon, performed surgery and the claimant is no longer under the surgical restrictions. Dr. Moukarzel, the knee/hip specialist for the claimant, however, still has ongoing restrictions for the claimant. LPN Ashley advised the claimant had surgery with both providers around the same time, but Dr. Moukarzel is the one still keeping her out of work. The restrictions are documented in the medical records.

Agree:

_____
Signature and date

Disagree:

_____
Signature and date

If you disagree, please explain:

_____

Lincoln/White 0469



Exam Coordinators Network     A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com     Web: www.ecnime.com

_____

_____

Please fill out and sign the above indicating your agreement or disagreement by November 12, 2020 and fax it to 561-392-5881.

Sincerely,

*Jordan A Klein, MD*

Jordan A Klein, MD

Lincoln/White 0470

**From:** RingCentral <service@ringcentral.com>
**Sent:** Friday, November 6, 2020 9:23 AM
**To:** Raudales, Karla <Karla.Raudales@genexservices.com>
**Subject:** Fax Message Transmission Result to +1 (225) 7545052 - Sent

EXTERNAL: This email was received from outside of Genex Services. Please do not click links or open attachments unless you know the content is safe.

                                    Fax Transmission Result

Here are the results of the 3-page fax you sent from your phone number **(424) 246-9864, Ext. 18163**

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 2257545052@rcfax.com | +1 (225) 7545052 | Friday, November 06, 2020 at 9:23 AM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| AP Teleconference Letter - Hubbard.pdf | Success |

View this message on your RingCentral app.

Thank you for using RingCentral!

Work from anywhere with the RingCentral app. It's got everything you need to stay connected: team messaging, video meetings and phone - all in one app. **Get started**

By subscribing to and/or using RingCentral, you acknowledge agreement to our Terms of Use.

Copyright 2020 RingCentral, Inc. All rights reserved. RingCentral is a registered trademark of RingCentral, Inc., 20 Davis Drive, Belmont, CA 94002, USA.

Lincoln/White 0471

**From:**Williams, Jasmine <Jasmine.Williams@genexservices.com>
**Sent:**Fri, 6 Nov 2020 16:22:57 +0000
**To:**VendorReferrals
**Subject:**S.White Claim 7830485
**Attachments:**Addendum_5419768BOCA.PDF, Invoice.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,
Attached is the Addendum and Invoice for the above referenced claimant. If we can further assist you with this file, please don't hesitate to give us a call.
Thanks for the referral,

**Jasmine Williams**
*Quality Assurance Team Leader*
Exam Coordinators Network, a division of Genex Services
**T**: 877-463-9463
**F**: 561-392-5881
**Access our portal at: <u>View My Cases</u>**

***Please note my email address has changed to <u>jasmine.williams@genexservices.com</u>**

All electronic communications from ECN / Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

All electronic communications from Genex are confidential, unpublished property of Genex. Do not duplicate or distribute. Use and distribution limited solely to authorized personnel. This document is intended for the use of the individual(s) or entity to which it is addressed, and may contain information that is privileged and confidential, including personal health information, and applicable law may prohibit further disclosure of this information. If the recipient of the message is not the intended addressee, or the employee or agent responsible for delivering this message to the addressee, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify the sender. Please note the following from the HIPAA Privacy Rule Standards: A covered entity may disclose protected health information as authorized by and to the extent necessary to comply with laws relating to workers' compensation or other similar programs, established by

Lincoln/White 0472

law, that provide benefits for work-related injuries or illness without regard to fault. Refer to 45 CFR 164.512(l)

Lincoln/White 0473



**Exam Coordinators Network**   A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnime.com     Web: www.ecnime.com

**Invoice:     BOCA 95076**                **Date     11/6/2020**

*Bill To:*

| | |
|---|---|
| Claim # | 7830485 |
| Date of Loss: | 8/9/2017 |
| ECN # | 154151-2 |
| Account # | |

**Charles Johnson**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY  40742**

---

**Claimant**     Sabrina L. White

---

| 10/30/2020 | Addendum Peer - Long Term Disability: Addendum | $200.00 |
|---|---|---|
| | Provider: Jordan A Klein, MD | |
| | Specialty: PMR/Pain Management | |

| | |
|---|---|
| **SubTotal** | $200.00 |
| **Final Invoice Total** | $200.00 |

---

*Remit To:*
Exam Coordinators Network
440 E. Swedesford Road
Suite 3000
Wayne, PA  19087

Terms:  Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS
SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

Lincoln/White 0474