**From:** Sabrina White <
**Sent:** Thu, 29 Oct 2020 12:54:58 -0500
**To:** WMRTCSU
**Subject:** Claim 7830485 Summary of today's doctor visit

***This email is from an external source. Only open links and attachments from a Trusted Sender.***



### AFTER VISIT SUMMARY

**Sabrina L. White** DoB:

📅 10/29/2020 11:40 AM    📍 O'Neal - Interventional Pain 225-754-3278

**Ochsner**
Healthcare With Peace Of Mind

#### Instructions from Lindsay B Brunson, PA-C

Referrals made today
IR Facet Inj Lumbar 3rd Vert Bi
Expires: 10/29/2021 (requested)

IR Facet Inj Lumbar 2nd Vert Bi
Expires: 10/29/2021 (requested)

IR Facet Inj Lumbar 1st Vert Bi
Expires: 10/29/2021 (requested)

#### Today's Visit

You saw Lindsay B Brunson, PA-C on Thursday October 29, 2020. The following issues were addressed: Lumbar spondylosis and Lumbar facet joint pain.

Blood Pressure 126/90
BMI 46.59
Weight 263 lb
Height 5' 3"
Pulse 87
Respiration 18

#### What's Next

**OCT 29 2020** Us Breast
Thursday October 29 2:45 PM

The Grove - Ultrasound
10310 The Grove Blvd
Baton Rouge LA
70836-6455
225-761-5380

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring any outside mammo films at time of appointment.
Prepay due: Estimate unavailable

**NOV 4 2020** Fl Arthrogram
Wednesday November 4 1:30 PM

Ochsner Medical Center - BR
17000 Medical Center Drive
Baton Rouge LA
70816-3246
225-752-2470

This procedure requires the use of IV contrast. If you have had a prior allergic reaction to IV contrast, please let your physician know.
Prepay due: Estimate unavailable

**NOV 4 2020** Mri Arthrogram
Wednesday November 4 2:30 PM

Ochsner Medical Center - BR
17000 Medical Center Drive
Baton Rouge LA
70816-3246
225-752-2470

Arrive at check-in approximately 30 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

#### Done Today

Case Request-RAD/Other Procedure Area: Bilateral L3-5 MBB for Lumbar spondylosis

#### Patient Portal

We want you to be involved with your health care. Our patient portal, called MyOchsner, is a secure, online website for convenient 24-hour access to your personal health information.

With MyOchsner, you can view your after visit summary, schedule appointments, request prescription refills, view test results, communicate with your health care providers, and make payments online at **https://my.ochsner.org/**.

Sabrina L. White (MRN: 1932025) • Printed at 10/29/20 12:25 PM

Page 1 of 8    *Epic*



EXHIBIT

___3, part 2___

Lincoln/White 0475

## IN MANAGEMENT PRE-PROCEDURE INSTRUCTIONS

### OF PROCEDURE

ACT THE PAIN MANAGEMENT DEPARTMENT IF YOU ARE:
- Allergic to iodine, IVP dye or shellfish.
- Running a fever above 100 degrees
- Feel ill, have any type of infection, or are taking antibiotics now or have in the past 2 weeks
- Have had any outpatient procedures in the past 2 weeks (colonoscopy, major dental work, etc.)

ALL your prescribed medications (exceptions noted below) with a small amount of water.

Nothing by mouth after MIDNIGHT the night before your procedure (INCLUDING MINTS, HARD CANDY AND GUM). It is ok to take your regular medications with a small sip of water.

re you have a driver with you to remain present throughout your procedure for your safety
- If you arrive without a responsible adult to stay with you and drive you home, you may be asked to reschedule your procedure

u have diabetes, please be sure to listen to instructions regarding your medication
r comfortable clothing (loose fitting pants)
may wear glasses, dentures, contact lenses and/or hearing aids. Please leave all jewelry at home.
will receive a call 1-3 days in advanced with your arrival time. Please check ALL voicemails
- If you arrive past your scheduled procedure time, you may be asked to reschedule your procedure.

se wait at least SEVEN DAYS after receiving ALL VACCINES/FLU SHOT to come in for your
ction procedures. This avoids any problems with your immune system and immune response to
vaccine.

ARE TAKING BLOOD THINNERS:
on receiving clearance and notification from the Pain Management department.)

prior to your procedure:
Stop taking Plavix/Clopridogrel/aspirin/Advil/Motrin/Ibuprofen/Excedrin
STOP ALL SUPPLEMENT AND VITAMINS

prior to your procedure:
Stop taking Coumadin/Warfarin. An INR may be drawn prior to your procedure. If labs are required
will need to arrive earlier before your scheduled arrival time.
Stop taking Pradaxa/Dabigatra

S prior to your procedure:
Stop taking Xarelto/Rivaroxaban, Eliquis/Apixaban, Aggrenox/Dipyridamole, Pletal/Clios

U DO NOT SEE YOUR BLOOD THINNER ON THIS LIST, PLEASE LET YOUR PROVIDER KNOW

act Information: (225)761-5200, ask to speak with the PAIN MANAGEMENT DEPARTMENT with any ques

Lincoln/White 0476

Sent from my iPhone



**Ochsner™**

Medical Center – Baton Rouge

**DRIVING DIRECTIONS TO YOUR PROCEDU**

**Ochsner Medical Complex – The Grove**

1. Take I-10, from either direction, to Exit 162b and proceed to the eastbound service road, turning between the Mall and Siegen.
2. Turn right into the complex
3. At the traffic circle, take the 2ⁿᵈ exit
4. Look for signs directing you to Hospital/Surgery

*ADDRESS: 10310 THE GROVE BLVD. BATON ROUGE, LA 70836*

SURGERY TEAM WILL CALL 48 HOURS PRIOR TO YOUR PROCEDURE FOR ARRIVAL TIME

APPOINTMENT DATE: _November 11, 2020_

Please call and speak to the nurse at (225) 761-5200 with any questions or concerns that you may have regarding this appointment.

**FOLLOW UP APPOINTMENT** after injection with:

DR. VERMA          DR.BURNS          DR.HICKS          LINDSAY BRUNSON, PAC

Ochsner Health System-**O'NEAL**
16777 Medical Center Dr.
Baton Rouge, LA 70816

Ochsner Health System-**THE GROVE**
10310 The Grove Blvd.
Baton Rouge, LA 70836

Date:_____          Time:_____

Lincoln/White 0477

**From:** Sabrina White
**Sent:** Thu, 22 Oct 2020 12:38:31 -0500
**To:** WMRTCSU
**Subject:** Summary of Claim #7830485

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Dear Mr. Charles,

This is Sabrina White, here is a summary of my visit today with Dr. Moukarel, MD. Both doctors have same fax, but different procedures was done. Dr. Hubbard did surgery on both hands. Dr. Moukarel did procedure on both knees. So this maybe where the mix up was. Thanks in advance.

Sincerely,

Sabrina L. White

---

For more information, see CDC link below:
https://www.cdc.gov/coronavirus/2019-ncov/hcp/guidance-prevent-spread

Your care is important to us. If your provider recommended a follow-up a you coordinate your recommended care. It is important that you complet help scheduling, please call 1-866-Ochsner. Appointments can also be ma

While scheduling and attending your appointments is your responsibility, throughout that process.

## ⊘ Diagnoses this Visit

S/P right knee arthroscopy  - Primary
S/P left knee arthroscopy
Acute medial meniscus tear of right knee, subsequent encounter
Acute medial meniscus tear of left knee, subsequent encounter
Chondromalacia, left knee
Chondromalacia, right knee
Tear of right acetabular labrum, initial encounter

Sabrina L. White (MRN: 1932025) • Printed at 10/22/20 11:10 AM

Lincoln/White 0478



Lincoln/White 0479



Next (continued)

**WHAT YOU NEED TO KNOW ABOUT YOUR APPOINTMENT:**
If you are unable to follow the above instructions or have questions or if you are delayed or unable to keep your scheduled appointment, please notify the MRI Department where you appointment is scheduled.

NOV 9 2020 **Established Patient Visit with Robert Moukarzel, MD**
Monday November 9 1:00 PM

O'Neal - Orthopedics
16777 Medical Center Drive
Baton Rouge LA 70816-3254
225-754-3278

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

## COVID-19 Prevention

**Guidelines for General Prevention of COVID-19**

- Take steps to protect yourself from COVID-19. Perform hand hygiene frequently. Wash your hands often with soap and water for at least 20 seconds of use and alcohol-based hand sanitizer, covering all surfaces of your hands and rubbing them together until they feel dry.
- Avoid touching your eyes, nose, and mouth with unwashed hands.
- Avoid close contact with people and stay home if you're sick, except to get medical care.
- Cover coughs and sneezes with a tissue, or use the inside of your elbow. Immediately wash your hands or use hand sanitizer.

For more information, see CDC link below:
https://www.cdc.gov/coronavirus/2019-ncov/hcp/guidance-prevent-spread.html#precautions

Your care is important to us. If your provider recommended a follow-up appointment or test, we are happy to help you coordinate your recommended care. It is important that you complete your recommended follow-up. If you need help scheduling, please call 1-866-Ochsner. Appointments can also be made online through the patient portal.

While scheduling and attending your appointments is your responsibility, our goal is to support and empower you throughout that process.

## Diagnoses this Visit

| | Comments |
|---|---|
| S/P right knee arthroscopy  - Primary | |
| S/P left knee arthroscopy | |
| Acute medial meniscus tear of right knee, subsequent encounter | |
| Acute medial meniscus tear of left knee, subsequent encounter | |
| Chondromalacia, left knee | |
| Chondromalacia, right knee | |
| Tear of right acetabular labrum, initial encounter | |

Sabrina L. White (MRN: 1932025) • Printed at 10/22/20 11:10 AM

Page 3 of 7

Lincoln/White 0480

Sent from my iPhone



Lincoln/White 0481



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5703

| | |
|---|---|
| Date: October 22, 2020 | |
| To:    MS. SABRINA WHITE | |
| Attn:  Dr. Moukarzel | |
| Fax:    (225) 754-5052 | |
| From: Charles Johnson<br>Appeals Consultant<br>Phone No.: Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-5703 | |
| Total Pages<br>(Including Cover):    14 | |
| RE:<br><br>Claim #:    7830485<br><br><br>Walmart, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln/White 0482



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5703

October 22, 2020

Ms. Sabrina L. White

RE:     Long Term Disability (LTD) Benefits
        Walmart, Inc.
        Claim #: 7830485

Dear Dr. Moukarzel:

Please review the enclosed reports by Dr. Kelin and provide any comments you wish to have considered by November 20, 2020.  If you disagree with reports, please detail the specific areas with which you disagree and provide medical documentation to support your position.

If you have any questions regarding this matter, please contact me.

Sincerely,

Charles Johnson
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16398
Secure Fax No.: (603) 334-5703

Attachments:   7830485-ACKNOWLEDGE-FREEFORM-09.08.2020

1  of  1

Lincoln/White 0483

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. SABRINA WHITE

Lincoln/White 0484



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5703

September 9, 2020

Ms. Sabrina L. White

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 7830485

Dear Ms. Sabrina White:

We are in process of reviewing your appeal request.  The purpose of this letter is to provide you with an opportunity to review and comment on new evidence that has been received before a decision is rendered on your appeal.

We have enclosed a copy of the clinical review performed during the appeal review.  This is new or additional evidence in connection with your appeal.  You may review this and provide a written response to us, which may include additional clinical information from your providers, including surgery reports and post-op notes.  We will consider in making our decision on your appeal.

Under ERISA, the period for making a benefit determination shall be tolled (suspended) from the date of this notice until we receive a timely response.  Upon receipt of  your response, we will promptly complete our review and render a determination on your appeal.  If your response is not received by October 9, 2020, we will render a determination based on the information contained in your file.

If you have any questions regarding this matter, please contact me.

Sincerely,

Charles Johnson
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16398
Secure Fax No.: (603) 334-5703

Attachments:   7830485-MEDICAL-CP/PEER REVIEW-08.18.2020

1  of 1

Lincoln/White 0485

# Jordan Klein, MD
## *Board-Certified in Physical Medicine & Rehabilitation*

CLAIMANT NAME: White, Sabrina L.
EXAMINER: Jordan A. Klein, MD
ECN #: 154151-1
CLAIM #: 7830485
DATE OF LOSS:  8/9/2017
DATE OF SERVICE:  8/17/2020

### Peer Review

This is a peer review regarding White, Sabrina L.  On behalf of ECN I reviewed medical records from 7/19/2017 through 6/12/2020 including:

Carl W. Scherer III, MD / Diagnostic Radiology, extending from 7/19/2017 to 12/18/2019; Lija L. Thomas, MD / Family Medicine, extending from 7/27/2017 to 9/11/2018; Matthew R. Lafleur, MD / Diagnostic Radiology, on 7/27/2017; Erin W. Derbigny, MD / Physical Medicine & Rehabilitation, extending from 8/21/2017 to 9/5/2018; Andrea D. Cothern, NP / Nurse Practitioner, extending from 9/25/2017 to 2/24/2020; Ochsner Health Center – Bluebonnet / Physical Therapy, on 11/2/2017; Benjamin B. Browning, MD / Orthopedic Surgery, extending from 12/11/2017 to 8/13/2018; Irene O. Nwokolo-Evuleocha, DPM / Podiatry, extending from 12/19/2017 to 2/8/2018; Anshu Duggal, MD / Diagnostic Radiology, extending from 11/1/2018 to 7/1/2019; Lab Records, on 11/1/2018; Blakeney M. McKnight, PA-C / Physician Assistant, on 8/2/2019; Lindsay B. Brunson, PA-C / Physician Assistant, extending from 12/18/2019 to 6/12/2020; Karan Verma, MD / Pain Management, on 1/23/2020; James J. Hill III, MD / Physical Medicine & Rehabilitation, Case Reviewer, on 2/10/2020; Katherine T. Guillory, PA-C / Physician Assistant, on 3/9/2020; Todd J. Bossier, NP / Nurse Practitioner, on 3/10/2020.

the claimant, Ms. White, is a 48-year-old female with a medical history significant for spondylosis of lumbar region, facet arthritis of lumbar region, osteoarthritis of both knees; primary osteoarthritis ankle and feet; low back pain, bilateral knee and ankle pain.

7/9/17 X-Ray of the Lumbar Spine, minimal tilting and rotation to the left noted. Mild multilevel marginal spurring and facet arthropathy. Vertebral body height and disc spaces appear well maintained without acute fracture or subluxation. Mild degenerative changes bilateral SI and hip joints.

7/19/17 X-Ray of the Cervical Spine, straightening of the normal curvature. There is anterior and posterior marginal spurring with minimal loss of disc height at the C5-6 level. Minimal loss of disc height noted throughout remainder of the c-spine. Vertebral body height and alignment well maintained. Prevertebral soft tissues, C1-2 articulation and odontoid normal in appearance allowing for positioning.

Lincoln/White 0486

7/27/17 X-Ray of the Bilateral Knee, right knee: no evidence of acute osseous articular or soft tissue abnormality. Small patellofemoral marginal osteophytes are present with preserved joint spaces. Left knee: no evidence of acute osseous articular or soft tissue abnormality. Small patellofemoral marginal osteophytes are present with preserved joint spaces.

9/5/18 EMG/NCS, there is electrodiagnostic evidence of a mild demyelinating median neuropathy, carpal tunnel syndrome, across bilateral wrists-worse on the right.

11/1/18 X-Ray of the Thoracic Spine, no scoliosis. Mild spurring of the endplate is noted. Vertebral body heights and intervertebral disc spaces are maintained.

2/21/19 Andrea D. Cothern, NP, the claimant is seen for an injury due to a fall on 2/17/19. She lost her balance and fell down the stairs at her apartment complex. She normally ambulates with a cane because of significant knee and back arthritis. She now complains of right lower back pain, right elbow pain, and right-sided neck pain. Lumbar exam shows tenderness, pain, and spasm. She exhibits normal range of motion. Right elbow exam shows normal range of motion and tenderness.

6/25/19 Andrea D. Cothern, NP, the claimant is seen for ED follow-up, seen on 6/20/19 for head injury. She presents to the ED with facial pain and back pain after walking into stationary metal pipes hanging out of a truck just a few minutes ago; she reports that she ran into them, experienced a hard impact and then stepped back. On exam, the claimant has lumbar tenderness; normal range of motion, no swelling or no edema.

8/1/19 Andrea D. Cothern, NP, the claimant is seen for back pain and ankle pain. She is currently on OTC pain medication with muscle relaxers. Musculoskeletal exam was deferred to specialists.

8/2/19 X-Ray of the Bilateral Knee, bilateral tricompartment degenerative changes without fracture or dislocation. No effusions. Spurring along superior margins of the patellae bilaterally. Stable appearance increased density along the posterior cortical margin right distal metaphysis.

8/2/19 Blakeney M. McKnight, PA-C, the claimant is seen for bilateral knee pain which began over a year ago following a fall in June or July of 2017. The claimant had Synvisc-One injection in bilateral knees, and she states he had no relief from the injection. She has also tried PT, steroid injections, baclofen, and Flexeril without relief. Associated symptoms include swelling, numbness, and tingling. On exam, the claimant has normal gait. Right knee exam shows tenderness over the medial retinaculum, lateral retinaculum, patellar tendon, medial joint line, lateral joints line and pes anserinus; crepitus of the patella; ROM: extension is to 10, flexion is to 130; positive McMurray test medial and lateral; and there is hamstring tightness. Left knee exam shows tenderness over the medial retinaculum, lateral retinaculum, patellar tendon, medial joint line, lateral joints line and pes anserinus; crepitus of the patella; ROM: extension is to 10, flexion is to 130;

2

positive McMurray test medial and lateral; and there is hamstring tightness. The claimant is recommended with evaluation for genicular nerve block.

12/18/19 X-Ray of the Bilateral Foot, stable post-surgical changes right calcaneus. Threaded screw to a trance fixes osteotomy site. Stable appearance. Dorsal and plantar calcaneal spurs bilaterally. Right os trigonum. Multi articular degenerative changes throughout both feet without acute and healing fracture. Bilateral pes planus and mild hallux valgus deformities. Soft tissues prominence over the dorsum of the forefoot region bilaterally.

12/18/19 Lindsay B. Brunson, PA-C, the claimant is seen for knee pain and low back pain. The claimant is seen on 11/20/29 and at that time, she underwent bilateral Genicular Nerve Block with RN IV sedation. The claimant reports that she is slightly better following the procedure with 60% of pain relief. Lumbar spine exam shows pain on extension; lumbar facet loading; tenderness over the lumbar facet joints bilaterally L5-S1; tenderness over the lumbar paraspinals. Knee exam shows tenderness over medial/lateral joint line; pain with extension and flexion; crepitus is present.

**DIAGNOSES:** Low back pain

**RESPONSE TO QUESTIONS:**

1.  **Please note all diagnoses supported by the medical evidence. Please clarify which diagnosis (es) is causing impairment. Please outline the criteria for each supported diagnosis and explain how claimant meets this criterion. For each impairing diagnosis that is supported by the medical evidence, please outline restrictions and limitations as of 2/13/20, including duration. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.). When clarifying the supported restrictions, please be sure to address sustained capacity for full-time work.**

The medical records reflect that the claimant, Ms. White, is a 48-year-old female with a medical history significant for spondylosis of lumbar region, facet arthritis of lumbar region, osteoarthritis of both knees; primary osteoarthritis ankle and feet; low back pain, bilateral knee and ankle pain. An x-ray study of the lumbar spine dated 7/9/17 reveals minimal tilting and rotation to the left. There is mild multilevel marginal spurring and facet arthropathy. Vertebral body height and disc spaces appear well maintained without acute fracture or subluxation. There are mild degenerative changes bilateral SI and hip joints. An x-ray study of the cervical spine dated 7/19/17 reveals straightening of the normal curvature. There is anterior and posterior marginal spurring with minimal loss of disc height at the C5-6 level. There is minimal loss of disc height noted throughout remainder of the c-spine. Vertebral body height and alignment well maintained. Prevertebral soft tissues, C1-2 articulation and odontoid are normal in appearance allowing for positioning. An x-ray study of the bilateral knees dated 7/27/17 reveals small patellofemoral marginal osteophytes are present with preserved joint spaces bilaterally.

3

Lincoln/White 0488

An EMG/NCS dated 9/5/18 reveals electrodiagnostic evidence of a mild demyelinating median neuropathy, carpal tunnel syndrome, across bilateral wrists-worse on the right. An x-ray study of the thoracic spine dated 11/1/18 reveals mild spurring of the endplate; vertebral body heights and intervertebral disc spaces are maintained. On 2/21/19, NP. Andrea D. Cothern saw the claimant for an injury due to a fall on 2/17/19. She lost her balance and fell down the stairs at her apartment complex. She normally ambulates with a cane because of significant knee and back arthritis. She now complains of right lower back pain, right elbow pain, and right-sided neck pain. Lumbar exam shows tenderness, pain, and spasm. She exhibits normal range of motion. Right elbow exam shows normal range of motion and tenderness. On 6/25/19, the claimant is seen by NP. Andrea D. Cothern for ED follow-up, seen on 6/20/19 for head injury. She presents to the ED with facial pain and back pain after walking into stationary metal pipes hanging out of a truck just a few minutes ago; she reports that she ran into them, experienced a hard impact and then stepped back. On exam, the claimant has lumbar tenderness; normal range of motion, no swelling or no edema. On 8/1/19, NP. Andrea D. Cothern saw the claimant for back pain and ankle pain. She is currently on OTC pain medication with muscle relaxers. Musculoskeletal exam is deferred to specialists. There is an x-ray study of the bilateral knee dated 8/2/19 revealing bilateral tricompartment degenerative changes without fracture or dislocation. There is spurring along superior margins of the patellae bilaterally. There is stable appearance increased density along the posterior cortical margin right distal metaphysis. On 8/2/19, PA-C. Blakeney M. McKnight saw the claimant for bilateral knee pain which began over a year ago following a fall in June or July of 2017. The claimant had Synvisc-One injection in bilateral knees, and she states he has no relief from the injection. She has also tried PT, steroid injections, baclofen, and Flexeril without relief. Associated symptoms include swelling, numbness, and tingling. On exam, the claimant has normal gait. Right knee exam shows tenderness over the medial retinaculum, lateral retinaculum, patellar tendon, medial joint line, lateral joints line and pes anserinus; crepitus of the patella; ROM: extension is to 10, flexion is to 130; positive McMurray test medial and lateral; and there is hamstring tightness. Left knee exam shows tenderness over the medial retinaculum, lateral retinaculum, patellar tendon, medial joint line, lateral joints line and pes anserinus; crepitus of the patella; ROM: extension is to 10, flexion is to 130; positive McMurray test medial and lateral; and there is hamstring tightness. The claimant is recommended with evaluation for genicular nerve block. An x-ray study of the bilateral foot reveals stable post-surgical changes right calcaneus; threaded screw to a trance fixes osteotomy site; stable appearance; dorsal and plantar calcaneal spurs bilaterally; right os trigonum; multiarticular degenerative changes throughout both feet without acute and healing fracture;  bilateral pes planus and mild hallux valgus deformities; and soft tissues prominence over the dorsum of the forefoot region bilaterally. On 12/18/19, PA-C. Lindsay B. Brunson saw the claimant for knee pain and low back pain. The claimant is seen on 11/20/29 and at that time, she underwent bilateral Genicular Nerve Block with RN IV sedation. The claimant reports that she is slightly better following the procedure with 60% of pain relief. Lumbar spine exam shows pain on extension; lumbar facet loading; tenderness over the lumbar facet joints bilaterally L5-S1; tenderness over the lumbar paraspinals. Knee exam shows tenderness over medial/lateral joint line; pain with extension and flexion; crepitus is present.

4

Lincoln/White 0489

In conclusion, the claimant has a long-standing history of low back pain and bilateral knee pain due to lumbar spondylosis and bilateral knee osteoarthritis; she also reports ankle pain and x-ray study reveals post-surgical changes at the right foot; however, the medical records do not include detailed information about the surgery. Also, the medical records are mostly from 2017, 2018, and 2019; there are after visit summaries from 2020; however, these records do not include any information about the claimant's current physical situation. Based on the reviewed medical records, the claimant suffers from persistent pain symptoms involving her low back, bilateral knees, feet, and ankles; therefore, restrictions and limitations are medically indicated. Additionally, while there is evidence of mild carpal tunnel syndrome, there is no mention of impairment that would affect the claimant's performing fine manipulation, simple and firm grasping.

Walking: up to 20 minutes at a time for a total of 2 hours per day
Standing: up to 20 minutes at a time for a total of 2 hours per day
Sitting: up to 30 minutes at a time for a total of 6 hours per day
Lifting/carrying/pushing/pulling: occasionally up to 10 lbs. BUE
Climbing stairs: occasionally
Bending: occasionally
Twisting: occasionally
Climbing ladders: never
Stooping: occasionally
Kneeling: never
Bending: occasionally
Crouching: never
Crawling: never
Reaching: occasionally overhead and below waist, unrestricted desk and waist level BUE
Use lower extremities for foot controls: occasionally BLE
Fine manipulation: unrestricted
Simple and firm grasping: unrestricted

The listed R&L's apply for the time period between 2/13/20 and 12/13/20.

The claimant is able to sustain occupational functioning on a full-time basis with the listed R&L's above.

**2. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

No, the medical evidence does not support any side effects from the prescribed medications.

5

Lincoln/White 0490

**3. Please contact Dr. Hubbard to discuss the claimant's impairments. Advise whether you**
**were able to achieve consensus, and if not please outline medical evidence to support**
**your opinion.**

8/11/20, 1:25PM, call to Dr. Hubbard, licensed practical Nurse Rose G. at Ochsner Health - Baton Rouge - Primary Care has requested the questions in writing be sent to fax number 225-754-5052.

Sincerely,

Jordan Klein, MD
Board certified PM&R
Medical License PA MD457687

6

Lincoln/White 0491



Exam Coordinators Network™ *A division of Genex Services, LLC*

Claimant Name: Sabrina L. White
Claim Number: 7830485
Case Number: 154151-1

"I, Jordan A Klein, MD, am a physician duly licensed to practice medicine in the State of PA. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

8/17/2020

_____
Signature of Physician                                                    Date
Medical/Professional License # MD457687

Lincoln/White 0492



Exam Coordinators Network    A division of Genex Services, LLC

Corporate Office
6111 Broken Sound Parkway NW, Suite 202
Boca Raton, Florida 33487
Toll Free: (877) 463-9903
Local: (561) 922-5200
Fax: (561) 392-5881

# FAX TRANSMITTAL

| DATE: | August 17, 2020 | | |
|---|---|---|---|
| TO: | Dr. Hubbard | FROM: | Karla Raudales |
| FAX: | 225-754-5052 | FAX: | (561) 392-5881 |
| RE: | Sabrina L. White | TEL: | (561) 392-5001 |
| CLAIM #: | 7830485 | PAGES: | 3 |

## COMMENTS:

Good afternoon,

Please see the attached ROI form for Sabrina L. White,          At the request of our client, **Jordan A Klein, MD** is performing a peer review for this patient and has been unable to reach you to discuss the patient's treatment.

Please find the below questions he has proposed that he needs answers from you in order to complete his report.

**Dear Dr. Hubbard,**

**Since 2/13/20, what are the claimant's restricting conditions, and what clinical manifestations would need to be considered to assess activity restrictions? The available documentation supports the following restrictions:**

**Walking: up to 20 minutes at a time for a total of 2 hours per day**
**Standing: up to 20 minutes at a time for a total of 2 hours per day**
**Sitting: up to 30 minutes at a time for a total of 6 hours per day**
**Lifting/carrying/pushing/pulling: occasionally up to 10 lbs. BUE**
**Climbing stairs: occasionally**
**Bending: occasionally**
**Twisting: occasionally**
**Climbing ladders: never**
**Stooping: occasionally**
**Kneeling: never**

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited. If you have received this communication in error, please delete it and contact the sender immediately.

Lincoln/White 0493

**Bending: occasionally**
**Crouching: never**
**Crawling: never**
**Reaching: occasionally overhead and below waist, unrestricted desk and waist level BUE**
**Use lower extremities for foot controls: occasionally BLE**
**Fine manipulation: unrestricted**
**Simple and firm grasping: unrestricted**

**The listed R&L's apply for the time period between 2/13/20 and 12/13/20.**

He has been requested to have his report completed by **8/24/2020** and would appreciate your responses prior to that in order to take them into consideration. You may fax your responses to the above fax number and we will forward it to him.

Thank you for your assistance in this matter and have a great day!

*Karla Raudales*

Karla Raudales
Services Coordinator

Lincoln/White 0494

**From:** RingCentral <service@ringcentral.com>
**Sent:** Monday, August 17, 2020 1:54 PM
**To:** Raudales, Karla <Karla.Raudales@genexservices.com>
**Subject:** [external] Fax Message Transmission Result to +1 (225) 7545052 - Sent

EXTERNAL: This email was received from outside of Genex Services. Please do not click links or open attachments unless you know the content is safe.

                                          Fax Transmission Result

Here are the results of the 4-page fax you sent from your phone number **(424) 246-9864, Ext. 18163**

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 2257545052@rcfax.com | +1 (225) 7545052 | Monday, August 17, 2020 at 1:53 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| Fax to Treating Doctor.pdf | Success |

View this message on your RingCentral app.

Thank you for using RingCentral!

Work from anywhere with the RingCentral app. It's got everything you need to stay connected: team messaging, video meetings and phone - all in one app. Get started

By subscribing to and/or using RingCentral, you acknowledge agreement to our Terms of Use.

Copyright 2020 RingCentral, Inc. All rights reserved. RingCentral is a registered trademark of RingCentral, Inc., 20 Davis Drive, Belmont, CA 94002, USA

Lincoln/White 0495



Lincoln/White 0496

**From:**Sabrina White
**Sent:**Tue, 15 Sep 2020 15:59:12 -0500
**To:**WMRTCSU
**Subject:**Claim 7830485

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

To whom this may concern:

Please fax over the information you need from my 2 doctors on past surgery and up coming surgery. William Hubbard (Orthopedic Surgery) and Robert Moukarzel (Orthopedic Surgery), so they can know exactly what you want from them. Thanks in advance.

Sincerely,

Sabrina L. White

Sent from my iPhone

Lincoln/White 0497

**From:**Sabrina White
**Sent:**Tue, 15 Sep 2020 16:01:08 -0500
**To:**WMRTCSU
**Subject:**Fax 225 754 5052

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Here is the # to fax to my doctors
Sent from my iPhone

Lincoln/White 0498

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. SABRINA WHITE

Lincoln/White 0499



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5703

September 9, 2020

Ms. Sabrina L. White

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 7830485

Dear Ms. Sabrina White:

We are in process of reviewing your appeal request.  The purpose of this letter is to provide you with an opportunity to review and comment on new evidence that has been received before a decision is rendered on your appeal.

We have enclosed a copy of the clinical review performed during the appeal review.  This is new or additional evidence in connection with your appeal.  You may review this and provide a written response to us, which may include additional clinical information from your providers, including surgery reports and post-op notes.  We will consider in making our decision on your appeal.

Under ERISA, the period for making a benefit determination shall be tolled (suspended) from the date of this notice until we receive a timely response.  Upon receipt of  your response, we will promptly complete our review and render a determination on your appeal.  If your response is not received by October 9, 2020, we will render a determination based on the information contained in your file.

If you have any questions regarding this matter, please contact me.

Sincerely,

Charles Johnson
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16398
Secure Fax No.: (603) 334-5703

Attachments:   7830485-MEDICAL-CP/PEER REVIEW-08.18.2020

1   of  1

Lincoln/White 0500

# Jordan Klein, MD
## *Board-Certified in Physical Medicine & Rehabilitation*

CLAIMANT NAME: White, Sabrina L.
EXAMINER: Jordan A. Klein, MD
ECN #: 154151-1
CLAIM #: 7830485
DATE OF LOSS:  8/9/2017
DATE OF SERVICE:  8/17/2020

**Peer Review**

This is a peer review regarding White, Sabrina L.  On behalf of ECN I reviewed medical records from 7/19/2017 through 6/12/2020 including:

Carl W. Scherer III, MD / Diagnostic Radiology, extending from 7/19/2017 to 12/18/2019; Lija L. Thomas, MD / Family Medicine, extending from 7/27/2017 to 9/11/2018; Matthew R. Lafleur, MD / Diagnostic Radiology, on 7/27/2017; Erin W. Derbigny, MD / Physical Medicine & Rehabilitation, extending from 8/21/2017 to 9/5/2018; Andrea D. Cothern, NP / Nurse Practitioner, extending from 9/25/2017 to 2/24/2020; Ochsner Health Center – Bluebonnet / Physical Therapy, on 11/2/2017; Benjamin B. Browning, MD / Orthopedic Surgery, extending from 12/11/2017 to 8/13/2018; Irene O. Nwokolo-Evuleocha, DPM / Podiatry, extending from 12/19/2017 to 2/8/2018; Anshu Duggal, MD / Diagnostic Radiology, extending from 11/1/2018 to 7/1/2019; Lab Records, on 11/1/2018; Blakeney M. McKnight, PA-C / Physician Assistant, on 8/2/2019; Lindsay B. Brunson, PA-C / Physician Assistant, extending from 12/18/2019 to 6/12/2020; Karan Verma, MD / Pain Management, on 1/23/2020; James J. Hill III, MD / Physical Medicine & Rehabilitation, Case Reviewer, on 2/10/2020; Katherine T. Guillory, PA-C / Physician Assistant, on 3/9/2020; Todd J. Bossier, NP / Nurse Practitioner, on 3/10/2020.

the claimant, Ms. White, is a 48-year-old female with a medical history significant for spondylosis of lumbar region, facet arthritis of lumbar region, osteoarthritis of both knees; primary osteoarthritis ankle and feet; low back pain, bilateral knee and ankle pain.

7/9/17 X-Ray of the Lumbar Spine, minimal tilting and rotation to the left noted. Mild multilevel marginal spurring and facet arthropathy. Vertebral body height and disc spaces appear well maintained without acute fracture or subluxation. Mild degenerative changes bilateral SI and hip joints.

7/19/17 X-Ray of the Cervical Spine, straightening of the normal curvature. There is anterior and posterior marginal spurring with minimal loss of disc height at the C5-6 level. Minimal loss of disc height noted throughout remainder of the c-spine. Vertebral body height and alignment well maintained. Prevertebral soft tissues, C1-2 articulation and odontoid normal in appearance allowing for positioning.

7/27/17 X-Ray of the Bilateral Knee, right knee: no evidence of acute osseous articular or soft tissue abnormality. Small patellofemoral marginal osteophytes are present with preserved joint spaces. Left knee: no evidence of acute osseous articular or soft tissue abnormality. Small patellofemoral marginal osteophytes are present with preserved joint spaces.

9/5/18 EMG/NCS, there is electrodiagnostic evidence of a mild demyelinating median neuropathy, carpal tunnel syndrome, across bilateral wrists-worse on the right.

11/1/18 X-Ray of the Thoracic Spine, no scoliosis. Mild spurring of the endplate is noted. Vertebral body heights and intervertebral disc spaces are maintained.

2/21/19 Andrea D. Cothern, NP, the claimant is seen for an injury due to a fall on 2/17/19. She lost her balance and fell down the stairs at her apartment complex. She normally ambulates with a cane because of significant knee and back arthritis. She now complains of right lower back pain, right elbow pain, and right-sided neck pain. Lumbar exam shows tenderness, pain, and spasm. She exhibits normal range of motion. Right elbow exam shows normal range of motion and tenderness.

6/25/19 Andrea D. Cothern, NP, the claimant is seen for ED follow-up, seen on 6/20/19 for head injury. She presents to the ED with facial pain and back pain after walking into stationary metal pipes hanging out of a truck just a few minutes ago; she reports that she ran into them, experienced a hard impact and then stepped back. On exam, the claimant has lumbar tenderness; normal range of motion, no swelling or no edema.

8/1/19 Andrea D. Cothern, NP, the claimant is seen for back pain and ankle pain. She is currently on OTC pain medication with muscle relaxers. Musculoskeletal exam was deferred to specialists.

8/2/19 X-Ray of the Bilateral Knee, bilateral tricompartment degenerative changes without fracture or dislocation. No effusions. Spurring along superior margins of the patellae bilaterally. Stable appearance increased density along the posterior cortical margin right distal metaphysis.

8/2/19 Blakeney M. McKnight, PA-C, the claimant is seen for bilateral knee pain which began over a year ago following a fall in June or July of 2017. The claimant had Synvisc-One injection in bilateral knees, and she states he had no relief from the injection. She has also tried PT, steroid injections, baclofen, and Flexeril without relief. Associated symptoms include swelling, numbness, and tingling. On exam, the claimant has normal gait. Right knee exam shows tenderness over the medial retinaculum, lateral retinaculum, patellar tendon, medial joint line, lateral joints line and pes anserinus; crepitus of the patella; ROM: extension is to 10, flexion is to 130; positive McMurray test medial and lateral; and there is hamstring tightness. Left knee exam shows tenderness over the medial retinaculum, lateral retinaculum, patellar tendon, medial joint line, lateral joints line and pes anserinus; crepitus of the patella; ROM: extension is to 10, flexion is to 130;

2

Lincoln/White 0502

positive McMurray test medial and lateral; and there is hamstring tightness. The claimant is recommended with evaluation for genicular nerve block.

12/18/19 X-Ray of the Bilateral Foot, stable post-surgical changes right calcaneus. Threaded screw to a trance fixes osteotomy site. Stable appearance. Dorsal and plantar calcaneal spurs bilaterally. Right os trigonum. Multi articular degenerative changes throughout both feet without acute and healing fracture. Bilateral pes planus and mild hallux valgus deformities. Soft tissues prominence over the dorsum of the forefoot region bilaterally.

12/18/19 Lindsay B. Brunson, PA-C, the claimant is seen for knee pain and low back pain. The claimant is seen on 11/20/29 and at that time, she underwent bilateral Genicular Nerve Block with RN IV sedation. The claimant reports that she is slightly better following the procedure with 60% of pain relief. Lumbar spine exam shows pain on extension; lumbar facet loading; tenderness over the lumbar facet joints bilaterally L5-S1; tenderness over the lumbar paraspinals. Knee exam shows tenderness over medial/lateral joint line; pain with extension and flexion; crepitus is present.

**DIAGNOSES:** Low back pain

**RESPONSE TO QUESTIONS:**

1. **Please note all diagnoses supported by the medical evidence. Please clarify which diagnosis (es) is causing impairment. Please outline the criteria for each supported diagnosis and explain how claimant meets this criterion. For each impairing diagnosis that is supported by the medical evidence, please outline restrictions and limitations as of 2/13/20, including duration. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.). When clarifying the supported restrictions, please be sure to address sustained capacity for full-time work.**

The medical records reflect that the claimant, Ms. White, is a 48-year-old female with a medical history significant for spondylosis of lumbar region, facet arthritis of lumbar region, osteoarthritis of both knees; primary osteoarthritis ankle and feet; low back pain, bilateral knee and ankle pain. An x-ray study of the lumbar spine dated 7/9/17 reveals minimal tilting and rotation to the left. There is mild multilevel marginal spurring and facet arthropathy. Vertebral body height and disc spaces appear well maintained without acute fracture or subluxation. There are mild degenerative changes bilateral SI and hip joints. An x-ray study of the cervical spine dated 7/19/17 reveals straightening of the normal curvature. There is anterior and posterior marginal spurring with minimal loss of disc height at the C5-6 level. There is minimal loss of disc height noted throughout remainder of the c-spine. Vertebral body height and alignment well maintained. Prevertebral soft tissues, C1-2 articulation and odontoid are normal in appearance allowing for positioning. An x-ray study of the bilateral knees dated 7/27/17 reveals small patellofemoral marginal osteophytes are present with preserved joint spaces bilaterally.

3

Lincoln/White 0503

An EMG/NCS dated 9/5/18 reveals electrodiagnostic evidence of a mild demyelinating median neuropathy, carpal tunnel syndrome, across bilateral wrists-worse on the right. An x-ray study of the thoracic spine dated 11/1/18 reveals mild spurring of the endplate; vertebral body heights and intervertebral disc spaces are maintained. On 2/21/19, NP. Andrea D. Cothern saw the claimant for an injury due to a fall on 2/17/19. She lost her balance and fell down the stairs at her apartment complex. She normally ambulates with a cane because of significant knee and back arthritis. She now complains of right lower back pain, right elbow pain, and right-sided neck pain. Lumbar exam shows tenderness, pain, and spasm. She exhibits normal range of motion. Right elbow exam shows normal range of motion and tenderness. On 6/25/19, the claimant is seen by NP. Andrea D. Cothern for ED follow-up, seen on 6/20/19 for head injury. She presents to the ED with facial pain and back pain after walking into stationary metal pipes hanging out of a truck just a few minutes ago; she reports that she ran into them, experienced a hard impact and then stepped back. On exam, the claimant has lumbar tenderness; normal range of motion, no swelling or no edema. On 8/1/19, NP. Andrea D. Cothern saw the claimant for back pain and ankle pain. She is currently on OTC pain medication with muscle relaxers. Musculoskeletal exam is deferred to specialists. There is an x-ray study of the bilateral knee dated 8/2/19 revealing bilateral tricompartment degenerative changes without fracture or dislocation. There is spurring along superior margins of the patellae bilaterally. There is stable appearance increased density along the posterior cortical margin right distal metaphysis. On 8/2/19, PA-C. Blakeney M. McKnight saw the claimant for bilateral knee pain which began over a year ago following a fall in June or July of 2017. The claimant had Synvisc-One injection in bilateral knees, and she states he has no relief from the injection. She has also tried PT, steroid injections, baclofen, and Flexeril without relief. Associated symptoms include swelling, numbness, and tingling. On exam, the claimant has normal gait. Right knee exam shows tenderness over the medial retinaculum, lateral retinaculum, patellar tendon, medial joint line, lateral joints line and pes anserinus; crepitus of the patella; ROM: extension is to 10, flexion is to 130; positive McMurray test medial and lateral; and there is hamstring tightness. Left knee exam shows tenderness over the medial retinaculum, lateral retinaculum, patellar tendon, medial joint line, lateral joints line and pes anserinus; crepitus of the patella; ROM: extension is to 10, flexion is to 130; positive McMurray test medial and lateral; and there is hamstring tightness. The claimant is recommended with evaluation for genicular nerve block. An x-ray study of the bilateral foot reveals stable post-surgical changes right calcaneus; threaded screw to a trance fixes osteotomy site; stable appearance; dorsal and plantar calcaneal spurs bilaterally; right os trigonum; multiarticular degenerative changes throughout both feet without acute and healing fracture;  bilateral pes planus and mild hallux valgus deformities; and soft tissues prominence over the dorsum of the forefoot region bilaterally. On 12/18/19, PA-C. Lindsay B. Brunson saw the claimant for knee pain and low back pain. The claimant is seen on 11/20/29 and at that time, she underwent bilateral Genicular Nerve Block with RN IV sedation. The claimant reports that she is slightly better following the procedure with 60% of pain relief. Lumbar spine exam shows pain on extension; lumbar facet loading; tenderness over the lumbar facet joints bilaterally L5-S1; tenderness over the lumbar paraspinals. Knee exam shows tenderness over medial/lateral joint line; pain with extension and flexion; crepitus is present.

4

Lincoln/White 0504

In conclusion, the claimant has a long-standing history of low back pain and bilateral knee pain due to lumbar spondylosis and bilateral knee osteoarthritis; she also reports ankle pain and x-ray study reveals post-surgical changes at the right foot; however, the medical records do not include detailed information about the surgery. Also, the medical records are mostly from 2017, 2018, and 2019; there are after visit summaries from 2020; however, these records do not include any information about the claimant's current physical situation.  Based on the reviewed medical records, the claimant suffers from persistent pain symptoms involving her low back, bilateral knees, feet, and ankles; therefore, restrictions and limitations are medically indicated. Additionally, while there is evidence of mild carpal tunnel syndrome, there is no mention of impairment that would affect the claimant's performing fine manipulation, simple and firm grasping.

Walking: up to 20 minutes at a time for a total of 2 hours per day
Standing: up to 20 minutes at a time for a total of 2 hours per day
Sitting: up to 30 minutes at a time for a total of 6 hours per day
Lifting/carrying/pushing/pulling: occasionally up to 10 lbs. BUE
Climbing stairs: occasionally
Bending: occasionally
Twisting: occasionally
Climbing ladders: never
Stooping: occasionally
Kneeling: never
Bending: occasionally
Crouching: never
Crawling: never
Reaching: occasionally overhead and below waist, unrestricted desk and waist level BUE
Use lower extremities for foot controls: occasionally BLE
Fine manipulation: unrestricted
Simple and firm grasping: unrestricted

The listed R&L's apply for the time period between 2/13/20 and 12/13/20.

The claimant is able to sustain occupational functioning on a full-time basis with the listed R&L's above.

**2. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

No, the medical evidence does not support any side effects from the prescribed medications.

5

Lincoln/White 0505

**3. Please contact Dr. Hubbard to discuss the claimant's impairments. Advise whether you**
**were able to achieve consensus, and if not please outline medical evidence to support your opinion.**

8/11/20, 1:25PM, call to Dr. Hubbard, licensed practical Nurse Rose G. at Ochsner Health - Baton Rouge - Primary Care has requested the questions in writing be sent to fax number 225-754-5052.

Sincerely,

Jordan Klein, MD
Board certified PM&R
Medical License PA MD457687

6

Lincoln/White 0506



Exam Coordinators Network   A division of Genex Services, LLC

Corporate Office

Claimant Name: Sabrina L. White
Claim Number: 7830485
Case Number: 154151-1

"I, Jordan A Klein, MD, am a physician duly licensed to practice medicine in the State of PA. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

8/17/2020

_____
Signature of Physician                                    Date
Medical/Professional License # MD457687

Lincoln/White 0507



**Exam Coordinators Network**   A division of Genex Services, LLC

Corporate Office
6113 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9803
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@genex.com     Web: www.ecninc.com

# F A X   T R A N S M I T T A L

| **DATE:** | August 17, 2020 | | |
|---|---|---|---|
| **TO:** | Dr. Hubbard | **FROM:** | Karla Raudales |
| **FAX:** | 225-754-5052 | **FAX:** | (561) 392-5881 |
| **RE:** | Sabrina L. White | **TEL:** | (561) 392-5001 |
| **CLAIM #:** | 7830485 | **PAGES:** | 3 |

**COMMENTS:**

Good afternoon,

Please see the attached ROI form for Sabrina L. White,          At the request of our client, **Jordan A Klein, MD** is performing a peer review for this patient and has been unable to reach you to discuss the patient's treatment.

Please find the below questions he has proposed that he needs answers from you in order to complete his report.

**Dear Dr. Hubbard,**

**Since 2/13/20, what are the claimant's restricting conditions, and what clinical manifestations would need to be considered to assess activity restrictions? The available documentation supports the following restrictions:**

**Walking: up to 20 minutes at a time for a total of 2 hours per day**
**Standing: up to 20 minutes at a time for a total of 2 hours per day**
**Sitting: up to 30 minutes at a time for a total of 6 hours per day**
**Lifting/carrying/pushing/pulling: occasionally up to 10 lbs. BUE**
**Climbing stairs: occasionally**
**Bending: occasionally**
**Twisting: occasionally**
**Climbing ladders: never**
**Stooping: occasionally**
**Kneeling: never**

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited.  If you have received this communication in error, please delete it and contact the sender immediately.

Lincoln/White 0508

**Bending: occasionally**
**Crouching: never**
**Crawling: never**
**Reaching: occasionally overhead and below waist, unrestricted desk and waist level BUE**
**Use lower extremities for foot controls: occasionally BLE**
**Fine manipulation: unrestricted**
**Simple and firm grasping: unrestricted**

**The listed R&L's apply for the time period between 2/13/20 and 12/13/20.**

He has been requested to have his report completed by **8/24/2020** and would appreciate your responses prior to that in order to take them into consideration. You may fax your responses to the above fax number and we will forward it to him.

Thank you for your assistance in this matter and have a great day!

*Karla Raudales*

Karla Raudales
Services Coordinator

Lincoln/White 0509

**From:** RingCentral <service@ringcentral.com>
**Sent:** Monday, August 17, 2020 1:54 PM
**To:** Raudales, Karla <Karla.Raudales@genexservices.com>
**Subject:** [external] Fax Message Transmission Result to +1 (225) 7545052 - Sent

EXTERNAL: This email was received from outside of Genex Services. Please do not click links or open attachments unless you know the content is safe.

---

## RingCentral                                    Fax Transmission Result

Here are the results of the 4-page fax you sent from your phone number **(424) 246-9864, Ext. 18163**

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| 2257545052@rcfax.com | +1 (225) 7545052 | Monday, August 17, 2020 at 1:53 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| Fax to Treating Doctor.pdf | Success |

View this message on your RingCentral app.

Thank you for using RingCentral!

---

Work from anywhere with the RingCentral app. It's got everything you need to stay connected: team messaging, video meetings and phone - all in one app. **Get started**

By subscribing to and/or using RingCentral, you acknowledge agreement to our Terms of Use.

Copyright 2020 RingCentral, Inc. All rights reserved. RingCentral is a registered trademark of RingCentral, Inc., 20 Davis Drive, Belmont, CA 94002, USA

Lincoln/White 0510

**From:** Sabrina White
**Sent:** Wed, 2 Sep 2020 08:37:07 -0500
**To:** WMRTCSU
**Subject:** Next surgery this month claim 783485 Sabrina White

***This email is from an external source. Only open links and attachments from a Trusted Sender.***



# Ochsner

)20                                                                    MRN: 1932025

na L. White

is a reminder about your upcoming scheduled appointments:

**Friday September 25, 2020 at 8:40 AM with William Hubbard, MD**
**Ochsner Health Center - O'Neal, Orthopedics**
**16777 Medical Center Drive Baton Rouge, LA 70816-3254**
**(off O'Neal) 1st floor**

**ow are special instructions for your appointment:**
ve at check-in approximately 15 minutes before your scheduled appointment time. Bring all
side medical records and imaging, along with a list of your current medications and insurance
d.
---------------------------------------------------------------------------------------------

reschedule or cancel your appointment, use your **MyOchsner** account or call 225-754-3278.
ase let us know as soon as possible so we can ensure this appointment time can be offered
other patients.

**ree Options to Check In for Your Appointment**
MyOchsner mobile check-in lets you skip the registration desk. Complete ePre-Check before
your appointment and when you park, log into the app and click "I'm Here."
With curbside arrival, you can call to let us know you've arrived. Just look for the banners
with the phone number to call.
Visit the registration desk to check in for your appointment. For your safety, we've installed
sneeze guards at all registration desks.

h mobile check-in & curbside arrival, you can wait in your car or in our lobby. Low touch
ment is available via ePre-Check or Google/Apple pay onsite. Visit ochsner.org/checkin to
rn more.

ank you for choosing Ochsner. We look forward to seeing you soon.

Lincoln/White 0511



Sent from my iPhone

Lincoln/White 0512

**From:** Sabrina White
**Sent:** Wed, 26 Aug 2020 07:55:58 -0500
**To:** WMRTCSU
**Subject:** Claim 7830485 upcoming surgery

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Sent from my iPhone

# Ochsner™
Healthcare With Peace Of Mind™

Rose – Thus – 11:30

## DEPARTMENT OF ORTHOPEDICS

### Pre-Operative Instructions for Joint Replacement Surgery at Main Hospital

Your surgery is scheduled on **9/23** at:
Ochsner Hospital, 1st floor–17000 Medical Center Drive, 70816.

~~Boot Camp Appointment scheduled for~~ ~~at~~
~~Boot Camp is held at the main hospital, report to patient registration on 1st floor. This is a 2-hour appointment session.~~

Your pre-operative tests are scheduled for **Labs 9/10 4pm** at **Dr. Durel 9/4 @ 11am**
(You must complete all pre-operative testing as scheduled and obtain medical and/or cardiac clearance as scheduled.)

Type and Screen scheduled for **Covid at the Grove 9/20 @ 1120am** ~~at~~
~~Main Lab, report to patient registration on 1st floor -17000 Medical Center Drive, 70816~~

Your postop appointment is scheduled for **10/9 @ 10:00** at **10/22 @ 1120am**

Ochsner Preadmissions Department will call 48 hours prior to your surgery for arrival time.

Do not eat or drink anything after midnight prior to your surgery. This is very important for anesthesia safety. Your surgery will be canceled if you eat prior to your surgery.

Bring a list of all your medications with you on day of surgery.

If you are on ANY type of blood thinner (Coumadin, Plavix, Aspirin, Relafen, Ticlid, Aggrenox, Mobic, Naproxan, Celebrex, Advil {NSAIDS}, Fish Oil) must be stopped at least 7 days prior to surgery. If this issue has not been addressed, you must contact our office prior to your surgery.

Only take regularly scheduled medications with a sip of water the morning of surgery. Confirm with your Primary Care Provider or Surgeon which medications to take that morning.

DO NOT take diabetic medications the morning of surgery.

Weight control (DIET Pills) medications must be stopped 14 days prior to surgery. This is important for anesthesia safety.

ADHD medications (i.e. Adderall) must be discontinued 7 days prior to surgery.

Please shower with Anti-bacterial soap (Dial, Lever 2000, etc.) for at least 3 consecutive days prior to surgery. Then use the scrub brushes provided: use one the night before surgery and one the AM of surgery.

You must make arrangements to have someone with you to drive you home after surgery.

If you need to cancel

Lincoln/White 0513

# Jordan Klein, MD
## *Board-Certified in Physical Medicine & Rehabilitation*

CLAIMANT NAME: White, Sabrina L.
EXAMINER: Jordan A. Klein, MD
ECN #: 154151-1
CLAIM #: 7830485
DATE OF LOSS:  8/9/2017
DATE OF SERVICE:  8/17/2020

### Peer Review

This is a peer review regarding White, Sabrina L.  On behalf of ECN I reviewed medical records from 7/19/2017 through 6/12/2020 including:

Carl W. Scherer III, MD / Diagnostic Radiology, extending from 7/19/2017 to 12/18/2019; Lija L. Thomas, MD / Family Medicine, extending from 7/27/2017 to 9/11/2018; Matthew R. Lafleur, MD / Diagnostic Radiology, on 7/27/2017; Erin W. Derbigny, MD / Physical Medicine & Rehabilitation, extending from 8/21/2017 to 9/5/2018; Andrea D. Cothern, NP / Nurse Practitioner, extending from 9/25/2017 to 2/24/2020; Ochsner Health Center – Bluebonnet / Physical Therapy, on 11/2/2017; Benjamin B. Browning, MD / Orthopedic Surgery, extending from 12/11/2017 to 8/13/2018; Irene O. Nwokolo-Evuleocha, DPM / Podiatry, extending from 12/19/2017 to 2/8/2018; Anshu Duggal, MD / Diagnostic Radiology, extending from 11/1/2018 to 7/1/2019; Lab Records, on 11/1/2018; Blakeney M. McKnight, PA-C / Physician Assistant, on 8/2/2019; Lindsay B. Brunson, PA-C / Physician Assistant, extending from 12/18/2019 to 6/12/2020; Karan Verma, MD / Pain Management, on 1/23/2020; James J. Hill III, MD / Physical Medicine & Rehabilitation, Case Reviewer, on 2/10/2020; Katherine T. Guillory, PA-C / Physician Assistant, on 3/9/2020; Todd J. Bossier, NP / Nurse Practitioner, on 3/10/2020.

the claimant, Ms. White, is a 48-year-old female with a medical history significant for spondylosis of lumbar region, facet arthritis of lumbar region, osteoarthritis of both knees; primary osteoarthritis ankle and feet; low back pain, bilateral knee and ankle pain.

7/9/17 X-Ray of the Lumbar Spine, minimal tilting and rotation to the left noted. Mild multilevel marginal spurring and facet arthropathy. Vertebral body height and disc spaces appear well maintained without acute fracture or subluxation. Mild degenerative changes bilateral SI and hip joints.

7/19/17 X-Ray of the Cervical Spine, straightening of the normal curvature. There is anterior and posterior marginal spurring with minimal loss of disc height at the C5-6 level. Minimal loss of disc height noted throughout remainder of the c-spine. Vertebral body height and alignment well maintained. Prevertebral soft tissues, C1-2 articulation and odontoid normal in appearance allowing for positioning.

7/27/17 X-Ray of the Bilateral Knee, right knee: no evidence of acute osseous articular or soft tissue abnormality. Small patellofemoral marginal osteophytes are present with preserved joint spaces. Left knee: no evidence of acute osseous articular or soft tissue abnormality. Small patellofemoral marginal osteophytes are present with preserved joint spaces.

9/5/18 EMG/NCS, there is electrodiagnostic evidence of a mild demyelinating median neuropathy, carpal tunnel syndrome, across bilateral wrists-worse on the right.

11/1/18 X-Ray of the Thoracic Spine, no scoliosis. Mild spurring of the endplate is noted. Vertebral body heights and intervertebral disc spaces are maintained.

2/21/19 Andrea D. Cothern, NP, the claimant is seen for an injury due to a fall on 2/17/19. She lost her balance and fell down the stairs at her apartment complex. She normally ambulates with a cane because of significant knee and back arthritis. She now complains of right lower back pain, right elbow pain, and right-sided neck pain. Lumbar exam shows tenderness, pain, and spasm. She exhibits normal range of motion. Right elbow exam shows normal range of motion and tenderness.

6/25/19 Andrea D. Cothern, NP, the claimant is seen for ED follow-up, seen on 6/20/19 for head injury. She presents to the ED with facial pain and back pain after walking into stationary metal pipes hanging out of a truck just a few minutes ago; she reports that she ran into them, experienced a hard impact and then stepped back. On exam, the claimant has lumbar tenderness; normal range of motion, no swelling or no edema.

8/1/19 Andrea D. Cothern, NP, the claimant is seen for back pain and ankle pain. She is currently on OTC pain medication with muscle relaxers. Musculoskeletal exam was deferred to specialists.

8/2/19 X-Ray of the Bilateral Knee, bilateral tricompartment degenerative changes without fracture or dislocation. No effusions. Spurring along superior margins of the patellae bilaterally. Stable appearance increased density along the posterior cortical margin right distal metaphysis.

8/2/19 Blakeney M. McKnight, PA-C, the claimant is seen for bilateral knee pain which began over a year ago following a fall in June or July of 2017. The claimant had Synvisc-One injection in bilateral knees, and she states he had no relief from the injection. She has also tried PT, steroid injections, baclofen, and Flexeril without relief. Associated symptoms include swelling, numbness, and tingling. On exam, the claimant has normal gait. Right knee exam shows tenderness over the medial retinaculum, lateral retinaculum, patellar tendon, medial joint line, lateral joints line and pes anserinus; crepitus of the patella; ROM: extension is to 10, flexion is to 130; positive McMurray test medial and lateral; and there is hamstring tightness. Left knee exam shows tenderness over the medial retinaculum, lateral retinaculum, patellar tendon, medial joint line, lateral joints line and pes anserinus; crepitus of the patella; ROM: extension is to 10, flexion is to 130;

2

positive McMurray test medial and lateral; and there is hamstring tightness. The claimant is recommended with evaluation for genicular nerve block.

12/18/19 X-Ray of the Bilateral Foot, stable post-surgical changes right calcaneus. Threaded screw to a trance fixes osteotomy site. Stable appearance. Dorsal and plantar calcaneal spurs bilaterally. Right os trigonum. Multi articular degenerative changes throughout both feet without acute and healing fracture. Bilateral pes planus and mild hallux valgus deformities. Soft tissues prominence over the dorsum of the forefoot region bilaterally.

12/18/19 Lindsay B. Brunson, PA-C, the claimant is seen for knee pain and low back pain. The claimant is seen on 11/20/29 and at that time, she underwent bilateral Genicular Nerve Block with RN IV sedation. The claimant reports that she is slightly better following the procedure with 60% of pain relief. Lumbar spine exam shows pain on extension; lumbar facet loading; tenderness over the lumbar facet joints bilaterally L5-S1; tenderness over the lumbar paraspinals. Knee exam shows tenderness over medial/lateral joint line; pain with extension and flexion; crepitus is present.

**DIAGNOSES:** Low back pain

**RESPONSE TO QUESTIONS:**

1. **Please note all diagnoses supported by the medical evidence. Please clarify which diagnosis (es) is causing impairment. Please outline the criteria for each supported diagnosis and explain how claimant meets this criterion. For each impairing diagnosis that is supported by the medical evidence, please outline restrictions and limitations as of 2/13/20, including duration. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.). When clarifying the supported restrictions, please be sure to address sustained capacity for full-time work.**

The medical records reflect that the claimant, Ms. White, is a 48-year-old female with a medical history significant for spondylosis of lumbar region, facet arthritis of lumbar region, osteoarthritis of both knees; primary osteoarthritis ankle and feet; low back pain, bilateral knee and ankle pain. An x-ray study of the lumbar spine dated 7/9/17 reveals minimal tilting and rotation to the left. There is mild multilevel marginal spurring and facet arthropathy. Vertebral body height and disc spaces appear well maintained without acute fracture or subluxation. There are mild degenerative changes bilateral SI and hip joints. An x-ray study of the cervical spine dated 7/19/17 reveals straightening of the normal curvature. There is anterior and posterior marginal spurring with minimal loss of disc height at the C5-6 level. There is minimal loss of disc height noted throughout remainder of the c-spine. Vertebral body height and alignment well maintained. Prevertebral soft tissues, C1-2 articulation and odontoid are normal in appearance allowing for positioning. An x-ray study of the bilateral knees dated 7/27/17 reveals small patellofemoral marginal osteophytes are present with preserved joint spaces bilaterally.

3

Lincoln/White 0516

An EMG/NCS dated 9/5/18 reveals electrodiagnostic evidence of a mild demyelinating median neuropathy, carpal tunnel syndrome, across bilateral wrists-worse on the right. An x-ray study of the thoracic spine dated 11/1/18 reveals mild spurring of the endplate; vertebral body heights and intervertebral disc spaces are maintained. On 2/21/19, NP. Andrea D. Cothern saw the claimant for an injury due to a fall on 2/17/19. She lost her balance and fell down the stairs at her apartment complex. She normally ambulates with a cane because of significant knee and back arthritis. She now complains of right lower back pain, right elbow pain, and right-sided neck pain. Lumbar exam shows tenderness, pain, and spasm. She exhibits normal range of motion. Right elbow exam shows normal range of motion and tenderness. On 6/25/19, the claimant is seen by NP. Andrea D. Cothern for ED follow-up, seen on 6/20/19 for head injury. She presents to the ED with facial pain and back pain after walking into stationary metal pipes hanging out of a truck just a few minutes ago; she reports that she ran into them, experienced a hard impact and then stepped back. On exam, the claimant has lumbar tenderness; normal range of motion, no swelling or no edema. On 8/1/19, NP. Andrea D. Cothern saw the claimant for back pain and ankle pain. She is currently on OTC pain medication with muscle relaxers. Musculoskeletal exam is deferred to specialists. There is an x-ray study of the bilateral knee dated 8/2/19 revealing bilateral tricompartment degenerative changes without fracture or dislocation. There is spurring along superior margins of the patellae bilaterally. There is stable appearance increased density along the posterior cortical margin right distal metaphysis. On 8/2/19, PA-C. Blakeney M. McKnight saw the claimant for bilateral knee pain which began over a year ago following a fall in June or July of 2017. The claimant had Synvisc-One injection in bilateral knees, and she states he has no relief from the injection. She has also tried PT, steroid injections, baclofen, and Flexeril without relief. Associated symptoms include swelling, numbness, and tingling. On exam, the claimant has normal gait. Right knee exam shows tenderness over the medial retinaculum, lateral retinaculum, patellar tendon, medial joint line, lateral joints line and pes anserinus; crepitus of the patella; ROM: extension is to 10, flexion is to 130; positive McMurray test medial and lateral; and there is hamstring tightness. Left knee exam shows tenderness over the medial retinaculum, lateral retinaculum, patellar tendon, medial joint line, lateral joints line and pes anserinus; crepitus of the patella; ROM: extension is to 10, flexion is to 130; positive McMurray test medial and lateral; and there is hamstring tightness. The claimant is recommended with evaluation for genicular nerve block. An x-ray study of the bilateral foot reveals stable post-surgical changes right calcaneus; threaded screw to a trance fixes osteotomy site; stable appearance; dorsal and plantar calcaneal spurs bilaterally; right os trigonum; multiarticular degenerative changes throughout both feet without acute and healing fracture;  bilateral pes planus and mild hallux valgus deformities; and soft tissues prominence over the dorsum of the forefoot region bilaterally. On 12/18/19, PA-C. Lindsay B. Brunson saw the claimant for knee pain and low back pain. The claimant is seen on 11/20/29 and at that time, she underwent bilateral Genicular Nerve Block with RN IV sedation. The claimant reports that she is slightly better following the procedure with 60% of pain relief. Lumbar spine exam shows pain on extension; lumbar facet loading; tenderness over the lumbar facet joints bilaterally L5-S1; tenderness over the lumbar paraspinals. Knee exam shows tenderness over medial/lateral joint line; pain with extension and flexion; crepitus is present.

4

In conclusion, the claimant has a long-standing history of low back pain and bilateral knee pain due to lumbar spondylosis and bilateral knee osteoarthritis; she also reports ankle pain and x-ray study reveals post-surgical changes at the right foot; however, the medical records do not include detailed information about the surgery. Also, the medical records are mostly from 2017, 2018, and 2019; there are after visit summaries from 2020; however, these records do not include any information about the claimant's current physical situation. Based on the reviewed medical records, the claimant suffers from persistent pain symptoms involving her low back, bilateral knees, feet, and ankles; therefore, restrictions and limitations are medically indicated. Additionally, while there is evidence of mild carpal tunnel syndrome, there is no mention of impairment that would affect the claimant's performing fine manipulation, simple and firm grasping.

Walking: up to 20 minutes at a time for a total of 2 hours per day
Standing: up to 20 minutes at a time for a total of 2 hours per day
Sitting: up to 30 minutes at a time for a total of 6 hours per day
Lifting/carrying/pushing/pulling: occasionally up to 10 lbs. BUE
Climbing stairs: occasionally
Bending: occasionally
Twisting: occasionally
Climbing ladders: never
Stooping: occasionally
Kneeling: never
Bending: occasionally
Crouching: never
Crawling: never
Reaching: occasionally overhead and below waist, unrestricted desk and waist level BUE
Use lower extremities for foot controls: occasionally BLE
Fine manipulation: unrestricted
Simple and firm grasping: unrestricted

The listed R&L's apply for the time period between 2/13/20 and 12/13/20.

The claimant is able to sustain occupational functioning on a full-time basis with the listed R&L's above.

**2. Does the medical evidence support any side effects from the prescribed medications? If yes, please provide the supported impairments and outline how any impairment affects functional capacity.**

No, the medical evidence does not support any side effects from the prescribed medications.

5

Lincoln/White 0518

**3. Please contact Dr. Hubbard to discuss the claimant's impairments. Advise whether you**
**were able to achieve consensus, and if not please outline medical evidence to support your opinion.**

8/11/20, 1:25PM, call to Dr. Hubbard, licensed practical Nurse Rose G. at Ochsner Health - Baton Rouge - Primary Care has requested the questions in writing be sent to fax number 225-754-5052.

Sincerely,

Jordan Klein, MD
Board certified PM&R
Medical License PA MD457687

6

Lincoln/White 0519



Corporate Office
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
Toll Free: (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnnow.com    •    Web: www.ecnnow.com

Exam Coordinators Network   A division of Genex Services, LLC.

Claimant Name: Sabrina L. White
Claim Number: 7830485
Case Number: 154151-1

"I, Jordan A Klein, MD, am a physician duly licensed to practice medicine in the State of PA. I am an independent contractor and I am paid to review claim files and render medical opinions. I am not responsible for deciding whether a claimant is entitled to insurance benefits. My role is to provide objective medical opinions to Genex Services, LLC.

I hereby attest that the following statements are true:

- I have the scope of licensure or certification that typically manages the medical condition, procedure, treatment or issue under review
- I have current, relevant knowledge to render an opinion for the case under review
- No financial incentive was received based on the outcome of the opinion
- No delegation of the examination rendered

I attest that no conflict of interest exists, this includes any situation where an individual has a material, professional, familial, or financial conflict of interest regarding any of the following:

- Compensation for IME/Peer Review activities that are dependent in any way on the specific outcome of the case
- Have involvement with the case prior to its referral for review
- The referring entity
- The health benefit plan
- The consumer
- The attending provider or any other advisor previously involved in the case
- The facility at which the recommended healthcare service(s) would be provided
- The developer or manufacturer of the principal drug, device, procedure, or other therapy being recommended for the customer

I declare that the information contained in the above-referenced report was prepared by and is the work product of the undersigned and is true to the best of my knowledge and information. I certify that my medical/professional license is current and is in good standing in the jurisdiction in which my practice is located.

8/17/2020

_____

Signature of Physician                                                    Date
Medical/Professional License # MD457687

Lincoln/White 0520



Exam Coordinators Network    A division of Genex Services, LLC

**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free:** (877) 463-9463
Local: (561) 922-5200
Fax: (561) 392-5881

E-mail: info@ecnmrm.com    Web: www.ecnmrm.com

# F A X   T R A N S M I T T A L

| **DATE:** | August 17, 2020 | | |
|---|---|---|---|
| **TO:** | Dr. Hubbard | **FROM:** | Karla Raudales |
| **FAX:** | 225-754-5052 | **FAX:** | (561) 392-5881 |
| **RE:** | Sabrina L. White | **TEL:** | (561) 392-5001 |
| **CLAIM #:** | 7830485 | **PAGES:** | 3 |

**COMMENTS:**

Good afternoon,

Please see the attached ROI form for Sabrina L. White,          At the request of our client, **Jordan A Klein, MD** is performing a peer review for this patient and has been unable to reach you to discuss the patient's treatment.

Please find the below questions he has proposed that he needs answers from you in order to complete his report.

**Dear Dr. Hubbard,**

**Since 2/13/20, what are the claimant's restricting conditions, and what clinical manifestations would need to be considered to assess activity restrictions? The available documentation supports the following restrictions:**

**Walking: up to 20 minutes at a time for a total of 2 hours per day**
**Standing: up to 20 minutes at a time for a total of 2 hours per day**
**Sitting: up to 30 minutes at a time for a total of 6 hours per day**
**Lifting/carrying/pushing/pulling: occasionally up to 10 lbs. BUE**
**Climbing stairs: occasionally**
**Bending: occasionally**
**Twisting: occasionally**
**Climbing ladders: never**
**Stooping: occasionally**
**Kneeling: never**

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or reproduction of this communication is strictly prohibited.  If you have received this communication in error, please delete it and contact the sender immediately.

Lincoln/White 0521

**Bending: occasionally**
**Crouching: never**
**Crawling: never**
**Reaching: occasionally overhead and below waist, unrestricted desk and waist level BUE**
**Use lower extremities for foot controls: occasionally BLE**
**Fine manipulation: unrestricted**
**Simple and firm grasping: unrestricted**

**The listed R&L's apply for the time period between 2/13/20 and 12/13/20.**

He has been requested to have his report completed by **8/24/2020** and would appreciate your responses prior to that in order to take them into consideration. You may fax your responses to the above fax number and we will forward it to him.

Thank you for your assistance in this matter and have a great day!

*Karla Raudales*

Karla Raudales
Services Coordinator

Lincoln/White 0522

**From:** RingCentral <service@ringcentral.com>
**Sent:** Monday, August 17, 2020 1:54 PM
**To:** Raudales, Karla <Karla.Raudales@genexservices.com>
**Subject:** [external] Fax Message Transmission Result to +1 (225) 7545052 - Sent

**EXTERNAL: This email was received from outside of Genex Services. Please do not click links or open attachments unless you know the content is safe.**

                                    Fax Transmission Result

Here are the results of the 4-page fax you sent from your phone number **(424) 246-9864, Ext. 18163**

| Name | Phone Number | Date and Time | Result |
| --- | --- | --- | --- |
| 2257545052@rcfax.com | +1 (225) 7545052 | Monday, August 17, 2020 at 1:53 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
| --- | --- |
| Fax to Treating Doctor.pdf | Success |

View this message on your RingCentral app.

Thank you for using RingCentral!

Work from anywhere with the RingCentral app. It's got everything you need to stay connected: team messaging, video meetings and phone - all in one app. **Get started**

By subscribing to and/or using RingCentral, you acknowledge agreement to our Terms of Use.

Copyright 2020 RingCentral, Inc. All rights reserved. RingCentral is a registered trademark of RingCentral, Inc., 20 Davis Drive, Belmont, CA 94002, USA.

Lincoln/White 0523



**Corporate Office**
6111 Broken Sound Parkway NW, Suite 207
Boca Raton, Florida 33487
**Toll Free: (877) 463-9463**
Local: (561) 922-5200
Fax: (561) 392-5881

Exam Coordinators Network    A division of Genex Services, LLC

E-mail: info@ecnime.com    Web: www.ecnime.com

**Invoice:    BOCA 89988**

*Bill To:*

**Charles Johnson**
**Lincoln Financial-London, KY**
**P.O. Box 7207**
**London, KY  40742**

**Date    8/17/2020**

| | |
|---|---|
| Claim # | 7830485 |
| Date of Loss: | 8/9/2017 |
| ECN # | 154151-1 |
| Account # | |

| **Claimant** | Sabrina L. White | |
|---|---|---|
| 8/11/2020 | Peer Review - Long Term Disability: Service Provider: Jordan A Klein, MD Specialty: PMR/Pain Management | $660.00 |
| | **SubTotal** | $660.00 |
| | **Final Invoice Total** | $660.00 |

*Remit To:*
Exam Coordinators Network
440 E. Swedesford Road
Suite 3000
Wayne, PA  19087

Terms:  Net 30 days
Tax Id #: 95-3327434

THANK YOU FOR THE OPPORTUNITY TO PROVIDE THIS
SERVICE FOR YOU. PLEASE REMIT PAYMENT PROMPTLY.

Lincoln/White 0524

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. SABRINA WHITE

Lincoln/White 0525



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5703

August 8, 2020

Ms. Sabrina L. White

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 7830485

Dear Ms. Sabrina White:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on your LTD claim on July 7, 2020, and the additional information on July 21, 2020.  We understand this is all of the information you intend to submit for our consideration of your LTD appeal.  Consequently, your file has been forwarded to Lincoln's Appeal Review Unit for a full and fair review and I will be your dedicated Appeal Consultant.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received, excluding any days in which we are waiting for you to submit documentation.  We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Charles Johnson
Appeals Consultant
Phone No.: (888) 437-7611 Ext. 16398
Secure Fax No.: (603) 334-5703

1  of 1

Lincoln/White 0526

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:    WALMART**

| | | | | | |
|---|---|---|---|---|---|
| Office: | 88D | Manager: | SILER, MALCOLM | Case Mgr: | GRIFFIN, IEESHA |

| | | | |
|---|---|---|---|
| Claimant Name: | SABRINA  L  WHITE | Claim #: | 7830485 |
| Occupation (Job Title): | CUSTOMER HOST | Date Sent: | 7/21/2020 |

Diagnosis:    M54.5 Low back pain,  M47.816 Spondylosis w/o myelopathy or radiculopathy, lumbar region

| | | | |
|---|---|---|---|
| Date of Disability: | 8/9/2017 | Date Benefits Began: | 2/14/2018 |
| Maximum Duration: | 12/2/2039 | Paid Through: | 2/13/2020 |
| Date of Denial or (DB451): | 2/14/2020 | Date Appeal Received: | 7/7/2020 |

*This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder:    WALMART, INC.

Product: LTD    Funding: CON

Is Claimant Eligible for LTD?    Y

Erisa or Non-Erisa?    ERISA Plan

Document Locations
- ☑ Paperless
- ☐ Bilingual - translation complete
- ☐ Paper File
- ☐ Surveillance disk(s)

*Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No.                    FAX No.

Account Specific or Unique Contract Issues / Additional Info:

Lincoln/White 0527



Attached Information                     Carpal Tunnel Release, Discharge

## Discharge Instructions for Carpal Tunnel Release

You had a carpal tunnel release procedure to help relieve the symptoms of carpal tunnel syndrome. In carpal tunnel syndrome, a nerve in the wrist is compressed and irritated. This causes numbness and pain in the fingers and hand. Carpal tunnel release relieves the compression of the nerve. Here are instructions that will help you care for your arm and wrist when you are at home.

### Home care

- Avoid gripping objects tightly or lifting with your affected arm.
- Wear your bandage, splint, or cast as directed by your doctor.
- Always keep the dressing, splint, or cast dry and clean.
- When showering, cover your hand and wrist with plastic and use tape or rubberbands to keep the dressing, or cast dry. Shower as necessary.
- Use an ice pack or bag of frozen peas — or something similar — wrapped in a thin towel on your wrist to re swelling for the first 48 hours. Leave the ice pack on for 20 minutes; then take it off for 20 minutes. Repeat a needed.
- Keep your arm elevated above your heart for 24 to 48 hours after surgery.
- Do the exercises you learned in the hospital, or as instructed by your doctor.
- Take pain medicine as directed.
- Don't drive until your doctor says it's OK. Never drive while you are taking opioid pain medicine.
- Ask your doctor when you can return to work. If your job requires heavy lifting, you may not be able to be working again for several weeks.

## Follow-up care

Make a follow-up appointment as directed by your doctor.

## When to seek medical care

**Call 911 right away** if you have any of the following:

- Chest pain
- Shortness of breath

Otherwise, call your doctor immediately if you have any of the following:

- A splint, cast, or dressing that has gotten wet
- Increased bleeding or drainage from the incision (cut)
- Opening of the incision
- Fever above 100.4°F (38.9°C) taken by mouth, or shaking chills
- Any new numbness in the fingers or thumb
- Blue hand or fingers
- Increased pain with or without activity
- Increased redness, tenderness, or swelling of the incision

Date Last Reviewed: 11/15/2015

10:37 AM

Lincoln/White 0528



Sedation Discharge Instructions (continued)

## Recovery After Procedural Sedation (Adult)

You have been given medicine by vein to make you sleep during your surgery. This may have included ___ medicine and sleeping medicine. Most of the effects have worn off. But you may still have some drowsiness ___ 6 to 8 hours.

### Home care

Follow these guidelines when you get home:

- For the next 8 hours, you should be watched by a responsible adult. This person should make sure your ___ is not getting worse.
- Don't drink any alcohol for the next 24 hours.
- Don't drive, operate dangerous machinery, or make important business or personal decisions during the next 24 hours.
- To prevent injury or falls, use caution when standing and walking for at least 24 hours after your procedure.

**Note:** Your healthcare provider may tell you not to take any medicine by mouth for pain or sleep in the next 4 hours. These medicines may react with the medicines you were given in the hospital. This could cause a much stronger response than usual.

### Follow-up care

Follow up with your healthcare provider if you are not alert and back to your usual level of activity within 12 hours.

### When to seek medical advice

Call your healthcare provider right away if any of these occur:

- Drowsiness gets worse
- Weakness or dizziness gets worse
- Repeated vomiting
- You can't be awakened
- Fever
- New rash

StayWell last reviewed this educational content on 9/1/2019

© 2000-2020 The StayWell Company, LLC. 800 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Ochsner On Call

**Ochsner On Call Nurse Care Line - 24/7 Assistance**

Unless otherwise directed by your provider, please contact Ochsner On-Call, our nurse care line that is available for 24/7 assistance. Please refer to the Patient Instructions section of your After Visit Summary for specific instructions from your physician.

Registered nurses in the Ochsner On Call Center provide appointment scheduling, clinical advisement, health education, and other advisory services.

Call: 1-800-231-5257 (toll free).

___brina L. White (MRN: 1932025) • Printed at 7/20/20 10:37 AM                    Page 4 of 14  Epic

Lincoln/White 0529



Lincoln/White 0530



☐ Pick up these me... The Grove
Ochsner Pharmacy The Grove
• HYDROcodone-acetaminophen

📖 Read

☐ Read these attachments
• Acetaminophen; Hydrocodone tablets or capsules (English)
• Carpal Tunnel Release, Discharge Instructions for (English)

📍 Go

JUL 24    Post OP 9:30 AM
Brooke D Bourque, PA-C
O'Neal - Orthopedics
16777 Medical Center Drive
Baton Rouge LA 70816-3254
225-754-3278

You have more future appointments. Please review your full appointment list.

Patient Portal
We want you to be invol...
heal...

Lincoln/White 0531



Review your updated medication list below.

## Current Visit

**Past and Present Procedures (7/20/2020 to Today)**

| Date | Procedures | Providers |
|---|---|---|
| 07/20/2020 | Release, Carpal Tunnel - Right - Hand | William James Hubbard, MD |
| | Release, Trigger Finger - Right - Hand | |
| | Reconstruction, Ligament - Right - Hand | |
| | Excision, Cyst - Right - Hand | |

**Activity instructions**
Activity as tolerated
Keep surgical extremity elevated

**Diet instructions**
Diet general

**Other instructions**
Call MD for: difficulty breathing, headache or visual disturbances

Call MD for: extreme fatigue

Call MD for: hives

Call MD for: persistent dizziness or light-headedness

Call MD for: persistent nausea and vomiting

Call MD for: redness, tenderness, or signs of infection (pain, swelling, redness, odor or green/yellow discharge around incision site)

Sabrina L. White (MRN: 1932025) • Printed at 7/20/20 10:37 AM

Lincoln/White 0532

Diagnosis:    Preop testing

## What's Next

JUL 16 — New Patient with Robert Moukarzel, MD
Thursday Jul 16, 2020 7:40 AM

O'Neal - Orthopedics
16777 Medical Center Drive
Baton Rouge LA
70816-3254
225-754-3278

Xr Extremity
Thursday Jul 16, 2020 8:00 AM

Ochsner Medical Center-O'Neal
16777 Medical Center Drive
Baton Rouge LA
70816-3254
225-754-3278

JUL 17 — Non-Fasting Lab
Friday Jul 17, 2020 8:10 AM

The Grove - ENT
10310 The Grove Blvd
Baton Rouge LA
70836-6455
225-761-5200

JUL 20 — RELEASE, CARPAL TUNNEL with William Hubbard, MD
Monday Jul 20, 2020

HGVH OR

Sabrina L. White (MRN: 1932025) • Printed at 7/7/20 11:45 AM

**From:** Sabrina White
**Sent:** Tue, 14 Jul 2020 16:11:13 -0500
**To:** WMRTCSU
**Subject:** Surgery scheduled claim 7830485

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Lincoln/White 0533

Sent from my iPhone



**Ochsner™**
Healthcare With Peace Of Mind™

## DEPARTMENT OF ORTHOPEDICS/SPORTS MEDICINE
### Pre-Operative Instructions for The Grove Medical Complex

1. Your surgery is scheduled on ___7/20/20___ at:
   The Grove Medical Complex-10310 The Grove Blvd, 70836

2. Your Pre-admit appointment is scheduled at The Grove Surgical Center for:
   ___7/17/20___ at ___11:00am___.

3. Your 1st postop appointment is scheduled for ___7/24/2020___ at ___9:30am___

Ochsner **Preadmissions Department** will call **48 hours** prior to your surgery for arrival time.

**Do not eat or drink anything after midnight prior to your surgery.** This is very important for anesthesia safety. Your surgery will be canceled if you eat prior to your surgery.

Bring a list of **all** your medications with you for your Pre-admit appointment.

**Pre-admissions** will go over your list of your medications to let you know which *medications to take or not take AM of your surgery.*

*Please shower with Anti-bacterial soap (Dial, Lever 2000, etc.) for at least 3 consecutive days prior to surgery.*

You **must** make arrangements to have someone with you to drive you home after surgery.

If you need to cancel surgery, become ill, or have a question, please contact us as soon as possible at 225-761-5200

Lincoln/White 0534

From:Sabrina White
Sent:Wed, 15 Jul 2020 07:49:17 -0500
To:WMRTCSU
Subject:Claim 7830485

***This email is from an external source. Only open links and attachments from a Trusted Sender.***



AM  O'Neal - Orthopedics 225-754-3

## Today's Visit

You saw William Hubbard, MD on Tuesday July 7, 2020. The following issues were addressed: Trigger finger, acquired; Carpal tunnel syndrome, bilateral; and Gamekeeper's thumb of right hand, initial encounter.

Blood Pressure
105/79

BMI
47.65

Weight

Height

Sent from my iPhone

Lincoln/White 0535



**From:** Sabrina White <
**Sent:** Thu, 16 Jul 2020 09:04:20 -0500
**To:** WMRTCSU
**Subject:** Update on knee 7830485

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

- BATON ROUGE, LA - 9350 CORTANA PLACE
celecoxib

Address: 9350 CORTANA PLACE, BATON ROUGE LA 70815
Phone:    225-927-0114

Follow up After MRI.

## What's Next

**JUL 17 2020** — Non-Fasting Lab
Friday July 17 8:10 AM

The Grove - ENT
10310 The Grove Blvd
Baton Rouge LA
70836-6455
225-761-5200

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

**JUL 20 2020** — RELEASE, CARPAL TUNNEL with William Hubbard, MD

HGVH OR
10310 The Grove Blvd
BATON ROUGE LA

abrina L. White (MRN: 1932025) • Printed at 7/16/20  8:15 AM

Lincoln/White 0536



## AFTER VISIT SUMMARY

**Sabrina L. White** DoB: ▮▮▮▮▮    📅 7/16/2020 7:40 A

### Instructions from Robert Moukarzel, MD

Increases Celebrex from 200 once a day to twice a day with food
Will obtain MRI of both of the knees
Next visit after MRIs will obtain x-ray of the pelvis and right hip

**Today's medication changes**

◆ CHANGE how you take:
**celecoxib (CeleBREX)**
Changed by: Robert Moukarzel, MD

Accurate as of July 16, 2020  8:15 AM.
**Review your updated medication list below.**

Pick up these medications at Walmart Pharmacy 839
- BATON ROUGE, LA - 9350 CORTANA PLACE

celecoxib

Address: 9350 CORTANA PLACE, BATON ROUGE LA 70815
Phone:    225-927-0114

Follow up After MRI.

## What's Next

| | | |
|---|---|---|
| JUL **17** 2020 | Non-Fasting Lab<br>Friday July 17 8:10 AM | The Grove - ENT<br>10310 The Grove Blvd<br>Baton Rouge LA<br>70836-6455 |

Lincoln/White 0537

Sent from my iPhone



### Ochsner
Healthcare With Peace Of Mind™

2020  7:40 AM  O'Neal - Orthopedics 225-754-3278

## Today's Visit

You saw Robert Moukarzel, MD on Thursday July 16, 2020. The following issues were addressed:

- Chondromalacia patellae, left knee
- Primary osteoarthritis of both knees
- Derang of medial meniscus due to old tear/inj, left knee
- Derangement of anterior horn of medial meniscus due to old tear, right
- Right hip pain

839

Blood Pressure
129/94

BMI
47.65

Weight

Height

Lincoln/White 0538

**From:**Sabrina White
**Sent:**Tue, 7 Jul 2020 13:57:06 -0500
**To:**WMRTCSU
**Subject:**7830485 update on long term disability claim asking an appeal or over turn.

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

To whom this may,

I, Sabrina L. White my long term disability claim was stopped in the middle of this pandemic that has taken everyone into hardship and nevertheless this how I paid my bills. I have sent summaries from the Blakey who was out on maternity leave. My daughter and I have been struggling since and everything is pass due, I am asking for a over turn in this claim. I can't receive unemployment due to haven't worked since 2017 and haven't received the first stimulus check. I am afraid that we will be homeless again and my daughter is 14. My heart cries out because she has to go through this. Imagine how painful and embarrassing this is. Put yourself in our shoes. It's sad. I haven't heard anything since I sent my summary a month or 2 ago.

Sincerely,

Sabrina L. White

Lincoln/White 0539



Sent from my iPhone

Lincoln/White 0540



Sabrina White

**Appeal long term disability claim #7830485**

Retention Policy · Default Retention - Inbox (6 months)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

To whom this may concern:

Here is the update status on my appointments and future appointments with ortho and so forth. I asked that I be compensated from March till the decision is made due to my lack in income. Thanks in advance.


Sincerely,

Sabrina L. White

Lincoln/White 0541



While scheduling and attending your appointme
throughout that process.

## ⊗ Diagnoses this Visit

Impaired mobility and activities of daily living  - Prin
Lumbar spondylosis
Facet arthritis of lumbar region
Primary osteoarthritis of both knees
Chronic pain of both knees

## Allergies as of 6/12/2020

**Aleve [naproxen Sodium]**
   GI indigestion
**Aspirin**

Lincoln/White 0542



Your Medication List as of June 12, 2020 12:18 PM

ⓘ Always use your most recent med list.

**amitriptyline 50 MG tablet**
Commonly known as: ELAVIL

Take 50 mg by mouth.

**betamethasone dipropionate 0.05 % cream**
Commonly known as: DIPROLENE
Quantity: 45 g
Signed by: Andrea D Cothern, NP

Apply topically 2 (two) times daily.

**butalbital-acetaminophen-caffeine 50-325-40 mg 50-325-40 mg per tablet**
Commonly known as: FIORICET, ESGIC
Quantity: 12 tablet
Signed by: Todd J Bossier, NP

Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches.

**celecoxib 200 MG capsule**
Commonly known as: CeleBREX
Quantity: 30 capsule
Signed by: Katherine T Guillory, PA-C

Take 1 capsule (200 mg total) by mouth once daily. Take with food. Discontinue if develop GI side effects.

**cetirizine 10 MG tablet**
Commonly known as: ZYRTEC

TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 7 DAYS

**clonazePAM 1 MG tablet**
Commonly known as: KLONOPIN
Quantity: 60 tablet
Signed by: Andrea D Cothern, NP

Take 1 tablet by mouth twice daily as needed for anxiety

**cyclobenzaprine 10 MG tablet**
Commonly known as: FLEXERIL
Quantity: 60 tablet
Signed by: Andrea D Cothern, NP

Take 1 tablet by mouth twice daily as needed

**dexbrompheniramine maleate 2 mg Tab**
Commonly known as: ALA-HIST IR
Quantity: 30 tablet
Signed by: Andrea D Cothern, NP

Take 1 tablet by mouth every 4 to 6 hours as needed.

**doxylamine-phenylephrine 10.5-10 mg Tab**
Commonly known as: POLY HIST FORTE
Quantity: 20 tablet
Signed by: Andrea D Cothern, NP

Take 1 tablet by mouth every 4 to 6 hours as needed. FILL IN GENERIC ONLY

Sabrina L. White (MRN: 1932025) • Printed at 6/12/20 12:18 PM        Page 4 of 6   Epic

Lincoln/White 0543



**Your Medication List (continued)** as of June 12, 2020 12:18 PM

**DULoxetine 30 MG capsule**
Commonly known as: CYMBALTA
Quantity: 30 capsule
Signed by: Andrea D Cothern, NP

Take 1 capsule (30 mg total) by mouth once daily.

**gabapentin 300 MG capsule**
Commonly known as: NEURONTIN

TAKE 1 CAPSULE BY MOUTH IN THE EVENING

**hydrocortisone 1 % cream**

Apply to affected area 2 times daily

**irbesartan 75 MG tablet**
Commonly known as: AVAPRO

Take 75 mg by mouth.

**levocetirizine 5 MG tablet**
Commonly known as: XYZAL

TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING

**methocarbamoL 750 MG Tab**
Commonly known as: ROBAXIN

Take 750 mg by mouth 3 (three) times daily as needed.

**metoprolol succinate 25 MG 24 hr tablet**
Commonly known as: TOPROL-XL

Take 25 mg by mouth.

**mupirocin 2 % ointment**
Commonly known as: BACTROBAN
Quantity: 15 g
Signed by: Christopher P Guarisco, MD

Apply topically 2 (two) times daily.

**promethazine-dextromethorphan 6.25-15 mg/ 5 mL Syrp**
Commonly known as: PROMETHAZINE-DM
Quantity: 118 mL
Signed by: Andrea D Cothern, NP

Take 5 mLs by mouth every 4 to 6 hours as needed.

**triamcinolone 55 mcg nasal inhaler**
Commonly known as: NASACORT

2 sprays by Nasal route.

**Ochsner On Call**
Ochsner On Call Nurse Care Line - 24/7 Assistance

Lincoln/White 0544



While scheduling and attending your appointments is your responsibility, our goal is to support and empower you throughout that process.

## ⊘ Diagnoses this Visit

Impaired mobility and activities of daily living  - Primary
Lumbar spondylosis
Facet arthritis of lumbar region
Primary osteoarthritis of both knees
Chronic pain of both knees

Comments

## Allergies as of 6/12/2020

Reactions

Aleve [naproxen Sodium]
   GI indigestion
Aspirin

## Overdue Health Reminders

Regular health screenings are one of the most important things you can do for your health. These medical tests help find problems before they start. Talk to your healthcare provider about any concerns you have.

*You are due for the health screening(s) below. Schedule these soon. Ask your healthcare provider if any of these can be completed today.*

**Breast Cancer Screening**

**Breast cancer is the second most common cancer in women after skin cancer, and the second leading caus death from cancer after lung cancer. Mammograms can detect breast cancer early, which significantly inc the chances of curing the cancer.**

A screening mammogram is an x-ray image of the breasts used for early breast cancer detection. It can help red number of deaths from breast cancer among women. To get a clear image, the breast is placed between two pl plates to make it flat. How often a mammogram is needed depends on your age and your breast cancer risk.

*Although you are still overdue for this important screening, due to the COVID-19 pandemic, we recomm scheduling it in the near future.*

Lincoln/White 0545



## AFTER VISIT SUMMARY

Sabrina L. White  DoB

6/12/2020 10.40 AM  ♀ O'Neal - Interventional Pain 225-754-3278

**Ochsner**
Healthcare With Peace Of Mind

### Instructions from Lindsay B Brunson, PA-C

Referral to Orthopedics
Expires. 6/12/2021 (requested)

### Reminder: Medications you will receive at a future office visit

APR 22 2019  medroxyPROGESTERone (DEPO-PROVERA)
Next due Monday April 22 (Overdue) (last given 1/22/2019)
Expected: every 3 (three) months (5 doses remaining)

### COVID-19 Prevention

**Guidelines for General Prevention of COVID-19**

- Take steps to protect yourself from COVID-19. Perform hand hygiene frequently. Wash your hands often with soap and water for at least 20 seconds of use and alcohol-based hand sanitizer, covering all surfaces of your hands and rubbing them together until they feel dry.
- Avoid touching your eyes, nose, and mouth with unwashed hands.
- Avoid close contact with people and stay home if you're sick, except to get medical care.
- Cover coughs and sneezes with a tissue, or use the inside of your elbow. Immediately wash your hands or use hand sanitizer.

For more information, see CDC link below:
https://www.cdc.gov/coronavirus/2019-ncov/hcp/guidance-prevent-spread.html#precautions

Your care is important to us. If your provider recommended a follow-up appointment or test, we are happy to help you coordinate your recommended care. It is important that you complete your recommended follow-up. If you need help scheduling, please call 1-866-Ochsner. Appointments can also be made online through the patient portal.

### Today's Visit

You saw Lindsay B Brunson, PA-C on Friday June 12, 2020. The following issues were addressed:

- Impaired mobility and activities of daily living
- Lumbar spondylosis
- Facet arthritis of lumbar region
- Primary osteoarthritis of both knees
- Chronic pain of both knees

Blood Pressure
119/89

BMI
46.23

Weight
261 lb

Height
5' 3"

Pulse
98

### Patient Portal

We want you to be involved with your health care. Our patient portal, called MyOchsner, is a secure, online website convenient 24-hour access to your personal health information.

With MyOchsner, you can view your a visit summary, schedule appointment request prescription refills, view test results, communicate with your healt

Lincoln/White 0546



AFTER VISIT SUMMARY

**Sabrina L. White** DoB: 12/3/1972          6/12/2020 10:40 AM   O'Neal - Interventional Pain 225-754-3278

*Claim # 7830485*

## Instructions from Lindsay B Brunson, PA-C

Referral to Orthopedics
Expires: 6/12/2021 (requested)

## Reminder: Medications you will receive at a future office visit

APR 22 2019   medroxyPROGESTERone (DEPO-PROVERA)
Next due Monday April 22 (Overdue) (last given 1/22/2019)
Expected: every 3 (three) months (5 doses remaining)

## COVID-19 Prevention

### Guidelines for General Prevention of COVID-19

- Take steps to protect yourself from COVID-19. Perform hand hygiene frequently. Wash your hands often with soap and water for at least 20 seconds of use and alcohol-based hand sanitizer, covering all surfaces of your hands and rubbing them together until they feel dry.
- Avoid touching your eyes, nose, and mouth with unwashed hands.
- Avoid close contact with people and stay home if you're sick, except to get medical care.
- Cover coughs and sneezes with a tissue, or use the inside of your elbow. Immediately wash your hands or use hand sanitizer.

For more information, see CDC link below:
https://www.cdc.gov/coronavirus/2019-ncov/hcp/guidance-prevent-spread.html#precautions

Your care is important to us. If your provider recommended a follow-up appointment or test, we are happy to help you coordinate your recommended care. It is important that you complete your recommended follow-up. If you need help scheduling, please call 1-866-Ochsner. Appointments can also be made online through the patient portal.

### Today's Visit

You saw Lindsay B Brunson, PA-C on Friday June 12, 2020. The following issues were addressed:
- Impaired mobility and activities of daily living
- Lumbar spondylosis
- Facet arthritis of lumbar region
- Primary osteoarthritis of both knees
- Chronic pain of both knees

Blood Pressure **119/89**          BMI **46.23**

Weight **261 lb**          Height **5' 3"**

Pulse **98**

### Patient Portal

We want you to be involved with your health care. Our patient portal, called MyOchsner, is a secure, online website for convenient 24-hour access to your personal health information.

With MyOchsner, you can view your after visit summary, schedule appointments, request prescription refills, view test results, communicate with your health care providers, and make payments online at https://my.ochsner.org/prd/.

abrina L. White (MRN: 1932025) • Printed at 6/12/20 12:18 PM

Page 1 of 6

Lincoln/White 0547



While scheduling and attending your appointments is your responsibility, our goal is to support and empower you throughout that process.

*Sabrina White*

☞ Diagnoses this Visit   #7830485

| | Comments |
|---|---|
| Impaired mobility and activities of daily living  – Primary | |
| Lumbar spondylosis | |
| Facet arthritis of lumbar region | |
| Primary osteoarthritis of both knees | |
| Chronic pain of both knees | |

## Allergies as of 6/12/2020

| | Reactions |
|---|---|
| Aleve [naproxen Sodium] | |
|   GI indigestion | |
| Aspirin | |

## Overdue Health Reminders

Regular health screenings are one of the most important things you can do for your health. These medical tests h find problems before they start. Talk to your healthcare provider about any concerns you have.

You are due for the health screening(s) below. Schedule these soon. Ask your healthcare provider if any of these ca completed today.

st Cancer Screening

t cancer is the second most common cancer in women after skin cancer, and the second leadi from cancer after lung cancer. Mammograms can detect breast cancer early, which significa ances of curing the cancer.

ing mammogram is an x-ray image of the breasts used for early breast cancer detection. It ca of deaths from breast cancer among women. To get a clear image, the breast is placed betwe make it flat. How often a mammogram is needed depends on your age and your breast can

you are still overdue for this important screening, due to the COVID-19 pandemic, w it in the near future.

Lincoln/White 0548

**From:**Emily Cross <ecross@dcklaw.com>
**Sent:**Fri, 8 May 2020 20:00:56 +0000
**To:**Griffin, Ieesha
**Subject:**Sabrina L. White, Claim Number: 7830485

<span style="color:red">\*\*\*This email is from an external source. Only open links and attachments from a Trusted Sender.\*\*\*</span>

Dear Ms. Griffin

As you are aware, the Social Security disability case for Ms. White is at the Appeals Council level. Due to large backlogs, a decision has not yet been reached.

Please allow an additional sixty days for an update on this claim.  Should you have any questions please contact me at 1-800-211-4736.

Sincerely,

**Emily**
**Doherty, Cella, Keane & Associates, LLP**
100 Cummings Center, Suite 335N
Beverly, MA 01915
Toll free: 800.211.4736
Direct: 978.922.0411
Fax: 978.922.1644
ssdilaw@dcklaw.com
www.social-security-law.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This email message and any files transmitted with it are confidential/privileged, for use of the intended recipient(s) only. If not the intended recipient, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lincoln/White 0549

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

**Lincoln Financial Group®**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5121

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO: 7830485

EMPLOYER/SPONSOR: Walmart, Inc.                     DATE OF BIRTH:

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Highest Grade Completed: _12th_     Check if earned: ☐ GED. ☑ HS Diploma.

Vocational Training: _Culinary_     Certificate Program completed: _Culinary Training Cert._

Associates Degree: _A A._     College: number of years: _2 1/2_

Bachelor's Degree: BA /BS Major: _____     Graduate School: MA ☑ MS☐ CAGS☐ PHD Degree: _____

Professional Training, License, Certificates(s): _Business leadership Skills, MA. Phlebotomy Management Skills & CNA, machine operator_

Are you currently attending any classes: ☐ Y ☑ N   If yes, provide name of school:_____

List any other Training or Classes Attended or Plan to Attend: _____

Primary language spoken: _English_     Other language(s) spoken fluently: _Some Spanish_

Additional Skills, Hobbies & Volunteer Work _Volunteer at Our lady of the lake, Shopping Helping Others_

Did you serve in the Armed Forces? ☐ Y ☑ N     From: _____   To: _____

Branch of Service: _____     Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history).

1. Company: _Aramark Edu._ Department: _Education_ From: _03_ To: _08_
   Job Title(s): _Secretary, Floortech supervisor, Quality control Inspector Zone Asst Manager & Various Auxiliary Manager_
   Supervisory Experience ☑ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): _To Provide outstanding Customer Service, East Baton Rouge School district Schools. Managing 20+ emp couple_

2. Company: _Comfort Suite_ Department: _Hotel_ From: _06_ To: _08_
   Job Title(s): _Night Audit_
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): _To Provide outstanding Customer Service to Guest. Front Desk Clerk, checking in & out Guest making Reservations Running Night Audit._

A Lincoln Financial Group Company                     1

Lincoln/White 0550

3. Company: _Aramark_ Department: _Blue Cross Blue Shield_ From: _08_ To: _10_
Job Title(s): _Supervisor, over 15 custodians_
Supervisory Experience ☒ Y ☐ N
Tasks/Duties (please be specific): _To provide Outstanding Customer service to BCBS with Cleaning services_

4. Company: _Baton Rouge General Hospital_ Department: _LAB_ From: _10_ To: _12_
Job Title(s): _To Collect Patients Specimen etc_
Supervisory Experience ☐ Y ☒ N
Tasks/Duties (please be specific): _Collect blood, help Nurses that were unable to place S.V. in Patient etc_

5. Company: _Corey Lane_ Department: _Car Sales_ From: _14_ To: _16_
Job Title(s): _Car Sale person_
Supervisory Experience ☐ Y ☒ N
Tasks/Duties (please be specific): _To create a environment the cure the need of Transport (ion)_

## Computer Utilization:

Computer Training/Courses, Certifications: _____

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☒ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | | | |
| Word Processing (MS Word) | ☐ | ☒ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☒ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: _____ | | |

How much time is spent daily on your work computer? ☒ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None  ☒ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

Keyboarding/Typing Experience: ☒ Yes ☐ No   If yes, WPM (words per minute) _25_
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _Sabrinawhite171@gmail.com_  Work: _Same_

SIGNATURE: _Sabrina L. White_  PHONE NO: _(225) 361-3119_

A Lincoln Financial Group Company

2

Lincoln/White 0551

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. SABRINA WHITE

Lincoln/White 0552



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

May 5, 2020

Ms. Sabrina L. White

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 7830485

Dear Ms. Sabrina White:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy").  We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond February 13, 2020. Wal-Mart Stores, Inc.'s LTD Policy requires that to receive benefits you must meet the following definition of disability:

"**Disability**" or "**Disabled**", with respect to Long Term Disability, means:

   i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and
   ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.

"**Material and Substantial Duties**", with respect to Long Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.

"**Any Occupation**" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.

Medical evidence upon which the denial is based:

You submitted a claim for lumbar spondylolistesis, osteoarthritis of spine with radiculopathy, osteoarthritis of both knees, primary osteoarthritis ankle and feet, and pain in ankle and joints of the foot and you have been receiving LTD benefits for your disability since February 14, 2018.

1  of 5

Lincoln/White 0553

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s) and your claim file contains the following medical documentation:

● Medical records from Oschner Medical System which included Dr. Browning, Dr. Thomas, Dr. Verma, Dr. Derbigny, Dr. Evuleocha, and others dated July 27, 2017 to March 10, 2020

To determine your current level of functionality, your claim was sent for medical review with a Physician Board Certified in Physical Medicine & Rehabilitation and Occupational Medicine. Per the review:

Disabling diagnoses are: *Lumbar spondylolistesis, osteoarthritis of spine with radiculopathy, osteoarthritis of both knees, primary osteoarthritis ankle and feet, and pain in ankle and joints of the foot*

*From March 2019 to present, the medical records support that claimant was unable to perform the physical essential job functions of her own occupation due to worsening knee pain that would limit time spent standing/walking and limiting crouching/squatting/ladders/climbing.*

*From March 2019 to present, the medical records support that the claimant was able to perform full-time sedentary work with the following restrictions: no crouching/squatting/ladders/climbing. While there is evidence of mild carpal tunnel syndrome, there is no mention of impairment that would affect material handling/typing/computer/mousing while seated. Claimant would benefit from minimizing time spent standing and walking (i.e., primarily seated work).*

*From February 14, 2020– forward, the medical records suggest that the claimant will be unable to perform physical essential job functions beyond sedentary work with the following restrictions: no crouching/squatting/ladders/climbing. While there is evidence of mild carpal tunnel syndrome, there is no mention of impairment that would affect material handling/typing/computer/mousing while seated. Claimant would benefit from minimizing time spent standing and walking (i.e., primarily seated work)*

*Rationale: Based on imaging and electrodiagnostic studies, claimant has mild spondylosis of lumbar spine without loss of disc height (x-rays 2018), mild spondylosis of cervical spine with mild loss of disc height at C5-6 (x-rays 2017), mild carpal tunnel syndrome bilaterally (NCS/EMG 2018), mild (tricompartmental arthritis without mention of joint space narrowing) bilateral knee osteoarthritis and bilateral foot pain with a remote history of right foot surgery.*

*Using the most recent Physical Medicine & Rehabilitation note from Dec 2019, claimant reports knee pain exacerbated by prolonged standing, ambulation and improved by rest and low back pain that is worse with prolonged standing, ambulation, and improved by rest. Claimant has tried Synvisc injections (unknown if all injections were completed) and genicular nerve blocks in December 2019 with 60% reduction in pain.*

Vocational Specialist Review:

Your file was referred to a Vocational Specialist to conduct a vocational analysis of your current

Lincoln/White 0554

capabilities, training, education, and experience. The review identified your transferable skills as:

- **Persuasion** —Persuading others to change their minds or behavior.
- **Active Listening** —Giving full attention to what other people are saying, taking time to understand the points being made, asking questions as appropriate, and not interrupting at inappropriate times.
- **Service Orientation** —Actively looking for ways to help people.
- **Speaking** —Talking to others to convey information effectively.
- **Negotiation** —Bringing others together and trying to reconcile differences.
- **Social Perceptiveness** —Being aware of others' reactions and understanding why they react as they do.
- **Critical Thinking** —Using logic and reasoning to identify the strengths and weaknesses of alternative solutions, conclusions or approaches to problems.
- **Active Learning** —Understanding the implications of new information for both current and future problem-solving and decision-making.
- **Coordination** —Adjusting actions in relation to others' actions.

Occupations for which you have been assessed to be capable to perform:
Based on this information you have the ability to perform the following occupation(s):

| Occupation | National Monthly Wage |
|---|---|
| Receptionist | $2,428 |
| Information Clerk | $2,428 |
| Check Cashier | $1,869 |

This claim determination reflects an evaluation of the claim facts and the Policy provisions only and did not rely on any internal rules, guidelines, protocols, standards or other similar criteria in rendering this determination.  We reserve the right to make a determination on any additional information that may be submitted.

Appealing this determination.

Under the Employee Retirement Income Security Act of 1974 ("ERISA"), you or your representative may request a full and fair review of this determination by writing to the address below.

Group Benefits Claims Appeal Unit
Lincoln Life Assurance Company of Boston
Group – Charlotte  WM
P.O. Box 7216
London, KY 40742-7216
ATTN: Appeal Review Unit

Contents of appeal. The written request for review must be sent within 180 days from the receipt of this letter and state the reasons why you feel the determination is inaccurate.  In your request for review please include the following documentation:

3  of 5

Lincoln/White 0555

Updated medical information dated August 9, 2017 to present from any provider supportive of your disabling condition and inability to perform any occupation beyond February 14, 2020. This information should include office notes, test results, imaging, or any consultations; as well as any additional comments, documents, records, or other information, including any Social Security decision you may have received that you feel will support your claim.

You should also provide any additional comments, documents, records, or other information which you would like considered, including any Social Security decision you may have received that you feel will support your claim.

Right to request documents.  You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination.  If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt date of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Period for review.  Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request is received.  If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days after your request for review is received.

Right to Bring Civil Action

You have the right to bring a civil action under section 502(a) of ERISA if your appeal is denied.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłįį' dóó ná'ookąąh nííní'ąągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bąąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

Nothing in this letter should be construed as a waiver of any Lincoln Financial Group rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to Lincoln Financial Group, whether or not they are specifically mentioned herein.

Lincoln/White 0556

If you have any questions regarding this matter, please contact me.

**Information Regarding Your Leave of Absence**

*Please note that leave of absence reporting for all Walmart associates is managed by Sedgwick. Lincoln Life Assurance Company of Boston has notified Sedgwick of your absence.  Sedgwick will determine if you are eligible, entitled and qualified, for an applicable FMLA, State Leave or Walmart, Inc. sponsored personal leave of absence. Sedgwick will notify you of their determination    separately.*

*You may contact the Walmart Disability & Leave Service Center at Sedgwick. The center's phone number is (800) 492-5678. You may speak with a representative Monday through Friday from 7:00 a.m. - 7:00 p.m. and Saturdays 8:00 a.m. to 4:00 p.m. CT. Information regarding your leave status can be obtained anytime through the Sedgwick interactive voice response (IVR) system or "viaOne" website accessed through WalmartOne.com or the WIRE.*

Sincerely,

Ieesha G.
Ltd Specialist II
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Lincoln/White 0557

# Billing Statement:

**Invoice Date: 04/03/2020**
**Lincoln Financial Group**

**Invoice #: 711615-159**

☸ **ReleasePoint**

**Invoice for Requests for Medical Information completed between Mar 1 2020 and Mar 31 2020**

**L-WALMAR**

**Bill Code: LIBSFU**

| RP # Cust ID | Patient Name Provider Name | Status | Date Req By | RP Fee | Med Fee | Rush | QC Amt Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 6137038 7830485 | WHITE, SABRINA OCHSNER HEALTH CENTER | Canceled | 03/11/20 | $ 4.00 | $ 25.00 | $ 0.00 | $ 0.00 12 | **$ 29.00** |

**ReleasePoint**

**405 W. Foothill Blvd**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due:**     **$ 29.00**

**Tax ID: 95-2843455**

Lincoln/White 0558



**Transferable Skills Analysis**

**Date:** 04/27/20
**Claimant:** Sabrina White
**Claim**: 7830485
**Policyholder:**  Walmart, Inc.

A Transferable Skills Analysis utilizing the Occupational Access System (OASYS) was completed to assess Ms. White's transferable skills to determine if alternative occupations exist in the national economy.

**The following documentation was reviewed:**
Job Description, DOT, TE&E & peer review signed by James Hill, MD, MPH, Diplomate, American Board of Physical Medicine & Rehabilitation dated 02/06/20.

**Education & Training:**
Education: High School Diploma

Certifications/Licensures: MA/Phelbotomist

Volunteer Activities: Management, Supervisor, volunteer at hospital

Last 15 years of Work History:

**Work History:**

| DOT Code | Job Title/Occupation Title | SVP | Yrs | Strength |
|---|---|---|---|---|
| 237.367-022 | Information Clerk | 4 | 2 | S |
| 372.667-030 | Gate Guard | 3 | 2 | L |
| 201.362-022 | School Secretary | 5 | 5 | S |
| 238.367-038 | Hotel Clerk | 4 | 1 | L |
| 381.137-010 | Supervisor, Janitorial Services | 6 | 2 | M |
| 079.364-022 | Phlebotomist | 3 | 2 | L |
| 273.353-010 | Salesperson, Automobiles | 6 | 2 | L |

**Restrictions and Limitations:**

From 2/14/20 – forward, the medical records suggest that the claimant will be unable to perform physical essential job functions beyond sedentary work with the following restrictions: no crouching/squatting/ladders/climbing. While there is evidence of mild carpal tunnel syndrome, there is no mention of impairment that would affect material handling/typing/computer/mousing while seated. Claimant would benefit from minimizing time spent standing and walking (i.e., primarily seated work).

Note: Given claimant's relatively young age, weight and lack of severe joint space narrowing

Lincoln/White 0559

on knee x-rays, it is unlikely that she will be offered a total knee replacement at this time. After successful knee replacement, claimant may be able to return to standing/walking up to 1/3 of the work day. Without knee replacement, the above R/Ls are likely permanent.

## Skills & Abilities:

- **Persuasion** — Persuading others to change their minds or behavior.
- **Active Listening** — Giving full attention to what other people are saying, taking time to understand the points being made, asking questions as appropriate, and not interrupting at inappropriate times.
- **Service Orientation** — Actively looking for ways to help people.
- **Speaking** — Talking to others to convey information effectively.
- **Negotiation** — Bringing others together and trying to reconcile differences.
- **Social Perceptiveness** — Being aware of others' reactions and understanding why they react as they do.
- **Critical Thinking** — Using logic and reasoning to identify the strengths and weaknesses of alternative solutions, conclusions or approaches to problems.
- **Active Learning** — Understanding the implications of new information for both current and future problem-solving and decision-making.
- **Coordination** — Adjusting actions in relation to others' actions.

## Profile Adjustments:

Specific Vocational Preparation: 5

General Education Development: Adjusted all settings to 9-12 considering education level.

Strength: Sedentary

Physical Demands:

Adjusted reaching, handling, fingering, feeling, talking, hearing, tasting/smelling, near acuity, far acuity, depth perception, accommodation, color vision and field of vision all to unknown as there were no restrictions and limitations stated in medical review.
Adjusted stooping, kneeling and crouching to never.

Environment: Adjusted all settings to unknown.

Noise level: Set at very loud.

Aptitudes: Left at prepopulated settings.

Work Situations: Adjusted the following settings to yes:

- o Working under specific instructions
  - Follows work orders and company polices.

Data: Adjusted the following settings to yes:

- o Analyzing
  - Judgment: Make Effective Choices - Uses policies, procedures, and/or guides to make good choices. Uses data and facts in

Updated 4/27/20

Lincoln/White 0560

- order to make day-to-day decisions and involves others as needed. Recognizes what might be a problem and informs those who can correct it.
  o Computing, Copying
    - Creates documents, reports, etc., using a writing instrument (such as a pencil or pen) or computer.

People: Adjusted the following settings to yes:

  o Serving, Taking Instructions-Helping
    - Customer/Member Centered: Serve the Customer/Member - Shows care and concern when serving our customers/members. Asks questions in order to understand customer/member needs. Uses policies and information in order to exceed
    - customer/member expectations. Finds and uses the right resources (people, products, tools) at the right time in order to resolve customer/member requests.

Things: Left at prepopulated settings.


**Examples of Occupations identified based on (National/Geographic) labor market and claimants ability profile analysis:**

| DOT Code | Occupation | SVP | Str | National Monthly Wage |
|---|---|---|---|---|
| 237.367-038 | Receptionist | 4 | S | $2,428 |
| 237.367-022 | Information Clerk | 4 | S | $2,428 |
| 211.462-026 | Check Cashier | 3 | S | $1,869 |

*Wage Information is based on median 2018 Bureau of Labor Statistical Data*

**Summary:**
The Transferable Skills Analysis identified occupations that are within Ms. White's physical abilities and within their identified skill level. The following are examples of occupations Ms. White could perform:  Receptionist, Information Clerk, and Check Cashier.  The occupations meet their gainful amount of $590 in the national economy.

I have not met with the Ms. White for the purpose of this review.  All opinions are based on review of vocational information, medical records and resources noted.

Rebecca Gladman, Ed.D., CRC
Vocational Rehabilitation Counselor

Updated 4/27/20

Lincoln/White 0561

**ADJUSTED VARIABLES SUMMARY**

This report summarizes the changes made to the person's ability profile.

| | | Changed From | Changed To |
|---|---|---|---|
| **Specific Vocational Preparation** | | | |
| Maximum | | 6 (1 to 2 years) | No Change |
| Minimum | | 3 (1 to 3 months) | 1 (Short demo only) |
| | | | |
| **General Educational Development** | | | |
| Reasoning | | 4 Grades 9-12 | No Change |
| Mathematics | | 3 Grades 7-8 | 4 Grades 9-12 |
| Language | | 4 Grades 9-12 | No Change |
| | | | |
| **Physical Demands** | | | |
| Strength | Maximum | M  Medium | S  Sedentary |
| | Minimum | S  Sedentary | No Change |
| Climbing | | Never | No Change |
| Balancing | | Never | No Change |
| Stooping | | Occasionally | Never |
| Kneeling | | Occasionally | Never |
| Crouching | | Occasionally | Never |
| Crawling | | Never | No Change |
| Reaching | | Frequently | Unknown |
| Handling | | Frequently | Unknown |
| Fingering | | Frequently | Unknown |
| Feeling | | Frequently | Unknown |
| Talking | | Frequently | Unknown |
| Hearing | | Frequently | Unknown |
| Tasting/Smelling | | Never | Unknown |
| Near Acuity | | Frequently | Unknown |
| Far Acuity | | Frequently | Unknown |
| Depth Perception | | Occasionally | Unknown |
| Accommodation | | Occasionally | Unknown |
| Color Vision | | Occasionally | Unknown |
| Field of Vision | | Occasionally | Unknown |
| | | | |
| **Environmental Conditions** | | | |
| Exposure to Weather | | Frequently | Unknown |
| Extreme Cold | | Never | Unknown |
| Extreme Heat | | Never | Unknown |
| Wet and/or Humid | | Never | Unknown |
| Vibration | | Never | Unknown |
| Atmospheric Conditions | | Never | Unknown |
| Proximity to Moving Mechanical Parts | | Never | Unknown |
| Exposure to Electrical Shock | | Never | Unknown |
| Working in High Exposed Places | | Never | Unknown |
| Exposure to Radiation | | Never | Unknown |
| Working with Explosives | | Never | Unknown |
| Exposure to Toxic or Caustic Chemicals | | Never | Unknown |
| Other Environmental Conditions | | Frequently | Unknown |
| Noise Intensity Level | | Moderate | Very Loud |
| | | | |
| **DOT Aptitudes** | | | |
| General Learning Ability | | 3  (34-66 Percentile) | No Change |
| Verbal Aptitude | | 3  (34-66 Percentile) | No Change |
| Numerical Aptitude | | 3  (34-66 Percentile) | No Change |
| Spatial Aptitude | | 3  (34-66 Percentile) | No Change |
| Form Perception | | 3  (34-66 Percentile) | No Change |
| Clerical Aptitude | | 2  (67-89 Percentile) | No Change |
| Motor Coordination | | 2  (67-89 Percentile) | No Change |
| Finger Dexterity | | 2  (67-89 Percentile) | No Change |

Updated 4/27/20

Lincoln/White 0562

| | | |
|---|---|---|
| Manual Dexterity | 2  (67-89 Percentile) | No Change |
| Eye-Hand-Foot Coordination | 3  (34-66 Percentile) | No Change |
| Color Discrimination | 4  (11-33 Percentile) | No Change |

**Work Situations (Temperaments)**

| | | |
|---|---|---|
| Directing, Controlling, Planning | Yes | No Change |
| Performing Repetitive Work | Yes | No Change |
| Influencing People | Yes | No Change |
| Performing a Variety of Duties | Yes | No Change |
| Expressing Personal Feelings | No | No Change |
| Working Alone or in Isolation | No | No Change |
| Performing Under Stress | No | No Change |
| Attaining Precise Limits/Tolerances | Yes | No Change |
| Following  Specific Instructions | No | Yes |
| Dealing with People | Yes | No Change |
| Making Judgments and Decisions | Yes | No Change |

**Work Functions - Data**

| | | |
|---|---|---|
| 0 Synthesizing | No | No Change |
| 1 Coordinating | Yes | No Change |
| 2 Analyzing | No | Yes |
| 3 Compiling | Yes | No Change |
| 4 Computing | No | Yes |
| 5 Copying | No | Yes |
| 6 Comparing | Yes | No Change |

**Work Functions - People**

| | | |
|---|---|---|
| 0 Mentoring | No | No Change |
| 1 Negotiating | No | No Change |
| 2 Instructing | No | No Change |
| 3 Supervising | Yes | No Change |
| 4 Diverting | No | No Change |
| 5 Persuading | Yes | No Change |
| 6 Speaking-Signaling | Yes | No Change |
| 7 Serving | No | Yes |
| 8 Taking Instructions-Helping | No | Yes |

**Work Functions - Things**

| | | |
|---|---|---|
| 0 Setting Up | No | No Change |
| 1 Precision Working | No | No Change |
| 2 Operating-Controlling | Yes | No Change |
| 3 Driving-Operating | Yes | No Change |
| 4 Manipulating | Yes | No Change |
| 5 Tending | No | No Change |
| 6 Feeding-Offbearing | No | No Change |
| 7 Handling | Yes | No Change |

Updated 4/27/20

Lincoln/White 0563

## TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

**Lincoln Financial Group®**

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO: 7830485

EMPLOYER/SPONSOR: Walmart, Inc.    DATE OF BIRTH: _____

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Highest Grade Completed: _12 th_    Check if earned: ☐ GED ☑ HS Diploma

Vocational Training: _Culingry Class_    Certificate Program completed: _Won 1st Place Medal in table Setting_

Associates Degree: _MA/Phelpotomist_    College: number of years: _9 mons_

Bachelor's Degree: BA /BS Major: _—_    Graduate School: MA ☑ MS ☐ CAGS ☐ PHD Degree: _____

Professional Training, License, Certificates(s): _AA, Management Building training in Texas,_

Are you currently attending any classes: ☐ Y ☑ N    If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _None_

Primary language spoken: _English_    Other language(s) spoken fluently: _little Spanish_

Additional Skills, Hobbies & Volunteer Work _Management, Supervisor, CeO, Shopping_ _a Volunteer at eiol hospital_

Did you serve in the Armed Forces? ☐ Y ☑ N    From: _____ To: _____

Branch of Service: _Customer Serv_ (specialty) _Renting out Rooms, Friendly_ _Night Audit & fixing breakfast_

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _Aramark Edu_ Department: _Management_ From: _03_ To: _08_
   _Full Time_ Job Title(s): _Secretary, Floor tech Supervisor, Quality inspector and zone manager_
   Supervisory Experience ☑ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): _To provide outstanding Customer service to Principals with Custodians & maintenance_

2. Company: _Comfort Suite_ Department: _Night auditor_ From: _06_ To: _08_
   Job Title(s): _rent out rooms, book Reser vations, running audit and Preparing breakfast for guest_
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): _To provide outstanding Customer Service to all walks of life._

A Lincoln Financial Group Company    1

Lincoln/White 0564

3. Company: _Aramark_    Department: _Blue Cross Blue Shield_    From: _08_    To: _04 &u_

Job Title(s): _Supervisor Staff on Cleaning, Waxing Floors, etc._

Supervisory Experience  ☑ Y   ☐ N

Tasks/Duties (please be specific): _To Provide Out Standing Customer Dedicato our Clients_

4. Company: _BR General Hospital_    Department: _LAB_    From: _10_    To: _12_

Job Title(s): _Phlebotomist_

Supervisory Experience  ☐ Y   ☑ N

Tasks/Duties (please be specific): _To Collect Specimens From patient to Forward to lab_

5. Company: _Gerry LANE_    Department: _Sales_    From: _14_    To: _16_

Job Title(s): _To Salesperson (cars, Truck etc._

Supervisory Experience  ☐ Y   ☑ N

Tasks/Duties (please be specific): _To help Clients to Purchase the Car of the dream etc._

6. over

**Computer Utilization:**

Computer Training/Courses, Certifications: _None_

|  | Home | Work |  | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: _____ |  |  |
| Photo Software | ☐ | ☐ |  |  |  |

How much time is spent daily on your work computer?  ☑ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

How much time is spent daily on your home computer?  ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

Keyboarding/Typing Experience:  ☑ Yes  ☐ No   If yes, WPM (words per minute) _25_
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _SabrineWhit17@gmail.com_  Work: _None_

SIGNATURE: _Sabrine White_   PHONE NO: _225 361-3119_

A Lincoln Financial Group Company                                    2

Lincoln/White 0565

6.) Walmart – 2015 – 2017
Overnight Cashier / Host
: To Provide Outsiding customer Service
to all walks of life.

No! They have delayed my MRI for
hand doue to the CORONA Virues.
Dr. Linsay appointment in July
8th for three & Back in which
Shots have not helped.
I will also be see a New
Doctor for my hand Oue
MRI is done.

Lincoln/White 0566

| | |
|---|---|
| **From:** | Sabrina White |
| **To:** | WMRTCSU |
| **Cc:** | LFGNotification@lfg.com |
| **Subject:** | Emergency claim Reverse..claim #7830485 |
| **Date:** | Monday, April 20, 2020 10:47:23 AM |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

To who this may concern:

I, Sabrina White find it very unethical for my daughter and I to be struggling due to 15 years of my past work experience which I have sent and I am unable to do any of those task because of the arthritis in the side of my neck, the upper and lower part of my back my, both of my knees and my ankles. My both knees have no Cartlidge and my hands have carpal tunnel and tremors which there is a knot that is growing that is growing on the side of my wrist in which doctors are sending me to a MRI to find out what is going on, why is his swelling why and why am I unable to turn the switch on in my car, why am I dropping things, why am I unable to use this arm to do anything. I send all up to date summaries and Future appointments set up for Dr. Lindsey Bryson who will set date for knee replacements and back surgery and Dr. Hebert will find out what is going on with my hands after they put dye this knot with a needle to see was going on Unfortunately, at this time where the USA is under a State of Emergency, we have nothing and this is a disgrace to Walmart myself and other people during this crisis we are in. I don't know what part of that is not understood. Therefore I am asking that my funds be released because we need it and this is not OK. I expect a call from someone because there is no record of anyone calling this number leaving any kind of message I thanks you in advance.

Sincerely,

Sabrina L. White

Lincoln/White 0567

**Lincoln Financial Group®**

Group Benefits Disability
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

EMPLOYEE/CLAIMANT NAME: Sabrina White

DATE OF BIRTH:

CLAIM NO: 7830485

EMPLOYER/SPONSOR: Walmart, Inc.

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Check if earned: ☐ GED ☒ HS Diploma

Highest Grade Completed: 12th    Workplace Media

Vocational Training: Culingry Class    Certificate Program completed: in Table Setting 9mons

Associate Degree: MA/PHD potomotist    College: number of years:

Bachelor's Degree: BA /BS Major: _____ Graduate School: MA ☒ MS ☐ CAGS ☐ PHD Degree:

Professional Training, License, Certificates(s): AA, Management building training ei

Are you currently attending any classes: ☐ Y ☒ N    If yes, provide name of school:

List any other Training or Classes Attended or Plan to Attend: None

Primary language spoken: English    Other language(s) spoken fluently: little spanir

Additional Skills, Hobbies & Volunteer Work: Management, supervsor, Ceo, Shopping a volunteer at 2101 hospital    From: 09 20    To: 09 80

Did you serve in the Armed Forces? ☐ Y ☒ N

Branch of Service: Customer Serv (especially) Renting out rooms, Running nicles audite ging tree

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below) Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. Use additional pages if needed for a complete work history).

Company: Aramark Edu    Department: Management    From: 03    To: 08

Job Title(s): Secretary Floor tech supelvisor, Quality enspec zonemanise

Supervisory Experience ☒ Y ☐ N

Tasks/Duties/Physical Requirements (please be specific): To provide outstding Cu crvice Principals with custodians (mai

Company: Comfort suite    Department: Night audter    From: 06    To:

Title(s): rent out rooms, book reservations, running and preparing breakf

Supervisory Experience ☐ Y ☒ N

Duties (please be specific): To provide outstanding tomers service to all walks of life

Lincoln/White 0568



TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

6.) Walmart - 2015 -2017
Overnight Cashier / Host
To Provide outsiding customer Service
to all walks of life.

0'. They have delayed my MRI for
hand done to the CORONA Virus,.
DR. Lindsay appointment in July
8th for three & Bock in Which
Shots have not helped.
i will also be see a New
Doctor for my hand one
MRI is done.

Lincoln/White 0569

3. Company: Aramark   Department: Blue Cross Blue Shield   From: 08   To: 04&0
Job Title(s): Supervisor   Staff on Cleaning, Waxing Floors, etc.
Supervisory Experience: ☑ Y   ☐ N
Tasks/Duties (please be specific): To Provide Out Standing Customer Service to our Clients

4. Company: BR General Hospital   Department: LAB   From: 10   To: 12
Job Title(s): Phlebotomist
Supervisory Experience: ☐ Y   ☑ N
Tasks/Duties (please be specific): To collect specimens from patient to Forward to lab

5. Company: Gerry LANE   Department: Sales   From: 14   To: 16
Job Title(s): To Salesperson (cars, Truck etc.
Supervisory Experience: ☐ Y   ☑ N
Tasks/Duties (please be specific): To help Clients to purchase the Car of the dream etc,

6. once

**Computer Utilization:**
Computer Training/Courses, Certifications: None

|  | Home | Work |  | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics | ☐ | ☐ |
| Internet | ☐ | ☐ | Software Installation/Repair | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Hardware Installation/Repair | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: | | |

ow much time is spent daily on your work computer? ☑ None   ☐ 1-2 hours   ☐ 2-3 hours   ☐ 3+ hours

w much time is spent daily on your home computer? ☑ None   ☐ 1-2 hours   ☐ 2-3 hours   ☐ 3+ hours

boarding/Typing Experience: ☑ Yes   ☐ No   If yes, WPM (words per minute) 25
recommend- http://typingtest.com to determine WPM)

provide your email address: Personal: SabrineWhit17@gmail.com   Work: None

SIGNATURE: _Sabrine White_   PHONE NO: [redacted]

Lincoln/White 0570

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO: 7830485

EMPLOYER/SPONSOR: Walmart, Inc.                    DATE OF BIRTH:

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: _____    Check if earned: ☐ GED  ☐ HS Diploma

Vocational Training: _____ Certificate Program completed: _____

Associates Degree: _____ College: number of years: _____

Bachelor's Degree: BA /BS Major: _____ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: _____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes: ☐ Y  ☐ N  If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Primary language spoken: _____ Other language(s) spoken fluently: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y  ☐ N    From: _____    To: _____

Branch of Service: _____    Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y  ☐ N
   Tasks/Duties/Physical Requirements (please be specific): _____

   _____

2. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y  ☐ N
   Tasks/Duties (please be specific): _____

   _____

A Lincoln Financial Group Company                    1

Lincoln/White 0571

3. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y   ☐ N
   Tasks/Duties (please be specific): _____
   _____

4. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y   ☐ N
   Tasks/Duties (please be specific): _____
   _____

5. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y   ☐ N
   Tasks/Duties (please be specific): _____
   _____

## Computer Utilization:

Computer Training/Courses, Certifications: _____

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: _____ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No   If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____ Work: _____

**SIGNATURE:** _____ **PHONE NO: (     )** _____

A Lincoln Financial Group Company                                                2

Lincoln/White 0572

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216


MS. SABRINA WHITE

Lincoln/White 0573



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5121

April 18, 2020

Ms. Sabrina L. White

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 7830485

Dear Ms. Sabrina White:

Please complete and return the enclosed form.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Megan Gauthier
Sr. LTD DCM II
On Behalf Of: Ieesha G.
Phone No.: (888) 437-7611 Ext. 18257
Secure Fax No.: (877) 353-6412

Attachments:   Training Education Experience

1  of  1

Lincoln/White 0574

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5121

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO: 7830485

EMPLOYER/SPONSOR: Walmart, Inc.                                    DATE OF BIRTH:

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: _____          Check if earned: ☐ GED  ☐ HS Diploma

Vocational Training: _____  Certificate Program completed: _____

Associates Degree: _____  College: number of years: _____

Bachelor's Degree: BA /BS Major: _____  Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: _____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes: ☐ Y  ☐ N  If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Primary language spoken: _____  Other language(s) spoken fluently: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y  ☐ N  From: _____  To: _____

Branch of Service: _____  Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _____  Department: _____  From: _____  To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y  ☐ N
   Tasks/Duties/Physical Requirements (please be specific): _____

   _____

2. Company: _____  Department: _____  From: _____  To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y  ☐ N
   Tasks/Duties (please be specific): _____

   _____

A Lincoln Financial Group Company                                    1

Lincoln/White 0575

3. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y  ☐ N

   Tasks/Duties (please be specific): _____

   _____

4. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y  ☐ N

   Tasks/Duties (please be specific): _____

   _____

5. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y  ☐ N

   Tasks/Duties (please be specific): _____

   _____

**Computer Utilization:**

Computer Training/Courses, Certifications: _____

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | | | |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: _____ | | |

How much time is spent daily on your work computer? ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes  ☐ No   If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____ Work: _____

**SIGNATURE:** _____  **PHONE NO: (    )** _____

A Lincoln Financial Group Company                                    2

Lincoln/White 0576

**From:**      Sabrina White
**To:**        WMRTCSU
**Subject:**   Claim 7830485
**Date:**      Tuesday, March 24, 2020 3:45:00 PM
**Attachments:**   IMG_0220.PNG
               IMG_0221.PNG
               IMG_0222.PNG
               IMG_0223.PNG
               IMG_0224.PNG

***This email is from an external source. Only open links and attachments from a Trusted Sender.***






.ıl Boost 🛜                1:41 PM                @ ◀ 61% ▰

🔒 my.ochsner.org                ↻

### AFTER VISIT SUMMARY                                    ᵛOchsner

Sabrina L. White  DoB: 12/3/1972          12/18/2019 12:00 PM  ♀ O'Neal - Interventional Pain 225-754-3278

**Instructions** from Lindsay B Brunson, PA-C

Today's medication changes

START taking
**gabapentin** 300 MG capsule (NEURONTIN)
Started by: Irene N Evuleocha, DPM

CHANGE how you take
**clonazePAM** 1 MG tablet (KLONOPIN)
Changed by: Irene N Evuleocha, DPM

**cyclobenzaprine** 10 MG tablet (FLEXERIL)
Changed by: Irene N Evuleocha, DPM

**DULoxetine** 30 MG capsule (CYMBALTA)
Changed by: Irene N Evuleocha, DPM

**irbesartan** 75 MG tablet (AVAPRO)
Changed by: Irene N Evuleocha, DPM

**levocetirizine** 5 MG tablet (XYZAL)
Changed by: Irene N Evuleocha, DPM

**sertraline** 100 MG tablet (ZOLOFT)
Changed by: Irene N Evuleocha, DPM

STOP taking
**butalbital-acetaminophen-caffeine 50-325-40 mg** 50-325-40 mg per tablet (FIORICET, ESGIC)
Stopped by: Irene N Evuleocha, DPM

**rizatriptan** 5 MG tablet (MAXALT)
Stopped by: Irene N Evuleocha, DPM

**Voltaren** 1 % Gel
Stopped by: Irene N Evuleocha, DPM

Accurate as of December 18, 2019 10:30 AM
**Review your updated medication list below.**

Pick up these medications at Walmart Pharmacy 839 - BATON ROUGE, LA - 9350 CORTANA PLACE
gabapentin
Address: 9350 CORTANA PLACE, BATON ROUGE LA 70815
Phone:  225-927-0114

Referrals placed today
IR Facet Inj Lumbar 3rd Vert B
Expires 12/17/2020 (requested)

### Today's Visit

You saw Lindsay B Brunson, PA-C on Wednesday December 18, 2019. The following issues were addressed: Lumbar spondylosis, Facet arthritis of lumbar region, Primary osteoarthritis of both knees, and Chronic pain of both knees.

Blood Pressure **127/95**       BMI **44.82**

Weight **253 lb**       Height **5' 3"**

Pulse **103**       Respiration **18**

Done Today
Case Request-RAD/Other Procedure Area: Bilateral L3-5 MBB for Lumbar spondylosis

### Patient Portal

We want you to be involved with your health care. Our patient portal, called MyOchsner, is a secure, online website for convenient 24-hour access to your personal health information.

Lincoln/White 0577



IR Facet Inj Lumbar 2nd Vert Ei
Expires: 12/17/2020 (requested)

IR Facet Inj Lumbar 1st Vert Bi
Expires: 12/17/2020 (requested)

With MyOchsner, you can view your after visit summary, schedule appointments, request prescription refills, view test results, communicate with your health care providers, and make payments online at https://my.ochsner.org/prd/.

Sabrina L. White (MRN: 1932025) • Printed at 12/18/19 10:30 AM

Page 1 of 4    Epic

Instructions (continued) from Lindsay B Brunson, PA-C

Follow up for Lumbar MBB in 1-3 weeks.



.ıl Boost 🤏    1:41 PM    @ 61% ▭

🔒 my.ochsner.org

IR Facet Inj Lumbar 1st Vert Bi
Expires: 12/17/2020 (requested)

request prescription refills, view test results, communicate with your health care providers, and make payments online at https://my.ochsner.org/prd/.

Sabrina L. White (MRN: 1932025) • Printed at 12/18/19 10:30 AM

Page 1 of 4    Epic

Instructions (continued) from Lindsay B Brunson, PA-C

Follow up for Lumbar MBB in 1-3 weeks.

What's Next

Upcoming Appointments

JAN 8 2020    Bilateral L3-5 MBB with Verma Karan, MD    HGVH PAIN MGT
10310 The Grove Blvd
Baton Rouge LA

FEB 5 2020    Established Patient Visit with Lindsay B Brunson, PA-C
Wednesday February 5 11:00 AM    O'Neal - Interventional Pain
16777 Medical Center Drive
Baton Rouge LA 70816-3254
225-754-3278

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

Reminder: Medications you will receive at a future office visit

APR 22 2019    medroxyPROGESTERone (DEPO-PROVERA)
Next due Monday April 22 (Overdue) (last given 1/22/2019)
Expected: every 3 (three) months (5 doses remaining)

Lincoln/White 0578

Your care is important to us. If your provider recommended a follow-up appointment or test, we are happy to help you coordinate your recommended care. It is important that you complete your recommended follow-up. If you need help scheduling, please call 1-866-Ochsner. Appointments can also be made online through the patient portal.

While scheduling and attending your appointments is your responsibility, our goal is to support and empower you throughout that process.

## ⊘ Diagnoses this Visit

Comments

Lumbar spondylosis - Primary
Facet arthritis of lumbar region
Primary osteoarthritis of both knees
Chronic pain of both knees

## Allergies as of 12/18/2019

Reactions

Aleve [naproxen Sodium]
Aspirin

Sabrina L. White (MRN: 1932025) • Printed at 12/18/19 10:30 AM                    Page 2 of 4   Epic

## Your Medication List    as of December 18, 2019 10:30 AM

ⓘ Always use your most recent med list.

amitriptyline 50 MG tablet                    Take 1 tablet (50 mg total) by mouth every evening.



.ıl Boost 🛜          1:41 PM          61% 🔋
🔒 my.ochsner.org

Sabrina L. White (MRN: 1932025) • Printed at 12/18/19 10:30 AM                    Page 2 of 4   Epic

Your Medication List    as of December 18, 2019 10:30 AM

ⓘ Always use your most recent med list.

amitriptyline 50 MG tablet                    Take 1 tablet (50 mg total) by mouth every evening.
Commonly known as ELAVIL
30 tablet
Andrea D Cothern, NP

Lincoln/White 0579

| | | |
|---|---|---|
| carbinoxamine maleate 4 mg Tab <br> Quantity 60 each <br> Signed by Andrea D Cothern, NP | Take 1 to 2 tablets by mouth 3 (three) times daily as needed. |
| clonazePAM 1 MG tablet <br> Commonly known as KLONOPIN <br> Changed by Irene N Evuleocha, DPM | Take 1 mg by mouth 2 (two) times daily as needed. <br> What changed? **Another medication with the same name was removed. Continue taking this medication, and follow the directions you see here.** |
| cyclobenzaprine 10 MG tablet <br> Commonly known as FLEXERIL <br> Changed by Irene N Evuleocha, DPM | Take 10 mg by mouth 2 (two) times daily as needed. <br> What changed? **Another medication with the same name was removed. Continue taking this medication, and follow the directions you see here.** |
| DULoxetine 30 MG capsule <br> Commonly known as CYMBALTA <br> Changed by Irene N Evuleocha, DPM | Take 30 mg by mouth. <br> What changed? **Another medication with the same name was removed. Continue taking this medication, and follow the directions you see here.** |
| gabapentin 300 MG capsule <br> Commonly known as NEURONTIN <br> Quantity 30 capsule <br> Signed by Irene N Evuleocha, DPM <br> Signed by Irene N Evuleocha, DPM | Take 1 capsule (300 mg total) by mouth every evening. |
| irbesartan 75 MG tablet <br> Commonly known as AVAPRO <br> Changed by Irene N Evuleocha, DPM | Take 75 mg by mouth. <br> What changed? **Another medication with the same name was removed. Continue taking this medication, and follow the directions you see here.** |
| levocetirizine 5 MG tablet <br> Commonly known as XYZAL <br> Changed by Irene N Evuleocha, DPM | TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING <br> What changed? **Another medication with the same name was removed. Continue taking this medication, and follow the directions you see here.** |

Sabrina L. White (MRN: 1932025) • Printed at 12/18/19 10:30 AM          Page 3 of 4  **Epic**

---

## Your Medication List (continued) as of December 18, 2019 10:30 AM

| | | |
|---|---|---|
| meloxicam 15 MG tablet <br> Commonly known as MOBIC <br> Quantity 30 tablet <br> Signed by Andrea D Cothern, NP | Take 1 tablet (15 mg total) by mouth once daily. |
| montelukast 10 mg tablet <br> Commonly known as SINGULAIR <br> Quantity 30 tablet <br> Signed by Andrea D Cothern, NP | Take 1 tablet (10 mg total) by mouth every evening. |



.ıl Boost 🗚              1:42 PM              @ 61% 🔋

🔒 my.ochsner.org              ↻

Lincoln/White 0580



Sabrina L. White (MRN: 1932025) • Printed at 12/18/19 10:30 AM                    Page 3 of 4  **Epic**

## Your Medication List (continued)  as of December 18, 2019 10:30 AM

**meloxicam** 15 MG tablet
Commonly known as MOBIC
Currently 30 tablet
Signed by Andrea D Cothern, NP

Take 1 tablet (15 mg total) by mouth once daily.

**montelukast** 10 mg tablet
Commonly known as SINGULAIR
Currently 30 tablet
Signed by Andrea D Cothern, NP

Take 1 tablet (10 mg total) by mouth every evening.

**sertraline** 100 MG tablet
Commonly known as ZOLOFT

Take 100 mg by mouth
*What's changed* Another medication with the same name was removed. Continue taking this medication, and follow the directions you see here.

**triamcinolone** 55 mcg nasal inhaler
Commonly known as NASACORT
Currently 17 g
Signed by Andrea D Cothern, NP

2 sprays by Nasal route once daily.

## Ochsner On Call

**Ochsner On Call Nurse Care Line - 24/7 Assistance**
Unless otherwise directed by your provider, please contact Ochsner On-Call, our nurse care line that is available for 24/7 assistance.

Registered nurses in the Ochsner On Call Center provide: appointment scheduling, clinical advisement, health education, and other advisory services.
Call: **1-800-231-5257 (toll free)**

## Language Assistance Services

ATTENTION: Language assistance services are available, free of charge. Please call 1-800-928-6247.

ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-800-928-6247.

CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số 1-800-928-6247.

Ochsner International Plan complies with applicable federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex.

Sabrina L. White (MRN: 1932025) • Printed at 12/18/19 10:30 AM                    Page 4 of 4  **Epic**

Lincoln/White 0581



.ıl Boost 🤖      **1:42 PM**      ⊙ 61% 🔋

🔒 my.ochsner.org

personal health information.

With MyOchsner, you can view your after visit summary, schedule appointments, request prescription refills, view test results, communicate with your health care providers, and make payments online at https://my.ochsner.org/prd/.

Sabrina L. White (MRN: 1932025) • Printed at 1/23/20  7:27 AM        Page 1 of 7  **Epic**

## What's next

**23 JAN** Bilateral L3-5 MBB with Verma Karan, MD
Thursday Jan 23, 2020        HGVH PAIN MGT

**27 JAN** Hospital Follow Up with Andrea O'Lothern, NP
Monday Jan 27, 2020 11:30 AM        Jefferson Place - Family Medicine
8150 JEFFERSON HWY
Baton Rouge LA 70809-7715
225-761-5200

**20 FEB** Established Patient Visit with Lindsay B Brunson, PA-C
Thursday Feb 20, 2020 11:20 AM        O'Neal - Interventional Pain
16777 Medical Center Drive
Baton Rouge LA 70816-3254
225-754-3278

## Medications You Will Be Given

**22 APR** medroxyPROGESTERone (DEPO-PROVERA)
Next due Monday April 22 (Overdue) (last given 1/22/2019)
Expected: every 3 (three) months (5 doses remaining).

Your care is important to us. If your provider recommended a follow-up appointment or test, we are happy to help you coordinate your recommended care. It is important that you complete your recommended follow-up.  If you need help scheduling, please call 1-866-Ochsner. Appointments can also be made online through the patient portal.

While scheduling and attending your appointments is your responsibility, our goal is to support and empower you throughout that process.

## You are allergic to the following

| Allergen | Reactions |
|---|---|
| **Aleve (Naproxen Sodium)** | Not Noted |
| **Aspirin** | Not Noted |

📧 Treatment Team        Chat With All ✎

Lincoln/White 0582



Sent from my iPhone

Lincoln/White 0583

| | |
|---|---|
| **From:** | Sabrina White |
| **To:** | WMRTCSU |
| **Subject:** | 7830485 |
| **Date:** | Tuesday, March 24, 2020 3:47:25 PM |
| **Attachments:** | IMG_0249.PNG |
| | IMG_0250.PNG |
| | IMG_0251.PNG |
| | IMG_0252.PNG |
| | IMG_0253.PNG |
| | IMG_0254.PNG |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***



Lincoln/White 0584



Sabrina L. White (MRN: 1932025) • Printed at 3/10/20  1:31 PM          Page 3 of 10  Epic

## Allergies as of 3/10/2020

Reactions

Aleve [naproxen Sodium]
Aspirin

## Ochsner On Call

**Ochsner On Call Nurse Care Line - 24/7 Assistance**
Unless otherwise directed by your provider, please contact Ochsner On-Call, our nurse care line that is available for 24/7 assistance.

Registered nurses in the Ochsner On Call Center provide: appointment scheduling, clinical advisement, health



.ıll Boost 🤙          **1:49 PM**          🔒 ⬆ 58% ◼

🔒 my.ochsner.org

## Allergies as of 3/10/2020

Reactions

Aleve [naproxen Sodium]
Aspirin

## Ochsner On Call

**Ochsner On Call Nurse Care Line - 24/7 Assistance**
Unless otherwise directed by your provider, please contact Ochsner On-Call, our nurse care line that is available for 24/7 assistance.

Registered nurses in the Ochsner On Call Center provide: appointment scheduling, clinical advisement, health education, and other advisory services.
Call: **1-800-231-5257 (toll free)**

## Your Scheduled Appointments

Mar 19, 2020  9:30 AM CDT
Fi Arthrogram with BRMH XRFL1
Ochsner Medical Center - BR (Ochsner Baton Rouge Hospital)

17000 Medical Center Drive
Baton Rouge LA 70816-3246
225-752-2470

Mar 19, 2020 10:45 AM CDT
Mri Arthrogram with BRMH MRI1
Ochsner Medical Center - BR (Ochsner Baton Rouge Hospital)

17000 Medical Center Drive
Baton Rouge LA 70816-3246
225-752-2470

Mar 20, 2020  9:20 AM CDT
New Patient with William James Hubbard, MD

16777 Medical Center Drive
Baton Rouge LA 70816-3254

Lincoln/White 0585



O'Neal - Orthopedics (Ochsner Baton Rouge Medical Center Dr)     225-754-3278

## Language Assistance Services

ATTENTION: Language assistance services are available, free of charge. Please call 1-800-928-6247.

ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-800-928-6247.

CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số 1-800-928-6247

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20  1:31 PM     Page 4 of 10  **Epic**

## Your Medication List

### TAKE these medications

butalbital-acetaminophen-caffeine 50-325-40 mg 50-325-40 mg per tablet
Commonly known as FIORICET, ESGIC
Quantity: 12 tablet
Signed by: Todd J Bossier, NP

Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches.

predniSONE 50 MG Tab
Commonly known as DELTASONE

Take 1 tablet (50 mg total) by mouth once daily for 3 days



.ıl Boost 🛜     1:49 PM     📍 58% 🔋

🔒 my.ochsner.org

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20  1:31 PM     Page 4 of 10  **Epic**

## Your Medication List

### TAKE these medications

butalbital-acetaminophen-caffeine 50-325-40 mg 50-325-40 mg per tablet
Commonly known as FIORICET, ESGIC
Quantity: 12 tablet
Signed by: Todd J Bossier, NP

Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches.

Lincoln/White 0586



predniSONE 50 MG Tab
Commonly known as DELTASONE
Last time this was given 60 mg on March 10, 2020 11:51 AM
Quantity 3 tablet
Signed by Todd J Bossier, NP

Take 1 tablet (50 mg total) by mouth once daily, for 3 days

## ASK your doctor about these medications

amitriptyline 50 MG tablet
Commonly known as ELAVIL

betamethasone dipropionate 0.05 % cream
Commonly known as DIPROLENE
Quantity 45 g
Signed by Andrea D Cothern, NP

Apply topically 2 (two) times daily.

cetirizine 10 MG tablet
Commonly known as ZYRTEC

clonazePAM 1 MG tablet
Commonly known as KLONOPIN
Quantity 60 tablet
Signed by Andrea D Cothern, NP

Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. OVERDUE FOR ANNUAL///LAST RF

diclofenac 50 MG tablet
Commonly known as CATAFLAM

DULoxetine 30 MG capsule
Commonly known as CYMBALTA
Quantity 30 capsule
Signed by Andrea D Cothern, NP

Take 1 capsule (30 mg total) by mouth once daily

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20 1:31 PM     Page 5 of 10  Epic

## Your Medication List (continued)

ASK your doctor about these medications (continued)

gabapentin 300 MG capsule
Commonly known as NEURONTIN

hydrocortisone 1 % cream

irbesartan 75 MG tablet
Commonly known as AVAPRO

Boost     1:49 PM     58%
🔒 my.ochsner.org

Lincoln/White 0587



ANNUAL///LAST RF

ASK    Quantity, 60 tablet
Signed by Andrea D Cothern, NP

? diclofenac 50 MG tablet
ASK Commonly known as CATAFLAM

? DULoxetine 30 MG capsule        Take 1 capsule (30 mg total) by mouth once daily
ASK Commonly known as CYMBALTA
Quantity, 30 capsule
Signed by Andrea D Cothern, NP

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20  1:31 PM         Page 5 of 10  Epic

## Your Medication List (continued)

ASK your doctor about these medications (continued)

? gabapentin 300 MG capsule
ASK Commonly known as NEURONTIN

? hydrocortisone 1 % cream
ASK

? irbesartan 75 MG tablet
ASK Commonly known as AVAPRO

? levocetirizine 5 MG tablet
ASK Commonly known as XYZAL

? methocarbamol 750 MG Tab
ASK Commonly known as ROBAXIN

? metoprolol succinate 25 MG 24 hr tablet
ASK Commonly known as TOPROL-XL

? promethazine-dextromethorphan 6.25-15 mg/   Take 5 mLs by mouth every 4 to 6 hours as needed
5 mL Syrp
ASK Commonly known as PROMETHAZINE DM
Quantity 118 mL
Signed by Andrea D Cothern, NP

? triamcinolone 55 mcg nasal inhaler
ASK Commonly known as NASACORT

Lincoln/White 0588

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20 1:31 PM                    Page 6 of 10  Epic



## Attached Information
Headaches: Self-Care for Heal...

### Self-Care for Headaches

Most headaches aren't serious and can be relieved with self-care. But some headaches may be a sign of another health problem like eye trouble or high blood pressure. To find the best treatment, learn what kind of headaches you get. For tension headaches, self-care will usually help. To treat migraines, ask your healthcare provider for advice. It is also possible to get both tension and migraine headaches. Self-care involves relieving the pain and avoiding headache "triggers" if you can.

### Ways to reduce pain and tension

Try these steps:

- Apply a cold compress or ice pack to the pain site.
- Drink fluids. If nausea makes it hard to drink, try sucking on ice.
- Rest. Protect yourself from bright light and loud noises.
- Calm your emotions by imagining a peaceful scene.
- Massage tight neck, shoulder, and head muscles.
- To relax muscles, soak in a hot bath or use a hot shower.

### Use medicines

Aspirin or aspirin substitutes, such as ibuprofen and acetaminophen, can relieve headache. Remember: Never give aspirin to anyone 18 years old or younger because of the risk of developing Reye syndrome. Use pain medicines only when necessary.

### Track your headaches

Keeping a headache diary can help you and your healthcare provider identify what's causing your headaches.

- Note when each headache happens.
- Identify your activities and the foods you've eaten 6 to 8 hours before the headache began.

Lincoln/White 0589



• Look for any trends or "triggers."

## Signs of tension headache

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20  1:31 PM

Page 7 of 10  Epic

Any of the following can be signs:

- Dull pain or feeling of pressure in a tight band around your head
- Pain in your neck or shoulders
- Headache without a definite beginning or end
- Headache after an activity such as driving or working on a computer

## Signs of migraine

Any of the following can be signs:

- Throbbing pain on one or both sides of your head
- Nausea or vomiting



.ıl Boost 🛜          1:49 PM          @ 58% 🔋

🔒 my.ochsner.org

- Note when each headache happens.
- Identify your activities and the foods you've eaten 6 to 8 hours before the headache began.
- Look for any trends or "triggers."

## Signs of tension headache

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20  1:31 PM

Page 7 of 10  Epic

Any of the following can be signs:

- Dull pain or feeling of pressure in a tight band around your head
- Pain in your neck or shoulders
- Headache without a definite beginning or end
- Headache after an activity such as driving or working on a computer

## Signs of migraine

Any of the following can be signs:

- Throbbing pain on one or both sides of your head
- Nausea or vomiting
- Extreme sensitivity to light, sound, and smells
- Bright spots, flashes, or other visual changes
- Pain or nausea so severe that you can't continue your daily activities

## Call your healthcare provider

If you have any of the following symptoms, contact your healthcare provider:

Lincoln/White 0590



If you have any of the following symptoms, contact your healthcare provider:

- A headache that lingers after a recent injury or bump to the head.
- A fever with a stiff neck or pain when you bend your head toward your chest.
- A headache along with slurred speech, changes in your vision, or numbness or weakness in your arms or legs.
- A headache for longer than 3 days.
- Frequent headaches, especially in the morning.
- Headaches with seizures
- Seek immediate medical attention if you have a headache that you would call "the worst headache you have ever had."

**Date Last Reviewed:** 10/4/2015

© 2000-2017 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Sabrina L White (MRN: 1932025) • Printed at 3/10/20 1:31 PM                     Page 8 of 10

Attached Information

Sent from my iPhone

Lincoln/White 0591

**From:** Sabrina White
**To:** WMRTCSU
**Subject:** Claim 7830485
**Date:** Tuesday, March 24, 2020 3:46:34 PM
**Attachments:** IMG_0231.PNG
IMG_0232.PNG
IMG_0233.PNG
IMG_0234.PNG
IMG_0235.PNG
IMG_0236.PNG

***This email is from an external source. Only open links and attachments from a Trusted Sender.***






.ıl Boost 🛜                1:44 PM                @ 61% 🔋

🔒 my.ochsner.org                ↻

AFTER VISIT SUMMARY                ❤Ochsner

Sabrina L. White  Dob 12/3/1977        📅 1/28/2020 12:40 PM  📍 O'Neal - Interventional Pain 225-754-3278

**Instructions** from Lindsay B Brunson, PA-C

Today's medication changes

○ START taking:
**methocarbamol** 750 MG Tab (ROBAXIN)

↻ CHANGE how you take:
**gabapentin** 300 MG capsule (NEURONTIN)

✕ STOP taking:
**cyclobenzaprine** 10 MG tablet (FLEXERIL)

Accurate as of January 28, 2020 12:04 PM.
**Review your updated medication list below.**

Pick up these medications at Walmart Pharmacy 839 - BATON ROUGE LA - 9350 CORTANA PLACE
gabapentin • methocarbamol
Address  9350 CORTANA PLACE, BATON ROUGE LA 70815
Phone:  225-927-0114

**Today's Visit**

You saw Lindsay B Brunson, PA-C on Tuesday January 28, 2020. The following issues were addressed: Lumbar spondylosis, Facet arthritis of lumbar region, Primary osteoarthritis of both knees, and Chronic pain of both knees.

Blood Pressure: 121/94        BMI: 45.17
Weight: 255 lb        Height: 5' 3"
Pulse: 83        Respiration: 18

**What's Next**

Upcoming Appointments
FEB 27 2020  Established Patient Visit with Lindsay B Brunson, PA-C Thursday February 27 10:20 AM

O'Neal - Interventional Pain
16777 Medical Center Drive
Baton Rouge LA 70816-3254
225-754-3278

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

Reminder: Medications you will receive at a future office visit
APR 22 2019  medroxyPROGESTERone (DEPO-PROVERA) Next due Monday April 22 (Overdue) (last given 1/22/2019) Expected: every 3 (three) months (5 doses remaining)

**Patient Portal**

We want you to be involved with your health care. Our patient portal, called MyOchsner, is a secure, online website for convenient 24-hour access to your personal health information.

Lincoln/White 0592



Your care is important to us. If your provider recommended a follow-up appointment or test, we are happy to help you coordinate your recommended care. It is important that you complete your recommended follow-up. If you need help scheduling, please call

With MyOchsner, you can view your after visit summary, schedule appointments, request prescription refills, view test results, communicate with your health care providers, and make payments online at https://my.ochsner.org/prd/.

Sabrina L. White (MRN: 1932025) • Printed at 1/28/20 12:04 PM

Page 1 of 4   Epic

1-866-Ochsner. Appointments can also be made online through the patient portal.

While scheduling and attending your appointments is your responsibility, our goal is to support and empower you throughout that process.

---

**Boost** 📶 🛜                    1:45 PM                    @ ⏱ 60% 🔋

🔒 my.ochsner.org

22    Next due Monday April 22 (Overdue) (last given 1/22/2019)
2019   Expected: every 3 (three) months (5 doses remaining)

convenient 24-hour access to your personal health information.

Your care is important to us. If your provider recommended a follow-up appointment or test, we are happy to help you coordinate your recommended care. It is important that you complete your recommended follow-up. If you need help scheduling, please call

With MyOchsner, you can view your after visit summary, schedule appointments, request prescription refills, view test results, communicate with your health care providers, and make payments online at https://my.ochsner.org/prd/.

Sabrina L. White (MRN: 1932025) • Printed at 1/28/20 12:04 PM

Page 1 of 4   Epic

1-866-Ochsner. Appointments can also be made online through the patient portal.

While scheduling and attending your appointments is your responsibility, our goal is to support and empower you throughout that process.

### ✏ Diagnoses this Visit

Comments

Lumbar spondylosis  - Primary
Facet arthritis of lumbar region
Primary osteoarthritis of both knees
Chronic pain of both knees

Lincoln/White 0593



Allergies as of 1/28/2020

Reaction

Aleve [naproxen Sodium]
Aspirin

Sabrina L. White (MRN: 1932025) • Printed at 1/28/20 12:04 PM          Page 2 of 4  Epic



Your Medication List

.ıl Boost 🤖        1:45 PM        @ 60% ▪

🔒 my.ochsner.org

Sabrina L. White (MRN: 1932025) • Printed at 1/28/20 12:04 PM          Page 2 of 4  Epic

Your Medication List  as of January 28, 2020 12:04 PM

ⓘ Always use your most recent med list.

amitriptyline 50 MG tablet          Take 1 tablet (50 mg total) by mouth every evening.
Commonly known as ELAVIL.
Quantity 30 tablet
Ordered by Andrea D Cothern, NP

                                    Take 1 to 2 tablets by mouth 3 (three) times daily as

Lincoln/White 0594

| | | |
|---|---|---|
| carbinoxamine maleate 4 mg Tab 60 each Andrea D Cothern, NP | | Take 1 to 2 tablets by mouth 3 (three) times daily as needed. |
| clonazePAM 1 MG tablet Commonly known as KLONOPIN 60 tablet Andrea D Cothern, NP | | Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. OVERDUE FOR ANNUAL///LAST RF |
| DULoxetine 30 MG capsule Commonly known as CYMBALTA | | Take 30 mg by mouth. |
| gabapentin 300 MG capsule Commonly known as NEURONTIN 60 capsule Lindsay B Brunson, PA-C | | Take 2 capsules (600 mg total) by mouth every evening. **how much to take** |
| irbesartan 75 MG tablet Commonly known as AVAPRO | | Take 75 mg by mouth. |
| levocetirizine 5 MG tablet Commonly known as XYZAL | | TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING |
| meloxicam 15 MG tablet Commonly known as MOBIC 30 tablet Andrea D Cothern, NP | | Take 1 tablet (15 mg total) by mouth once daily. |
| methocarbamol 750 MG Tab Commonly known as ROBAXIN 60 tablet Lindsay B Brunson, PA-C | | Take 1 tablet (750 mg total) by mouth 3 (three) times daily as needed. |
| montelukast 10 mg tablet Commonly known as SINGULAIR 30 tablet Andrea D Cothern, NP | | Take 1 tablet (10 mg total) by mouth every evening. |
| triamcinolone 55 mcg nasal inhaler Commonly known as NASACORT 17 g Andrea D Cothern, NP | | 2 sprays by Nasal route once daily. |

Sabrina L. White (MRN: 1932025) • Printed at 1/28/20 12:04 PM                Page 3 of 4 Epic

## Ochsner On Call

**Ochsner On Call Nurse Care Line – 24/7 Assistance**
Unless otherwise directed by your provider, please contact Ochsner On-Call, our nurse care line that is available for 24/7 assistance.

Registered nurses in the Ochsner On Call Center provide: appointment scheduling, clinical advisement, health education, and other advisory services.
Call: **1-800-231-5257 (toll free)**



Lincoln/White 0595



60 tablet
Lindsay B Brunson, PA-C

montelukast 10 mg tablet          Take 1 tablet (10 mg total) by mouth every evening
Commonly known as SINGULAIR
30 tablet
Andrea D Cothern, NP

triamcinolone 55 mcg nasal inhaler    2 sprays by Nasal route once daily
Commonly known as NASACORT
17 g
Andrea D Cothern, NP

Sabrina L. White (MRN: 1932025) • Printed at 1/28/20 12:04 PM          Page 3 of 4  **Epic**

## Ochsner On Call

**Ochsner On Call Nurse Care Line - 24/7 Assistance**
Unless otherwise directed by your provider, please contact Ochsner On-Call, our nurse care line that is available for 24/7 assistance.

Registered nurses in the Ochsner On Call Center provide: appointment scheduling, clinical advisement, health education, and other advisory services.
Call: **1-800-231-5257 (toll free)**

## Language Assistance Services

ATTENTION: Language assistance services are available, free of charge. Please call 1-800-928-6247.

ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-800-928-6247.

CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số 1-800-928-6247.

Sabrina L. White (MRN: 1932025) • Printed at 1/28/20 12:04 PM                Page 4 of 4  Epic

..ıl Boost 🛜                    1:45 PM                    @ 60% 🔋|

🔒 my.ochsner.org                    ↻



**AFTER VISIT SUMMARY**                    Ⓨ Ochsner

**Sabrina L. White** DoB 12/3/1973    📷 2/24/2020 8:00 AM  📍 Jefferson Place - Family Medicine 225-761-5200

**Instructions** from Andrea D Cothern, NP

Today's medication changes

● START taking
**betamethasone dipropionate** 0.05 % cream (DIPROLENE)

**promethazine-dextromethorphan** 6.25-15 mg/5 mL Syrp (PROMETHAZINE-DM)

🔄 CHANGE how you take
**DULoxetine** 30 MG capsule (CYMBALTA)

Accurate as of February 24, 2020 8:59 AM
**Review your updated medication list below.**

🛒 Pick up these medications at Walmart Pharmacy #30 BATON ROUGE, LA   9350 CORTANA PLACE
betamethasone dipropionate • DULoxetine • promethazine-dextromethorphan
Address: 9350 CORTANA PLACE, BATON ROUGE LA 70815
Phone:   225-927-0114

**Today's Visit**

You saw Andrea D Cothern, NP on Monday February 24, 2020. The following issues were addressed: Viral URI; Cough; Adjustment disorder with mixed anxiety and depressed mood; and Insect bite, unspecified site, initial encounter.

| | Blood Pressure 126/86 | | BMI 46.16 |
|---|---|---|---|
| | Weight 260 lb 9.3 oz | | Height 5' 3" |
| | Temperature 97.9 °F | | Pulse 88 |

**What's Next**

Upcoming Appointments

FEB **27** 2020  Established Patient Visit with Lindsay B Brunson, PA-C Thursday February 27 10:20 AM

O'Neal - Interventional Pain
16777 Medical Center Drive
Baton Rouge LA 70816-3254
225-754-3278

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

Reminder  Medications you will receive at a future office visit

APR **22**  medroxyPROGESTERone (DEPO-PROVERA)
Next due Monday April 22 (Overdue) (last given 1/22/2019)

**Patient Portal**

We want you to be involved with your health care. Our patient portal, called MyOchsner, is a secure, online website for convenient 24-hour access to your personal health information.

Lincoln/White 0597



Expected: every 3 (three) months (5 doses remaining)

betamethasone acetate-betamethasone sodium phosphate (CELESTONE)
Next due Monday February 24
Expected: one time (1 dose remaining)

With MyOchsner, you can view your after visit summary, schedule appointments, request prescription refills, view test results, communicate with your health care providers, and make payments online at https://my.ochsner.org/prd/.

Sabrina L. White (MRN: 1932025) • Printed at 2/24/20 8:59 AM          Page 1 of 4  Epic

Your care is important to us. If your provider recommended a follow-up appointment or test, we are happy to help you coordinate your recommended care. It is important that you complete your recommended follow-up. If you need help scheduling, please call 1-866-Ochsner. Appointments can also be made online through the patient portal.

While scheduling and attending your appointments is your responsibility, our goal is to support and empower you



**Boost**            **1:46 PM**            **60%**

🔒 my.ochsner.org

Reminder Medications you will receive at a future office visit

medroxyPROGESTERone (DEPO-PROVERA)
Next due Monday April 22 (Overdue) (last given 1/22/2019)
Expected: every 3 (three) months (5 doses remaining)

betamethasone acetate-betamethasone sodium phosphate (CELESTONE)
Next due Monday February 24
Expected: one time (1 dose remaining)

health care. Our patient portal, called MyOchsner, is a secure, online website for convenient 24-hour access to your personal health information.

With MyOchsner, you can view your after visit summary, schedule appointments, request prescription refills, view test results, communicate with your health care providers, and make payments online at https://my.ochsner.org/prd/.

Sabrina L. White (MRN: 1932025) • Printed at 2/24/20 8:59 AM          Page 1 of 4  Epic

Your care is important to us. If your provider recommended a follow-up appointment or test, we are happy to help you coordinate your recommended care. It is important that you complete your recommended follow-up. If you need help scheduling, please call 1-866-Ochsner. Appointments can also be made online through the patient portal.

While scheduling and attending your appointments is your responsibility, our goal is to support and empower you throughout that process.

### 🔗 Diagnoses this Visit

Comments

Viral URI - Primary
Cough



Adjustment disorder with mixed anxiety and depressed mood
Insect bite, unspecified site, initial encounter

## Allergies as of 2/24/2020

Aleve [naproxen Sodium]
Aspirin

Sabrina L. White (MRN: 1932025) • Printed at 2/24/20 8:59 AM                    Page 2 of 4

Sent from my iPhone

Lincoln/White 0599

**From:** Sabrina White
**To:** WMRTCSU
**Subject:** Claim 7830485
**Date:** Tuesday, March 24, 2020 3:45:57 PM
**Attachments:** IMG_0225.PNG
IMG_0226.PNG
IMG_0227.PNG
IMG_0228.PNG
IMG_0229.PNG
IMG_0230.PNG

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

 Boost    1:42 PM    61%

 my.ochsner.org

## Sedation Discharge Instructions

### Recovery After Procedural Sedation (Adult)

You have been given medicine by vein to make you sleep during your surgery. This may have included both a pain medicine and sleeping medicine. Most of the effects have worn off. But you may still have some drowsiness for the next 6 to 8 hours.

### Home care

Follow these guidelines when you get home:

- For the next 8 hours, you should be watched by a responsible adult. This person should make sure your condition is not getting worse.
- Don't drink any alcohol for the next 24 hours.
- Don't drive, operate dangerous machinery, or make important business or personal decisions during the next 24 hours.

**Note:** Your healthcare provider may tell you not to take any medicine by mouth for pain or sleep in the next 4 hours. These medicines may react with the medicines you were given in the hospital. This could cause a much stronger response than usual.

### Follow-up care

Follow up with your healthcare provider if you are not alert and back to your usual level of activity within 12 hours.

### When to seek medical advice

Call your healthcare provider right away if any of these occur:

- Drowsiness gets worse
- Weakness or dizziness gets worse
- Repeated vomiting
- You can't be awakened

**Date Last Reviewed:** 10/18/2016

© 2000-2017 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Ochsner On Call

**Ochsner On Call Nurse Care Line - 24/7 Assistance**
Unless otherwise directed by your provider, please contact Ochsner On-Call, our nurse care line that is available for 24/7 assistance. Please refer to the Patient Instructions section of your After Visit Summary for specific instructions from your physician.

Registered nurses in the Ochsner On Call Center provide appointment scheduling, clinical advisement, health education, and other advisory services.
Call: **1-800-231-5257 (toll free)**.

Lincoln/White 0600



Sabrina L. White (MRN: 1932025) • Printed at 1/23/20 7:27 AM                Page 3 of 7  Epic

## Language Assistance Services

ATTENTION: Language assistance services are available, free of charge. Please call 1-800-928-6247.

ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-800-928-6247.

CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số 1-800-928-6247.



.ıl Boost 🛜                1:42 PM                @ 61% ▪

🔒 my.ochsner.org

## Language Assistance Services

ATTENTION: Language assistance services are available, free of charge. Please call 1-800-928-6247.

ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-800-928-6247.

CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số 1-800-928-6247.

Lincoln/White 0601



Sabrina L. White (MRN: 1932025) • Printed at 1/23/20 7:27 AM                    Page 4 of 7   Epic

## Medication List

ASK your doctor about these medications

Additional Info



Lincoln/White 0602



| | | | AM | Noon | PM | Bedtime |
|---|---|---|---|---|---|---|
| ASK | 4 mg Tab<br>Refills 0<br>Dose 1-2 tablet<br>Quantity 60 each | times daily as needed | Date | | | |
| ASK | clonazePAM 1 MG tablet<br>Commonly known as<br>KLONOPIN<br>Refills 0<br>Dose 1 mg<br>Quantity 60 tablet | Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. OVERDUE FOR ANNUAL/// LAST RF | Begin Date | | | |
| ASK | cyclobenzaprine 10 MG tablet<br>Commonly known as<br>FLEXERIL<br>Refills 0<br>Dose 10 mg | Take 10 mg by mouth 2 (two) times daily as needed | Begin Date | | | |
| ASK | DULoxetine 30 MG capsule<br>Commonly known as<br>CYMBALTA<br>Refills 0<br>Dose 30 mg | Take 30 mg by mouth | Begin Date | | | |
| ASK | gabapentin 300 MG capsule<br>Commonly known as<br>NEURONTIN<br>Refills 0<br>Dose 300 mg<br>Quantity 30 capsule | Take 1 capsule (300 mg total) by mouth every evening. | Begin Date | | | |

Sabrina L. White (MRN: 1932025) • Printed at 1/23/20  7:27 AM                    Page 5 of 7  Epic

## Medication List (continued)

ASK your doctor about these medications (continued)

| | | Additional Info | | AM | Noon | PM | Bedtime |
|---|---|---|---|---|---|---|---|
| ASK | irbesartan 75 MG tablet<br>Commonly known as AVAPRO<br>Refills 0<br>Dose 75 mg | Take 75 mg by mouth | | Begin Date | | | |
| ASK | levocetirizine 5 MG tablet<br>Commonly known as XYZAL<br>Refills 0 | TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | Begin Date | | | |
| ASK | meloxicam 15 MG tablet<br>Commonly known as MOBIC<br>Refills 2<br>Dose 15 mg | Take 1 tablet (15 mg total) by mouth once daily. | | Begin Date | | | |

📶 Boost 📶                    1:43 PM                    @ 61% 🔋

🔒 my.ochsner.org

Lincoln/White 0603

## Medication List (continued)

ASK your doctor about these medications (continued)



| | | Additional Info | | | | | |
|---|---|---|---|---|---|---|---|
| (?) ASK | **irbesartan** 75 MG tablet<br>Commonly known as AVAPRO<br>Units 0<br>Dose 75 mg | Take 75 mg by mouth. | Begin Date | AM | Noon | PM | Bedtime |
| (?) ASK | **levocetirizine** 5 MG tablet<br>Commonly known as XYZAL<br>Units 0 | TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | Begin Date | AM | Noon | PM | Bedtime |
| (?) ASK | **meloxicam** 15 MG tablet<br>Commonly known as MOBIC<br>Units 2<br>Dose 15 mg<br>Quantity 30 tablet | Take 1 tablet (15 mg total) by mouth once daily. | Begin Date | AM | Noon | PM | Bedtime |
| (?) ASK | **montelukast** 10 mg tablet<br>commonly known as SINGULAIR<br>Refills 6<br>Dose 10 mg<br>Quantity 30 tablet | Take 1 tablet (10 mg total) by mouth every evening. | Begin Date | AM | Noon | PM | Bedtime |
| (?) ASK | **triamcinolone** 55 mcg nasal inhaler<br>commonly known as NASACORT<br>Refills 3<br>Dose 2 spray<br>Quantity 17 g | 2 sprays by Nasal route once daily. | Begin Date | AM | Noon | PM | Bedtime |

Sabrina L White (MRN: 1932025) • Printed at 1/23/20 7:27 AM    Page 6 of 7  Epic

## Instructions

**Pain Post Injection**

Lincoln/White 0604

1. Side effects may include: headache, restlessness at night, weakness to upper or lower extremities (arms or legs), flushing of the face and/ or neck. None are life threatening and will subside within 2-3 days.
2. If you have SEVERE headache with nausea and extreme pain, please call office (225-754-3278). Unless you usually have this type of migraine headache.
3. If you develop fever (greater than 101 F) or have any redness, swelling, or drainage at the injection site(s), please call off (225-754-3278). This may be a sign of infection.
4. If a rash or whelps (like hives) occur, please call the office (225-754-3278)
5. If you are a heart patient, please watch for symptoms such as swelling in your hands and feet and shortness of breath. If any of these symptoms occur, please notify your primary care/ heart doctor and go to the nearest emergency room.



.ıl Boost 🛜            1:43 PM            ⊙ 61% 🔋

🔒 my.ochsner.org

Sabrina L. White (MRN: 1092035) • Printed at 1/23/20  7:27 AM            Page 6 of 7  Epic

## Instructions

**Pain Post Injection**

1. Side effects may include: headache, restlessness at night, weakness to upper or lower extremities (arms or legs) flushing of the face and/ or neck. None are life threatening and will subside within 2-3 days.
2. If you have SEVERE headache with nausea and extreme pain, please call office (225-754-3278). Unless you usually have this type of migraine headache.
3. If you develop fever (greater than 101 F) or have any redness, swelling, or drainage at the injection site(s), please call off (225-754-3278). This may be a sign of infection.
4. If a rash or whelps (like hives) occur, please call the office (225-754-3278)
5. If you are a heart patient, please watch for symptoms such as swelling in your hands and feet and shortness of breath. If any of these symptoms occur, please notify your primary care/ heart doctor and go to the nearest emergency room.
6. If you have high blood pressure, you may experience an increase in your blood pressure over the next two weeks. Please continue to monitor your blood pressure and contact your primary care provider if your blood pressure does not return to baseline.
7. If you are a diabetic or you monitor your blood sugar, you may have an increase in your blood sugar over the next two weeks. If your blood sugar does not return to your baseline, please contact your primary care provider
8. NO HEAT TO THE INJECTION SITE for the next 24 hours including: bath or shower, heating pad, moist heat, and / or hot tubs
9. May use ice pack to injection site for any pain or discomfort. Apply ice pack for 20 minutes then remove for 20 minutes before re- applying to site. (recipe for homemade frozen gel pack below)
10. DO NOT DRIVE OR OPERATE HEAVY MACHINERY UNTIL TOMORROW MORNING.
11. OK to resume all medications unless otherwise directed by your doctor.
12. Injection(s) may take up to two weeks until full effects are noted.
13. You may return to normal activity/ work the following day.
14. Please do not receive a flu or pneumonia vaccine until one week after your procedure.

Lincoln/White 0605



**Homemade Frozen Gel Ice Pack:**
1 bottle of rubbing alcohol
3 bottles of water (use rubbing alcohol bottle to measure)
2 large zip lock bags

Instructions:
1. Pour alcohol and water into zip lock bag. Make sure bag is large enough to allow for expansion.
2. Try to get as much air out of the freezer bag before sealing it shut.
3. Place the bag and its contents inside a second freezer bag to contain any leakage.
4. Leave the bag in the freezer for at least one hour.
5. When it's ready, place a towel between the gel pack and bare skin to avoid burning the skin.

Sabrina L. White (MRN: 1932025) • Printed at 1/23/20 7:27 AM                Page 7 of 7



.ıl Boost 📶                    1:43 PM                    @ 61% 🔋

🔒 my.ochsner.org                    ↻

## DISCHARGE INSTRUCTIONS

**Sabrina L. White** Date of birth     |     📅 1/23/2020  📍 The Grove - Primary Services

### Instructions

Talk with your provider about your medication
ⓘ ASK how to take
amitriptyline 50 MG tablet (ELAVIL)
carbinoxamine maleate 4 mg Tab
clonazePAM 1 MG tablet (KLONOPIN)
cyclobenzaprine 10 MG tablet (FLEXERIL)
DULoxetine 30 MG capsule (CYMBALTA)
gabapentin 300 MG capsule (NEURONTIN)
irbesartan 75 MG tablet (AVAPRO)
levocetirizine 5 MG tablet (XYZAL)
meloxicam 15 MG tablet (MOBIC)
montelukast 10 mg tablet (SINGULAIR)
triamcinolone 55 mcg nasal inhaler (NASACORT)

### Your Next Steps

📍 Go
Hospital Follow Up 11:30 AM
27 Andrea D Cothern, NP
Jefferson Place - Family Medicine
8150 JEFFERSON HWY
Baton Rouge LA 70809-7715
225-761-5400

Lincoln/White 0606



Sent from my iPhone

Lincoln/White 0607

Reply   Reply All   Forward   IM

SW   Sabrina White    WMRTCSU

Claim # 7830485

Retention Policy   Default Retention – Inbox (6 months)        Expires   9/20/2020

**Tiffany Hall**

.ıl Boost 🤝            1:36 PM            🌐 64% ▬

AA            🔒 my.ochsner.org            ↻

**My Ochsner**   Sabrina   Health   Visits   Messaging   Billing   Resources   Profile

## Surgery Details

### General Information

What:
BLOCK, NERVE, FACET JOINT, LUMBAR, MEDIAL BRANCH performed by Verma Karen  MD

When:
Wednesday January 08, 2020 7:00 AM

Where:
The Grove - Pain Management (Ochsner – The Grove)
10310 The Grove Blvd
Baton rouge LA 70836-6464

Phone:
225-726-2500

BACK TO THE VISIT LIST PAGE

Lincoln/White 0608

| From: | Sabrina White |
|---|---|
| To: | WMRTCSU |
| Subject: | Claim 7830485 |
| Date: | Tuesday, March 24, 2020 3:43:56 PM |
| Attachments: | IMG_0209.PNG |
| | IMG_0210.PNG |
| | IMG_0211.PNG |
| | IMG_0212.PNG |
| | IMG_0213.PNG |
| | IMG_0214.PNG |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***



Lincoln/White 0609



Sabrina L. White (MRN: 1932025) • Printed at 1/23/20 7:27 AM                    Page 6 of 7    Epic

Boost     1:38 PM     63%

🔒 my.ochsner.org

Sabrina L. White (MRN: 1932025) • Printed at 1/23/20 7:27 AM                    Page 4 of 7    Epic

## Medication List

ASK your doctor about these medications

*Additional Info*

| ? ASK | amitriptyline 50 MG tablet Commonly known as ELAVIL Refills: 6 Dose: 50 mg Quantity: 30 tablet | Take 1 tablet (50 mg total) by mouth every evening. | Begin Date | AM | Noon | PM | Bedtime |
| ? ASK | carbinoxamine maleate 4 mg Tab Refills: 0 Dose: 1-2 tablet Quantity: 60 each | Take 1 to 2 tablets by mouth 3 (three) times daily as needed. | Begin Date | AM | Noon | PM | Bedtime |

Lincoln/White 0610



| | | | | AM | Noon | PM | Bedtime |
|---|---|---|---|---|---|---|---|
| ? ADR | clonazePAM 1 MG tablet KLONOPIN 0 1 mg 60 tablet | Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. OVERDUE FOR ANNUAL/// LAST RF | Begin Date | | | | |
| ? ADR | cyclobenzaprine 10 MG tablet FLEXERIL 0 10 mg | Take 10 mg by mouth 2 (two) times daily as needed. | Begin Date | AM | Noon | PM | Bedtime |
| ? ADR | DULoxetine 30 MG capsule CYMBALTA 0 30 mg | Take 30 mg by mouth | Begin Date | AM | Noon | PM | Bedtime |
| ? ADR | gabapentin 300 MG capsule NEURONTIN 0 300 mg 30 capsule | Take 1 capsule (300 mg total) by mouth every evening. | Begin Date | AM | Noon | PM | Bedtime |

Sabrina L. White (MRN: 1932025) • Printed at 1/23/20  7:27 AM                Page 5 of 7  Epic

📶 Boost 🛜              1:38 PM              🔄 63% 🔋

🔒 my.ochsner.org        ↻

Call: **1-800-231-5257 (toll free).**

Sabrina L. White (MRN: 1932025) • Printed at 1/23/20  7:27 AM                Page 3 of 7  Epic

Lincoln/White 0611



Language Assistance Services

ATTENTION: Language assistance services are available, free of charge. Please call 1-800-928-6247.

ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-800-928-6247.

CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số 1-800-928-6247.

Sabrina L. White (MRN: 1932025) • Printed at 1/23/20  7:27 AM                    Page 4 of 7   Epic

Lincoln/White 0612



Rajan verma, MD                    Attending Provider                  Pain Medicine

## Recent Lab Values

| | 11/01/2018 | 1/5/2018 |
| | 10:11 AM | 10:30 AM |
| A1C | 5.6 | 5.8 |

Sabrina L. White (MRN: 1932025) • Printed at 1/23/20  7:27 AM                    Page 2 of 7  Epic

## Sedation Discharge Instructions

### Recovery After Procedural Sedation (Adult)

You have been given medicine by vein to make you sleep during your surgery. This may have included both a pain medicine and sleeping medicine. Most of the effects have worn off. But you may still have some drowsiness for the next 6 to 8 hours.

### Home care

Follow these guidelines when you get home:

- For the next 8 hours, you should be watched by a responsible adult. This person should make sure your condition is not getting worse.
- Don't drink any alcohol for the next 24 hours.
- Don't drive, operate dangerous machinery, or make important business or personal decisions during the next 24 hours.

**Note:** Your healthcare provider may tell you not to take any medicine by mouth for pain or sleep in the next 4 hours. These medicines may react with the medicines you were given in the hospital. This could cause a much stronger response than usual.

### Follow-up care

Follow up with your healthcare provider if you are not alert and back to your usual level of activity within 12 hours.

### When to seek medical advice

Call your healthcare provider right away if any of these occur:

- Drowsiness gets worse
- Weakness or dizziness gets worse
- Repeated vomiting
- You can't be awakened

**Date Last Reviewed:** 10/18/2016

© 2000-2017 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Ochsner On Call

**Ochsner On Call Nurse Care Line - 24/7 Assistance**
Unless otherwise directed by your provider, please contact Ochsner On-Call, our nurse care line that is available for 24/7 assistance. Please refer to the Patient Instructions section of your After Visit Summary for specific instructions from your physician.

Registered nurses in the Ochsner On Call Center provide appointment scheduling, clinical advisement, health education, and other advisory services.
Call: **1-800-231-5257 (toll free).**

Lincoln/White 0613



.ıll Boost 🛜                    1:38 PM                    @ 63% ▬

🔒 my.ochsner.org                    ↻

With MyOchsner, you can view your after
visit summary, schedule appointments,
request prescription refills, view test
results, communicate with your health
care providers, and make payments
online at https://my.ochsner.org/prd/.

## What's next

**23** Bilateral L3-5 MBB with Verna Karam MD          HGVH PAIN MGT
Thursday Jan 23, 2020

**27** Hospital Follow Up with Andrea D Colhoun, NP          Jefferson Place - Family Medicine
Monday Jan 27, 2020 11:30 AM                    8150 JEFFERSON HWY
                                                          Baton Rouge LA 70809-7715
                                                          225-761-5200

**20** Established Patient Visit with Lindsay B Brunson PA-C          O'Neal - Interventional Pain
Thursday Feb 20, 2020 11:20 AM                    16777 Medical Center Drive
                                                          Baton Rouge LA 70816-3754
                                                          225-754-3278

## Medications You Will Be Given

**22** medroxyPROGESTERone (DEPO-PROVERA)
**2019** Next due Monday April 22 (Overdue) (last given 1/22/2019)
Expected: every 3 (three) months (5 doses remaining)

Your care is important to us. If your provider recommended a follow-up appointment or test, we are happy to help
you coordinate your recommended care. It is important that you complete your recommended follow-up. If you need
help scheduling, please call 1-866-Ochsner. Appointments can also be made online through the patient portal.

While scheduling and attending your appointments is your responsibility, our goal is to support and empower you
throughout that process.

## You are allergic to the following

| Allergen | Reactions |
|---|---|
| **Aleve (Naproxen Sodium)** | Not Noted |
| **Aspirin** | Not Noted |

Lincoln/White 0614



### Treatment Team

Chat With All

| Provider | Role | Specialty |
|---|---|---|
| **Admitting Provider** | | |
| Karan Verma, MD | Admitting Provider | Pain Medicine |
| **Attending Provider** | | |
| Karan Verma, MD | Attending Provider | Pain Medicine |

### Recent Lab Values

|  | 1/31/2005 10:11 AM | 4/8/2008 10:20 AM |
|---|---|---|
| A1C | 5.6 | 5.8 |

Sabrina L. White (MRN: 1932025) • Printed at 1/23/20  7:27 AM        Page 2 of 7  Epic

---

.ıl Boost 🛜        1:38 PM        ⊙ 63% 🔋

🔒 my.ochsner.org        ↻

---

### DISCHARGE INSTRUCTIONS        ⅄ Ochsner

**Sabrina L. White** Date of birth        📅 1/23/2020  📍 The Grove - Pain Services

### Instructions

🔖 Talk with your provider about your medication
  ❷ ASK how to take
    **amitriptyline** 50 MG tablet (ELAVIL)
    **carbinoxamine maleate** 4 mg Tab
    **clonazePAM** 1 MG tablet (KLONOPIN)
    **cyclobenzaprine** 10 MG tablet (FLEXERIL)
    **DULoxetine** 30 MG capsule (CYMBALTA)
    **gabapentin** 300 MG capsule (NEURONTIN)
    **irbesartan** 75 MG tablet (AVAPRO)
    **levocetirizine** 5 MG tablet (XYZAL)
    **meloxicam** 15 MG tablet (MOBIC)
    **montelukast** 10 mg tablet (SINGULAIR)
    **triamcinolone** 55 mcg nasal inhaler (NASACORT)

### Your Next Steps

📍 Go

🗓 27  Hospital Follow Up 11:30 AM
    Andrea D Cothern, NP
    Jefferson Place - Family Medicine
    8150 JEFFERSON HWY
    Baton Rouge LA 70809-7715
    225-761-5200

You have more future appointments, always review your full appointment list.

Lincoln/White 0615



Sent from my iPhone

Lincoln/White 0616

| | |
|---|---|
| **From:** | Sabrina White |
| **To:** | WMRTCSU |
| **Subject:** | Claim #7830485 |
| **Date:** | Tuesday, March 24, 2020 3:44:05 PM |
| **Attachments:** | IMG_0208.PNG |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

  Boost  1:37 PM  @ 64%

 my.ochsner.org

Sabrina L. White (MRN: 1932025) • Printed at 1/23/20  7:27 AM                Page 6 of 7

**Instructions**

**Pain Post Injection**

1. Side effects may include: headache, restlessness at night, weakness to upper or lower extremities (arms or legs) flushing of the face and/ or neck. None are life threatening and will subside within 2-3 days.
2. If you have SEVERE headache with nausea and extreme pain, please call office (225-754-3278). Unless you usually have this type of migraine headache.
3. If you develop fever (greater than 101 F) or have any redness, swelling, or drainage at the injection site(s), please call off (225-754-3278). This may be a sign of infection.
4. If a rash or whelps (like hives) occur, please call the office (225-754-3278).
5. If you are a heart patient, please watch for symptoms such as swelling in your hands and feet and shortness of breath. If any of these symptoms occur, please notify your primary care/ heart doctor and go to the nearest emergency room.
6. If you have high blood pressure, you may experience an increase in your blood pressure over the next two weeks. Please continue to monitor your blood pressure and contact your primary care provider if your blood pressure does not return to baseline.
7. If you are a diabetic or you monitor your blood sugar, you may have an increase in your blood sugar over the next two weeks. If your blood sugar does not return to your baseline, please contact your primary care provider.
8. NO HEAT TO THE INJECTION SITE for the next 24 hours including: bath or shower, heating pad, moist heat, and / or hot tubs.
9. May use ice pack to injection site for any pain or discomfort. Apply ice pack for 20 minutes then remove for 20 minutes before re- applying to site (recipe for homemade frozen gel pack below).
10. DO NOT DRIVE OR OPERATE HEAVY MACHINERY UNTIL TOMORROW MORNING.
11. OK to resume all medications unless otherwise directed by your doctor.
12. Injection(s) may take up to two weeks until full effects are noted.
13. You may return to normal activity/ work the following day.
14. Please do not receive a flu or pneumonia vaccine until one week after your procedure.

**Homemade Frozen Gel Ice Pack:**
1 bottle of rubbing alcohol
3 bottles of water (use rubbing alcohol bottle to measure)
2 large zip lock bags

Instructions:
1. Pour alcohol and water into zip lock bag. Make sure bag is large enough to allow for expansion.
2. Try to get as much air out of the freezer bag before sealing it shut.
3. Place the bag and its contents inside a second freezer bag to contain any leakage.
4. Leave the bag in the freezer for at least one hour.

Lincoln/White 0617



5. When it's ready, place a towel between the gel pack and bare skin to avoid burning the skin.

Sabrina L. White (MRN: 1932025) • Printed at 1/23/20  7:27 AM      Page 7 of 7  Epic

Sent from my iPhone

Lincoln/White 0618

**From:** Sabrina White
**To:** WMRTCSU
**Subject:** Claim 7830485
**Date:** Tuesday, March 24, 2020 3:44:57 PM
**Attachments:** IMG_0215.PNG
IMG_0216.PNG
IMG_0217.PNG
IMG_0218.PNG
IMG_0219.PNG
IMG_0220.PNG

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

.ıl Boost 🛜    1:39 PM    @ 63% 🔋

🔒 my.ochsner.org

## Sabrina

Health    Visits    Messaging    Billing    Resources    Profile

Future Visits

**APR 15 2020**    New Patient
William Hubbard, MD
Starts at 1:40 PM CDT

**JUN 3 2020**    Established Patient Visit
Lindsay B Brunson, PA-C
Starts at 9:00 AM CDT

Lincoln/White 0619





Lincoln/White 0620





Lincoln/White 0621



Lincoln/White 0622



Lincoln/White 0623



**DEC 18** Hospital Outpatient Visit
HGVH XR1

.ıll Boost 📶          1:40 PM          @ 62% 🔋

🔒 my.ochsner.org

## Sabrina

❤️ Health    📅 Visits    ✉️ Messaging    💳 Billing    📁 Resources    🪪 Profile

3 Months Ago

**DEC 18 2019** **Office Visit**
Lindsay B Brunson, PA-C

AVS View After Visit Summary®

**DEC 18 2019** Hospital Outpatient Visit
HGVH XR1

AVS View After Visit Summary®

Lincoln/White 0624





Lincoln/White 0625



STOP taking:
**butalbital-acetaminophen-caffeine 50-325-40 mg** 50-325-40 mg per tablet (FIORICET, ESGIC)
Stopped by: Irene N Evuleocha, DPM

**rizatriptan 5 MG tablet (MAXALT)**
Stopped by: Irene N Evuleocha, DPM

**Voltaren 1 % Gel**
Stopped by: Irene N Evuleocha, DPM

Accurate as of December 18, 2019 10:30 AM
**Review your updated medication list below.**

Pick up these medications at Walmart Pharmacy 839 - BATON ROUGE, LA : 9350 CORTANA PLACE
gabapentin
Address: 9350 CORTANA PLACE, BATON ROUGE LA 70815
Phone: 225-927-0114

Referrals placed today
IR Facet Inj Lumbar 3rd Vert B
Expires: 12/17/2020 (requested)

IR Facet Inj Lumbar 2nd Vert Bi
Expires: 12/17/2020 (requested)

IR Facet Inj Lumbar 1st Vert Bi
Expires: 12/17/2020 (requested)

Case Request-RAD/Other Procedure
Area: Bilateral L3-5 MBB for Lumbar spondylosis

**Patient Portal**
We want you to be involved with your health care. Our patient portal, called MyOchsner, is a secure, online website for convenient 24-hour access to your personal health information.

With MyOchsner, you can view your after visit summary, schedule appointments, request prescription refills, view test results, communicate with your health care providers, and make payments online at https://my.ochsner.org/prd/.

Sabrina L. White (MRN: 1932025) • Printed at 12/18/19 10:30 AM          Page 1 of 4   **Epic**

Instructions (continued) from Irene N Evuleocha, PA-C

Follow up for Lumbar MBB in 1-3 weeks.

Sent from my iPhone

Lincoln/White 0626

| | |
|---|---|
| **From:** | Sabrina White |
| **To:** | WMRTCSU |
| **Subject:** | Claim 7830485 |
| **Date:** | Tuesday, March 24, 2020 3:48:17 PM |
| **Attachments:** | IMG_0253.PNG |
| | IMG_0254.PNG |
| | IMG_0255.PNG |
| | IMG_0256.PNG |
| | IMG_0257.PNG |
| | IMG_0258.PNG |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***



.ıl Boost 🛜          1:49 PM          ⓐ 58% ▪️

🔒 my.ochsner.org

### Attached Information

#### Self-Care for Headaches

Most headaches aren't serious and can be relieved with self-care. But some headaches may be a sign of another health problem like eye trouble or high blood pressure. To find the best treatment, learn what kind of headaches you get. For tension headaches, self-care will usually help. To treat migraines, ask your healthcare provider for advice. It is also possible to get both tension and migraine headaches. Self-care involves relieving the pain and avoiding headache "triggers" if you can.

#### Ways to reduce pain and tension

Try these steps:

- Apply a cold compress or ice pack to the pain site.
- Drink fluids. If nausea makes it hard to drink, try sucking on ice.
- Rest. Protect yourself from bright light and loud noises.
- Calm your emotions by imagining a peaceful scene.
- Massage tight neck, shoulder, and head muscles.
- To relax muscles, soak in a hot bath or use a hot shower.

#### Use medicines

Aspirin or aspirin substitutes, such as ibuprofen and acetaminophen, can relieve headache. Remember: Never give aspirin to anyone 18 years old or younger because of the risk of developing Reye syndrome. Use pain medicines only when necessary.

#### Track your headaches

Keeping a headache diary can help you and your healthcare provider identify what's causing your headaches:

- Note when each headache happens.
- Identify your activities and the foods you've eaten 6 to 8 hours before the headache began.
- Look for any trends or "triggers."

Lincoln/White 0627



**Signs of tension headache**

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20  1:31 PM

Page 7 of 10  Epic

Any of the following can be signs.

- Dull pain or feeling of pressure in a tight band around your head
- Pain in your neck or shoulders
- Headache without a definite beginning or end
- Headache after an activity such as driving or working on a computer

**Signs of migraine**

Any of the following can be signs:

- Throbbing pain on one or both sides of your head
- Nausea or vomiting



.ıl Boost 🛜    1:49 PM    58% 🔋

🔒 my.ochsner.org

- Note when each headache happens.
- Identify your activities and the foods you've eaten 6 to 8 hours before the headache began.
- Look for any trends or "triggers."

**Signs of tension headache**

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20  1:31 PM

Page 7 of 10  Epic

Any of the following can be signs:

- Dull pain or feeling of pressure in a tight band around your head
- Pain in your neck or shoulders
- Headache without a definite beginning or end
- Headache after an activity such as driving or working on a computer

**Signs of migraine**

Any of the following can be signs:

- Throbbing pain on one or both sides of your head
- Nausea or vomiting
- Extreme sensitivity to light, sound, and smells
- Bright spots, flashes, or other visual changes
- Pain or nausea so severe that you can't continue your daily activities

**Call your healthcare provider**

If you have any of the following symptoms, contact your healthcare provider:

Lincoln/White 0628



- A headache that lingers after a recent injury or bump to the head.
- A fever with a stiff neck or pain when you bend your head toward your chest.
- A headache along with slurred speech, changes in your vision, or numbness or weakness in your arms or legs.
- A headache for longer than 3 days.
- Frequent headaches, especially in the morning.
- Headaches with seizures.
- Seek immediate medical attention if you have a headache that you would call "the worst headache you have ever had."

**Date Last Reviewed:** 10/4/2015

© 2000-2017 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20 1:31 PM

Page 8 of 10

Attached Information                    Cervical Radiculopathy Understanding (English)

.ıl Boost 🛜            1:49 PM            58% 🔋
🔒 my.ochsner.org

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20 1:31 PM

Page 8 of 10

Lincoln/White 0629

## Understanding Cervical Radiculopathy

Cervical radiculopathy is irritation or inflammation of a nerve root in the neck. It causes neck pain and other symptoms that may spread into the chest or down the arm. To understand this condition, it helps to understand the parts of the spine:

- **Vertebrae.** These are bones that stack to form the spine. The cervical spine contains the 7 vertebrae in the neck.
- **Disks.** These are soft pads of tissue between the vertebrae. They act as shock absorbers for the spine.
- **The spinal canal.** This is a tunnel formed within the stacked vertebrae. The spinal cord runs through this canal.
- **Nerves.** These branch off the spinal cord. As they leave the spinal canal, nerves pass through openings between the vertebrae. The nerve root is the part of the nerve that is closest to the spinal cord.

With cervical radiculopathy, nerve roots in the neck become irritated. This leads to pain and symptoms that can travel to the nerves that go from the spinal cord down the arms and into the torso.

## What causes cervical radiculopathy?

Aging, injury, poor posture, and other issues can lead to problems in the neck. These problems may then irritate nerve roots. These include:

- **Damage to a disk in the cervical spine.** The damaged disk may then press on nearby nerve roots.
- **Degeneration from wear and tear, and aging.** This can lead to narrowing (stenosis) of the openings between the vertebrae. The narrowed openings press on nerve roots as they leave the spinal canal.
- **An unstable spine.** This is when a vertebra slips forward. It can then press on a nerve root.

There are other, less common causes of pressure on nerves in the neck. These include infection, cysts, and tumors.

## Symptoms of cervical radiculopathy

Sabrina L White (MRN: 1932025) • Printed at 3/10/20  1:31 PM                    Page 9 of 10

 


Lincoln/White 0630

the nerves that go from the spinal cord down the arms and into the torso.

## What causes cervical radiculopathy?

Aging, injury, poor posture, and other issues can lead to problems in the neck. These problems may then irritate nerve roots. These include:

- **Damage to a disk in the cervical spine.** The damaged disk may then press on nearby nerve roots.
- **Degeneration from wear and tear, and aging.** This can lead to narrowing (stenosis) of the openings between the vertebrae. The narrowed openings press on nerve roots as they leave the spinal canal.
- **An unstable spine.** This is when a vertebra slips forward. It can then press on a nerve root.

There are other, less common causes of pressure on nerves in the neck. These include infection, cysts, and tumors.

## Symptoms of cervical radiculopathy

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20 1:31 PM                Page 9 of 10

These include:

- Neck pain
- Pain, numbness, tingling, or weakness that travels down the arm
- Loss of neck movement
- Muscle spasms

## Treatment for cervical radiculopathy

In most cases, your healthcare provider will first try treatments that help relieve symptoms. These may include:

- **Prescription or over-the-counter pain medicines.** These help relieve pain and swelling.
- **Cold packs.** These help reduce pain.
- **Resting.** This involves avoiding positions and activities that increase pain.
- **Neck brace (cervical collar).** This can help relieve inflammation and pain.
- **Physical therapy, including exercises and stretches.** This can help decrease pain and increase movement and function.
- **Shots of medicines around the nerve roots.** This is done to help relieve symptoms for a time.

In some cases, your healthcare provider may advise surgery to fix the underlying problem. This depends on the cause, the symptoms, and how long the pain has lasted.

## Possible complications

Over time, an irritated and inflamed nerve may become damaged. This may lead to long-lasting (permanent) numbness or weakness. If symptoms change suddenly or get worse, be sure to let your healthcare provider know.

## When to call your healthcare provider

Call your healthcare provider right away if you have any of these:

- New pain or pain that gets worse
- New or increasing weakness, numbness, or tingling in your arm or hand
- Bowel or bladder changes

**Date Last Reviewed:** 3/10/2016

© 2000-2017 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Lincoln/White 0631



Sabrina L. White (MRN: 1932025) • Printed at 3/10/20  1:31 PM     Page 10 of 10  Epic

.ıl Boost 🤶                    1:50 PM                    @ ◀ 58% 🔋

🔒 my.ochsner.org

**Sabrina**

Health    Visits    Messaging    Billing    Resources    Profile

🕐 Wednesday June 03, 2020
9:00 AM CDT (20 minutes)

📅 Add to Calendar

Want an earlier time?

Get on the Wait List

📍 (off O'Neal) 1st floor

**O'Neal - Interventional Pain**
16777 Medical Center Drive
Baton Rouge LA 70816-3254
225-754-3278

Lincoln/White 0632



Lindsay B Brunson, PA-C

Arrive at check-in approximately 15
minutes before your scheduled



.ıll Boost 🛜    1:51 PM    @ 57% 🔋

🔒 my.ochsner.org

MyOchsner

Sabrina

Health    Visits    Messaging    Billing    Resources    Profile

Hubbard, MD

🕐 Wednesday April 15, 2020 1:40
PM CDT (20 minutes)

📅 Add to Calendar

Lincoln/White 0633

Want an earlier time?

**Get on the Wait List**

⊙ (off O'Neal) 1st floor

**O'Neal - Orthopedics**
16777 Medical Center Drive
Baton Rouge LA 70816-3254
225-754-3278



William Hubbard, MD

Sent from my iPhone

Lincoln/White 0634

| | |
|---|---|
| **From:** | Sabrina White |
| **To:** | WMRTCSU |
| **Cc:** | Sabrina White |
| **Subject:** | Emergency overturn on long term disability claim # 7830485 |
| **Date:** | Monday, March 23, 2020 2:57:26 PM |
| **Attachments:** | IMG_0258.PNG |
| | IMG_0257.PNG |
| | IMG_0256.PNG |
| | IMG_0253.PNG |
| | IMG_0254.PNG |
| | IMG_0255.PNG |
| | IMG_0252.PNG |
| | IMG_0251.PNG |
| | IMG_0250.PNG |
| | IMG_0249.PNG |
| | IMG_0248.PNG |
| | IMG_0247.PNG |
| | IMG_0246.PNG |
| | IMG_0245.PNG |
| | IMG_0244.PNG |
| | IMG_0243.PNG |
| | IMG_0242.PNG |
| | IMG_0241.PNG |
| | IMG_0240.PNG |
| | IMG_0239.PNG |
| | IMG_0238.PNG |
| | IMG_0237.PNG |
| | IMG_0236.PNG |
| | IMG_0235.PNG |
| | IMG_0234.PNG |
| | IMG_0233.PNG |
| | IMG_0232.PNG |
| | IMG_0231.PNG |
| | IMG_0230.PNG |
| | IMG_0229.PNG |
| | IMG_0228.PNG |
| | IMG_0227.PNG |
| | IMG_0226.PNG |
| | IMG_0225.PNG |
| | IMG_0224.PNG |
| | IMG_0223.PNG |
| | IMG_0222.PNG |
| | IMG_0221.PNG |
| | IMG_0220.PNG |
| | IMG_0219.PNG |
| | IMG_0218.PNG |
| | IMG_0217.PNG |
| | IMG_0216.PNG |
| | IMG_0215.PNG |
| | IMG_0214.PNG |
| | IMG_0213.PNG |
| | IMG_0212.PNG |
| | IMG_0211.PNG |
| | IMG_0210.PNG |
| | IMG_0209.PNG |
| | IMG_0208.PNG |
| | IMG_0207.PNG |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

 

my.ochsner.org

 

Sabrina

     

Health    Visits    Messaging    Billing    Resources    Profile

Lincoln/White 0635

# Hubbard, MD

🕐 **Wednesday April 15, 2020 1:40 PM CDT (20 minutes)**

 Add to Calendar

Want an earlier time?

Get on the Wait List

📍 (off O'Neal) 1st floor

**O'Neal - Orthopedics**
16777 Medical Center Drive
Baton Rouge LA 70816-3254
225-754-3278



William Hubbard, MD

.ıll Boost 📶          1:50 PM          @ ◢ 58% 🔋

🔒 my.ochsner.org

Lincoln/White 0636



Lincoln/White 0637

## Arrive at check-in approximately 15 minutes before your scheduled



the nerves that go from the spinal cord down the arms and into the torso.

### What causes cervical radiculopathy?

Aging, injury, poor posture, and other issues can lead to problems in the neck. These problems may then irritate nerve roots. These include:

- **Damage to a disk in the cervical spine.** The damaged disk may then press on nearby nerve roots.
- **Degeneration from wear and tear, and aging.** This can lead to narrowing (stenosis) of the openings between the vertebrae. The narrowed openings press on nerve roots as they leave the spinal canal.
- **An unstable spine.** This is when a vertebra slips forward. It can then press on a nerve root.

There are other, less common causes of pressure on nerves in the neck. These include infection, cysts, and tumors.

### Symptoms of cervical radiculopathy

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20 1:31 PM    Page 9 of 10

These include:

- Neck pain
- Pain, numbness, tingling, or weakness that travels down the arm
- Loss of neck movement
- Muscle spasms

### Treatment for cervical radiculopathy

In most cases, your healthcare provider will first try treatments that help relieve symptoms. These may include:

- **Prescription or over-the-counter pain medicines.** These help relieve pain and swelling.
- **Cold packs.** These help reduce pain.
- **Resting.** This involves avoiding positions and activities that increase pain.
- **Neck brace (cervical collar).** This can help relieve inflammation and pain.
- **Physical therapy, including exercises and stretches.** This can help decrease pain and increase movement and function.
- **Shots of medicines around the nerve roots.** This is done to help relieve symptoms for a time.

In some cases, your healthcare provider may advise surgery to fix the underlying problem. This depends on the cause, the symptoms, and how long the pain has lasted.

### Possible complications

Over time, an irritated and inflamed nerve may become damaged. This may lead to long-lasting (permanent) numbness or weakness. If symptoms change suddenly or get worse, be sure to let your healthcare provider know.

### When to call your healthcare provider

Call your healthcare provider right away if you have any of these:

Lincoln/White 0638



- New pain or pain that gets worse
- New or increasing weakness, numbness, or tingling in your arm or hand
- Bowel or bladder changes

**Date Last Reviewed:** 3/10/2016

© 2000-2017 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20  1:31 PM          Page 10 of 10



### Attached Information          Headaches: Self-Care for (English)

### Self-Care for Headaches

Most headaches aren't serious and can be relieved with self-care. But some headaches may be a sign of another health problem like eye trouble or high blood pressure. To find the best treatment, learn what kind of headaches you get. For tension headaches, self-care will usually help. To treat migraines, ask your healthcare provider for advice. It is also possible to get both tension and migraine headaches. Self-care involves relieving the pain and avoiding headache "triggers" if you can.

### Ways to reduce pain and tension

Try these steps

Lincoln/White 0639



- Apply a cold compress or ice pack to the pain site.
- Drink fluids. If nausea makes it hard to drink, try sucking on ice.
- Rest. Protect yourself from bright light and loud noises.
- Calm your emotions by imagining a peaceful scene.
- Massage tight neck, shoulder, and head muscles.
- To relax muscles, soak in a hot bath or use a hot shower.

## Use medicines

Aspirin or aspirin substitutes, such as ibuprofen and acetaminophen, can relieve headache. Remember: Never give aspirin to anyone 18 years old or younger because of the risk of developing Reye syndrome. Use pain medicines only when necessary.

## Track your headaches

Keeping a headache diary can help you and your healthcare provider identify what's causing your headaches.

- Note when each headache happens.
- Identify your activities and the foods you've eaten 6 to 8 hours before the headache began.
- Look for any trends or "triggers."

## Signs of tension headache

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20  1:31 PM                    Page 7 of 10

Any of the following can be signs:

- Dull pain or feeling of pressure in a tight band around your head
- Pain in your neck or shoulders
- Headache without a definite beginning or end
- Headache after an activity such as driving or working on a computer

## Signs of migraine

Any of the following can be signs:

- Throbbing pain on one or both sides of your head
- Nausea or vomiting



.ıl Boost 📶          1:49 PM          🔄 58% 🔋

🔒 my.ochsner.org

- Note when each headache happens.
- Identify your activities and the foods you've eaten 6 to 8 hours before the headache began.
- Look for any trends or "triggers."

## Signs of tension headache

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20  1:31 PM                    Page 7 of 10

Lincoln/White 0640

Any of the following can be signs:

- Dull pain or feeling of pressure or a tight band around your head
- Pain in your neck or shoulders
- Headache without a definite beginning or end
- Headache after an activity such as driving or working on a computer

## Signs of migraine

Any of the following can be signs:

- Throbbing pain on one or both sides of your head
- Nausea or vomiting
- Extreme sensitivity to light, sound, and smells
- Bright spots, flashes, or other visual changes
- Pain or nausea so severe that you can't continue your daily activities

## Call your healthcare provider

If you have any of the following symptoms, contact your healthcare provider:

- A headache that lingers after a recent injury or bump to the head.
- A fever with a stiff neck or pain when you bend your head toward your chest.
- A headache along with slurred speech, changes in your vision, or numbness or weakness in your arms or legs.
- A headache for longer than 3 days.
- Frequent headaches, especially in the morning.
- Headaches with seizures
- Seek immediate medical attention if you have a headache that you would call "the worst headache you have ever had."

**Date Last Reviewed:** 10/4/2015

© 2000-2017 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

Sabrina L White (MRN: 1932025) • Printed at 3/10/20 1:31 PM

Page 8 of 10

 Attached Information    Cervical Radiculopathy: Understanding (English)

 Boost    1:49 PM    58%

 mv.ochsner.org

Lincoln/White 0641

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20  1:31 PM                    Page 8 of 10

◙ Attached Information                    Cervical Radiculopathy: Understanding (English)

## Understanding Cervical Radiculopathy

Cervical radiculopathy is irritation or inflammation of a nerve root in the neck. It causes neck pain and other symptoms that may spread into the chest or down the arm. To understand this condition, it helps to understand the parts of the spine:

- **Vertebrae.** These are bones that stack to form the spine. The cervical spine contains the 7 vertebrae in the neck.
- **Disks.** These are soft pads of tissue between the vertebrae. They act as shock absorbers for the spine.
- **The spinal canal.** This is a tunnel formed within the stacked vertebrae. The spinal cord runs through this canal.
- **Nerves.** These branch off the spinal cord. As they leave the spinal canal, nerves pass through openings between the vertebrae. The nerve root is the part of the nerve that is closest to the spinal cord.

With cervical radiculopathy, nerve roots in the neck become irritated. This leads to pain and symptoms that can travel to the nerves that go from the spinal cord down the arms and into the torso.

## What causes cervical radiculopathy?

Aging, injury, poor posture, and other issues can lead to problems in the neck. These problems may then irritate nerve roots. These include:

- **Damage to a disk in the cervical spine.** The damaged disk may then press on nearby nerve roots.
- **Degeneration from wear and tear, and aging.** This can lead to narrowing (stenosis) of the openings between the vertebrae. The narrowed openings press on nerve roots as they leave the spinal canal.
- **An unstable spine.** This is when a vertebra slips forward. It can then press on a nerve root.

There are other, less common causes of pressure on nerves in the neck. These include infection, cysts, and tumors.

## Symptoms of cervical radiculopathy

Lincoln/White 0642

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20 1:31 PM                Page 9 of 10  Epic



**Boost** 🛜                    **1:49 PM**                    ⊕ **58%** 🔋

🔒 my.ochsner.org

ASK    Common 60 tablet                          ANNUAL///LAST RF
       Signed by Andrea D Cothern, NP

❓    diclofenac 50 MG tablet
ASK   Commonly known as CATAFLAM

❓    DULoxetine 30 MG capsule                Take 1 capsule (30 mg total) by mouth once daily
ASK   Commonly known as CYMBALTA
      Common 30 capsule
      Signed by Andrea D Cothern, NP

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20 1:31 PM                Page 5 of 10  Epic

## Your Medication List (continued)
ASK your doctor about these medications (continued)

❓    gabapentin 300 MG capsule
ASK   Commonly known as NEURONTIN

❓    hydrocortisone 1 % cream
ASK

❓    irbesartan 75 MG tablet
ASK   Commonly known as AVAPRO

❓    levocetirizine 5 MG tablet
ASK   Commonly known as XYZAL

❓    methocarbamoL 750 MG Tab
ASK   Commonly known as ROBAXIN

❓    metoprolol succinate 25 MG 24 hr tablet
ASK   Commonly known as TOPROL XL

❓    promethazine-dextromethorphan 6.25-15 mg/    Take 5 mLs by mouth every 4 to 6 hours as needed.
      5 mL Syrp

Lincoln/White 0643



triamcinolone 55 mcg nasal inhaler
Commonly known as NASACORT

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20  1:31 PM                    Page 6 of 10  Epic



.ıll Boost 🛜                    1:49 PM                    📷 58% ▪

🔒 my.ochsner.org

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20  1:31 PM                    Page 4 of 10  Epic

## Your Medication List

### TAKE these medications

**butalbital-acetaminophen-caffeine 50-325-40 mg** 50-325-40 mg per tablet
Commonly known as FIORICET ESGIC
Quantity: 12 tablet
Signed by: Todd J Bossier, NP

Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches.

**predniSONE 50 MG Tab**
Commonly known as DELTASONE
Last time this was given: 60 mg on March 10, 2020 11:51 AM
Quantity: 3 tablet
Signed by: Todd J Bossier, NP

Take 1 tablet (50 mg total) by mouth once daily. for 3 days

### ASK your doctor about these medications

**amitriptyline 50 MG tablet**
Commonly known as ELAVIL

**betamethasone dipropionate 0.05 % cream**

Apply topically 2 (two) times daily.

Lincoln/White 0644



| | | |
|---|---|---|
| Commonly known as DIPROLENE Quantity 45 g Signed by Andrea D Cothern, NP | | |
| cetirizine 10 MG tablet Commonly known as ZYRTEC | | |
| clonazePAM 1 MG tablet Commonly known as KLONOPIN Quantity 60 tablet Signed by Andrea D Cothern, NP | Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. OVERDUE FOR ANNUAL///LAST RF | |
| diclofenac 50 MG tablet Commonly known as CATAFLAM | | |
| DULoxetine 30 MG capsule Commonly known as CYMBALTA Quantity 30 capsule Signed by Andrea D Cothern, NP | Take 1 capsule (30 mg total) by mouth once daily | |

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20  1:31 PM                    Page 5 of 10  **Epic**

### Your Medication List (continued)

ASK your doctor about these medications (continued)

gabapentin 300 MG capsule
Commonly known as NEURONTIN

hydrocortisone 1 % cream

irbesartan 75 MG tablet
Commonly known as AVAPRO



▪▫ Boost 📶                    1:49 PM                    @ ◄ 58% ▬

🔒 my.ochsner.org

### Allergies as of 3/10/2020

Reactions

Aleve [naproxen Sodium]
Aspirin

### Ochsner On Call

**Ochsner On Call Nurse Care Line - 24/7 Assistance**

Unless otherwise directed by your provider, please contact Ochsner On-Call, our nurse care line that is available for 24/7 assistance.

Registered nurses in the Ochsner On Call Center provide: appointment scheduling, clinical advisement, health education, and other advisory services.
Call: **1-800-231-5257 (toll free)**

## Your Scheduled Appointments

| | |
|---|---|
| **Mar 19, 2020 9:30 AM CDT** | 17000 Medical Center Drive |
| Fl Arthrogram with BRMH XRFL1 | Baton Rouge LA 70816-3246 |
| Ochsner Medical Center - BR (Ochsner Baton Rouge Hospital) | 225-752-2470 |
| **Mar 19, 2020 10:45 AM CDT** | 17000 Medical Center Drive |
| Mri Arthrogram with BRMH MRI1 | Baton Rouge LA 70816-3246 |
| Ochsner Medical Center - BR (Ochsner Baton Rouge Hospital) | 225-752-2470 |
| **Mar 20, 2020 9:20 AM CDT** | 16777 Medical Center Drive |
| New Patient with William James Hubbard, MD | Baton Rouge LA 70816-3254 |
| O'Neal - Orthopedics (Ochsner Baton Rouge Medical Center Dr) | 225-754-3278 |

## Language Assistance Services

ATTENTION: Language assistance services are available, free of charge. Please call 1-800-928-6247.

ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-800-928-6247.

CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số 1-800-928-6247.

## Your Medication List

### TAKE these medications

 butalbital-acetaminophen-caffeine 50-325-40 mg 50-325-40 mg per tablet
Commonly known as: FIORICET, ESGIC
Quantity: 12 tablet
Signed by: Todd J Bossier, NP

Take 1 tablet by mouth every 4 (four) hours as needed for Pain or Headaches

 predniSONE 50 MG Tab
Commonly known as: DELTASONE

Take 1 tablet (50 mg total) by mouth once daily for 3 days

| | | |
|---|---|---|
| ▪ll Boost 🗘 | 1:48 PM | 🔄 58% ▮ |
| | 🔒 my.ochsner.org | |

Lincoln/White 0646

my.ochsner.org

## What's Next (continued)

the use of contrast material, a small needle will be placed in a vein of your arm or hand. The contrast material will be pushed through the IV tube that has been placed in your arm or hand. The contrast material will be pushed through the IV tube that has been placed in your arm or hand. The skin around your IV may feel warm or cold.You should not have any changes in the way you feel. If you do, please tell the technologist.

WHAT TO EXPECT AFTER THE EXAM:
If you were given medication to relax you, someone else will need to drive you home. DO NOT DRIVE OR USE HEAVY EQUIPMENT IF YOU TAKE MEDICATION THAT MAKES YOU DROWSY. You may resume normal daily activity if you did not receive sedation.

WHAT YOU NEED TO KNOW ABOUT YOUR APPOINTMENT:
If you are unable to follow the above instructions or have questions or if you are delayed or unable to keep your scheduled appointment, please notify the MRI Department where you appointment is scheduled.

**MAR 20 2020** — New Patient with William Hubbard, MD
Friday March 20 9:20 AM

O'Neal - Orthopedics
16777 Medical Center Drive
Baton Rouge LA 70816-3254
225-754-1278

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

**Medications You Will Be Given**

**APR 22 2019** — medroxyPROGESTERone (DEPO-PROVERA)
Next due Monday April 22 (Overdue) last given 1/27/2019
Expected: every 3 (three) months (5 doses remaining)

Your care is important to us. If your provider recommended a follow-up appointment or test, we are happy to help you coordinate your recommended care. It is important that you complete your recommended follow-up. If you need help scheduling, please call 1-866-Ochsner. Appointments can also be made online through the patient portal.

While scheduling and attending your appointments is your responsibility, our goal is to support and empower you throughout that process.

## Diagnoses this Visit

Comments

Frontal headache  - Primary
Cervical radiculopathy

## Your Care was Coordinated By

| Provider | Role | From | To |
|---|---|---|---|
| Todd J. Bossier, NP | Nurse Practitioner | 03/10/20 1138 | -- |

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20  1:31 PM

Page 3 of 10    **Epic**

Allergies as of 3/10/2020

Lincoln/White 0647

Aleve (naproxen Sodium)
Aspirin

## Ochsner On Call

**Ochsner On Call Nurse Care Line - 24/7 Assistance**
Unless otherwise directed by your provider, please contact Ochsner On-Call, our nurse care line that is available for 24/7 assistance.

Registered nurses in the Ochsner On Call Center provide: appointment scheduling, clinical advisement, health



.ıl Boost 🛜      1:48 PM      ⌖ 58% 🔋

🔒 my.ochsner.org

What's Next (continued)

**19**   MRI Arthrogram
Thursday March 19 10:45 AM

Ochsner Medical Center - BR
17000 Medical Center Drive
Baton Rouge LA 70816-9246
225-752-7470

Arrive at check-in approximately 30 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

Magnetic Resonance Imaging-
You will not be allowed to have the MRI if you have a cardiac pace-maker, implantable defibrillator, neurostimulator, biostimulator, or if you have aneurysm clips in your brain (from many years ago).

WHAT YOUR DOCTOR NEEDS TO KNOW:
You should tell your doctor if you have any metal in your body either from surgery or an injury. This includes metal pins, clips, plates, screws, schrapnel, ear implants, or permanent eyeliner. If female, you should tell your doctor if there is a chance you might be pregnant. Please bring with you any papers your doctor has given you to sign. Please bring with you a list of medications you are currently taking!

PLEASE REPORT TO THE MAGNETIC RESONANCE CENTER 30 MINUTES PRIOR TO YOUR SCHEDULED APPOINTMENT TIME, UNLESS YOU ARE A PEDIATRIC PATIENT THAT REQUIRES SEDATION OR ANESTHESIA, PLEASE ARRIVE 1 HOUR 30 MINUTES PRIOR TO YOUR APPOINTMENT AS THE PEDS ANESTHESIOLOGIST HAS TO DO THEIR ASSESSMENT

WHAT IS THE PURPOSE OF THIS TEST:
An MRI is a painless test that takes pictures of the inside of your body. The pictures are taken in slices which show only a few layers of body tissue at a time. Pictures taken this way can help your doctor find and see problems in the body more easily. The MRI uses a magnetic field and radio waves instead of X-RAYS.

WHERE WILL YOUR TEST BE DONE AND BY WHOM?
The test will be done in the MRI building. It will be done under the supervision of a radiologist and a radiologic technologist. The person giving you these instructions will tell you where to report for this test. It usually takes 30 minutes to 1 hour.

HOW TO PREPARE FOR YOUR TEST:
Wear comfortable clothing with no metal buttons or zippers. Do not wear jewelry including rings, earrings, necklaces, bracelets, or watches. Take all metal objects out of your hair. You will be asked to answer yes or no on a questionaire form regarding the possibility of any metal in your body. Please bring someone with you if you are unable to answer the questions. A parent must accompany any child having an MRI. Tell your doctor if you are afraid of being in a closed or cramped space. Your doctor will decide if you need medicine to help you relax. A small needle may be placed in a vein in your arm or hand so that you may receive a contrast solution. THIS IS NOT A DYE AND DOES NOT CONTAIN IODINE. No special preparation for any MRI exam EXCEPT for a Magnetic Resonance Cholangiopancreatoram which the patient should fast for 4 hours prior to the scheduled appointment time. You may take your usual medication with a small sip of water.

WHAT TO EXPECT DURING YOUR TEST:
The radiologic technologist will check to make sure that you have removed all metal objects. You will be

Lincoln/White 0648



The radiologic technologist will check to make sure that you have removed all metal objects. You will be asked to lie down on the table of the MRI machine. To allow for the best quality exam, it is VERY IMPORTANT that you LIE VERY STILL during the exam. When the test starts the table will move into the open tunnel of the machine. Once the machine starts taking pictures, you will hear loud hammering or grinding noises. You may be able to wear headphones and hear music to block out the loud noises of the machine. If your test requires

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20  1:31 PM                    Page 2 of 10  Epic

## What's Next (continued)

the use of contrast material, a small needle will be placed in a vein of your arm or hand. The contrast material will be pushed through the IV tube that has been placed in your arm or hand. The contrast material will be pushed through the IV tube that has been placed in your arm or hand. The skin around your IV may feel warm or cold. You should not have any changes in the way you feel. If you do, please tell the technologist.

WHAT TO EXPECT AFTER THE EXAM:
If you were given medication to relax you, someone else will need to drive you home. DO NOT DRIVE OR USE HEAVY EQUIPMENT IF YOU TAKE MEDICATION THAT MAKES YOU DROWSY. You may resume normal daily activity if you did not receive sedation.

WHAT YOU NEED TO KNOW ABOUT YOUR APPOINTMENT:
If you are unable to follow the above instructions or have questions or if you are delayed or unable to keep



.ıl Boost 📶                    1:48 PM                    ⦿ 58% 🔋

🔒 my.ochsner.org                    ↻

### AFTER VISIT SUMMARY                    ⩔ Ochsner
**Sabrina L. White** DoB 12/3/1977           🗓 3/10/2020  ⦿ Ochsner Medical Center - BR 225-755-4858

#### Instructions
💊 Your medications have changed
  🟢 START taking
   **butalbital-acetaminophen-caffeine 50-325-40 mg** 50-325-40 mg per tablet (FIORICET, ESGIC)
   **predniSONE** 50 MG Tab (DELTASONE)
  Review your updated medication list below.

📋 Read the attached information
  1. Headaches, Self-Care for (English)
  2. Cervical Radiculopathy, Understanding (English)

💊 Pick up these medications from any pharmacy with your printed prescription
  butalbital-acetaminophen-caffeine 50-325-40 mg • predniSONE

➖ Schedule an appointment with Andrea D Cothern

#### Today's Visit
Reason for Visit
Hypertension
Diagnoses
  • Frontal headache
  • Cervical radiculopathy

🖥 Imaging Tests
  CT Head Without Contrast

💊 Medications Given
  HYDROcodone-acetaminophen (NORCO) Last given at 11:51 AM
  predniSONE (DELTASONE) Last given at 11:51 AM

Your End of Visit Vitals

NP as soon as possible for a visit in 2 days (around 3/12/2020)
Specialty: General Practice
Contact: 8150 JEFFERSON HWY
Baton Rouge LA 70809
225-761-5200

Blood Pressure 173/109     Temperature (Oral) 98.4 °F
Pulse 84     Respiration 18
Oxygen Saturation 96%

## What's Next

**Upcoming Appointments**

19 MAR  Fl Arthrogram
Thursday March 19 9:30 AM

Ochsner Medical Center - BR
17000 Medical Center Drive
Baton Rouge LA 70816-3246
225-752-2470

This procedure requires the use of IV contrast. if you have had a prior allergic reaction to IV contrast, please let your physician know.

### Patient Portal

We want you to be involved with your health care. Our patient portal, called MyOchsner, is a secure, online website for convenient 24-hour access to your personal health information.

With MyOchsner, you can view your after visit summary, schedule appointments, request prescription refills, view test results, communicate with your health care providers, and make payments online at https://my.ochsner.org/prd/.

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20  1:31 PM

Page 1 of 10  Epic

## What's Next (continued)

19 MAR  Mr Arthrogram
Thursday March 19 10:45 AM

Ochsner Medical Center - BR
17000 Medical Center Drive
Baton Rouge LA 70815-3246
225-752-2470

Arrive at check-in approximately 30 minutes before your scheduled appointment time. Bring all outside



.Il Boost 🛜    1:48 PM    🔄 58% 🔋

🔒 my.ochsner.org

ROBAXIN    needed.

metoprolol succinate 25 MG 24 hr tablet    Take 25 mg by mouth.
Commonly known as TOPROL XL

promethazine-dextromethorphan 6.25-15 mg/5 mL Syrp    Take 5 mLs by mouth every 4 to 6 hours as needed.
Commonly known as PROMETHAZINE-DM
118 mL
Andrea D Cothern, NP

triamcinolone 55 mcg nasal inhaler    2 sprays by Nasal route.
Commonly known as NASACORT

Sabrina L. White (MRN: 1932025) • Printed at 3/10/20  1:46 PM    Page 5 of 6  Epic

Lincoln/White 0650

Sabrina L. White (MRN: 1932025) • Printed at 3/9/20  1:46 PM                    Page 5 of 6  Epic

## Ochsner On Call

**Ochsner On Call Nurse Care Line - 24/7 Assistance**
Unless otherwise directed by your provider, please contact Ochsner On-Call, our nurse care line that is available for 24/7 assistance.

Registered nurses in the Ochsner On Call Center provide: appointment scheduling, clinical advisement, health education, and other advisory services.
Call: **1-800-231-5257 (toll free)**

## Language Assistance Services

ATTENTION: Language assistance services are available, free of charge. Please call 1-800-928-6247.

ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-800-928-6247.

CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số 1-800-928-6247.

Sabrina L. White (MRN: 1932025) • Printed at 3/9/20  1:46 PM                    Page 6 of 6  Epic

 Boost    1:48 PM    58%

Lincoln/White 0651



my.ochsner.org

Sabrina L. White (MRN: 1932025) • Printed at 3/9/20 1:46 PM                    Page 4 of 6  Epic

## Your Medication List  as of March 9, 2020 1:46 PM

ⓘ Always use your most recent med list

| | | |
|---|---|---|
| **amitriptyline** 50 MG tablet<br>Commonly known as ELAVIL | Take 50 mg by mouth. |
| **betamethasone dipropionate** 0.05 % cream<br>commonly known as DIPROLENE<br>Quantity 45 g<br>Signed by Andrea D Cothern, NP | Apply topically 2 (two) times daily. |
| **cetirizine** 10 MG tablet<br>Commonly known as ZYRTEC | TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 7 DAYS |
| **clonazePAM** 1 MG tablet<br>Commonly known as KLONOPIN<br>Quantity 60 tablet<br>signed by Andrea D Cothern, NP | Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. OVERDUE FOR ANNUAL///LAST RF |
| **DULoxetine** 30 MG capsule<br>commonly known as CYMBALTA<br>Quantity 30 capsule<br>signed by Andrea D Cothern, NP | Take 1 capsule (30 mg total) by mouth once daily |
| **gabapentin** 300 MG capsule<br>Commonly known as NEURONTIN | TAKE 1 CAPSULE BY MOUTH IN THE EVENING |
| **hydrocortisone** 1 % cream | Apply to affected area 2 times daily |
| **irbesartan** 75 MG tablet<br>commonly known as AVAPRO | Take 75 mg by mouth. |
| **levocetirizine** 5 MG tablet<br>Commonly known as XYZAL | TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING |
| **methocarbamol** 750 MG Tab<br>Commonly known as ROBAXIN | Take 750 mg by mouth 3 (three) times daily as needed. |
| **metoprolol succinate** 25 MG 24 hr tablet<br>Commonly known as TOPROL XL | Take 25 mg by mouth. |
| **promethazine-dextromethorphan** 6.25-15 mg/5 mL Syrp<br>Commonly known as PROMETHAZINE-DM<br>Quantity 118 mL<br>signed by Andrea D Cothern, NP | Take 5 mLs by mouth every 4 to 6 hours as needed. |
| **triamcinolone** 55 mcg nasal inhaler<br>Commonly known as NASACORT | 2 sprays by Nasal route. |

Sabrina L. White (MRN: 1932025) • Printed at 3/9/20 1:46 PM                    Page 5 of 6  Epic

Lincoln/White 0652

## Ochsner On Call

**Ochsner On Call Nurse Care Line - 24/7 Assistance**
Unless otherwise directed by your provider, please contact Ochsner On-Call, our nurse care line that is available for 24/7 assistance.

Registered nurses in the Ochsner On Call Center provide: appointment scheduling, clinical advisement, health education, and other advisory services.
Call: **1-800-231-5257 (toll free)**

 Boost       **1:47 PM**       59%

🔒 my.ochsner.org

find problems before they start. Talk to your healthcare provider about any concerns you have.

Sabrina L. White (MRN: 1932025) • Printed at 3/9/20 1:46 PM      Page 3 of 6

### Health Reminders (continued)

*You are due for the health screening(s) below. Schedule these soon. Ask your healthcare provider if any of these can be completed today.*

**Influenza Vaccination (Flu Shot)**

Flu is a contagious respiratory infection caused by influenza viruses. It can be serious, sometimes causing death. Symptoms of the flu are worse than those of the common cold. Getting the flu vaccine every year is the best way to lower your chance of getting the flu and spreading it to others.

*Our Retail Pharmacy offers short wait times and vaccinations without an appointment! Ask your healthcare provider for the closest Ochsner Retail Pharmacy.*

**Breast Cancer Screening**

**Breast cancer is the second most common cancer in women after skin cancer, and the second leading cause of death from cancer after lung cancer. Mammograms can detect breast cancer early, which significantly increases the chances of curing the cancer.**

A screening mammogram is an x-ray image of the breasts used for early breast cancer detection. It can help reduce the number of deaths from breast cancer among women. To get a clear image, the breast is placed between two plastic plates to make it flat. How often a mammogram is needed depends on your age and your breast cancer risk.

Lincoln/White 0653



Sabrina L. White (MRN: 1932025) • Printed at 3/9/20  1:46 PM

Page 4 of 6

## Your Medication List

ⓘ Always use your most recent med list

amitriptyline 50 MG tablet          Take 50 mg by mouth



.ıl Boost 🛜          1:47 PM          ☍ 59% 🔋

🔒 my.ochsner.org

What's Next (continued)

**WHAT TO EXPECT AFTER THE EXAM:**
If you were given medication to relax you, someone else will need to drive you home. DO NOT DRIVE OR USE HEAVY EQUIPMENT IF YOU TAKE MEDICATION THAT MAKES YOU DROWSY. You may resume normal daily activity if you did not receive sedation.

**WHAT YOU NEED TO KNOW ABOUT YOUR APPOINTMENT:**
If you are unable to follow the above instructions or have questions or if you are delayed or unable to keep your scheduled appointment, please notify the MRI Department where you appointment is scheduled.

New Patient with William Hubbard, MD
Friday March 20 9:20 AM

O'Neal - Orthopedics
16777 Medical Center Drive
Baton Rouge LA 70816-3294
225-754-3278

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

Reminder: Medications you will receive at a future office visit
medroxyPROGESTERone (DEPO-PROVERA)
Next due Monday April 22 (Overdue) (last given 1/22/2019)
Expected: every 3 (three) months (5 doses remaining)

Your care is important to us. If your provider recommended a follow-up appointment or test, we are happy to help you coordinate your recommended care. It is important that you complete your recommended follow-up. If you need help scheduling, please call 1-866-Ochsner. Appointments can also be made online through the patient portal.

While scheduling and attending your appointments is your responsibility, our goal is to support and empower you throughout that process.

Lincoln/White 0654

## Diagnoses this Visit

Comment

Pain and swelling of right wrist  – Primary
Fall, initial encounter

## Allergies as of 3/9/2020

Reaction

**Aleve (naproxen Sodium)**
**Aspirin**

## Overdue Health Reminders

Regular health screenings are one of the most important things you can do for your health. These medical tests help find problems before they start. Talk to your healthcare provider about any concerns you have.

Sabrina L. White (MRN: 1932025) • Printed at 3/9/20  1:46 PM                Page 3 of 6   **Epic**

## Overdue Health Reminders (continued)

*You are due for the health screening(s) below. Schedule these soon. Ask your healthcare provider if any of these can be completed today.*
**Influenza Vaccination (Flu Shot)**

Flu is a contagious respiratory infection caused by influenza viruses. It can be serious, sometimes causing death. Symptoms of the flu are worse than those of the common cold. Getting the flu vaccine every year is the best way to lower your chance of getting the flu and spreading it to others.

*Our Retail Pharmacy offers short wait times and vaccinations without an appointment! Ask your healthcare provider for the closest Ochsner Retail Pharmacy.*

**Breast Cancer Screening**



Boost   1:47 PM   59%
🔒 my.ochsner.org

70816-3246
225-752-2470

results, communicate with your health care providers, and make payments online at https://my.ochsner.org/prd/.

Sabrina L. White (MRN: 1932025) • Printed at 3/9/20  1:46 PM                Page 1 of 6   **Epic**

## What's Next (continued)

Arrive at check-in approximately 30 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

Lincoln/White 0655

Magnetic Resonance Imaging-
You will not be allowed to have the MRI if you have a cardiac pace-maker, implantable defibrillator, neurostimulator, biostimulator, or if you have aneurysm clips in your brain (from many years ago)

WHAT YOUR DOCTOR NEEDS TO KNOW.
You should tell your doctor if you have any metal in your body either from surgery or an injury. This includes metal pins, clips, plates, screws, schrapnel, ear implants, or permanent eyeliner. If female, you should tell your doctor if there is a chance you might be pregnant. Please bring with you any papers your doctor has given you to sign. Please bring with you a list of medications you are currently taking!

PLEASE REPORT TO THE MAGNETIC RESONANCE CENTER 30 MINUTES PRIOR TO YOUR SCHEDULED APPOINTMENT TIME, UNLESS YOU ARE A PEDIATRIC PATIENT THAT REQUIRES SEDATION OR ANESTHESIA. PLEASE ARRIVE 1 HOUR 30 MINUTES PRIOR TO YOUR APPOINTMENT AS THE PEDS ANESTHESIOLOGIST HAS TO DO THEIR ASSESSMENT

WHAT IS THE PURPOSE OF THIS TEST:
An MRI is a painless test that takes pictures of the inside of your body. The pictures are taken in slices which show only a few layers of body tissue at a time. Pictures taken this way can help your doctor find and see problems in the body more easily. The MRI uses a magnetic field and radio waves instead of X-RAYS.

WHERE WILL YOUR TEST BE DONE AND BY WHOM?
The test will be done in the MRI building. It will be done under the supervision of a radiologist and a radiologic technologist. The person giving you these instructions will tell you where to report for this test. It usually takes 30 minutes to 1 hour.

HOW TO PREPARE FOR YOUR TEST:
Wear comfortable clothing with no metal buttons or zippers. Do not wear jewelry including rings, earrings necklaces, bracelets, or watches. Take all metal objects out of your hair. You will be asked to answer yes or no on a questionaire form regarding the possibility of any metal in your body. Please bring someone with you if you are unable to answer the questions. A parent must accompany any child having an MRI. Tell your doctor if you are afraid of being in a closed or cramped space. Your doctor will decide if you need medicine to help you relax. A small needle may be placed in a vein in your arm or hand so that you may receive a contrast solution. THIS IS NOT A DYE AND DOES NOT CONTAIN IODINE. No special preparation for any MRI exam EXCEPT for a Magnetic Resonance Cholangiopancreatoram which the patient should fast for 4 hours prior to the scheduled appointment time. You may take your usual medication with a small sip of water

WHAT TO EXPECT DURING YOUR TEST:
The radiologic technologist will check to make sure that you have removed all metal objects. You will be asked to lie down on the table of the MRI machine. To allow for the best quality exam, it is VERY IMPORTANT that you LIE VERY STILL during the exam. When the test starts the table will move into the open tunnel of the machine. Once the machine starts taking pictures, you will hear loud hammering or grinding noises. You may be able to wear headphones and hear music to block out the loud noises of the machine. If your test requires the use of contrast material, a small needle will be placed in a vein of your arm or hand. The contrast material will be pushed through the IV tube that has been placed in your arm or hand. The contrast material will be pushed through the IV tube that has been placed in your arm or hand. The skin around your IV may feel warm or cold. You should not have any changes in the way you feel. If you do, please tell the technologist.

 
(What's Next (continued))

WHAT TO EXPECT AFTER THE EXAM:
If you were given medication to relax you, someone else will need to drive you home. DO NOT DRIVE OR USE HEAVY EQUIPMENT IF YOU TAKE MEDICATION THAT MAKES YOU DROWSY. You may resume normal daily activity if you did not receive sedation

WHAT YOU NEED TO KNOW ABOUT YOUR APPOINTMENT:

 

## AFTER VISIT SUMMARY

**Sabrina L. White** DoB 12/3/197_    3/9/2020 1:00 PM  O'Neal - Orthopedics 225-754-3278

### Instructions from Katherine T Guillory, PA-C

MRI Arthrogram Wrist W/ Contrast Right
Scheduled for 3/19/2020
Expires: 3/9/2021 (requested)

Labs and Imaging ordered this visit (waiting for results)
X-Ray Arthrogram Wrist Right (xpd)
Scheduled for 3/19/2020

Follow up for MRI results

### What's Next

**Upcoming Appointments**

MAR 10 2020 — Established Patient Visit with Lindsay G Brunson, PA-C
Tuesday March 10 10:20 AM
O'Neal - Interventional Pain
16777 Medical Center Drive
Baton Rouge LA 70816-3254
225-754-3278

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

MAR 19 2020 — FI Arthrogram
Thursday March 19 9:30 AM
Ochsner Medical Center - BR
17000 Medical Center Drive
Baton Rouge LA 70816-3246
225-752-2470

This procedure requires the use of IV contrast. If you have had a prior allergic reaction to IV contrast, please let your physician know.

MAR 19 2020 — Mri Arthrogram
Thursday March 19 10:45 AM
Ochsner Medical Center - BR
17000 Medical Center Drive
Baton Rouge LA 70816-3246
225-752-2470

### Today's Visit

You saw Katherine T Guillory, PA-C on Monday March 9, 2020. The following issues were addressed: Pain and swelling of right wrist and Fall, initial encounter.

Blood Pressure 122/91    BMI 46.06
Weight 260 lb    Height 5' 3"
Pulse 104

### Patient Portal

We want you to be involved with your health care. Our patient portal, called MyOchsner, is a secure, online website for convenient 24-hour access to your personal health information.

With MyOchsner, you can view your after visit summary, schedule appointments, request prescription refills, view test results, communicate with your health care providers, and make payments online at https://my.ochsner.org/prd/.

Sabrina L. White (MRN: 1932025) • Printed at 3/9/20 1:46 PM    Page 1 of 6  Epic

What's Next (continued)

Lincoln/White 0657



Lincoln/White 0658



Site Map  Terms & Conditions  Contact Us  FAQ  High
Contrast Theme
MyChart® licensed from Epic Systems Corporation ©
1999 - 2018



.ıl Boost 🛜                    1:46 PM                    @ 60% 🔋
🔒 my.ochsner.org

# MyOchsner

Sabrina

Health   Visits   Messaging   Billing   Resources   Profile

## Hospital Outpatient Visit 🖨

🕐 Monday March 09, 2020 10:45
AM CDT

Lincoln/White 0659

AM CDT

## Ochsner Medical Center-O'Neal

16777 Medical Center Drive
Baton Rouge LA 70816-3254
225-754-3278

ONLH XR2-CR

BACK TO VISITS LIST PAGE



.ıl Boost 🛜          1:46 PM          @ 60% 🔋

🔒 my.ochsner.org

| | irbesartan 75 MG tablet | Take 75 mg by mouth. |
| | Commonly known as AVAPRO | |
| | levocetirizine 5 MG tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING |
| | Commonly known as XYZAL | |
| | methocarbamol 750 MG Tab | Take 750 mg by mouth 3 (three) times daily as needed. |
| | Commonly known as ROBAXIN | |

Lincoln/White 0660



## Your Medication List (continued) as of February 24, 2020  8:59 AM

**metoprolol succinate** 25 MG 24 hr tablet
Commonly known as TOPROL-XL

Take 25 mg by mouth.

**promethazine-dextromethorphan** 6.25-15 mg/5 mL Syrp
Commonly known as PROMETHAZINE DM
118 mL
Signed by: Andrea D Cothern, NP

Take 5 mLs by mouth every 4 to 6 hours as needed.

**triamcinolone** 55 mcg nasal inhaler
Commonly known as NASACORT

2 sprays by Nasal route

## Ochsner On Call

**Ochsner On Call Nurse Care Line - 24/7 Assistance**
Unless otherwise directed by your provider, please contact Ochsner On-Call, our nurse care line that is available for 24/7 assistance.

Registered nurses in the Ochsner On Call Center provide: appointment-scheduling, clinical advisement, health education, and other advisory services.
Call: **1-800-231-5257 (toll free)**

## Language Assistance Services

ATTENTION: Language assistance services are available, free of charge. Please call 1-800-928-6247.

ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüistica. Llame al 1-800-928-6247.

CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số 1-800-928-6247.

.ıl Boost 🛜          1:46 PM          ⦿ 60% 🔋

Lincoln/White 0661



🔒 my.ochsner.org

Sabrina L. White (MRN: 1932025) • Printed at 2/24/20  8:59 AM                    Page 2 of 4  Epic

## Your Medication List — as of February 24, 2020  8:59 AM

ⓘ Always use your most recent med list.

**amitriptyline** 50 MG tablet
Commonly known as ELAVIL                    Take 50 mg by mouth.

**betamethasone dipropionate** 0.05 % cream
Commonly known as DIPROLENE                 Apply topically 2 (two) times daily.
Quantity: 45 g
Signed by: Andrea D Cothern, NP
Started by: Andrea D Cothern, NP

**cetirizine** 10 MG tablet
Commonly known as ZYRTEC                     TAKE 1 TABLET BY MOUTH ONCE DAILY FOR 7 DAYS

**clonazePAM** 1 MG tablet
Commonly known as KLONOPIN                   Take 1 tablet (1 mg total) by mouth 2 (two) times
Quantity: 60 tablet                          daily as needed for Anxiety. OVERDUE FOR
Signed by: Andrea D Cothern, NP              ANNUAL///LAST RF

**DULoxetine** 30 MG capsule
Commonly known as CYMBALTA                   Take 1 capsule (30 mg total) by mouth once daily.
Quantity: 30 capsule                         What changed: **when to take this**
Signed by: Andrea D Cothern, NP
Changed by: Andrea D Cothern, NP

**gabapentin** 300 MG capsule
Commonly known as NEURONTIN                  TAKE 1 CAPSULE BY MOUTH IN THE EVENING

**hydrocortisone** 1 % cream                 Apply to affected area 2 times daily

**irbesartan** 75 MG tablet
Commonly known as AVAPRO                     Take 75 mg by mouth.

**levocetirizine** 5 MG tablet
Commonly known as XYZAL                      TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE
                                             MORNING

**methocarbamol** 750 MG Tab
Commonly known as ROBAXIN                    Take 750 mg by mouth 3 (three) times daily as
                                             needed.

Sabrina L. White (MRN: 1932025) • Printed at 2/24/20  8:59 AM                    Page 3 of 4  Epic

Your Medication List (continued) — as of February 24, 2020  8:59 AM

Lincoln/White 0662



**metoprolol succinate** 25 MG 24 hr tablet
Commonly known as TOPROL XL
Take 25 mg by mouth

**promethazine-dextromethorphan** 6.25-15 mg/ 5 mL Syrp
Commonly known as PROMETHAZINE-DM
Quantity: 118 mL
Signed by: Andrea D Cothern, NP
Sent by: Andrea D Cothern, NP
Take 5 mLs by mouth every 4 to 6 hours as needed.

---

.ıll Boost 🛜          1:46 PM          🔄 60% 🔋

🔒 my.ochsner.org

Reminder: Medications you will receive at a future office visit

**22** medroxyPROGESTERone (DEPO-PROVERA)
**JAN 2019** Next due Monday April 22 (Overdue) (last given 1/22/2019)
Expected: every 3 (three) months (5 doses remaining)

**24** betamethasone acetate- betamethasone sodium
**FEB 2020** phosphate (CELESTONE)
Next due Monday February 24
Expected: one time (1 dose remaining)

health care. Our patient portal, called MyOchsner, is a secure, online website for convenient 24-hour access to your personal health information.

With MyOchsner, you can view your after visit summary, schedule appointments, request prescription refills, view test results, communicate with your health care providers, and make payments online at https://my.ochsner.org/prd/.

Sabrina L White (MRN: 1932025) • Printed at 2/24/20  8:59 AM

Page 1 of 4  **Epic**

---

Your care is important to us. If your provider recommended a follow-up appointment or test, we are happy to help you coordinate your recommended care. It is important that you complete your recommended follow-up.  If you need help scheduling, please call 1-866-Ochsner. Appointments can also be made online through the patient portal.

While scheduling and attending your appointments is your responsibility, our goal is to support and empower you throughout that process.

## 🩺 Diagnoses this Visit

Comment:

Viral URI  - Primary
Cough
Adjustment disorder with mixed anxiety and depressed mood
Insect bite, unspecified site, initial encounter

## Allergies as of 2/24/2020

Reactions:

Aleve [naproxen Sodium]
Aspirin

Lincoln/White 0663



Sabrina L. White (MRN: 1932025) • Printed at 2/24/20 8:59 AM     Page 2 of 4  **Epic**



.ıll Boost 🛜     1:45 PM     🔄 60% 🔋

🔒 my.ochsner.org     ↻

## AFTER VISIT SUMMARY

**Ochsner**

**Sabrina L. White** DoB 12/3/1971     📅 2/24/2020 8:00 AM   📍 Jefferson Place - Family Medicine 225-761-5200

### Instructions from Andrea D Cothern, NP

Today's medication changes

🔴 START taking:
**betamethasone dipropionate** 0.05 % cream (DIPROLENE)

**promethazine-dextromethorphan** 6.25-15 mg/5 mL Syrp (PROMETHAZINE-DM)

🟠 CHANGE how you take:
**DULoxetine** 30 MG capsule (CYMBALTA)

Accurate as of February 24, 2020 8:59 AM
**Review your updated medication list below.**

🛒 Pick up these medications at Walmart Pharmacy 839 - BATON ROUGE LA - 9350 CORTANA PLACE
betamethasone dipropionate • DULoxetine • promethazine-dextromethorphan
Address: 9350 CORTANA PLACE, BATON ROUGE LA 70815

### Today's Visit

You saw Andrea D Cothern, NP on Monday February 24, 2020. The following issues were addressed: Viral URI; Cough; Adjustment disorder with mixed anxiety and depressed mood; and Insect bite, unspecified site, initial encounter.

| | | |
|---|---|---|
| Blood Pressure 126/86 | BMI 46.16 | |
| Weight 260 lb 9.3 oz | Height 5' 3" | |
| Temperature 97.9 °F | Pulse 88 | |

Lincoln/White 0664

Address    9990 LURIANA PLACE, BATON ROUGE LA 70810
Phone:    225-927-0114

## What's Next

**Upcoming Appointments**

FEB 27 2020    Established Patient Visit with Lindsay B Brunson, PA-C
Thursday February 27 10:20 AM

O'Neal - Interventional Pain
16777 Medical Center Drive
Baton Rouge LA
70816-3254
225-754-5278

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

**Reminder: Medications you will receive at a future office visit**

APR 22 2019    medroxyPROGESTERone (DEPO-PROVERA)
Next due Monday April 22 (Overdue) (last given 1/22/2019)
Expected: every 3 (three) months (5 doses remaining)

FEB 24 2020    betamethasone acetate-betamethasone sodium phosphate (CELESTONE)
Next due Monday February 24
Expected: one time (1 dose remaining)

### Patient Portal

We want you to be involved with your health care. Our patient portal, called MyOchsner, is a secure, online website for convenient 24-hour access to your personal health information.

With MyOchsner, you can view your after visit summary, schedule appointments, request prescription refills, view test results, communicate with your health care providers, and make payments online at https://my.ochsner.org/prd/.

Sabrina L. White (MRN: 1932025) • Printed at 2/24/20  8:59 AM

Page 1 of 4   Epic

---

Your care is important to us. If your provider recommended a follow-up appointment or test, we are happy to help you coordinate your recommended care. It is important that you complete your recommended follow-up.  If you need help scheduling, please call 1-866-Ochsner. Appointments can also be made online through the patient portal.

While scheduling and attending your appointments is your responsibility, our goal is to support and empower you



.ıl Boost 🤏    1:45 PM    🔒 60% 🔋

🔒 my.ochsner.org

START    Quantity  60 tablet
Signed by: Lindsay B Brunson, PA-C
Printed by: Lindsay B Brunson, PA-C

montelukast 10 mg tablet
Commonly known as SINGULAIR
Quantity  30 tablet
Signed by: Andrea D Cothern, NP

Take 1 tablet (10 mg total) by mouth every evening.

triamcinolone 55 mcg nasal inhaler
Commonly known as NASACORT
Quantity  17 g
Signed by: Andrea D Cothern, NP

2 sprays by Nasal route once daily.

Lincoln/White 0665



## Ochsner On Call

**Ochsner On Call Nurse Care Line - 24/7 Assistance**
Unless otherwise directed by your provider, please contact Ochsner On-Call, our nurse care line that is available for 24/7 assistance.

Registered nurses in the Ochsner On Call Center provide: appointment scheduling, clinical advisement, health education, and other advisory services.
Call: **1-800-231-5257 (toll free)**

## Language Assistance Services

ATTENTION: Language assistance services are available, free of charge. Please call 1-800-928-6247.

ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-800-928-6247.

CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số 1-800-928-6247.

Lincoln/White 0666



🔒 my.ochsner.org

Sabrina L. White (MRN: 1932025) • Printed at 1/28/20 12:04 PM          Page 2 of 4  Epic

## Your Medication List  as of January 28, 2020 12:04 PM

ⓘ Always use your most recent med list

**amitriptyline** 50 MG tablet
Commonly known as ELAVIL
Quantity 30 tablet
Signed by Andrea D Cothern, NP

Take 1 tablet (50 mg total) by mouth every evening.

**carbinoxamine maleate** 4 mg Tab
Quantity 60 each
Signed by Andrea D Cothern, NP

Take 1 to 2 tablets by mouth 3 (three) times daily as needed.

**clonazePAM** 1 MG tablet
Commonly known as KLONOPIN
Quantity 60 tablet
Signed by Andrea D Cothern, NP

Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. OVERDUE FOR ANNUAL///LAST RF

**DULoxetine** 30 MG capsule
Commonly known as CYMBALTA

Take 30 mg by mouth.

**gabapentin** 300 MG capsule
Commonly known as NEURONTIN
Quantity 60 capsule
Signed by Lindsay B Brunson, PA-C
Changed by Lindsay B Brunson, PA-C

Take 2 capsules (600 mg total) by mouth every evening.
What changed **how much to take**

**irbesartan** 75 MG tablet
Commonly known as AVAPRO

Take 75 mg by mouth.

**levocetirizine** 5 MG tablet
Commonly known as XYZAL

TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING

**meloxicam** 15 MG tablet
Commonly known as MOBIC
Quantity 30 tablet
Signed by Andrea D Cothern, NP

Take 1 tablet (15 mg total) by mouth once daily.

**methocarbamol** 750 MG Tab
Commonly known as ROBAXIN
Quantity 60 tablet
Signed by Lindsay B Brunson, PA-C
Started by Lindsay B Brunson, PA-C

Take 1 tablet (750 mg total) by mouth 3 (three) times daily as needed.

**montelukast** 10 mg tablet
Commonly known as SINGULAIR
Quantity 30 tablet
Signed by Andrea D Cothern, NP

Take 1 tablet (10 mg total) by mouth every evening.

**triamcinolone** 55 mcg nasal inhaler
Commonly known as NASACORT
Quantity 17 g
Signed by Andrea D Cothern, NP

2 sprays by Nasal route once daily.

Sabrina L. White (MRN: 1932025) • Printed at 1/28/20 12:04 PM          Page 3 of 4  Epic

## Ochsner On Call

**Ochsner On Call Nurse Care Line - 24/7 Assistance**

Unless otherwise directed by your provider, please contact Ochsner On-Call, our nurse care line that is available for 24/7 assistance.

Registered nurses in the Ochsner On Call Center provide: appointment scheduling, clinical advisement, health education, and other advisory services.
Call: **1-800-231-5257 (toll free)**



.ıl Boost 🛜          1:45 PM          🔄 ✈ 60% 🔋

🔒 my.ochsner.org

22      Next due Monday April 22 (Overdue) (last given 1/22/2019)
2019    Expected: every 3 (three) months (5 doses remaining)

Your care is important to us. If your provider recommended a follow-up appointment or test, we are happy to help you coordinate your recommended care. It is important that you complete your recommended follow-up. If you need help scheduling, please call

convenient 24-hour access to your personal health information.

With MyOchsner, you can view your after visit summary, schedule appointments, request prescription refills, view test results, communicate with your health care providers, and make payments online at https://my.ochsner.org/prd/

Sabrina L. White (MRN: 1932025) • Printed at 1/28/20 12:04 PM                    Page 1 of 4   Epic

1-866-Ochsner. Appointments can also be made online through the patient portal.

While scheduling and attending your appointments is your responsibility, our goal is to support and empower you throughout that process.

## ✎ Diagnoses this Visit

Comments

Lumbar spondylosis  - Primary
Facet arthritis of lumbar region
Primary osteoarthritis of both knees
Chronic pain of both knees

## Allergies as of 1/28/2020

Reactions

Aleve [naproxen Sodium]
Aspirin

Lincoln/White 0668



Sabrina L. White (MRN: 1932025) • Printed at 1/28/20 12:04 PM          Page 2 of 4   Epic

.ıll Boost 🛜                    1:44 PM                    @ 61% 🔋

🔒 my.ochsner.org                ↻

AFTER VISIT SUMMARY                                           ⅄Ochsner

**Sabrina L. White** DoB 12/3/1977        📅 1/28/2020 12:40 PM  Q O'Neal  Interventional Pain 225-754-3278

**Instructions** from Lindsay B Brunson, PA-C

Today's medication changes

● START taking:
**methocarbamol** 750 MG Tab (ROBAXIN)

◆ CHANGE how you take
**gabapentin** 300 MG capsule (NEURONTIN)

✖ STOP taking:
**cyclobenzaprine** 10 MG tablet (FLEXERIL)

Accurate as of January 28, 2020 12:04 PM
**Review your updated medication list below.**

Pick up these medications at Walmart Pharmacy 839
BATON ROUGE  LA - 9350 CORTANA PLACE
gabapentin • methocarbamol
Address  9350 CORTANA PLACE, BATON ROUGE LA 70815

**Today's Visit**

You saw Lindsay B Brunson, PA-
C on Tuesday January 28, 2020.
The following issues were
addressed: Lumbar spondylosis,
Facet arthritis of lumbar region, Primary
osteoarthritis of both knees, and Chronic
pain of both knees.

| Blood Pressure | BMI |
|---|---|
| 121/94 | 45.17 |
| Weight | Height |
| 255 lb | 5' 3" |
| Pulse | Respiration |
| 83 | 18 |

Lincoln/White 0669



Phone:  225-827-0114

## What's Next

### Upcoming Appointments

27 — Established Patient Visit with Lindsay B Brunson, PA-C
Thursday February 27 10:20 AM

O'Neal - Interventional Pain
16777 Medical Center Drive
Baton Rouge LA 70816-3254
225-754-3278

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

### Reminder: Medications you will receive at a future office visit

22 — medroxyPROGESTERone (DEPO-PROVERA)
Next due Monday April 22 (Overdue) (last given 1/22/2019)
Expected: every 3 (three) months (5 doses remaining)

Your care is important to us. If your provider recommended a follow-up appointment or test, we are happy to help you coordinate your recommended care. It is important that you complete your recommended follow-up. If you need help scheduling, please call

### Patient Portal

We want you to be involved with your health care. Our patient portal, called MyOchsner, is a secure, online website for convenient 24-hour access to your personal health information.

With MyOchsner, you can view your after visit summary, schedule appointments, request prescription refills, view test results, communicate with your health care providers, and make payments online at https://my.ochsner.org/prd/

Sabrina L. White (MRN: 1932025) • Printed at 1/28/20 12:04 PM

Page 1 of 4  Epic

1-866-Ochsner. Appointments can also be made online through the patient portal.

While scheduling and attending your appointments is your responsibility, our goal is to support and empower you throughout that process.

.ıl Boost 🛜     1:43 PM     @ 61% 🔋

🔒 my.ochsner.org     ↻

## DISCHARGE INSTRUCTIONS

ⱱOchsner

Sabrina L. White (Date of birth)     📅 1/23/2020  📍 The Grove - Vernon Services

Lincoln/White 0670



## Instructions

Talk with your provider about your medications

ASK how to take:

**amitriptyline** 50 MG tablet (ELAVIL)
**carbinoxamine maleate** 4 mg Tab
**clonazePAM** 1 MG tablet (KLONOPIN)
**cyclobenzaprine** 10 MG tablet (FLEXERIL)
**DULoxetine** 30 MG capsule (CYMBALTA)
**gabapentin** 300 MG capsule (NEURONTIN)
**irbesartan** 75 MG tablet (AVAPRO)
**levocetirizine** 5 MG tablet (XYZAL)
**meloxicam** 15 MG tablet (MOBIC)
**montelukast** 10 mg tablet (SINGULAIR)
**triamcinolone** 55 mcg nasal inhaler (NASACORT)

**Review your updated medication list below.**

## Current Visit

Past and Present Procedures (1/23/2020 to Today)

| Date | Procedures | Providers | |
|---|---|---|---|
| 1/23/2020 | Bilateral L3-5 Mbb – Bilateral | Karan Verma, MD | Open case |

## Your Next Steps

Go

**27** Hospital Follow Up 11:30 AM
Andrea D Cothern, NP
Jefferson Place - Family Medicine
8150 JEFFERSON HWY
Baton Rouge LA 70809-7715
225-761-5200

You have more future appointments. Please review your full appointment list

## Patient Portal

We want you to be involved with your health care. Our patient portal, called MyOchsner, is a secure, online website for convenient 24-hour access to your personal health information.

With MyOchsner, you can view your after visit summary, schedule appointments, request prescription refills, view test results, communicate with your health care providers, and make payments online at https://my.ochsner.org/prd/.

Sabrina L. White (MRN: 1932025) • Printed at 1/23/20 7:27 AM

Page 1 of 7  **Epic**

## What's next

**23** Bilateral L3-5 MBB with Verma Karan, MD
Thursday Jan 23, 2020

Hospital Follow Up with Andrea D Cothern, NP

HGVH PAIN MGT

Jefferson Place - Family Medicine

Boost     1:43 PM     61%

Lincoln/White 0671



🔒 my.ochsner.org

Sabrina L. White (MRN: 1932025) • Printed at 1/23/20 7:27 AM                                    Page 6 of 7

## Instructions

**Pain Post Injection**

1. Side effects may include: headache, restlessness at night, weakness to upper or lower extremities (arms or legs), flushing of the face and/ or neck. None are life threatening and will subside within 2-3 days.
2. If you have SEVERE headache with nausea and extreme pain, please call office (225-754-3278). Unless you usually have this type of migraine headache.
3. If you develop fever (greater than 101 F) or have any redness, swelling, or drainage at the injection site(s), please call off (225-754-3278). This may be a sign of infection.
4. If a rash or whelps (like hives) occur; please call the office (225-754-3278).
5. If you are a heart patient, please watch for symptoms such as swelling in your hands and feet and shortness of breath. If any of these symptoms occur, please notify your primary care/ heart doctor and go to the nearest emergency room.
6. If you have high blood pressure, you may experience an increase in your blood pressure over the next two weeks. Please continue to monitor your blood pressure and contact your primary care provider if your blood pressure does not return to baseline.
7. If you are a diabetic or you monitor your blood sugar, you may have an increase in your blood sugar over the next two weeks. If your blood sugar does not return to your baseline, please contact your primary care provider.
8. NO HEAT TO THE INJECTION SITE for the next 24 hours including: bath or shower, heating pad, moist heat, and / or hot tubs.
9. May use ice pack to injection site for any pain or discomfort. Apply ice pack for 20 minutes then remove for 20 minutes before re- applying to site. (recipe for homemade frozen gel pack below)
10. DO NOT DRIVE OR OPERATE HEAVY MACHINERY UNTIL TOMORROW MORNING.
11. OK to resume all medications unless otherwise directed by your doctor.
12. Injection(s) may take up to two weeks until full effects are noted.
13. You may return to normal activity/ work the following day.
14. Please do not receive a flu or pneumonia vaccine until one week after your procedure.

**Homemade Frozen Gel Ice Pack:**
1 bottle of rubbing alcohol
3 bottles of water (use rubbing alcohol bottle to measure)
2 large zip lock bags

Instructions
1. Pour alcohol and water into zip lock bag. Make sure bag is large enough to allow for expansion.
2. Try to get as much air out of the freezer bag before sealing it shut.
3. Place the bag and its contents inside a second freezer bag to contain any leakage.
4. Leave the bag in the freezer for at least one hour.
5. When it's ready, place a towel between the gel pack and bare skin to avoid burning the skin.

Lincoln/White 0672

Sabrina L. White (MRN: 1932025) • Printed at 1/23/20 7:27 AM                Page 7 of 7  Epic

.ıl Boost 📶                    1:43 PM                    @ 61% 🔋

🔒 my.ochsner.org

## Medication List (continued)

ASK your doctor about these medications (continued)

Additional Info



| | | Additional Info | | | | | |
|---|---|---|---|---|---|---|---|
| ❓ ASK | irbesartan 75 MG tablet Commonly known as AVAPRO Refills 0 Dose 75 mg | Take 75 mg by mouth. | Begin Date | AM | Noon | PM | Bedtime |
| ❓ ASK | levocetirizine 5 MG tablet Commonly known as XYZAL Refills 0 | TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | Begin Date | AM | Noon | PM | Bedtime |
| ❓ ASK | meloxicam 15 MG tablet Commonly known as MOBIC Refills 2 Dose 15 mg Quantity 30 tablet | Take 1 tablet (15 mg total) by mouth once daily. | Begin Date | AM | Noon | PM | Bedtime |
| ❓ ASK | montelukast 10 mg tablet Commonly known as SINGULAIR Refills 6 Dose 10 mg Quantity 30 tablet | Take 1 tablet (10 mg total) by mouth every evening. | Begin Date | AM | Noon | PM | Bedtime |
| ❓ ASK | triamcinolone 55 mcg nasal inhaler Commonly known as NASACORT Refills 3 Dose 2 spray Quantity 17 g | 2 sprays by Nasal route once daily. | Begin Date | AM | Noon | PM | Bedtime |

Lincoln/White 0673



Sabrina L White (MRN: 1932025) • Printed at 1/23/20 7:27 AM                Page 6 of 7  Epic

## Instructions

**Pain Post Injection**

1. Side effects may include: headache, restlessness at night, weakness to upper or lower extremities (arms or legs), flushing of the face and/ or neck. None are life threatening and will subside within 2-3 days.
2. If you have SEVERE headache with nausea and extreme pain, please call office (225-754-3278). Unless you usually have this type of migraine headache.
3. If you develop fever (greater than 101 F) or have any redness, swelling, or drainage at the injection site(s), please call off (225-754-3278). This may be a sign of infection.
4. If a rash or whelps (like hives) occur, please call the office (225-754-3278)
5. If you are a heart patient, please watch for symptoms such as swelling in your hands and feet and shortness of breath. If any of these symptoms occur, please notify your primary care/ heart doctor and go to the nearest emergency room.



**Boost** 🛜    1:43 PM    61% 🔋

🔒 my.ochsner.org

## Medication List

### ASK your doctor about these medications

Additional Info

| | | | Begin Date | AM | Noon | PM | Bedtime |
|---|---|---|---|---|---|---|---|
| ❓ ASK | **amitriptyline** 50 MG tablet Commonly known as ELAVIL Refills 6 50 mg 30 tablet | Take 1 tablet (50 mg total) by mouth every evening | Begin Date | AM | Noon | PM | Bedtime |
| ❓ ASK | **carbinoxamine maleate** 4 mg Tab Refills 0 1-2 tablet 60 each | Take 1 to 2 tablets by mouth 3 (three) times daily as needed. | Begin Date | AM | Noon | PM | Bedtime |
| ❓ ASK | **clonazePAM** 1 MG tablet Commonly known as KLONOPIN Refills 0 1 mg 60 tablet | Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. OVERDUE FOR ANNUAL/// LAST RF | Begin Date | AM | Noon | PM | Bedtime |
| ❓ ASK | **cyclobenzaprine** 10 MG tablet Commonly known a... | Take 10 mg by mouth 2 (two) times daily as needed. | Begin Date | AM | Noon | PM | Bedtime |

Lincoln/White 0674

FLEXERIL
0
10 mg.

| | | | | | | |
|---|---|---|---|---|---|---|
| DULoxetine 30 MG capsule Commonly known as CYMBALTA Refills 0 Dose 30 mg | Take 30 mg by mouth. | Begin Date | AM | Noon | PM | Bedtime |
| gabapentin 300 MG capsule Commonly known as NEURONTIN Refills 0 Dose 300 mg Quantity 30 capsule | Take 1 capsule (300 mg total) by mouth every evening. | Begin Date | AM | Noon | PM | Bedtime |

Sabrina L. White (MRN: 1932025) • Printed at 1/23/20  7:27 AM    Page 5 of 7  Epic

## Medication List (continued)

ASK your doctor about these medications (continued)

Additional info

| | | | | | | |
|---|---|---|---|---|---|---|
| irbesartan 75 MG tablet Commonly known as AVAPRO Refills 0 Dose 75 mg | Take 75 mg by mouth | Begin Date | AM | Noon | PM | Bedtime |
| levocetirizine 5 MG tablet Commonly known as XYZAL Refills 0 | TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | Begin Date | AM | Noon | PM | Bedtime |
| meloxicam 15 MG tablet Commonly known as MOBIC Refills 2 Dose 15 mg | Take 1 tablet (15 mg total) by mouth once daily. | Begin Date | AM | Noon | PM | Bedtime |



.ıl Boost 🛜    1:42 PM    @ 61% 🔋

🔒 my.ochsner.org

## Language Assistance Services

ATTENTION: Language assistance services are available, free of charge. Please call 1-800-928-6247.

ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-800-928-6247.

CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số 1-800-928-6247.

Lincoln/White 0675



Sabrina L. White (MRN: 1932025) • Printed at 1/23/20 7:27 AM

Page 4 of 7  Epic

## Medication List

### ASK your doctor about these medications

Additional Info

amitriptyline 50 MG tablet  Take 1 tablet (50 mg total) by mouth  Begin  AM  Noon  PM  Bedtime
Commonly known as ELAVIL  every evening.  Date
Refill 6
Dose 50 mg
Quantity 30 tablet
ASK

carbinoxamine maleate  Take 1 to 2 tablets by mouth 3 (three)  Begin  AM  Noon  PM  Bedtime
4 mg Tab  times daily as needed.  Date
Refills 0
Dose 1-2 tablet
ASK

.ıll Boost 🛜    1:42 PM    @ 61% 🔋

Lincoln/White 0676



🔒 my.ochsner.org

## Sedation Discharge Instructions

### Recovery After Procedural Sedation (Adult)

You have been given medicine by vein to make you sleep during your surgery. This may have included both a pain medicine and sleeping medicine. Most of the effects have worn off. But you may still have some drowsiness for the next 6 to 8 hours.

### Home care

Follow these guidelines when you get home:

- For the next 8 hours, you should be watched by a responsible adult. This person should make sure your condition is not getting worse.
- Don't drink any alcohol for the next 24 hours.
- Don't drive, operate dangerous machinery, or make important business or personal decisions during the next 24 hours.

**Note:** Your healthcare provider may tell you not to take any medicine by mouth for pain or sleep in the next 4 hours. These medicines may react with the medicines you were given in the hospital. This could cause a much stronger response than usual.

### Follow-up care

Follow up with your healthcare provider if you are not alert and back to your usual level of activity within 12 hours.

### When to seek medical advice

Call your healthcare provider right away if any of these occur:

- Drowsiness gets worse
- Weakness or dizziness gets worse
- Repeated vomiting
- You can't be awakened

**Date Last Reviewed:** 10/18/2016

© 2000-2017 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Ochsner On Call

**Ochsner On Call Nurse Care Line - 24/7 Assistance**
Unless otherwise directed by your provider, please contact Ochsner On-Call, our nurse care line that is available for 24/7 assistance. Please refer to the Patient Instructions section of your After Visit Summary for specific instructions from your physician.

Registered nurses in the Ochsner On Call Center provide appointment scheduling, clinical advisement, health education, and other advisory services.
Call: **1-800-231-5257 (toll free).**

Sabrina L. White (MRN: 1932025) • Printed at 1/23/20  7:27 AM                    Page 3 of 7   Epic

Lincoln/White 0677

## Language Assistance Services

ATTENTION: Language assistance services are available, free of charge. Please call 1-800-928-6247.

ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-800-928-6247.

CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số 1-800-928-6247.



.ıl Boost 🛜          1:42 PM          @ 61% 🔋

🔒 my.ochsner.org

personal health information.

With MyOchsner, you can view your after visit summary, schedule appointments, request prescription refills, view test results, communicate with your health care providers, and make payments online at https://my.ochsner.org/prd/.

Sabrina L. White (MRN: 1932025) • Printed at 1/23/20 7:27 AM          Page 1 of 7  Epic

## What's next

| | | |
|---|---|---|
| **JAN 23** | Bilateral L3-5 MBB with Verma Karan, MD<br>Thursday Jan 23, 2020 | HGVH PAIN MGT |
| **JAN 27** | Hospital Follow Up with Andrea O Cothern, NP<br>Monday Jan 27, 2020 11:30 AM | Jefferson Place – Family Medicine<br>8150 JEFFERSON HWY<br>Baton Rouge LA 70809-7715<br>225-761-5200 |
| **FEB 20** | Established Patient Visit with Lindsay B Brasson, PA-C<br>Thursday Feb 20, 2020 11:20 AM | O'Neal – Interventional Pain<br>16777 Medical Center Drive<br>Baton Rouge LA 70816-3254<br>225-754-3278 |

## Medications You Will Be Given

**APR 22 2019** medroxyPROGESTERone (DEPO-PROVERA)
Next due Monday April 22 (Overdue) (last given 1/22/2010)
Expected: every 3 (three) months (5 doses remaining)

Your care is important to us. If your provider recommended a follow-up appointment or test, we are happy to help you coordinate your recommended care. It is important that you complete your recommended follow-up. If you need help scheduling, please call 1-866-Ochsner. Appointments can also be made online through the patient portal.

While scheduling and attending your appointments is your responsibility, our goal is to support and empower you throughout that process.

## You are allergic to the following

| Allergen | Reactions |
|---|---|
| Aleve (Naproxen Sodium) | Not Noted |

Lincoln/White 0678



Aleve (Naproxen Sodium)                    Not Noted
Aspirin                                    Not Noted

## Treatment Team                                    Chat With All »

| Provider | Role | Specialty |
|---|---|---|
| **Admitting Provider** | | |
| Karan Verma, MD | Admitting Provider | Pain Medicine |
| **Attending Provider** | | |
| Karan Verma, MD | Attending Provider | Pain Medicine |

## Recent Lab Values

| | 1/31/2005 10:11 AM | 4/8/2008 10:20 AM |
|---|---|---|
| A1C | 5.6 | 5.8 |

Sabrina L. White (MRN: 1932025) • Printed at 1/23/20  7:27 AM          Page 2 of 7   Epic

## Sedation Discharge Instructions



.ıl Boost 🛜          1:42 PM          @ 61% 🔋

🔒 my.ochsner.org          ↻

Sabrina L. White (MRN: 1932025) • Printed at 12/18/19 10:30 AM          Page 3 of 4   Epic

## Your Medication List (continued)  as of December 18, 2019 10:30 AM

| meloxicam 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. |
|---|---|
| Commonly known as MOBIC | |
| Quantity: 30 tablet | |
| Ordered by Andrea D Cothern, NP | |
| montelukast 10 mg tablet | Take 1 tablet (10 mg total) by mouth every evening. |
| Commonly known as SINGULAIR | |
| Quantity: 30 tablet | |
| Ordered by Andrea D Cothern, NP | |
| sertraline 100 MG tablet | Take 100 mg by mouth. |
| Commonly known as ZOLOFT | **Another medication with the same name was removed. Continue taking this** |
| | |

Lincoln/White 0679



medication, and follow the directions you see here.

Triamcinolone 55 mcg nasal inhaler
Formerly known as NASACORT
Quantity: 17 g
Signed by: Andrea D Cothern, NP

2 sprays by Nasal route once daily.

## Ochsner On Call

**Ochsner On Call Nurse Care Line - 24/7 Assistance**
Unless otherwise directed by your provider, please contact Ochsner On-Call, our nurse care line that is available for 24/7 assistance.

Registered nurses in the Ochsner On Call Center provide: appointment scheduling, clinical advisement, health education, and other advisory services.
Call: **1-800-231-5257 (toll free)**

## Language Assistance Services

ATTENTION: Language assistance services are available, free of charge. Please call 1-800-928-6247.

ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-800-928-6247.

CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số 1-800-928-6247.

Sabrina L. White (MRN: 1932025) • Printed at 12/18/19 10:30 AM                              Page 4 of 4   Epic

Boost 📶    1:41 PM    61% 🔋

🔒 my.ochsner.org

Sabrina L. White (MRN: 1932025) • Printed at 12/18/19 10:30 AM                              Page 2 of 4   Epic

Your Medication List   As of December 18, 2019 10:30 AM

ⓘ Always use your most recent med list.

Lincoln/White 0680

| | | |
|---|---|---|
| | **amitriptyline** 50 MG tablet | Take 1 tablet (50 mg total) by mouth every evening. |
| | Commonly known as ELAVIL | |
| CONTINUE | Quantity 30 tablet | |
| | Ordered by Andrea D Cothern, NP | |
| | **carbinoxamine maleate** 4 mg Tab | Take 1 to 2 tablets by mouth 3 (three) times daily as needed. |
| CONTINUE | Quantity 60 each | |
| | Ordered by Andrea D Cothern, NP | |
| | **clonazePAM** 1 MG tablet | Take 1 mg by mouth 2 (two) times daily as needed. |
| | Commonly known as KLONOPIN | When changed: **Another medication with the same name was removed. Continue taking this medication, and follow the directions you see here.** |
| CHANGE | Changed by Irene N Evuleocha, DPM | |
| | **cyclobenzaprine** 10 MG tablet | Take 10 mg by mouth 2 (two) times daily as needed. |
| | Commonly known as FLEXERIL | When changed: **Another medication with the same name was removed. Continue taking this medication, and follow the directions you see here.** |
| CHANGE | Changed by Irene N Evuleocha, DPM | |
| | **DULoxetine** 30 MG capsule | Take 30 mg by mouth. |
| | Commonly known as CYMBALTA | When changed: **Another medication with the same name was removed. Continue taking this medication, and follow the directions you see here.** |
| CHANGE | Changed by Irene N Evuleocha, DPM | |
| | **gabapentin** 300 MG capsule | Take 1 capsule (300 mg total) by mouth every evening. |
| | Commonly known as NEURONTIN | |
| STOP | Quantity 30 capsule | |
| | Signed by Irene N Evuleocha, DPM | |
| | Ordered by Irene N Evuleocha, DPM | |
| | **irbesartan** 75 MG tablet | Take 75 mg by mouth. |
| | Commonly known as AVAPRO | When changed: **Another medication with the same name was removed. Continue taking this medication, and follow the directions you see here.** |
| CHANGE | Changed by Irene N Evuleocha, DPM | |
| | **levocetirizine** 5 MG tablet | TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING |
| | Commonly known as XYZAL | When changed: **Another medication with the same name was removed. Continue taking this medication, and follow the directions you see here.** |
| CHANGE | Changed by Irene N Evuleocha, DPM | |

Sabrina L. White (MRN: 1932025) • Printed at 12/18/19 10:30 AM          Page 3 of 4   **Epic**

---

**Your Medication List (continued)** as of December 18, 2019 10:30 AM

| | | |
|---|---|---|
| | **meloxicam** 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. |
| | Commonly known as MOBIC | |
| CONTINUE | Quantity 30 tablet | |
| | Ordered by Andrea D Cothern, NP | |
| | **montelukast** 10 mg tablet | Take 1 tablet (10 mg total) by mouth every evening. |
| | Commonly known as SINGULAIR | |
| CONTINUE | Quantity 30 tablet | |
| | Ordered by Andrea D Cothern, NP | |

 Boost 🛜          1:41 PM           61% 🔋

Lincoln/White 0681



**DUUSL** ⏷                    1:41 PM                    01%

🔒 my.ochsner.org

IR Facet Inj Lumbar 1st Vert Bi
Expires: 12/17/2020 (requested)

request prescription refills, view test
results, communicate with your health
care providers, and make payments
online at https://my.ochsner.org/prd/.

Sabrina L. White (MRN: 1932025) • Printed at 12/18/19 10:30 AM          Page 1 of 4  **Epic**

---

**Instructions (continued)** from Lindsay B Brunson, PA-C

📅 Follow up for Lumbar MBB in 1-3 weeks.

## What's Next

Upcoming Appointments
JAN 8 2020  Bilateral L3-5 MBB with Verma Karan, MD

HGVH PAIN MGT
10310 The Grove Blvd
Baton Rouge LA

FEB 5 2020  Established Patient Visit with Lindsay B Brunson, PA-C
Wednesday February 5 11:00 AM

O'Neal - Interventional Pain
16777 Medical Center Drive
Baton Rouge LA 70816-3254
225-754-3278

Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside
medical records and imaging, along with a list of your current medications and insurance card.

Reminder  Medications you will receive at a future office visit
APR 22 2019  medroxyPROGESTERone (DEPO-PROVERA)
Next due Monday April 22 (Overdue) (last given 1/22/2019)
Expected: every 3 (three) months (5 doses remaining)

Your care is important to us. If your provider recommended a follow-up appointment or test, we are happy to help
you coordinate your recommended care. It is important that you complete your recommended follow-up.  If you need
help scheduling, please call 1-866-Ochsner. Appointments can also be made online through the patient portal.

While scheduling and attending your appointments is your responsibility, our goal is to support and empower you
throughout that process.

## ℞ Diagnoses this Visit

Comments

Lumbar spondylosis  - Primary
Facet arthritis of lumbar region
Primary osteoarthritis of both knees
Chronic pain of both knees

## Allergies as of 12/18/2019

Reactions

Aleve [naproxen Sodium]
Aspirin

Sabrina L. White (MRN: 1932025) • Printed at 12/18/19 10:30 AM          Page 2 of 4  **Epic**

Lincoln/White 0682



Your Medication List *as of December 18, 2019 10:30 AM*

ⓘ Always use your most recent med list.

amitriptyline 50 MG tablet                    Take 1 tablet (50 mg total) by mouth every evening

---

.ıl Boost 🤶                    1:41 PM                    @ ◤ 61% ▬

🔒 my.ochsner.org                    ↻

---

AFTER VISIT SUMMARY                                     ⱱ Ochsner

Sabrina L. White  DoB 12/3/1972          🗓 12/18/2019 12:30 PM  ♀ O'Neal · Interventional Pain 225-754-3270

Instructions *from Lindsay B Brunson, PA-C*

💊 Today's medication changes

● START taking:
gabapentin 300 MG capsule (NEURONTIN)
Started by: Irene N Evuleocha, DPM

↩ CHANGE how you take:
clonazePAM 1 MG tablet (KLONOPIN)
Changed by: Irene N Evuleocha, DPM

cyclobenzaprine 10 MG tablet (FLEXERIL)
Changed by: Irene N Evuleocha, DPM

DULoxetine 30 MG capsule (CYMBALTA)
Changed by: Irene N Evuleocha, DPM

irbesartan 75 MG tablet (AVAPRO)
Changed by: Irene N Evuleocha, DPM

levocetirizine 5 MG tablet (XYZAL)
Changed by: Irene N Evuleocha, DPM

sertraline 100 MG tablet (ZOLOFT)
Changed by: Irene N Evuleocha, DPM

❌ STOP taking:
butalbital-acetaminophen-caffeine 50-325-40
mg 50-325-40 mg per tablet (FIORICET, ESGIC)
Stopped by: Irene N Evuleocha, DPM

rizatriptan 5 MG tablet (MAXALT)
Stopped by: Irene N Evuleocha, DPM

Voltaren 1 % Gel
Stopped by: Irene N Evuleocha, DPM

Accurate as of December 16, 2019 10:30 AM
**Review your updated medication list below.**

🛒 Pick up these medications at Walmart Pharmacy 839
- BATON ROUGE, LA - 9350 CORTANA PLACE
gabapentin
Address: 9350 CORTANA PLACE, BATON ROUGE LA 70815

**Today's Visit**

You saw Lindsay B Brunson, PA-
C on Wednesday December 18,
2019. The following issues were
addressed: Lumbar spondylosis,
Facet arthritis of lumbar region, Primary
osteoarthritis of both knees, and Chronic
pain of both knees.

| | | | |
|---|---|---|---|
| Blood Pressure 127/95 | | BMI 44.82 | |
| Weight 253 lb | | Height 5' 3" | |
| Pulse 103 | | Respiration 18 | |

📋 Done Today
Case Request-RAD/Other Procedure
Area: Bilateral L3-5 MBB for Lumbar
spondylosis

**Patient Portal**
We want you to be involved with your
health care. Our patient portal, called

Lincoln/White 0683



Phone: 225-937-0114

Referrals placed today
IR Facet Inj Lumbar 3rd Vert B
Expires: 12/17/2020 (requested)

IR Facet Inj Lumbar 2nd Vert Ei
Expires: 12/17/2020 (requested)

IR Facet Inj Lumbar 1st Vert Bi
Expires: 12/17/2020 (requested)

health care. Our patient portal, called MyOchsner, is a secure, online website for convenient 24-hour access to your personal health information.

With MyOchsner, you can view your after visit summary, schedule appointments, request prescription refills, view test results, communicate with your health care providers, and make payments online at https://my.ochsner.org/prd/.

Sabrina L. White (MRN: 1932025) • Printed at 12/18/19 10:30 AM          Page 1 of 4   Epic

Instructions (continued) from Lindsay B Brunson, PA-C

Follow up for Lumbar MBB in 1-3 weeks.

.ıl Boost 🛜          1:40 PM          @ 62% 🔋

🔒 my.ochsner.org

**Sabrina**

Health   Visits   Messaging   Billing   Resources   Profile

3 Months Ago

**DEC 18 2019**   **Office Visit**
Lindsay B Brunson, PA-C

AVS   View After Visit Summary®

Lincoln/White 0684

**DEC 18 2019** Hospital Outpatient Visit
HGVH XR1

View After Visit Summary®

Load more past visits
Oldest record loaded from 12/18/2019

BACK TO THE HOME PAGE



.ıl Boost 🤶          1:40 PM          @ 62% ◼️
🔒 my.ochsner.org

**Sabrina**

Health    Visits    Messaging    Billing    Resources    Profile

JAN Surgery

Lincoln/White 0685



Lincoln/White 0686



Lincoln/White 0687