

January 23, 2020 - January 23, 2020

View notes

.ıll Boost 🛜     1:39 PM     🔒 63% 🔋

🔒 my.ochsner.org

## Sabrina

Health    Visits    Messaging    Billing    Resources    Profile

Last 3 Months

**MAR 10 2020    Emergency Department**

View After Visit Summary®

**MAR 9 2020    Office Visit**
Katherine T Guillory, PA-C

View notes

EXHIBIT

  3, part 3

Lincoln/White 0688





Lincoln/White 0689

**3**
2020
Lindsay B Brunson, PA-C
Starts at 9:00 AM CDT

## Past Visits

Select a past visit from below to see a summary of your visit.

Last 3 Months

**MAR**
**10**
2020
**Emergency Department**

.ıl Boost 📶                    1:38 PM                    63% 🔋

🔒 my.ochsner.org                    ↻



DISCHARGE INSTRUCTIONS
Sabrina L. White Date of birth

Ochsner

Lincoln/White 0690



## Instructions

Talk with your provider about your medications

ASK how to take:

amitriptyline 50 MG tablet (ELAVIL)
carbinoxamine maleate 4 mg Tab
clonazePAM 1 MG tablet (KLONOPIN)
cyclobenzaprine 10 MG tablet (FLEXERIL)
DULoxetine 30 MG capsule (CYMBALTA)
gabapentin 300 MG capsule (NEURONTIN)
irbesartan 75 MG tablet (AVAPRO)
levocetirizine 5 MG tablet (XYZAL)
meloxicam 15 MG tablet (MOBIC)
montelukast 10 mg tablet (SINGULAIR)
triamcinolone 55 mcg nasal inhaler (NASACORT)

Review your updated medication list below.

## Current Visit

Past and Present Procedures (1/23/2020 to Today)

| Date | Procedures | Providers | |
|------|-----------|-----------|---|
| 1/23/2020 | Bilateral L3-5 Mbb – Bilateral | Karan Verma, MD | ✎ Open case |

## Your Next Steps

◉ Go

JAN 27  Hospital Follow Up 11:30 AM
Andrea D Cothern, NP
Jefferson Place - Family Medicine
8150 JEFFERSON HWY
Baton Rouge LA 70809-7715
225-761-5200

You have more future appointments. Please review your full appointment list

## Patient Portal

We want you to be involved with your health care. Our patient portal, called MyOchsner, is a secure, online website for convenient 24-hour access to your personal health information.

With MyOchsner, you can view your after visit summary, schedule appointments, request prescription refills, view test results, communicate with your health care providers, and make payments online at https://my.ochsner.org/prd/.

Sabrina L. White (MRN: 1932025) • Printed at 1/23/20  7:27 AM        Page 1 of 7  Epic

## What's next

JAN 23  Bilateral L3-5 MBB with Verma Karan, MD
Thursday Jan 23, 2020        HGVH PAIN MGT

JAN  Hospital Follow Up with Andrea D Cothern, NP        Jefferson Place - Family Medicine

Lincoln/White 0691





A1C    5.6    5.8

Sabrina L. White (MRN: 1932025) • Printed at 1/23/20  7:27 AM          Page 2 of 7  Epic

.ıl Boost 🗇          1:38 PM          ⊙ 63% ▭

🔒 my.ochsner.org

Recent Lab Values

A1C    5.6    5.8

Sabrina L. White (MRN: 1932025) • Printed at 1/23/20  7:27 AM          Page 2 of 7  Epic

## Sedation Discharge Instructions

### Recovery After Procedural Sedation (Adult)

You have been given medicine by vein to make you sleep during your surgery. This may have included both a pain medicine and sleeping medicine. Most of the effects have worn off. But you may still have some drowsiness for the next 6 to 8 hours.

### Home care

Follow these guidelines when you get home:

- For the next 8 hours, you should be watched by a responsible adult. This person should make sure your condition is not getting worse.
- Don't drink any alcohol for the next 24 hours.
- Don't drive, operate dangerous machinery, or make important business or personal decisions during the next 24 hours.

**Note:** Your healthcare provider may tell you not to take any medicine by mouth for pain or sleep in the next 4 hours. These medicines may react with the medicines you were given in the hospital. This could cause a much stronger response than usual.

### Follow-up care

Follow up with your healthcare provider if you are not alert and back to your usual level of activity within 12 hours.

### When to seek medical advice

Call your healthcare provider right away if any of these occur:

- Drowsiness gets worse
- Weakness or dizziness gets worse
- Repeated vomiting

Lincoln/White 0693



• You can't be awakened

**Date Last Reviewed:** 10/18/2016

© 2000-2017 The StayWell Company, LLC. 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Ochsner On Call

**Ochsner On Call Nurse Care Line - 24/7 Assistance**
Unless otherwise directed by your provider, please contact Ochsner On-Call, our nurse care line that is available for 24/7 assistance. Please refer to the Patient Instructions section of your After Visit Summary for specific instructions from your physician.

Registered nurses in the Ochsner On Call Center provide appointment scheduling, clinical advisement, health education and other advisory services.
Call: **1-800-231-5257 (toll free).**

Sabrina L. White (MRN: 1932025) • Printed at 1/23/20 7:27 AM                    Page 3 of 7  Epic



.ıll Boost 🛜                    1:38 PM                    @ 63% ▬

🔒 my.ochsner.org                ↻

Call: **1-800-231-5257 (toll free).**

Sabrina L. White (MRN: 1932025) • Printed at 1/23/20 7:27 AM                    Page 3 of 7  Epic

## Language Assistance Services

ATTENTION: Language assistance services are available, free of charge. Please call 1-800-928-6247.

ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-800-928-6247.

CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số 1-800-928-6247

Lincoln/White 0694



Sabrina L. White (MRN: 1932025) • Printed at 1/23/20  7:27 AM          Page 4 of 7  Epic

•ıll Boost 🛜          1:38 PM          63% 🔋

🔒 my.ochsner.org          ↻

Sabrina L. White (MRN: 1932025) • Printed at 1/23/20  7:27 AM          Page 4 of 7  Epic

Lincoln/White 0695

# Medication List

## ASK your doctor about these medications

Additional Info



| | | | Begin Date | AM | Noon | PM | Bedtime |
|---|---|---|---|---|---|---|---|
| ? ASK | amitriptyline 50 MG tablet Commonly known as ELAVIL Refills 6 Dose 50 mg Quantity 30 tablet | Take 1 tablet (50 mg total) by mouth every evening. | Begin Date | AM | Noon | PM | Bedtime |
| ? ASK | carbinoxamine maleate 4 mg Tab Refills 0 Dose 1-2 tablet Quantity 60 each | Take 1 to 2 tablets by mouth 3 (three) times daily as needed | Begin Date | AM | Noon | PM | Bedtime |
| ? ASK | clonazePAM 1 MG tablet Commonly known as KLONOPIN Refills 0 Dose 1 mg Quantity 60 tablet | Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. OVERDUE FOR ANNUAL/// LAST RF | Begin Date | AM | Noon | PM | Bedtime |
| ? ASK | cyclobenzaprine 10 MG tablet Commonly known as FLEXERIL Refills 0 Dose 10 mg | Take 10 mg by mouth 2 (two) times daily as needed. | Begin Date | AM | Noon | PM | Bedtime |
| ? ASK | DULoxetine 30 MG capsule Commonly known as CYMBALTA Refills 0 Dose 30 mg | Take 30 mg by mouth. | Begin Date | AM | Noon | PM | Bedtime |
| ? ASK | gabapentin 300 MG capsule Commonly known as NEURONTIN Refills 0 Dose 300 mg Quantity 30 capsule | Take 1 capsule (300 mg total) by mouth every evening. | Begin Date | AM | Noon | PM | Bedtime |

Lincoln/White 0696



Lincoln/White 0697



Sabrina L. White (MRN: 1932025) • Printed at 1/23/20  7:27 AM

Page 6 of 7   Epic

## Instructions

**Pain Post Injection**

1. Side effects may include: headache, restlessness at night, weakness to upper or lower extremities (arms or legs), flushing of the face and/ or neck. None are life threatening and will subside within 2-3 days.
2. If you have SEVERE headache with nausea and extreme pain, please call office (225-754-3278). Unless you usually have this type of migraine headache.
3. If you develop fever (greater than 101 F) or have any redness, swelling, or drainage at the injection site(s), please call off (225-754-3278). This may be a sign of infection.
4. If a rash or whelps (like hives) occur, please call the office (225-754-3278).
5. If you are a heart patient, please watch for symptoms such as swelling in your hands and feet and shortness of breath. If any of these symptoms occur, please notify your primary care/ heart doctor and go to the nearest emergency room.
6. If you have high blood pressure, you may experience an increase in your blood pressure over the next two weeks. Please continue to monitor your blood pressure and contact your primary care provider if your blood pressure does not return to baseline.
7. If you are a diabetic or you monitor your blood sugar, you may have an increase in your blood sugar over the next two weeks. If your blood sugar does not return to your baseline, please contact your primary care provider.
8. NO HEAT TO THE INJECTION SITE for the next 24 hours including: bath or shower, heating pad, moist heat, and / or hot tubs.
9. May use ice pack to injection site for any pain or discomfort. Apply ice pack for 20 minutes then remove for 20 minutes before re- applying to site. (recipe for homemade frozen gel pack below)
10. DO NOT DRIVE OR OPERATE HEAVY MACHINERY UNTIL TOMORROW MORNING.
11. OK to resume all medications unless otherwise directed by your doctor.
12. Injection(s) may take up to two weeks until full effects are noted.
13. You may return to normal activity/ work the following day.
14. Please do not receive a flu or pneumonia vaccine until one week after your procedure.

**Homemade Frozen Gel Ice Pack:**

Lincoln/White 0698



1 bottle of rubbing alcohol
3 bottles of water (use rubbing alcohol bottle to measure)
2 large zip lock bags

Instructions:
1. Pour alcohol and water into zip lock bag. Make sure bag is large enough to allow for expansion.
2. Try to get as much air out of the freezer bag before sealing it shut.
3. Place the bag and its contents inside a second freezer bag to contain any leakage.
4. Leave the bag in the freezer for at least one hour.
5. When it's ready, place a towel between the gel pack and bare skin to avoid burning the skin.

Sabrina L. White (MRN: 1932025) • Printed at 1/23/20  7:27 AM                    Page 7 of 7  Epic

.ıl Boost 🛜              1:36 PM              ⊕ 64% 🔋

AA              🔒 my.ochsner.org              ↻

MyOchsner    Sabrina    Health    Visits    Messaging    Billing    Resources    Profile

## Surgery Details    🖨

### General Information

What:
BLOCK, NERVE, FACET JOINT, LUMBAR, MEDIAL BRANCH performed by Verma Razan, MD

When:
Wednesday January 08, 2020 7:00 AM

Where:
The Grove - Pain Management (Ochsner - The Grove)
10310 The Grove Blvd
Baton rouge LA 70836-6464

Phone:
225-726-0500

BACK TO THE VISIT LIST PAGE

Lincoln/White 0699



Sent from my iPhone

Lincoln/White 0700



Lincoln/White 0701



Lincoln/White 0702



Lincoln/White 0703



Lincoln/White 0704



Lincoln/White 0705



Lincoln/White 0706

**From:** Doherty Cella Keane & Associates LLP <ssdilaw@dcklaw.com>
**Sent:** Fri, 13 Mar 2020 16:45:52 +0000
**To:** Griffin, Ieesha
**Subject:** Sabrina L. White, Claim Number: 7830485

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Dear Ms. Griffin:

As you are aware, the Social Security disability case for Ms. White is at the Appeals Council level. Due to large backlogs, a decision has not yet been reached.

Please allow an additional sixty days for an update on this claim. Should you have any questions please contact me at 1-800-211-4736.

Sincerely,

**Dyann Guarino for Atty. Martin E. Keane**
**Doherty, Cella, Keane & Associates, LLP**
100 Cummings Center, Suite 335N
Beverly, MA 01915
Toll free: 800.211.4736
Fax: 978.922.1644
ssdilaw@dcklaw.com
www.social-security-law.com

*************************************************************************
This email message and any files transmitted with it are confidential/privileged, for use of the intended recipient(s) only. If not the intended recipient, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Thank you.
*************************************************************************

Lincoln/White 0707

**From:** Sabrina White
**Sent:** Wed, 11 Mar 2020 10:23:28 -0500
**To:** WMRTCSU
**Cc:** LFGNotification@lfg.com
**Subject:** Claim 7830485 Requesting emergency for Disability Claim to continue.

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Here are records of my summary on doctors visit. Please note that the appointment on yesterday w/ Lindsay B. Brunson dealing with next part of decision on knee and back, I didn't have she sent me straight to emergency room due to blood pressure today I have an appointment with heart doctor I will email you the status of appointment today and my reschedule appointment with Dr. Lindsey.

Thank you in advance,

Sabrina L. White

Lincoln/White 0708

**VOC Suite**

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

---

**PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING**

☑ JOB DESCRIPTION   (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)

☐ PHYSICAL JOB EVALUATION FORM (if available)

☑ UPDATED MEDICAL WITH CLEAR R&L'S          ☑ TRAINING-EDUCATION-EXPERIENCE FORM

☐ MANAGER APPROVAL (if required)          ☐ ATTORNEY INFO (if applicable)

---

FROM:    Ieesha Griffin                          DATE:    Wednesday, March 4, 2020

## CLAIM BACKGROUND

---

Claimant Name:    SABRINA WHITE                Claim Number:          7830485

☐ STD    ☑ FULLY INSURED              ( THRESHOLD $ )

☑ LTD    ☐ ASO    ☐ LIFE        Has MDS worked the claim?  ☑ YES    ☐ NO

Employer:  WALMART, INC.

Change In DEF. Date:    02/14/2020

Pre-Disability Earnings:    $984.11    / M        Claim Service Type:    ADOP
                                        (mode)

---

**Document Locations**

☑ Document List      ☑ Correspondence      ☐ Paper File

---

**Case Manager's Recommendations / Reason For Referral:**

Tee has been rec'd, please continue review for tsa. Gross earnings are $590.47, review r/ls from FFR completed 2/6/20

---

DP 512

Lincoln/White 0709

2/21/2℃



# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO: 7830485

EMPLOYER/SPONSOR: Walmart, Inc.                    DATE OF BIRTH:

## Please fill out each section completely

EDUCATIONAL BACKGROUND: (If you have a resume, please attach)

Highest Grade Completed: _12th___    Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: _____    Certificate Program completed: _Medical Assistant_

Associates Degree: _Business_    College: number of years: _2 yrs_

Bachelor's Degree: BA /BS Major: _____    Graduate School: MA ☒ MS ☐ CAGS ☐ PHD Degree: ____

Professional Training, License, Certificates(s): _AA ? Medical Assistant Phlebotomist_

Are you currently attending any classes: ☐ Y ☒ N   If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _None_

Primary language spoken: _English_    Other language(s) spoken fluently: _____

Additional Skills, Hobbies & Volunteer Work _Supervisor & Management Skills_

Did you serve in the Armed Forces? ☐ Y ☒ N   From: _____    To: _____

Branch of Service: _____    Specialty: _____

WORK EXPERIENCE: (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1.  Company: _____ Department: _____ From: _____ To: _____
    Job Title(s): _____
    Supervisory Experience ☐ Y   ☐ N
    Tasks/Duties/Physical Requirements (please be specific): _____
    _____

2.  Company: _____ Department: _____ From: _____ To: _____
    Job Title(s): _____
    Supervisory Experience ☐ Y   ☐ N
    Tasks/Duties (please be specific): _____
    _____

A Lincoln Financial Group Company                                    1

Lincoln/White 0710

3.  Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience  ☐ Y   ☐ N

Tasks/Duties (please be specific): _____

_____

4.  Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience  ☐ Y   ☐ N

Tasks/Duties (please be specific): _____

_____

5.  Company: _____ Department: _____ From: _____ To: _____

Job Title(s): _____

Supervisory Experience  ☐ Y   ☐ N

Tasks/Duties (please be specific): _____

_____

## Computer Utilization:

Computer Training/Courses, Certifications: _____

|  | Home | Work |  | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: _____ |  |  |
| Photo Software | ☐ | ☐ |  |  |  |

How much time is spent daily on your work computer?  ☒ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

How much time is spent daily on your home computer?  ☒ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

Keyboarding/Typing Experience: ☒ Yes  ☐ No   If yes, WPM (words per minute) _45 mins_
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _Ascension College_ Work: _Class taken_

SIGNATURE: _Latina White_ PHONE NO: (    ) _Closed_

Lincoln/White 0711

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. SABRINA WHITE

Lincoln/White 0712



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

March 3, 2020

Ms. Sabrina L. White

RE:     Long Term Disability (LTD) Benefits
        Walmart, Inc.
        Claim #: 7830485

Dear Ms. Sabrina White:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

Wal-Mart Stores, Inc.'s LTD Policy requires that to receive benefits you must meet cooperate in the administration of the claim as seen in the following contractual provisions:

"**Proof**" means the evidence in support of a claim for benefits and includes, but is not limited to, the following:

    1. a claim form completed and signed (or otherwise formally submitted) by the Covered Person claiming benefits;

Proof must be submitted in a form or format satisfactory to Liberty.

**Discontinuation of the Long Term Disability Benefit**
The Monthly Benefit will cease on the earliest of:

    2. the date the Covered Person fails to cooperate in the administration of the claim. Such cooperation includes, but is not limited to, providing any information or documents needed to determine whether benefits are payable or the actual benefit amount due.

"**Disability**" or "**Disabled**", with respect to Long Term Disability, means:

    i. that during the Elimination Period and the next 12 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and
    ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the

1  of 4

Lincoln/White 0713

Material and Substantial Duties of Any Occupation.

"**Material and Substantial Duties**", with respect to Long Term Disability, means responsibilities that are normally required to perform the Covered Person's Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.

"**Any Occupation**" means any occupation that the Covered Person is or becomes reasonably fitted by training, education, experience, age, physical and mental capacity.

Evidence upon which the denial of benefit is based:

We are missing the attached Training Education  Experience form (TEE) from you. On December 12, 2019, we contacted you and mailed a letter to you advising that your claim was approaching the change in definition from *Own Occupation*  to *Any Occupation* on February 14, 2020. For this change, we would need to gather all updated medical records from your providers and LTD forms to determine if you continued meet the definition of *Disabled* to remain eligible for LTD benefits. The letter mailed to you requested the following information by January 25, 2020 to avoid suspension of the LTD benefit and by February 24, 2020 to avoid claim closure:

" Office treatment notes, test results, operative reports, prescription histories, and treatment plans from September 1, 2018 through present from TOTAL REHAB OF BATON ROUGE, DR. EVULEOCHA, DR. DERPINGNY, DR. BROWNING, and DR. THOMAS."

As of March 2, 2020 we have all the requested medical records, ,but we have not been able to reach you regarding the TEE form attached. You were called on February 11, 2020, February 12, 2020, February 18, 2020, and February 19, 2020 at                    and                   . The form was sent to you on February 11, 2020 and February 13, 2020 through email and mail. Since we have been unable to obtain this information from you, we are unable to proceed with the LTD benefit and the claim has been closed.

This claim determination reflects an evaluation of the claim facts and the Policy provisions only and did not rely on any internal rules, guidelines, protocols, standards or other similar criteria in rendering this determination.  We reserve the right to make a determination on any additional information that may be submitted.

Appealing this determination.

Under the Employee Retirement Income Security Act of 1974 ("ERISA"), you or your representative may request a full and fair review of this determination by writing to the address below.

Group Benefits Claims Appeal Unit<br>
Lincoln Life Assurance Company of Boston<br>
Group – Charlotte  WM<br>
P.O. Box 7216<br>
London, KY 40742-7216<br>
ATTN: Appeal Review Unit

Lincoln/White 0714

Contents of appeal. The written request for review must be sent within 180 days from the receipt of this letter and state the reasons why you feel the determination is inaccurate.  In your request for review please include the following documentation:

There is no need to formally appeal this determination by submitting a written letter of appeal. Only complete and return the attached form to resume claim review.

You should also provide any additional comments, documents, records, or other information which you would like considered, including any Social Security decision you may have received that you feel will support your claim.

Right to request documents.  You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination.  If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt date of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Period for review.  Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request is received.  If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days after your request for review is received.

Right to Bring Civil Action

You have the right to bring a civil action under section 502(a) of ERISA if your appeal is denied.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosínííłįį' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtįįł nínízingo doo bą́ą́h ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

Nothing in this letter should be construed as a waiver of any Lincoln Financial Group rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to

Lincoln/White 0715

Lincoln Financial Group, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

**Information Regarding Your Leave of Absence**

*Please note that leave of absence reporting for all Walmart associates is managed by Sedgwick. Lincoln Life Assurance Company of Boston has notified Sedgwick of your absence.  Sedgwick will determine if you are eligible, entitled and qualified, for an applicable FMLA, State Leave or Walmart, Inc. sponsored personal leave of absence. Sedgwick will notify you of their determination   separately.*

*You may contact the Walmart Disability & Leave Service Center at Sedgwick. The center's phone number is (800) 492-5678. You may speak with a representative Monday through Friday from 7:00 a.m. - 7:00 p.m. and Saturdays 8:00 a.m. to 4:00 p.m. CT. Information regarding your leave status can be obtained anytime through the Sedgwick interactive voice response (IVR) system or "viaOne" website accessed through WalmartOne.com or the WIRE.*

Sincerely,

Ieesha G.
Ltd Specialist II
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments:   7830485-REQUEST-CLAIMANT OTHER-02.11.2020

4  of 4

Lincoln/White 0716

From:           LFGNotifications@LFG.com
Sent:           Wednesday, February 12, 2020 2:41:29 AM
To:             SABRINAWHITE171@GMAIL.COM;
CC:
BCC:
Subject:        [Send Secure]Walmart, Inc. Claim No. 7830485 Sabrina White
Attachments:    hnyj8unofggtbwsznjyf_7849771.pdf;

**Important**
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln/White 0717



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

February 11, 2020

Ms. Sabrina L. White

RE:     Long Term Disability (LTD) Benefits
        Walmart, Inc.
        Claim #: 7830485

Dear Ms. Sabrina White:

Please complete and return this form by February 18, 2020.

You can email this back to us at: wmrtcsu@lfg.com

If you have any questions regarding this matter, please contact me.

Sincerely,

Ieesha G.
Ltd Specialist II
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments:   Training Education Experience

1  of  1

Lincoln/White 0718

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO: 7830485

EMPLOYER/SPONSOR: Walmart, Inc.                    DATE OF BIRTH:

## Please fill out each section completely

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Highest Grade Completed: _____     Check if earned: ☐ GED  ☐ HS Diploma

Vocational Training: _____ Certificate Program completed: _____

Associates Degree: _____ College: number of years: _____

Bachelor's Degree: BA /BS Major: _____ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: _____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes: ☐ Y  ☐ N  If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Primary language spoken: _____ Other language(s) spoken fluently: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y  ☐ N    From: _____    To: _____

Branch of Service: _____    Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y  ☐ N
   Tasks/Duties/Physical Requirements (please be specific): _____

2. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y  ☐ N
   Tasks/Duties (please be specific): _____

A Lincoln Financial Group Company                                            1

Lincoln/White 0719

3. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y   ☐ N

   Tasks/Duties (please be specific): _____

   _____

4. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y   ☐ N

   Tasks/Duties (please be specific): _____

   _____

5. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y   ☐ N

   Tasks/Duties (please be specific): _____

   _____

## Computer Utilization:

Computer Training/Courses, Certifications: _____

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: _____ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer?  ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

How much time is spent daily on your home computer?  ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No  If yes, WPM (words per minute) _____

(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____  Work: _____

---

**SIGNATURE:** _____  **PHONE NO:** (    ) _____

---

A Lincoln Financial Group Company                                                    2

Lincoln/White 0720

# Billing Statement:

**ReleasePoint**

**Invoice Date: 02/06/2020**
**Lincoln Financial Group**

**Invoice #: 711219-169**

**Invoice for Requests for Medical Information completed between Jan 1 2020 and Jan 31 2020**

**L-WALMAR**

**Bill Code: LIBSFU**

| RP #<br>Cust ID | Patient Name<br>Provider Name | Status | Date<br>Req By | RP Fee | Med Fee | Rush | QC Amt<br>Pages | Total |
|---|---|---|---|---|---|---|---|---|
| 5997752<br>7830485 | WHITE, SABRINA<br>TOTAL REHAB OF BATON ROUGE | Canceled | 01/24/20<br>I Griffin | $ 4.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 4.00** |
| 5997751<br>7830485 | WHITE, SABRINA<br>OCHSNER MEDICAL CENTER | Canceled | 01/17/20<br>I Griffin | $ 4.00 | $ 25.00 | $ 0.00 | $ 0.00<br>0 | **$ 29.00** |
| 5997750<br>7830485 | WHITE, SABRINA<br>OCHSNER HEALTH CENTER | Complete | 12/25/19<br>I Griffin | $ 8.00 | $ 90.50 | $ 0.00 | $ 0.00<br>111 | **$ 98.50** |
| 5997749<br>7830485 | WHITE, SABRINA<br>OCHSNER MEDICAL CENTER | Canceled | 01/10/20<br>I Griffin | $ 4.00 | $ 0.00 | $ 0.00 | $ 0.00<br>0 | **$ 4.00** |

**ReleasePoint**

**405 W. Foothill Blvd.**
**Suite 204**
**Claremont, CA 91711**

**Total Amount Due:**     **$ 135.50**

**Tax ID: 95-2843455**

From:                LFGNotifications@LFG.com
Sent:                Thursday, February 13, 2020 4:04:54 PM
To:
CC:
BCC:
Subject:             [Send Secure]Walmart, Inc. Claim No. 7830485 Sabrina White
Attachments:         yy5cwl8ttmh1rpjoguya_7864763.pdf;

**Important**

Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**

Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln/White 0722



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

February 13, 2020

Ms. Sabrina L. White

RE:     Long Term Disability (LTD) Benefits
        Walmart, Inc.
        Claim #: 7830485

Dear Ms. Sabrina White:

Please see the attached form.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ieesha G.
Ltd Specialist II
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments:   7830485-REQUEST-CLAIMANT OTHER-02.11.2020

1   of  1

Lincoln/White 0723

From:           LFGNotifications@LFG.com
Sent:           Wednesday, February 12, 2020 2:41:29 AM
To:             SABRINAWHITE171@GMAIL.COM;
CC:
BCC:
Subject:        [Send Secure]Walmart, Inc. Claim No. 7830485 Sabrina White
Attachments:    hnyj8unofggtbwsznjyf_7849771.pdf;

**Important**
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln/White 0724



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

February 11, 2020

Ms. Sabrina L. White

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 7830485

Dear Ms. Sabrina White:

Please complete and return this form by February 18, 2020.

You can email this back to us at: wmrtcsu@lfg.com

If you have any questions regarding this matter, please contact me.

Sincerely,

Ieesha G.
Ltd Specialist II
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments:   Training Education Experience

1  of  1

Lincoln/White 0725

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO: 7830485

EMPLOYER/SPONSOR: Walmart, Inc.    DATE OF BIRTH:

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Highest Grade Completed: _____    Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: _____ Certificate Program completed:_____

Associates Degree: _____ College: number of years: _____

Bachelor's Degree: BA /BS Major: _____ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree:_____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Primary language spoken:_____ Other language(s) spoken fluently: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y ☐ N    From:_____ To: _____

Branch of Service: _____    Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _____ Department:_____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific):_____
   _____

2. Company: _____ Department:_____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): _____
   _____

A Lincoln Financial Group Company                                              1

Lincoln/White 0726

3. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience ☐ Y  ☐ N

   Tasks/Duties (please be specific): _____

   _____

4. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience ☐ Y  ☐ N

   Tasks/Duties (please be specific): _____

   _____

5. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience ☐ Y  ☐ N

   Tasks/Duties (please be specific): _____

   _____

## Computer Utilization:

Computer Training/Courses, Certifications: _____

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: _____ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No  If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____ Work: _____

SIGNATURE: _____ PHONE NO: ( ___ ) _____

A Lincoln Financial Group Company                                                2

Lincoln/White 0727

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. SABRINA WHITE

Lincoln/White 0728



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

February 14, 2020

Ms. Sabrina L. White

RE:     Long Term Disability (LTD) Benefits
        Walmart, Inc.
        Claim #: 7830485

Dear Ms. Sabrina White:

Please see the attached form.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ieesha G.
Ltd Specialist II
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments:   7830485-REQUEST-CLAIMANT OTHER-02.11.2020

Lincoln/White 0729

| From: | LFGNotifications@LFG.com |
|---|---|
| Sent: | Wednesday, February 12, 2020 2:41:29 AM |
| To: | SABRINAWHITE171@GMAIL.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 7830485 Sabrina White |
| Attachments: | hnyj8unofggtbwsznjyf_7849771.pdf; |

**Important**

Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**

Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln/White 0730



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

February 11, 2020

Ms. Sabrina L. White

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 7830485

Dear Ms. Sabrina White:

Please complete and return this form by February 18, 2020.

You can email this back to us at: wmrtcsu@lfg.com

If you have any questions regarding this matter, please contact me.

Sincerely,

Ieesha G.
Ltd Specialist II
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments:    Training Education Experience

1  of  1

Lincoln/White 0731

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO: 7830485

EMPLOYER/SPONSOR: Walmart, Inc.                   DATE OF BIRTH:

## Please fill out each section completely

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Highest Grade Completed: _____     Check if earned: ☐ GED   ☐ HS Diploma

Vocational Training: _____ Certificate Program completed:_____

Associates Degree: _____ College: number of years:_____

Bachelor's Degree: BA /BS Major: _____ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree:_____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes: ☐ Y   ☐ N   If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Primary language spoken:_____ Other language(s) spoken fluently: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y   ☐ N     From:_____     To: _____

Branch of Service: _____     Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1.  Company: _____ Department:_____ From: _____ To: _____
    Job Title(s): _____
    Supervisory Experience ☐ Y     ☐ N
    Tasks/Duties/Physical Requirements (please be specific):_____

2.  Company: _____ Department:_____ From: _____ To: _____
    Job Title(s): _____
    Supervisory Experience ☐ Y     ☐ N
    Tasks/Duties (please be specific): _____

A Lincoln Financial Group Company                                             1

Lincoln/White 0732

3.  Company: _____ Department: _____ From: _____ To: _____

    Job Title(s): _____

    Supervisory Experience  ☐ Y     ☐ N

    Tasks/Duties (please be specific): _____

    _____

4.  Company: _____ Department: _____ From: _____ To: _____

    Job Title(s): _____

    Supervisory Experience  ☐ Y     ☐ N

    Tasks/Duties (please be specific): _____

    _____

5.  Company: _____ Department: _____ From: _____ To: _____

    Job Title(s): _____

    Supervisory Experience  ☐ Y     ☐ N

    Tasks/Duties (please be specific): _____

    _____

## Computer Utilization:

Computer Training/Courses, Certifications: _____

|  | Home | Work |  | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: _____ |  |  |
| Photo Software | ☐ | ☐ |  |  |  |

How much time is spent daily on your work computer? ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes  ☐ No   If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____ Work: _____

SIGNATURE: _____ PHONE NO: ( ) _____

A Lincoln Financial Group Company                                        2

Lincoln/White 0733

From:              LFGNotifications@LFG.com
Sent:              Wednesday, February 12, 2020 2:41:29 AM
To:
CC:
BCC:
Subject:           [Send Secure]Walmart, Inc. Claim No. 7830485 Sabrina White
Attachments:       hnyj8unofggtbwsznjyf_7849771.pdf;

**Important**
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life
Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that
must be attached to your policy upon receipt.

**Importante**
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre
a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que
debe adjuntarse a su póliza una vez recibido.

This notification contains important information regarding a claim with Liberty Life Assurance Company of
Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT
RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln/White 0734



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

February 11, 2020

Ms. Sabrina L. White

RE:     Long Term Disability (LTD) Benefits
        Walmart, Inc.
        Claim #: 7830485

Dear Ms. Sabrina White:

Please complete and return this form by February 18, 2020.

You can email this back to us at: wmrtcsu@lfg.com

If you have any questions regarding this matter, please contact me.

Sincerely,

Ieesha G.
Ltd Specialist II
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments:   Training Education Experience

1  of  1

Lincoln/White 0735

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO: 7830485

EMPLOYER/SPONSOR: Walmart, Inc.                    DATE OF BIRTH:

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: _____    Check if earned: ☐ GED  ☐ HS Diploma

Vocational Training: _____ Certificate Program completed: _____

Associates Degree: _____ College: number of years: _____

Bachelor's Degree: BA /BS Major: _____ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: _____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes: ☐ Y  ☐ N   If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Primary language spoken: _____ Other language(s) spoken fluently: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y  ☐ N      From: _____   To: _____

Branch of Service: _____      Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y    ☐ N
   Tasks/Duties/Physical Requirements (please be specific): _____

   _____

2. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y    ☐ N
   Tasks/Duties (please be specific): _____

   _____

A Lincoln Financial Group Company                                              1

Lincoln/White 0736

3. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y    ☐ N

   Tasks/Duties (please be specific): _____

   _____

4. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y    ☐ N

   Tasks/Duties (please be specific): _____

   _____

5. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y    ☐ N

   Tasks/Duties (please be specific): _____

   _____

## **Computer Utilization:**

Computer Training/Courses, Certifications: _____

|  | Home | Work |  | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ |  |  |  |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: _____ |  |  |

How much time is spent daily on your work computer?  ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

How much time is spent daily on your home computer?  ☐ None  ☐ 1-2 hours  ☐ 2-3 hours  ☐ 3+ hours

Keyboarding/Typing Experience:  ☐ Yes  ☐ No   If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____ Work: _____

---

**SIGNATURE:** _____ **PHONE NO:** ( ___ ) _____

---

A Lincoln Financial Group Company                                         2

Lincoln/White 0737

**VOC Suite**

# VOCATIONAL CASE MANAGEMENT

## Transferable Skills Analysis

---

### PLEASE HAVE THE FOLLOWING IN THE CLAIM FILE BEFORE REFERRING

☑ JOB DESCRIPTION   (if cannot obtain in writing, must have phone doc from discussions with EE/ER detailing job duties)

☐ PHYSICAL JOB EVALUATION FORM (if available)

☐ UPDATED MEDICAL WITH CLEAR R&L'S          ☑ TRAINING-EDUCATION-EXPERIENCE FORM

☐ MANAGER APPROVAL (if required)             ☐ ATTORNEY INFO (if applicable)

---

FROM:    Ieesha Griffin                    DATE:        Monday, February 10, 2020

## CLAIM BACKGROUND

---

Claimant Name:     SABRINA WHITE              Claim Number:          7830485

☐ STD    ☑ FULLY INSURED            ( THRESHOLD $ )

☑ LTD    ☐ ASO    ☐ LIFE        Has MDS worked the claim?  ☐ YES  ☑ NO

Employer:  WALMART, INC.

Change In DEF. Date:    02/14/2020

Pre-Disability Earnings:    $984.11      / M        Claim Service Type:      ADOP
                                         (mode)

---

**Document Locations**

☑ Document List      ☑ Correspondence      ☐ Paper File

---

**Case Manager's Recommendations / Reason For Referral:**

Gross benefit is paid monthly, $590.47. Please see FFR dated 2/6/20, questiion 3 for r/ls.

---

DP 512

Lincoln/White 0738

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| WALMART, INC. | SABRINA WHITE | 7830485 |

| Referred By: | Ieesha Griffin | Claimant DOB: | |
|---|---|---|---|
| Referral Date: | 02/03/2020 | Job Title: | CUSTOMER HOST _000782 _060816 |
| Due Date: | 02/10/2020 | Medical/ Surgical Condition: | Low back pain/Spondylosis without myelopathy or radiculopathy, lumbar region |
| Referral Type: | Priority File Review | Disability Occupational Type: | |
| Reason for Priority Handling: | Other Comments | Product Type: | LTD |
| Other Considerations | | LDW: | 08/08/2017 |
| Report Date: | 2/6/2020 | DOD: | 08/09/2017 |
| Physical Demands: | | BBD: | 02/14/2018 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

7:30 – 8:13 2/5/20
2/6/20 – 2:00 – 3:40

**1. Please identify the primary impairing diagnosis(es) with ICD 10 code(s).**

M47.816 spondylosis of lumbar region without myelopathy or radiculopathy
M47.22 osteoarthritis of spine with radiculopathy, cervical region
M17.0 osteoarthritis of both knees
E66.01 morbid obesity with BMI of 40.0-44.9, adult
M19.07 primary osteoarthritis ankle and feet
M25.57 pain in ankle and joints of the foot

**2. If applicable, please identify clinically significant comorbid Diagnosis(es) with ICD 10 code(s).**

Supported by the medical records, no evidence of ongoing impairment

G43.909 Migraine headache – claimant is managed with Elavil (preventative) and Maxalt (acute pain). Last mention of headaches was 05/2019. MRI of brain 6/27/19 showed no abnormalities. No documentation of neurology referral.

F32.9 Depression – claimant appears to be managed with Zoloft since 10/2019. Previous medications in the record include Cymbalta and Effexor. There is no documentation of a psychology, psychiatry, mental health referral.

1

Lincoln/White 0739

<u>F41.9 Anxiety disorder, unspecified</u> – claimant is managed with Klonopin. There is no documentation of a psychology, psychiatry, mental health referral.

<u>G56.03 Carpal tunnel syndrome, bilateral</u> – mild (nerve only) bilateral median neuropathy by NCS/EMG in 09/2018. No injections. No referral to hand surgery. No imaging. Unknown if claimant continues to wear wrist splints that she was wearing around the time of diagnosis.

**3. Taking into consideration the entire clinical picture, including standards of care and evidence based medicine, and any medication or other treatment side effects, please describe how any supported level of impairment translates into restrictions and limitations from 3/2019 to present and beyond 2/14/2020, and comment on the expected duration.** *a. If the medical records in the file do not support impairment and the need for restrictions and/or limitations during the above timeframe(s), provide a detailed explanation.*

<u>From 03/2019 to present, the medical records support</u> that claimant was unable to perform the physical essential job functions of her own occupation due to worsening knee pain that would limit time spent standing/walking and limiting crouching/squatting/ladders/climbing.

<u>From 03/2019 to present, the medical records support</u> that the claimant was able to perform full-time sedentary work with the following restrictions: no crouching/squatting/ladders/climbing. While there is evidence of mild carpal tunnel syndrome, there is no mention of impairment that would affect material handling/typing/computer/mousing while seated. Claimant would benefit from minimizing time spent standing and walking (i.e., primarily seated work).

<u>From 2/14/20 – forward, the medical records suggest</u> that the claimant will be unable to perform physical essential job functions beyond sedentary work with the following restrictions: no crouching/squatting/ladders/climbing. While there is evidence of mild carpal tunnel syndrome, there is no mention of impairment that would affect material handling/typing/computer/mousing while seated. Claimant would benefit from minimizing time spent standing and walking (i.e., primarily seated work)

Note: Given claimant's relatively young age, weight and lack of severe joint space narrowing on knee x-rays, it is unlikely that she will be offered a total knee replacement at this time. After successful knee replacement, claimant may be able to return to standing/walking up to 1/3 of the work day. Without knee replacement, the above R/Ls are likely permanent.

Rationale: Based on imaging and electrodiagnostic studies, claimant has mild spondylosis of lumbar spine without loss of disc height (x-rays 2018), mild spondylosis of cervical spine with mild loss of disc height at C5-6 (x-rays 2017), mild carpal tunnel syndrome bilaterally (NCS/EMG 2018), mild (tricompartmental arthritis without mention of joint space narrowing) bilateral knee osteoarthritis and bilateral foot pain with a remote history of right foot surgery.

Using the most recent Physical Medicine & Rehabilitation note from Dec 2019, claimant reports knee pain exacerbated by prolonged standing, ambulation and improved by rest and low back pain that is worse with prolonged standing, ambulation, and improved by rest. Claimant has tried Synvisc injections (unknown if all injections were completed) and genicular nerve blocks in December 2019 with 60% reduction in pain.

**4. Treatment Opportunities: Is the treatment provided consistent with the standard of care for the apparent level of severity of the condition(s)? Is there any evidence that the claimant is not compliant with treatment that meets the standard of care?**

2

Lincoln/White 0740

Claimant has not been compliant with physical therapy recommendations. Given that the claimant has anxiety, depression and chronic pain and has been on at least three medications for depression, referral to a psychiatrist or other mental health professional may be of benefit.

**5. Are there any non-medical circumstances identified in the medical records that may interfere with work-related activities (e.g. workplace conflicts, child or elder care issues, or legal issues)?**

No.

**6. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:**

Andrea Cothern, NP   (Primary Care)
Phone Number: 1 (225) 336 3100 ex -----    Fax Number: (225) 336-3114

Lindsay Brunson, PA-C (ONLC Interventional Pain) with Neil Verma, MD (appears to be Family Medicine with additional year of Emergency Medicine per Texas Medical Board – Canadian training program)

AP not contacted. If there is a specific question related to claimant's knee pain, Ms. Brunson would be the appropriate contact. If claimant believes she cannot perform sedentary work with the above restrictions, Ms. Brunson/Dr. Verma's practice is the correct practice to contact.

Respectfully yours,

-Electronically Signed-

James Hill, MD, MPH
Diplomate, American Board of Physical Medicine & Rehabilitation
Diplomate, American Board of Preventive Medicine (Occupational Medicine)

3

Lincoln/White 0741

Summary

Customer Host – Walmart

Essential Functions
An individual must be able to successfully perform the essential functions of this position with or without a reasonable accommodation.

Serves as a potential deterrent to criminal activity by maintaining a highly visible presence at entrance; observing customer and associate behaviour; deactivating security tags; checking receipts on large un-bagged high value items; resolving alarm activations; and thanking customers as they exit the facility.

Maintains area of responsibility in accordance with Company policies and procedures by properly handling claims and returns; arranging and organizing merchandise/supplies; identifying shrink and damages; and ensuring a safe work environment.

Monitors activities and store standards within the store that relate to safety, and basic customer traffic flow by maintaining safety standards to ensure a safe and clean environment; and responding to assistance requests from customers and associates.

Assists with securing and safeguarding the assets of the Facility and property by observing and communicating suspicious activity; assisting with investigations; maintaining paperwork, logs, and other required documentation; appropriately executing emergency response procedures'; and ensuring security and safety practices are in place and adhered to.

Provides customer service at facility exits by maintaining the overall appearance of the exit area; straightening merchandise in the area; placing carts in storage area; distributing approved marketing or promotional materials; staying up-to-date on appropriate responses to emergency codes.

Identifies possible shrink activities and associated risks by proactively monitoring the front-end store area. Uses personal judgment to make informed and effective decisions regarding the appropriate course of action to take when encountering situations where illegal activity or behaviour may be present.

Influences the behaviour of others by using respectful communication and resolving conflict in an assertive yet tactful manner.

Uses personal persuasion to effectively handle tense situations or interactions with others.

Completes work assignments and priorities by using policies, data, and resources; collaborating with managers, co-workers, customers, and other business partners; identifying priorities, deadlines, and expectations; carrying out tasks; communicating
progress and information; determining and recommending ways to address improvement opportunities; and adapting to and learning from change, difficulties, and feedback.

Complies with company policies, procedures, and standards of ethics and integrity by implementing related action plans; using the Open-Door Policy; and applying these in executing business processes and practices.

Physical Activities
- Visually locates merchandise and other objects.
- Observes associate, customer, or supplier behaviour.
- Creates documents, reports, etc., using a writing instrument (such as a pencil or pen) or computer.
- Grasps, turns, and manipulates objects of varying size and weight, requiring fine motor skills and hand-eye coordination.
- Reaches overhead and below the knees, including bending, twisting, pulling, and stooping.
- Moves, lifts, carries, and places merchandise and supplies weighing up to 25 pounds without assistance.

4

Lincoln/White 0742

- Communicates effectively in person or by using telecommunications equipment.
- Visually verifies and reads information, often in small print.
- Stands for long periods of time.

**Admin**

1/23/20 – SSDI case is at Appeals Council. Please allow an additional 60 days.

12/23/19 – activity questionnaire – assistance with most ADLs. "N/A" is response to preventing gainful employment.

11/13/18 – SSDI appeal "I have been dianois with carpal tunnel in both hands as well as arthris in back, neck, knees, and ankles."

3/19/18 – CP review/desk – initial assessment – estimated R/Ls – sedentary with no squatting/climbing/crouching/crawling. Uncertain duration. Monitor clinical response to treatment over the next 12 months. Needs sedentary work options.

1/29/18 – work note (podiatry) – able to return to work on 12/19/17 with no restrictions.

11/2/17 – work note – attending therapy two to three times per week.

9/25/17 – work note (Family Medicine)– she may return to work on 10/09/2017 with no restrictions

9/1/17 – attending physician statement "difficult to stand/sit for extended period of time due to pain." Back pain.

**Diagnostics/Procedures**

Unknown date - MRI knee left  - suspected small radial tear medial meniscus, articular cartilage loss in patellofemoral and medial tibiofemoral compartments, possible grade 1 sprain of MCL.

12/18/19 – X-ray right foot. Postsurgical changes right calcaneus. Multi articular degenerative changes throughout both feet.

11/20/19 – bilateral genicular nerve block.

8/2/19 – X-rays knee bilateral with flexion – bilateral tricompartment degenerative changes without fracture or dislocation. Little interval change.

7/1/19 – CT Head without contrast – no acute intracranial abnormality

6/27/19 – MRI brain with and without contrast – prominent artefact, however, no acute intracranial abnormality.

11/1/18 – lumbar spine – mild spurring of the endplates, vertebral body heights and intervertebral disc spaces are maintained.

9/5/18 – NCS (no needle study) – electrodiagnostic evidence of mild demyelinating median neuropathy bilateral, right worse than left. hand pain, diagnosis bilateral carpal tunnel syndrome. Naproxen, Fioricet, klonopin, Flexeril, Voltaren, sertraline, Ambien. Chronic hand numbness/tingling that has worsened over the past few months.

5

7/31/17 – bilateral knee injection (Kenalog)

7/27/17 – knee films – right – small patellofemoral osteophytes; left  -small tricompartmental marginal osteophytes are present with preserved joint spaces.

7/27/17  - lumbar spine x-rays – mild multilevel marginal spurring and facet arthropathy. Vertebral body height and disc spaces appear well maintained. Mild degenerative changes bilateral SI and hip joints.

7/19/17 – x-rays cervical spine – spondylosis without acute fracture or subluxation. Minimal loss of disc height at C5-6 level.

**Medical**

<u>JPLC Family Medicine</u>

8/13/19 – here for lip swelling x 3 days.

8/2/19 – bilateral knee pain. Has not gone to physical therapy. New referral for PT. Schedule for genicular nerve block.

8/1/19 – chronic intermittent pain. Has not been able to get her pain under control. Set up for a genicular nerve block and knee injections. Ambulatory referral to pain clinic, orthopedics, podiatry, PMR.

6/25/19 – seen for ED follow-up, seen on 6/20/19 for head injury. She walked into some stationary pipes. No LOC did not fall. Referral for breast reduction consideration. CT head without contrast. Cymbalta.

5/6/19 – follow-up for headache.

3/28/19 – chronic headaches. Maxalt helps abort headache when she takes it. Elavil has also helped. Increased Elavil to 50mg.

2/21/19 – follow-up from ER. Medrol Dose pack. Mobic. Fall down stairs 2/17/19, she missed a step. Normally ambulates with a cane because of significant knee and back arthritis. Fell on bottom and right elbow.

2/7/19 – headache for 3 days. Pain 10/10. Start Maxalt. Start Elavil. Headache diary.

1/22/19- vaginal discharge. Acute vaginitis.

1/3/19 - headache

11/1/18 – annual wellness exam. Reports chronic back pain, has never started PT as ordered. Now with upper back pain. Requests x-rays. Wearing knee brace on both knees, bilateral wrist splints and brace to right ankle. Knee injection (unknown knee),

10/8/18 – low back pain. Starting therapy on 10/10/18. Back has been bothering her with no reports of recent trauma or instigating event. She is out of pain medication and needs an RX for something to help her back pain. Midline lumbar spine pain by diagram. Followed by Dr. Verma for back pain. RX written for Feldene, Zanaflex, Deltasone.

9/11/18 - follow-up after diagnosis of carpal tunnel syndrome. Referral to PT/OT.

6

10/9/17 – spondylosis of lumbar region, osteoarthritis of both knees – ambulatory referral to OT/PT.

8/24/17 – back pain, back pain all the time. Has to stand and walk at work and she cannot. Pain is worst with sitting too long or standing too long. RX for Norco 5/325, gabapentin 100mg BID, klonopin refilled.

8/16/17 – 8/10 pain, burning, referral to PMR. Effexor refill.

7/31/17 – knee injections

7/27/17 – wants knee injections

Podiatry

12/18/19 – bilateral foot pain. H/o right foot surgery. Midfoot arthritis, acquired pes planovalgus.

2/6/18 – offered ankle injection but patient deferred to complete her knee injections. Lace up ankle brace.

12/28/17 – 10/10 pain. Short leg boot applied.

12/19/17 – states she had foot surgery to "restore her arch". Generalized ankle pain since surgery. Short leg boot applied.

PMR

12/18/19 – 60% pain relief after genicular nerve block. 7/10 pain with ADLs. Pain exacerbated by prolonged standing, ambulation and is improved by rest. Also with low back pain. Worse with prolonged standing, ambulation, improved by rest.

8/21/2017 – seen in clinic today for evaluation of neck, back and knee pain, worse after a fall. Not working. TTP SI joints, paraspinals, facet loading. Referral to PT, etodolac, C/L spine x-rays and knee films.

Orthopedics

3/28/18 – left knee pain. New problem. Pain is 10/10 with joint locking and numbness. Standing x-rays – medial compartment: mild degenerative changes, lateral compartment: no changes, patellofemoral compartment: mild degenerative changes. Decision to finish Synvisc.

12/11/17 – presents with pain in right knee. Aching pain. 9/10 pain. 0-130 range of motion. Here for Synvisc injection #2.

Physical Therapy

11/2/17 – initial eval. Patient fell down the stairs I her home in August 2017. 9/10 right knee; 7/10 left knee; 7/10 lumbar spine.

7

**From:**Doherty Cella Keane & Associates LLP <ssdilaw@dcklaw.com>
**Sent:**Thu, 23 Jan 2020 15:26:17 +0000
**To:**Griffin, Ieesha
**Subject:**Sabrina L. White, Claim Number: 7830485

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Dear Ms. Griffin:

As you are aware, the Social Security disability case for Ms. White is at the Appeals Council level. Due to large backlogs, a decision has not yet been reached.

Please allow an additional sixty days for an update on this claim. Should you have any questions please contact me at 1-800-211-4736.


Sincerely,


**Dyann Guarino for Atty. Martin E. Keane**
**Doherty, Cella, Keane & Associates, LLP**
100 Cummings Center, Suite 335N
Beverly, MA 01915
Toll free: 800.211.4736
Fax: 978.922.1644
ssdilaw@dcklaw.com
www.social-security-law.com
*************************************************************************

This email message and any files transmitted with it are confidential/privileged, for use of the intended recipient(s) only. If not the intended recipient, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Thank you.
*************************************************************************

Lincoln/White 0746

05/09/2015   06:43AM   2254485415                   CEDAR POINTE OAKWOOD                PAGE  01/41



TO: Iesha Griffin

FAX #: (603) 427-2684

FROM: Sabrina White

DATE: 1/17/20

# OF PAGES (Including Cover): 195

RE: Papers Fax Separately

_PAGE 1/41 * RCVD AT 1/17/2020 3:52:08 PM [Eastern Standard Time] * SVR:VA1PWFAX101/10 * DNIS:6034272684 * CSID:2254485415 * ANI:12254482629 * DURATION (mm-ss):23-46

Lincoln/White 0747

SUMC PHYSIATRY                                    White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                    MRN: 1932025, DOB:             Sex: F
Continuity of Care                                Acct #: 72007431852
                                                  Enc. Date 9/5/2018

## Visit Summary

**Reason for Visit**

| Hand Pain | numbness/tingling |
|---|---|

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Bilateral carpal tunnel syndrome | ICD-10-CM: G56.03<br>ICD-9-CM: 354.0 | mild demyelinating<br>bilaterally-worse on right |

**Problem List** as of 9/5/2018                                          Date Reviewed: 9/5/2018

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 9/17/2014 -<br>Present |
| Essential hypertension | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 11/29/2016 -<br>Present |
| Depression | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | | | 11/29/2016 -<br>Present |
| Primary insomnia | ICD-10-CM: F51.01<br>ICD-9-CM: 307.42 | | | 11/29/2016 -<br>Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | | | 8/27/2017 -<br>Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0<br>ICD-9-CM: 715.96 | | | 9/27/2017 -<br>Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22<br>ICD-9-CM: 721.0 | | | 9/27/2017 -<br>Present |
| Chondromalacia patellae of left knee | ICD-10-CM: M22.42<br>ICD-9-CM: 717.7 | | | 11/24/2017 -<br>Present |
| Chondromalacia patellae of right knee | ICD-10-CM: M22.41<br>ICD-9-CM: 717.7 | | | 11/24/2017 -<br>Present |
| Acute pain of left knee | ICD-10-CM: M25.562<br>ICD-9-CM: 719.46 | | | 3/19/2018 -<br>Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01, Z68.41<br>ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 -<br>Present |

**Allergies** as of 1/17/2020

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Aleve [naproxen Sodium] | 08/28/2018 11:18 AM | | Kaitlyn N. Tircuit, MA | | | |
| Aspirin | 08/28/2018 11:18 AM | | Lija Thomas, MD | | | |
| DELETED: Bayer Aspirin (with Caffeine) [aspirin-caffeine] | 02/13/2018 11:06 AM | | Alexandra Scott, MA | Nausea Only | | Deleted on: 02/13/2018 Chart correction: Wrong allergy selected |

**Immunizations Administered as of 9/5/2018**                                    Never Reviewed

No immunizations on file.

## Medications

Generated on 1/17/20 12:19 PM                                                    Page 1

Lincoln/White 0748

05/09/2015  06:43AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  11/41

SUMC PHYSIATRY                                      White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                      MRN: 1932025, DOB:              Sex: F
Continuity of Care                                  Acct #: 72007431852
                                                    Enc. Date 9/5/2018

## Medications (continued)

### Outpatient Medications at Start of Encounter as of 9/5/2018

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet** | 30 tablet | 0 | 5/8/2018 | 9/11/2018 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet** | 60 tablet | 0 | 8/16/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. - Oral | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet** | 90 tablet | 0 | 7/18/2018 | 9/11/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** | 30 tablet | 0 | 7/18/2018 | 9/11/2018 |
| Sig - Route: Take 1 tablet (50 mg total) by mouth daily as needed. - Oral | | | | |
| **loratadine (CLARITIN) 10 mg tablet** | 30 tablet | 0 | 8/16/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every morning. - Oral | | | | |
| **sertraline (ZOLOFT) 100 MG tablet** | 30 tablet | 3 | 7/18/2018 | 9/11/2018 |
| Sig - Route: Take 1 tablet (100 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 10 mg Tab** | 30 tablet | 0 | 7/18/2018 | 9/11/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth nightly as needed. - Oral | | | | |
| Class: Print | | | | |

## Progress Notes

### Progress Notes by Erin W. Derbigny, MD at 9/5/2018 3:00 PM

| | | |
|---|---|---|
| Author: Erin W. Derbigny, MD | Service: — | Author Type: Physician |
| Filed: 9/5/2018 3:15 PM | Encounter Date: 9/5/2018 | Creation Time: 9/5/2018 2:59 PM |
| Status: Signed | Editor: Erin W. Derbigny, MD (Physician) | |

**OCHSNER HEALTH CENTER**
**9001 Summa Avenue**
**Baton Rouge, LA 70809-3726**
**Phone: 225-761-5484**

**Full Name:** Sabrina White          **Date of Birth:**
**Patient ID:** 1932025

**Visit Date:**            9/5/2018 15:00
**Age:**                   45 Years 9 Months Old
**Examining Physician:**   Erin Derbigny, M.D.
**Referring Physician:**   L.Thomas
**Reason for Referral:**   arm pain

**Chief Complaint**
Patient presents with

- Hand Pain
  *numbness/tingling*

Generated on 1/17/20 12:19 PM                                              Page 2

Lincoln/White 0749

SUMC PHYSIATRY                              White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA              MRN: 1932025, DOB:            Sex: F
Continuity of Care                         Acct #: 72007431852
                                           Enc. Date 9/5/2018

## Progress Notes (continued)

**Progress Notes by Erin W. Derbigny, MD at 9/5/2018 3:00 PM (continued)**

HPI: This is a 45 y.o. female being seen in clinic today for chronic hand numbness/tingling that has worsened over the past few months. Shaking, resting her hands, or rubbing her hands provide some relief. She has noticed grip strength and dropped items.


History obtained from patient

Functional History:
Walking: Not limited
Transfers: Independent
Assistive devices: No
Power mobility: No
Falls: None
Directional preference:change of position
Employment status:not working

Needs help with:
Nothing - all ADLS normal


Past family, medical, social, and surgical history reviewed in chart

Review of Systems:

General- denies lethargy, weight change, fever, chills
Head/neck- denies swallowing difficulties +headaches
ENT- denies hearing changes
Cardiovascular-denies chest pain
Pulmonary- denies shortness of breath
GI- denies constipation or bowel incontinence
GU- denies bladder incontinence
Skin- denies wounds or rashes
Musculoskeletal- +/-weakness, +pain
Neurologic- +numbness and tingling
Psychiatric- +depression, +anxiety
Lymphatic-denies swelling
Endocrine- denies hypoglycemic symptoms/DM history
All other pertinent systems negative

Physical Examination:
General: Well developed, well nourished female, NAD
HEENT:NCAT EOMI bilaterally
Pulmonary:Normal respirations

Spinal Examination: CERVICAL
Active ROM is within normal limits.
Inspection: No deformity of spinal alignment.

Generated on 1/17/20 12:19 PM                                              Page 3

Lincoln/White 0750

SUMC PHYSIATRY                                      White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                      MRN: 1932025, DOB:              Sex: F
Continuity of Care                                  Acct #: 72007431852
                                                    Enc. Date 9/5/2018

## Progress Notes (continued)

**Progress Notes by Erin W. Derbigny, MD at 9/5/2018  3:00 PM (continued)**

Spinal Examination: LUMBAR or THORACIC
Active ROM is limited in full flex and ext due to tightness
Inspection: No deformity of spinal alignment

tinels +bilaterally at wrists

Bilateral Upper and Lower Extremities:
Pulses are 2+ at radial,  bilaterally.
Shoulder/Elbow/Wrist/Hand ROM
Hip/Knee/Ankle ROM wnl, ttp at med jt lines at knees, mild edema
Bilateral Extremities show normal capillary refill.  No signs of cyanosis, rubor, edema, skin changes, or
dysvascular changes of appendages.  Nails appear intact.

Neurological Exam:
Cranial Nerves:
II-XII grossly intact

Manual Muscle Testing: (Motor 5=normal)

**RIGHT** Upper extremity: Shoulder abduction 5/5, Biceps 5/5, Triceps 5/5, Wrist extension 5/5, Abductor pollicis
brevis 5/5, Ulnar hand intrinsics 5/5,
**LEFT** Upper extremity: Shoulder abduction 5/5, Biceps 5/5, Triceps 5/5, Wrist extension 5/5, Abductor pollicis
brevis 5/5, Ulnar hand intrinsics 5/5,
No focal atrophy is noted of either upper or lower extremity.

Bilateral Reflexes:1+patellar
Hoffman's response is absent bilaterally.

Sensation: tested to light touch  - intact in arms except dec at left thumb
Gait: Narrow base and good arm swing.

Entire procedure explained to patient prior to proceeding.  Verbal consent obtained

### SNC

| Nerve / Sites | Rec. Site | Onset Lat ms | Peak Lat ms | Amp µV | Segments | Distance mm | Velocity m/s |
|---|---|---|---|---|---|---|---|
| L Median - Digit II (Antidromic) | | | | | | | |
| Wrist | Dig II | 2.9 | 3.6 | 25.3 | Wrist - Dig II | 140 | 48 |
| R Median - Digit II (Antidromic) | | | | | | | |
| Wrist | Dig II | 3.5 | 4.8 | 10.2 | Wrist - Dig II | 140 | 40 |
| L Ulnar - Digit V (Antidromic) | | | | | | | |
| Wrist | Dig V | 2.1 | 2.9 | 25.6 | Wrist - Dig V | 140 | 66 |
| R Ulnar - Digit V (Antidromic) | | | | | | | |
| Wrist | Dig V | 2.4 | 2.9 | 15.9 | Wrist - Dig V | 140 | 57 |

Generated on 1/17/20 12:19 PM                                                          Page 4

Lincoln/White 0751

SUMC PHYSIATRY
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72007431852
Enc. Date 9/5/2018

**Progress Notes (continued)**

Progress Notes by Erin W. Derbigny, MD at 9/5/2018  3:00 PM (continued)

| Nerve / Sites | Rec. Site | Onset Lat ms | Peak Lat ms | Amp μV | Segments | Distance mm | Velocity m/s |
|---|---|---|---|---|---|---|---|
| L Radial - Anatomical snuff box (Forearm) | | | | | | | |
| Forearm | Wrist | 1.9 | 2.2 | 12.2 | Forearm - Wrist | 100 | 53 |
| R Radial - Anatomical snuff box (Forearm) | | | | | | | |
| Forearm | Wrist | 1.5 | 1.9 | 15.1 | Forearm - Wrist | 100 | 69 |

CSI

| Nerve / Sites | Rec. Site | Peak Lat ms | NP Amp μV | Segments | Peak Diff ms |
|---|---|---|---|---|---|
| L Median - CSI | | | | | |
| Median | Thumb | 3.1 | 8.0 | Median - Radial | 0.8 |
| Radial | Thumb | 2.3 | 11.0 | Median - Ulnar | 1.1 |
| Median | Ring | 3.9 | 8.2 | Median palm - Ulnar palm | |
| Ulnar | Ring | 2.8 | 20.4 | | |
| CSI | | | | CSI | 1.9 |

MNC

| Nerve / Sites | Muscle | Latency ms | Amplitude mV | Duration ms | Rel Amp % | Segments | Distance mm | Lat Diff ms | Velocity m/s |
|---|---|---|---|---|---|---|---|---|---|
| L Median - APB | | | | | | | | | |
| Wrist | APB | 3.1 | 10.8 | 6.3 | 100 | Wrist - APB | 80 | | |
| Elbow | APB | 7.0 | 10.0 | 6.5 | 93.1 | Elbow - Wrist | 220 | 4.0 | 56 |
| R Median - APB | | | | | | | | | |
| Wrist | APB | 4.0 | 10.1 | 6.6 | 100 | Wrist - APB | 80 | | |
| Elbow | APB | 8.0 | 7.8 | 6.8 | 76.8 | Elbow - Wrist | 200 | 4.0 | 50 |
| L Ulnar - ADM | | | | | | | | | |
| Wrist | ADM | 2.3 | 7.8 | 5.4 | 100 | Wrist - ADM | 80 | | |
| B.Elbow | ADM | 5.9 | 6.6 | 5.8 | 84.5 | B.Elbow - Wrist | 220 | 3.6 | 61 |
| A.Elbow | ADM | 7.8 | 6.6 | 6.4 | 100 | A.Elbow - B.Elbow | 100 | 1.9 | 53 |
| | | | | | | A.Elbow - Wrist | | 5.5 | |

Generated on 1/17/20 12:19 PM                                                  Page 5

Lincoln/White 0752

05/09/2015  06:43AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  15/41

SUMC PHYSIATRY                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA          MRN: 1932025, DOB:          Sex: F
Continuity of Care                      Acct #: 72007431852
                                        Enc. Date 9/5/2018

**Progress Notes (continued)**

Progress Notes by Erin W. Derbigny, MD at 9/5/2018  3:00 PM (continued)

| Nerve / Sites | Muscle | Latency ms | Amplitude mV | Duration ms | Rel Amp % | Segments | Distance mm | Lat Diff ms | Velocity m/s |
|---|---|---|---|---|---|---|---|---|---|
| R Ulnar - ADM | | | | | | | | | |
| Wrist | ADM | 2.4 | 6.2 | 4.5 | 100 | Wrist - ADM | 80 | | |
| B.Elbow | ADM | 6.1 | 5.9 | 4.6 | 95.5 | B.Elbow - Wrist | 240 | 3.8 | 64 |
| A.Elbow | ADM | 7.8 | 5.3 | 4.8 | 88.9 | A.Elbow - B.Elbow | 100 | 1.7 | 60 |
| | | | | | | A.Elbow - Wrist | | 5.4 | |

**Conclusion:**


Erin Derbigny, M.D.
Physical Medicine and Rehabilitation

Generated on 1/17/20 12:19 PM                                        Page 6

Lincoln/White 0753

SUMC PHYSIATRY                              White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA              MRN: 1932025, DOB:              Sex: F
Continuity of Care                          Acct #: 72007431852
                                            Enc. Date 9/5/2018

## Progress Notes (continued)

**Progress Notes by Erin W. Derbigny, MD at 9/5/2018  3:00 PM (continued)**



INTERPRETATION
-Bilateral median motor nerve conduction study showed normal latency, amplitude, and conduction velocity
-Bilateral median sensory nerve conduction study showed prolonged peak latency on the right and normal amplitude
-Bilateral ulnar motor nerve conduction study showed normal latency, amplitude, and conduction velocity
-Bilateral ulnar sensory nerve conduction study showed normal peak latency and amplitude
-Bilateral radial sensory nerve conduction study showed normal peak latency and amplitude
-Left combined sensory index showed a significant latency difference of 1.9msec

IMPRESSION
1. ABNORMAL study
2. There is electrodiagnostic evidence of a MILD demyelinating median neuropathy (Carpal tunnel syndrome) across BILATERAL wrists-worse on the right

PLAN
1. Follow up with referring provider: Dr. L. Thomas
2. rec neutral wrist braces and possible referral to PT/OT.  Handouts on CTS prevention provided.

Generated on 1/17/20 12:19 PM                                              Page 7

Lincoln/White 0754

SUMC PHYSIATRY                                    White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                    MRN: 1932025, DOB:            Sex: F
Continuity of Care                                Acct #: 72007431852
                                                  Enc. Date 9/5/2018

### Progress Notes (continued)

#### Progress Notes by Erin W. Derbigny, MD at 9/5/2018 3:00 PM (continued)

Electronically signed by Erin W. Derbigny, MD on 9/5/2018  3:15 PM

#### H&P Notes

No notes of this type exist for this encounter.

Lincoln/White 0755

05/09/2015  06:43AM  2254485415      CEDAR POINTE OAKWOOD      PAGE  18/41

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:      Sex: F
Acct #: 72007494491
Enc. Date 9/11/2018

## Visit Summary

### Reason for Visit

Follow-up

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Bilateral carpal tunnel syndrome   - Primary | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | |
| Acute intractable headache, unspecified headache type | ICD-10-CM: R51 ICD-9-CM: 784.0 | |
| Chronic pain of both knees | ICD-10-CM: M25.561, M25.562, G89.29 ICD-9-CM: 719.46, 338.29 | |
| Medication refill | ICD-10-CM: Z76.0 ICD-9-CM: V68.1 | |
| Depression, unspecified depression type | ICD-10-CM: F32.9 ICD-9-CM: 311 | |
| Insomnia, unspecified type | ICD-10-CM: G47.00 ICD-9-CM: 780.52 | |
| Hematuria, unspecified type | ICD-10-CM: R31.9 ICD-9-CM: 599.70 | |

### Problem List as of 9/11/2018

Date Reviewed: **9/5/2018**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Depression | ICD-10-CM: F32.9 ICD-9-CM: 311 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - Present |
| Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - Present |
| Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 - Present |

### Allergies as of 1/17/2020

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Aleve [naproxen Sodium] | 08/28/2018 11:18 AM | | Kaitlyn N. Tircuit, MA | | | |

Generated on 1/17/20 12:19 PM      Page 9

Lincoln/White 0756

05/09/2015  06:43AM  2254485415                    CEDAR POINTE OAKWOOD              PAGE  19/41

JPLC FAMILY MEDICINE                      White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA            MRN: 1932025, DOB:        Sex: F
Continuity of Care                        Acct #: 72007494491
                                          Enc. Date 9/11/2018

## Visit Summary (continued)

### Allergies as of 1/17/2020 (continued)

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| **Aspirin** | 08/28/2018 11:18 AM | | Lija Thomas, MD | | | |
| DELETED: **Bayer Aspirin (with Caffeine) [aspirin-caffeine]** | 02/13/2018 11:06 AM | | Alexandra Scott, MA | Nausea Only | | Deleted on: 02/13/2018 Chart correction: Wrong allergy selected |

### Immunizations Administered as of 9/11/2018                            Never Reviewed

No immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 9/11/2018

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 30 tablet | 0 | 5/8/2018 | 9/11/2018 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking)** | 60 tablet | 0 | 8/16/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. - Oral | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)** | 90 tablet | 0 | 7/18/2018 | 9/11/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet (Taking)** | 30 tablet | 0 | 7/18/2018 | 9/11/2018 |
| Sig - Route: Take 1 tablet (50 mg total) by mouth daily as needed. - Oral | | | | |
| **loratadine (CLARITIN) 10 mg tablet (Taking)** | 30 tablet | 0 | 8/16/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every morning. - Oral | | | | |
| **sertraline (ZOLOFT) 100 MG tablet (Taking)** | 30 tablet | 3 | 7/18/2018 | 9/11/2018 |
| Sig - Route: Take 1 tablet (100 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 10 mg Tab (Taking)** | 30 tablet | 0 | 7/18/2018 | 9/11/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth nightly as needed. - Oral | | | | |
| Class: Print | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking/Discontinued)** | 30 tablet | 0 | 5/8/2018 | 9/11/2018 |
| Sig: Take 1 tablet by mouth 2 (two) times daily as needed. | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking/Discontinued)** | 30 tablet | 0 | 9/11/2018 | 1/3/2019 |
| Sig: Take 1 tablet by mouth 2 (two) times daily as needed. | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| Route: Oral | | | | |

Generated on 1/17/20 12:19 PM                                              Page 10

Lincoln/White 0757

05/09/2015  06:43AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  20/41

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:            Sex: F
Continuity of Care                            Acct #: 72007494491
                                              Enc. Date 9/11/2018

## Medications (Continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Reason for Discontinue: **Reorder** | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet** (Taking/Discontinued) | 60 tablet | 0 | 8/16/2018 | 10/8/2018 |
| Sig: Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet** (Taking/Discontinued) | 90 tablet | 0 | 7/18/2018 | 9/11/2018 |
| Sig: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. Notes to Pharmacy: Please consider 90 day supplies to promote better adherence Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet** (Taking/Discontinued) | 90 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. Notes to Pharmacy: Please consider 90 day supplies to promote better adherence Route: Oral | | | | |
| Reason for Discontinue: **Therapy not effective** | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** (Taking/Discontinued) | 30 tablet | 0 | 7/18/2018 | 9/11/2018 |
| Sig: Take 1 tablet (50 mg total) by mouth daily as needed. Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** (Taking/Discontinued) | 90 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig: Take 1 tablet (50 mg total) by mouth daily as needed. Route: Oral | | | | |
| Reason for Discontinue: **Therapy not effective** | | | | |
| **loratadine (CLARITIN) 10 mg tablet** (Taking/Discontinued) | 30 tablet | 0 | 8/16/2018 | 10/8/2018 |
| Sig: Take 1 tablet (10 mg total) by mouth every morning. Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **sertraline (ZOLOFT) 100 MG tablet** (Taking/Discontinued) | 30 tablet | 3 | 7/18/2018 | 9/11/2018 |
| Sig: Take 1 tablet (100 mg total) by mouth once daily. Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **sertraline (ZOLOFT) 100 MG tablet** (Taking/Discontinued) | 90 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig: Take 1 tablet (100 mg total) by mouth once daily. Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **zolpidem (AMBIEN) 10 mg Tab** (Taking/Discontinued) | 30 tablet | 0 | 7/18/2018 | 9/11/2018 |
| Sig: Take 1 tablet (10 mg total) by mouth nightly as needed. Class: Print Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **zolpidem (AMBIEN) 10 mg Tab** (Taking/Discontinued) | 30 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig: Take 1 tablet (10 mg total) by mouth nightly as needed. Route: Oral Reason for Discontinue: **Reorder** | | | | |

**Ordered Medications**

Generated on 1/17/20 12:19 PM                                              Page 11

Lincoln/White 0758

05/09/2015  06:43AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  21/41

JPLC FAMILY MEDICINE                              White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                     MRN: 1932025, DOB:              Sex: F
Continuity of Care                                 Acct #: 72007494491
                                                   Enc. Date 9/11/2018

## Medications (continued)

**Ordered Medications (continued)**

| | Disp. | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Discontinued)** | 30 tablet | 0 | 9/11/2018 | 1/3/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet (Discontinued)** | 90 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (50 mg total) by mouth daily as needed. - Oral | | | | |
| Reason for Discontinue: **Therapy not effective** | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Discontinued)** | 90 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| Reason for Discontinue: **Therapy not effective** | | | | |
| **sertraline (ZOLOFT) 100 MG tablet (Discontinued)** | 90 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (100 mg total) by mouth once daily. - Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **zolpidem (AMBIEN) 10 mg Tab (Discontinued)** | 30 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth nightly as needed. - Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |

## All Results

POCT URINE DIPSTICK WITHOUT MICROSCOPE [370913750] (Abnormal)     Resulted: 09/11/18 0946, Result status: Final result

Resulted by: Lija Thomas

**Specimen Information**

| Type | Source | Collected On | | |
|---|---|---|---|---|
| — | — | 09/11/18 0946 | | |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Color, UA | yellow | — | — | — |
| Spec Grav UA | 1.020 | — | — | — |
| pH, UA | 5 | — | — | — |
| WBC, UA | negative | — | — | — |
| Nitrite, UA | negative | — | — | — |
| Protein | negative | — | — | — |
| Glucose, UA | normal | — | — | — |
| Ketones, UA | negative | — | — | — |
| Urobilinogen, UA | normal | — | — | — |
| Bilirubin | negative | — | — | — |
| Blood, UA | 250 | — | — | — |

## Progress Notes

**Progress Notes by Lija Thomas, MD at 9/11/2018 8:20 AM**

| | | |
|---|---|---|
| Author: Lija Thomas, MD | Service: — | Author Type: Physician |
| Filed: 9/18/2018 10:14 AM | Encounter Date: 9/11/2018 | Creation Time: 9/11/2018 8:48 AM |
| Status: Signed | Editor: Lija Thomas, MD (Physician) | |

**Subjective**

Generated on 1/17/20 12:19 PM                                                        Page 12

Lincoln/White 0759

05/09/2015  06:43AM  2254485415                   CEDAR POINTE OAKWOOD                   PAGE  22/41

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:              Sex: F
Continuity of Care                            Acct #: 72007494491
                                              Enc. Date 9/11/2018

**Progress Notes (continued)**

**Progress Notes by Lija Thomas, MD at 9/11/2018 8:20 AM (continued)**

**Patient ID:** Sabrina Lynette White is a 45 y.o. female.

**Chief Complaint:** Follow-up

HPI
Ms. White presents  To clinic today for follow up.
She states she noticed some blood in her urine.
She does not think that the blood is coming from her vagina.
She got on depo shot and has not had a cycle since.
She is not sure if she is spotting.
She was recently diagnosed with carpal tunnel syndrome and instructed to follow up in clinic.
She has not been wearing any braces.
She would like refill on her medications.
She denies any dysuria or frequency.

She needs refill on her medications.

Review of Systems
Constitutional: Negative for fever.
Gastrointestinal: Negative for abdominal pain and vomiting.
Genitourinary: Positive for hematuria. Negative for dysuria and frequency.
Musculoskeletal: Positive for arthralgias.

**Medication List**

ⓘ Accurate as of 9/11/18  8:48 AM. If you have any questions, ask your nurse or
doctor.

**CONTINUE taking these medications**
**butalbital-acetaminophen-caffeine 50-325-40 mg** 50-325-40 mg per tablet
Commonly known as: FIORICET, ESGIC
Take 1 tablet by mouth 2 (two) times daily as needed.

**clonazePAM** 1 MG tablet
Commonly known as: KLONOPIN
Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety.

**cyclobenzaprine** 10 MG tablet
Commonly known as: FLEXERIL
Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed.

**diclofenac** 50 MG EC tablet
Commonly known as: VOLTAREN

Generated on 1/17/20 12:19 PM                                          Page 13

Lincoln/White 0760

05/09/2015  06:43AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  23/41

JPLC FAMILY MEDICINE                               White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                     MRN: 1932025, DOB:            Sex: F
Continuity of Care                                 Acct #: 72007494491
                                                   Enc. Date 9/11/2018

## Progress Notes (continued)

**Progress Notes by Lija Thomas, MD at 9/11/2018 8:20 AM (continued)**

Take 1 tablet (50 mg total) by mouth daily as needed.

**loratadine** 10 mg tablet
Commonly known as:  CLARITIN
Take 1 tablet (10 mg total) by mouth every morning.

**sertraline** 100 MG tablet
Commonly known as:  ZOLOFT
Take 1 tablet (100 mg total) by mouth once daily.

**zolpidem** 10 mg Tab
Commonly known as:  AMBIEN
Take 1 tablet (10 mg total) by mouth nightly as needed.

**Patient Active Problem List**
Diagnosis
- Essential hypertension
- Depression
- Primary insomnia
- Migraine headache
- Spondylosis of lumbar region without myelopathy or radiculopathy
- Osteoarthritis of both knees
- Osteoarthritis of spine with radiculopathy, cervical region
- Chondromalacia patellae of left knee
- Chondromalacia patellae of right knee
- Acute pain of left knee
- Morbid obesity with BMI of 40.0-44.9, adult

## Objective

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: EOM are normal. Right eye exhibits no discharge. Left eye exhibits no discharge.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes.
Musculoskeletal: She exhibits no edema.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry. She is not diaphoretic. No erythema.
Psychiatric: She has a normal mood and affect.
Vitals reviewed.

Generated on 1/17/20 12:19 PM                                      Page 14

Lincoln/White 0761

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:              Sex: F
Continuity of Care                            Acct #: 72007494491
                                             Enc. Date 9/11/2018

## Progress Notes (continued)

**Progress Notes by Lija Thomas, MD at 9/11/2018  8:20 AM (continued)**

### Vitals:

|                    | 09/11/18 0838           |
|--------------------|-------------------------|
| BP:                | 124/84                  |
| Pulse:             | 109                     |
| Resp:              | 18                      |
| Temp:              | 97.6 °F (36.4 °C)       |

## Assessment/ PLAN

**Bilateral carpal tunnel syndrome**
-   Ambulatory Referral to Physical/Occupational Therapy

**Acute intractable headache, unspecified headache type**
-   butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet; Take 1 tablet by mouth 2 (two) times daily as needed.  Dispense: 30 tablet; Refill: 0

**Chronic pain of both knees**
-   diclofenac (VOLTAREN) 50 MG EC tablet; Take 1 tablet (50 mg total) by mouth daily as needed. Dispense: 90 tablet; Refill: 0

**Medication refill**
-   cyclobenzaprine (FLEXERIL) 10 MG tablet; Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed.  Dispense: 90 tablet; Refill: 0

**Depression, unspecified depression type**
-   sertraline (ZOLOFT) 100 MG tablet; Take 1 tablet (100 mg total) by mouth once daily.  Dispense: 90 tablet; Refill: 0

**Insomnia, unspecified type**
-   zolpidem (AMBIEN) 10 mg Tab; Take 1 tablet (10 mg total) by mouth nightly as needed.  Dispense: 30 tablet; Refill: 0

**Hematuria, unspecified type**
-   POCT URINE DIPSTICK WITHOUT MICROSCOPE

advised pt she is likely having blood in the urine due to spotting from being on depo shot
Continue to observe

Lija Thomas, MD
Ochsner Jefferson Place Family Medicine

Electronically signed by Lija Thomas, MD on 9/18/2018 10:14 AM

**H&P Notes**

Lincoln/White 0762

05/09/2015  06:43AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  25/41

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:              Sex: F
Continuity of Care                            Acct #: 72007494491
                                              Enc. Date 9/11/2018

**H&P Notes (continued)**

No notes of this type exist for this encounter.

Generated on 1/17/20 12:19 PM                                              Page 16

Lincoln/White 0763

05/09/2015  06:43AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  26/41

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:              Sex: F
Continuity of Care                            Acct #: 72007615208
                                              Enc. Date 10/8/2018

## Visit Summary

**Reason for Visit**

Medication Refill
Back Pain

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Spondylosis of lumbar region without myelopathy or radiculopathy  -  Primary | ICD-10-CM: M47.816 / ICD-9-CM: 721.3 | |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 / ICD-9-CM: 354.0 | |
| Medication refill | ICD-10-CM: Z76.0 / ICD-9-CM: V68.1 | |
| Encounter for Depo-Provera contraception | ICD-10-CM: Z30.42 / ICD-9-CM: V25.49 | |

**Problem List** as of 10/8/2018                                        Date Reviewed: **9/5/2018**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 / ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10 / ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Depression | ICD-10-CM: F32.9 / ICD-9-CM: 311 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01 / ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 / ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 / ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 / ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Chondromalacia patellae of left knee | ICD-10-CM: M22.42 / ICD-9-CM: 717.7 | | | 11/24/2017 - Present |
| Chondromalacia patellae of right knee | ICD-10-CM: M22.41 / ICD-9-CM: 717.7 | | | 11/24/2017 - Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01, Z68.41 / ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 - Present |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 / ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |

**Allergies** as of 1/17/2020

| | Updated | Reaction Type | Initial Reporter | Reactions | Comments | Deletion Reason |
|---|---|---|---|---|---|---|
| Aleve [naproxen Sodium] | 08/28/2018 11:18 AM | | Kaitlyn N. Tircuit, MA | | | |
| Aspirin | 08/28/2018 11:18 AM | | Lija Thomas, MD | | | |
| DELETED: Bayer Aspirin (with Caffeine) [aspirin-caffeine] | 02/13/2018 11:06 AM | | Alexandra Scott, MA | Nausea Only | | Deleted on: 02/13/2018 Chart correction: Wrong allergy |

Generated on 1/17/20 12:19 PM                                                    Page 17

Lincoln/White 0764

05/09/2015  06:43AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  27/41

JPLC FAMILY MEDICINE                              White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                    MRN: 1932025, DOB:          Sex: F
Continuity of Care                                Acct #: 72007615208
                                                  Enc. Date 10/8/2018

## Visit Summary (continued)

### Allergies as of 1/17/2020 (continued)

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| | | | | | | selected |

### Immunizations Administered as of 10/8/2018                              Never Reviewed

No immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 10/8/2018

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| clonazePAM (KLONOPIN) 1 MG tablet (Taking) | 60 tablet | 0 | 8/16/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. - Oral | | | | |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking) | 90 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| loratadine (CLARITIN) 10 mg tablet (Taking) | 30 tablet | 0 | 8/16/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every morning. - Oral | | | | |
| sertraline (ZOLOFT) 100 MG tablet (Taking) | 90 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (100 mg total) by mouth once daily. - Oral | | | | |
| zolpidem (AMBIEN) 10 mg Tab (Taking) | 30 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth nightly as needed. - Oral | | | | |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet | 30 tablet | 0 | 9/11/2018 | 1/3/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| diclofenac (VOLTAREN) 50 MG EC tablet | 90 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (50 mg total) by mouth daily as needed. - Oral | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued) | 60 tablet | 0 | 8/16/2018 | 10/8/2018 |
| Sig: Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued) | 60 tablet | 0 | 10/8/2018 | 11/13/2018 |
| Sig: Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking/Discontinued) | 90 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Therapy not effective** | | | | |
| loratadine (CLARITIN) 10 mg tablet (Taking/Discontinued) | 30 tablet | 0 | 8/16/2018 | 10/8/2018 |
| Sig: Take 1 tablet (10 mg total) by mouth every morning. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| loratadine (CLARITIN) 10 mg tablet (Taking/Discontinued) | 30 tablet | 0 | 10/8/2018 | 11/28/2018 |

Generated on 1/17/20 12:19 PM                                              Page 18

Lincoln/White 0765

CEDAR POINTE OAKWOOD                    PAGE  28/41

JPLC FAMILY MEDICINE                              White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                    MRN: 1932025, DOB:              Sex: F
Continuity of Care                               Acct #: 72007615208
                                                 Enc. Date 10/8/2018

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: Take 1 tablet (10 mg total) by mouth every morning.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | | | | |
| sertraline (ZOLOFT) 100 MG tablet (Taking/Discontinued)<br>Sig: Take 1 tablet (100 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 90 tablet | 0 | 9/11/2018 | 10/8/2018 |
| sertraline (ZOLOFT) 100 MG tablet (Taking/Discontinued)<br>Sig: Take 1 tablet (100 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 10/8/2018 | 1/3/2019 |
| zolpidem (AMBIEN) 10 mg Tab (Taking/Discontinued)<br>Sig: Take 1 tablet (10 mg total) by mouth nightly as needed.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 9/11/2018 | 10/8/2018 |
| zolpidem (AMBIEN) 10 mg Tab (Taking/Discontinued)<br>Sig: Take 1 tablet (10 mg total) by mouth nightly as needed.<br>Route: Oral<br>Reason for Discontinue: **Therapy not effective** | 30 tablet | 0 | 10/8/2018 | 11/1/2018 |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| zolpidem (AMBIEN) 10 mg Tab (Discontinued)<br>Sig - Route: Take 1 tablet (10 mg total) by mouth nightly as needed. - Oral<br>Reason for Discontinue: **Therapy not effective** | 30 tablet | 0 | 10/8/2018 | 11/1/2018 |
| sertraline (ZOLOFT) 100 MG tablet (Discontinued)<br>Sig - Route: Take 1 tablet (100 mg total) by mouth once daily. - Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 10/8/2018 | 1/3/2019 |
| loratadine (CLARITIN) 10 mg tablet (Discontinued)<br>Sig - Route: Take 1 tablet (10 mg total) by mouth every morning. - Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 10/8/2018 | 11/28/2018 |
| clonazePAM (KLONOPIN) 1 MG tablet (Discontinued)<br>Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. - Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 0 | 10/8/2018 | 11/13/2018 |
| piroxicam (FELDENE) 20 MG capsule (Discontinued)<br>Sig - Route: Take 1 capsule (20 mg total) by mouth daily as needed. - Oral<br>Reason for Discontinue: **Therapy not effective** | 30 capsule | 6 | 10/8/2018 | 11/1/2018 |
| tIZANidine (ZANAFLEX) 4 MG tablet (Discontinued)<br>Sig - Route: Take 1 tablet (4 mg total) by mouth 3 (three) times daily as needed. - Oral<br>Reason for Discontinue: **Therapy not effective** | 60 tablet | 0 | 10/8/2018 | 11/1/2018 |
| predniSONE (DELTASONE) 50 MG Tab<br>Sig - Route: Take 1 tablet (50 mg total) by mouth once daily. for 5 days - Oral | 5 tablet | 0 | 10/8/2018 | 10/13/2018 |

### Ordered Facility-Administered Medications

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| medroxyPROGESTERone (DEPO-PROVERA) injection 150 mg<br>Route: Intramuscular | 150 mg | Once | 10/8/2018 | 10/8/2018 |

## Progress Notes

Generated on 1/17/20 12:19 PM                                                    Page 19

_PAGE 28/41 * RCVD AT 1/17/2020 3:52:08 PM [Eastern Standard Time] * SVR:VA1PWFAX101/10 * DNIS:6034272684 * CSID:2254485415 * ANI:12254482629 * DURATION (mm-ss):23-46

Lincoln/White 0766

05/09/2015  06:43AM  2254485415                  CEDAR POINTE OAKWOOD              PAGE  29/41

JPLC FAMILY MEDICINE                         White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA               MRN: 1932025, DOB:              Sex: F
Continuity of Care                           Acct #: 72007615208
                                             Enc. Date 10/8/2018

## Medications (continued)

**Progress Notes by Andrea D. Cothern, NP at 10/8/2018 3:00 PM**

| Author: Andrea D. Cothern, NP | Service: — | Author Type:  Nurse Practitioner |
|---|---|---|
| Filed:  10/14/2018  5:48 PM | Encounter Date:  10/8/2018 | Creation Time:  10/9/2018  4:38 PM |
| Status:  Signed | Editor:  Andrea D. Cothern, NP (Nurse Practitioner) | |

## Subjective:

**Patient ID:** Sabrina Lynette White is a 45 y.o. female.

**Chief Complaint:** Medication Refill and Back Pain

HPI

Sabrina is here today with c/o back pain, followed by Dr. Verma.  She will be starting therapy at Total Rehab on 10/10/2018.  Back has been bothering her with no reports of recent trauma or instigating event.  Also having problems with her B-CTS, medication not helping.  She is out of pain medication and needs to get a RX for something to help her back pain.

Review of Systems
Constitutional: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Musculoskeletal: Positive for arthralgias and back pain. Negative for gait problem and joint swelling.
Skin: Negative.
Neurological: Negative.

**Review of patient's allergies indicates:**

| Allergen | Reactions |
|---|---|
| • Aleve [naproxen sodium] | |
| • Aspirin | |

**Patient Active Problem List**

| Diagnosis |
|---|
| • Essential hypertension |
| • Depression |
| • Primary insomnia |
| • Migraine headache |
| • Spondylosis of lumbar region without myelopathy or radiculopathy |
| • Osteoarthritis of both knees |
| • Osteoarthritis of spine with radiculopathy, cervical region |
| • Chondromalacia patellae of left knee |
| • Chondromalacia patellae of right knee |
| • Morbid obesity with BMI of 40.0-44.9, adult |

**Current Outpatient Medications on File Prior to Visit**

Generated on 1/17/20 12:19 PM                                              Page 20

Lincoln/White 0767

05/09/2015  06:43AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  30/41

JPLC FAMILY MEDICINE                              White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                    MRN: 1932025, DOB:              Sex: F
Continuity of Care                                Acct #: 72007615208
                                                  Enc. Date 10/8/2018

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 10/8/2018 3:00 PM (continued)**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet | Take 1 tablet by mouth 2 (two) times daily as needed. | 30 tablet | 0 |

*Past medical, surgical, family and social histories have been reviewed today.*

## Objective

**Vitals:**

|  | 10/08/18 1531 |
|---|---|
| BP: | 132/88 |
| Pulse: | 107 |
| Temp: | 99 °F (37.2 °C) |
| TempSrc: | Oral |
| Weight: | 115.4 kg (254 lb 6.6 oz) |
| Height: | 5' 3" (1.6 m) |
| PainSc: | 10-Worst pain ever |
| PainLoc: | Back |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
Cardiovascular: Regular rhythm and normal heart sounds. Tachycardia present.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal: Normal range of motion. She exhibits no edema or deformity.
    Lumbar back: She exhibits tenderness, pain and spasm. She exhibits no swelling, no edema and no deformity.
    Back:

Lincoln/White 0768

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:
Acct #: 72007615208
Enc. Date 10/8/2018

Sex: F

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 10/8/2018 3:00 PM (continued)**



Neurological: She is alert and oriented to person, place, and time. She has normal strength. No sensory deficit. She exhibits normal muscle tone. Coordination and gait normal.
Vitals reviewed.

## Diagnosis

1. **Spondylosis of lumbar region without myelopathy or radiculopathy**
2. Carpal tunnel syndrome on both sides
3. Medication refill
4. Encounter for Depo-Provera contraception

## Assessment/Plan

**Spondylosis of lumbar region without myelopathy or radiculopathy**
- Problem uncontrolled, on no medication at this time, followed by Dr. Verma.
- Will be starting PT at Total Rehab on 10/10/2018.
- Orders:
  - piroxicam (FELDENE) 20 MG capsule; Take 1 capsule (20 mg total) by mouth daily as needed. Dispense: 30 capsule; Refill: 6
  - tiZANidine (ZANAFLEX) 4 MG tablet; Take 1 tablet (4 mg total) by mouth 3 (three) times daily as needed. Dispense: 60 tablet; Refill: 0
  - predniSONE (DELTASONE) 50 MG Tab; Take 1 tablet (50 mg total) by mouth once daily. for 5 days Dispense: 5 tablet; Refill: 0

**Carpal tunnel syndrome on both sides**
- Problem uncontrolled, meds ordered as above.
- Orders:
  - Ambulatory Referral to Physical/Occupational Therapy

Generated on 1/17/20 12:19 PM                                        Page 22

Lincoln/White 0769

| JPLC FAMILY MEDICINE | White, Sabrina Lynette | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| Continuity of Care | Acct #: 72007615208 | |
| | Enc. Date 10/8/2018 | |

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 10/8/2018 3:00 PM (continued)**

### Medication refill

- zolpidem (AMBIEN) 10 mg Tab; Take 1 tablet (10 mg total) by mouth nightly as needed.  Dispense: 30 tablet; Refill: 0
- sertraline (ZOLOFT) 100 MG tablet; Take 1 tablet (100 mg total) by mouth once daily.  Dispense: 30 tablet; Refill: 0
- loratadine (CLARITIN) 10 mg tablet; Take 1 tablet (10 mg total) by mouth every morning.  Dispense: 30 tablet; Refill: 0
- clonazePAM (KLONOPIN) 1 MG tablet; Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety.  Dispense: 60 tablet; Refill: 0

### Encounter for Depo-Provera contraception

- Due for her injection, will get today.
- Orders:
  - medroxyPROGESTERone (DEPO-PROVERA) injection 150 mg; Inject 1 mL (150 mg total) into the muscle once.

Follow-up in 1 month for annual wellness exam.
RTC prn.

*Andrea Cothern CFNP*

**Andrea Cothern, CFNP**
Ochsner Jefferson Place Family Medicine

Electronically signed by Andrea D. Cothern, NP on 10/14/2018  5:48 PM

### H&P Notes

No notes of this type exist for this encounter.

### Follow-up and Disposition History

10/08/2018 1600 - Andrea D. Cothern, NP

Check-out Note:        1.  DEPO-PROVERA SHOT
                       2.  CHANGE HER 11/1/18 VISIT TO ME AND MAKE IT AN ANNUAL.

Lincoln/White 0770

05/09/2015  06:43AM  2254485415                    CEDAR POINTE OAKWOOD              PAGE  33/41

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:           Sex: F
Continuity of Care                            Acct #: 72007723652
                                              Enc. Date 11/1/2018

## Visit Summary

**Reason for Visit**

Annual Exam

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Annual physical exam  - Primary | ICD-10-CM: Z00.00 ICD-9-CM: V70.0 | |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | |
| Primary Insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | |
| Osteoarthritis of both knees, unspecified osteoarthritis type | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | |
| Upper back pain | ICD-10-CM: M54.9 ICD-9-CM: 724.5 | |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | |
| Viral URI | ICD-10-CM: J06.9 ICD-9-CM: 465.9 | |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | |

**Problem List** as of 11/1/2018                              Date Reviewed: **11/1/2018**

| | Codes | Priority | Class | Noted-Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary Insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 - Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 | | | 3/19/2018 - |

Generated on 1/17/20 12:19 PM                                            Page 24

Lincoln/White 0771

05/09/2015  06:43AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  34/41

JPLC FAMILY MEDICINE                        White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA              MRN: 1932025, DOB:              Sex: F
Continuity of Care                          Acct #: 72007723652
                                            Enc. Date 11/1/2018

## Visit Summary (continued)

**Problem List (continued)** as of 11/1/2018                                    Date Reviewed: **11/1/2018**

| | Codes | Priority | Class | Noted | Resolved |
|---|---|---|---|---|---|
| | ICD-9-CM: 719.46 | | | | 10/8/2018 |

**Allergies** as of 1/17/2020

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| **Aleve [naproxen Sodium]** | 08/28/2018 11:18 AM | | Kaitlyn N. Tircuit, MA | | | |
| **Aspirin** | 08/28/2018 11:18 AM | | Lija Thomas, MD | | | |
| DELETED: **Bayer Aspirin (with Caffeine) [aspirin-caffeine]** | 02/13/2018 11:06 AM | | Alexandra Scott, MA | | Nausea Only | Deleted on: 02/13/2018 Chart correction: Wrong allergy selected |

**Immunizations Administered** as of 11/1/2018                                    Never Reviewed

No immunizations on file.

## Medications

**Outpatient Medications at Start of Encounter as of 11/1/2018**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking) | 30 tablet | 0 | 9/11/2018 | 1/3/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking) | 60 tablet | 0 | 10/8/2018 | 11/13/2018 |
| Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. - Oral | | | | |
| loratadine (CLARITIN) 10 mg tablet (Taking) | 30 tablet | 0 | 10/8/2018 | 11/28/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every morning. - Oral | | | | |
| piroxicam (FELDENE) 20 MG capsule (Taking) | 30 capsule | 6 | 10/8/2018 | 11/1/2018 |
| Sig - Route: Take 1 capsule (20 mg total) by mouth daily as needed. - Oral | | | | |
| sertraline (ZOLOFT) 100 MG tablet (Taking) | 30 tablet | 0 | 10/8/2018 | 1/3/2019 |
| Sig - Route: Take 1 tablet (100 mg total) by mouth once daily. - Oral | | | | |
| tiZANidine (ZANAFLEX) 4 MG tablet (Taking) | 60 tablet | 0 | 10/8/2018 | 11/1/2018 |
| Sig - Route: Take 1 tablet (4 mg total) by mouth 3 (three) times daily as needed. - Oral | | | | |
| zolpidem (AMBIEN) 10 mg Tab (Taking) | 30 tablet | 0 | 10/8/2018 | 11/1/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth nightly as needed. - Oral | | | | |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking/Discontinued) | 30 tablet | 0 | 9/11/2018 | 1/3/2019 |
| Sig: Take 1 tablet by mouth 2 (two) times daily as needed. Notes to Pharmacy: Please consider 90 day supplies to promote better adherence Route: Oral Reason for Discontinue: **Reorder** | | | | |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued) | 60 tablet | 0 | 10/8/2018 | 11/13/2018 |

Generated on 1/17/20 12:19 PM                                                   Page 25

Lincoln/White 0772

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:          Sex: F
Continuity of Care                            Acct #: 72007723652
                                              Enc. Date 11/1/2018

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. Route: Oral. Reason for Discontinue: **Reorder** | | | | |
| loratadine (CLARITIN) 10 mg tablet (Taking/Discontinued) Sig: Take 1 tablet (10 mg total) by mouth every morning. Route: Oral. Reason for Discontinue: **Reorder** | 30 tablet | 0 | 10/8/2018 | 11/28/2018 |
| piroxicam (FELDENE) 20 MG capsule (Taking/Discontinued) Sig: Take 1 capsule (20 mg total) by mouth daily as needed. Route: Oral. Reason for Discontinue: **Therapy not effective** | 30 capsule | 6 | 10/8/2018 | 11/1/2018 |
| sertraline (ZOLOFT) 100 MG tablet (Taking/Discontinued) Sig: Take 1 tablet (100 mg total) by mouth once daily. Route: Oral. Reason for Discontinue: **Reorder** | 30 tablet | 0 | 10/8/2018 | 1/3/2019 |
| tIZANidine (ZANAFLEX) 4 MG tablet (Taking/Discontinued) Sig: Take 1 tablet (4 mg total) by mouth 3 (three) times daily as needed. Route: Oral. Reason for Discontinue: **Therapy not effective** | 60 tablet | 0 | 10/8/2018 | 11/1/2018 |
| zolpidem (AMBIEN) 10 mg Tab (Taking/Discontinued) Sig: Take 1 tablet (10 mg total) by mouth nightly as needed. Route: Oral. Reason for Discontinue: **Therapy not effective** | 30 tablet | 0 | 10/8/2018 | 11/1/2018 |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| flunisolide 25 mcg, 0.025%, (NASALIDE) 25 mcg (0.025 %) Spry (Discontinued) Sig - Route: 2 sprays by Nasal route 2 (two) times daily. - Nasal | 25 mL | 2 | 11/1/2018 | 11/2/2018 |
| temazepam (RESTORIL) 30 mg capsule Sig - Route: Take 1 capsule (30 mg total) by mouth nightly as needed for Insomnia. - Oral | 30 capsule | 0 | 11/1/2018 | 12/1/2018 |
| nabumetone (RELAFEN) 750 MG tablet (Discontinued) Sig - Route: Take 1 tablet (750 mg total) by mouth 2 (two) times daily as needed for Pain. - Oral | 60 tablet | 6 | 11/1/2018 | 11/2/2018 |
| baclofen (LIORESAL) 10 MG tablet (Discontinued) Sig - Route: Take 1 tablet (10 mg total) by mouth 3 (three) times daily as needed. - Oral | 90 tablet | 2 | 11/1/2018 | 11/13/2018 |

### Ordered Facility-Administered Medications

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| methylPREDNISolone acetate injection 80 mg Route: Intramuscular | 80 mg | Once | 11/1/2018 | 11/1/2018 |

## All Results

Microalbumin/creatinine urine ratio [382136336]                    Resulted: 11/01/18 2250, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Urine | Urine, Clean Catch | 11/01/18 1009 |

Generated on 1/17/20 12:19 PM                                                          Page 26

Lincoln/White 0773

| JPLC FAMILY MEDICINE | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| Continuity of Care | Acct #: 72007723652 | |
| | Enc. Date 11/1/2018 | |

## All Results (continued)

**Microalbumin/creatinine urine ratio [382136336] (continued)**      Resulted: 11/01/18 2250, Result status: Final result

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Microalbum.,U,Random | 13.0 | ug/mL | — | OCLB |
| Creatinine, Random Ur | 324.0 | 15.0 - 325.0 mg/dL | — | OCLB |

Comment:
The random urine reference ranges provided were established
for 24 hour urine collections. No reference ranges exist for
random urine specimens. Correlate clinically.

| | | | | |
|---|---|---|---|---|
| Microalb Creat Ratio | 4.0 | 0.0 - 30.0 ug/mg | — | OCLB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Gregory Sossaman, MD | 1516 Jefferson Hwy New Orleans LA 70121 | 04/21/15 1023 - 03/25/19 1044 |

## Progress Notes

**Progress Notes by Andrea D. Cothern, NP at 11/1/2018 9:00 AM**

| Author: Andrea D. Cothern, NP | Service: — | Author Type: Nurse Practitioner |
| Filed: 11/1/2018 1:30 PM | Encounter Date: 11/1/2018 | Creation Time: 11/1/2018 9:17 AM |
| Status: Signed | Editor: Andrea D. Cothern, NP (Nurse Practitioner) | |

### Subjective

**Patient ID:** Sabrina Lynette White is a 45 y.o. female.

**Chief Complaint:** Annual Exam

HPI

Sabrina Lynette White is here today for an annual wellness exam.
I have reviewed the patient's medical history in detail and updated the computerized patient record.

Review of Systems
Constitutional: Positive for unexpected weight change **(intentional)**. Negative for activity change, appetite change, chills, diaphoresis, fatigue and fever.
   **Diet: Reports overall healthy. Exercise: None due to joint issues. Reports weight loss by drinking lemon water and apple cider vinegar. Chart shows ~ 20 lb loss since July 2018. Nonsmoker.**
HENT: Positive for congestion, postnasal drip and rhinorrhea. Negative for ear pain, hearing loss, mouth sores, nosebleeds, sneezing and sore throat.
   **Started with sinus HA pain and congestion today.**
Eyes: Positive for pain **(pressure behind RT eye w/ sinus pain)**. Negative for photophobia, discharge, redness, itching and visual disturbance.
Respiratory: Negative.

Generated on 1/17/20 12:19 PM                                                      Page 27

Lincoln/White 0774

05/09/2015  06:43AM  2254485415                    CEDAR POINTE OAKWOOD              PAGE  37/41

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:              Sex: F
Continuity of Care                            Acct #: 72007723652
                                              Enc. Date 11/1/2018

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 11/1/2018 9:00 AM (continued)**

Cardiovascular: Negative.
Gastrointestinal: Negative.
Endocrine: Negative for polydipsia, polyphagia and polyuria.
Genitourinary: Negative.
Musculoskeletal: Positive for arthralgias, back pain and gait problem **(due to joint pain)**. Negative for joint
swelling and neck pain.
   **Reports chronic back pain, has never started PT as ordered.  She reports not going to her appt and
has not called to reschedule.  Reports current pain meds not working (Feldene, Zanaflex).  Now having
upper back pain, followed by Dr. Verma but she requests appt to f/u with Dr. Derbigny (has seen in
past).  Has occ RT leg sciatica.  Requests xrays.  Ankle and knee issue followed by Podiatry and Ortho.**
Skin: Negative.
Neurological: Positive for headaches. Negative for dizziness, tremors, syncope, facial asymmetry, weakness,
light-headedness and numbness.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Positive for agitation and sleep disturbance. Negative for behavioral problems,
confusion, decreased concentration, dysphoric mood, hallucinations, self-injury and suicidal ideas. The patient
is nervous/anxious **(reports increased stress)**. The patient is not hyperactive.
   **Taking Ambien 10 mg tab for sleep, sometimes tries 2 tabs but not helping.  OTC sleep aids not
effective.**

**Review of patient's allergies indicates:**

| Allergen | Reactions |
|---|---|
| • Aleve [naproxen sodium] | |
| • Aspirin | |

**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet | Take 1 tablet by mouth 2 (two) times daily as needed. | 30 tablet | 0 |
| • clonazePAM (KLONOPIN) 1 MG tablet | Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. | 60 tablet | 0 |
| • loratadine (CLARITIN) 10 mg tablet | Take 1 tablet (10 mg total) by mouth every morning. | 30 tablet | 0 |
| • piroxicam (FELDENE) 20 MG capsule | Take 1 capsule (20 mg total) by mouth daily as needed. | 30 capsule | 6 |
| • sertraline (ZOLOFT) 100 MG tablet | Take 1 tablet (100 mg total) by mouth once daily. | 30 tablet | 0 |
| • tiZANidine (ZANAFLEX) 4 MG | Take 1 tablet (4 mg | 60 tablet | 0 |

Generated on 1/17/20 12:19 PM                                                    Page 28

Lincoln/White 0775

JPLC FAMILY MEDICINE                              White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                    MRN: 1932025, DOB:            Sex: F
Continuity of Care                               Acct #: 72007723652
                                                 Enc. Date 11/1/2018

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 11/1/2018  9:00 AM (continued)**

| tablet | total) by mouth 3 (three) times daily as needed. | | |
|---|---|---|---|
| • zolpidem (AMBIEN) 10 mg Tab | Take 1 tablet (10 mg total) by mouth nightly as needed. | 30 tablet | 0 |

## Patient Active Problem List
**Diagnosis**
- Essential hypertension
- Adjustment disorder with mixed anxiety and depressed mood
- Primary insomnia
- Migraine headache
- Spondylosis of lumbar region without myelopathy or radiculopathy
- Osteoarthritis of both knees
- Osteoarthritis of spine with radiculopathy, cervical region
- Morbid obesity with BMI of 40.0-44.9, adult
- Carpal tunnel syndrome on both sides

## Past Medical History:
**Diagnosis**                                                                                        **Date**
- Anxiety
- Arthritis
- Depression
- Encounter for blood transfusion
  *had to have infusion during surgery in 2008*
- GERD (gastroesophageal reflux disease)
- Hyperlipidemia
- Hypertension
- Osteoarthritis of spine with radiculopathy, cervical region

## Past Surgical History:
**Procedure**                                                           **Laterality**        **Date**
- CESAREAN SECTION, LOW TRANSVERSE
- FOOT SURGERY

## Family History
**Problem**                              **Relation**                    **Age of Onset**
- Breast cancer                          Maternal Aunt

## Social History

Generated on 1/17/20 12:19 PM                                                         Page 29

Lincoln/White 0776

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:
Acct #: 72007723652
Enc. Date 11/1/2018

Sex: F

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 11/1/2018  9:00 AM (continued)**

### Socioeconomic History
- Marital status:             Single
- Number of children:        1

### Occupational History
- Occupation:                Not currently employed

### Tobacco Use
- Smoking status:            Never Smoker
- Smokeless tobacco:         Never Used

### Substance and Sexual Activity
- Alcohol use:               No
- Drug use:                  No
- Sexual activity:           Not Currently
    Partners:                Male

### Objective

**Vitals:**

|                | 11/01/18 0914              |
|----------------|---------------------------|
| BP:            | 116/86                    |
| Pulse:         | (!) 133                   |
| Temp:          | 98.8 °F (37.1 °C)         |
| TempSrc:       | Oral                      |
| Weight:        | 111.1 kg (244 lb 14.9 oz) |
| Height:        | 5' 3" (1.6 m)             |
| PainSc:        | 10-Worst pain ever        |
| PainLoc:       | Back                      |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: Tympanic membrane and ear canal normal.
Left Ear: Tympanic membrane and ear canal normal.
Nose: Mucosal edema and rhinorrhea present. Right sinus exhibits no maxillary sinus tenderness and no frontal sinus tenderness. Left sinus exhibits no maxillary sinus tenderness and no frontal sinus tenderness.
Mouth/Throat: Mucous membranes are normal. No oropharyngeal exudate, posterior oropharyngeal edema or posterior oropharyngeal erythema.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light. Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.
Neck: Normal range of motion. Neck supple. No JVD present. No tracheal deviation present. No thyromegaly present.
Cardiovascular: Regular rhythm, normal heart sounds, intact distal pulses and normal pulses. Tachycardia present. Exam reveals no gallop and no friction rub.
No murmur heard.

Lincoln/White 0777

05/09/2015  06:43AM  2254485415                CEDAR POINTE OAKWOOD              PAGE  40/41

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:            Sex: F
Continuity of Care                            Acct #: 72007723652
                                              Enc. Date 11/1/2018

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 11/1/2018  9:00 AM (continued)**

Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. She exhibits no tenderness.

Abdominal: Soft. Bowel sounds are normal. She exhibits no distension and no mass. There is no tenderness.

Genitourinary:

Genitourinary Comments: **Deferred**

Musculoskeletal: Normal range of motion. She exhibits tenderness. She exhibits no edema or deformity.
  Thoracic back: She exhibits tenderness. She exhibits normal range of motion, no swelling, no edema, no deformity, no spasm and normal pulse.
  Lumbar back: She exhibits tenderness and spasm. She exhibits normal range of motion, no swelling, no edema, no deformity and normal pulse.
  Back:



**Wearing knee brace on both knees, B wrist splints and brace to RT ankle.**

Lymphadenopathy:
  She has no cervical adenopathy.

Neurological: She is alert and oriented to person, place, and time. No sensory deficit. She exhibits normal muscle tone. Coordination normal.

Skin: Skin is warm and dry. Capillary refill takes less than 2 seconds. No rash noted.

Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal. Vitals reviewed.

## Diagnosis

1.   **Annual physical exam**
2.   Essential hypertension
3.   Primary insomnia
4.   Osteoarthritis of both knees, unspecified osteoarthritis type
5.   Spondylosis of lumbar region without myelopathy or radiculopathy
6.   Upper back pain
7.   Adjustment disorder with mixed anxiety and depressed mood
8.   Carpal tunnel syndrome on both sides
9.   Viral URI

_ PAGE 40/41 * RCVD AT 1/17/2020 3:52:08 PM [Eastern Standard Time] * SVR:VA1PWFAX101/10 * DNIS:6034272684 * CSID:2254485415 * ANI:12254482629 * DURATION (mm-ss):23-46

Lincoln/White 0778

05/09/2015  06:43AM  2254485415                          CEDAR POINTE OAKWOOD                    PAGE  41/41

JPLC FAMILY MEDICINE                                     White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                           MRN: 1932025, DOB:              Sex: F
Continuity of Care                                       Acct #: 72007723652
                                                         Enc. Date 11/1/2018

### Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 11/1/2018 9:00 AM (continued)**

10.  Morbid obesity with BMI of 40.0-44.9, adult

### Assessment/Plan

**Annual physical exam**
- **Age appropriate counseling.**
  - CBC auto differential; Future; Expected date: 11/01/2018
  - Comprehensive metabolic panel; Future; Expected date: 11/01/2018
  - TSH; Future; Expected date: 11/01/2018
  - Lipid panel; Future; Expected date: 11/01/2018
  - Microalbumin/creatinine urine ratio

**Essential hypertension**
- **Stable and controlled, not on medication currently.**
- **Low-salt/caffeine intake daily, healthy diet.**
  - CBC auto differential; Future; Expected date: 11/01/2018
  - Comprehensive metabolic panel; Future; Expected date: 11/01/2018
  - TSH; Future; Expected date: 11/01/2018
  - Lipid panel; Future; Expected date: 11/01/2018
  - Microalbumin/creatinine urine ratio

**Primary insomnia**
- **Not currently controlled, OTC sleep aids and Ambien not effective.**
- **Medication discussed, take as directed.**
  - temazepam (RESTORIL) 30 mg capsule; Take 1 capsule (30 mg total) by mouth nightly as needed for Insomnia.  Dispense: 30 capsule; Refill: 0

**Osteoarthritis of both knees, unspecified osteoarthritis type**
- **Problem not currently controlled.**
- **Injection today for symptomatic/pain relief.**
- **Followed by Orthopedics.**
  - methylPREDNISolone acetate injection 80 mg
  - nabumetone (RELAFEN) 750 MG tablet; Take 1 tablet (750 mg total) by mouth 2 (two) times daily as needed for Pain.  Dispense: 60 tablet; Refill: 6

**Spondylosis of lumbar region without myelopathy or radiculopathy**
- **Problem not controlled, medication not effective but she has been noncompliant with treatment plan (failed to attend PT as ordered).**
- **Xrays today per PT request.**
- **Injection for symptomatic/pain relief.**
- **Medication discussed, take as directed.**
- **She has been scheduled an appt with Dr. Derbigny for follow-up and evaluation.**
  - X-Ray Lumbar Spine AP And Lateral; Future; Expected date: 11/01/2018
  - methylPREDNISolone acetate injection 80 mg
  - nabumetone (RELAFEN) 750 MG tablet; Take 1 tablet (750 mg total) by mouth 2 (two) times daily as needed for Pain.  Dispense: 60 tablet; Refill: 6

Generated on 1/17/20 12:19 PM                                                              Page 32

__PAGE 41/41 * RCVD AT 1/17/2020 3:52:08 PM [Eastern Standard Time] * SVR:VA1PWFAX101/10 * DNIS:6034272684 * CSID:2254485415 * ANI:12254482629 * DURATION (mm-ss):23-46

Lincoln/White 0779

05/09/2015  08:02AM  2254485415          CEDAR POINTE OAKWOOD          PAGE  01/45



**TO:** Iesha Griffin

**FAX #:** (603) 427-2684

**FROM:** Sabrina White

**DATE:** 1/17/20

**# OF PAGES (Including Cover):** 195

**RE:** Papers Fax Separately

PAGE 1/45 * RCVD AT 1/17/2020 5:10:45 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6034272684 * CSID:2254485415 * ANI:12254482629 * DURATION (mm-ss):25-23

Lincoln/White 0780

05/09/2015  08:02AM  2254485415                     CEDAR POINTE OAKWOOD              PAGE  02/45

JPLC FAMILY MEDICINE                        White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA              MRN: 1932025, DOB:              Sex: F
Continuity of Care                          Acct #: 72008181107
                                            Enc. Date 2/7/2019

## Visit Summary (continued)

### Immunizations Administered as of 2/7/2019 (continued)                    Never Reviewed

No immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 2/7/2019

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| montelukast (SINGULAIR) 10 mg tablet (Taking) | 30 tablet | 6 | 1/3/2019 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every evening. - Oral | | | | |
| triamcinolone (NASACORT) 55 mcg nasal Inhaler (Taking) | 17 g | 3 | 11/2/2018 | |
| Sig - Route: 2 sprays by Nasal route once daily. - Nasal | | | | |
| azithromycin (Z-PAK) 250 MG tablet (Taking) | 6 tablet | 0 | 1/22/2019 | 3/28/2019 |
| Sig: Take 2 tabs by mouth today, then 1 tab daily x 4 days. | | | | |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking) | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking) | 60 tablet | 1 | 1/3/2019 | 5/6/2019 |
| Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety. - Oral | | | | |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking) | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| diclofenac sodium (VOLTAREN) 1 % Gel (Taking) | 1 Tube | 3 | 1/16/2019 | 2/15/2019 |
| Sig - Route: Apply 2 g topically 4 (four) times daily. for 10 days - Topical (Top) | | | | |
| levocetirizine (XYZAL) 5 MG tablet (Taking) | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth every morning. - Oral | | | | |
| sertraline (ZOLOFT) 100 MG tablet (Taking) | 30 tablet | 6 | 1/3/2019 | 5/6/2019 |
| Sig - Route: Take 1 tablet (100 mg total) by mouth once daily. - Oral | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| montelukast (SINGULAIR) 10 mg tablet (Taking) | 30 tablet | 6 | 1/3/2019 | |
| Sig: Take 1 tablet (10 mg total) by mouth every evening. | | | | |
| Route: Oral | | | | |
| triamcinolone (NASACORT) 55 mcg nasal Inhaler (Taking) | 17 g | 3 | 11/2/2018 | |
| Sig: 2 sprays by Nasal route once daily. | | | | |
| Route: Nasal | | | | |
| azithromycin (Z-PAK) 250 MG tablet (Taking/Discontinued) | 6 tablet | 0 | 1/22/2019 | 3/28/2019 |
| Sig: Take 2 tabs by mouth today, then 1 tab daily x 4 days. | | | | |
| Reason for Discontinue: Therapy completed | | | | |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking/Discontinued) | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| Sig: Take 1 tablet by mouth 2 (two) times daily as needed. | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| Route: Oral | | | | |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued) | 60 tablet | 1 | 1/3/2019 | 5/6/2019 |
| Sig: Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety. | | | | |
| Route: Oral | | | | |

Generated on 1/17/20 12:19 PM                                              Page 92

Lincoln/White 0781

JPLC FAMILY MEDICINE                           White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                 MRN: 1932025, DOB:              Sex: F
Continuity of Care                             Acct #: 72008181107
                                               Enc. Date 2/7/2019

## Medications (continued)

### Medications the Patient Reported Taking (continued)

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| Reason for Discontinue: **Reorder** |  |  |  |  |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking/Discontinued) | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| Sig: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| diclofenac sodium (VOLTAREN) 1 % Gel (Taking/Discontinued) | 1 Tube | 3 | 1/16/2019 | 2/15/2019 |
| Sig: Apply 2 g topically 4 (four) times daily. for 10 days | | | | |
| Route: Topical (Top) | | | | |
| levocetirizine (XYZAL) 5 MG tablet (Taking/Discontinued) | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| Sig: Take 1 tablet (5 mg total) by mouth every morning. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| sertraline (ZOLOFT) 100 MG tablet (Taking/Discontinued) | 30 tablet | 6 | 1/3/2019 | 5/6/2019 |
| Sig: Take 1 tablet (100 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Therapy not effective** | | | | |

### Ordered Medications

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| rizatriptan (MAXALT) 5 MG tablet (Discontinued) | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day. - Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| amitriptyline (ELAVIL) 25 MG tablet (Discontinued) | 30 tablet | 6 | 2/7/2019 | 3/28/2019 |
| Sig - Route: Take 1 tablet (25 mg total) by mouth every evening. - Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |

## Progress Notes

### Progress Notes by Andrea D. Cothern, NP at 2/7/2019 11:45 AM

| | | |
|---|---|---|
| Author:  Andrea D. Cothern, NP | Service:  — | Author Type:  Nurse Practitioner |
| Filed: 2/18/2019 12:12 PM | Encounter Date:  2/7/2019 | Creation Time: 2/18/2019 12:08 PM |
| Status:  Signed | Editor:  Andrea D. Cothern, NP (Nurse Practitioner) | |

## Subjective

**Patient ID:** Sabrina Lynette White is a 46 y.o. female.

**Chief Complaint**

Patient presents with

• Headache

HPI

Sabrina Lynette White is here today with c/o headache pain x 3 days.  Pain 10/10 now.  Located to LT eye, has now moved to RT eye.  Triggers unknown; h/o migraines.  Ibuprofen 800 not helping.  Not sleeping.  Reports mild vision changes and dizziness.

Generated on 1/17/20 12:19 PM                                                     Page 93

Lincoln/White 0782

05/09/2015  08:02AM  2254485415                    CEDAR POINTE OAKWOOD                PAGE  04/45

JPLC FAMILY MEDICINE                                White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                      MRN: 1932025, DOB:          Sex: F
Continuity of Care                                 Acct #: 72008181107
                                                   Enc. Date 2/7/2019

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 2/7/2019 11:45 AM (continued)**

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Positive for photophobia, pain and visual disturbance. Negative for redness.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for nausea. Negative for abdominal pain and vomiting.
Neurological: Positive for light-headedness and headaches. Negative for weakness and numbness.

**Review of patient's allergies indicates:**

| Allergen | Reactions |
|---|---|
| • Aleve [naproxen sodium] | |
| • Aspirin | |

**Patient Active Problem List**

Diagnosis
- Essential hypertension
- Adjustment disorder with mixed anxiety and depressed mood
- Primary insomnia
- Migraine headache
- Spondylosis of lumbar region without myelopathy or radiculopathy
- Osteoarthritis of both knees
- Osteoarthritis of spine with radiculopathy, cervical region
- Morbid obesity with BMI of 40.0–44.9, adult
- Carpal tunnel syndrome on both sides
- Dyslipidemia

**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • azithromycin (Z-PAK) 250 MG tablet | Take 2 tabs by mouth today, then 1 tab daily x 4 days. | 6 tablet | 0 |
| • butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet | Take 1 tablet by mouth 2 (two) times daily as needed. | 30 tablet | 0 |
| • clonazePAM (KLONOPIN) 1 MG tablet | Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety. | 60 tablet | 1 |
| • cyclobenzaprine (FLEXERIL) 10 MG tablet | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as | 60 tablet | 0 |

Generated on 1/17/20 12:19 PM                                              Page 94

Lincoln/White 0783

05/09/2015  08:02AM  2254485415         CEDAR POINTE OAKWOOD       PAGE  05/45

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:       Sex: F
Acct #: 72008181107
Enc. Date 2/7/2019

### Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 2/7/2019 11:45 AM (continued)**

|  |  |  |  |
|---|---|---|---|
|  | needed. |  |  |
| • levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every morning. | 30 tablet | 6 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth every evening. | 30 tablet | 6 |
| • sertraline (ZOLOFT) 100 MG tablet | Take 1 tablet (100 mg total) by mouth once daily. | 30 tablet | 6 |
| • triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 17 g | 3 |

**Current Facility-Administered Medications on File Prior to Visit**

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| • medroxyPROGES TERone (DEPO-PROVERA) syringe 150 mg | 150 mg | Intramuscular | Q90 Days | Andrea D. Cothern, NP |  | 150 mg at 01/22/1 9 0854 |

*Past medical, surgical, family and social histories have been reviewed today.*

### Objective

**Vitals:**

|  | 02/07/19 1129 |
|---|---|
| BP: | 132/84 |
| Pulse: | 108 |
| Temp: | 98.6 °F (37 °C) |
| TempSrc: | Oral |
| SpO2: | 97% |
| Weight: | 108 kg (238 lb 1.6 oz) |
| Height: | 5' 3" (1.6 m) |
| PainSc: | 10-Worst pain ever |
| PainLoc: | Head |

<u>Physical Exam</u>
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light. Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.

Generated on 1/17/20 12:19 PM                             Page 95

Lincoln/White 0784

05/09/2015  08:02AM  2254485415                    CEDAR POINTE OAKWOOD                PAGE  06/45

JPLC FAMILY MEDICINE                               White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                      MRN: 1932025, DOB:           Sex: F
Continuity of Care                                 Acct #: 72008181107
                                                   Enc. Date 2/7/2019

## Progress Notes (continued)

### Progress Notes by Andrea D. Cothern, NP at 2/7/2019 11:45 AM (continued)

Neck: Normal range of motion. Neck supple. No JVD present. No tracheal deviation present. No thyromegaly present.
Cardiovascular: Regular rhythm and normal heart sounds. Tachycardia present.
Pulmonary/Chest: Effort normal and breath sounds normal.
Neurological: She is alert and oriented to person, place, and time.
Vitals reviewed.

## Diagnosis

1.    Intractable migraine without status migrainosus, unspecified migraine type

## Assessment/Plan

**Intractable migraine without status migrainosus, unspecified migraine type**
-    rizatriptan (MAXALT) 5 MG tablet; Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day.  Dispense: 12 tablet; Refill: 2
-    amitriptyline (ELAVIL) 25 MG tablet; Take 1 tablet (25 mg total) by mouth every evening.  Dispense: 30 tablet; Refill: 6

Medication discussed, as directed.
Headache diary.
Follow-up in clinic in 1 month or sooner if needed.

*Andrea Cothern CFNP*

**Andrea Cothern, CFNP**
Ochsner Jefferson Place Family Medicine

Electronically signed by Andrea D. Cothern, NP on 2/18/2019 12:12 PM

### H&P Notes
No notes of this type exist for this encounter.

### Follow-up and Disposition History

02/07/2019 1159 - Andrea D. Cothern, NP
Check-out Note:        MIGRAINE RECHECK IN 1 MO

Generated on 1/17/20 12:19 PM                                                      Page 96

Lincoln/White 0785

05/09/2015  08:02AM  2254485415

CEDAR POINTE OAKWOOD

PAGE  07/45

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:
Acct #: 72008181107
Enc. Date 2/7/2019

Sex: F

**Follow-up and Disposition History (continued)**

PAGE 7/45 * RCVD AT 1/17/2020 5:10:45 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6034272684 * CSID:2254485415 * ANI:12254482629 * DURATION (mm-ss):25-23

Lincoln/White 0786

05/09/2015  08:02AM  2254485415          CEDAR POINTE OAKWOOD          PAGE  08/45

JPLC FAMILY MEDICINE                     White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA           MRN: 1932025, DOB:        Sex: F
Continuity of Care                       Acct #: 72008248022
                                         Enc. Date 2/21/2019

## Visit Summary

**Reason for Visit**

| Follow-up | ER |
|-----------|-----|

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Fall down stairs, Initial encounter  - Primary | ICD-10-CM: W10.8XXA ICD-9-CM: E880.9 | |
| Acute right-sided low back pain without sciatica | ICD-10-CM: M54.5 ICD-9-CM: 724.2 | |
| Contusion of right elbow, initial encounter | ICD-10-CM: S50.01XA ICD-9-CM: 923.11 | |

**Problem List** as of 2/21/2019                                Date Reviewed: **2/5/2019**

| | Code | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 - Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| Dyslipidemia | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |

**Allergies** as of 1/17/2020

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Aleve [naproxen Sodium] | 08/28/2018 11:18 AM | | Kaitlyn N. Tircuit, MA | | | |
| Aspirin | 08/28/2018 11:18 AM | | Lija Thomas, MD | | | |
| DELETED: Bayer Aspirin (with Caffeine) [aspirin- | 02/13/2018 11:06 AM | | Alexandra Scott, MA | Nausea Only | | Deleted on: 02/13/2018 Chart correction: |

Generated on 1/17/20 12:19 PM                                              Page 98

Lincoln/White 0787

05/09/2015  08:02AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  09/45

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:              Sex: F
Acct #: 72008248022
Enc. Date 2/21/2019

## Visit Summary (continued)

**Allergies as of 1/17/2020 (continued)**

| Updated | Reaction Type | Initial Reported | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|
| caffeine] | | | | | Wrong allergy selected |

**Immunizations Administered as of 2/21/2019**                                    Never Reviewed

No immunizations on file.

## Medications

**Outpatient Medications at Start of Encounter as of 2/21/2019**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| montelukast (SINGULAIR) 10 mg tablet (Taking)  Sig - Route: Take 1 tablet (10 mg total) by mouth every evening. - Oral | 30 tablet | 6 | 1/3/2019 | |
| triamcinolone (NASACORT) 55 mcg nasal Inhaler (Taking)  Sig - Route: 2 sprays by Nasal route once daily. – Nasal | 17 g | 3 | 11/2/2018 | |
| amitriptyline (ELAVIL) 25 MG tablet (Taking)  Sig - Route: Take 1 tablet (25 mg total) by mouth every evening. - Oral | 30 tablet | 6 | 2/7/2019 | 3/28/2019 |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)  Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral  Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking)  Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily, as needed for anxiety. - Oral | 60 tablet | 1 | 1/3/2019 | 5/6/2019 |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)  Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral  Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| diclofenac sodium (VOLTAREN) 1 % Gel (Taking)  Sig - Route: Apply 2 g topically 4 (four) times daily. for 10 days - Topical (Top) | 1 Tube | 3 | 2/15/2019 | 2/21/2019 |
| levocetirizine (XYZAL) 5 MG tablet (Taking)  Sig - Route: Take 1 tablet (5 mg total) by mouth every morning. - Oral | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| rizatriptan (MAXALT) 5 MG tablet (Taking)  Sig - Route: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day. - Oral | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |
| sertraline (ZOLOFT) 100 MG tablet (Taking)  Sig - Route: Take 1 tablet (100 mg total) by mouth once daily. - Oral | 30 tablet | 6 | 1/3/2019 | 5/6/2019 |
| azithromycin (Z-PAK) 250 MG tablet  Sig: Take 2 tabs by mouth today, then 1 tab daily x 4 days. | 6 tablet | 0 | 1/22/2019 | 3/28/2019 |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| montelukast (SINGULAIR) 10 mg tablet (Taking)  Sig: Take 1 tablet (10 mg total) by mouth every evening.  Route: Oral | 30 tablet | 6 | 1/3/2019 | |
| triamcinolone (NASACORT) 55 mcg nasal Inhaler (Taking)  Sig: 2 sprays by Nasal route once daily.  Route: Nasal | 17 g | 3 | 11/2/2018 | |
| amitriptyilne (ELAVIL) 25 MG tablet (Taking/Discontinued)  Sig: Take 1 tablet (25 mg total) by mouth every evening.  Route: Oral | 30 tablet | 6 | 2/7/2019 | 3/28/2019 |

Generated on 1/17/20 12:19 PM                                                        Page 99

Lincoln/White 0788

05/09/2015  08:02AM  2254485415                     CEDAR POINTE OAKWOOD                    PAGE  10/45

JPLC FAMILY MEDICINE                                White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                      MRN: 1932025, DOB:          Sex: F
Continuity of Care                                  Acct #: 72008248022
                                                    Enc. Date 2/21/2019

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Reason for Discontinue: **Reorder** | | | | |
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet** (Taking/Discontinued) | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| Sig: Take 1 tablet by mouth 2 (two) times daily as needed. | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| Route: Oral | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet** (Taking/Discontinued) | 60 tablet | 1 | 1/3/2019 | 5/6/2019 |
| Sig: Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet** (Taking/Discontinued) | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| Sig: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **diclofenac sodium (VOLTAREN) 1 % Gel** (Taking/Discontinued) | 1 Tube | 3 | 2/15/2019 | 2/21/2019 |
| Sig: Apply 2 g topically 4 (four) times daily. for 10 days | | | | |
| Route: Topical (Top) | | | | |
| Reason for Discontinue: **Patient no longer taking** | | | | |
| **levocetirizine (XYZAL) 5 MG tablet** (Taking/Discontinued) | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| Sig: Take 1 tablet (5 mg total) by mouth every morning. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **rizatriptan (MAXALT) 5 MG tablet** (Taking/Discontinued) | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |
| Sig: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **sertraline (ZOLOFT) 100 MG tablet** (Taking/Discontinued) | 30 tablet | 6 | 1/3/2019 | 5/6/2019 |
| Sig: Take 1 tablet (100 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Therapy not effective** | | | | |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **methylPREDNISolone (MEDROL DOSEPACK) 4 mg tablet** (Discontinued) | 1 Package | 0 | 2/21/2019 | 3/28/2019 |
| Sig: use as directed | | | | |
| Reason for Discontinue: **Patient no longer taking** | | | | |
| **meloxicam (MOBIC) 15 MG tablet** | 30 tablet | 2 | 2/21/2019 | |
| Sig - Route: Take 1 tablet (15 mg total) by mouth once daily. - Oral | | | | |

## Progress Notes

### Progress Notes by Andrea D. Cothern, NP at 2/21/2019  9:00 AM

| | | |
|---|---|---|
| Author:  Andrea D. Cothern, NP | Service: — | Author Type:  Nurse Practitioner |
| Filed: 3/3/2019  3:08 PM | Encounter Date:  2/21/2019 | Creation Time: 3/3/2019  3:00 PM |
| Status:  Signed | Editor:  Andrea D. Cothern, NP (Nurse Practitioner) | |

Generated on 1/17/20 12:19 PM                                                         Page 100

Lincoln/White 0789

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72008248022
Enc. Date 2/21/2019

### Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 2/21/2019  9:00 AM (continued)**

### Subjective:

**Patient ID:** Sabrina Lynette White is a 46 y.o. female.

### Chief Complaint
Patient presents with
- Follow-up
  *ER*

HPI

Sabrina Lynette White is here today with c/o an injury due to a fall on 2/17/2019.  She lost her balance and fell down the stairs at her apartment complex.  Reports that the stairwell was dark due to no lighting and she was not able to see to go down.  Seen at OLOL UC North on 2/17/2019 ---- per notes: *Patient here with complaints of falling down stairs. She says that she missed a step while walking downstairs with her cane. She normally ambulates with a cane because of significant knee and back arthritis. She says that she fell directly onto her bottom and on her right elbow. She now complains of right lower back pain, right elbow pain and right sided neck pain. She says that the pain is worse with movement and better with rest. No bowel or bladder dysfunction. She did not hit her head or have a syncopal episode. No neurological changes. She is not on blood thinners.*  She reports persistent pain, UC meds do help --- currently on Flexeril and Tylenol-#3.  Pain mostly to the RT elbow and RT side of her back, xrays at UC were negative.  Using ice at times.  Describes her pain as "needles".  She is LT-handed dominant.

Review of Systems
Constitutional: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Musculoskeletal: Positive for arthralgias and back pain. Negative for gait problem and joint swelling.
Skin: Negative.
Neurological: Negative for dizziness, weakness, numbness and headaches.

### Review of patient's allergies indicates:

| Allergen | Reactions |
| --- | --- |
| • Aleve [naproxen sodium] | |
| • Aspirin | |

### Patient Active Problem List
Diagnosis
- Essential hypertension
- Adjustment disorder with mixed anxiety and depressed mood
- Primary insomnia
- Migraine headache
- Spondylosis of lumbar region without myelopathy or radiculopathy
- Osteoarthritis of both knees

Generated on 1/17/20 12:19 PM                                    Page 101

Lincoln/White 0790

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72008248022
Enc. Date 2/21/2019

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 2/21/2019  9:00 AM (continued)**

- Osteoarthritis of spine with radiculopathy, cervical region
- Morbid obesity with BMI of 40.0-44.9, adult
- Carpal tunnel syndrome on both sides
- Dyslipidemia

## Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every evening. | 30 tablet | 6 |
| • butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet | Take 1 tablet by mouth 2 (two) times daily as needed. | 30 tablet | 0 |
| • clonazePAM (KLONOPIN) 1 MG tablet | Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety. | 60 tablet | 1 |
| • cyclobenzaprine (FLEXERIL) 10 MG tablet | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. | 60 tablet | 0 |
| • levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every morning. | 30 tablet | 6 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth every evening. | 30 tablet | 6 |
| • rizatriptan (MAXALT) 5 MG tablet | Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day. | 12 tablet | 2 |
| • sertraline (ZOLOFT) 100 MG tablet | Take 1 tablet (100 mg total) by mouth once daily. | 30 tablet | 6 |
| • triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 17 g | 3 |
| • azithromycin (Z-PAK) 250 MG tablet | Take 2 tabs by mouth today, then 1 tab daily x 4 days. | 6 tablet | 0 |

## Current Facility-Administered Medications on File Prior to Visit

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|

Generated on 1/17/20 12:19 PM

Lincoln/White 0791

05/09/2015  08:02AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  13/45

| JPLC FAMILY MEDICINE | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008248022 | |
| | Enc. Date 2/21/2019 | |

## Progress Notes (continued)

### Progress Notes by Andrea D. Cothern, NP at 2/21/2019 9:00 AM (continued)

| • medroxyPROGES | 150 mg | Intramuscular | Q90 Days | Andrea D. Cothern, NP | 150 mg at 01/22/1 9 0854 |
| TERone (DEPO-PROVERA) syringe 150 mg | | | | | |

*Past medical, surgical, family and social histories have been reviewed today.*

## Objective

**Vitals:**

| | 02/21/19 0900 | 02/21/19 0930 |
| --- | --- | --- |
| BP: | (!) 138/90 | |
| Temp: | 98.7 °F (37.1 °C) | |
| TempSrc: | Oral | |
| Weight: | 107 kg (235 lb 14.3 oz) | |
| Height: | 5' 3" (1.6 m) | |
| PainSc: | 9 | 9 |
| PainLoc: | Back | Elbow |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
Cardiovascular: Normal rate, regular rhythm, intact distal pulses and normal pulses.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal: Normal range of motion. She exhibits no edema.
    Right elbow: She exhibits normal range of motion, no swelling and no effusion. Tenderness found.
    Lumbar back: She exhibits tenderness, pain and spasm. She exhibits normal range of motion, no swelling, no edema and no deformity.
    Back:



Generated on 1/17/20 12:19 PM                                                          Page 103

PAGE 13/45 * RCVD AT 1/17/2020 5:10:45 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6034272684 * CSID:2254485415 * ANI:12254482629 * DURATION (mm-ss):25-23

Lincoln/White 0792

**JPLC FAMILY MEDICINE**
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:             Sex: F
Acct #: 72008248022
Enc. Date 2/21/2019

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 2/21/2019  9:00 AM (continued)**



Arms:
Neurological: She is alert and oriented to person, place, and time. No sensory deficit. She exhibits normal muscle tone. Coordination normal.
Skin: She is not diaphoretic.
Vitals reviewed.

## Diagnosis

1.  **Fall down stairs, initial encounter**
2.  Acute right-sided low back pain without sciatica
3.  Contusion of right elbow, initial encounter

## Assessment/ Plan

**Fall down stairs, Initial encounter**
-   methylPREDNISolone (MEDROL DOSEPACK) 4 mg tablet; use as directed  Dispense: 1 Package; Refill: 0
-   meloxicam (MOBIC) 15 MG tablet; Take 1 tablet (15 mg total) by mouth once daily.  Dispense: 30 tablet; Refill: 2

**Acute right-sided low back pain without sciatica**
-   methylPREDNISolone (MEDROL DOSEPACK) 4 mg tablet; use as directed  Dispense: 1 Package; Refill: 0
-   meloxicam (MOBIC) 15 MG tablet; Take 1 tablet (15 mg total) by mouth once daily.  Dispense: 30 tablet; Refill: 2

**Contusion of right elbow, initial encounter**
-   methylPREDNISolone (MEDROL DOSEPACK) 4 mg tablet; use as directed  Dispense: 1 Package; Refill: 0

Lincoln/White 0793

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72008248022
Enc. Date 2/21/2019

## Progress Notes (continued)

Progress Notes by Andrea D. Cothern, NP at 2/21/2019  9:00 AM (continued)

- meloxicam (MOBIC) 15 MG tablet; Take 1 tablet (15 mg total) by mouth once daily.  Dispense: 30 tablet; Refill: 2

Ice/heat, rest, stretching exercises.
Continue UC meds as needed with addition of above.
Follow-up in clinic as needed.

*Andrea Cothern CFNP*

**Andrea Cothern, CFNP**
Ochsner Jefferson Place Family Medicine

Electronically signed by Andrea D. Cothem, NP on 3/3/2019  3:08 PM

## H&P Notes

No notes of this type exist for this encounter.

Lincoln/White 0794

JPLC FAMILY MEDICINE                                    White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                          MRN: 1932025, DOB:              Sex: F
Continuity of Care                                     Acct #: 72008402118
                                                       Enc. Date 3/28/2019

## Visit Summary

**Reason for Visit**

Follow-up

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Allergic rhinitis, unspecified seasonality, unspecified trigger  - Primary | ICD-10-CM: J30.9 ICD-9-CM: 477.9 | |
| Headache disorder | ICD-10-CM: R51 ICD-9-CM: 784.0 | |

**Problem List** as of 3/28/2019                                    Date Reviewed: **3/3/2019**

| | Codes | Priority | Class | Notes - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 - Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| Dyslipidemia | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |

**Allergies as of 1/17/2020**

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Aleve [naproxen Sodium] | 08/28/2018 11:18 AM | | Kaitlyn N. Tircuit, MA | | | |
| Aspirin | 08/28/2018 11:18 AM | | Lija Thomas, MD | | | |
| DELETED: Bayer Aspirin (with Caffeine) [aspirin-caffeine] | 02/13/2018 11:06 AM | | Alexandra Scott, MA | Nausea Only | | Deleted on: 02/13/2018 Chart correction: Wrong allergy selected |

Generated on 1/17/20 12:19 PM                                    Page 106

Lincoln/White 0795

05/09/2015  08:02AM  2254485415                    CEDAR POINTE OAKWOOD                 PAGE  17/45

JPLC FAMILY MEDICINE                      White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA            MRN: 1932025, DOB:              Sex: F
Continuity of Care                        Acct #: 72008402118
                                          Enc. Date 3/28/2019

## Visit Summary (Continued)

### Allergies as of 1/17/2020 (continued)

### Immunizations Administered as of 3/28/2019                          Never Reviewed

No immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 3/28/2019

| | Disp. | Refills | Start | End |
|---|---|---|---|---|
| meloxicam (MOBIC) 15 MG tablet (Taking) | 30 tablet | 2 | 2/21/2019 | |
| Sig - Route: Take 1 tablet (15 mg total) by mouth once daily. - Oral | | | | |
| montelukast (SINGULAIR) 10 mg tablet (Taking) | 30 tablet | 6 | 1/3/2019 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every evening. - Oral | | | | |
| triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking) | 17 g | 3 | 11/2/2018 | |
| Sig - Route: 2 sprays by Nasal route once daily. - Nasal | | | | |
| amitriptyline (ELAVIL) 25 MG tablet (Taking) | 30 tablet | 6 | 2/7/2019 | 3/28/2019 |
| Sig - Route: Take 1 tablet (25 mg total) by mouth every evening. - Oral | | | | |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking) | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking) | 60 tablet | 1 | 1/3/2019 | 5/6/2019 |
| Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily, as needed for anxiety. - Oral | | | | |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking) | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| levocetirizine (XYZAL) 5 MG tablet (Taking) | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth every morning. - Oral | | | | |
| rizatriptan (MAXALT) 5 MG tablet (Taking) | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed. Max 30 mg/day. - Oral | | | | |
| sertraline (ZOLOFT) 100 MG tablet (Taking) | 30 tablet | 6 | 1/3/2019 | 5/6/2019 |
| Sig - Route: Take 1 tablet (100 mg total) by mouth once daily. - Oral | | | | |
| azithromycin (Z-PAK) 250 MG tablet | 6 tablet | 0 | 1/22/2019 | 3/28/2019 |
| Sig: Take 2 tabs by mouth today, then 1 tab daily x 4 days. | | | | |
| diclofenac sodium (VOLTAREN) 1 % Gel | 1 Tube | 3 | 2/22/2019 | 3/28/2019 |
| Sig - Route: Apply 4 g topically 4 (four) times daily, for 10 days - Topical (Top) | | | | |
| methylPREDNISolone (MEDROL DOSEPACK) 4 mg tablet | 1 Package | 0 | 2/21/2019 | 3/28/2019 |
| Sig: use as directed | | | | |

### Medications the Patient Reported Taking

| | Disp. | Refills | Start | End |
|---|---|---|---|---|
| amitriptyline (ELAVIL) 50 MG tablet (Taking) | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |
| Sig: Take 1 tablet (50 mg total) by mouth every evening. Route: Oral | | | | |
| meloxicam (MOBIC) 15 MG tablet (Taking) | 30 tablet | 2 | 2/21/2019 | |
| Sig: Take 1 tablet (15 mg total) by mouth once daily. Route: Oral | | | | |
| montelukast (SINGULAIR) 10 mg tablet (Taking) | 30 tablet | 6 | 1/3/2019 | |
| Sig: Take 1 tablet (10 mg total) by mouth every evening. Route: Oral | | | | |
| triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking) | 17 g | 3 | 11/2/2018 | |

Generated on 1/17/20 12:19 PM                                          Page 107

Lincoln/White 0796

05/09/2015  08:02AM  2254485415                  CEDAR POINTE OAKWOOD                 PAGE  18/45

JPLC FAMILY MEDICINE                             White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                   MRN: 1932025, DOB:          Sex: F
Continuity of Care                               Acct #: 72008402118
                                                 Enc. Date 3/28/2019

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp. | Refills | Start | End |
|---|---|---|---|---|
| Sig: 2 sprays by Nasal route once daily. Route: Nasal | | | | |
| amitriptyline (ELAVIL) 25 MG tablet (Taking/Discontinued) Sig: Take 1 tablet (25 mg total) by mouth every evening. Route: Oral Reason for Discontinue: **Reorder** | 30 tablet | 6 | 2/7/2019 | 3/28/2019 |
| amitriptyline (ELAVIL) 25 MG tablet (Taking/Discontinued) Sig: Take 2 tablets (50 mg total) by mouth every evening. Route: Oral Reason for Discontinue: **Reorder** | 30 tablet | 6 | 3/28/2019 | 3/28/2019 |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking/Discontinued) Sig: Take 1 tablet by mouth 2 (two) times daily as needed. Notes to Pharmacy: Please consider 90 day supplies to promote better adherence Route: Oral | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued) Sig: Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety. Route: Oral Reason for Discontinue: **Reorder** | 60 tablet | 1 | 1/3/2019 | 5/6/2019 |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking/Discontinued) Sig: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. Notes to Pharmacy: Please consider 90 day supplies to promote better adherence Route: Oral Reason for Discontinue: **Reorder** | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| levocetirizine (XYZAL) 5 MG tablet (Taking/Discontinued) Sig: Take 1 tablet (5 mg total) by mouth every morning. Route: Oral Reason for Discontinue: **Reorder** | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| rizatriptan (MAXALT) 5 MG tablet (Taking/Discontinued) Sig: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed. Max 30 mg/day. Route: Oral Reason for Discontinue: **Reorder** | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |
| sertraline (ZOLOFT) 100 MG tablet (Taking/Discontinued) Sig: Take 1 tablet (100 mg total) by mouth once daily. Route: Oral Reason for Discontinue: **Therapy not effective** | 30 tablet | 6 | 1/3/2019 | 5/6/2019 |

### Ordered Medications

| | Disp. | Refills | Start | End |
|---|---|---|---|---|
| carbinoxamine maleate 4 mg Tab Sig - Route: Take 1 to 2 tablets by mouth 3 (three) times daily as needed. - Oral | 60 each | 0 | 3/28/2019 | |
| amitriptyline (ELAVIL) 50 MG tablet Sig - Route: Take 1 tablet (50 mg total) by mouth every evening. - Oral | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |

## Progress Notes

Progress Notes by Andrea D. Cothern, NP at 3/28/2019  8:15 AM

Generated on 1/17/20 12:19 PM                                        Page 108

Lincoln/White 0797

05/09/2015  08:02AM  2254485415                         CEDAR POINTE OAKWOOD                    PAGE  19/45

JPLC FAMILY MEDICINE                                    White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                          MRN: 1932025, DOB:                   Sex: F
Continuity of Care                                      Acct #: 72008402118
                                                        Enc. Date 3/28/2019

## Progress Notes (continued)

### Progress Notes by Andrea D. Cothern, NP at 3/28/2019 8:15 AM (continued)

| Author: Andrea D. Cothern, NP | Service: — | Author Type: Nurse Practitioner |
|---|---|---|
| Filed: 3/28/2019 8:49 AM | Encounter Date: 3/28/2019 | Creation Time: 3/28/2019 8:43 AM |
| Status: Signed | Editor: Andrea D. Cothern, NP (Nurse Practitioner) | |

## Subjective

**Patient ID:** Sabrina Lynette White is a 46 y.o. female.

**Chief Complaint**
Patient presents with
- Follow-up

**HPI**

Sabrina Lynette White is here today to f/u on chronic headaches. She was seen on 2/7/2019 for issue, started on Elavil 25 mg nightly. She reports the medication has helped although still having HA but not as severe or frequent. Does have some dizziness at times. Maxalt does help abort HA when she takes it.

Also with 2 days of scratchy throat & hoarseness. Also with c/o sneezing but no RN or NC. History of allergies. No meds taken.

**Review of Systems**
Constitutional: Negative for chills and fever.
HENT: Positive for nosebleeds, sore throat **(scratchy more than sore)** and voice change. Negative for congestion, ear pain, postnasal drip, sinus pain, sneezing, tinnitus and trouble swallowing.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative for abdominal pain, nausea and vomiting.
Allergic/Immunologic: Positive for environmental allergies.
Neurological: Positive for light-headedness and headaches. Negative for weakness and numbness.
Hematological: Negative for adenopathy.

**Review of patient's allergies indicates:**

| Allergen | Reactions |
|---|---|
| Aleve [naproxen sodium] | |
| Aspirin | |

**Patient Active Problem List**

Diagnosis
- Essential hypertension
- Adjustment disorder with mixed anxiety and depressed mood
- Primary insomnia
- Migraine headache
- Spondylosis of lumbar region without myelopathy or radiculopathy
- Osteoarthritis of both knees

Generated on 1/17/20 12:19 PM                                                          Page 109

Lincoln/White 0798

05/09/2015  08:02AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  20/45

JPLC FAMILY MEDICINE                           White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                  MRN: 1932025, DOB:              Sex: F
Continuity of Care                             Acct #: 72008402118
                                               Enc. Date 3/28/2019

## Progress Notes (continued)

### Progress Notes by Andrea D. Cothern, NP at 3/28/2019  8:15 AM (continued)

- Osteoarthritis of spine with radiculopathy, cervical region
- Morbid obesity with BMI of 40.0-44.9, adult
- Carpal tunnel syndrome on both sides
- Dyslipidemia

**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet | Take 1 tablet by mouth 2 (two) times daily as needed. | 30 tablet | 0 |
| • clonazePAM (KLONOPIN) 1 MG tablet | Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety. | 60 tablet | 1 |
| • cyclobenzaprine (FLEXERIL) 10 MG tablet | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. | 60 tablet | 0 |
| • levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every morning. | 30 tablet | 6 |
| • meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth every evening. | 30 tablet | 6 |
| • rizatriptan (MAXALT) 5 MG tablet | Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day. | 12 tablet | 2 |
| • sertraline (ZOLOFT) 100 MG tablet | Take 1 tablet (100 mg total) by mouth once daily. | 30 tablet | 6 |
| • triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 17 g | 3 |
| • [DISCONTINUED] amitriptyline (ELAVIL) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every evening. | 30 tablet | 6 |
| • [DISCONTINUED] azithromycin (Z-PAK) 250 MG tablet | Take 2 tabs by mouth today, then 1 tab daily x 4 days. | 6 tablet | 0 |
| • [DISCONTINUED] diclofenac sodium (VOLTAREN) 1 % Gel | Apply 4 g topically 4 (four) times daily. for 10 days | 1 Tube | 3 |
| • [DISCONTINUED] methylPREDNISolone (MEDROL DOSEPACK) 4 mg tablet | use as directed | 1 Package | 0 |

Generated on 1/17/20 12:19 PM                                        Page 110

Lincoln/White 0799

05/09/2015  08:02AM  2254485415                    CEDAR POINTE OAKWOOD              PAGE  21/45

JPLC FAMILY MEDICINE                                White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                      MRN: 1932025, DOB:           Sex: F
Continuity of Care                                 Acct #: 72008402118
                                                   Enc. Date 3/28/2019

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 3/28/2019  8:15 AM (continued)**

Current Facility-Administered Medications on File Prior to Visit

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| • medroxyPROGESTERone (DEPO-PROVERA) syringe 150 mg | 150 mg | Intramuscular | Q90 Days | Andrea D. Cothern, NP | | 150 mg at 01/22/19 0854 |

*Past medical, surgical, family and social histories have been reviewed today.*

## Objective

**Vitals:**

|  | 03/28/19 0813 |
|---|---|
| BP: | 130/88 |
| Pulse: | (!) 120 |
| Temp: | 97.3 °F (36.3 °C) |
| TempSrc: | Oral |
| SpO2: | 98% |
| Weight: | 106.6 kg (235 lb 0.2 oz) |
| Height: | 5' 3" (1.6 m) |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: No drainage, swelling or tenderness. Tympanic membrane is retracted **(TM dull, absent LR)**. Tympanic membrane is not injected, not perforated and not erythematous.
Left Ear: No drainage, swelling or tenderness. Tympanic membrane is retracted **(TM dull, faint LR)**. Tympanic membrane is not injected, not perforated and not erythematous.
Nose: Mucosal edema and rhinorrhea **(boggy//clear RN on LT side)** present. No sinus tenderness. No epistaxis. Right sinus exhibits no maxillary sinus tenderness and no frontal sinus tenderness. Left sinus exhibits no maxillary sinus tenderness and no frontal sinus tenderness.
Mouth/Throat: No oropharyngeal exudate, posterior oropharyngeal edema or posterior oropharyngeal erythema **(slight clear PND noted)**.
Eyes: Pupils are equal, round, and reactive to light. EOM are normal. Right eye exhibits no discharge. Left eye exhibits no discharge.
Cardiovascular: Regular rhythm and normal heart sounds. Tachycardia present.
Pulmonary/Chest: Effort normal and breath sounds normal.
Lymphadenopathy:
  She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. No sensory deficit. She exhibits normal muscle tone. Coordination normal.
Skin: Skin is warm and dry. Capillary refill takes less than 2 seconds.

Generated on 1/17/20 12:19 PM                                              Page 111

Lincoln/White 0800

05/09/2015  08:02AM  2254485415                     CEDAR POINTE OAKWOOD                    PAGE  22/45

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:            Sex: F
Continuity of Care                            Acct #: 72008402118
                                              Enc. Date 3/28/2019

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 3/28/2019 8:15 AM (continued)**

Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal. Vitals reviewed.

## Diagnosis

1.   **Allergic rhinitis, unspecified seasonality, unepecified trigger**
2.   Headache disorder

## Assessment/Plan

**Allergic rhinitis, unspecified seasonality, unspecified trigger**
- Uncontrolled at this time, medication discussed.
  - carbinoxamine maleate 4 mg Tab; Take 1-2 tablets by mouth 3 (three) times daily as needed. Dispense: 60 each; Refill: 0

**Headache disorder**
- Improved some with Elavil 25 mg, increased dose to 50 mg nightly.
- Continue Maxalt prn.
  - amitriptyline (ELAVIL) 50 MG tablet; Take 1 tablet (50 mg total) by mouth every evening.  Dispense: 30 tablet; Refill: 6

Follow-up in clinic as needed.

*Andrea Cothern CFNP*

**Andrea Cothern, CFNP**
Ochsner Jefferson Place Family Medicine

Electronically signed by Andrea D. Cothern, NP on 3/28/2019  8:49 AM

**H&P Notes**

No notes of this type exist for this encounter.

Generated on 1/17/20 12:19 PM                                              Page 112

PAGE 22/45 * RCVD AT 1/17/2020 5:10:45 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6034272684 * CSID:2254485415 * ANI:12254482629 * DURATION (mm-ss):25-23

Lincoln/White 0801

05/09/2015  08:02AM  2254485415                    CEDAR POINTE OAKWOOD              PAGE  23/45

JPLC FAMILY MEDICINE                        White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA              MRN: 1932025, DOB:          Sex: F
Continuity of Care                          Acct #: 72008615283
                                            Enc. Date 5/6/2019

## Visit Summary

**Reason for Visit**

Headache

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Essential hypertension   - Primary | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | |
| Chronic nonintractable headache, unspecified headache type | ICD-10-CM: R51<br>ICD-9-CM: 784.0 | |
| Breast hypertrophy in female | ICD-10-CM: N62<br>ICD-9-CM: 611.1 | |

**Problem List** as of 5/6/2019                                    Date Reviewed: **3/3/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 9/17/2014 -<br>Present |
| Essential hypertension | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 11/29/2016 -<br>Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 11/29/2016 -<br>Present |
| Primary insomnia | ICD-10-CM: F51.01<br>ICD-9-CM: 307.42 | | | 11/29/2016 -<br>Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | | | 8/27/2017 -<br>Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0<br>ICD-9-CM: 715.96 | | | 9/27/2017 -<br>Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22<br>ICD-9-CM: 721.0 | | | 9/27/2017 -<br>Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01,<br>Z68.41<br>ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 -<br>Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03<br>ICD-9-CM: 354.0 | | | 11/1/2018 -<br>Present |
| Dyslipidemia | ICD-10-CM: E78.5<br>ICD-9-CM: 272.4 | | | 11/2/2018 -<br>Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42<br>ICD-9-CM: 717.7 | | | 11/24/2017 -<br>10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41<br>ICD-9-CM: 717.7 | | | 11/24/2017 -<br>10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562<br>ICD-9-CM: 719.46 | | | 3/19/2018 -<br>10/8/2018 |

**Allergies** as of 1/17/2020

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Aleve [naproxen Sodium] | 08/28/2018<br>11:18 AM | | Kaltlyn N. Tircuit, MA | | | |
| Aspirin | 08/28/2018<br>11:18 AM | | Lija Thomas, MD | | | |
| DELETED:<br>Bayer Aspirin | 02/13/2018<br>11:06 AM | | Alexandra Scott, MA | Nausea Only | | Deleted on:<br>02/13/2018 |

Generated on 1/17/20 12:19 PM                                              Page 113

Lincoln/White 0802

05/09/2015  08:02AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  24/45

JPLC FAMILY MEDICINE                         White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA               MRN: 1932025, DOB:          Sex: F
Continuity of Care                           Acct #: 72008615283
                                             Enc. Date 5/6/2019

## Visit Summary (Continued)

### Allergies as of 1/17/2020 (continued)

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| (with Caffeine) [aspirin-caffeine] | | | | | | Chart correction: Wrong allergy selected |

### Immunizations Administered as of 5/6/2019                                    Never Reviewed

No Immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 5/6/2019

| | Disp. | Refills | Start | End |
|---|---|---|---|---|
| amitriptyline (ELAVIL) 50 MG tablet (Taking) | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |
| Sig - Route: Take 1 tablet (50 mg total) by mouth every evening. - Oral | | | | |
| carbinoxamine maleate 4 mg Tab (Taking) | 60 each | 0 | 3/28/2019 | |
| Sig - Route: Take 1 to 2 tablets by mouth 3 (three) times daily as needed. - Oral | | | | |
| meloxicam (MOBIC) 15 MG tablet (Taking) | 30 tablet | 2 | 2/21/2019 | |
| Sig - Route: Take 1 tablet (15 mg total) by mouth once daily. - Oral | | | | |
| montelukast (SINGULAIR) 10 mg tablet (Taking) | 30 tablet | 6 | 1/3/2019 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every evening. - Oral | | | | |
| triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking) | 17 g | 3 | 11/2/2018 | |
| Sig - Route: 2 sprays by Nasal route once daily. - Nasal | | | | |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking) | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking) | 60 tablet | 1 | 1/3/2019 | 5/6/2019 |
| Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for anxiety. - Oral | | | | |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking) | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| levocetirizine (XYZAL) 5 MG tablet (Taking) | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth every morning. - Oral | | | | |
| rizatriptan (MAXALT) 5 MG tablet (Taking) | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed. Max 30 mg/day. - Oral | | | | |
| sertraline (ZOLOFT) 100 MG tablet (Taking) | 30 tablet | 6 | 1/3/2019 | 5/6/2019 |
| Sig - Route: Take 1 tablet (100 mg total) by mouth once daily. - Oral | | | | |

### Medications the Patient Reported Taking

| | Disp. | Refills | Start | End |
|---|---|---|---|---|
| amitriptyline (ELAVIL) 50 MG tablet (Taking) | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |
| Sig: Take 1 tablet (50 mg total) by mouth every evening. Route: Oral | | | | |
| carbinoxamine maleate 4 mg Tab (Taking) | 60 each | 0 | 3/28/2019 | |
| Sig: Take 1 to 2 tablets by mouth 3 (three) times daily as needed. Route: Oral | | | | |
| meloxicam (MOBIC) 15 MG tablet (Taking) | 30 tablet | 2 | 2/21/2019 | |
| Sig: Take 1 tablet (15 mg total) by mouth once daily. Route: Oral | | | | |
| montelukast (SINGULAIR) 10 mg tablet (Taking) | 30 tablet | 6 | 1/3/2019 | |

Generated on 1/17/20 12:19 PM                                                    Page 114

Lincoln/White 0803

05/09/2015  08:02AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  25/45

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:           Sex: F
Continuity of Care                            Acct #: 72008615283
                                              Enc. Date 5/6/2019

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp. | Refills | Start | End |
|---|---|---|---|---|
| Sig: Take 1 tablet (10 mg total) by mouth every evening.<br>Route: Oral | | | | |
| **triamcinolone (NASACORT) 55 mcg nasal Inhaler (Taking)**<br>Sig: 2 sprays by Nasal route once daily.<br>Route: Nasal | 17 g | 3 | 11/2/2018 | |
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth 2 (two) times daily as needed.<br>Notes to Pharmacy: Please consider 90 day supplies to promote better adherence<br>Route: Oral | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 1 | 1/3/2019 | 5/6/2019 |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 1 | 5/6/2019 | 7/2/2019 |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed.<br>Notes to Pharmacy: Please consider 90 day supplies to promote better adherence<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| **levocetirizine (XYZAL) 5 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (5 mg total) by mouth every morning.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| **rizatriptan (MAXALT) 5 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |
| **sertraline (ZOLOFT) 100 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (100 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Therapy not effective** | 30 tablet | 6 | 1/3/2019 | 5/6/2019 |

**Ordered Medications**

| | Disp. | Refills | Start | End |
|---|---|---|---|---|
| **irbesartan (AVAPRO) 75 MG tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (75 mg total) by mouth once daily. - Oral<br>Reason for Discontinue: **Reorder** | 90 tablet | 0 | 5/6/2019 | 8/2/2019 |
| **clonazePAM (KLONOPIN) 1 MG tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety. - Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 1 | 5/6/2019 | 7/2/2019 |
| **DULoxetine (CYMBALTA) 30 MG capsule (Discontinued)**<br>Sig - Route: Take 1 capsule (30 mg total) by mouth once daily. - Oral<br>Reason for Discontinue: **Reorder** | 90 capsule | 0 | 5/6/2019 | 6/25/2019 |

Generated on 1/17/20 12:19 PM                                                      Page 115

Lincoln/White 0804

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:           Sex: F
Continuity of Care                            Acct #: 72008615283
                                              Enc. Date 5/6/2019

**Medications (continued)**

**Progress Notes**

**Progress Notes by Andrea D. Cothern, NP at 5/6/2019 3:00 PM**

| | | |
|---|---|---|
| Author:  Andrea D. Cothern, NP | Service:  — | Author Type:  Nurse Practitioner |
| Filed:  5/21/2019  1:49 PM | Encounter Date:  5/6/2019 | Creation Time:  5/21/2019  1:37 PM |
| Status:  Signed | Editor:  Andrea D. Cothern, NP (Nurse Practitioner) | |

**Subjective**

**Patient ID:** Sabrina Lynette White is a 46 y.o. female.

**Chief Complaint**
Patient presents with

- Headache

HPI

Sabrina Lynette White is here today with c/o headaches.  Last seen in the office on 2/7/2019 for headaches. Started on nightly Elavil and prn Maxalt.  Reports doing better, HA less; however, she has had increased HA pain last week likely due to stress.  Getting better slowly over time.  She "feels tension" in her neck.  Dizziness reported.

With the anxiety, she has run out of her Klonopin.  Taking Zoloft 100 mg as ordered.  Does not feel the medication to be effective.  Trying to get more rest but hard to do with the HA.

Reports neck and upper back pain at times due to "enlarged breasts".  Feel heavy, hard to support.  She is wondering if a breast reduction would help.

Review of Systems
Constitutional: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Musculoskeletal: Positive for myalgias.
Neurological: Positive for dizziness, light-headedness and headaches. Negative for weakness and numbness.
Psychiatric/Behavioral: Positive for agitation, decreased concentration, dysphoric mood and sleep disturbance. Negative for behavioral problems, confusion, hallucinations, self-injury and suicidal ideas. The patient is nervous/anxious. The patient is not hyperactive.

**Review of patient's allergies indicates:**
Allergen                                                          Reactions

- Aleve [naproxen sodium]
- Aspirin

**Patient Active Problem List**
Diagnosis

- Essential hypertension

Generated on 1/17/20 12:19 PM                                              Page 116

Lincoln/White 0805

JPLC FAMILY MEDICINE                            White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                  MRN: 1932025, DOB:              Sex: F
Continuity of Care                              Acct #: 72008615283
                                                Enc. Date 5/6/2019

## Progress Notes (continued)

### Progress Notes by Andrea D. Cothern, NP at 5/6/2019 3:00 PM (continued)

- Adjustment disorder with mixed anxiety and depressed mood
- Primary insomnia
- Migraine headache
- Spondylosis of lumbar region without myelopathy or radiculopathy
- Osteoarthritis of both knees
- Osteoarthritis of spine with radiculopathy, cervical region
- Morbid obesity with BMI of 40.0-44.9, adult
- Carpal tunnel syndrome on both sides
- Dyslipidemia

### Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| amitriptyline (ELAVIL) 50 MG tablet | Take 1 tablet (50 mg total) by mouth every evening. | 30 tablet | 6 |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet | Take 1 tablet by mouth 2 (two) times daily as needed. | 30 tablet | 0 |
| carbinoxamine maleate 4 mg Tab | Take 1 to 2 tablets by mouth 3 (three) times daily as needed. | 60 each | 0 |
| cyclobenzaprine (FLEXERIL) 10 MG tablet | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. | 60 tablet | 0 |
| levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every morning. | 30 tablet | 6 |
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 |
| montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth every evening. | 30 tablet | 6 |
| rizatriptan (MAXALT) 5 MG tablet | Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day. | 12 tablet | 2 |
| triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 17 g | 3 |

### Current Facility-Administered Medications on File Prior to Visit

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| medroxyPROGESTERone (DEPO-PROVERA) syringe 150 mg | 150 mg | Intramuscular | Q90 Days | Andrea D. Cothern, NP | | 150 mg at 01/22/19 0854 |

Generated on 1/17/20 12:19 PM                                                Page 117

Lincoln/White 0806

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:            Sex: F
Continuity of Care                            Acct #: 72008615283
                                              Enc. Date 5/6/2019

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 5/6/2019  3:00 PM (continued)**

*Past medical, surgical, family and social histories have been reviewed today.*

## Objective:

**Vitals:**

|                | 05/06/19 1457 |
|----------------|---------------|
| BP:            | (!) 142/98    |
| Pulse:         | (!) 116       |
| Resp:          | 18            |
| Temp:          | 98.3 °F (36.8 °C) |
| TempSrc:       | Oral          |
| SpO2:          | 96%           |
| Weight:        | 108.9 kg (240 lb 1.3 oz) |
| Height:        | 5' 3" (1.6 m) |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple. No JVD present. No tracheal deviation present. No thyromegaly present.
Cardiovascular: Regular rhythm and normal heart sounds. Tachycardia present.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal: Normal range of motion. She exhibits no edema or deformity.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit or sensory deficit. She exhibits normal muscle tone. Coordination normal.
Skin: Capillary refill takes less than 2 seconds. She is not diaphoretic.
Psychiatric: She has a normal mood and affect. Her speech is normal. Judgment normal. Her affect is not blunt and not labile. She is agitated. She is not slowed, not withdrawn and not actively hallucinating. Thought content is not paranoid and not delusional. Cognition and memory are normal. She expresses no suicidal plans and no homicidal plans. She is attentive.
Vitals reviewed.

## Diagnosis

1.  **Essential hypertension**
2.  Adjustment disorder with mixed anxiety and depressed mood
3.  Chronic nonintractable headache, unspecified headache type

Generated on 1/17/20 12:19 PM                                    Page 118

Lincoln/White 0807

JPLC FAMILY MEDICINE                         White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA               MRN: 1932025, DOB:              Sex: F
Continuity of Care                           Acct #: 72008615283
                                             Enc. Date 5/6/2019

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 5/6/2019  3:00 PM (continued)**

4.    Breast hypertrophy in female

## Assessment/ Plan

### Essential hypertension
- Uncontrolled, h/o HTN but not currently on any medication.
- RX provided, discussed.
- Low-salt/caffeine intake, healthy diet, regular exercise.
  - irbesartan (AVAPRO) 75 MG tablet; Take 1 tablet (75 mg total) by mouth once daily.  Dispense: 90 tablet; Refill: 0

### Adjustment disorder with mixed anxiety and depressed mood
- Uncontrolled on Zoloft, out of Klonopin.
- Med refilled ---- PMP reviewed: last Klonopin refilled 3/13/2019 x 30 days.
- Stop Zoloft, started on Cymbalta, discussed.
  - clonazePAM (KLONOPIN) 1 MG tablet; Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety.  Dispense: 60 tablet; Refill: 1
  - DULoxetine (CYMBALTA) 30 MG capsule; Take 1 capsule (30 mg total) by mouth once daily. Dispense: 90 capsule; Refill: 0

### Chronic nonintractable headache, unspecified headache type
- Continue Elavil and Maxalt as ordered.
- Chronic headaches, MRI pending.
  - MRI Brain W WO Contrast; Future; Expected date: 05/06/2019

### Breast hypertrophy in female
- Chronic neck and upper back pain/tension highly likely due to enlarged breasts.
- To specialist for further discussion -- either Plastics or Breast Specialist.


To f/u in 1 month for anxiety and HTN recheck, sooner if needed.
Follow-up in clinic as needed.


*Andrea Cothern CFNP*

**Andrea Cothern, CFNP**
Ochsner Jefferson Place Family Medicine

  Electronically signed by Andrea D. Cothern, NP on 5/21/2019  1:49 PM

**H&P Notes**

Generated on 1/17/20 12:19 PM                                              Page 119

Lincoln/White 0808

05/09/2015   08:02AM   2254485415                    CEDAR POINTE OAKWOOD                    PAGE   30/45

JPLC FAMILY MEDICINE                              White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                    MRN: 1932025, DOB:            Sex: F
Continuity of Care                                Acct #: 72008615283
                                                  Enc. Date 5/6/2019

**H&P Notes (continued)**

No notes of this type exist for this encounter.

Lincoln/White 0809

05/09/2015  08:02AM  2254485415                CEDAR POINTE OAKWOOD                    PAGE  31/45

JPLC FAMILY MEDICINE                           White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                 MRN: 1932025, DOB:              Sex: F
Continuity of Care                             Acct #: 72008793024
                                               Enc. Date 6/25/2019

## Visit Summary

### Reason for Visit

| Follow-up | Emergency follow up |
|---|---|

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Injury of head, initial encounter   - Primary | ICD-10-CM: S09.90XA<br>ICD-9-CM: 959.01 | |
| Dizziness | ICD-10-CM: R42<br>ICD-9-CM: 780.4 | |
| Nausea | ICD-10-CM: R11.0<br>ICD-9-CM: 787.02 | |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22<br>ICD-9-CM: 721.0 | |
| Breast hypertrophy | ICD-10-CM: N62<br>ICD-9-CM: 611.1 | |

### Problem List as of 6/25/2019

Date Reviewed: 3/3/2019

| | Codes | Priority | Class | Notes  Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01<br>ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0<br>ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22<br>ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01,<br>Z68.41<br>ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 - Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03<br>ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| Dyslipidemia | ICD-10-CM: E78.5<br>ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42<br>ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41<br>ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562<br>ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |

### Allergies as of 1/17/2020

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Aleve [naproxen Sodium] | 08/28/2018<br>11:18 AM | | Kaitlyn N. Tircuit, MA | | | |

Generated on 1/17/20 12:19 PM                                            Page 121

Lincoln/White 0810

05/09/2015  08:02AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  32/45

JPLC FAMILY MEDICINE                              White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                    MRN: 1932025, DOB:          Sex: F
Continuity of Care                                Acct #: 72008793024
                                                  Enc. Date 6/25/2019

## Visit Summary (continued)

### Allergies as of 1/17/2020 (continued)

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| **Aspirin** | 08/28/2018 11:18 AM | | Lija Thomas, MD | | | |
| DELETED: **Bayer Aspirin (with Caffeine) [aspirin-caffeine]** | 02/13/2018 11:06 AM | | Alexandra Scott, MA | Nausea Only | | Deleted on: 02/13/2018 Chart correction: Wrong allergy selected |

### Immunizations Administered as of 6/25/2019                                Never Reviewed

No immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 6/25/2019

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| amitriptyline (ELAVIL) 50 MG tablet (Taking) | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |
| Sig - Route: Take 1 tablet (50 mg total) by mouth every evening. - Oral | | | | |
| carbinoxamine maleate 4 mg Tab (Taking) | 60 each | 0 | 3/28/2019 | |
| Sig - Route: Take 1 to 2 tablets by mouth 3 (three) times daily as needed. - Oral | | | | |
| meloxicam (MOBIC) 15 MG tablet (Taking) | 30 tablet | 2 | 2/21/2019 | |
| Sig - Route: Take 1 tablet (15 mg total) by mouth once daily. - Oral | | | | |
| montelukast (SINGULAIR) 10 mg tablet (Taking) | 30 tablet | 6 | 1/3/2019 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every evening. - Oral | | | | |
| triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking) | 17 g | 3 | 11/2/2018 | |
| Sig - Route: 2 sprays by Nasal route once daily. - Nasal | | | | |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking) | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking) | 60 tablet | 1 | 5/6/2019 | 7/2/2019 |
| Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety. - Oral | | | | |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking) | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| DULoxetine (CYMBALTA) 30 MG capsule (Taking) | 90 capsule | 0 | 5/6/2019 | 6/25/2019 |
| Sig - Route: Take 1 capsule (30 mg total) by mouth once daily. - Oral | | | | |
| irbesartan (AVAPRO) 75 MG tablet (Taking) | 90 tablet | 0 | 5/6/2019 | 8/2/2019 |
| Sig - Route: Take 1 tablet (75 mg total) by mouth once daily. - Oral | | | | |
| levocetirizine (XYZAL) 5 MG tablet (Taking) | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth every morning. - Oral | | | | |
| rizatriptan (MAXALT) 5 MG tablet (Taking) | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed. Max 30 mg/day. - Oral | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| amitriptyline (ELAVIL) 50 MG tablet (Taking) | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |
| Sig: Take 1 tablet (50 mg total) by mouth every evening. Route: Oral | | | | |

Generated on 1/17/20 12:19 PM                                                   Page 122

Lincoln/White 0811

JPLC FAMILY MEDICINE                                White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                      MRN: 1932025, DOB:            Sex: F
Continuity of Care                                 Acct #: 72008793024
                                                   Enc. Date 6/25/2019

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp. | Refills | Start | End |
|---|---|---|---|---|
| **carbinoxamine maleate 4 mg Tab (Taking)**<br>Sig: Take 1 to 2 tablets by mouth 3 (three) times daily as needed.<br>Route: Oral | 60 each | 0 | 3/28/2019 | |
| **meloxicam (MOBIC) 15 MG tablet (Taking)**<br>Sig: Take 1 tablet (15 mg total) by mouth once daily.<br>Route: Oral | 30 tablet | 2 | 2/21/2019 | |
| **montelukast (SINGULAIR) 10 mg tablet (Taking)**<br>Sig: Take 1 tablet (10 mg total) by mouth every evening.<br>Route: Oral | 30 tablet | 6 | 1/3/2019 | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking)**<br>Sig: 2 sprays by Nasal route once daily.<br>Route: Nasal | 17 g | 3 | 11/2/2018 | |
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth 2 (two) times daily as needed.<br>Notes to Pharmacy: Please consider 90 day supplies to promote better adherence<br>Route: Oral | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 1 | 5/6/2019 | 7/2/2019 |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed.<br>Notes to Pharmacy: Please consider 90 day supplies to promote better adherence<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking/Discontinued)**<br>Sig: Take 1 capsule (30 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 90 capsule | 0 | 5/6/2019 | 6/25/2019 |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking/Discontinued)**<br>Sig: Take 1 capsule (30 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Duplicate Order** | 90 capsule | 0 | 6/25/2019 | 8/1/2019 |
| **Irbesartan (AVAPRO) 75 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (75 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 90 tablet | 0 | 5/6/2019 | 8/2/2019 |
| **levocetirizine (XYZAL) 5 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (5 mg total) by mouth every morning.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| **rizatriptan (MAXALT) 5 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |

Generated on 1/17/20 12:19 PM                                                  Page 123

Lincoln/White 0812

JPLC FAMILY MEDICINE                      White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA            MRN: 1932025, DOB:          Sex: F
Continuity of Care                        Acct #: 72008793024
                                          Enc. Date 6/25/2019

## Medications (continued)

**Ordered Medications**

| | Disp. | Refills | Start | End |
|---|---|---|---|---|
| **DULoxetine (CYMBALTA) 30 MG capsule (Discontinued)** | 90 capsule | 0 | 6/25/2019 | 8/1/2019 |
| Sig - Route: Take 1 capsule (30 mg total) by mouth once daily. - Oral | | | | |
| Reason for Discontinue: **Duplicate Order** | | | | |

## Progress Notes

**Progress Notes by Andrea D. Cothern, NP at 6/25/2019 11:30 AM**

| | | |
|---|---|---|
| Author: Andrea D. Cothern, NP | Service: — | Author Type: Nurse Practitioner |
| Filed: 6/25/2019 12:51 PM | Encounter Date: 6/25/2019 | Creation Time: 6/25/2019 12:42 PM |
| Status: Signed | Editor: Andrea D. Cothern, NP (Nurse Practitioner) | |

## Subjective

**Patient ID:** Sabrina Lynette White is a 46 y.o. female.

**Chief Complaint**
Patient presents with
- Follow-up
  *Emergency follow up*

HPI

Sabrina Lynette White is here today for ED follow-up. Seen at OLOL on 6/20/2019 for head injury. Per ED note ---- *46 year old female patient with a history of arthritis, depression, HDL, HTN, and migraines presents to the ED with facial pain and back pain after walking into stationary metal pipes hanging out of a truck just a few minutes ago (6/20/19). Patient reports that she ran into them, experienced a hard impact and then stepped back. Patient denies LOC or hitting the ground. Patient reports that the bridge of her nose feels sore and she has a slight cut in her mouth. Patient denies any other complaints at this time.*

*Location: Facial pain & back pain*
*Severity: Moderate*
*Onset quality: Gradual*
*Duration: 1 hour*
*Progression: Worsening*
*Context: Running into metal pipes in a stationary truck*
*Relieved by: None taken*
*Ineffective treatments: None taken*
*Associated symptoms: no abdominal pain, no chest pain, no congestion, no cough, no ear pain, no fever, no loss of consciousness, no nausea, no shortness of breath, no sore throat, no vomiting and no wheezing*

*Medications given in ED:*
*ketorolac (TORADOL) injection 30 mg (30 mg Intramuscular Given 6/20/19 1452)*
*methocarbamol (ROBAXIN) tablet 1,000 mg (1,000 mg Oral Given 6/20/19 1452)*

She has not been using ice to areas, no ED pain meds ordered. Does have pain med and muscle relaxer at home. Still having issues with dizziness and feeling off-balance, nausea and blurred vision. Back pain continues, teeth sore.

Generated on 1/17/20 12:19 PM                                          Page 124

Lincoln/White 0813

05/09/2015  08:02AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  35/45

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:              Sex: F
Continuity of Care                            Acct #: 72008793024
                                              Enc. Date 6/25/2019

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 6/25/2019 11:30 AM (continued)**

Also requests referral to surgeon to evaluate for breast reduction due to chronic neck and back issues. She has spoken with insurance and I am to do the referral, they will then decide who she can see on their approved provider list.

Review of Systems
Constitutional: Negative.
HENT: Positive for dental problem **(sore teeth)** and facial swelling **(improving)**. Negative for drooling, nosebleeds and tinnitus.
Eyes: Positive for visual disturbance. Negative for photophobia, pain, discharge, redness and itching.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for nausea. Negative for abdominal pain and vomiting.
Musculoskeletal: Positive for back pain and neck pain. Negative for gait problem and joint swelling.
Skin: Negative.
Neurological: Positive for dizziness, light-headedness and headaches. Negative for tremors, syncope, facial asymmetry, speech difficulty, weakness and numbness.

**Review of patient's allergies indicates:**

| Allergen | Reactions |
|----------|-----------|

- Aleve [naproxen sodium]
- Aspirin

**Patient Active Problem List**

| Diagnosis |
|-----------|

- Essential hypertension
- Adjustment disorder with mixed anxiety and depressed mood
- Primary insomnia
- Migraine headache
- Spondylosis of lumbar region without myelopathy or radiculopathy
- Osteoarthritis of both knees
- Osteoarthritis of spine with radiculopathy, cervical region
- Morbid obesity with BMI of 40.0-44.9, adult
- Carpal tunnel syndrome on both sides
- Dyslipidemia

**Current Outpatient Medications on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|-----------|-----|----------|--------|
| • amitriptyline (ELAVIL) 50 MG tablet | Take 1 tablet (50 mg total) by mouth every evening. | 30 tablet | 6 |
| • butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet | Take 1 tablet by mouth 2 (two) times daily as needed. | 30 tablet | 0 |
| • carbinoxamine maleate 4 mg Tab | Take 1 to 2 tablets by mouth 3 (three) times | 60 each | 0 |

Generated on 1/17/20 12:19 PM                                          Page 125

Lincoln/White 0814

05/09/2015  08:02AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  36/45

JPLC FAMILY MEDICINE                               White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                     MRN: 1932025, DOB:              Sex: F
Continuity of Care                                 Acct #: 72008793024
                                                   Enc. Date 6/25/2019

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 6/25/2019 11:30 AM (continued)**

daily as needed.

| Medication | Instructions | Qty | Refills |
|---|---|---|---|
| • clonazePAM (KLONOPIN) 1 MG tablet | Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety. | 60 tablet | 1 |
| • cyclobenzaprine (FLEXERIL) 10 MG tablet | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. | 60 tablet | 0 |
| • irbesartan (AVAPRO) 75 MG tablet | Take 1 tablet (75 mg total) by mouth once daily. | 90 tablet | 0 |
| • levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every morning. | 30 tablet | 6 |
| • meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth every evening. | 30 tablet | 6 |
| • rizatriptan (MAXALT) 5 MG tablet | Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day. | 12 tablet | 2 |
| • triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 17 g | 3 |
| • DULoxetine (CYMBALTA) 30 MG capsule | Take 1 capsule (30 mg total) by mouth once daily. | 90 capsule | 0 |

**Current Facility-Administered Medications on File Prior to Visit**

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| • medroxyPROGESTERone (DEPO-PROVERA) syringe 150 mg | 150 mg | Intramuscular | Q90 Days | Andrea D. Cothern, NP | | 150 mg at 01/22/19 0854 |

*Past medical, surgical, family and social histories have been reviewed today.*

## Objective

**Vitals:**

| | 06/25/19 1138 | 06/25/19 1154 |
|---|---|---|
| BP: | (!) 143/101 | 130/82 |
| Pulse: | 100 | |

Generated on 1/17/20 12:19 PM                                              Page 126

Lincoln/White 0815

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:          Sex: F
Continuity of Care                            Acct #: 72008793024
                                             Enc. Date 6/25/2019

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 6/25/2019 11:30 AM (continued)**

| | |
|---|---|
| Temp: | 98.2 °F (36.8 °C) |
| Weight: | 115.2 kg (253 lb 15.5 oz) |
| Height: | 5' 3" (1.6 m) |
| PainSc: | 8 |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic. Head is with contusion. Head is without abrasion, without right periorbital erythema and without left periorbital erythema.



**Per diagram, area of impact shown.  No facial swelling at this time, mild TTP over area.**
Eyes: Pupils are equal, round, and reactive to light. EOM are normal.
Neck: Normal range of motion.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal: Normal range of motion. She exhibits no edema or deformity.
    Cervical back: Normal.
    Thoracic back: Normal.
    Lumbar back: She exhibits tenderness. She exhibits normal range of motion, no swelling, no edema, no deformity, no spasm and normal pulse.
    Back:

Generated on 1/17/20 12:19 PM                                              Page 127

Lincoln/White 0816

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72008793024
Enc. Date 6/25/2019

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 6/25/2019 11:30 AM (continued)**



Neurological: She is alert and oriented to person, place, and time. She displays normal reflexes. No cranial nerve deficit or sensory deficit. She exhibits normal muscle tone. Coordination normal.
Skin: Skin is warm and dry. Capillary refill takes less than 2 seconds. No rash noted. She is not diaphoretic.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Vitals reviewed.

## Diagnosis

1.  Injury of head, initial encounter
2.  Dizziness
3.  Nausea
4.  Spondylosis of lumbar region without myelopathy or radiculopathy
5.  Osteoarthritis of spine with radiculopathy, cervical region
6.  Breast hypertrophy

## Assessment/Plan

### Injury of head, initial encounter
-  CT Head Without Contrast; Future; Expected date: 06/25/2019

### Dizziness
-  CT Head Without Contrast; Future; Expected date: 06/25/2019

### Nausea
-  CT Head Without Contrast; Future; Expected date: 06/25/2019

### Spondylosis of lumbar region without myelopathy or radiculopathy
-  Ambulatory Referral to Breast Surgery

Generated on 1/17/20 12:19 PM                                                                 Page 128

Lincoln/White 0817

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:           Sex: F
Continuity of Care                            Acct #: 72008793024
                                              Enc. Date 6/25/2019

## Progress Notes (continued)

### Progress Notes by Andrea D. Cothern, NP at 6/25/2019 11:30 AM (continued)

**Osteoarthritis of spine with radiculopathy, cervical region**
- Ambulatory Referral to Breast Surgery

**Breast hypertrophy**
- Ambulatory Referral to Breast Surgery

**Other orders**
- DULoxetine (CYMBALTA) 30 MG capsule; Take 1 capsule (30 mg total) by mouth once daily.
Dispense: 90 capsule; Refill: 0

CT pending.
Ice/heat, rest, stretching exercises.
To DDS for dental evaluation.
To ED if neurological status changes or worsens.
Referral done per request.
Follow-up in clinic as needed.

*Andrea Cothern CFNP*

**Andrea Cothern, CFNP**
Ochsner Jefferson Place Family Medicine

Electronically signed by Andrea D. Cothern, NP on 6/25/2019 12:51 PM

### H&P Notes

No notes of this type exist for this encounter.

Generated on 1/17/20 12:19 PM                                          Page 129

Lincoln/White 0818

05/09/2015   08:02AM   2254485415                    CEDAR POINTE OAKWOOD                    PAGE  40/45

HGVH MRI                                              White, Sabrina Lynette
17000 Medical Center Dr                              MRN: 1932025, DOB:          Sex: F
Baton Rouge LA 70816                                 Acct #: 72008793024
Continuity of Care                                   Adm: 6/25/2019

## Admission Information

| | | | | |
|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 06/25/2019 1430 | IP Adm. Date/Time: |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: |
| Means of Arrival: | | Primary Service: | | Secondary Service: N/A |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: The Grove - MRI |
| Admit Provider: | | Attending Provider: | Andrea D. Cothern, NP | Referring Provider: Andrea D. Cothern, NP |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 06/25/2019 2359 | Home Or Self Care | None | None | The Grove - MRI |

## Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| S09.90XA [Principal] | Unspecified injury of head, initial encounter | | | | |
| R42 | Dizziness and giddiness | | | | |
| R11.0 | Nausea | | | | |
| M47.816 | Spondylosis without myelopathy or radiculopathy, lumbar region | | | | |
| M47.22 | Other spondylosis with radiculopathy, cervical region | | | | |
| N62 | Hypertrophy of breast | | | | |
| I10 | Essential (primary) hypertension | | | | |

**Hospital Problem List** as of 6/25/2019                    Reviewed: **3/3/2019 by Andrea D Cothern, NP**

None

**Non-Hospital Problem List** as of 6/25/2019                    Reviewed: **3/3/2019 by Andrea D Cothern, NP**

| | Codes | Last Modified |
|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | 11/29/2016 |
| **Primary insomnia** | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | 11/29/2016 |
| **Migraine headache** | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | 3/30/2017 |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | 8/27/2017 |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | 9/27/2017 |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | 9/27/2017 |
| **Morbid obesity with BMI of 40.0-44.9, adult** | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | 7/2/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | 10/8/2018 |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | 10/31/2018 |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | 11/1/2018 |
| **Carpal tunnel syndrome on both sides** | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | 11/1/2018 |
| **Dyslipidemia** | ICD-10-CM: E78.5 | 11/2/2018 |

Generated on 1/17/20 12:19 PM                                          Page 130

Lincoln/White 0819

HGVH MRI
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72008793024
Adm: 6/25/2019

| Non-Hospital Problem List (continued) as of 6/25/2019 | Reviewed: 3/3/2019 by Andrea D Cothern, NP |
|---|---|

| | Codes | Last Modified |
|---|---|---|
| | ICD-9-CM: 272.4 | |

### Radiology Results

**MRI Brain W WO Contrast [434559068]**                    Resulted: 06/27/19 1339, Result status: Final result

Resulted by: Anshu Duggal, MD                    Performed: 06/27/19 1233 - 06/27/19 1314
Accession number: 30014588                    Resulting lab: MMODEL FLUENCY
Narrative:
EXAMINATION:
MRI BRAIN W WO CONTRAST

CLINICAL HISTORY:
chronic headaches; Headache

TECHNIQUE:
Multiplanar multisequence MRI of the brain was performed before and after the administration of 10 cc of IV Gadavist.

COMPARISON:
None

FINDINGS:
Please note there is prominent artifact on the ADC in diffusion maps obscuring much of the frontal cranial fossa. This is likely secondary to dental hardware. Within this constraint, no areas of restricted diffusion are seen. Midline structures are intact without evidence of a Chiari malformation. No mass effect or midline shift. The ventricles and basilar cisterns remain patent. The cerebellopontine angles appear normal. No areas of blooming artifact on susceptibility weighted imaging. Brain demonstrates normal signal intensity within the limitations of the exam. No acute intracranial bleed or extra-axial collection. Following the administration of IV contrast, no abnormal areas of enhancement are seen.

The intracranial vessels remain grossly patent.

Visualized orbits appear symmetric. Visualized paranasal sinuses are clear.

Intracranial flow voids are seen consistent with patency. Skull is intact.

Impression:

Within the limitations of the exam outlined above, no acute intracranial abnormality.

Electronically signed by: Anshu Duggal, MD
Date:                    06/27/2019
Time:                    13:39

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

Lincoln/White 0820

05/09/2015  08:02AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  42/45

HGVH MRI                                    White, Sabrina Lynette
17000 Medical Center Dr                     MRN: 1932025, DOB:              Sex: F
Baton Rouge LA 70816                        Acct #: 72008793024
Continuity of Care                          Adm: 6/25/2019

**Discharge Instructions**                                White, Sabrina Lynette (MR # 1932025)

    None

PAGE 42/45 * RCVD AT 1/17/2020 5:10:45 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6034272684 * CSID:2254485415 * ANI:12254482629 * DURATION (mm-ss):25-23

Lincoln/White 0821

HGVH MRI                                          White, Sabrina Lynette
17000 Medical Center Dr                           MRN: 1932025, DOB:              Sex: F
Baton Rouge LA 70816                              Acct #: 72008886394
Continuity of Care                                Adm: 6/27/2019

## Admission Information

| | | | | |
|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 06/27/2019 1207 | IP Adm. Date/Time: |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: |
| Means of Arrival: | | Primary Service: | | Secondary Service: N/A |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: The Grove - MRI |
| Admit Provider: | | Attending Provider: | Andrea D. Cothern, NP | Referring Provider: Andrea D. Cothern, NP |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 06/27/2019 2359 | Home Or Self Care | None | None | The Grove - MRI |

## Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| R51 [Principal] | Headache | | | | |

Hospital Problem List as of 6/27/2019                    Reviewed: 3/3/2019 by Andrea D Cothern, NP

None

Non-Hospital Problem List as of 6/27/2019                Reviewed: 3/3/2019 by Andrea D Cothern, NP

| | Codes | Last Modified |
|---|---|---|
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | 11/29/2016 |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | 11/29/2016 |
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | 3/30/2017 |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | 8/27/2017 |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | 9/27/2017 |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | 9/27/2017 |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | 7/2/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | 10/8/2018 |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | 10/31/2018 |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | 11/1/2018 |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | 11/1/2018 |
| Dyslipidemia | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | 11/2/2018 |

## Radiology Results

| | |
|---|---|
| **MRI Brain W WO Contrast [434559068]** | Resulted: 06/27/19 1339, Result status: Final result |
| Resulted by: Anshu Duggal, MD | Performed: 06/27/19 1233 - 06/27/19 1314 |
| Accession number: 30014588 | Resulting lab: MMODEL FLUENCY |

Generated on 1/17/20 12:19 PM                                          Page 133

Lincoln/White 0822

05/09/2015  08:02AM  2254485415                   CEDAR POINTE OAKWOOD                   PAGE  44/45

HGVH MRI                                          White, Sabrina Lynette
17000 Medical Center Dr                           MRN: 1932025, DOB:              Sex: F
Baton Rouge LA 70816                              Acct #: 72008886394
Continuity of Care                                Adm: 6/27/2019

## Radiology Results (continued)

**MRI Brain W WO Contrast [434559068] (continued)**          Resulted: 06/27/19 1339, Result status: Final result

Narrative:
EXAMINATION:
MRI BRAIN W WO CONTRAST

CLINICAL HISTORY:
chronic headaches; Headache

TECHNIQUE:
Multiplanar multisequence MRI of the brain was performed before and after the administration of 10 cc of IV Gadavist.

COMPARISON:
None

FINDINGS:
Please note there is prominent artifact on the ADC in diffusion maps obscuring much of the frontal cranial fossa. This is likely secondary to dental hardware. Within this constraint, no areas of restricted diffusion are seen. Midline structures are intact without evidence of a Chiari malformation. No mass effect or midline shift. The ventricles and basilar cisterns remain patent. The cerebellopontine angles appear normal. No areas of blooming artifact on susceptibility weighted imaging. Brain demonstrates normal signal intensity within the limitations of the exam. No acute intracranial bleed or extra-axial collection. Following the administration of IV contrast, no abnormal areas of enhancement are seen.

The intracranial vessels remain grossly patent.

Visualized orbits appear symmetric. Visualized paranasal sinuses are clear.

Intracranial flow voids are seen consistent with patency. Skull is intact.

Impression:

Within the limitations of the exam outlined above, no acute intracranial abnormality.

Electronically signed by:  Anshu Duggal, MD
Date:                      06/27/2019
Time:                      13:39

**Testing Performed By**

| Lab - Abbreviations | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

Generated on 1/17/20 12:19 PM                                              Page 134

Lincoln/White 0823

05/09/2015  08:02AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  45/45

HGVH MRI                                      White, Sabrina Lynette
17000 Medical Center Dr                       MRN: 1932025, DOB:          Sex: F
Baton Rouge LA 70816                          Acct #: 72008886394
Continuity of Care                            Adm: 6/27/2019

**Discharge Instructions**                                    White, Sabrina Lynette (MR # 1932025)

None

PAGE 45/45 * RCVD AT 1/17/2020 5:10:45 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6034272684 * CSID:2254485415 * ANI:12254482629 * DURATION (mm-ss):25-23

Lincoln/White 0824

05/09/2015  07:31AM  2254485415          CEDAR POINTE OAKWOOD          PAGE  01/52



**TO:** Iesha Griffin

**FAX #:** (603) 427-2684

**FROM:** Sabrina White

**DATE:** 1/17/20

**# OF PAGES (Including Cover):** 195

RE: Papers Fax Separately

__PAGE 1/52 * RCVD AT 1/17/2020 4:39:59 PM [Eastern Standard Time] * SVR:VA1PWFAX101/3 * DNIS:6034272684 * CSID:2254485415 * ANI:12254482629 * DURATION (mm-ss):30-10

Lincoln/White 0825

CEDAR POINTE OAKWOOD              PAGE  02/52

HGVH CT SCAN                                        White, Sabrina Lynette
17000 Medical Center Dr                             MRN: 1932025, DOB:              Sex: F
Baton Rouge LA 70816                                Acct #: 72008892456
Continuity of Care                                  Adm: 7/1/2019

## Admission Information

| | | | |
|---|---|---|---|
| Arrival Date/Time:<br>Admission Type: | Elective | Admit Date/Time:<br>Point of Origin: | 07/01/2019 0830<br>Physician Or Clinic<br>Referral | IP Adm. Date/Time:<br>Admit Category: |
| Means of Arrival:<br>Transfer Source: | | Primary Service:<br>Service Area: | OCHSNER<br>SERVICE AREA | Secondary Service:<br>Unit: | N/A<br>The Grove - CT<br>Scan |
| Admit Provider: | | Attending Provider: | Andrea D. Cothern,<br>NP | Referring Provider: | Andrea D. Cothern,<br>NP |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 07/01/2019 2359 | Home Or Self Care | None | None | The Grove - CT Scan |

## Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| S09.90XA<br>[Principal] | Unspecified injury of head, initial encounter | | | | |
| R42 | Dizziness and giddiness | | | | |
| R11.0 | Nausea | | | | |

**Hospital Problem List** as of 7/1/2019                    Reviewed: 3/3/2019 by Andrea D Cothern, NP

None

**Non-Hospital Problem List** as of 7/1/2019                Reviewed: 3/3/2019 by Andrea D Cothern, NP

| | Codes | Last Modified |
|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | 11/29/2016 |
| **Primary insomnia** | ICD-10-CM: F51.01<br>ICD-9-CM: 307.42 | 11/29/2016 |
| **Migraine headache** | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | 3/30/2017 |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | 8/27/2017 |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0<br>ICD-9-CM: 715.96 | 9/27/2017 |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22<br>ICD-9-CM: 721.0 | 9/27/2017 |
| **Morbid obesity with BMI of 40.0-44.9, adult** | ICD-10-CM: E66.01,<br>Z68.41<br>ICD-9-CM: 278.01, V85.41 | 7/2/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562<br>ICD-9-CM: 719.46 | 10/8/2018 |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42<br>ICD-9-CM: 717.7 | 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41<br>ICD-9-CM: 717.7 | 10/31/2018 |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | 11/1/2018 |
| **Carpal tunnel syndrome on both sides** | ICD-10-CM: G56.03<br>ICD-9-CM: 354.0 | 11/1/2018 |
| **Dyslipidemia** | ICD-10-CM: E78.5<br>ICD-9-CM: 272.4 | 11/2/2018 |

## Radiology Results

Generated on 1/17/20 12:19 PM                                        Page 136

Lincoln/White 0826

05/09/2015  07:31AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  03/52

HGVH CT SCAN                                        White, Sabrina Lynette
17000 Medical Center Dr                             MRN: 1932025, DOB:              Sex: F
Baton Rouge LA 70816                                Acct #: 72008892456
Continuity of Care                                  Adm: 7/1/2019

## Radiology Results (continued)

**CT Head Without Contrast [434559071]**                Resulted: 07/01/19 0909, Result status: Final result

Resulted by: Anshu Duggal, MD                      Performed: 07/01/19 0835 - 07/01/19 0855
Accession number: 30258033                         Resulting lab: MMODEL FLUENCY
Narrative:
EXAMINATION:
CT HEAD WITHOUT CONTRAST

CLINICAL HISTORY:
HEAD INJURY WITH SYMPTOMS; Unspecified injury of head, initial encounter

TECHNIQUE:
Low dose axial images were obtained through the head.  Coronal and sagittal reformations were also performed. Contrast was not administered.

COMPARISON:
MRI of the brain from 06/27/2019.

FINDINGS:
Midline structures are maintained.  Ventricles and basilar cisterns remain patent.  There is no mass effect or midline shift.  Calcifications in the basal ganglia are noted, left greater than right.  No acute intracranial hemorrhage or extra-axial collection.  Normal gray-white matter differentiation is maintained.

Orbits are symmetric in appearance.  Paranasal sinuses and mastoid air cells are clear.  The skull remains intact.

Impression:

No acute intracranial abnormality.

Electronically signed by:  Anshu Duggal, MD
Date:                      07/01/2019
Time:                      09:09

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

Generated on 1/17/20 12:19 PM                                                           Page 137

_PAGE 3/52 * RCVD AT 1/17/2020 4:39:59 PM [Eastern Standard Time] * SVR:VA1PWFAX101/3 * DNIS:6034272684 * CSID:2254485415 * ANI:12254482629 * DURATION (mm-ss):30-10

Lincoln/White 0827

05/09/2015  07:31AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  04/52

HGVH CT SCAN                                       White, Sabrina Lynette
17000 Medical Center Dr                            MRN: 1932025, DOB:              Sex: F
Baton Rouge LA 70816                               Acct #: 72006892456
Continuity of Care                                 Adm: 7/1/2019

**Discharge Instructions**                                      White, Sabrina Lynette (MR # 1932025)

None

Generated on 1/17/20 12:19 PM                                                      Page 138

_PAGE 4/52 * RCVD AT 1/17/2020 4:39:59 PM [Eastern Standard Time] * SVR:VA1PWFAX101/3 * DNIS:6034272684 * CSID:2254485415 * ANI:12254482629 * DURATION (mm-ss):30-10

Lincoln/White 0828

05/09/2015  07:31AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  05/52

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                 MRN: 1932025, DOB:            Sex: F
Continuity of Care                             Acct #: 72009071457
                                               Enc. Date 8/1/2019

## Visit Summary

**Reason for Visit**

Back Pain

Ankle Pain

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Chronic neck and back pain   - Primary | ICD-10-CM: M54.2, M54.9, G89.29 ICD-9-CM: 723.1, 724.5 | |
| Osteoarthritis of both knees, unspecified osteoarthritis type | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | |
| Chronic ankle pain, bilateral | ICD-10-CM: M25.571, G89.29, M25.572 ICD-9-CM: 719.47, 338.29 | |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | |
| Encounter for Depo-Provera contraception | ICD-10-CM: Z30.42 ICD-9-CM: V25.49 | |
| At high risk for bloodstream infection | ICD-10-CM: Z91.89 ICD-9-CM: V15.89 | |

**Problem List** as of 8/1/2019                                         Date Reviewed: **3/3/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 - Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| Dyslipidemia | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |

**Allergies as of 1/17/2020**

Generated on 1/17/20 12:19 PM                                          Page 139

Lincoln/White 0829

05/09/2015  07:31AM  2254485415                     CEDAR POINTE OAKWOOD                    PAGE  06/52

JPLC FAMILY MEDICINE                        White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA              MRN: 1932025, DOB:          Sex: F
Continuity of Care                          Acct #: 72009071457
                                            Enc. Date 8/1/2019

## Visit Summary (continued)

### Allergies as of 1/17/2020 (continued)

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| **Aleve [naproxen Sodium]** | 08/28/2018 11:18 AM | | Kaitlyn N. Tircuit, MA | | | |
| **Aspirin** | 08/28/2018 11:18 AM | | Lija Thomas, MD | | | |
| DELETED: **Bayer Aspirin (with Caffeine) [aspirin-caffeine]** | 02/13/2018 11:06 AM | | Alexandra Scott, MA | Nausea Only | | Deleted on: 02/13/2018 Chart correction: Wrong allergy selected |

### Immunizations Administered as of 8/1/2019                                          Never Reviewed

No immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 8/1/2019

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)** | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |
| Sig - Route: Take 1 tablet (50 mg total) by mouth every evening. - Oral | | | | |
| **carbinoxamine maleate 4 mg Tab (Taking)** | 60 each | 0 | 3/28/2019 | |
| Sig - Route: Take 1 to 2 tablets by mouth 3 (three) times daily as needed. - Oral | | | | |
| **meloxicam (MOBIC) 15 MG tablet (Taking)** | 30 tablet | 2 | 2/21/2019 | |
| Sig - Route: Take 1 tablet (15 mg total) by mouth once daily. - Oral | | | | |
| **montelukast (SINGULAIR) 10 mg tablet (Taking)** | 30 tablet | 6 | 1/3/2019 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every evening. - Oral | | | | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking)** | 17 g | 3 | 11/2/2018 | |
| Sig - Route: 2 sprays by Nasal route once daily. - Nasal | | | | |
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking)** | 60 tablet | 0 | 7/2/2019 | 8/2/2019 |
| Sig: TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)** | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking)** | 90 capsule | 0 | 6/25/2019 | 8/1/2019 |
| Sig - Route: Take 1 capsule (30 mg total) by mouth once daily. - Oral | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking)** | 90 capsule | 1 | 7/8/2019 | 12/18/2019 |
| Sig: TAKE 1 CAPSULE BY MOUTH ONCE DAILY | | | | |
| **irbesartan (AVAPRO) 75 MG tablet (Taking)** | 90 tablet | 0 | 5/6/2019 | 8/2/2019 |
| Sig - Route: Take 1 tablet (75 mg total) by mouth once daily. - Oral | | | | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)** | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth every morning. - Oral | | | | |
| **rizatriptan (MAXALT) 5 MG tablet (Taking)** | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed. Max 30 mg/day. - Oral | | | | |

Generated on 1/17/20 12:19 PM                                              Page 140

Lincoln/White 0830

05/09/2015  07:31AM  2254485415                          CEDAR POINTE OAKWOOD                    PAGE  07/52

JPLC FAMILY MEDICINE                              White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                    MRN: 1932025, DOB:              Sex: F
Continuity of Care                               Acct #: 72009071457
                                                 Enc. Date 8/1/2019

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 8/1/2019 (continued)**

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)**<br>Sig: Take 1 tablet (50 mg total) by mouth every evening.<br>Route: Oral | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |
| **carbinoxamine maleate 4 mg Tab (Taking)**<br>Sig: Take 1 to 2 tablets by mouth 3 (three) times daily as needed.<br>Route: Oral | 60 each | 0 | 3/28/2019 | |
| **meloxicam (MOBIC) 15 MG tablet (Taking)**<br>Sig: Take 1 tablet (15 mg total) by mouth once daily.<br>Route: Oral | 30 tablet | 2 | 2/21/2019 | |
| **montelukast (SINGULAIR) 10 mg tablet (Taking)**<br>Sig: Take 1 tablet (10 mg total) by mouth every evening.<br>Route: Oral | 30 tablet | 6 | 1/3/2019 | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking)**<br>Sig: 2 sprays by Nasal route once daily.<br>Route: Nasal | 17 g | 3 | 11/2/2018 | |
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth 2 (two) times daily as needed.<br>Notes to Pharmacy: Please consider 90 day supplies to promote better adherence<br>Route: Oral | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued)**<br>Sig: TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY<br>Reason for Discontinue: **Reorder** | 60 tablet | 0 | 7/2/2019 | 8/2/2019 |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed.<br>Notes to Pharmacy: Please consider 90 day supplies to promote better adherence<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking/Discontinued)**<br>Sig: Take 1 capsule (30 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Duplicate Order** | 90 capsule | 0 | 6/25/2019 | 8/1/2019 |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking/Discontinued)**<br>Sig: TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 90 capsule | 1 | 7/8/2019 | 12/18/2019 |
| **irbesartan (AVAPRO) 75 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (75 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 90 tablet | 0 | 5/6/2019 | 8/2/2019 |
| **levocetirizine (XYZAL) 5 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (5 mg total) by mouth every morning.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| **rizatriptan (MAXALT) 5 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day.<br>Route: Oral | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |

Generated on 1/17/20 12:19 PM                                              Page 141

Lincoln/White 0831

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:            Sex: F
Continuity of Care                            Acct #: 72009071457
                                              Enc. Date 8/1/2019

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Reason for Discontinue: **Reorder** | | | | |

**Ordered Facility-Administered Medications**

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| medroxyPROGESTERone (DEPO-PROVERA) syringe 150 mg | 150 mg | Clinic/HOD 1 time | 8/1/2019 | 8/1/2019 |
| Route: Intramuscular | | | | |

## All Results

**POCT Urine Pregnancy [438056973] (Normal)**                    Resulted: 08/01/19 1155, Result status: Final result

Resulted by: J. Ennis, LPn

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| — | — | 08/01/19 1155 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| POC Preg Test, Ur | Negative | Negative | — | — |
| Quality Control Acceptable | Yes | — | — | — |

## Progress Notes

**Progress Notes by Andrea D. Cothern, NP at 8/1/2019 10:00 AM**

| | | |
|---|---|---|
| Author: Andrea D. Cothern, NP | Service: — | Author Type: Nurse Practitioner |
| Filed: 8/11/2019 6:31 PM | Encounter Date: 8/1/2019 | Creation Time: 8/11/2019 6:19 PM |
| Status: Signed | Editor: Andrea D. Cothern, NP (Nurse Practitioner) | |

### Subjective

**Patient ID:** Sabrina Lynette White is a 46 y.o. female.

**Chief Complaint**
Patient presents with
  • Back Pain
  • Ankle Pain

HPI

Sabrina Lynette White is here today with c/o chronic intermittent pain, needs updated referrals. She is currently on OTC pain medication with muscle relaxers. She has not been able to get her pain under control.

FEET --- Last seen by Dr. Evuleocha on 8/28/2018 --- Injection done, f/u in 1 month.
KNEES --- Last seen by B. McKnight, PA on 1/16/2019 --- she was referred to Pain Mgmt and Physical Therapy. Advised to f/u in 6 weeks.

Generated on 1/17/20 12:19 PM                                                              Page 142

Lincoln/White 0832

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72009071457
Enc. Date 8/1/2019

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 8/1/2019 10:00 AM (continued)**

CTS --- Last seen by Dr. Derbigny on 9/5/2018 --- PT referral, splinted
BACK --- Last seen by Dr. Verma on 2/5/2019 --- She was set up for a genicular nerve block and knee injections.  To f/u after injections done.

She requests HIV testing today --- she was cut on her finger by a client she sits for.

Review of Systems
Constitutional: Positive for activity change and fatigue. Negative for appetite change and unexpected weight change.
Respiratory: Negative.
Cardiovascular: Negative.
Musculoskeletal: Positive for arthralgias, back pain, gait problem, myalgias and neck pain. Negative for joint swelling and neck stiffness.
Skin: Negative.

Review of patient's allergies indicates:

| Allergen | Reactions |
|---|---|
| • Aleve [naproxen sodium] | |
| • Aspirin | |

Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amitriptyline (ELAVIL) 50 MG tablet | Take 1 tablet (50 mg total) by mouth every evening. | 30 tablet | 6 |
| • butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet | Take 1 tablet by mouth 2 (two) times daily as needed. | 30 tablet | 0 |
| • carbinoxamine maleate 4 mg Tab | Take 1 to 2 tablets by mouth 3 (three) times daily as needed. | 60 each | 0 |
| • cyclobenzaprine (FLEXERIL) 10 MG tablet | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. | 60 tablet | 0 |
| • DULoxetine (CYMBALTA) 30 MG capsule | TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 90 capsule | 1 |
| • levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every morning. | 30 tablet | 6 |
| • meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth every | 30 tablet | 6 |

Generated on 1/17/20 12:19 PM                                                    Page 143

Lincoln/White 0833

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:           Sex: F
Acct #: 72009071457
Enc. Date 8/1/2019

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 8/1/2019 10:00 AM (continued)**

evening.

| | | | |
|---|---|---|---|
| • rizatriptan (MAXALT) 5 MG tablet | Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day. | 12 tablet | 2 |
| • triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 17 g | 3 |

**Current Facility-Administered Medications on File Prior to Visit**

| Medication | Dose | Route | Frequency | Provider | Last Rate Last Dose |
|---|---|---|---|---|---|
| • medroxyPROGEST ERone (DEPO-PROVERA) syringe 150 mg | 150 mg | Intramuscular | Q90 Days | Andrea D. Cothern, NP | 150 mg at 01/22/1 9 0854 |

**Patient Active Problem List**

Diagnosis
- Essential hypertension
- Adjustment disorder with mixed anxiety and depressed mood
- Primary insomnia
- Migraine headache
- Spondylosis of lumbar region without myelopathy or radiculopathy
- Osteoarthritis of both knees
- Osteoarthritis of spine with radiculopathy, cervical region
- Morbid obesity with BMI of 40.0-44.9, adult
- Carpal tunnel syndrome on both sides
- Dyslipidemia

*Past medical, surgical, family and social histories have been reviewed today.*

## Objective

**Vitals:**

| | 08/01/19 1311 |
|---|---|
| BP: | 130/82 |
| Pulse: | (!) 123 |
| Temp: | 98.4 °F (36.9 °C) |
| SpO2: | 98% |
| Weight: | 117.6 kg (259 lb 4.2 oz) |
| PainSc: | 10-Worst pain ever |

Generated on 1/17/20 12:19 PM                                             Page 144

Lincoln/White 0834

05/09/2015  07:31AM  2254485415                CEDAR POINTE OAKWOOD            PAGE  11/52

JPLC FAMILY MEDICINE                           White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                 MRN: 1932025, DOB:              Sex: F
Continuity of Care                             Acct #: 72009071457
                                               Enc. Date 8/1/2019

## Progress Notes (continued)

Progress Notes by Andrea D. Cothern, NP at 8/1/2019 10:00 AM (continued)

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Regular rhythm and normal heart sounds. Tachycardia present.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal:
**Deferred MS exam to specialists.**
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry. Capillary refill takes less than 2 seconds. No rash noted. She is not diaphoretic.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Vitals reviewed.

## Diagnosis

1. **Chronic neck and back pain**
2. Osteoarthritis of both knees, unspecified osteoarthritis type
3. Chronic ankle pain, bilateral
4. Carpal tunnel syndrome on both sides
5. Encounter for Depo-Provera contraception
6. At high risk for bloodstream infection

## Assessment/Plan

**Chronic neck and back pain**
- Ambulatory referral to Pain Clinic

**Osteoarthritis of both knees, unspecified osteoarthritis type**
- Ambulatory referral to Orthopedics

**Chronic ankle pain, bilateral**
- Ambulatory referral to Podiatry

**Carpal tunnel syndrome on both sides**
- Ambulatory referral to Physical Medicine Rehab

**Encounter for Depo-Provera contraception**
- POCT Urine Pregnancy
- medroxyPROGESTERone (DEPO-PROVERA) syringe 150 mg

Generated on 1/17/20 12:19 PM                                          Page 145

Lincoln/White 0835

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72009071457
Enc. Date 8/1/2019

**Progress Notes (continued)**

**Progress Notes by Andrea D. Cothern, NP at 8/1/2019 10:00 AM (continued)**

### At high risk for bloodstream infection

- HIV 1/2 Ag/Ab (4th Gen); Future; Expected date: 08/01/2019
- Hepatitis panel, acute; Future; Expected date: 08/01/2019

UPT negative, Depo-Provera today.
Lab pending, ordered per pt request.
Referrals done.
Follow-up in clinic as needed.

*Andrea Cothern CFNP*

**Andrea Cothern, CFNP**
Ochsner Jefferson Place Family Medicine

Electronically signed by Andrea D. Cothern, NP on 8/11/2019  6:31 PM

### H&P Notes

No notes of this type exist for this encounter.

### Follow-up and Disposition History

08/01/2019 1139 - Andrea D. Cothern, NP

Check-out Note:          1. UPT TODAY — DEPO SHOT IF NEGATIVE
                         2. REFERRALS ENTERED — SCHEDULE APPT WITH EACH MD LISTED IN ORDER, SHE HAS
                         SEEN THESE MD PREVIOUSLY
                         3. LAB TODAY

Generated on 1/17/20 12:19 PM                                                              Page 146

Lincoln/White 0836

HGVH XRAY                                          White, Sabrina Lynette
17000 Medical Center Dr                            MRN: 1932025, DOB:              Sex: F
Baton Rouge LA 70816                               Acct #: 72009074758
Continuity of Care                                 Adm: 8/2/2019

## Admission Information

| | | | |
|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 08/02/2019 0845 | IP Adm. Date/Time: |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: | The Grove - Xray |
| Admit Provider: | | Attending Provider: | Blakeney M. McKnight, PA-C | Referring Provider: | Blakeney M. McKnight, PA-C |

## Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 08/02/2019 2359 | Home Or Self Care | None | None | The Grove - Xray |

## Final Diagnoses (ICD-10-CM)

| | | | | | Affects |
|---|---|---|---|---|---|
| Code | Description | | POA | CC | HAC | DRG |
| M25.561 [Principal] | Pain in right knee | | | | | |
| M25.562 | Pain in left knee | | | | | |

**Hospital Problem List** as of 8/2/2019          Reviewed: **8/2/2019 by Blakeney M McKnight, PA-C**

None

**Non-Hospital Problem List** as of 8/2/2019          Reviewed: **8/2/2019 by Blakeney M McKnight, PA-C**

| | Codes | Last Modif. |
|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | 11/29/2016 |
| **Primary insomnia** | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | 11/29/2016 |
| **Migraine headache** | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | 3/30/2017 |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | 8/27/2017 |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | 9/27/2017 |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | 9/27/2017 |
| **Morbid obesity with BMI of 40.0-44.9, adult** | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | 7/2/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | 10/8/2018 |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | 10/31/2018 |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | 11/1/2018 |
| **Carpal tunnel syndrome on both sides** | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | 11/1/2018 |
| **Dyslipidemia** | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | 11/2/2018 |

## Radiology Results

**X-ray Knee Ortho Bilateral with Flexion [443968725]**          Resulted: 08/02/19 1351, Result status: Final result

Generated on 1/17/20 12:19 PM                                                         Page 147

Lincoln/White 0837

HGVH XRAY                                          White, Sabrina Lynette
17000 Medical Center Dr                            MRN: 1932025, DOB:          Sex: F
Baton Rouge LA 70816                               Acct #: 72009074758
Continuity of Care                                 Adm: 8/2/2019

## Radiology Results (continued)

**X-ray Knee Ortho Bilateral with Flexion [443968725] (continued)**      Resulted: 08/02/19 1351, Result status: Final result

Ordering provider: Blakeney M. McKnight, PA-C  08/02/19 0921     Resulted by:  Carl W. Scherer III, MD
Performed:  08/02/19 0948 - 08/02/19 0959                        Accession number:  30652625
Resulting lab:  MMODEL FLUENCY
Narrative:
EXAMINATION:
XR KNEE ORTHO BILAT WITH FLEXION

CLINICAL HISTORY:
Pain in right knee

TECHNIQUE:
AP standing of both knees, PA flexion standing views of both knees, and Merchant views of both knees were performed.  Lateral
views of both knees were also performed.

COMPARISON:
January 16, 2019

FINDINGS:
Little interval change from prior exam.  Bilateral tricompartment degenerative changes without fracture or dislocation.  No effusions.
Spurring along superior margins of the patellae bilaterally.  Stable appearance increased density along the posterior cortical margin
right distal femoral metaphysis.

Impression:

Stable exam.  See above.

Electronically signed by:  Carl Scherer, MD
Date:                      08/02/2019
Time:                      13:51

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

Lincoln/White 0838

05/09/2015  07:31AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  15/52

HGVH XRAY                                      White, Sabrina Lynette
17000 Medical Center Dr                        MRN: 1932025, DOB:              Sex: F
Baton Rouge LA 70816                           Acct #: 72009074758
Continuity of Care                             Adm: 8/2/2019

**Discharge Instructions**                                  White, Sabrina Lynette (MR # 1932025)

None

PAGE 15/52 * RCVD AT 1/17/2020 4:39:59 PM [Eastern Standard Time] * SVR:VA1PWFAX101/3 * DNIS:6034272684 * CSID:2254485415 * ANI:12254482629 * DURATION (mm-ss):30-10

Lincoln/White 0839

05/09/2015  07:31AM  2254485415                    CEDAR POINTE OAKWOOD              PAGE  16/52

HGVC ORTHOPEDICS                               White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                 MRN: 1932025, DOB:           Sex: F
Continuity of Care                             Acct #: 72009074758
                                               Enc. Date 8/2/2019

## Visit Summary

**Reason for Visit**

Left Knee - Pain

Right Knee - Pain

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Primary osteoarthritis of both knees  - Primary | ICD-10-CM: M17.0 ICD-9-CM: 715.16 | |
| Bilateral chronic knee pain | ICD-10-CM: M25.561, M25.562, G89.29 ICD-9-CM: 719.46, 338.29 | |
| Quadriceps weakness | ICD-10-CM: M62.81 ICD-9-CM: 728.87 | |

**Problem List as of 8/2/2019**                                     Date Reviewed: **8/2/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 - Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| Dyslipidemia | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |

**Allergies as of 1/17/2020**

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Aleve [naproxen Sodium] | 08/28/2018 11:18 AM | | Kaitlyn N. Tircuit, MA | | | |
| Aspirin | 08/28/2018 11:18 AM | | Lija Thomas, MD | | | |
| DELETED: | 02/13/2018 | | Alexandra Scott, | Nausea Only | | Deleted on: |

Generated on 1/17/20 12:19 PM                                              Page 150

Lincoln/White 0840

HGVC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:              Sex: F
Acct #: 72009074758
Enc. Date 8/2/2019

## Visit Summary (continued)

### Allergies as of 1/17/2020 (continued)

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Bayer Aspirin (with Caffeine) [aspirin-caffeine] | 11:06 AM | | MA | | | 02/13/2018 Chart correction: Wrong allergy selected |

### Immunizations Administered as of 8/2/2019                                        Never Reviewed

No immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 8/2/2019

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| amitriptyline (ELAVIL) 50 MG tablet (Taking) | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |
| Sig - Route: Take 1 tablet (50 mg total) by mouth every evening. - Oral | | | | |
| carbinoxamine maleate 4 mg Tab (Taking) | 60 each | 0 | 3/28/2019 | |
| Sig - Route: Take 1 to 2 tablets by mouth 3 (three) times daily as needed. - Oral | | | | |
| meloxicam (MOBIC) 15 MG tablet (Taking) | 30 tablet | 2 | 2/21/2019 | |
| Sig - Route: Take 1 tablet (15 mg total) by mouth once daily. - Oral | | | | |
| montelukast (SINGULAIR) 10 mg tablet (Taking) | 30 tablet | 6 | 1/3/2019 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every evening. - Oral | | | | |
| triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking) | 17 g | 3 | 11/2/2018 | |
| Sig - Route: 2 sprays by Nasal route once daily. - Nasal | | | | |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking) | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking) | 60 tablet | 0 | 7/2/2019 | 8/2/2019 |
| Sig: TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY | | | | |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking) | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| DULoxetine (CYMBALTA) 30 MG capsule (Taking) | 90 capsule | 1 | 7/8/2019 | 12/18/2019 |
| Sig: TAKE 1 CAPSULE BY MOUTH ONCE DAILY | | | | |
| irbesartan (AVAPRO) 75 MG tablet (Taking) | 90 tablet | 0 | 5/6/2019 | 8/2/2019 |
| Sig - Route: Take 1 tablet (75 mg total) by mouth once daily. - Oral | | | | |
| levocetirizine (XYZAL) 5 MG tablet (Taking) | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth every morning. - Oral | | | | |
| rizatriptan (MAXALT) 5 MG tablet (Taking) | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day. - Oral | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| amitriptyline (ELAVIL) 50 MG tablet (Taking) | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |
| Sig: Take 1 tablet (50 mg total) by mouth every evening. Route: Oral | | | | |
| carbinoxamine maleate 4 mg Tab (Taking) | 60 each | 0 | 3/28/2019 | |
| Sig: Take 1 to 2 tablets by mouth 3 (three) times daily as needed. Route: Oral | | | | |

Generated on 1/17/20 12:19 PM                                        Page 151

Lincoln/White 0841

HGVC ORTHOPEDICS                                White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                  MRN: 1932025, DOB:                Sex: F
Continuity of Care                              Acct #: 72009074758
                                                Enc. Date 8/2/2019

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **meloxicam (MOBIC) 15 MG tablet (Taking)**<br>Sig: Take 1 tablet (15 mg total) by mouth once daily.<br>Route: Oral | 30 tablet | 2 | 2/21/2019 | |
| **montelukast (SINGULAIR) 10 mg tablet (Taking)**<br>Sig: Take 1 tablet (10 mg total) by mouth every evening.<br>Route: Oral | 30 tablet | 6 | 1/3/2019 | |
| **triamcinolone (NASACORT) 55 mcg nasal**<br>**inhaler (Taking)**<br>Sig: 2 sprays by Nasal route once daily.<br>Route: Nasal | 17 g | 3 | 11/2/2018 | |
| **butalbital-acetaminophen-caffeine 50-325-40**<br>**mg (FIORICET, ESGIC) 50-325-40 mg per tablet**<br>**(Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth 2 (two) times daily as needed.<br>Notes to Pharmacy: Please consider 90 day supplies to promote better adherence<br>Route: Oral | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| **clonazePAM (KLONOPIN) 1 MG tablet**<br>**(Taking/Discontinued)**<br>Sig: TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY<br>Reason for Discontinue: **Reorder** | 60 tablet | 0 | 7/2/2019 | 8/2/2019 |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet**<br>**(Taking/Discontinued)**<br>Sig: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed.<br>Notes to Pharmacy: Please consider 90 day supplies to promote better adherence<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| **DULoxetine (CYMBALTA) 30 MG capsule**<br>**(Taking/Discontinued)**<br>Sig: TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 90 capsule | 1 | 7/8/2019 | 12/18/2019 |
| **irbesartan (AVAPRO) 75 MG tablet**<br>**(Taking/Discontinued)**<br>Sig: Take 1 tablet (75 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 90 tablet | 0 | 5/6/2019 | 8/2/2019 |
| **levocetirizine (XYZAL) 5 MG tablet**<br>**(Taking/Discontinued)**<br>Sig: Take 1 tablet (5 mg total) by mouth every morning.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| **rizatriptan (MAXALT) 5 MG tablet**<br>**(Taking/Discontinued)**<br>Sig: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **diclofenac sodium (VOLTAREN) 1 % Gel (Discontinued)**<br>Sig - Route: Apply 4 g topically 4 (four) times daily. for 10 days - Topical (Top) | 1 Tube | 3 | 8/2/2019 | 12/18/2019 |

## Progress Notes

### Progress Notes by Blakeney M. McKnight, PA-C at 8/2/2019  9:20 AM

Lincoln/White 0842

05/09/2015  07:31AM  2254485415                    CEDAR POINTE OAKWOOD              PAGE  19/52

HGVC ORTHOPEDICS                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA            MRN: 1932025, DOB:              Sex: F
Continuity of Care                        Acct #: 72009074758
                                          Enc. Date 8/2/2019

## Progress Notes (continued)

### Progress Notes by Blakeney M. McKnight, PA-C at 8/2/2019 9:20 AM (continued)

| | | |
|---|---|---|
| Author: Blakeney M. McKnight, PA-C | Service: — | Author Type: Physician Assistant |
| Filed: 8/2/2019 1:56 PM | Encounter Date: 8/2/2019 | Creation Time: 8/2/2019 8:10 AM |
| Status: Signed | Editor: Blakeney M. McKnight, PA-C (Physician Assistant) | |

### Subjective

**Patient ID:** Sabrina Lynette White is a 46 y.o. female.

**Chief Complaint:** No chief complaint on file.

Sabrina Lynette White is a 46 y.o. female who presents for bilateral knee pain . Episode began over a year ago following a fall in June or July of 2017. Patient has seen several orthopedic providers in our department for this issue. Her most recent visit was 1 month ago for Synvisc-One injection in bilateral knees. Patient states she had no relief from the Synvisc-One injection. Since having the Synvisc-One injection patient states that her pain in her knee is "needle-like". She has also tried PT, steroid injections, baclofen, and Flexeril without relief Today, Pain is rated as 8/10 and is described as aching in quality. Pain is exacerbated by standing, driving, sitting, and cold weather. Associated symptoms include swelling, numbness, and tingling. Patient endorses intermittent shaking in her legs which she has issues with her knee pain.

Patient presents today for follow-up of bilateral knee pain. Patient was last seen approximately 6 months ago for the same problem. Since last being seen, patient has not gone to physical therapy. Patient was able to get Voltaren gel prescription and has been using this on her knees with minimal improvement of symptoms. Patient did go to Pain Clinic for consideration for bilateral genicular nerve block however she was not able to to complete this because she had a fall prior to her procedure and had to cancel. Patient has tried and failed steroid injections in the past. Patient has had 2 rounds of Synvisc 1 injections which she had good relief with for approximately a few weeks.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Arthritis | |
| • Depression | |
| • Encounter for blood transfusion *had to have infusion during surgery in 2008* | |
| • GERD (gastroesophageal reflux disease) | |
| • Hyperlipidemia | |
| • Hypertension | |
| • Osteoarthritis of spine with radiculopathy, cervical region | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION, LOW TRANSVERSE | | |
| • FOOT SURGERY | | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Breast cancer | Maternal Aunt | |
| • Diabetes | Maternal Aunt | |

Generated on 1/17/20 12:19 PM                                          Page 153

Lincoln/White 0843

CEDAR POINTE OAKWOOD

HGVC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72009074758
Enc. Date 8/2/2019

### Progress Notes (continued)

**Progress Notes by Blakeney M. McKnight, PA-C at 8/2/2019  9:20 AM (continued)**

- No Known Problems          Mother
- Alcohol abuse              Father
- Heart disease              Paternal Uncle
- Heart disease              Maternal Grandfather
- Stroke                     Neg Hx

## Social History

**Socioeconomic History**
- Marital status:            Single
      Spouse name:           Not on file
- Number of children:        1
- Years of education:        Not on file
- Highest education level:   Not on file

**Occupational History**
- Occupation:                Not currently employed

**Social Needs**
- Financial resource strain: Not on file
- Food insecurity:
      Worry:                 Not on file
      Inability:             Not on file
- Transportation needs:
      Medical:               Not on file
      Non-medical:           Not on file

**Tobacco Use**
- Smoking status:            Never Smoker
- Smokeless tobacco:         Never Used

**Substance and Sexual Activity**
- Alcohol use:               No
- Drug use:                  No
- Sexual activity:           Not Currently
      Partners:              Male

**Lifestyle**
- Physical activity:
      Days per week:         Not on file
      Minutes per session:   Not on file
- Stress:                    Very much

**Relationships**
- Social connections:
      Talks on phone:        Not on file
      Gets together:         Not on file
      Attends religious service: Not on file
      Active member of club or  Not on file
      organization:
      Attends meetings of clubs  Not on file
      or organizations:
      Relationship status:   Not on file

**Other Topics**          Concern

Generated on 1/17/20 12:19 PM                                          Page 154

Lincoln/White 0844

05/09/2015  07:31AM  2254485415      CEDAR POINTE OAKWOOD      PAGE  21/52

HGVC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:     Sex: F
Acct #: 72009074758
Enc. Date 8/2/2019

## Progress Notes (continued)

**Progress Notes by Blakeney M. McKnight, PA-C at 8/2/2019  9:20 AM (continued)**

- Not on file

**Social History Narrative**

- Not on file

## Medication List with Changes/Refills

**Current Medications**

| Medication | Instructions |
|---|---|
| AMITRIPTYLINE (ELAVIL) 50 MG TABLET | Take 1 tablet (50 mg total) by mouth every evening. |
| BUTALBITAL-ACETAMINOPHEN-CAFFEINE 50-325-40 MG (FIORICET, ESGIC) 50-325-40 MG PER TABLET | Take 1 tablet by mouth 2 (two) times daily as needed. |
| CARBINOXAMINE MALEATE 4 MG TAB | Take 1 to 2 tablets by mouth 3 (three) times daily as needed. |
| CLONAZEPAM (KLONOPIN) 1 MG TABLET | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY |
| CYCLOBENZAPRINE (FLEXERIL) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. |
| DULOXETINE (CYMBALTA) 30 MG CAPSULE | TAKE 1 CAPSULE BY MOUTH ONCE DAILY |
| IRBESARTAN (AVAPRO) 75 MG TABLET | Take 1 tablet (75 mg total) by mouth once daily. |
| LEVOCETIRIZINE (XYZAL) 5 MG TABLET | Take 1 tablet (5 mg total) by mouth every morning |
| MELOXICAM (MOBIC) 15 MG TABLET | Take 1 tablet (15 mg total) by mouth once daily. |
| MONTELUKAST (SINGULAIR) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth every evening. |
| RIZATRIPTAN (MAXALT) 5 MG TABLET | Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day. |
| TRIAMCINOLONE (NASACORT) 55 MCG NASAL INHALER | 2 sprays by Nasal route once daily. |

**Review of patient's allergies indicates:**

| Allergen | Reactions |
|---|---|
| Aleve [naproxen sodium] | |
| Aspirin | |

Generated on 1/17/20 12:19 PM      Page 155

Lincoln/White 0845

05/09/2015  07:31AM  2254485415                    CEDAR POINTE OAKWOOD              PAGE  22/52

HGVC ORTHOPEDICS                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA            MRN: 1932025, DOB:          Sex: F
Continuity of Care                        Acct #: 72009074758
                                          Enc. Date 8/2/2019

## Progress Notes (continued)

**Progress Notes by Blakeney M. McKnight, PA-C at 8/2/2019 9:20 AM (continued)**

Review of Systems
Constitution: Negative for fever and night sweats.
HENT: Negative for hearing loss.
Eyes: Negative for blurred vision and visual disturbance.
Cardiovascular: Negative for chest pain and leg swelling.
Respiratory: Negative for shortness of breath.
Endocrine: Negative for polyuria.
Hematologic/Lymphatic: Negative for bleeding problem.
Skin: Negative for rash.
Musculoskeletal: Positive for joint pain and joint swelling. Negative for back pain, muscle cramps and muscle weakness.
Gastrointestinal: Negative for melena.
Genitourinary: Negative for hematuria.
Neurological: Positive for numbness and paresthesias. Negative for loss of balance.
Psychiatric/Behavioral: Negative for altered mental status.

## Objective

There is no height or weight on file to calculate BMI.
There were no vitals filed for this visit.

**General:** Sabrina is well-developed, well-nourished, appears stated age, in no acute distress, alert and oriented to time, place and person.

### General

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Eyes: EOM are normal. Pupils are equal, round, and reactive to light. Right eye exhibits no discharge. Left eye exhibits no discharge.
Neck: Normal range of motion.
Cardiovascular: Intact distal pulses.
Pulmonary/Chest: Effort normal. No respiratory distress.
Abdominal: Soft.
Neurological: She is alert and oriented to person, place, and time. Coordination normal.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

### General Musculoskeletal Exam
Gait: normal

### Right Knee Exam

Generated on 1/17/20 12:19 PM                                      Page 156

Lincoln/White 0846

HGVC ORTHOPEDICS                                White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                  MRN: 1932025, DOB:          Sex: F
Continuity of Care                              Acct #: 72009074758
                                                Enc. Date 8/2/2019

### Progress Notes (continued)

**Progress Notes by Blakeney M. McKnight, PA-C at 8/2/2019 9:20 AM (continued)**

**Inspection**
Erythema: absent
Scars: absent
Swelling: absent
Effusion: absent
Deformity: absent
Bruising: absent

**Tenderness**
The patient is tender to palpation of the medial retinaculum, lateral retinaculum, patellar tendon, medial joint line, lateral joint line and pes anserinus.

**Crepitus**
The patient has crepitus of the patella.

**Range of Motion**
Extension:  10 normal
Flexion:  130 normal

**Tests**
Meniscus
McMurray:  Medial - positive Lateral - positive
Ligament Examination Lachman: normal (-1 to 2mm) PCL-Posterior Drawer: normal (0 to 2mm)
MCL - Valgus: normal (0 to 2mm)
LCL - Varus: normal
Patella
Patellar apprehension: positive
Passive Patellar Tilt: neutral
Patellar Tracking: normal
Patellar Glide (quadrants): Lateral - 1   Medial - 2
Patellar Grind: positive

**Other**
Meniscal Cyst: absent
Popliteal (Baker's) Cyst: absent
Muscle Tightness: hamstring tightness
Sensation: normal

**Left Knee Exam**

**Inspection**
Erythema: absent
Scars: absent
Swelling: absent
Effusion: absent
Deformity: absent
Bruising: absent

Generated on 1/17/20 12:19 PM                                        Page 157

Lincoln/White 0847

CEDAR POINTE OAKWOOD

| | |
|---|---|
| HGVC ORTHOPEDICS<br>OCHSNER, BATON ROUGE REGION LA<br>Continuity of Care | White, Sabrina Lynette<br>MRN: 1932025, DOB:        Sex: F<br>Acct #: 72009074758<br>Enc. Date 8/2/2019 |

### Progress Notes (continued)

**Progress Notes by Blakeney M. McKnight, PA-C at 8/2/2019  9:20 AM (continued)**

**Tenderness**
The patient tender to palpation of the lateral joint line, medial retinaculum, lateral retinaculum, patellar tendon, pes anserinus and medial joint line.

**Crepitus**
The patient has crepitus of the patella.

**Range of Motion**
Extension:  10 normal
Flexion:  130 normal

**Tests**
Meniscus
McMurray:  Medial - positive Lateral - positive
Stability Lachman: normal (-1 to 2mm) PCL-Posterior Drawer: normal (0 to 2mm)
MCL - Valgus: normal (0 to 2mm)
LCL - Varus: normal (0 to 2mm)
Patella
Patellar apprehension: negative
Passive Patellar Tilt: neutral
Patellar Tracking: normal
Patellar Glide (Quadrants): Lateral - 1 Medial - 2
Patellar Grind: positive

**Other**
Meniscal Cyst: absent
Popliteal (Baker's) Cyst: absent
Muscle Tightness: hamstring tightness
Sensation: normal

**Muscle Strength**
Right Lower Extremity
Hip Abduction: 3/5
Quadriceps:  3/5
Hamstring:  3/5
Left Lower Extremity
Hip Abduction: 3/5
Quadriceps:  3/5
Hamstring:  3/5

**Vascular Exam**

Right Pulses
Dorsalis Pedis:      2+
Posterior Tibial:    2+

Lincoln/White 0848

HGVC ORTHOPEDICS
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72009074758
Enc. Date 8/2/2019

## Progress Notes (continued)

**Progress Notes by Blakeney M. McKnight, PA-C at 8/2/2019  9:20 AM (continued)**

Left Pulses
Dorsalis Pedis:     2+
Posterior Tibial:    2+

Edema
Right Lower Leg: absent
Left Lower Leg: absent

I have personally reviewed the following imaging and agree with the radiologist's findings of:
XR Knee: Little interval change from prior exam. Bilateral tricompartment degenerative changes without fracture or dislocation. No effusions. Spurring along superior margins of the patellae bilaterally. Stable appearance increased density along the posterior cortical margin right distal femoral metaphysis.

## Assessment

**Encounter Diagnoses**

| Name | Primary? |
| --- | --- |
| • Primary osteoarthritis of both knees | Yes |
| • Bilateral chronic knee pain | |
| • Quadriceps weakness | |

## Plan

Recommend patient follow up with pain clinic for evaluation for genicular nerve block - per patient she was approved and scheduled and had to cancel due to injury.
PT - knees - new referral placed
Continue Voltaren gel - p.o. NSAIDs contraindicated due to GERD. New prescription sent
Weight loss in preparation for possible surgical intervention in the future

Follow up in 3 months. If no improvement with genicular nerve block will refer her to total joint specialist for evaluation of total knee replacement.

Patient verbalizes understanding and agrees with the above plan.

Blakeney McKnight, PA-C
Orthopedic Surgery/Sports Medicine

Electronically signed by Blakeney M. McKnight, PA-C on 8/2/2019  1:56 PM

**H&P Notes**

No notes of this type exist for this encounter.

Generated on 1/17/20 12:19 PM                                        Page 159

Lincoln/White 0849

05/09/2015  07:31AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  26/52

HGVC ORTHOPEDICS                        White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA          MRN: 1932025, DOB:          Sex: F
Continuity of Care                      Acct #: 72009074758
                                        Enc. Date 8/2/2019

PAGE 26/52 * RCVD AT 1/17/2020 4:39:59 PM [Eastern Standard Time] * SVR:VA1PWFAX101/3 * DNIS:6034272684 * CSID:2254485415 * ANI:1254482629 * DURATION (mm-ss):30-10

Lincoln/White 0850

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:           Sex: F
Acct #: 72009132516
Enc. Date 8/13/2019

## Visit Summary

**Reason for Visit**

swollen lips

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Angioedema, initial encounter  - Primary | ICD-10-CM: T78.3XXA ICD-9-CM: 995.1 | |

**Problem List** as of 8/13/2019                                                            Date Reviewed: 8/2/2019

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 -- Present |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 - Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03, ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| Dyslipidemia | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |

**Allergies** as of 1/17/2020

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Aleve [naproxen Sodium] | 08/28/2018 11:18 AM | | Kaitlyn N. Tircuit, MA | | | |
| Aspirin | 08/28/2018 11:18 AM | | Lija Thomas, MD | | | |
| DELETED: Bayer Aspirin (with Caffeine) [aspirin-caffeine] | 02/13/2018 11:06 AM | | Alexandra Scott, MA | Nausea Only | | Deleted on: 02/13/2018 Chart correction: Wrong allergy selected |

**Immunizations Administered** as of 8/13/2019                                                 Never Reviewed

Generated on 1/17/20 12:19 PM                                                               Page 161

Lincoln/White 0851

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72009132516
Enc. Date 8/13/2019

## Visit Summary (continued)

### Immunizations Administered as of 8/13/2019 (continued)                    Never Reviewed

No immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 8/13/2019

| | Disp. | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)** <br> Sig - Route: Take 1 tablet (50 mg total) by mouth every evening. - Oral | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |
| **carbinoxamine maleate 4 mg Tab (Taking)** <br> Sig - Route: Take 1 to 2 tablets by mouth 3 (three) times daily as needed. - Oral | 60 each | 0 | 3/28/2019 | |
| **montelukast (SINGULAIR) 10 mg tablet (Taking)** <br> Sig - Route: Take 1 tablet (10 mg total) by mouth every evening. - Oral | 30 tablet | 6 | 1/3/2019 | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking)** <br> Sig - Route: 2 sprays by Nasal route once daily. - Nasal | 17 g | 3 | 11/2/2018 | |
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** <br> Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral <br> Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking)** <br> Sig: TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY | 60 tablet | 0 | 8/2/2019 | 8/28/2019 |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)** <br> Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral <br> Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking)** <br> Sig: TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 90 capsule | 1 | 7/8/2019 | 12/18/2019 |
| **Irbesartan (AVAPRO) 75 MG tablet (Taking)** <br> Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY | 90 tablet | 0 | 8/2/2019 | 10/26/2019 |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)** <br> Sig - Route: Take 1 tablet (5 mg total) by mouth every morning. - Oral | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| **rizatriptan (MAXALT) 5 MG tablet (Taking)** <br> Sig - Route: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed. Max 30 mg/day. - Oral | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |
| **meloxicam (MOBIC) 15 MG tablet** <br> Sig - Route: Take 1 tablet (15 mg total) by mouth once daily. - Oral | 30 tablet | 2 | 2/21/2019 | |
| **diclofenac sodium (VOLTAREN) 1 % Gel** <br> Sig - Route: Apply 4 g topically 4 (four) times daily. for 10 days - Topical (Top) | 1 Tube | 3 | 8/2/2019 | 12/18/2019 |
| **sertraline (ZOLOFT) 100 MG tablet** <br> Sig - Route: Take 100 mg by mouth once daily. - Oral <br> Class: Historical Med | | 6 | 8/2/2019 | 12/18/2019 |

### Medications the Patient Reported Taking

| | Disp. | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)** <br> Sig: Take 1 tablet (50 mg total) by mouth every evening. <br> Route: Oral | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |
| **carbinoxamine maleate 4 mg Tab (Taking)** <br> Sig: Take 1 to 2 tablets by mouth 3 (three) times daily as needed. <br> Route: Oral | 60 each | 0 | 3/28/2019 | |
| **montelukast (SINGULAIR) 10 mg tablet (Taking)** <br> Sig: Take 1 tablet (10 mg total) by mouth every evening. <br> Route: Oral | 30 tablet | 6 | 1/3/2019 | |

Generated on 1/17/20 12:19 PM                                                    Page 162

Lincoln/White 0852

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:        Sex: F
Continuity of Care                            Acct #: 72009132516
                                              Enc. Date 8/13/2019

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking)**<br>Sig: 2 sprays by Nasal route once daily.<br>Route: Nasal | 17 g | 3 | 11/2/2018 | |
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth 2 (two) times daily as needed.<br>Notes to Pharmacy: Please consider 90 day supplies to promote better adherence<br>Route: Oral | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued)**<br>Sig: TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY<br>Reason for Discontinue: **Reorder** | 60 tablet | 0 | 8/2/2019 | 8/28/2019 |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed.<br>Notes to Pharmacy: Please consider 90 day supplies to promote better adherence<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking/Discontinued)**<br>Sig: TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 90 capsule | 1 | 7/8/2019 | 12/18/2019 |
| **irbesartan (AVAPRO) 75 MG tablet (Taking/Discontinued)**<br>Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY<br>Reason for Discontinue: **Reorder** | 90 tablet | 0 | 8/2/2019 | 10/26/2019 |
| **levocetirizine (XYZAL) 5 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (5 mg total) by mouth every morning.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| **rizatriptan (MAXALT) 5 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed. Max 30 mg/day.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |

### Ordered Facility-Administered Medications

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| **betamethasone acetate-betamethasone sodium phosphate injection 12 mg**<br>Route: Intramuscular | 12 mg | Clinic/HOD<br>1 time | 8/13/2019 | 8/13/2019 |

## Progress Notes

### Progress Notes by Andrea D. Cothern, NP at 8/13/2019 2:45 PM

| | | |
|---|---|---|
| Author: Andrea D. Cothern, NP | Service: — | Author Type: Nurse Practitioner |
| Filed: 8/25/2019 6:32 PM | Encounter Date: 8/13/2019 | Creation Time: 8/25/2019 6:28 PM |
| Status: Signed | Editor: Andrea D. Cothern, NP (Nurse Practitioner) | |

## Subjective

**Patient ID:** Sabrina Lynette White is a 46 y.o. female.

Generated on 1/17/20 12:19 PM                                              Page 163

Lincoln/White 0853

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:           Sex: F
Acct #: 72009132516
Enc. Date 8/13/2019

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 8/13/2019  2:45 PM (continued)**

**Chief Complaint**
Patient presents with
- swollen lips

HPI

Sabrina Lynette White is here today with c/o lip swelling x 3 days.  Unsure of trigger.  Does c/o burning and tingling to both lips although more to bottom.  Denies breathing issues, throat swelling, cough or stridor.

Review of Systems
Constitutional: Negative.
HENT: Positive for facial swelling.
Respiratory: Negative.
Cardiovascular: Negative.
Neurological: Negative.

**Review of patient's allergies indicates:**

| Allergen | Reactions |
|---|---|
| Aleve [naproxen sodium] | |
| Aspirin | |

**Medication List with Changes/Refills**

**Current Medications**

| | |
|---|---|
| AMITRIPTYLINE (ELAVIL) 50 MG TABLET | Take 1 tablet (50 mg total) by mouth every evening. |
| BUTALBITAL-ACETAMINOPHEN-CAFFEINE 50-325-40 MG (FIORICET, ESGIC) 50-325-40 MG PER TABLET | Take 1 tablet by mouth 2 (two) times daily as needed. |
| CARBINOXAMINE MALEATE 4 MG TAB | Take 1 to 2 tablets by mouth 3 (three) times daily as needed. |
| CLONAZEPAM (KLONOPIN) 1 MG TABLET | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY |
| CYCLOBENZAPRINE (FLEXERIL) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. |
| DICLOFENAC SODIUM (VOLTAREN) 1 % GEL | Apply 4 g topically 4 (four) times daily for 10 days |
| DULOXETINE (CYMBALTA) 30 MG CAPSULE | TAKE 1 CAPSULE BY MOUTH ONCE DAILY |

Generated on 1/17/20 12:19 PM                                                    Page 164

Lincoln/White 0854

05/09/2015  07:31AM  2254485415                 CEDAR POINTE OAKWOOD              PAGE  31/52

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:          Sex: F
Continuity of Care                            Acct #: 72009132516
                                              Enc. Date 8/13/2019

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 8/13/2019 2:45 PM (continued)**

| | |
|---|---|
| IRBESARTAN (AVAPRO) 75 MG TABLET | TAKE 1 TABLET BY MOUTH ONCE DAILY |
| LEVOCETIRIZINE (XYZAL) 5 MG TABLET | Take 1 tablet (5 mg total) by mouth every morning. |
| MELOXICAM (MOBIC) 15 MG TABLET | Take 1 tablet (15 mg total) by mouth once daily. |
| MONTELUKAST (SINGULAIR) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth every evening. |
| RIZATRIPTAN (MAXALT) 5 MG TABLET | Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed. Max 30 mg/day. |
| SERTRALINE (ZOLOFT) 100 MG TABLET | Take 100 mg by mouth once daily. |
| TRIAMCINOLONE (NASACORT) 55 MCG NASAL INHALER | 2 sprays by Nasal route once daily. |

**Patient Active Problem List**
Diagnosis
- Essential hypertension
- Adjustment disorder with mixed anxiety and depressed mood
- Primary insomnia
- Migraine headache
- Spondylosis of lumbar region without myelopathy or radiculopathy
- Osteoarthritis of both knees
- Osteoarthritis of spine with radiculopathy, cervical region
- Morbid obesity with BMI of 40.0-44.9, adult
- Carpal tunnel syndrome on both sides
- Dyslipidemia

*Past medical, surgical, family and social histories have been reviewed today.*

## Objective

**Vitals:**

| | 08/13/19 1432 |
|---|---|
| BP: | 128/80 |
| Pulse: | (!) 112 |
| Temp: | 97.5 °F (36.4 °C) |
| SpO2: | 97% |
| Weight: | 116.9 kg (257 lb 11.5 oz) |
| Height: | 5' 3" (1.6 m) |
| PainSc: | 10-Worst pain ever |

Generated on 1/17/20 12:19 PM                                          Page 165

Lincoln/White 0855

05/09/2015  07:31AM  2254485415                CEDAR POINTE OAKWOOD                PAGE  32/52

JPLC FAMILY MEDICINE                           White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                 MRN: 1932025, DOB:          Sex: F
Continuity of Care                             Acct #: 72009132516
                                               Enc. Date 8/13/2019

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 8/13/2019  2:45 PM (continued)**

PainLoc:        Mouth

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
**Angioedema noted**
Eyes: Pupils are equal, round, and reactive to light.
Neck: No JVD present. No tracheal deviation present. No thyromegaly present.
Cardiovascular: Regular rhythm, normal heart sounds and intact distal pulses. Tachycardia present.
Pulmonary/Chest: Effort normal and breath sounds normal. No stridor.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
  She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time.
Skin: Capillary refill takes less than 2 seconds.
Vitals reviewed.

## Diagnosis

1.    **Angioedema, initial encounter**

## Assessment/ Plan

**Angioedema, initial encounter**
   -    betamethasone acetate-betamethasone sodium phosphate injection 12 mg

Lip swelling likely due to ARB.
Refuses to stop the ARB due to her medication controlling "my blood pressure so well".
Explained the risks involved in continuing the ARB, voiced understanding.
To ED if s/s worsen, persist, or recur.
Follow-up in clinic as needed.

**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 10/17/2019 | 11:00 AM | FAMILY MEDICINE NURSE, JPLC | JPLC FAM MED | Jefferson Pl |
| 11/7/2019 | 10:20 AM | Blakeney M. McKnight, PA-C | HCVC ORTHO | High Grove |

Generated on 1/17/20 12:19 PM                                            Page 166

Lincoln/White 0856

JPLC FAMILY MEDICINE                              White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                    MRN: 1932025, DOB:              Sex: F
Continuity of Care                               Acct #: 72009132516
                                                 Enc. Date 8/13/2019

### Progress Notes (continued)

Progress Notes by Andrea D. Cothern, NP at 8/13/2019  2:45 PM (continued)

Patient Care Team:
Andrea D. Cothern, NP as PCP - General (General Practice)
Wykia T Lewis, LPN as Care Coordinator

*Andrea Cothern CFNP*

**Andrea Cothern, CFNP**
Ochsner Jefferson Place Family Medicine

Electronically signed by Andrea D. Cothern, NP on 8/25/2019  6:32 PM

### H&P Notes

No notes of this type exist for this encounter.

Lincoln/White 0857

05/09/2015  07:31AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  34/52

HGVH XRAY                                        White, Sabrina Lynette
17000 Medical Center Dr                          MRN: 1932025, DOB:              Sex: F
Baton Rouge LA 70816                             Acct #: 72009833162
Continuity of Care                               Adm: 12/18/2019

### Admission Information

| | | | |
|---|---|---|---|
| Arrival Date/Time: | Admit Date/Time: | 12/18/2019 0812 | IP Adm. Date/Time: |
| Admission Type: Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: |
| Means of Arrival: | Primary Service: | | Secondary Service: N/A |
| Transfer Source: | Service Area: | OCHSNER SERVICE AREA | Unit: The Grove - Xray |
| Admit Provider: | Attending Provider: | Irene N. Evuleocha, DPM | Referring Provider: Irene N. Evuleocha, DPM |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 12/18/2019 2359 | Home Or Self Care | None | None | The Grove - Xray |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| M79.671 [Principal] | Pain in right foot | | | | |
| M79.672 | Pain in left foot | | | | |

**Hospital Problem List** as of 12/18/2019                Reviewed: **12/18/2019 by Lindsay B Brunson, PA-C**

None

**Non-Hospital Problem List** as of 12/18/2019             Reviewed: **12/18/2019 by Lindsay B Brunson, PA-C**

| | Codes | Last Modified |
|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | 11/29/2016 |
| **Primary insomnia** | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | 11/29/2016 |
| **Migraine headache** | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | 3/30/2017 |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | 8/27/2017 |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | 9/27/2017 |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | 9/27/2017 |
| **Morbid obesity with BMI of 40.0-44.9, adult** | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | 7/2/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | 10/8/2018 |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | 10/31/2018 |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | 11/1/2018 |
| **Carpal tunnel syndrome on both sides** | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | 11/1/2018 |
| **Dyslipidemia** | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | 11/2/2018 |
| **Chronic knee pain** | ICD-10-CM: M25.569, G89.29 ICD-9-CM: 719.46, 338.29 | 11/20/2019 |

Generated on 1/17/20 12:19 PM                                              Page 168

Lincoln/White 0858

05/09/2015  07:31AM  2254485415                    CEDAR POINTE OAKWOOD            PAGE  35/52

HGVH XRAY                                      White, Sabrina Lynette
17000 Medical Center Dr                        MRN: 1932025, DOB:          Sex: **F**
Baton Rouge LA 70816                           Acct #: 72009833162
Continuity of Care                             Adm: 12/18/2019

## Radiology Results

**X-Ray Foot Complete Bilateral [472005385]**                    Resulted: 12/18/19 1011, Result status: Final result

Resulted by: Carl W. Scherer III, MD                Performed: 12/18/19 0816 - 12/18/19 0830
Accession number: 31797837                          Resulting lab: MMODEL FLUENCY
Narrative:
EXAMINATION:
XR FOOT COMPLETE 3 VIEW BILATERAL

CLINICAL HISTORY:
Pain in right foot

TECHNIQUE:
AP, lateral, and oblique views of both feet were performed.

COMPARISON:
August 28, 2018

FINDINGS:
Stable postsurgical changes right calcaneus.  Threaded screw to a trance fixes osteotomy site.  Stable appearance.  Dorsal and plantar calcaneal spurs bilaterally.  Right os trigonum.

Multi articular degenerative changes throughout both feet without acute or healing fracture.  Bilateral pes planus and mild hallux valgus deformities.  Soft tissue prominence over the dorsum of the forefoot region bilaterally.

Impression:

As above.

Electronically signed by:  Carl Scherer, MD
Date:                      12/18/2019
Time:                      10:11

**Testing Performed By**

| Lab-Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

Lincoln/White 0859

HGVH XRAY                                        White, Sabrina Lynette
17000 Medical Center Dr                          MRN: 1932025, DOB:              Sex: F
Baton Rouge LA 70816                             Acct #: 72009833162
Continuity of Care                               Adm: 12/18/2019

**Discharge Instructions**                                    White, Sabrina Lynette (MR # 1932025)

    None

Lincoln/White 0860

HGVC PODIATRY                                     White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                    MRN: 1932025, DOB:            Sex: F
Continuity of Care                                Acct #: 72009833162
                                                  Enc. Date 12/18/2019

## Visit Summary

**Reason for Visit**

| | |
|---|---|
| Foot Pain | bilateral foot pain, pt rates pain 10/10 while walking and standing, wears tennis shoes with socks |

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Foot pain, bilateral  - Primary | ICD-10-CM: M79.671, M79.672 ICD-9-CM: 729.5 | |
| Radiculopathy of lumbar region | ICD-10-CM: M54.16 ICD-9-CM: 724.4 | |
| Arthritis, midfoot | ICD-10-CM: M19.079 ICD-9-CM: 716.97 | |
| Acquired pes planovalgus, unspecified laterality | ICD-10-CM: M21.40 ICD-9-CM: 736.79 | |

**Problem List** as of 12/18/2019                                          Date Reviewed: **12/18/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 - Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| Dyslipidemia | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| Chronic knee pain | ICD-10-CM: M25.569, G89.29 ICD-9-CM: 719.46, 338.29 | | | 11/20/2019 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |

**Allergies** as of 1/17/2020

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deleted Reason |
|---|---|---|---|---|---|---|
| Aleve [naproxen | 08/28/2018 11:18 AM | | Kaitlyn N. Tircuit, MA | | | |

Generated on 1/17/20 12:19 PM                                              Page 171

Lincoln/White 0861

HGVC PODIATRY
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72009833162
Enc. Date 12/18/2019

## Visit Summary (continued)

### Allergies as of 1/17/2020 (continued)

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Sodium] | | | | | | |
| **Aspirin** | 08/28/2018 11:18 AM | | Lija Thomas, MD | | | |
| DELETED: **Bayer Aspirin (with Caffeine) [aspirin-caffeine]** | 02/13/2018 11:06 AM | | Alexandra Scott, MA | Nausea Only | | Deleted on: 02/13/2018 Chart correction: Wrong allergy selected |

### Immunizations Administered as of 12/18/2019                                     Never Reviewed

No immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 12/18/2019

| | Disp. | Refills | Start | End |
|---|---|---|---|---|
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)** | | | 10/26/2019 | |
| Sig - Route: Take 10 mg by mouth 2 (two) times daily as needed. - Oral Class: Historical Med | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking)** | | | 10/7/2019 | |
| Sig - Route: Take 30 mg by mouth. - Oral Class: Historical Med | | | | |
| **irbesartan (AVAPRO) 75 MG tablet (Taking)** | | | 11/2/2019 | |
| Sig - Route: Take 75 mg by mouth. - Oral Class: Historical Med | | | | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)** | | | 11/2/2019 | |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING Class: Historical Med | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking)** | | | 10/28/2019 | 1/6/2020 |
| Sig - Route: Take 1 mg by mouth 2 (two) times daily as needed. - Oral Class: Historical Med | | | | |
| **sertraline (ZOLOFT) 100 MG tablet (Taking)** | | | 10/7/2019 | 1/8/2020 |
| Sig - Route: Take 100 mg by mouth. - Oral Class: Historical Med | | | | |
| **amitriptyline (ELAVIL) 50 MG tablet** | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |
| Sig - Route: Take 1 tablet (50 mg total) by mouth every evening. - Oral | | | | |
| **carbinoxamine maleate 4 mg Tab** | 60 each | 0 | 3/28/2019 | |
| Sig - Route: Take 1 to 2 tablets by mouth 3 (three) times daily as needed. - Oral | | | | |
| **meloxicam (MOBIC) 15 MG tablet** | 30 tablet | 2 | 2/21/2019 | |
| Sig - Route: Take 1 tablet (15 mg total) by mouth once daily. - Oral | | | | |
| **montelukast (SINGULAIR) 10 mg tablet** | 30 tablet | 6 | 1/3/2019 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every evening. - Oral | | | | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler** | 17 g | 3 | 11/2/2018 | |
| Sig - Route: 2 sprays by Nasal route once daily. - Nasal | | | | |
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet** | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet** | 60 tablet | 1 | 10/28/2019 | 12/18/2019 |

Generated on 1/17/20 12:19 PM                                             Page 172

Lincoln/White 0862

05/09/2015  07:31AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  39/52

HGVC PODIATRY                                        White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                       MRN: 1932025, DOB:              Sex: F
Continuity of Care                                   Acct #: 72009833162
                                                     Enc. Date 12/18/2019

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 12/18/2019 (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet** | 60 tablet | 0 | 12/9/2019 | 12/18/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| **diclofenac sodium (VOLTAREN) 1 % Gel** | 1 Tube | 3 | 8/2/2019 | 12/18/2019 |
| Sig - Route: Apply 4 g topically 4 (four) times daily. for 10 days - Topical (Top) | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule** | 90 capsule | 1 | 7/8/2019 | 12/18/2019 |
| Sig: TAKE 1 CAPSULE BY MOUTH ONCE DAILY | | | | |
| **irbesartan (AVAPRO) 75 MG tablet** | 90 tablet | 0 | 10/28/2019 | 12/18/2019 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY | | | | |
| **levocetirizine (XYZAL) 5 MG tablet** | 30 tablet | 6 | 12/5/2019 | 12/18/2019 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| **rizatriptan (MAXALT) 5 MG tablet** | 12 tablet | 2 | 9/6/2019 | 12/18/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day. - Oral | | | | |
| **sertraline (ZOLOFT) 100 MG tablet** | | 6 | 8/2/2019 | 12/18/2019 |
| Sig - Route: Take 100 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **cyclobenzaprine (FLEXERIL) 10 MG tablet** | | | 10/26/2019 | |
| **(Taking)** | | | | |
| Sig: Take 10 mg by mouth 2 (two) times daily as needed. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule** | | | 10/7/2019 | |
| **(Taking)** | | | | |
| Sig: Take 30 mg by mouth. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **irbesartan (AVAPRO) 75 MG tablet (Taking)** | | | 11/2/2019 | |
| Sig: Take 75 mg by mouth. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)** | | | 11/2/2019 | |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |
| Class: Historical Med | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet** | | | 10/28/2019 | 1/6/2020 |
| **(Taking/Discontinued)** | | | | |
| Sig: Take 1 mg by mouth 2 (two) times daily as needed. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **sertraline (ZOLOFT) 100 MG tablet** | | | 10/7/2019 | 1/8/2020 |
| **(Taking/Discontinued)** | | | | |
| Sig: Take 100 mg by mouth. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Patient no longer taking** | | | | |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **gabapentin (NEURONTIN) 300 MG capsule** | 30 capsule | 0 | 12/18/2019 | 12/17/2020 |
| Sig - Route: Take 1 capsule (300 mg total) by mouth every evening. - Oral | | | | |

Generated on 1/17/20 12:19 PM                                              Page 173

Lincoln/White 0863

05/09/2015  07:31AM  2254485415                    CEDAR POINTE OAKWOOD                    PAGE  40/52

HGVC PODIATRY                                      White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                     MRN: 1932025, DOB:                  Sex: F
Continuity of Care                                 Acct #: 72009833162
                                                   Enc. Date 12/18/2019

## Medications (continued)

## All Results

**X-Ray Foot Complete Bilateral [472005385]**              Resulted: 12/18/19 1011, Result status: Final result

Resulted by: Carl W. Scherer III, MD                Performed: 12/18/19 0816 - 12/18/19 0830
Accession number: 31797837                          Resulting lab: MMODEL FLUENCY
Narrative:
EXAMINATION:
XR FOOT COMPLETE 3 VIEW BILATERAL

CLINICAL HISTORY:
Pain in right foot

TECHNIQUE:
AP, lateral, and oblique views of both feet were performed.

COMPARISON:
August 28, 2018

FINDINGS:
Stable postsurgical changes right calcaneus.  Threaded screw to a trance fixes osteotomy site.  Stable appearance.  Dorsal and plantar calcaneal spurs bilaterally.  Right os trigonum.

Multi articular degenerative changes throughout both feet without acute or healing fracture.  Bilateral pes planus and mild hallux valgus deformities.  Soft tissue prominence over the dorsum of the forefoot region bilaterally.

Impression:

As above.

Electronically signed by:  Carl Scherer, MD
Date:                      12/18/2019
Time:                      10:11

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

## Progress Notes

**Progress Notes by Irene N. Evuleocha, DPM at 12/18/2019 8:15 AM**

Author: Irene N. Evuleocha, DPM      Service: —                              Author Type:  Physician
Filed: 12/18/2019 5:21 PM            Encounter Date:  12/18/2019             Creation Time: 12/18/2019 8:06 AM
Status: Signed                       Editor:  Irene N. Evuleocha, DPM (Physician)

### Ochsner Medical Center - BR
### PODIATRIC MEDICINE AND SURGERY
### PROGRESS NOTE

**12/18/2019**

## CHIEF COMPLAINT
**Chief Complaint**
Patient presents with
 • Foot Pain

Generated on 1/17/20 12:19 PM                                              Page 174

Lincoln/White 0864

HGVC PODIATRY                                    White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                   MRN: 1932025, DOB:            Sex: F
Continuity of Care                               Acct #: 72009833162
                                                 Enc. Date 12/18/2019

## Progress Notes (continued)

**Progress Notes by Irene N. Evuleocha, DPM at 12/18/2019 8:15 AM (continued)**

- *bilateral foot pain, pt rates pain 10/10 while walking and standing, wears tennis shoes with socks*

## HPI

Sabrina Lynette White is a 47 y.o. female who has a past medical history of Anxiety, Arthritis, Depression, Encounter for blood transfusion, GERD (gastroesophageal reflux disease), Hyperlipidemia, Hypertension, and Osteoarthritis of spine with radiculopathy, cervical region.
Sabrina presents to clinic today complaining of bilateral foot pain. She points to maximum area of pain around top of feet at lateral aspect affecting both feet. She describes symptoms as sharp needle pain; She does have a history of lower back pain and arthritis. Symptoms are intermittent. Occurs with standing for long duration. She does not take any medicine for symptoms. She was on gabapentin in the past for her lower back but stopped.she has had similar symptoms in the past. She has history of right foot surgery.  She has no further pedal complaints at this time.

## PMH

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Arthritis | |
| • Depression | |
| • Encounter for blood transfusion | |
| *had to have infusion during surgery in 2008* | |
| • GERD (gastroesophageal reflux disease) | |
| • Hyperlipidemia | |
| • Hypertension | |
| • Osteoarthritis of spine with radiculopathy, cervical region | |

## PROBLEM LIST

**Patient Active Problem List**

| Diagnosis | Date Noted |
|---|---|
| • Chronic knee pain | 11/20/2019 |
| • Dyslipidemia | 11/02/2018 |
| • Carpal tunnel syndrome on both sides | 11/01/2018 |
| • Morbid obesity with BMI of 40.0-44.9, adult | 07/02/2018 |
| • Osteoarthritis of both knees | 09/27/2017 |
| • Osteoarthritis of spine with radiculopathy, cervical region | 09/27/2017 |
| • Spondylosis of lumbar region without myelopathy or radiculopathy | 08/27/2017 |
| • Essential hypertension | 11/29/2016 |
| • Adjustment disorder with mixed anxiety and depressed mood | 11/29/2016 |
| • Primary insomnia | 11/29/2016 |
| • Migraine headache | 09/17/2014 |

## REVIEW OF SYSTEMS

Constitutional: Negative for chills and fever.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain, palpitations, orthopnea, claudication and leg swelling.

Generated on 1/17/20 12:19 PM                                              Page 175

Lincoln/White 0865

HGVC PODIATRY                                    White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                   MRN: 1932025, DOB:              Sex: F
Continuity of Care                               Acct #: 72009833162
                                                 Enc. Date 12/18/2019

## Progress Notes (continued)

**Progress Notes by Irene N. Evuleocha, DPM at 12/18/2019 8:15 AM (continued)**

Gastrointestinal: Negative for diarrhea, nausea and vomiting.
Musculoskeletal: Negative for joint pain.
Skin: Negative for rash.
Neurological: Negative for dizziness, tingling, sensory change, focal weakness and weakness.
Psychiatric/Behavioral: Negative.

## PHYSICAL EXAM
Vitals:

|            | 12/18/19 0835             |
|------------|---------------------------|
| BP:        | (!) 122/90                |
| Pulse:     | 92                        |
| Weight:    | 114.9 kg (253 lb 4.9 oz)  |
| Height:    | 5' 4" (1.626 m)           |

**General:** This patient is well-developed, well-nourished and appears stated age, well-oriented to person, place and time, and cooperative and pleasant on today's visit

## LOWER EXTREMITY
**Vascular exam:**
- Dorsalis pedis and posterior tibial pulses palpable 2/4 bilaterally.
- Capillary refill time immediate to the toes.
- Feet are warm to the touch. Skin temperature warm to warm from proximally to distally
- There are no varicosities, telangiectasias noted to bilateral foot and ankle regions.
- There are no ecchymoses noted to bilateral foot and ankle regions.
- There is no gross lower extremity edema.

**Dermatologic exam:**
- Skin moist with healthy texture and turgor.
- There are no open ulcerations, lacerations, or fissures to bilateral foot and ankle regions. There are no signs of infection as there is no erythema, no proximal-extending lymphangiitis, no fluctuance, or crepitus noted on palpation to bilateral foot and ankle regions.
- There is no interdigital maceration.
- There are no hyperkeratotic lesions noted to feet. Nails are well-trimmed.

**Neurologic exam:**
- Epicritic sensation is intact as the patient is able to sense light touch to bilateral foot and ankle regions.
- Achilles and patellar deep tendon reflexes intact
- Babinski reflex absent

**Musculoskeletal/Orthopedic exam:**
- Muscle strength AT/EHL/EDL/PT: 5/5; Achilles/Gastroc/Soleus: 5/5; PB/PL: 5/5 Muscle tone is normal.
- Ankle joint ROM B/L limited, negative crepitus
- Maxinally pronated foot type
- There is negative pain with diffuse palpation of bilateral foot
- There are bilateral HAV deformities
- MTPJ b/l supple DF/PF, non crepitus

Lincoln/White 0866

HGVC PODIATRY                                        White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                       MRN: 1932025, DOB:              Sex: **F**
Continuity of Care                                   Acct #: 72009833162
                                                     Enc. Date 12/18/2019

## Progress Notes (continued)

**Progress Notes by Irene N. Evuleocha, DPM at 12/18/2019  8:15 AM (continued)**

### IMAGING

Reviewed by me and I agree with radiologist findings, 3 views of foot/ankle, reveal:

**Results for orders placed during the hospital encounter of 12/19/17**
**X-Ray Foot Complete Right**

| | |
|---|---|
| Narrative | Technique: AP, lateral, and oblique views were obtained of the right foot |
| | Comparison: 2/19/2009 |
| | Findings: Postoperative changes related to prior fixation of calcaneal fracture again noted.  Hardware appears unchanged without definite evidence of failure or loosening.  No acute fractures or dislocations visualized. Mild hallux valgus deformity and degenerative findings at the great toe MTP joint may be minimally worsened from prior.  Scattered degenerative changes also noted throughout the mid foot.  There is also mild pes planus deformity which appears similar to prior.  No erosive osseous changes demonstrated. |
| Impression | As above. No acute findings. |

Electronically signed by:     *MATTHEW LAFLEUR MD*
Date:                          *12/19/17*
Time:                          *15:59*

### ASSESSMENT

**Encounter Diagnoses**

| Name | Primary |
|---|---|
| • Foot pain, bilateral | Yes |
| • Radiculopathy of lumbar region | |
| • Arthritis, midfoot | |
| • Acquired pes planovalgus, unspecified laterality - Right Foot | |

### PLAN

1. Patient was educated about clinical and imaging findings, and verbalizes understanding of above.

Diagnoses and all orders for this visit:
**Foot pain, bilateral**
-    X-Ray Foot Complete Bilateral

**Radiculopathy of lumbar region**

**Arthritis, midfoot**

Generated on 1/17/20 12:19 PM                                                    Page 177

Lincoln/White 0867

Case 3:21-cv-00634-JWD-SDJ    Document 13-5    03/01/22    Page 181 of 319

HGVC PODIATRY                                    White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                   MRN: 1932025, DOB:          Sex: F
Continuity of Care                               Acct #: 72009833162
                                                 Enc. Date 12/18/2019

## Progress Notes (continued)

Progress Notes by Irene N. Evuleocha, DPM at 12/18/2019 8:15 AM (continued)

### Acquired pes planovalgus, unspecified laterality - Right Foot

**Other orders**
- gabapentin (NEURONTIN) 300 MG capsule; Take 1 capsule (300 mg total) by mouth every evening. Dispense: 30 capsule; Refill: 0

2. Treatment plan:
Bilateral foot x-rays ordered
Orthotic Rx and inserts provided
Will start on gabapentin to help with neurological symptoms

3. RTC  for follow up/evaluation as scheduled

**Future Appointments**

| Date | Time | Provider | Department | Center |
|------|------|----------|------------|--------|
| 2/5/2020 | 11:00 AM | Lindsay S. Brunson, PA; ONLC IN PN... | | BR Medical C... |

Report Electronically Signed By:

**Irene N. Evuleocha, DPM**
**Podiatry**
**Ochsner Medical Center- BR**
12/18/2019

Electronically signed by Irene N. Evuleocha, DPM on 12/18/2019  5:21 PM

**H&P Notes**

No notes of this type exist for this encounter.

Generated on 1/17/20 12:19 PM                                         Page 178

PAGE 44/52 * RCVD AT 1/17/2020 4:39:59 PM [Eastern Standard Time] * SVR:VA1PWFAX101/3 * DNIS:6034272684 * CSID:2254485415 * ANI:12254482629 * DURATION (mm-ss):30-10

Lincoln/White 0868

05/09/2015  07:31AM  2254485415                   CEDAR POINTE OAKWOOD              PAGE 45/52

ONLC INTERVENTIONAL PAIN MEDICINE            White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA               MRN: 1932025, DOB:          Sex: F
Continuity of Care                           Acct #: 72009833162
                                             Enc. Date 12/18/2019

## Visit Summary

**Reason for Visit**

Knee Pain

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Lumbar spondylosis  - Primary | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | |
| Facet arthritis of lumbar region | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | |
| Primary osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.16 | |
| Chronic pain of both knees | ICD-10-CM: M25.561, M25.562, G89.29 ICD-9-CM: 719.46, 338.29 | |

**Problem List as of 12/18/2019**                                    Date Reviewed: **12/18/2019**

| | Codes | Priority | Class | Notes/Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 - Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| Dyslipidemia | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| Chronic knee pain | ICD-10-CM: M25.569, G89.29 ICD-9-CM: 719.46, 338.29 | | | 11/20/2019 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |

**Allergies as of 1/17/2020**

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Aleve [naproxen | 08/28/2018 11:18 AM | | Kaitlyn N. Tircuit, MA | | | |

Generated on 1/17/20 12:19 PM                                              Page 179

Lincoln/White 0869

05/09/2015   07:31AM   2254485415                CEDAR POINTE OAKWOOD                    PAGE  46/52

ONLC INTERVENTIONAL PAIN MEDICINE          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA             MRN: 1932025, DOB:              Sex: F
Continuity of Care                         Acct #: 72009833162
                                           Enc. Date 12/18/2019

## Visit Summary (continued)

### Allergies as of 1/17/2020 (continued)

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Sodium] | | | | | | |
| Aspirin | 08/28/2018 11:18 AM | | Lija Thomas, MD | | | |
| DELETED: Bayer Aspirin (with Caffeine) [aspirin-caffeine] | 02/13/2018 11:06 AM | | Alexandra Scott, MA | Nausea Only | | Deleted on: 02/13/2018 Chart correction: Wrong allergy selected |

### Immunizations Administered as of 12/18/2019                                    Never Reviewed

No immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 12/18/2019

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| amitriptyline (ELAVIL) 50 MG tablet (Taking) | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |
| Sig - Route: Take 1 tablet (50 mg total) by mouth every evening. - Oral | | | | |
| carbinoxamine maleate 4 mg Tab (Taking) | 60 each | 0 | 3/28/2019 | |
| Sig - Route: Take 1 to 2 tablets by mouth 3 (three) times daily as needed. - Oral | | | | |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking) | | | 10/26/2019 | |
| Sig - Route: Take 10 mg by mouth 2 (two) times daily as needed. - Oral Class: Historical Med | | | | |
| DULoxetine (CYMBALTA) 30 MG capsule (Taking) | | | 10/7/2019 | |
| Sig - Route: Take 30 mg by mouth. - Oral Class: Historical Med | | | | |
| gabapentin (NEURONTIN) 300 MG capsule (Taking) | 30 capsule | 0 | 12/18/2019 | 12/17/2020 |
| Sig - Route: Take 1 capsule (300 mg total) by mouth every evening. - Oral | | | | |
| Irbesartan (AVAPRO) 75 MG tablet (Taking) | | | 11/2/2019 | |
| Sig - Route: Take 75 mg by mouth. - Oral Class: Historical Med | | | | |
| levocetirizine (XYZAL) 5 MG tablet (Taking) | | | 11/2/2019 | |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING Class: Historical Med | | | | |
| meloxicam (MOBIC) 15 MG tablet (Taking) | 30 tablet | 2 | 2/21/2019 | |
| Sig - Route: Take 1 tablet (15 mg total) by mouth once daily. - Oral | | | | |
| montelukast (SINGULAIR) 10 mg tablet (Taking) | 30 tablet | 6 | 1/3/2019 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every evening. - Oral | | | | |
| triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking) | 17 g | 3 | 11/2/2018 | |
| Sig - Route: 2 sprays by Nasal route once daily. - Nasal | | | | |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking) | | | 10/28/2019 | 1/6/2020 |
| Sig - Route: Take 1 mg by mouth 2 (two) times daily as needed. - Oral Class: Historical Med | | | | |
| sertraline (ZOLOFT) 100 MG tablet (Taking) | | | 10/7/2019 | 1/8/2020 |
| Sig - Route: Take 100 mg by mouth. - Oral Class: Historical Med | | | | |

Generated on 1/17/20 12:19 PM                                          Page 180

Lincoln/White 0870

05/09/2015  07:31AM  2254485415                     CEDAR POINTE OAKWOOD            PAGE  47/52

ONLC INTERVENTIONAL PAIN MEDICINE          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA             MRN: 1932025, DOB:              Sex: F
Continuity of Care                         Acct #: 72009833162
                                           Enc. Date 12/18/2019

## Medications (continued)

### Outpatient Medications at Start of Encounter as of 12/18/2019 (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Discontinued)** | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Discontinued)** | 60 tablet | 1 | 10/28/2019 | 12/18/2019 |
| Sig: TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Discontinued)** | 60 tablet | 0 | 12/9/2019 | 12/18/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| **diclofenac sodium (VOLTAREN) 1 % Gel (Discontinued)** | 1 Tube | 3 | 8/2/2019 | 12/18/2019 |
| Sig - Route: Apply 4 g topically 4 (four) times daily, for 10 days - Topical (Top) | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule (Discontinued)** | 90 capsule | 1 | 7/8/2019 | 12/18/2019 |
| Sig: TAKE 1 CAPSULE BY MOUTH ONCE DAILY | | | | |
| **irbesartan (AVAPRO) 75 MG tablet (Discontinued)** | 90 tablet | 0 | 10/28/2019 | 12/18/2019 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY | | | | |
| **levocetirizine (XYZAL) 5 MG tablet (Discontinued)** | 30 tablet | 6 | 12/5/2019 | 12/18/2019 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| **rizatriptan (MAXALT) 5 MG tablet (Discontinued)** | 12 tablet | 2 | 9/6/2019 | 12/18/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day. - Oral | | | | |
| **sertraline (ZOLOFT) 100 MG tablet (Discontinued)** | | 6 | 8/2/2019 | 12/18/2019 |
| Sig - Route: Take 100 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)** | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |
| Sig: Take 1 tablet (50 mg total) by mouth every evening. | | | | |
| Route: Oral | | | | |
| **carbinoxamine maleate 4 mg Tab (Taking)** | 60 each | 0 | 3/28/2019 | |
| Sig: Take 1 to 2 tablets by mouth 3 (three) times daily as needed. | | | | |
| Route: Oral | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)** | | | 10/26/2019 | |
| Sig: Take 10 mg by mouth 2 (two) times daily as needed. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking)** | | | 10/7/2019 | |
| Sig: Take 30 mg by mouth. | | | | |
| Class: Historical Med | | | | |
| Route: Oral | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule (Taking)** | 30 capsule | 0 | 12/18/2019 | 12/17/2020 |
| Sig: Take 1 capsule (300 mg total) by mouth every evening. | | | | |
| Route: Oral | | | | |
| **irbesartan (AVAPRO) 75 MG tablet (Taking)** | | | 11/2/2019 | |

Generated on 1/17/20 12:19 PM                                             Page 181

Lincoln/White 0871

05/09/2015  07:31AM  2254485415                     CEDAR POINTE OAKWOOD              PAGE  48/52

ONLC INTERVENTIONAL PAIN MEDICINE              White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                 MRN: 1932025, DOB:           Sex: F
Continuity of Care                             Acct #: 72009833162
                                               Enc. Date 12/18/2019

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp. | Refills | Start | End |
|---|---|---|---|---|
| Sig: Take 75 mg by mouth.<br>Class: Historical Med<br>Route: Oral | | | | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)**<br>Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING<br>Class: Historical Med | | | 11/2/2019 | |
| **meloxicam (MOBIC) 15 MG tablet (Taking)**<br>Sig: Take 1 tablet (15 mg total) by mouth once daily.<br>Route: Oral | 30 tablet | 2 | 2/21/2019 | |
| **montelukast (SINGULAIR) 10 mg tablet (Taking)**<br>Sig: Take 1 tablet (10 mg total) by mouth every evening.<br>Route: Oral | 30 tablet | 6 | 1/3/2019 | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking)**<br>Sig: 2 sprays by Nasal route once daily.<br>Route: Nasal | 17 g | 3 | 11/2/2018 | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 mg by mouth 2 (two) times daily as needed.<br>Class: Historical Med<br>Route: Oral | | | 10/28/2019 | 1/6/2020 |
| **sertraline (ZOLOFT) 100 MG tablet (Taking/Discontinued)**<br>Sig: Take 100 mg by mouth.<br>Class: Historical Med<br>Route: Oral<br>Reason for Discontinue: **Patient no longer taking** | | | 10/7/2019 | 1/8/2020 |

## Progress Notes

### Progress Notes by Lindsay B. Brunson, PA-C at 12/18/2019 12:00 PM

Author: Lindsay B. Brunson, PA-C          Service: —                                    Author Type: Physician Assistant
Filed: 12/18/2019 10:30 AM                Encounter Date: 12/18/2019                    Creation Time: 12/18/2019 10:06 AM
Status: Signed                            Editor: Lindsay B. Brunson, PA-C (Physician Assistant)

**Chief Pain Complaint:**
Knee Pain
Low-back Pain

**Interval History:** Patient was seen on 11/20/19. At that time she underwent bilateral Genicular Nerve Block with RN IV sedation.  The patient reports that she is/was slightly better following the procedure.  she reports 60% pain relief.  The changes lasted 1 week.  The changes have NOT continued through this visit.

**History of Present Illness:**
Sabrina Lynette White is a 47 y.o. female  who is presenting with a chief complaint of Knee Pain. The patient began experiencing this problem insidiously, and the pain has been gradually worsening over the past 2 year(s). The pain is described as throbbing, cramping, aching and heavy and is located in the bilateral knees . Pain is intermittent and lasts hours. The  pain is nonradiating. The patient rates her pain a 7 out of ten and interferes with activities of daily living a 7 out of ten. Pain is exacerbated by prolonged standing, ambulaiton and is improved by rest. Patient reports prior trauma, no prior spinal surgery

PAGE 48/52 * RCVD AT 1/17/2020 4:39:59 PM [Eastern Standard Time] * SVR:VA1PWFAX101/3 * DNIS:6034272684 * CSID:2254485415 * ANI:12254482629 * DURATION (mm-ss):30-10

Lincoln/White 0872

ONLC INTERVENTIONAL PAIN MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72009833162
Enc. Date 12/18/2019

**Progress Notes (continued)**

### Progress Notes by Lindsay B. Brunson, PA-C at 12/18/2019 12:00 PM (continued)

She also complains of back Pain. The patient began experiencing this problem insidiously, and the pain has been gradually worsening. The pain is described as throbbing, cramping, aching and heavy and is located in the bilateral lumbar spine. Pain is intermittent and lasts hours. The  pain is nonradiating. The patient rates her pain a 7 out of ten and interferes with activities of daily living a 7 out of ten. Pain is exacerbated by prolonged standing, ambulaiton and is improved by rest. Patient reports prior trauma, no prior spinal surgery

- **pertinent negatives:** No fever, No chills, No weight loss, No bladder dysfunction, No bowel dysfunction, No saddle anesthesia
- **pertinent positives:** none
- medications, other therapies tried (physical therapy, injections):
 >> NSAIDs, Tylenol and flexeril
 >> Has previously undergone Physical Therapy
 >> Has NOT previously undergone spinal injection/s
        - Patient has tried IA knee injections and Synvisc with limited relief of pain
        - bilateral Genicular Nerve Block with RN IV sedation on 11/20/19 with 60% pain relief x 1 week

Imaging / Labs / Studies (reviewed on 12/18/2019):

**Results for orders placed during the hospital encounter of 09/11/10**
**X-Ray Lumbar Spine Complete 5 View**
*Narrative*          *RESULTS:*
                     *Lumbosacral spine x-ray, 5 views*
                     *Clinical Indication: TRAUMA WITH PAIN,  Back pain*
                     *Findings:     There are 5 weight bearing lumbar vertebra. The vertebral*
                     *body heights and intervertebral disc heights are well-maintained.*
                     *Negative for spondylolysis or spondylolisthesis. The sacral ala and*
                     *sacroiliac joints are intact. The bowel gas pattern is normal. There is*
                     *convex right curvature of the lumbosacral junction, likely positional.*
                     *Minor anterior spondylosis is present in the lower thoracic spine.*
                     *IMPRESSION:*
                     * Normal lumbar spine series. Incidental findings as noted above.*

**Results for orders placed during the hospital encounter of 11/01/18**
**X-Ray Lumbar Spine AP And Lateral**
*Narrative*          *COMPARISON:*
                     *07/19/2017 radiograph*
                     *FINDINGS:*
                     *No scoliosis.  Mild spurring of the endplates is noted.  Vertebral body heights*
                     *and intervertebral disc spaces are maintained.  No acute fracture or listhesis.*

**Results for orders placed during the hospital encounter of 07/19/17**
**X-Ray Cervical Spine AP And Lateral**
*Narrative*          *Comparison: 09/11/2010*
                     *2 views, 4 images*
                     *Findings:*
                     *Straightening of the normal curvature again noted.  There is anterior and*

Generated on 1/17/20 12:19 PM                                                    Page 183

Lincoln/White 0873

ONLC INTERVENTIONAL PAIN MEDICINE          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA             MRN: 1932025, DOB:        '       Sex: F
Continuity of Care                         Acct #: 72009833162
                                           Enc. Date 12/18/2019

## Progress Notes (continued)

**Progress Notes by Lindsay B. Brunson, PA-C at 12/18/2019 12:00 PM (continued)**

|  |  |
|---|---|
| | *posterior marginal spurring with minimal loss of disc height at the C5-6 level. Minimal loss of disc height noted throughout remainder of the C-spine. Vertebral body height and alignment well maintained. No fracture or subluxation. Prevertebral soft tissues, C1-2 articulation and odontoid normal in appearance allowing for positioning.* |
| *Impression* | *Spondylosis without acute fracture or subluxation. Persistent straightening of the normal C-spine curvature. Followup and/or further evaluation as warranted.* |

**Results for orders placed during the hospital encounter of 09/11/10**
**X-Ray Cervical Spine Complete 5 view**

|  |  |
|---|---|
| *Narrative* | *Clinical Indication: TRAUMA WITH PAIN,* |
| | *Findings:    No comparison studies are available. There is normal alignment of the 7 cervical vertebra. The vertebral body heights and intervertebral disc heights are well maintained. The posterior elements are intact and the prevertebral soft tissues are normal thickness. The orientation of the dens and the lateral masses are normal. The lung apices are clear. The nerve root foramina are widely patent. Anterior annular calcifications are present at the C5/C6 level. IMPRESSION:* |
| | *Normal cervical spine series. Incidental findings as noted above.* |

**Review of Systems:**
CONSTITUTIONAL: patient denies any fever, chills, or weight loss
SKIN: patient denies any rash or itching
RESPIRATORY: patient denies having any shortness of breath
GASTROINTESTINAL: patient denies having any diarrhea, constipation, or bowel incontinence
GENITOURINARY: patient denies having any abnormal bladder function

MUSCULOSKELETAL:
- patient complains of the above noted pain/s (see chief pain complaint)

NEUROLOGICAL:
- pain as above
- strength in Lower extremities is intact, BILATERALLY
- sensation in Lower extremities is intact, BILATERALLY
- patient denies any loss of bowel or bladder control

PSYCHIATRIC: patient denies any change in mood

Other:  All other systems reviewed and are negative

**Physical Exam:**
Vitals:
BP (!) 127/95 (BP Location: Right arm, Patient Position: Sitting, BP Method: Medium (Automatic)) | Pulse 103

Generated on 1/17/20 12:19 PM                                              Page 184

Lincoln/White 0874

| | |
|---|---|
| ONLC INTERVENTIONAL PAIN MEDICINE<br>OCHSNER, BATON ROUGE REGION LA<br>Continuity of Care | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72009833162<br>Enc. Date 12/18/2019 |

**Progress Notes (continued)**

**Progress Notes by Lindsay B. Brunson, PA-C at 12/18/2019 12:00 PM (continued)**

| Resp 18  | Ht 5' 3" (1.6 m)  | Wt 114.8 kg (253 lb)  | BMI 44.82 kg/m² (reviewed on 12/18/2019)

General: alert and oriented, in no apparent distress.
Gait: ambulates with cane.
Skin: no rashes, no discoloration, no obvious lesions
HEENT: normocephalic, atraumatic. Pupils equal and round.
Cardiovascular: no significant peripheral edema present.
Respiratory: without use of accessory muscles of respiration.

Musculoskeletal - Lumbar Spine:
- Pain on flexion of lumbar spine: Absent
- Pain on extension of lumbar spine: Present
- Lumbar facet loading: Present
- TTP over the lumbar facet joints: Present Bilaterally at L5-S1
- TTP over the lumbar paraspinals: Present
- TTP over the SI joints:  Absent
- TTP over GT bursa: Absent
- Straight Leg Raise: Negative
- FABER: Negative

Knees:
- Effusion: Absent
- TTP: Present over medial/ lateral joint line
- Pain with extension: Present
- Pain with flexion: Present
- Crepitus: Present

Neuro - Lower Extremities:
- BLE Strength: R/L: HF: 5/5, HE: 5/5, KF: 5/5; KE: 5/5; FE: 5/5; FF: 5/5
- Extremity Reflexes: Brisk and symmetric throughout
- Sensory: Sensation to light touch intact bilaterally

Psych:  Mood and affect is appropriate

**Assessment:**
Sabrina Lynette White is a 47 y.o. year old female who is presenting with

**Encounter Diagnoses**

| Name | Primary? |
|---|---|
| • Lumbar spondylosis | Yes |
| • Facet arthritis of lumbar region | |

Generated on 1/17/20 12:19 PM                                              Page 185

Lincoln/White 0875

05/09/2015  07:31AM  2254485415                    CEDAR POINTE OAKWOOD            PAGE  52/52

ONLC INTERVENTIONAL PAIN MEDICINE          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA             MRN: 1932025, DOB:              Sex: F
Continuity of Care                         Acct #: 72009833162
                                           Enc. Date 12/18/2019

### Progress Notes (continued)

**Progress Notes by Lindsay B. Brunson, PA-C at 12/18/2019 12:00 PM (continued)**

- Primary osteoarthritis of both knees
- Chronic pain of both knees

**Plan:**
1. Interventional:
- S/p bilateral Genicular Nerve Block with RN IV sedation on 11/20/19 with 60% pain relief x 1 week.  We will not move forward with RFA due to limited pain relief response.
- Schedule bilateral L3-5 MBB with RN IV sedation.

2. Pharmacologic:
- Continue Flexeril 10mg BID PRN.
- She was started on gabapentin 300mg QHS today.

3. Rehabilitative: Encouraged

4. Diagnostic: None for now.

5. Follow up: 4 weeks for Post Injection.

- I discussed the risks, benefits, and alternatives to potential treatment options. All questions and concerns were fully addressed today in clinic. Dr. Verma was consulted regarding the patient plan and agrees.

*Lindsay Brunson, PA-C*

Electronically signed by Lindsay B. Brunson, PA-C on 12/18/2019 10:30 AM

**H&P Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

12/18/2019 1030 - Lindsay B. Brunson, PA-C
Dispositions:              Follow up for Lumbar MBB in 1-3 weeks.

## END OF REPORT

Generated on 1/17/20 12:19 PM                                           Page 186

_PAGE 52/52 * RCVD AT 1/17/2020 4:39:59 PM [Eastern Standard Time] * SVR:VA1PWFAX101/3 * DNIS:6034272684 * CSID:2254485415 * ANI:12254482629 * DURATION (mm-ss):30-10

Lincoln/White 0876

05/09/2015  06:25AM  2254485415          CEDAR POINTE OAKWOOD          PAGE  01/41



TO: Iesha Griffin

FAX #: (603) 427-2684

FROM: Sabrina White

DATE: 1/17/20

# OF PAGES (Including Cover): 195

RE: Papers Fax Separately

__PAGE 1/24 * RCVD AT 1/17/2020 3:33:53 PM [Eastern Standard Time] * SVR:VA1PWFAX101/0 * DNIS:6034272684 * CSID:2254485415 * ANI:2254482629 * DURATION (mm-ss):13-08

Lincoln/White 0877



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  _Sabrina White_

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative  _Sabrina White_

Date of Birth: __ _____  Claim Number: __7830485__  Date: __12/23/19__

**A copy of this authorization will be considered as valid as the original**

pg. 1 Psychotherapy.2015

Lincoln/White 0878

05/09/2015  06:25AM  2254485415                CEDAR POINTE OAKWOOD              PAGE  03/41

## ACTIVITIES QUESTIONNAIRE

 **Lincoln**
Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

**Return To:** Ieesha G.

page 1 of 3

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO: 7830485                           DATE OF BIRTH:

EMPLOYER/SPONSOR: Walmart, Inc.

### TO BE COMPLETED BY THE CLAIMANT:

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit _20 mins_  stand _15 to 20 mins_  walk _30 mins_

How many hours a day do you:

sit _3 ~~hrs~~ W2 sew when cooking_  stand _60 mins_  walk _1½ hrs (break in between)_

Do you take a nap during the day?

Yes _✓_  No _____

If Yes, for how long? _4 hrs_  At what time of the day? _9 Am to 3pm_

How many hours a day do you spend in bed? _8 to 70_

Do you require any assistive devices such as a:

cane _✓_  walker _____  crutches _____  wheelchair _____  other _Braces 2 Knees 1 Ankle 2 Hands daughter when get out of tub_

How long are you able to sit in a car? _15 or 20 mins_

Do you hold a valid driver's license?

Yes _____  No _X_

If No, please explain: _I use transportation with Medicaid or Friend_

If Yes, how long are you able to drive a car? _____

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you? _By Phone_

Do you have children?

Yes _X_  No _____  If Yes, what are their dates of birth _1/29/06_

Do you need help caring for your children?

Yes _____  No _X_

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes _____  No _X_  If Yes, please explain _____

How many times a day do you leave the house during the week? _2 ✓_

On the weekends? _1 to 3_

How often do you run errands? _When its ~~???~~ Necessary_

Please describe what errands you most commonly run: _Meds Groceries and a doctors_

_PAGE 3/24 * RCVD AT 1/17/2020 3:33:53 PM [Eastern Standard Time] * SVR:VA1PWFAX101/0 * DNIS:6034272684 * CSID:2254485415 * ANI:2254482629 * DURATION (mm-ss):13-08_

Lincoln/White 0879

05/09/2015  06:25AM  2254485415          CEDAR POINTE OAKWOOD          PAGE  04/41

 **Lincoln** Financial Group®

ACTIVITIES QUESTIONNAIRE
*page 2 of 3*

How often do you get outdoors? ___Rarely___

Are you left or right hand dominant?          Left __✓__          Right _____

Are you able to work in your garden?          Yes _____          No __✗__

Are you able to work on your house?          Yes _____          No __✓__

Are you able to wash your car?          Yes _____          No __✗__

How much time is spent daily on your home computer?
__✓__ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
__✓__ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.  Please check all that apply:
_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails
_____ Visit chat rooms _____ Photos   Other: __N/A__

What computer software applications do you utilize.  Please check all that apply:
_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics
_____ Photo software (Photoshop) _____ Programming  Other: __N/A__

Do you have a working home copy machine/fax machine?  _____ Yes __✗__ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities.  If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | Myself/Daughter | Yes |
| Carrying groceries into the house | Myself/Daughter | YES |
| Cooking meals | I & My Daughter | YES |
| Cleaning after meals | My Daughter | YES |
| Cleaning bathrooms | My Daughter | YES |
| Vacuuming | Both | YES |
| Doing the laundry | Both | YES |
| Opening and responding to mail | Me | NO |
| Managing your finances | N/A | N/A |
| Balancing your checkbook | N/A | N/A |
| Bathing yourself | Both | Yes |
| Styling your own hair | Me | NO |
| Getting dressed | Both | YES |
| Going up and down stairs | N/A | N/A |

Have you been confined to a hospital within the last 12 months?  Yes _____  No __✗__

If Yes, please provide reason and hospital contact Information: _____

PAGE 4/24 * RCVD AT 1/17/2020 3:33:53 PM [Eastern Standard Time] * SVR:VA1PWFAX101/0 * DNIS:6034272684 * CSID:2254485415 * ANI:2254482629 * DURATION (mm-ss):13-08

Lincoln/White 0880

05/09/2015  06:25AM  2254485415                CEDAR POINTE OAKWOOD              PAGE  05/41

 **Lincoln**
Financial Group®

ACTIVITIES QUESTIONNAIRE
page 3 of 3

How often do you travel or take vacation?  _____ None _____

Where do you go? How do you get there (transportation method)?  _____

Are you able to pursue your hobbies?      Yes _____    No _X_

If Yes, please describe  _____

Do you participate in an exercise program?    Yes _____    No _X_

If Yes, please describe  _____

Do you do any Volunteer work?      Yes _____    No _X_

If Yes:

    how many hours per day?  _____

    how many hours per week?  _____

    for whom?  _____

Are you working for wages?      Yes _____    No _X_

If Yes, please provide employer's name  _____

Describe in your own words, what prevents you from engaging in any gainful employment.

    N/A

Please describe your daily routine: (if more space is needed, please use the back of this form)

Due to my daughter & I have been Homeless I slep in Home schooled. cook Breakfast Lunch & Dinner I sleep after taken my meds. Wake up to fix Lunch & Help daughter W/ Home work if needed.

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

NO Email my Phone is off

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Daughter A @ Carlees Phone 225 - 2449 4286

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: Sabrina White          Date: 12/23/19

PAGE 5/24 * RCVD AT 1/17/2020 3:33:53 PM [Eastern Standard Time] * SVR:VA1PWFAX101/0 * DNIS:6034272684 * CSID:2254485415 * ANI:2254482629 * DURATION (mm-ss):13-08

Lincoln/White 0881

05/09/2015  06:25AM  2254485415                CEDAR POINTE OAKWOOD                PAGE  06/41



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT :

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _Sabrina White_

Name of legal representative, if applicable (print) _____    Relationship _____

Signature of claimant or legal representative _Sabrina White_

Date of Birth: _____    Claim Number: _7830485_    Date: _2/23/19_

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2018

PAGE 6/24 * RCVD AT 1/17/2020 3:33:53 PM [Eastern Standard Time] * SVR:VA1PWFAX101/0 * DNIS:6034272684 * CSID:2254485415 * ANI:2254482629 * DURATION (mm-ss):13-08

Lincoln/White 0882

05/09/2015  06:25AM  2254485415                    CEDAR POINTE OAKWOOD                PAGE  07/41


## Lincoln
### Financial Group®

## CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

**Return To:** Ieesha G.

---

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO: 7830485

EMPLOYER/SPONSOR: Walmart, Inc.                    DATE OF BIRTH:

---

### TO BE COMPLETED BY EMPLOYEE:

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from <u>01/01/2019</u> to <u>PRESENT</u>.  *If additional space is needed, please use a separate sheet of paper.*

### MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: Ochsner — Karan Verma Dr     Name: Ochsner, Ireene N. Evu leocha
Specialty: Pain doc                Specialty: Foot Pain
Address: 10310 The Grove Blvd      Address: Same
Baton Rouge, LA 70836
Telephone No.: 225754  Fax No.: (   )     Telephone No.: (   )    Fax No.: (   )

Name: Ochsner Lindsay Brunson     Name: Andra Cotheen
Specialty: PA-C                    Specialty: PCA
Address: Same                      Address: Same
Telephone No.: (   )  Fax No.: (   )     Telephone No.: (   )  Fax No.: (   )

### MEDICAL INSURANCE CARRIER(S):

Name: Medicaid                     Name:
Specialty:                         Specialty:
Address:                           Address:
Telephone No.: (   )  Fax No.: (   )     Telephone No.: (   )  Fax No.: (   )

### PHARMACY(S):

Name: Walmart                      Name:
Specialty: Meds                    Specialty:
Address:                           Address:
Telephone No.: (   )  Fax No.: (   )     Telephone No.: (   )  Fax No.: (   )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

PAGE 7/24 * RCVD AT 1/17/2020 3:33:53 PM [Eastern Standard Time] * SVR:VA1PWFAX101/0 * DNIS:6034272684 * CSID:2254485415 * ANI:2254482629 * DURATION (mm-ss):13-08

Lincoln/White 0883

SIGNATURE: _Sabrina White_        DATE: _12/23/19_

Here is access to my medical
Report as Follow:

Oschner online
Username Sabrinla White
Passwork Tillman7
                    i
            Tillman7

P.S.

* I am not in Therapy.
* DR. Thomas is No Longer
    at Ochsner
   * DR. Browning Referred me
      to Doctor Verma For my
   Procedure.
  * Once everything is done
    I will see Dr. Browning
  * DR. Derpinguy Diagnose
    me w/ carpal tunnel and Now
    I have tremors in both Hands.

—PAGE 8/24 * RCVD AT 1/17/2020 3:33:53 PM [Eastern Standard Time] * SVR:VA1PWFAX101/0 * DNIS:6034272684 * CSID:2254485415 * ANI:2254482629 * DURATION (mm-ss):13-08

Lincoln/White 0884

# CLAIMANT SUPPLEMENTARY STATEMENT



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

**Return to:** Ieesha G.

| EMPLOYEE/CLAIMANT NAME: Sabrina White | CLAIM #: 7830485 |
|---|---|
| EMPLOYER: Walmart, Inc. | DATE OF BIRTH: 12/03/1972 |

| Full Name (Last, First, Middle In.) White L Sabrina | Social Security # 330 645006 | Email Address Sabrinawhite170@gmail.com |
|---|---|---|
| Street Address 9163 Cedar Ct | City PR | State LA | Zip Code 70812 |
| Telephone Number (include area code) N/A | Cell Phone Number (include area code) N/A | Marital Status Single |
| Spouse's Full Name and Date of Birth | Number of Children 1 | Dates of Birth of Children 1/29/06 |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Geraldine Whigham    Relationship to you? mother    Tel #. (601) 639-7440

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. No

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. No

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? No

Do you hold a professional license? If yes, for what purpose? No

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. No

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. No

Are you pursuing moneys from a third party, Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| | X | Wages/ Income/ Money/ Unemployment | $ | | | |
| | X | Social Security (disability or retirement) | $ | | | |
| | X | Social Security (for your spouse/dependents) | $ | | | |
| | X | Short Term Disability or State Disability | $ | | | |
| | X | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| | X | Workers' Compensation | $ | | | |
| | X | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| | X | Other income/money/benefit (describe) | | | | |

If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive. Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____    **EMPLOYEE'S SIGNATURE:** _____

Lincoln/White 0885

05/09/2015  06:25AM  2254485415                    CEDAR POINTE OAKWOOD              PAGE  02/41

 **Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:**  Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)   _Sabrina White_

Name of legal representative, if applicable (print) _____  Relationship _____

Signature of claimant or legal representative  _Sabrina White_

Date of Birth:  _12/03/1972_     Claim Number:  _7830485_   Date:  _12/23/19_

**A copy of this authorization will be considered as valid as the original**

pg. 1 Psychotherapy.2015

PAGE 2/24 * RCVD AT 1/17/2020 3:33:53 PM [Eastern Standard Time] * SVR:VA1PWFAX101/0 * DNIS:6034272684 * CSID:2254485415 * ANI:2254482629 * DURATION (mm-ss):13-08

Lincoln/White 0886

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. SABRINA WHITE

Lincoln/White 0887



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

January 14, 2020

Ms. Sabrina L. White

RE:     Long Term Disability (LTD) Benefits
        Walmart, Inc.
        Claim #: 7830485

Dear Ms. Sabrina White:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by January 25, 2020.

***We only need medical records from Total Rehab of Baton Rouge***

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Ieesha G.
Ltd Specialist II
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments:   7830485-REQUEST-CLAIMANT PROOF OF DISABILITY/FORMS-12.16.2019

1  of  1

Lincoln/White 0888

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. SABRINA WHITE

Lincoln/White 0889



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

December 18, 2019

Ms. Sabrina L. White

RE:     Long Term Disability (LTD) Benefits
        Walmart, Inc.
        Claim #: 7830485

Dear Ms. Sabrina White:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term
Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD
Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of
additional information.

We have received the information that we previously requested; however, we are unable to complete
our investigation based on the information received. To thoroughly review the claim for benefits,
we need additional information.

On Dec. 12, we requested medical records from you and your providers.     This information is
necessary to complete our ongoing claims investigation. Please provide us with the following
information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment
  plans from September 1, 2018 through present from TOTAL REHAB OF BATON ROUGE,
  DR. EVULEOCHA, DR. DERPINGNY, DR. BROWNING, and DR. THOMAS

If there are any other attending physicians or specialists, including physical therapy providers, that
we are unaware of, please have them forward all medical records pertinent to your disability within
the timeframe stated above.

You are currently receiving benefits based on your inability to perform the material and substantial
duties of your own occupation.

To remain eligible for benefits beyond the February 2020 month, you must be disabled from any
occupation. As your benefits began on February 14, 2018, the change in definition will occur on

1  of 2

Lincoln/White 0890

February 14, 2020. We are currently gathering information to assess your continued eligibility for benefits beyond this date. As part of our investigation, we will be contacting your treating physician(s). If you have changed physicians or have been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please complete the following forms and return them in the envelope provided by January 25, 2020:

<u>X</u>  Activities Questionnaire Form
<u>X</u>  Authorization - Medical
<u>X</u>  Claimant Information Form
<u>X</u>  Claimant Supplementary Statement
<u>X</u>  Authorization
<u>  </u>  Other

Walmart, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by January 25, 2020, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by February 24, 2020, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than February 24, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ieesha G.
Ltd Specialist II
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

2  of 2

Lincoln/White 0891

# ACTIVITIES QUESTIONNAIRE



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

**Return To:** Ieesha G. _____

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: Sabrina White _____

CLAIM NO: 7830485 _____    DATE OF BIRTH: _____

EMPLOYER/SPONSOR: Walmart, Inc. _____

## TO BE COMPLETED BY THE CLAIMANT:

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit _____    stand _____    walk _____

How many hours a day do you:

sit _____    stand _____    walk _____

Do you take a nap during the day?

Yes_____    No _____

If Yes, for how long? _____    At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

cane _____    walker_____    crutches _____    wheelchair _____    other_____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

Yes_____    No _____

If No, please explain: _____

If Yes, how long are you able to drive a car? _____

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

Yes_____    No _____    If Yes, what are their dates of birth _____
_____

Do you need help caring for your children?

Yes _____    No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes_____    No _____    If Yes, please explain _____

How many times a day do you leave the house during the week? _____

On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

Lincoln/White 0892



How often do you get outdoors? _____

Are you left or right hand dominant?                      Left _____    Right _____

Are you able to work in your garden?                      Yes _____    No _____

Are you able to work on your house?                      Yes _____    No _____

Are you able to wash your car?                      Yes _____    No _____

How much time is spent daily on your home computer?

_____ None  _____ 0-1 hours  _____ 1-2 hours  _____ 2-3 hours  _____ 3+ hours

How much time is spent weekly on your home computer?

_____ None  _____ 0-1 hours  _____ 1-2 hours  _____ 2-3 hours  _____ 3+ hours

What activities do you perform on your home computer.   Please check all that apply:

_____ Pay bills  _____ Read news/articles  _____ Use search engines  _____ Send emails

_____ Visit chat rooms  _____ Photos  Other: _____

What computer software applications do you utilize.  Please check all that apply:

_____ Word processing (Word)  _____ Spreadsheets (Excel)  _____ Database (Access)  _____ Graphics

_____ Photo software (Photoshop)  _____ Programming  Other: _____

Do you have a working home copy machine/fax machine?  _____  Yes  _____  No

If yes, please explain purpose and usage:  _____

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | _____ | _____ |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months?  Yes _____    No _____

If Yes, please provide reason and hospital contact Information: _____

_____

_____

Lincoln/White 0893



How often do you travel or take vacation?  _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?          Yes _____    No _____

If Yes, please describe _____

Do you participate in an exercise program?        Yes _____    No _____

If Yes, please describe _____

Do you do any Volunteer work?              Yes _____    No _____

If Yes:

    how many hours per day?  _____

    how many hours per week?_____

    for whom? _____

Are you working for wages?               Yes _____    No _____

If Yes, please provide employer's name  _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment.</u>**

_____

_____

_____

_____

_____

_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____

_____

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _____    Date: _____

Signature: _____



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: __ _____ Claim Number: __7830485___ Date: _____

## A copy of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2018

Lincoln/White 0895



# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

**Return To:**  Ieesha G.

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: Sabrina White | |
| CLAIM NO: 7830485 | |
| EMPLOYER/SPONSOR: Walmart, Inc. | DATE OF BIRTH: |

## TO BE COMPLETED BY EMPLOYEE:

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2019 to **PRESENT**.  *If additional space is needed, please use a separate sheet of paper.*

### MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____     Name: _____
Specialty: _____     Specialty: _____
Address: _____     Address: _____
_____     _____
Telephone No. :(___)_____  Fax No. :(___)_____     Telephone No. :(___)_____  Fax No. :(___)_____

Name: _____     Name: _____
Specialty: _____     Specialty: _____
Address: _____     Address: _____
_____     _____
Telephone No. :(___)_____  Fax No. :(___)_____     Telephone No. :(___)_____  Fax No. :(___)_____

### MEDICAL INSURANCE CARRIER(S):

Name: _____     Name: _____
Specialty: _____     Specialty: _____
Address: _____     Address: _____
_____     _____
Telephone No. :(___)_____  Fax No. :(___)_____     Telephone No. :(___)_____  Fax No. :(___)_____

### PHARMACY(S):

Name: _____     Name: _____
Specialty: _____     Specialty: _____
Address: _____     Address: _____
_____     _____
Telephone No. :(___)_____  Fax No. :(___)_____     Telephone No. :(___)_____  Fax No. :(___)_____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

Lincoln/White 0896

SIGNATURE: _____ DATE: _____

Lincoln/White 0897

# CLAIMANT SUPPLEMENTARY STATEMENT



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

**Return to:** Ieesha G.

| EMPLOYEE/CLAIMANT NAME: Sabrina White | CLAIM #: 7830485 |
|---|---|
| EMPLOYER: Walmart, Inc. | DATE OF BIRTH: |

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).

| Name | Relationship to you? | Tel #. |
|---|---|---|

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Short Term Disability or State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Other income/money/benefit (describe) _____ | _____ | _____ | _____ | _____ |

If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____    **EMPLOYEE'S SIGNATURE:** _____

DP 409

Lincoln/White 0898



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

## <u>AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION</u>

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: __ _____ Claim Number: __7830485__ Date: _____

### A copy of this authorization will be considered as valid as the original

pg. 1 Psychotherapy.2015

Lincoln/White 0899

**Medical Record Overview**

**Date:**    December 25, 2019

**Patient Name:**    WHITE, SABRINA

**Records From:**    OCHSNER HEALTH CARE          **RP ID:** 5997750
8150 JEFFERSON HWY
BATON ROUGE, LA  70809          **Client ID:** 7830485
(225) 336-3100
                                                        **Source:** L-WALMAR
**Request Scope:**  From September 1, 2018 to Present
                                                        **Req By:** I Griffin
**Chart Range:**    09/11/2018 - 08/13/2019                    05-290765

**SSN:**

| Classification | From | To | Total | Starts on Page |
|---|---|---|---|---|
| Progress Notes | Sep 11 2018 | Aug 13 2019 | 100 | 2 |
| Labs/Diagnostics | Nov 1 2018 | Nov 1 2018 | 6 | 102 |
| Request Corr. | | | 5 | 108 |

**Total Page Count:**    111

**Notes From QC:**

Lincoln/White 0900

**Progress Notes - 08/13/2019**

| | |
|---|---|
| JPLC FAMILY MEDICINE<br>OCHSNER, BATON ROUGE REGION LA<br>Continuity of Care | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72009132516<br>Enc. Date 8/13/2019 |

## Visit Summary

**Reason for Visit**

swollen lips

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Angioedema, initial encounter   -   Primary | ICD-10-CM: T78.3XXA<br>ICD-9-CM: 995.1 | |

**Problem List** as of 8/13/2019                                                                 Date Reviewed: **8/2/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 9/17/2014 -<br>Present |
| Essential hypertension | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 11/29/2016 -<br>Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 11/29/2016 -<br>Present |
| Primary insomnia | ICD-10-CM: F51.01<br>ICD-9-CM: 307.42 | | | 11/29/2016 -<br>Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | | | 8/27/2017 -<br>Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0<br>ICD-9-CM: 715.96 | | | 9/27/2017 -<br>Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22<br>ICD-9-CM: 721.0 | | | 9/27/2017 -<br>Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01,<br>Z68.41<br>ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 -<br>Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03<br>ICD-9-CM: 354.0 | | | 11/1/2018 -<br>Present |
| Dyslipidemia | ICD-10-CM: E78.5<br>ICD-9-CM: 272.4 | | | 11/2/2018 -<br>Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42<br>ICD-9-CM: 717.7 | | | 11/24/2017 -<br>10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41<br>ICD-9-CM: 717.7 | | | 11/24/2017 -<br>10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562<br>ICD-9-CM: 719.46 | | | 3/19/2018 -<br>10/8/2018 |

**Allergies as of 12/20/2019**

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Aleve [naproxen Sodium] | 08/28/2018<br>11:18 AM | | Kaitlyn N. Tircuit, MA | | | |
| Aspirin | 08/28/2018<br>11:18 AM | | Lija Thomas, MD | | | |
| DELETED:<br>Bayer Aspirin (with Caffeine) [aspirin-caffeine] | 02/13/2018<br>11:06 AM | | Alexandra Scott, MA | Nausea Only | | Deleted on:<br>02/13/2018<br>Chart correction:<br>Wrong allergy selected |

**Immunizations Administered as of 8/13/2019**                                                          Never Reviewed

Generated on 12/20/19 11:00 AM                                                                              Page 100

Lincoln/White 0901

Progress Notes - 08/13/2019

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72009132516
Enc. Date 8/13/2019

## Visit Summary (continued)

**Immunizations Administered as of 8/13/2019 (continued)**                Never Reviewed

No immunizations on file.

## Medications

**Outpatient Medications at Start of Encounter as of 8/13/2019**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)** | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |
| Sig - Route: Take 1 tablet (50 mg total) by mouth every evening. - Oral | | | | |
| **carbinoxamine maleate 4 mg Tab (Taking)** | 60 each | 0 | 3/28/2019 | |
| Sig - Route: Take 1 to 2 tablets by mouth 3 (three) times daily as needed. - Oral | | | | |
| **montelukast (SINGULAIR) 10 mg tablet (Taking)** | 30 tablet | 6 | 1/3/2019 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every evening. - Oral | | | | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking)** | 17 g | 3 | 11/2/2018 | |
| Sig - Route: 2 sprays by Nasal route once daily. - Nasal | | | | |
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking)** | 60 tablet | 0 | 8/2/2019 | 8/28/2019 |
| Sig: TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)** | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking)** | 90 capsule | 1 | 7/8/2019 | 12/18/2019 |
| Sig: TAKE 1 CAPSULE BY MOUTH ONCE DAILY | | | | |
| **irbesartan (AVAPRO) 75 MG tablet (Taking)** | 90 tablet | 0 | 8/2/2019 | 10/26/2019 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY | | | | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking)** | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth every morning. - Oral | | | | |
| **rizatriptan (MAXALT) 5 MG tablet (Taking)** | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed. Max 30 mg/day. - Oral | | | | |
| **meloxicam (MOBIC) 15 MG tablet** | 30 tablet | 2 | 2/21/2019 | |
| Sig - Route: Take 1 tablet (15 mg total) by mouth once daily. - Oral | | | | |
| **diclofenac sodium (VOLTAREN) 1 % Gel** | 1 Tube | 3 | 8/2/2019 | 12/18/2019 |
| Sig - Route: Apply 4 g topically 4 (four) times daily. for 10 days - Topical (Top) | | | | |
| **sertraline (ZOLOFT) 100 MG tablet** | | 6 | 8/2/2019 | 12/18/2019 |
| Sig - Route: Take 100 mg by mouth once daily. - Oral | | | | |
| Class: Historical Med | | | | |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet (Taking)** | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |
| Sig: Take 1 tablet (50 mg total) by mouth every evening. | | | | |
| Route: Oral | | | | |
| **carbinoxamine maleate 4 mg Tab (Taking)** | 60 each | 0 | 3/28/2019 | |
| Sig: Take 1 to 2 tablets by mouth 3 (three) times daily as needed. | | | | |
| Route: Oral | | | | |
| **montelukast (SINGULAIR) 10 mg tablet (Taking)** | 30 tablet | 6 | 1/3/2019 | |
| Sig: Take 1 tablet (10 mg total) by mouth every evening. | | | | |
| Route: Oral | | | | |

Lincoln/White 0902

**Progress Notes - 08/13/2019**

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72009132516
Enc. Date 8/13/2019

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking) | 17 g | 3 | 11/2/2018 | |
| Sig: 2 sprays by Nasal route once daily. | | | | |
| Route: Nasal | | | | |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking/Discontinued) | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| Sig: Take 1 tablet by mouth 2 (two) times daily as needed. | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| Route: Oral | | | | |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued) | 60 tablet | 0 | 8/2/2019 | 8/28/2019 |
| Sig: TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking/Discontinued) | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| Sig: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| DULoxetine (CYMBALTA) 30 MG capsule (Taking/Discontinued) | 90 capsule | 1 | 7/8/2019 | 12/18/2019 |
| Sig: TAKE 1 CAPSULE BY MOUTH ONCE DAILY | | | | |
| irbesartan (AVAPRO) 75 MG tablet (Taking/Discontinued) | 90 tablet | 0 | 8/2/2019 | 10/26/2019 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| levocetirizine (XYZAL) 5 MG tablet (Taking/Discontinued) | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| Sig: Take 1 tablet (5 mg total) by mouth every morning. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| rizatriptan (MAXALT) 5 MG tablet (Taking/Discontinued) | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |
| Sig: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |

**Ordered Facility-Administered Medications**

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| betamethasone acetate-betamethasone sodium phosphate injection 12 mg | 12 mg | Clinic/HOD 1 time | 8/13/2019 | 8/13/2019 |
| Route: Intramuscular | | | | |

## Progress Notes

**Progress Notes by Andrea D. Cothern, NP at 8/13/2019 2:45 PM**

| Author: Andrea D. Cothern, NP | Service: ---- | Author Type: Nurse Practitioner |
|---|---|---|
| Filed: 8/25/2019 6:32 PM | Encounter Date: 8/13/2019 | Creation Time: 8/25/2019 6:28 PM |
| Status: Signed | Editor: Andrea D. Cothern, NP (Nurse Practitioner) | |

### Subjective:

**Patient ID:** Sabrina Lynette White is a 46 y.o. female.

---

Generated on 12/20/19 11:00 AM                                                    Page 102

Lincoln/White 0903

Progress Notes - 08/13/2019

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:              Sex: F
Continuity of Care                            Acct #: 72009132516
                                              Enc. Date 8/13/2019

## Progress Notes (continued)

### Progress Notes by Andrea D. Cothern, NP at 8/13/2019  2:45 PM (continued)

Chief Complaint
Patient presents with
  • swollen lips


HPI

Sabrina Lynette White is here today with c/o lip swelling x 3 days.  Unsure of trigger.  Does c/o burning and tingling to both lips although more to bottom.  Denies breathing issues, throat swelling, cough or stridor.


Review of Systems
Constitutional: Negative.
HENT: Positive for facial swelling.
Respiratory: Negative.
Cardiovascular: Negative.
Neurological: Negative.


Review of patient's allergies indicates:
Allergen                                                      Reactions
  • Aleve [naproxen sodium]
  • Aspirin


**Medication List with Changes/Refills**

| Current Medications | |
|---|---|
| AMITRIPTYLINE (ELAVIL) 50 MG TABLET | Take 1 tablet (50 mg total) by mouth every evening. |
| BUTALBITAL-ACETAMINOPHEN-CAFFEINE 50-325-40 MG (FIORICET, ESGIC) 50-325-40 MG PER TABLET | Take 1 tablet by mouth 2 (two) times daily as needed. |
| CARBINOXAMINE MALEATE 4 MG TAB | Take 1 to 2 tablets by mouth 3 (three) times daily as needed. |
| CLONAZEPAM (KLONOPIN) 1 MG TABLET | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY |
| CYCLOBENZAPRINE (FLEXERIL) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. |
| DICLOFENAC SODIUM (VOLTAREN) 1 % GEL | Apply 4 g topically 4 (four) times daily for 10 days |
| DULOXETINE (CYMBALTA) 30 MG CAPSULE | TAKE 1 CAPSULE BY MOUTH ONCE DAILY |

Generated on 12/20/19 11:00 AM                                      Page 103

Lincoln/White 0904

**Progress Notes - 08/13/2019**

| JPLC FAMILY MEDICINE | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| Continuity of Care | Acct #: 72009132516 | |
| | Enc. Date 8/13/2019 | |

### Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 8/13/2019  2:45 PM (continued)**

| IRBESARTAN (AVAPRO) 75 MG TABLET | TAKE 1 TABLET BY MOUTH ONCE DAILY |
| LEVOCETIRIZINE (XYZAL) 5 MG TABLET | Take 1 tablet (5 mg total) by mouth every morning. |
| MELOXICAM (MOBIC) 15 MG TABLET | Take 1 tablet (15 mg total) by mouth once daily. |
| MONTELUKAST (SINGULAIR) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth every evening. |
| RIZATRIPTAN (MAXALT) 5 MG TABLET | Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day. |
| SERTRALINE (ZOLOFT) 100 MG TABLET | Take 100 mg by mouth once daily. |
| TRIAMCINOLONE (NASACORT) 55 MCG NASAL INHALER | 2 sprays by Nasal route once daily. |

Patient Active Problem List
Diagnosis
- Essential hypertension
- Adjustment disorder with mixed anxiety and depressed mood
- Primary insomnia
- Migraine headache
- Spondylosis of lumbar region without myelopathy or radiculopathy
- Osteoarthritis of both knees
- Osteoarthritis of spine with radiculopathy, cervical region
- Morbid obesity with BMI of 40.0-44.9, adult
- Carpal tunnel syndrome on both sides
- Dyslipidemia

***Past medical, surgical, family and social histories have been reviewed today.***

**Objective:**

Vitals:

| | 08/13/19 1432 |
| BP: | 128/80 |
| Pulse: | (!) 112 |
| Temp: | 97.5 °F (36.4 °C) |
| SpO2: | 97% |
| Weight: | 116.9 kg (257 lb 11.5 oz) |
| Height: | 5' 3" (1.6 m) |
| PainSc: | 10-Worst pain ever |

Generated on 12/20/19 11:00 AM                                              Page 104

Lincoln/White 0905

Progress Notes - 08/13/2019

| JPLC FAMILY MEDICINE | White, Sabrina Lynette | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| Continuity of Care | Acct #: 72009132516 | |
| | Enc. Date 8/13/2019 | |

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 8/13/2019  2:45 PM (continued)**

PainLoc:        Mouth


Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
**Angioedema noted**
Eyes: Pupils are equal, round, and reactive to light.
Neck: No JVD present. No tracheal deviation present. No thyromegaly present.
Cardiovascular: Regular rhythm, normal heart sounds and intact distal pulses. Tachycardia present.
Pulmonary/Chest: Effort normal and breath sounds normal. No stridor.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
  She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time.
Skin: Capillary refill takes less than 2 seconds.
Vitals reviewed.


## Diagnosis


1.      Angioedema, initial encounter


## Assessment/ Plan

**Angioedema, initial encounter**
-    betamethasone acetate-betamethasone sodium phosphate injection 12 mg


Lip swelling likely due to ARB.
Refuses to stop the ARB due to her medication controlling "my blood pressure so well".
Explained the risks involved in continuing the ARB, voiced understanding.
To ED if s/s worsen, persist, or recur.
Follow-up in clinic as needed.


**Future Appointments**

| Date | Time | Provider | Department | Center |
|---|---|---|---|---|
| 10/17/2019 | 11:00 AM | FAMILY MEDICINE NURSE, JPLC | JPLC FAM MED | Jefferson Pl |
| 11/7/2019 | 10:20 AM | Blakeney M. McKnight, PA-C | HGVC ORTHO | High Grove |

---

Lincoln/White 0906

Progress Notes - 08/13/2019

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:              Sex: F
Continuity of Care                            Acct #: 72009132516
                                              Enc. Date 8/13/2019

**Progress Notes (continued)**

**Progress Notes by Andrea D. Cothern, NP at 8/13/2019 2:45 PM (continued)**

Patient Care Team:
Andrea D. Cothern, NP as PCP - General (General Practice)
Wykia T Lewis, LPN as Care Coordinator

*Andrea Cothern CFNP*

**Andrea Cothern, CFNP**
Ochsner Jefferson Place Family Medicine

Electronically signed by Andrea D. Cothern, NP on 8/26/2019 6:32 PM

**H&P Notes**

No notes of this type exist for this encounter.

**END OF REPORT**

Lincoln/White 0907

Progress Notes - 08/01/2019

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:              Sex: F
Continuity of Care                            Acct #: 72009071457
                                              Enc. Date 8/1/2019

## Visit Summary

**Reason for Visit**

Back Pain
Ankle Pain

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Chronic neck and back pain    - Primary | ICD-10-CM: M54.2, M54.9, G89.29 ICD-9-CM: 723.1, 724.5 | |
| Osteoarthritis of both knees, unspecified osteoarthritis type | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | |
| Chronic ankle pain, bilateral | ICD-10-CM: M25.571, G89.29, M25.572 ICD-9-CM: 719.47, 338.29 | |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | |
| Encounter for Depo-Provera contraception | ICD-10-CM: Z30.42 ICD-9-CM: V25.49 | |
| At high risk for bloodstream infection | ICD-10-CM: Z91.89 ICD-9-CM: V15.89 | |

**Problem List** as of 8/1/2019                                    Date Reviewed: **3/3/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 - Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| Dyslipidemia | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |

**Allergies as of 12/20/2019**

Generated on 12/20/19 11:00 AM                                              Page 89

Lincoln/White 0908

Progress Notes - 08/01/2019

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72009071457
Enc. Date 8/1/2019

## Visit Summary (continued)

### Allergies as of 12/20/2019 (continued)

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Aleve [naproxen Sodium] | 08/28/2018 11:18 AM | | Kaitlyn N. Tircuit, MA | | | |
| Aspirin | 08/28/2018 11:18 AM | | Lija Thomas, MD | | | |
| DELETED: Bayer Aspirin (with Caffeine) [aspirin-caffeine] | 02/13/2018 11:06 AM | | Alexandra Scott, MA | Nausea Only | | Deleted on: 02/13/2018 Chart correction: Wrong allergy selected |

### Immunizations Administered as of 8/1/2019                                Never Reviewed

No immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 8/1/2019

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| amitriptyline (ELAVIL) 50 MG tablet (Taking) | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |
| Sig - Route: Take 1 tablet (50 mg total) by mouth every evening. - Oral | | | | |
| carbinoxamine maleate 4 mg Tab (Taking) | 60 each | 0 | 3/28/2019 | |
| Sig - Route: Take 1 to 2 tablets by mouth 3 (three) times daily as needed. - Oral | | | | |
| meloxicam (MOBIC) 15 MG tablet (Taking) | 30 tablet | 2 | 2/21/2019 | |
| Sig - Route: Take 1 tablet (15 mg total) by mouth once daily. - Oral | | | | |
| montelukast (SINGULAIR) 10 mg tablet (Taking) | 30 tablet | 6 | 1/3/2019 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every evening. - Oral | | | | |
| triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking) | 17 g | 3 | 11/2/2018 | |
| Sig - Route: 2 sprays by Nasal route once daily. - Nasal | | | | |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking) | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking) | 60 tablet | 0 | 7/2/2019 | 8/2/2019 |
| Sig: TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY | | | | |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking) | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| DULoxetine (CYMBALTA) 30 MG capsule (Taking) | 90 capsule | 0 | 6/25/2019 | 8/1/2019 |
| Sig - Route: Take 1 capsule (30 mg total) by mouth once daily. - Oral | | | | |
| DULoxetine (CYMBALTA) 30 MG capsule (Taking) | 90 capsule | 1 | 7/8/2019 | 12/18/2019 |
| Sig: TAKE 1 CAPSULE BY MOUTH ONCE DAILY | | | | |
| irbesartan (AVAPRO) 75 MG tablet (Taking) | 90 tablet | 0 | 5/6/2019 | 8/2/2019 |
| Sig - Route: Take 1 tablet (75 mg total) by mouth once daily. - Oral | | | | |
| levocetirizine (XYZAL) 5 MG tablet (Taking) | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth every morning. - Oral | | | | |
| rizatriptan (MAXALT) 5 MG tablet (Taking) | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed. Max 30 mg/day. - Oral | | | | |

Generated on 12/20/19 11:00 AM                                                Page 90

Lincoln/White 0909

Progress Notes - 08/01/2019

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:            Sex: F
Acct #: 72009071457
Enc. Date 8/1/2019

## Medications (continued)

**Outpatient Medications at Start of Encounter as of 8/1/2019 (continued)**

**Medications the Patient Reported Taking**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| amitriptyline (ELAVIL) 50 MG tablet (Taking)<br>Sig: Take 1 tablet (50 mg total) by mouth every evening.<br>Route: Oral | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |
| carbinoxamine maleate 4 mg Tab (Taking)<br>Sig: Take 1 to 2 tablets by mouth 3 (three) times daily as needed.<br>Route: Oral | 60 each | 0 | 3/28/2019 | |
| meloxicam (MOBIC) 15 MG tablet (Taking)<br>Sig: Take 1 tablet (15 mg total) by mouth once daily.<br>Route: Oral | 30 tablet | 2 | 2/21/2019 | |
| montelukast (SINGULAIR) 10 mg tablet (Taking)<br>Sig: Take 1 tablet (10 mg total) by mouth every evening.<br>Route: Oral | 30 tablet | 6 | 1/3/2019 | |
| triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking)<br>Sig: 2 sprays by Nasal route once daily.<br>Route: Nasal | 17 g | 3 | 11/2/2018 | |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking/Discontinued)<br>Sig: Take 1 tablet by mouth 2 (two) times daily as needed.<br>Notes to Pharmacy: Please consider 90 day supplies to promote better adherence<br>Route: Oral | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued)<br>Sig: TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY<br>Reason for Discontinue: **Reorder** | 60 tablet | 0 | 7/2/2019 | 8/2/2019 |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking/Discontinued)<br>Sig: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed.<br>Notes to Pharmacy: Please consider 90 day supplies to promote better adherence<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| DULoxetine (CYMBALTA) 30 MG capsule (Taking/Discontinued)<br>Sig: Take 1 capsule (30 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Duplicate Order** | 90 capsule | 0 | 6/25/2019 | 8/1/2019 |
| DULoxetine (CYMBALTA) 30 MG capsule (Taking/Discontinued)<br>Sig: TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 90 capsule | 1 | 7/8/2019 | 12/18/2019 |
| irbesartan (AVAPRO) 75 MG tablet (Taking/Discontinued)<br>Sig: Take 1 tablet (75 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 90 tablet | 0 | 5/6/2019 | 8/2/2019 |
| levocetirizine (XYZAL) 5 MG tablet (Taking/Discontinued)<br>Sig: Take 1 tablet (5 mg total) by mouth every morning.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| rizatriptan (MAXALT) 5 MG tablet (Taking/Discontinued)<br>Sig: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day.<br>Route: Oral | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |

Generated on 12/20/19 11:00 AM

Lincoln/White 0910

Progress Notes - 08/01/2019

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72009071457
Enc. Date 8/1/2019

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| Reason for Discontinue: **Reorder** | | | | |

**Ordered Facility-Administered Medications**

|  | Dose | Freq | Start | End |
|---|---|---|---|---|
| medroxyPROGESTERone (DEPO-PROVERA) syringe 150 mg | 150 mg | Clinic/HOD 1 time | 8/1/2019 | 8/1/2019 |
| Route: Intramuscular | | | | |

## All Results

POCT Urine Pregnancy [438056973] (Normal)                    Resulted: 08/01/19 1155, Result status: Final result

Resulted by: J. Ennis, LPn

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| ---- | ---- | 08/01/19 1155 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| POC Preg Test, Ur | Negative | Negative | ---- | ---- |
| Quality Control Acceptable | Yes | — | — | — |

## Progress Notes

**Progress Notes by Andrea D. Cothern, NP at 8/1/2019 10:00 AM**

| | | |
|---|---|---|
| Author: Andrea D. Cothern, NP | Service: — | Author Type: Nurse Practitioner |
| Filed: 8/11/2019 6:31 PM | Encounter Date: 8/1/2019 | Creation Time: 8/11/2019 6:19 PM |
| Status: Signed | Editor: Andrea D. Cothern, NP (Nurse Practitioner) | |

**Subjective:**

**Patient ID:** Sabrina Lynette White is a 46 y.o. female.

Chief Complaint
Patient presents with
• Back Pain
• Ankle Pain

HPI

Sabrina Lynette White is here today with c/o chronic intermittent pain, needs updated referrals. She is currently on OTC pain medication with muscle relaxers. She has not been able to get her pain under control.

FEET --- Last seen by Dr. Evuleocha on 8/28/2018 --- Injection done, f/u in 1 month.
KNEES --- Last seen by B. McKnight, PA on 1/16/2019 --- she was referred to Pain Mgmt and Physical Therapy. Advised to f/u in 6 weeks.

Lincoln/White 0911

Progress Notes - 08/01/2019

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72009071457
Enc. Date 8/1/2019

## Progress Notes (continued)

### Progress Notes by Andrea D. Cothern, NP at 8/1/2019 10:00 AM (continued)

CTS --- Last seen by Dr. Derbigny on 9/5/2018 --- PT referral, splinted
BACK --- Last seen by Dr. Verma on 2/5/2019 --- She was set up for a genicular nerve block and knee injections.  To f/u after injections done.

She requests HIV testing today --- she was cut on her finger by a client she sits for.

Review of Systems
Constitutional: Positive for activity change and fatigue. Negative for appetite change and unexpected weight change.
Respiratory: Negative.
Cardiovascular: Negative.
Musculoskeletal: Positive for arthralgias, back pain, gait problem, myalgias and neck pain. Negative for joint swelling and neck stiffness.
Skin: Negative.

Review of patient's allergies indicates:

| Allergen | Reactions |
| --- | --- |
| • Aleve [naproxen sodium] | |
| • Aspirin | |

Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
| --- | --- | --- | --- |
| • amitriptyline (ELAVIL) 50 MG tablet | Take 1 tablet (50 mg total) by mouth every evening. | 30 tablet | 6 |
| • butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet | Take 1 tablet by mouth 2 (two) times daily as needed. | 30 tablet | 0 |
| • carbinoxamine maleate 4 mg Tab | Take 1 to 2 tablets by mouth 3 (three) times daily as needed. | 60 each | 0 |
| • cyclobenzaprine (FLEXERIL) 10 MG tablet | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. | 60 tablet | 0 |
| • DULoxetine (CYMBALTA) 30 MG capsule | TAKE 1 CAPSULE BY MOUTH ONCE DAILY | 90 capsule | 1 |
| • levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every morning. | 30 tablet | 6 |
| • meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth every | 30 tablet | 6 |

Generated on 12/20/19 11:00 AM

Lincoln/White 0912

Progress Notes - 08/01/2019

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72009071457
Enc. Date 8/1/2019

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 8/1/2019 10:00 AM (continued)**

|  |  |  |  |
|---|---|---|---|
|  | evening. |  |  |
| • rizatriptan (MAXALT) 5 MG tablet | Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day. | 12 tablet | 2 |
| • triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 17 g | 3 |

Current Facility-Administered Medications on File Prior to Visit

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| • medroxyPROGESTERone (DEPO-PROVERA) syringe 150 mg | 150 mg | Intramuscular | Q90 Days | Andrea D. Cothern, NP |  | 150 mg at 01/22/19 0854 |

Patient Active Problem List
Diagnosis
- Essential hypertension
- Adjustment disorder with mixed anxiety and depressed mood
- Primary insomnia
- Migraine headache
- Spondylosis of lumbar region without myelopathy or radiculopathy
- Osteoarthritis of both knees
- Osteoarthritis of spine with radiculopathy, cervical region
- Morbid obesity with BMI of 40.0-44.9, adult
- Carpal tunnel syndrome on both sides
- Dyslipidemia

*Past medical, surgical, family and social histories have been reviewed today.*

Objective:

Vitals:
                08/01/19 1111
BP:        130/82
Pulse:     (!) 123
Temp:      98.4 °F (36.9 °C)
SpO2:      98%
Weight:    117.6 kg (259 lb 4.2 oz)
PainSc:    10-Worst pain ever

---

Generated on 12/20/19 11:00 AM                                          Page 94

Lincoln/White 0913

Progress Notes - 08/01/2019

| | |
|---|---|
| JPLC FAMILY MEDICINE<br>OCHSNER, BATON ROUGE REGION LA<br>Continuity of Care | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72009071457<br>Enc. Date 8/1/2019 |

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 8/1/2019 10:00 AM (continued)**

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Regular rhythm and normal heart sounds. Tachycardia present.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal:
**Deferred MS exam to specialists.**
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry. Capillary refill takes less than 2 seconds. No rash noted. She is not diaphoretic.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Vitals reviewed.

## Diagnosis

1. **Chronic neck and back pain**
2. Osteoarthritis of both knees, unspecified osteoarthritis type
3. Chronic ankle pain, bilateral
4. Carpal tunnel syndrome on both sides
5. Encounter for Depo-Provera contraception
6. At high risk for bloodstream infection

## Assessment/ Plan

**Chronic neck and back pain**
- Ambulatory referral to Pain Clinic

**Osteoarthritis of both knees, unspecified osteoarthritis type**
- Ambulatory referral to Orthopedics

**Chronic ankle pain, bilateral**
- Ambulatory referral to Podiatry

**Carpal tunnel syndrome on both sides**
- Ambulatory referral to Physical Medicine Rehab

**Encounter for Depo-Provera contraception**
- POCT Urine Pregnancy
- medroxyPROGESTERone (DEPO-PROVERA) syringe 150 mg

Generated on 12/20/19 11:00 AM                                              Page 95

Lincoln/White 0914

Progress Notes - 08/01/2019

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:           Sex: F
Continuity of Care                           Acct #: 72009071457
                                             Enc. Date 8/1/2019

## Progress Notes (continued)

Progress Notes by Andrea D. Cothern, NP at 8/1/2019 10:00 AM (continued)

### At high risk for bloodstream infection
-   HIV 1/2 Ag/Ab (4th Gen); Future; Expected date: 08/01/2019
-   Hepatitis panel, acute; Future; Expected date: 08/01/2019

UPT negative, Depo-Provera today.
Lab pending, ordered per pt request.
Referrals done.
Follow-up in clinic as needed.

*Andrea Cothern CFNP*

**Andrea Cothern, CFNP**
Ochsner Jefferson Place Family Medicine

Electronically signed by Andrea D. Cothern, NP on 8/11/2019  6:31 PM

### H&P Notes
No notes of this type exist for this encounter.

### Follow-up and Disposition History

08/01/2019 1139 - Andrea D. Cothern, NP

Check-out Note:       1. UPT TODAY ---- DEPO SHOT IF NEGATIVE
                      2. REFERRALS ENTERED --- SCHEDULE APPT WITH EACH MD LISTED IN ORDER, SHE HAS
                      SEEN THESE MD PREVIOUSLY
                      3. LAB TODAY

Lincoln/White 0915

**Progress Notes - 08/01/2019**

JPLH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72009071457
Enc. Date 8/1/2019

## Visit Summary

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| At high risk for bloodstream infection | ICD-10-CM: Z91.89 ICD-9-CM: V15.89 | |

**Problem List** as of 8/1/2019                                      Date Reviewed: **3/3/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 - Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| Dyslipidemia | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |

**Allergies as of 12/20/2019**

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Aleve [naproxen Sodium] | 08/28/2018 11:18 AM | | Kaitlyn N. Tircuit, MA | | | |
| Aspirin | 08/28/2018 11:18 AM | | Lija Thomas, MD | | | |
| DELETED: Bayer Aspirin (with Caffeine) [aspirin-caffeine] | 02/13/2018 11:06 AM | | Alexandra Scott, MA | Nausea Only | | Deleted on: 02/13/2018 Chart correction: Wrong allergy selected |

**Immunizations Administered as of 8/1/2019**                                      Never Reviewed

No immunizations on file.

Generated on 12/20/19 11:00 AM                                      Page 97

Lincoln/White 0916

**Progress Notes - 08/01/2019**

| | |
|---|---|
| JPLH LABORATORY | White, Sabrina Lynette |
| 17000 Medical Center Dr | MRN: 1932025, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72009071457 |
| Continuity of Care | Enc. Date 8/1/2019 |

## Visit Summary (continued)

## Medications

**Outpatient Medications at Start of Encounter as of 8/1/2019**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amitriptyline (ELAVIL) 50 MG tablet** | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |
| Sig - Route: Take 1 tablet (50 mg total) by mouth every evening. - Oral | | | | |
| **carbinoxamine maleate 4 mg Tab** | 60 each | 0 | 3/28/2019 | |
| Sig - Route: Take 1 to 2 tablets by mouth 3 (three) times daily as needed. - Oral | | | | |
| **meloxicam (MOBIC) 15 MG tablet** | 30 tablet | 2 | 2/21/2019 | |
| Sig - Route: Take 1 tablet (15 mg total) by mouth once daily. - Oral | | | | |
| **montelukast (SINGULAIR) 10 mg tablet** | 30 tablet | 6 | 1/3/2019 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every evening. - Oral | | | | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler** | 17 g | 3 | 11/2/2018 | |
| Sig - Route: 2 sprays by Nasal route once daily. - Nasal | | | | |
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet** | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet** | 60 tablet | 0 | 7/2/2019 | 8/2/2019 |
| Sig: TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet** | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule (Discontinued)** | 90 capsule | 0 | 6/25/2019 | 8/1/2019 |
| Sig - Route: Take 1 capsule (30 mg total) by mouth once daily. - Oral | | | | |
| Reason for Discontinue: **Duplicate Order** | | | | |
| **DULoxetine (CYMBALTA) 30 MG capsule** | 90 capsule | 1 | 7/8/2019 | 12/18/2019 |
| Sig: TAKE 1 CAPSULE BY MOUTH ONCE DAILY | | | | |
| **irbesartan (AVAPRO) 75 MG tablet** | 90 tablet | 0 | 5/6/2019 | 8/2/2019 |
| Sig - Route: Take 1 tablet (75 mg total) by mouth once daily. - Oral | | | | |
| **levocetirizine (XYZAL) 5 MG tablet** | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth every morning. - Oral | | | | |
| **rizatriptan (MAXALT) 5 MG tablet** | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day. - Oral | | | | |

## All Results

**Hepatitis panel, acute [438056982]**                                    Resulted: 08/02/19 1314, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 08/01/19 1210 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hepatitis B Surface Ag | Negative | — | — | OCLB |
| Hep B C IgM | Negative | — | — | OCLB |
| Hep A IgM | Negative | — | — | OCLB |
| Hepatitis C Ab | Negative | — | — | OCLB |

**HIV 1/2 Ag/Ab (4th Gen) [438056981]**                                    Resulted: 08/02/19 1325, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS

**Specimen Information**

Lincoln/White 0917

Progress Notes - 08/01/2019

JPLH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72009071457
Enc. Date 8/1/2019

## All Results (continued)

**HIV 1/2 Ag/Ab (4th Gen) [438056981] (continued)**          Resulted: 08/02/19 1325, Result status: Final result

| Type | Source | Collected On |
|------|--------|--------------|
| Blood | Blood | 08/01/19 1210 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|-----------|-------|-----------------|------|-----|
| HIV 1/2 Ag/Ab | Negative | Negative | ---- | OCLB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|--------------------|------|----------|---------|------------------|
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Elise Occhipinti, M.D. | 1516 Jefferson Hwy New Orleans LA 70121 | 03/25/19 1044 - Present |

## Notes

### H&P Notes

No notes of this type exist for this encounter.

Lincoln/White 0918

**Progress Notes - 06/25/2019**

| | |
|---|---|
| JPLC FAMILY MEDICINE<br>OCHSNER, BATON ROUGE REGION LA<br>Continuity of Care | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72008793024<br>Enc. Date 6/25/2019 |

## Visit Summary

**Reason for Visit**

| | |
|---|---|
| Follow-up | Emergency follow up |

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Injury of head, initial encounter   - Primary | ICD-10-CM: S09.90XA<br>ICD-9-CM: 959.01 | |
| Dizziness | ICD-10-CM: R42<br>ICD-9-CM: 780.4 | |
| Nausea | ICD-10-CM: R11.0<br>ICD-9-CM: 787.02 | |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22<br>ICD-9-CM: 721.0 | |
| Breast hypertrophy | ICD-10-CM: N62<br>ICD-9-CM: 611.1 | |

**Problem List** as of 6/25/2019                                                           Date Reviewed: **3/3/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 9/17/2014 -<br>Present |
| Essential hypertension | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 11/29/2016 -<br>Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 11/29/2016 -<br>Present |
| Primary insomnia | ICD-10-CM: F51.01<br>ICD-9-CM: 307.42 | | | 11/29/2016 -<br>Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | | | 8/27/2017 -<br>Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0<br>ICD-9-CM: 715.96 | | | 9/27/2017 -<br>Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22<br>ICD-9-CM: 721.0 | | | 9/27/2017 -<br>Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01,<br>Z68.41<br>ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 -<br>Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03<br>ICD-9-CM: 354.0 | | | 11/1/2018 -<br>Present |
| Dyslipidemia | ICD-10-CM: E78.5<br>ICD-9-CM: 272.4 | | | 11/2/2018 -<br>Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42<br>ICD-9-CM: 717.7 | | | 11/24/2017 -<br>10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41<br>ICD-9-CM: 717.7 | | | 11/24/2017 -<br>10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562<br>ICD-9-CM: 719.46 | | | 3/19/2018 -<br>10/8/2018 |

**Allergies as of 12/20/2019**

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Aleve [naproxen Sodium] | 08/28/2018<br>11:18 AM | | Kaitlyn N.<br>Tircuit, MA | | | |

Lincoln/White 0919

Progress Notes - 06/25/2019

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72008793024
Enc. Date 6/25/2019

## Visit Summary (continued)

### Allergies as of 12/20/2019 (continued)

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Aspirin | 08/28/2018 11:18 AM | | Lija Thomas, MD | | | |
| DELETED: Bayer Aspirin (with Caffeine) [aspirin-caffeine] | 02/13/2018 11:06 AM | | Alexandra Scott, MA | Nausea Only | | Deleted on: 02/13/2018 Chart correction: Wrong allergy selected |

### Immunizations Administered as of 6/25/2019

Never Reviewed

No immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 6/25/2019

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| amitriptyline (ELAVIL) 50 MG tablet (Taking) | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |
| Sig - Route: Take 1 tablet (50 mg total) by mouth every evening. - Oral | | | | |
| carbinoxamine maleate 4 mg Tab (Taking) | 60 each | 0 | 3/28/2019 | |
| Sig - Route: Take 1 to 2 tablets by mouth 3 (three) times daily as needed. - Oral | | | | |
| meloxicam (MOBIC) 15 MG tablet (Taking) | 30 tablet | 2 | 2/21/2019 | |
| Sig - Route: Take 1 tablet (15 mg total) by mouth once daily. - Oral | | | | |
| montelukast (SINGULAIR) 10 mg tablet (Taking) | 30 tablet | 6 | 1/3/2019 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every evening. - Oral | | | | |
| triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking) | 17 g | 3 | 11/2/2018 | |
| Sig - Route: 2 sprays by Nasal route once daily. - Nasal | | | | |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking) | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking) | 60 tablet | 1 | 5/6/2019 | 7/2/2019 |
| Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety. - Oral | | | | |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking) | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| DULoxetine (CYMBALTA) 30 MG capsule (Taking) | 90 capsule | 0 | 5/6/2019 | 6/25/2019 |
| Sig - Route: Take 1 capsule (30 mg total) by mouth once daily. - Oral | | | | |
| irbesartan (AVAPRO) 75 MG tablet (Taking) | 90 tablet | 0 | 5/6/2019 | 8/2/2019 |
| Sig - Route: Take 1 tablet (75 mg total) by mouth once daily. - Oral | | | | |
| levocetirizine (XYZAL) 5 MG tablet (Taking) | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth every morning. - Oral | | | | |
| rizatriptan (MAXALT) 5 MG tablet (Taking) | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed. Max 30 mg/day. - Oral | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| amitriptyline (ELAVIL) 50 MG tablet (Taking) | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |
| Sig: Take 1 tablet (50 mg total) by mouth every evening. Route: Oral | | | | |

Generated on 12/20/19 11:00 AM                                    Page 81

Lincoln/White 0920

**Progress Notes - 06/25/2019**

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72008793024
Enc. Date 6/25/2019

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **carbinoxamine maleate 4 mg Tab (Taking)**<br>Sig: Take 1 to 2 tablets by mouth 3 (three) times daily as needed.<br>Route: Oral | 60 each | 0 | 3/28/2019 | |
| **meloxicam (MOBIC) 15 MG tablet (Taking)**<br>Sig: Take 1 tablet (15 mg total) by mouth once daily.<br>Route: Oral | 30 tablet | 2 | 2/21/2019 | |
| **montelukast (SINGULAIR) 10 mg tablet (Taking)**<br>Sig: Take 1 tablet (10 mg total) by mouth every evening.<br>Route: Oral | 30 tablet | 6 | 1/3/2019 | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking)**<br>Sig: 2 sprays by Nasal route once daily.<br>Route: Nasal | 17 g | 3 | 11/2/2018 | |
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet by mouth 2 (two) times daily as needed.<br>Notes to Pharmacy: Please consider 90 day supplies to promote better adherence<br>Route: Oral | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 1 | 5/6/2019 | 7/2/2019 |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed.<br>Notes to Pharmacy: Please consider 90 day supplies to promote better adherence<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking/Discontinued)**<br>Sig: Take 1 capsule (30 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 90 capsule | 0 | 5/6/2019 | 6/25/2019 |
| **DULoxetine (CYMBALTA) 30 MG capsule (Taking/Discontinued)**<br>Sig: Take 1 capsule (30 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Duplicate Order** | 90 capsule | 0 | 6/25/2019 | 8/1/2019 |
| **irbesartan (AVAPRO) 75 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (75 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 90 tablet | 0 | 5/6/2019 | 8/2/2019 |
| **levocetirizine (XYZAL) 5 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (5 mg total) by mouth every morning.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| **rizatriptan (MAXALT) 5 MG tablet (Taking/Discontinued)**<br>Sig: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |

---

Generated on 12/20/19 11:00 AM

Lincoln/White 0921

Progress Notes - 06/25/2019

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:
Acct #: 72008793024
Enc. Date 6/25/2019

Sex: F

## Medications (continued)

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **DULoxetine (CYMBALTA) 30 MG capsule (Discontinued)** | 90 capsule | 0 | 6/25/2019 | 8/1/2019 |

Sig - Route: Take 1 capsule (30 mg total) by mouth once daily. - Oral
Reason for Discontinue: **Duplicate Order**

## Progress Notes

### Progress Notes by Andrea D. Cothern, NP at 6/25/2019 11:30 AM

| | | |
|---|---|---|
| Author: Andrea D. Cothern, NP | Service: — | Author Type: Nurse Practitioner |
| Filed: 6/25/2019 12:51 PM | Encounter Date: 6/25/2019 | Creation Time: 6/25/2019 12:42 PM |
| Status: Signed | Editor: Andrea D. Cothern, NP (Nurse Practitioner) | |

### Subjective:

**Patient ID:** Sabrina Lynette White is a 46 y.o. female.

Chief Complaint
Patient presents with
- Follow-up
  *Emergency follow up*

HPI

Sabrina Lynette White is here today for ED follow-up.  Seen at OLOL on 6/20/2019 for head injury.  Per ED note ---- *46 year old female patient with a history of arthritis, depression, HDL, HTN, and migraines presents to the ED with facial pain and back pain after walking into stationary metal pipes hanging out of a truck just a few minutes ago (6/20/19). Patient reports that she ran into them, experienced a hard impact and then stepped back. Patient denies LOC or hitting the ground. Patient reports that the bridge of her nose feels sore and she has a slight cut in her mouth. Patient denies any other complaints at this time.*

*Location: Facial pain & back pain*
*Severity: Moderate*
*Onset quality: Gradual*
*Duration: 1 hour*
*Progression: Worsening*
*Context: Running into metal pipes in a stationary truck*
*Relieved by: None taken*
*Ineffective treatments: None taken*
*Associated symptoms: no abdominal pain, no chest pain, no congestion, no cough, no ear pain, no fever, no loss of consciousness, no nausea, no shortness of breath, no sore throat, no vomiting and no wheezing*

*Medications given in ED:*
*ketorolac (TORADOL) injection 30 mg (30 mg Intramuscular Given 6/20/19 1452)*
*methocarbamol (ROBAXIN) tablet 1,000 mg (1,000 mg Oral Given 6/20/19 1452)*

She has not been using ice to areas, no ED pain meds ordered.  Does have pain med and muscle relaxer at home.  Still having issues with dizziness and feeling off-balance, nausea and blurred vision.  Back pain continues, teeth sore.

Generated on 12/20/19 11:00 AM

Page 83

Lincoln/White 0922

Progress Notes - 06/25/2019

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72008793024
Enc. Date 6/25/2019

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 6/25/2019 11:30 AM (continued)**

Also requests referral to surgeon to evaluate for breast reduction due to chronic neck and back issues.  She has spoken with insurance and I am to do the referral, they will then decide who she can see on their approved provider list.

Review of Systems
Constitutional: Negative.
HENT: Positive for dental problem (sore teeth) and facial swelling (improving). Negative for drooling, nosebleeds and tinnitus.
Eyes: Positive for visual disturbance. Negative for photophobia, pain, discharge, redness and itching.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for nausea. Negative for abdominal pain and vomiting.
Musculoskeletal: Positive for back pain and neck pain. Negative for gait problem and joint swelling.
Skin: Negative.
Neurological: Positive for dizziness, light-headedness and headaches. Negative for tremors, syncope, facial asymmetry, speech difficulty, weakness and numbness.

Review of patient's allergies indicates:

| Allergen | Reactions |
| --- | --- |
| • Aleve [naproxen sodium] | |
| • Aspirin | |

Patient Active Problem List

| Diagnosis |
| --- |
| • Essential hypertension |
| • Adjustment disorder with mixed anxiety and depressed mood |
| • Primary insomnia |
| • Migraine headache |
| • Spondylosis of lumbar region without myelopathy or radiculopathy |
| • Osteoarthritis of both knees |
| • Osteoarthritis of spine with radiculopathy, cervical region |
| • Morbid obesity with BMI of 40.0-44.9, adult |
| • Carpal tunnel syndrome on both sides |
| • Dyslipidemia |

Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
| --- | --- | --- | --- |
| • amitriptyline (ELAVIL) 50 MG tablet | Take 1 tablet (50 mg total) by mouth every evening. | 30 tablet | 6 |
| • butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet | Take 1 tablet by mouth 2 (two) times daily as needed. | 30 tablet | 0 |
| • carbinoxamine maleate 4 mg Tab | Take 1 to 2 tablets by mouth 3 (three) times | 60 each | 0 |

Lincoln/White 0923

Progress Notes - 06/25/2019

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72008793024
Enc. Date 6/25/2019

## Progress Notes (continued)

### Progress Notes by Andrea D. Cothern, NP at 6/25/2019 11:30 AM (continued)

| | | | |
|---|---|---|---|
| • clonazePAM (KLONOPIN) 1 MG tablet | Take 1 tablet (1 mg total) by mouth 2 (two) times daily, as needed for anxiety. | 60 tablet | 1 |
| • cyclobenzaprine (FLEXERIL) 10 MG tablet | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. | 60 tablet | 0 |
| • irbesartan (AVAPRO) 75 MG tablet | Take 1 tablet (75 mg total) by mouth once daily. | 90 tablet | 0 |
| • levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every morning. | 30 tablet | 6 |
| • meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth every evening. | 30 tablet | 6 |
| • rizatriptan (MAXALT) 5 MG tablet | Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed. Max 30 mg/day. | 12 tablet | 2 |
| • triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 17 g | 3 |
| • DULoxetine (CYMBALTA) 30 MG capsule | Take 1 capsule (30 mg total) by mouth once daily. | 90 capsule | 0 |

Current Facility-Administered Medications on File Prior to Visit

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| • medroxyPROGESTERone (DEPO-PROVERA) syringe 150 mg | 150 mg | Intramuscular | Q90 Days | Andrea D. Cothern, NP | | 150 mg at 01/22/19 0854 |

***Past medical, surgical, family and social histories have been reviewed today.***

## Objective:

Vitals:

| | 06/25/19 1138 | 06/25/19 1154 |
|---|---|---|
| BP: | (!) 143/101 | 130/82 |
| Pulse: | 100 | |

Generated on 12/20/19 11:00 AM                                    Page 85

Lincoln/White 0924

Progress Notes - 06/25/2019

JPLC FAMILY MEDICINE　　　　　　　　　　White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA　　　MRN: 1932025, DOB:　　　Sex: F
Continuity of Care　　　　　　　　　　　　Acct #: 72008793024
　　　　　　　　　　　　　　　　　　　　　Enc. Date 6/25/2019

### Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 6/25/2019 11:30 AM (continued)**

Temp:　　　　98.2 °F (36.8 °C)
Weight:　　　115.2 kg (253 lb 15.5 oz)
Height:　　　5' 3" (1.6 m)
PainSc:　　　8

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic. Head is with contusion. Head is without abrasion, without right periorbital erythema and without left periorbital erythema.



**Per diagram, area of impact shown.  No facial swelling at this time, mild TTP over area.**
Eyes: Pupils are equal, round, and reactive to light. EOM are normal.
Neck: Normal range of motion.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal: Normal range of motion. She exhibits no edema or deformity.
　　Cervical back: Normal.
　　Thoracic back: Normal.
　　Lumbar back: She exhibits tenderness. She exhibits normal range of motion, no swelling, no edema, no deformity, no spasm and normal pulse.
　　Back:

Lincoln/White 0925

Progress Notes - 06/25/2019

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72008793024
Enc. Date 6/25/2019

## Progress Notes (continued)

Progress Notes by Andrea D. Cothern, NP at 6/25/2019 11:30 AM (continued)



Neurological: She is alert and oriented to person, place, and time. She displays normal reflexes. No cranial nerve deficit or sensory deficit. She exhibits normal muscle tone. Coordination normal.
Skin: Skin is warm and dry. Capillary refill takes less than 2 seconds. No rash noted. She is not diaphoretic.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Vitals reviewed.

## Diagnosis

1.  Injury of head, initial encounter
2.  Dizziness
3.  Nausea
4.  Spondylosis of lumbar region without myelopathy or radiculopathy
5.  Osteoarthritis of spine with radiculopathy, cervical region
6.  Breast hypertrophy

## Assessment/ Plan

**Injury of head, initial encounter**
-   CT Head Without Contrast; Future; Expected date: 06/25/2019

**Dizziness**
-   CT Head Without Contrast; Future; Expected date: 06/25/2019

**Nausea**
-   CT Head Without Contrast; Future; Expected date: 06/25/2019

**Spondylosis of lumbar region without myelopathy or radiculopathy**
-   Ambulatory Referral to Breast Surgery

Lincoln/White 0926

Progress Notes - 06/25/2019

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:          Sex: F
Continuity of Care                            Acct #: 72008793024
                                              Enc. Date 6/25/2019

## Progress Notes (continued)

Progress Notes by Andrea D. Cothern, NP at 6/25/2019 11:30 AM (continued)

### Osteoarthritis of spine with radiculopathy, cervical region
-    Ambulatory Referral to Breast Surgery

### Breast hypertrophy
-    Ambulatory Referral to Breast Surgery

### Other orders
-    DULoxetine (CYMBALTA) 30 MG capsule; Take 1 capsule (30 mg total) by mouth once daily.
     Dispense: 90 capsule; Refill: 0

CT pending.
Ice/heat, rest, stretching exercises.
To DDS for dental evaluation.
To ED if neurological status changes or worsens.
Referral done per request.
Follow-up in clinic as needed.

*Andrea Cothern CFNP*

**Andrea Cothern, CFNP**
Ochsner Jefferson Place Family Medicine

Electronically signed by Andrea D. Cothern, NP on 6/25/2019 12:51 PM

### H&P Notes

No notes of this type exist for this encounter.

Lincoln/White 0927

**Progress Notes - 05/06/2019**

| | |
|---|---|
| JPLC FAMILY MEDICINE<br>OCHSNER, BATON ROUGE REGION LA<br>Continuity of Care | White, Sabrina Lynette<br>MRN: 1932025, DOB:        Sex: F<br>Acct #: 72008615283<br>Enc. Date 5/6/2019 |

## Visit Summary

### Reason for Visit

Headache

### Diagnoses

| | Codes | Comments |
|---|---|---|
| Essential hypertension   - Primary | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | |
| Chronic nonintractable headache, unspecified headache type | ICD-10-CM: R51<br>ICD-9-CM: 784.0 | |
| Breast hypertrophy in female | ICD-10-CM: N62<br>ICD-9-CM: 611.1 | |

### Problem List as of 5/6/2019                                              Date Reviewed: **3/3/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 9/17/2014 -<br>Present |
| Essential hypertension | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 11/29/2016 -<br>Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 11/29/2016 -<br>Present |
| Primary insomnia | ICD-10-CM: F51.01<br>ICD-9-CM: 307.42 | | | 11/29/2016 -<br>Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | | | 8/27/2017 -<br>Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0<br>ICD-9-CM: 715.96 | | | 9/27/2017 -<br>Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22<br>ICD-9-CM: 721.0 | | | 9/27/2017 -<br>Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01,<br>Z68.41<br>ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 -<br>Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03<br>ICD-9-CM: 354.0 | | | 11/1/2018 -<br>Present |
| Dyslipidemia | ICD-10-CM: E78.5<br>ICD-9-CM: 272.4 | | | 11/2/2018 -<br>Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42<br>ICD-9-CM: 717.7 | | | 11/24/2017 -<br>10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41<br>ICD-9-CM: 717.7 | | | 11/24/2017 -<br>10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562<br>ICD-9-CM: 719.46 | | | 3/19/2018 -<br>10/8/2018 |

### Allergies as of 12/20/2019

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Aleve [naproxen Sodium] | 08/28/2018<br>11:18 AM | | Kaitlyn N.<br>Tircuit, MA | | | |
| Aspirin | 08/28/2018<br>11:18 AM | | Lija Thomas,<br>MD | | | |
| DELETED:<br>Bayer Aspirin | 02/13/2018<br>11:06 AM | | Alexandra Scott,<br>MA | Nausea Only | | Deleted on:<br>02/13/2018 |

Lincoln/White 0928

**Progress Notes - 05/06/2019**

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72008615283
Enc. Date 5/6/2019

## Visit Summary (continued)

### Allergies as of 12/20/2019 (continued)

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| (with Caffeine) [aspirin-caffeine] | | | | | | Chart correction: Wrong allergy selected |

### Immunizations Administered as of 5/6/2019                                    Never Reviewed

No immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 5/6/2019

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| amitriptyline (ELAVIL) 50 MG tablet (Taking) | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |
| Sig - Route: Take 1 tablet (50 mg total) by mouth every evening. - Oral | | | | |
| carbinoxamine maleate 4 mg Tab (Taking) | 60 each | 0 | 3/28/2019 | |
| Sig - Route: Take 1 to 2 tablets by mouth 3 (three) times daily as needed. - Oral | | | | |
| meloxicam (MOBIC) 15 MG tablet (Taking) | 30 tablet | 2 | 2/21/2019 | |
| Sig - Route: Take 1 tablet (15 mg total) by mouth once daily. - Oral | | | | |
| montelukast (SINGULAIR) 10 mg tablet (Taking) | 30 tablet | 6 | 1/3/2019 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every evening. - Oral | | | | |
| triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking) | 17 g | 3 | 11/2/2018 | |
| Sig - Route: 2 sprays by Nasal route once daily. - Nasal | | | | |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking) | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking) | 60 tablet | 1 | 1/3/2019 | 5/6/2019 |
| Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily, as needed for anxiety. - Oral | | | | |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking) | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| levocetirizine (XYZAL) 5 MG tablet (Taking) | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth every morning. - Oral | | | | |
| rizatriptan (MAXALT) 5 MG tablet (Taking) | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed. Max 30 mg/day. - Oral | | | | |
| sertraline (ZOLOFT) 100 MG tablet (Taking) | 30 tablet | 6 | 1/3/2019 | 5/6/2019 |
| Sig - Route: Take 1 tablet (100 mg total) by mouth once daily. - Oral | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| amitriptyline (ELAVIL) 50 MG tablet (Taking) | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |
| Sig: Take 1 tablet (50 mg total) by mouth every evening. | | | | |
| Route: Oral | | | | |
| carbinoxamine maleate 4 mg Tab (Taking) | 60 each | 0 | 3/28/2019 | |
| Sig: Take 1 to 2 tablets by mouth 3 (three) times daily as needed. | | | | |
| Route: Oral | | | | |
| meloxicam (MOBIC) 15 MG tablet (Taking) | 30 tablet | 2 | 2/21/2019 | |
| Sig: Take 1 tablet (15 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| montelukast (SINGULAIR) 10 mg tablet (Taking) | 30 tablet | 6 | 1/3/2019 | |

Generated on 12/20/19 11:00 AM                                                        Page 73

Lincoln/White 0929

**Progress Notes - 05/06/2019**

| JPLC FAMILY MEDICINE | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008615283 | |
| | Enc. Date 5/6/2019 | |

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: Take 1 tablet (10 mg total) by mouth every evening. Route: Oral | | | | |
| **triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking)** Sig: 2 sprays by Nasal route once daily. Route: Nasal | 17 g | 3 | 11/2/2018 | |
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking/Discontinued)** Sig: Take 1 tablet by mouth 2 (two) times daily as needed. Notes to Pharmacy: Please consider 90 day supplies to promote better adherence Route: Oral | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued)** Sig: Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety. Route: Oral Reason for Discontinue: **Reorder** | 60 tablet | 1 | 1/3/2019 | 5/6/2019 |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued)** Sig: Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety. Route: Oral Reason for Discontinue: **Reorder** | 60 tablet | 1 | 5/6/2019 | 7/2/2019 |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking/Discontinued)** Sig: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. Notes to Pharmacy: Please consider 90 day supplies to promote better adherence Route: Oral Reason for Discontinue. **Reorder** | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| **levocetirizine (XYZAL) 5 MG tablet (Taking/Discontinued)** Sig: Take 1 tablet (5 mg total) by mouth every morning. Route: Oral Reason for Discontinue: **Reorder** | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| **rizatriptan (MAXALT) 5 MG tablet (Taking/Discontinued)** Sig: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed. Max 30 mg/day. Route: Oral Reason for Discontinue: **Reorder** | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |
| **sertraline (ZOLOFT) 100 MG tablet (Taking/Discontinued)** Sig: Take 1 tablet (100 mg total) by mouth once daily. Route: Oral Reason for Discontinue: **Therapy not effective** | 30 tablet | 6 | 1/3/2019 | 5/6/2019 |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **irbesartan (AVAPRO) 75 MG tablet (Discontinued)** Sig - Route: Take 1 tablet (75 mg total) by mouth once daily. - Oral Reason for Discontinue: **Reorder** | 90 tablet | 0 | 5/6/2019 | 8/2/2019 |
| **clonazePAM (KLONOPIN) 1 MG tablet (Discontinued)** Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety. - Oral Reason for Discontinue: **Reorder** | 60 tablet | 1 | 5/6/2019 | 7/2/2019 |
| **DULoxetine (CYMBALTA) 30 MG capsule (Discontinued)** Sig - Route: Take 1 capsule (30 mg total) by mouth once daily. - Oral Reason for Discontinue: **Reorder** | 90 capsule | 0 | 5/6/2019 | 6/25/2019 |

Lincoln/White 0930

Progress Notes - 05/06/2019

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72008615283
Enc. Date 5/6/2019

## Medications (continued)

## Progress Notes

### Progress Notes by Andrea D. Cothern, NP at 5/6/2019  3:00 PM

| | | |
|---|---|---|
| Author: Andrea D. Cothern, NP | Service: ---- | Author Type: Nurse Practitioner |
| Filed: 5/21/2019  1:49 PM | Encounter Date: 5/6/2019 | Creation Time: 5/21/2019  1:37 PM |
| Status: Signed | Editor: Andrea D. Cothem, NP (Nurse Practitioner) | |

## Subjective:

**Patient ID:** Sabrina Lynette White is a 46 y.o. female.

Chief Complaint
Patient presents with
• Headache

HPI

Sabrina Lynette White is here today with c/o headaches. Last seen in the office on 2/7/2019 for headaches. Started on nightly Elavil and prn Maxalt. Reports doing better, HA less; however, she has had increased HA pain last week likely due to stress. Getting better slowly over time. She "feels tension" in her neck. Dizziness reported.

With the anxiety, she has run out of her Klonopin. Taking Zoloft 100 mg as ordered. Does not feel the medication to be effective. Trying to get more rest but hard to do with the HA.

Reports neck and upper back pain at times due to "enlarged breasts". Feel heavy, hard to support. She is wondering if a breast reduction would help.

Review of Systems
Constitutional: Negative.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Musculoskeletal: Positive for myalgias.
Neurological: Positive for dizziness, light-headedness and headaches. Negative for weakness and numbness.
Psychiatric/Behavioral: Positive for agitation, decreased concentration, dysphoric mood and sleep disturbance. Negative for behavioral problems, confusion, hallucinations, self-injury and suicidal ideas. The patient is nervous/anxious. The patient is not hyperactive.

Review of patient's allergies indicates:
Allergen                                                                                    Reactions
• Aleve [naproxen sodium]
• Aspirin

Patient Active Problem List
Diagnosis
• Essential hypertension

Generated on 12/20/19 11:00 AM                                                          Page 75

Progress Notes - 05/06/2019

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                  Sex: F
Acct #: 72008615283
Enc. Date 5/6/2019

## Progress Notes (continued)

### Progress Notes by Andrea D. Cothern, NP at 5/6/2019  3:00 PM (continued)

- Adjustment disorder with mixed anxiety and depressed mood
- Primary insomnia
- Migraine headache
- Spondylosis of lumbar region without myelopathy or radiculopathy
- Osteoarthritis of both knees
- Osteoarthritis of spine with radiculopathy, cervical region
- Morbid obesity with BMI of 40.0-44.9, adult
- Carpal tunnel syndrome on both sides
- Dyslipidemia

Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| amitriptyline (ELAVIL) 50 MG tablet | Take 1 tablet (50 mg total) by mouth every evening. | 30 tablet | 6 |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet | Take 1 tablet by mouth 2 (two) times daily as needed. | 30 tablet | 0 |
| carbinoxamine maleate 4 mg Tab | Take 1 to 2 tablets by mouth 3 (three) times daily as needed. | 60 each | 0 |
| cyclobenzaprine (FLEXERIL) 10 MG tablet | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. | 60 tablet | 0 |
| levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every morning. | 30 tablet | 6 |
| meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 |
| montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth every evening. | 30 tablet | 6 |
| rizatriptan (MAXALT) 5 MG tablet | Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day. | 12 tablet | 2 |
| triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 17 g | 3 |

Current Facility-Administered Medications on File Prior to Visit

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| medroxyPROGESTERone (DEPO-PROVERA) syringe 150 mg | 150 mg | Intramuscular | Q90 Days | Andrea D. Cothern, NP | | 150 mg at 01/22/19 0854 |

---

Generated on 12/20/19 11:00 AM

Lincoln/White 0932

Progress Notes - 05/06/2019

| | |
|---|---|
| JPLC FAMILY MEDICINE<br>OCHSNER, BATON ROUGE REGION LA<br>Continuity of Care | White, Sabrina Lynette<br>MRN: 1932025, DOB:    Sex: F<br>Acct #: 72008615283<br>Enc. Date 5/6/2019 |

**Progress Notes (continued)**

Progress Notes by Andrea D. Cothern, NP at 5/6/2019  3:00 PM (continued)

***Past medical, surgical, family and social histories have been reviewed today.***

Objective:

Vitals:

|  | 05/06/19 1457 |
|---|---|
| BP: | (!) 142/98 |
| Pulse: | (!) 116 |
| Resp: | 18 |
| Temp: | 98.3 °F (36.8 °C) |
| TempSrc: | Oral |
| SpO2: | 96% |
| Weight: | 108.9 kg (240 lb 1.3 oz) |
| Height: | 5' 3" (1.6 m) |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple. No JVD present. No tracheal deviation present. No thyromegaly present.
Cardiovascular: Regular rhythm and normal heart sounds. Tachycardia present.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal: Normal range of motion. She exhibits no edema or deformity.
Neurological: She is alert and oriented to person, place, and time. No cranial nerve deficit or sensory deficit. She exhibits normal muscle tone. Coordination normal.
Skin: Capillary refill takes less than 2 seconds. She is not diaphoretic.
Psychiatric: She has a normal mood and affect. Her speech is normal. Judgment normal. Her affect is not blunt and not labile. She is agitated. She is not slowed, not withdrawn and not actively hallucinating. Thought content is not paranoid and not delusional. Cognition and memory are normal. She expresses no suicidal plans and no homicidal plans. She is attentive.
Vitals reviewed.

Diagnosis

1. **Essential hypertension**
2. Adjustment disorder with mixed anxiety and depressed mood
3. Chronic nonintractable headache, unspecified headache type

---

Generated on 12/20/19 11:00 AM                                                                 Page 77

Lincoln/White 0933

**Progress Notes - 05/06/2019**

| | |
|---|---|
| JPLC FAMILY MEDICINE<br>OCHSNER, BATON ROUGE REGION LA<br>Continuity of Care | White, Sabrina Lynette<br>MRN: 1932025, DOB:       Sex: F<br>Acct #: 72008615283<br>Enc. Date 5/6/2019 |

### Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 5/6/2019  3:00 PM (continued)**

4.    Breast hypertrophy in female

### Assessment/ Plan

**Essential hypertension**
- Uncontrolled, h/o HTN but not currently on any medication.
- RX provided, discussed.
- Low-salt/caffeine intake, healthy diet, regular exercise.
  - irbesartan (AVAPRO) 75 MG tablet; Take 1 tablet (75 mg total) by mouth once daily.  Dispense: 90 tablet; Refill: 0

**Adjustment disorder with mixed anxiety and depressed mood**
- Uncontrolled on Zoloft, out of Klonopin.
- Med refilled ---- PMP reviewed: last Klonopin refilled 3/13/2019 x 30 days.
- Stop Zoloft, started on Cymbalta, discussed.
  - clonazePAM (KLONOPIN) 1 MG tablet; Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety.  Dispense: 60 tablet; Refill: 1
  - DULoxetine (CYMBALTA) 30 MG capsule; Take 1 capsule (30 mg total) by mouth once daily. Dispense: 90 capsule; Refill: 0

**Chronic nonintractable headache, unspecified headache type**
- Continue Elavil and Maxalt as ordered.
- Chronic headaches, MRI pending.
  - MRI Brain W WO Contrast; Future; Expected date: 05/06/2019

**Breast hypertrophy in female**
- Chronic neck and upper back pain/tension highly likely due to enlarged breasts.
- To specialist for further discussion -- either Plastics or Breast Specialist.

To f/u in 1 month for anxiety and HTN recheck, sooner if needed.
Follow-up in clinic as needed.

*Andrea Cothern CNP*

**Andrea Cothern, CFNP**
Ochsner Jefferson Place Family Medicine

Electronically signed by Andrea D. Cothern, NP on 5/21/2019  1:49 PM

**H&P Notes**

Lincoln/White 0934

**Progress Notes - 05/06/2019**

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA               MRN: 1932025, DOB:            Sex: F
Continuity of Care                           Acct #: 72008615283
                                             Enc. Date 5/6/2019

**H&P Notes (continued)**

No notes of this type exist for this encounter.

Lincoln/White 0935

**Progress Notes - 03/28/2019**

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA               MRN: 1932025, DOB:        Sex: F
Continuity of Care                           Acct #: 72008402118
                                             Enc. Date 3/28/2019

## Visit Summary

**Reason for Visit**

Follow-up

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Allergic rhinitis, unspecified seasonality, unspecified trigger   - Primary | ICD-10-CM: J30.9  ICD-9-CM: 477.9 | |
| Headache disorder | ICD-10-CM: R51  ICD-9-CM: 784.0 | |

**Problem List** as of 3/28/2019                                      Date Reviewed: **3/3/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909  ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10  ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23  ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01  ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816  ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0  ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22  ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01, Z68.41  ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 - Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03  ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| Dyslipidemia | ICD-10-CM: E78.5  ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42  ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41  ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562  ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |

**Allergies** as of 12/20/2019

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Aleve [naproxen Sodium] | 08/28/2018 11:18 AM | | Kaitlyn N. Tircuit, MA | | | |
| Aspirin | 08/28/2018 11:18 AM | | Lija Thomas, MD | | | |
| DELETED: Bayer Aspirin (with Caffeine) [aspirin-caffeine] | 02/13/2018 11:06 AM | | Alexandra Scott, MA | Nausea Only | | Deleted on: 02/13/2018 Chart correction: Wrong allergy selected |

---

Generated on 12/20/19 11:00 AM                                          Page 65

Lincoln/White 0936

Progress Notes - 03/28/2019

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72008402118
Enc. Date 3/28/2019

## Visit Summary (continued)

**Allergies as of 12/20/2019 (continued)**

**Immunizations Administered as of 3/28/2019**                                      Never Reviewed

No immunizations on file.

## Medications

**Outpatient Medications at Start of Encounter as of 3/28/2019**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| meloxicam (MOBIC) 15 MG tablet (Taking) | 30 tablet | 2 | 2/21/2019 | |
| Sig - Route: Take 1 tablet (15 mg total) by mouth once daily. - Oral | | | | |
| montelukast (SINGULAIR) 10 mg tablet (Taking) | 30 tablet | 6 | 1/3/2019 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every evening. - Oral | | | | |
| triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking) | 17 g | 3 | 11/2/2018 | |
| Sig - Route: 2 sprays by Nasal route once daily. - Nasal | | | | |
| amitriptyline (ELAVIL) 25 MG tablet (Taking) | 30 tablet | 6 | 2/7/2019 | 3/28/2019 |
| Sig - Route: Take 1 tablet (25 mg total) by mouth every evening. - Oral | | | | |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking) | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking) | 60 tablet | 1 | 1/3/2019 | 5/6/2019 |
| Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety. - Oral | | | | |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking) | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| levocetirizine (XYZAL) 5 MG tablet (Taking) | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth every morning. - Oral | | | | |
| rizatriptan (MAXALT) 5 MG tablet (Taking) | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed. Max 30 mg/day. - Oral | | | | |
| sertraline (ZOLOFT) 100 MG tablet (Taking) | 30 tablet | 6 | 1/3/2019 | 5/6/2019 |
| Sig - Route: Take 1 tablet (100 mg total) by mouth once daily. - Oral | | | | |
| azithromycin (Z-PAK) 250 MG tablet | 6 tablet | 0 | 1/22/2019 | 3/28/2019 |
| Sig: Take 2 tabs by mouth today, then 1 tab daily x 4 days. | | | | |
| diclofenac sodium (VOLTAREN) 1 % Gel | 1 Tube | 3 | 2/22/2019 | 3/28/2019 |
| Sig - Route: Apply 4 g topically 4 (four) times daily. for 10 days - Topical (Top) | | | | |
| methylPREDNISolone (MEDROL DOSEPACK) 4 mg tablet | 1 Package | 0 | 2/21/2019 | 3/28/2019 |
| Sig: use as directed | | | | |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| amitriptyline (ELAVIL) 50 MG tablet (Taking) | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |
| Sig: Take 1 tablet (50 mg total) by mouth every evening. | | | | |
| Route: Oral | | | | |
| meloxicam (MOBIC) 15 MG tablet (Taking) | 30 tablet | 2 | 2/21/2019 | |
| Sig: Take 1 tablet (15 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| montelukast (SINGULAIR) 10 mg tablet (Taking) | 30 tablet | 6 | 1/3/2019 | |
| Sig: Take 1 tablet (10 mg total) by mouth every evening. | | | | |
| Route: Oral | | | | |
| triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking) | 17 g | 3 | 11/2/2018 | |

Generated on 12/20/19 11:00 AM                                              Page 66

Lincoln/White 0937

Progress Notes - 03/28/2019

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72008402118
Enc. Date 3/28/2019

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: 2 sprays by Nasal route once daily. Route: Nasal | | | | |
| amitriptyline (ELAVIL) 25 MG tablet (Taking/Discontinued) Sig: Take 1 tablet (25 mg total) by mouth every evening. Route: Oral Reason for Discontinue: **Reorder** | 30 tablet | 6 | 2/7/2019 | 3/28/2019 |
| amitriptyline (ELAVIL) 25 MG tablet (Taking/Discontinued) Sig: Take 2 tablets (50 mg total) by mouth every evening. Route: Oral Reason for Discontinue: **Reorder** | 30 tablet | 6 | 3/28/2019 | 3/28/2019 |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking/Discontinued) Sig: Take 1 tablet by mouth 2 (two) times daily as needed. Notes to Pharmacy: Please consider 90 day supplies to promote better adherence Route: Oral | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued) Sig: Take 1 tablet (1 mg total) by mouth 2 (two) times daily, as needed for anxiety. Route: Oral Reason for Discontinue: **Reorder** | 60 tablet | 1 | 1/3/2019 | 5/6/2019 |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking/Discontinued) Sig: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. Notes to Pharmacy: Please consider 90 day supplies to promote better adherence Route: Oral Reason for Discontinue: **Reorder** | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| levocetirizine (XYZAL) 5 MG tablet (Taking/Discontinued) Sig: Take 1 tablet (5 mg total) by mouth every morning. Route: Oral Reason for Discontinue: **Reorder** | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| rizatriptan (MAXALT) 5 MG tablet (Taking/Discontinued) Sig: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed. Max 30 mg/day. Route: Oral Reason for Discontinue: **Reorder** | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |
| sertraline (ZOLOFT) 100 MG tablet (Taking/Discontinued) Sig: Take 1 tablet (100 mg total) by mouth once daily. Route: Oral Reason for Discontinue: **Therapy not effective** | 30 tablet | 6 | 1/3/2019 | 5/6/2019 |

**Ordered Medications**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| carbinoxamine maleate 4 mg Tab Sig - Route: Take 1 to 2 tablets by mouth 3 (three) times daily as needed. - Oral | 60 each | 0 | 3/28/2019 | |
| amitriptyline (ELAVIL) 50 MG tablet Sig - Route: Take 1 tablet (50 mg total) by mouth every evening. - Oral | 30 tablet | 6 | 3/28/2019 | 3/27/2020 |

## Progress Notes

**Progress Notes by Andrea D. Cothern, NP at 3/28/2019  8:15 AM**

Lincoln/White 0938

Progress Notes - 03/28/2019

JPLC FAMILY MEDICINE      White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA      MRN: 1932025, DOB:      Sex: F
Continuity of Care      Acct #: 72008402118
Enc. Date 3/28/2019

### Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 3/28/2019 8:15 AM (continued)**

| | | |
|---|---|---|
| Author: Andrea D. Cothern, NP | Service: --- | Author Type: Nurse Practitioner |
| Filed: 3/28/2019 8:49 AM | Encounter Date: 3/28/2019 | Creation Time: 3/28/2019 8:43 AM |
| Status: Signed | Editor: Andrea D. Cothern, NP (Nurse Practitioner) | |

**Subjective:**

**Patient ID:** Sabrina Lynette White is a 46 y.o. female.

Chief Complaint
Patient presents with
- Follow-up

HPI

Sabrina Lynette White is here today to f/u on chronic headaches. She was seen on 2/7/2019 for issue, started on Elavil 25 mg nightly. She reports the medication has helped although still having HA but not as severe or frequent. Does have some dizziness at times. Maxalt does help abort HA when she takes it.

Also with 2 days of scratchy throat & hoarseness. Also with c/o sneezing but no RN or NC. History of allergies. No meds taken.

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Positive for nosebleeds, sore throat (scratchy more than sore) and voice change. Negative for congestion, ear pain, postnasal drip, sinus pain, sneezing, tinnitus and trouble swallowing.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative for abdominal pain, nausea and vomiting.
Allergic/Immunologic: Positive for environmental allergies.
Neurological: Positive for light-headedness and headaches. Negative for weakness and numbness.
Hematological: Negative for adenopathy.

Review of patient's allergies indicates:

| Allergen | Reactions |
|---|---|
| • Aleve [naproxen sodium] | |
| • Aspirin | |

Patient Active Problem List
Diagnosis
- Essential hypertension
- Adjustment disorder with mixed anxiety and depressed mood
- Primary insomnia
- Migraine headache
- Spondylosis of lumbar region without myelopathy or radiculopathy
- Osteoarthritis of both knees

Generated on 12/20/19 11:00 AM      Page 68

Lincoln/White 0939

Progress Notes - 03/28/2019

| JPLC FAMILY MEDICINE | White, Sabrina Lynette | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008402118 | |
| | Enc. Date 3/28/2019 | |

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 3/28/2019  8:15 AM (continued)**

- Osteoarthritis of spine with radiculopathy, cervical region
- Morbid obesity with BMI of 40.0-44.9, adult
- Carpal tunnel syndrome on both sides
- Dyslipidemia

Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet | Take 1 tablet by mouth 2 (two) times daily as needed. | 30 tablet | 0 |
| • clonazePAM (KLONOPIN) 1 MG tablet | Take 1 tablet (1 mg total) by mouth 2 (two) times daily, as needed for anxiety. | 60 tablet | 1 |
| • cyclobenzaprine (FLEXERIL) 10 MG tablet | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. | 60 tablet | 0 |
| • levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every morning. | 30 tablet | 6 |
| • meloxicam (MOBIC) 15 MG tablet | Take 1 tablet (15 mg total) by mouth once daily. | 30 tablet | 2 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth every evening. | 30 tablet | 6 |
| • rizatriptan (MAXALT) 5 MG tablet | Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day. | 12 tablet | 2 |
| • sertraline (ZOLOFT) 100 MG tablet | Take 1 tablet (100 mg total) by mouth once daily. | 30 tablet | 6 |
| • triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 17 g | 3 |
| • [DISCONTINUED] amitriptyline (ELAVIL) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every evening. | 30 tablet | 6 |
| • [DISCONTINUED] azithromycin (Z-PAK) 250 MG tablet | Take 2 tabs by mouth today, then 1 tab daily x 4 days. | 6 tablet | 0 |
| • [DISCONTINUED] diclofenac sodium (VOLTAREN) 1 % Gel | Apply 4 g topically 4 (four) times daily. for 10 days | 1 Tube | 3 |
| • [DISCONTINUED] methylPREDNISolone (MEDROL DOSEPACK) 4 mg tablet | use as directed | 1 Package | 0 |

Lincoln/White 0940

Progress Notes - 03/28/2019

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72008402118
Enc. Date 3/28/2019

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 3/28/2019 8:15 AM (continued)**

Current Facility-Administered Medications on File Prior to Visit

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| • medroxyPROGEST ERone (DEPO-PROVERA) syringe 150 mg | 150 mg | Intramuscular | Q90 Days | Andrea D. Cothern, NP | | 150 mg at 01/22/1 9 0854 |

***Past medical, surgical, family and social histories have been reviewed today.***

### Objective

Vitals:

|  | 03/28/19 0813 |
|---|---|
| BP: | 130/88 |
| Pulse: | (!) 120 |
| Temp: | 97.3 °F (36.3 °C) |
| TempSrc: | Oral |
| SpO2: | 98% |
| Weight: | 106.6 kg (235 lb 0.2 oz) |
| Height: | 5' 3" (1.6 m) |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: No drainage, swelling or tenderness. Tympanic membrane is retracted (TM dull, absent LR). Tympanic membrane is not injected, not perforated and not erythematous.
Left Ear: No drainage, swelling or tenderness. Tympanic membrane is retracted (TM dull, faint LR). Tympanic membrane is not injected, not perforated and not erythematous.
Nose: Mucosal edema and rhinorrhea (boggy//clear RN on LT side) present. No sinus tenderness. No epistaxis. Right sinus exhibits no maxillary sinus tenderness and no frontal sinus tenderness. Left sinus exhibits no maxillary sinus tenderness and no frontal sinus tenderness.
Mouth/Throat: No oropharyngeal exudate, posterior oropharyngeal edema or posterior oropharyngeal erythema **(slight clear PND noted).**
Eyes: Pupils are equal, round, and reactive to light. EOM are normal. Right eye exhibits no discharge. Left eye exhibits no discharge.
Cardiovascular: Regular rhythm and normal heart sounds. Tachycardia present.
Pulmonary/Chest: Effort normal and breath sounds normal.
Lymphadenopathy:
  She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. No sensory deficit. She exhibits normal muscle tone. Coordination normal.
Skin: Skin is warm and dry. Capillary refill takes less than 2 seconds.

---

Generated on 12/20/19 11:00 AM                                                    Page 70

Lincoln/White 0941

Progress Notes - 03/28/2019

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72008402118
Enc. Date 3/28/2019

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 3/28/2019  8:15 AM (continued)**

Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal. Vitals reviewed.

## Diagnosis

1.    Allergic rhinitis, unspecified seasonality, unspecified trigger
2.    Headache disorder

## Assessment/ Plan

### Allergic rhinitis, unspecified seasonality, unspecified trigger
- Uncontrolled at this time, medication discussed.
  - carbinoxamine maleate 4 mg Tab; Take 1-2 tablets by mouth 3 (three) times daily as needed. Dispense: 60 each; Refill: 0

### Headache disorder
- Improved some with Elavil 25 mg, increased dose to 50 mg nightly.
- Continue Maxalt prn.
  - amitriptyline (ELAVIL) 50 MG tablet; Take 1 tablet (50 mg total) by mouth every evening.  Dispense: 30 tablet; Refill: 6

Follow-up in clinic as needed.

*Andrea Cothern CFNP*

**Andrea Cothern, CFNP**
Ochsner Jefferson Place Family Medicine

Electronically signed by Andrea D. Cothern, NP on 3/28/2019  8:49 AM

### H&P Notes
No notes of this type exist for this encounter.

Lincoln/White 0942

Progress Notes - 02/21/2019

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:            Sex: F
Continuity of Care                            Acct #: 72008248022
                                              Enc. Date 2/21/2019

## Visit Summary

**Reason for Visit**

| Follow-up | ER |
|-----------|----|

**Diagnoses**

|  | Codes | Comments |
|--|-------|----------|
| Fall down stairs, initial encounter   - Primary | ICD-10-CM: W10.8XXA ICD-9-CM: E880.9 | |
| Acute right-sided low back pain without sciatica | ICD-10-CM: M54.5 ICD-9-CM: 724.2 | |
| Contusion of right elbow, initial encounter | ICD-10-CM: S50.01XA ICD-9-CM: 923.11 | |

**Problem List** as of 2/21/2019                                 Date Reviewed: **2/5/2019**

|  | Codes | Priority | Class | Noted - Resolved |
|--|-------|----------|-------|------------------|
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 - Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| Dyslipidemia | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |

**Allergies** as of 12/20/2019

|  | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|--|---------|---------------|------------------|-----------|---------|-----------------|
| Aleve [naproxen Sodium] | 08/28/2018 11:18 AM | | Kaitlyn N. Tircuit, MA | | | |
| Aspirin | 08/28/2018 11:18 AM | | Lija Thomas, MD | | | |
| DELETED: Bayer Aspirin (with Caffeine) [aspirin- | 02/13/2018 11:06 AM | | Alexandra Scott, MA | Nausea Only | | Deleted on: 02/13/2018 Chart correction: |

Generated on 12/20/19 11:00 AM                                              Page 57

Lincoln/White 0943

**Progress Notes - 02/21/2019**

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72008248022
Enc. Date 2/21/2019

## Visit Summary (continued)

### Allergies as of 12/20/2019 (continued)

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| caffeine] | | | | | | Wrong allergy selected |

### Immunizations Administered as of 2/21/2019                    Never Reviewed

No immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 2/21/2019

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| montelukast (SINGULAIR) 10 mg tablet (Taking) | 30 tablet | 6 | 1/3/2019 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every evening. - Oral | | | | |
| triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking) | 17 g | 3 | 11/2/2018 | |
| Sig - Route: 2 sprays by Nasal route once daily. - Nasal | | | | |
| amitriptyline (ELAVIL) 25 MG tablet (Taking) | 30 tablet | 6 | 2/7/2019 | 3/28/2019 |
| Sig - Route: Take 1 tablet (25 mg total) by mouth every evening. - Oral | | | | |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking) | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking) | 60 tablet | 1 | 1/3/2019 | 5/6/2019 |
| Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily, as needed for anxiety. - Oral | | | | |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking) | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| diclofenac sodium (VOLTAREN) 1 % Gel (Taking) | 1 Tube | 3 | 2/15/2019 | 2/21/2019 |
| Sig - Route: Apply 2 g topically 4 (four) times daily, for 10 days - Topical (Top) | | | | |
| levocetirizine (XYZAL) 5 MG tablet (Taking) | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth every morning. - Oral | | | | |
| rizatriptan (MAXALT) 5 MG tablet (Taking) | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed. Max 30 mg/day. - Oral | | | | |
| sertraline (ZOLOFT) 100 MG tablet (Taking) | 30 tablet | 6 | 1/3/2019 | 5/6/2019 |
| Sig - Route: Take 1 tablet (100 mg total) by mouth once daily. - Oral | | | | |
| azithromycin (Z-PAK) 250 MG tablet | 6 tablet | 0 | 1/22/2019 | 3/28/2019 |
| Sig: Take 2 tabs by mouth today, then 1 tab daily x 4 days. | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| montelukast (SINGULAIR) 10 mg tablet (Taking) | 30 tablet | 6 | 1/3/2019 | |
| Sig: Take 1 tablet (10 mg total) by mouth every evening. Route: Oral | | | | |
| triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking) | 17 g | 3 | 11/2/2018 | |
| Sig: 2 sprays by Nasal route once daily. Route: Nasal | | | | |
| amitriptyline (ELAVIL) 25 MG tablet (Taking/Discontinued) | 30 tablet | 6 | 2/7/2019 | 3/28/2019 |
| Sig: Take 1 tablet (25 mg total) by mouth every evening. Route: Oral | | | | |

Generated on 12/20/19 11:00 AM                                    Page 58

Lincoln/White 0944

**Progress Notes - 02/21/2019**

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:            Sex: F
Acct #: 72008248022
Enc. Date 2/21/2019

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Reason for Discontinue: **Reorder** | | | | |
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking/Discontinued)** | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| Sig: Take 1 tablet by mouth 2 (two) times daily as needed. | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| Route: Oral | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued)** | 60 tablet | 1 | 1/3/2019 | 5/6/2019 |
| Sig: Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking/Discontinued)** | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| Sig: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **diclofenac sodium (VOLTAREN) 1 % Gel (Taking/Discontinued)** | 1 Tube | 3 | 2/15/2019 | 2/21/2019 |
| Sig: Apply 2 g topically 4 (four) times daily. for 10 days | | | | |
| Route: Topical (Top) | | | | |
| Reason for Discontinue: **Patient no longer taking** | | | | |
| **levocetirizine (XYZAL) 5 MG tablet (Taking/Discontinued)** | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| Sig: Take 1 tablet (5 mg total) by mouth every morning. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue. **Reorder** | | | | |
| **rizatriptan (MAXALT) 5 MG tablet (Taking/Discontinued)** | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |
| Sig: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **sertraline (ZOLOFT) 100 MG tablet (Taking/Discontinued)** | 30 tablet | 6 | 1/3/2019 | 5/6/2019 |
| Sig: Take 1 tablet (100 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Therapy not effective** | | | | |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **methylPREDNISolone (MEDROL DOSEPACK) 4 mg tablet (Discontinued)** | 1 Package | 0 | 2/21/2019 | 3/28/2019 |
| Sig: use as directed | | | | |
| Reason for Discontinue: **Patient no longer taking** | | | | |
| **meloxicam (MOBIC) 15 MG tablet** | 30 tablet | 2 | 2/21/2019 | |
| Sig - Route: Take 1 tablet (15 mg total) by mouth once daily. - Oral | | | | |

## Progress Notes

### Progress Notes by Andrea D. Cothern, NP at 2/21/2019  9:00 AM

| | | |
|---|---|---|
| Author:  Andrea D. Cothern, NP | Service: — | Author Type:  Nurse Practitioner |
| Filed: 3/3/2019  3:08 PM | Encounter Date: 2/21/2019 | Creation Time:  3/3/2019  3:00 PM |
| Status:  Signed | Editor:  Andrea D. Cothern, NP (Nurse Practitioner) | |

---

Lincoln/White 0945

Progress Notes - 02/21/2019

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72008248022
Enc. Date 2/21/2019

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 2/21/2019 9:00 AM (continued)**

**Subjective:**

**Patient ID:** Sabrina Lynette White is a 46 y.o. female.

Chief Complaint
Patient presents with
• Follow-up
    *ER*

HPI

Sabrina Lynette White is here today with c/o an injury due to a fall on 2/17/2019. She lost her balance and fell down the stairs at her apartment complex. Reports that the stairwell was dark due to no lighting and she was not able to see to go down. Seen at OLOL UC North on 2/17/2019 ---- per notes: *Patient here with complaints of falling down stairs. She says that she missed a step while walking downstairs with her cane. She normally ambulates with a cane because of significant knee and back arthritis. She says that she fell directly onto her bottom and on her right elbow. She now complains of right lower back pain, right elbow pain and right sided neck pain. She says that the pain is worse with movement and better with rest. No bowel or bladder dysfunction. She did not hit her head or have a syncopal episode. No neurological changes. She is not on blood thinners.* She reports persistent pain, UC meds do help --- currently on Flexeril and Tylenol-#3. Pain mostly to the RT elbow and RT side of her back, xrays at UC were negative. Using ice at times. Describes her pain as "needles". She is LT-handed dominant.

Review of Systems
Constitutional: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Musculoskeletal: Positive for arthralgias and back pain. Negative for gait problem and joint swelling.
Skin: Negative.
Neurological: Negative for dizziness, weakness, numbness and headaches.

Review of patient's allergies indicates:
Allergen                                              Reactions
• Aleve [naproxen sodium]
• Aspirin

Patient Active Problem List
Diagnosis
• Essential hypertension
• Adjustment disorder with mixed anxiety and depressed mood
• Primary insomnia
• Migraine headache
• Spondylosis of lumbar region without myelopathy or radiculopathy
• Osteoarthritis of both knees

Generated on 12/20/19 11:00 AM                                          Page 60

Lincoln/White 0946

Progress Notes - 02/21/2019

| | |
|---|---|
| JPLC FAMILY MEDICINE<br>OCHSNER, BATON ROUGE REGION LA<br>Continuity of Care | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72008248022<br>Enc. Date 2/21/2019 |

### Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 2/21/2019 9:00 AM (continued)**

- Osteoarthritis of spine with radiculopathy, cervical region
- Morbid obesity with BMI of 40.0-44.9, adult
- Carpal tunnel syndrome on both sides
- Dyslipidemia

Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • amitriptyline (ELAVIL) 25 MG tablet | Take 1 tablet (25 mg total) by mouth every evening. | 30 tablet | 6 |
| • butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet | Take 1 tablet by mouth 2 (two) times daily as needed. | 30 tablet | 0 |
| • clonazePAM (KLONOPIN) 1 MG tablet | Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety. | 60 tablet | 1 |
| • cyclobenzaprine (FLEXERIL) 10 MG tablet | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. | 60 tablet | 0 |
| • levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every morning. | 30 tablet | 6 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth every evening. | 30 tablet | 6 |
| • rizatriptan (MAXALT) 5 MG tablet | Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed. Max 30 mg/day. | 12 tablet | 2 |
| • sertraline (ZOLOFT) 100 MG tablet | Take 1 tablet (100 mg total) by mouth once daily. | 30 tablet | 6 |
| • triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 17 g | 3 |
| • azithromycin (Z-PAK) 250 MG tablet | Take 2 tabs by mouth today, then 1 tab daily x 4 days. | 6 tablet | 0 |

Current Facility-Administered Medications on File Prior to Visit

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|

Lincoln/White 0947

Progress Notes - 02/21/2019

JPLC FAMILY MEDICINE                       White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA             MRN: 1932025, DOB:          Sex: F
Continuity of Care                         Acct #: 72008248022
                                           Enc. Date 2/21/2019

## Progress Notes (continued)

Progress Notes by Andrea D. Cothern, NP at 2/21/2019 9:00 AM (continued)

| | | | | | |
|---|---|---|---|---|---|
| • medroxyPROGES TERone (DEPO-PROVERA) syringe 150 mg | 150 mg | Intramuscular | Q90 Days | Andrea D. Cothern, NP | 150 mg at 01/22/1 9 0854 |

*Past medical, surgical, family and social histories have been reviewed today.*

## Objective:

Vitals:

|  | 02/21/19 0900 | 02/21/19 0930 |
|---|---|---|
| BP: | (!) 138/90 | |
| Temp: | 98.7 °F (37.1 °C) | |
| TempSrc: | Oral | |
| Weight: | 107 kg (235 lb 14.3 oz) | |
| Height: | 5' 3" (1.6 m) | |
| PainSc: | 9 | 9 |
| PainLoc: | Back | Elbow |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
Cardiovascular: Normal rate, regular rhythm, intact distal pulses and normal pulses.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal: Normal range of motion. She exhibits no edema.
    Right elbow: She exhibits normal range of motion, no swelling and no effusion. Tenderness found.
    Lumbar back: She exhibits tenderness, pain and spasm. She exhibits normal range of motion, no swelling, no edema and no deformity.
    Back:



Lincoln/White 0948

Progress Notes - 02/21/2019

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72008248022
Enc. Date 2/21/2019

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 2/21/2019 9:00 AM (continued)**



Arms:
Neurological: She is alert and oriented to person, place, and time. No sensory deficit. She exhibits normal muscle tone. Coordination normal.
Skin: She is not diaphoretic.
Vitals reviewed.

## Diagnosis

1.  **Fall down stairs, initial encounter**
2.  Acute right-sided low back pain without sciatica
3.  Contusion of right elbow, initial encounter

## Assessment/ Plan

**Fall down stairs, initial encounter**
-   methylPREDNISolone (MEDROL DOSEPACK) 4 mg tablet; use as directed  Dispense: 1 Package; Refill: 0
-   meloxicam (MOBIC) 15 MG tablet; Take 1 tablet (15 mg total) by mouth once daily.  Dispense: 30 tablet; Refill: 2

**Acute right-sided low back pain without sciatica**
-   methylPREDNISolone (MEDROL DOSEPACK) 4 mg tablet; use as directed  Dispense: 1 Package; Refill: 0
-   meloxicam (MOBIC) 15 MG tablet; Take 1 tablet (15 mg total) by mouth once daily.  Dispense: 30 tablet; Refill: 2

**Contusion of right elbow, initial encounter**
-   methylPREDNISolone (MEDROL DOSEPACK) 4 mg tablet; use as directed  Dispense: 1 Package; Refill: 0

Lincoln/White 0949

Progress Notes - 02/21/2019

JPLC FAMILY MEDICINE                         White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA               MRN: 1932025, DOB:          Sex: F
Continuity of Care                           Acct #: 72008248022
                                             Enc. Date 2/21/2019

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 2/21/2019  9:00 AM (continued)**

- meloxicam (MOBIC) 15 MG tablet; Take 1 tablet (15 mg total) by mouth once daily.  Dispense: 30 tablet; Refill: 2

Ice/heat, rest, stretching exercises.
Continue UC meds as needed with addition of above.
Follow-up in clinic as needed.

*Andrea Cothern CFNP*

**Andrea Cothern, CFNP**
Ochsner Jefferson Place Family Medicine

Electronically signed by Andrea D. Cothern, NP on 3/3/2019  3:08 PM

**H&P Notes**

No notes of this type exist for this encounter.

Lincoln/White 0950

**Progress Notes - 02/07/2019**

| JPLC FAMILY MEDICINE | White, Sabrina Lynette | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008181107 | |
| | Enc. Date 2/7/2019 | |

### Visit Summary

**Reason for Visit**

Headache

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Intractable migraine without status migrainosus, unspecified migraine type   - Primary | ICD-10-CM: G43.919<br>ICD-9-CM: 346.91 | |

**Problem List** as of 2/7/2019                                                    Date Reviewed: **2/5/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 9/17/2014 -<br>Present |
| Essential hypertension | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 11/29/2016 -<br>Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23<br>ICD-9-CM: 309.28 | | | 11/29/2016 -<br>Present |
| Primary insomnia | ICD-10-CM: F51.01<br>ICD-9-CM: 307.42 | | | 11/29/2016 -<br>Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | | | 8/27/2017 -<br>Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0<br>ICD-9-CM: 715.96 | | | 9/27/2017 -<br>Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22<br>ICD-9-CM: 721.0 | | | 9/27/2017 -<br>Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01,<br>Z68.41<br>ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 -<br>Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03<br>ICD-9-CM: 354.0 | | | 11/1/2018 -<br>Present |
| Dyslipidemia | ICD-10-CM: E78.5<br>ICD-9-CM: 272.4 | | | 11/2/2018 -<br>Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42<br>ICD-9-CM: 717.7 | | | 11/24/2017 -<br>10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41<br>ICD-9-CM: 717.7 | | | 11/24/2017 -<br>10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562<br>ICD-9-CM: 719.46 | | | 3/19/2018 -<br>10/8/2018 |

**Allergies as of 12/20/2019**

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Aleve [naproxen Sodium] | 08/28/2018 11:18 AM | | Kaitlyn N. Tircuit, MA | | | |
| Aspirin | 08/28/2018 11:18 AM | | Lija Thomas, MD | | | |
| DELETED: Bayer Aspirin (with Caffeine) [aspirin-caffeine] | 02/13/2018 11:06 AM | | Alexandra Scott, MA | Nausea Only | | Deleted on: 02/13/2018 Chart correction: Wrong allergy selected |

**Immunizations Administered as of 2/7/2019**                                                 Never Reviewed

Generated on 12/20/19 11:00 AM                                                                      Page 50

Lincoln/White 0951

Progress Notes - 02/07/2019

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72008181107
Enc. Date 2/7/2019

## Visit Summary (continued)

**Immunizations Administered as of 2/7/2019 (continued)**                                     Never Reviewed

No immunizations on file.

## Medications

**Outpatient Medications at Start of Encounter as of 2/7/2019**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| montelukast (SINGULAIR) 10 mg tablet (Taking) | 30 tablet | 6 | 1/3/2019 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every evening. - Oral | | | | |
| triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking) | 17 g | 3 | 11/2/2018 | |
| Sig - Route: 2 sprays by Nasal route once daily. - Nasal | | | | |
| azithromycin (Z-PAK) 250 MG tablet (Taking) | 6 tablet | 0 | 1/22/2019 | 3/28/2019 |
| Sig: Take 2 tabs by mouth today, then 1 tab daily x 4 days. | | | | |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking) | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking) | 60 tablet | 1 | 1/3/2019 | 5/6/2019 |
| Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily, as needed for anxiety. - Oral | | | | |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking) | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| diclofenac sodium (VOLTAREN) 1 % Gel (Taking) | 1 Tube | 3 | 1/16/2019 | 2/15/2019 |
| Sig - Route: Apply 2 g topically 4 (four) times daily, for 10 days - Topical (Top) | | | | |
| levocetirizine (XYZAL) 5 MG tablet (Taking) | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth every morning. - Oral | | | | |
| sertraline (ZOLOFT) 100 MG tablet (Taking) | 30 tablet | 6 | 1/3/2019 | 5/6/2019 |
| Sig - Route: Take 1 tablet (100 mg total) by mouth once daily. - Oral | | | | |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| montelukast (SINGULAIR) 10 mg tablet (Taking) | 30 tablet | 6 | 1/3/2019 | |
| Sig: Take 1 tablet (10 mg total) by mouth every evening. Route: Oral | | | | |
| triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking) | 17 g | 3 | 11/2/2018 | |
| Sig: 2 sprays by Nasal route once daily. Route: Nasal | | | | |
| azithromycin (Z-PAK) 250 MG tablet (Taking/Discontinued) | 6 tablet | 0 | 1/22/2019 | 3/28/2019 |
| Sig: Take 2 tabs by mouth today, then 1 tab daily x 4 days. Reason for Discontinue: **Therapy completed** | | | | |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking/Discontinued) | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| Sig: Take 1 tablet by mouth 2 (two) times daily as needed. Notes to Pharmacy: Please consider 90 day supplies to promote better adherence Route: Oral | | | | |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued) | 60 tablet | 1 | 1/3/2019 | 5/6/2019 |
| Sig: Take 1 tablet (1 mg total) by mouth 2 (two) times daily, as needed for anxiety. Route: Oral | | | | |

---

Generated on 12/20/19 11:00 AM                                                              Page 51

Lincoln/White 0952

Progress Notes - 02/07/2019

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72008181107
Enc. Date 2/7/2019

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Reason for Discontinue: **Reorder** | | | | |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking/Discontinued) | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| Sig: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| diclofenac sodium (VOLTAREN) 1 % Gel (Taking/Discontinued) | 1 Tube | 3 | 1/16/2019 | 2/15/2019 |
| Sig: Apply 2 g topically 4 (four) times daily. for 10 days | | | | |
| Route: Topical (Top) | | | | |
| levocetirizine (XYZAL) 5 MG tablet (Taking/Discontinued) | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| Sig: Take 1 tablet (5 mg total) by mouth every morning. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| sertraline (ZOLOFT) 100 MG tablet (Taking/Discontinued) | 30 tablet | 6 | 1/3/2019 | 5/6/2019 |
| Sig: Take 1 tablet (100 mg total) by mouth once daily. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Therapy not effective** | | | | |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| rizatriptan (MAXALT) 5 MG tablet (Discontinued) | 12 tablet | 2 | 2/7/2019 | 9/6/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed. Max 30 mg/day. - Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| amitriptyline (ELAVIL) 25 MG tablet (Discontinued) | 30 tablet | 6 | 2/7/2019 | 3/28/2019 |
| Sig - Route: Take 1 tablet (25 mg total) by mouth every evening. - Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |

## Progress Notes

### Progress Notes by Andrea D. Cothern, NP at 2/7/2019 11:45 AM

| | | |
|---|---|---|
| Author: Andrea D. Cothern, NP | Service: --- | Author Type: Nurse Practitioner |
| Filed: 2/18/2019 12:12 PM | Encounter Date: 2/7/2019 | Creation Time: 2/18/2019 12:08 PM |
| Status: Signed | Editor: Andrea D. Cothern, NP (Nurse Practitioner) | |

### Subjective:

**Patient ID:** Sabrina Lynette White is a 46 y.o. female.

Chief Complaint
Patient presents with
- Headache

HPI

Sabrina Lynette White is here today with c/o headache pain x 3 days. Pain 10/10 now. Located to LT eye, has now moved to RT eye. Triggers unknown; h/o migraines. Ibuprofen 800 not helping. Not sleeping. Reports mild vision changes and dizziness.

---

Generated on 12/20/19 11:00 AM                                                                Page 52

Lincoln/White 0953

Progress Notes - 02/07/2019

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:            Sex: F
Acct #: 72008181107
Enc. Date 2/7/2019

**Progress Notes (continued)**

Progress Notes by Andrea D. Cothern, NP at 2/7/2019 11:45 AM (continued)

Review of Systems
Constitutional: Negative.
HENT: Negative.
Eyes: Positive for photophobia, pain and visual disturbance. Negative for redness.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for nausea. Negative for abdominal pain and vomiting.
Neurological: Positive for light-headedness and headaches. Negative for weakness and numbness.

Review of patient's allergies indicates:

| Allergen | Reactions |
|---|---|
| • Aleve [naproxen sodium] | |
| • Aspirin | |

Patient Active Problem List

Diagnosis
- Essential hypertension
- Adjustment disorder with mixed anxiety and depressed mood
- Primary insomnia
- Migraine headache
- Spondylosis of lumbar region without myelopathy or radiculopathy
- Osteoarthritis of both knees
- Osteoarthritis of spine with radiculopathy, cervical region
- Morbid obesity with BMI of 40.0-44.9, adult
- Carpal tunnel syndrome on both sides
- Dyslipidemia

Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • azithromycin (Z-PAK) 250 MG tablet | Take 2 tabs by mouth today, then 1 tab daily x 4 days. | 6 tablet | 0 |
| • butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet | Take 1 tablet by mouth 2 (two) times daily as needed. | 30 tablet | 0 |
| • clonazePAM (KLONOPIN) 1 MG tablet | Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety. | 60 tablet | 1 |
| • cyclobenzaprine (FLEXERIL) 10 MG tablet | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as | 60 tablet | 0 |

Generated on 12/20/19 11:00 AM                                            Page 53

Lincoln/White 0954

Progress Notes - 02/07/2019

| JPLC FAMILY MEDICINE | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008181107 | |
| | Enc. Date 2/7/2019 | |

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 2/7/2019 11:45 AM (continued)**

needed.

- levocetirizine (XYZAL) 5 MG tablet — Take 1 tablet (5 mg total) by mouth every morning. — 30 tablet — 6

- montelukast (SINGULAIR) 10 mg tablet — Take 1 tablet (10 mg total) by mouth every evening. — 30 tablet — 6

- sertraline (ZOLOFT) 100 MG tablet — Take 1 tablet (100 mg total) by mouth once daily. — 30 tablet — 6

- triamcinolone (NASACORT) 55 mcg nasal inhaler — 2 sprays by Nasal route once daily. — 17 g — 3

**Current Facility-Administered Medications on File Prior to Visit**

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| • medroxyPROGES TERone (DEPO-PROVERA) syringe 150 mg | 150 mg | Intramuscular | Q90 Days | Andrea D. Cothern, NP | | 150 mg at 01/22/19 0854 |

*Past medical, surgical, family and social histories have been reviewed today.*

## Objective:

### Vitals:

| | 02/07/19 1129 |
|---|---|
| BP: | 132/84 |
| Pulse: | 108 |
| Temp: | 98.6 °F (37 °C) |
| TempSrc: | Oral |
| SpO2: | 97% |
| Weight: | 108 kg (238 lb 1.6 oz) |
| Height: | 5' 3" (1.6 m) |
| PainSc: | 10-Worst pain ever |
| PainLoc: | Head |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light. Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.

Generated on 12/20/19 11:00 AM                                           Page 54

Lincoln/White 0955

**Progress Notes - 02/07/2019**

| | |
|---|---|
| JPLC FAMILY MEDICINE | White, Sabrina Lynette |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB:            Sex: F |
| Continuity of Care | Acct #: 72008181107 |
| | Enc. Date 2/7/2019 |

### Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 2/7/2019 11:45 AM (continued)**

Neck: Normal range of motion. Neck supple. No JVD present. No tracheal deviation present. No thyromegaly present.
Cardiovascular: Regular rhythm and normal heart sounds. Tachycardia present.
Pulmonary/Chest: Effort normal and breath sounds normal.
Neurological: She is alert and oriented to person, place, and time.
Vitals reviewed.

### Diagnosis

1.    **Intractable migraine without status migrainosus, unspecified migraine type**

### Assessment/ Plan

**Intractable migraine without status migrainosus, unspecified migraine type**
-    rizatriptan (MAXALT) 5 MG tablet; Take 1 tablet (5 mg total) by mouth as needed for Migraine. Repeat dose in 2 hrs if needed.  Max 30 mg/day.  Dispense: 12 tablet; Refill: 2
-    amitriptyline (ELAVIL) 25 MG tablet; Take 1 tablet (25 mg total) by mouth every evening.  Dispense: 30 tablet; Refill: 6

Medication discussed, as directed.
Headache diary.
Follow-up in clinic in 1 month or sooner if needed.

*Andrea Cothern CFNP*

**Andrea Cothern, CFNP**
Ochsner Jefferson Place Family Medicine

Electronically signed by Andrea D. Cothern, NP on 2/18/2019 12:12 PM

**H&P Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

02/07/2019 1159 - Andrea D. Cothern, NP
Check-out Note:         MIGRAINE RECHECK IN 1 MO

Lincoln/White 0956

**Progress Notes - 02/07/2019**

| | |
|---|---|
| JPLC FAMILY MEDICINE | White, Sabrina Lynette |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB:    Sex: F |
| Continuity of Care | Acct #: 72008181107 |
| | Enc. Date 2/7/2019 |

**Follow-up and Disposition History (continued)**

Lincoln/White 0957

**Progress Notes - 01/22/2019**

| | |
|---|---|
| JPLC FAMILY MEDICINE | White, Sabrina Lynette |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB:        Sex: F |
| Continuity of Care | Acct #: 72008088846 |
| | Enc. Date 1/22/2019 |

## Visit Summary

**Reason for Visit**

Vaginal Discharge

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Allergic sinusitis   - Primary | ICD-10-CM: J30.9 | |
| | ICD-9-CM: 477.9 | |
| Acute vaginitis | ICD-10-CM: N76.0 | |
| | ICD-9-CM: 616.10 | |
| Encounter for Depo-Provera contraception | ICD-10-CM: Z30.42 | |
| | ICD-9-CM: V25.49 | |

**Problem List** as of 1/22/2019                                    Date Reviewed: **1/19/2019**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 | | | 9/17/2014 - |
| | ICD-9-CM: 346.90 | | | Present |
| Essential hypertension | ICD-10-CM: I10 | | | 11/29/2016 - |
| | ICD-9-CM: 401.9 | | | Present |
| Adjustment disorder with mixed anxiety and | ICD-10-CM: F43.23 | | | 11/29/2016 - |
| depressed mood | ICD-9-CM: 309.28 | | | Present |
| Primary insomnia | ICD-10-CM: F51.01 | | | 11/29/2016 - |
| | ICD-9-CM: 307.42 | | | Present |
| Spondylosis of lumbar region without | ICD-10-CM: M47.816 | | | 8/27/2017 - |
| myelopathy or radiculopathy | ICD-9-CM: 721.3 | | | Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 | | | 9/27/2017 - |
| | ICD-9-CM: 715.96 | | | Present |
| Osteoarthritis of spine with radiculopathy, | ICD-10-CM: M47.22 | | | 9/27/2017 - |
| cervical region | ICD-9-CM: 721.0 | | | Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01, | | | 7/2/2018 - |
| | Z68.41 | | | Present |
| | ICD-9-CM: 278.01, V85.41 | | | |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 | | | 11/1/2018 - |
| | ICD-9-CM: 354.0 | | | Present |
| Dyslipidemia | ICD-10-CM: E78.5 | | | 11/2/2018 - |
| | ICD-9-CM: 272.4 | | | Present |
| RESOLVED: Chondromalacia patellae of left | ICD-10-CM: M22.42 | | | 11/24/2017 - |
| knee | ICD-9-CM: 717.7 | | | 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right | ICD-10-CM: M22.41 | | | 11/24/2017 - |
| knee | ICD-9-CM: 717.7 | | | 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 | | | 3/19/2018 - |
| | ICD-9-CM: 719.46 | | | 10/8/2018 |

**Allergies as of 12/20/2019**

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Aleve [naproxen Sodium] | 08/28/2018 11:18 AM | | Kaitlyn N. Tircuit, MA | | | |
| Aspirin | 08/28/2018 11:18 AM | | Lija Thomas, MD | | | |
| DELETED: Bayer Aspirin (with Caffeine) [aspirin- | 02/13/2018 11:06 AM | | Alexandra Scott, MA | Nausea Only | | Deleted on: 02/13/2018 Chart correction: |

Generated on 12/20/19 11:00 AM                                                        Page 43

Lincoln/White 0958

**Progress Notes - 01/22/2019**

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72008088846
Enc. Date 1/22/2019

## Visit Summary (continued)

**Allergies as of 12/20/2019 (continued)**

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| caffeine] | | | | | | Wrong allergy selected |

**Immunizations Administered as of 1/22/2019**                                         Never Reviewed

No immunizations on file.

## Medications

**Outpatient Medications at Start of Encounter as of 1/22/2019**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| montelukast (SINGULAIR) 10 mg tablet (Taking) | 30 tablet | 6 | 1/3/2019 | |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every evening. - Oral | | | | |
| triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking) | 17 g | 3 | 11/2/2018 | |
| Sig - Route: 2 sprays by Nasal route once daily. - Nasal | | | | |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking) | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking) | 60 tablet | 1 | 1/3/2019 | 5/6/2019 |
| Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily, as needed for anxiety. - Oral | | | | |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking) | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| diclofenac sodium (VOLTAREN) 1 % Gel (Taking) | 1 Tube | 3 | 1/16/2019 | 2/15/2019 |
| Sig - Route: Apply 2 g topically 4 (four) times daily, for 10 days - Topical (Top) | | | | |
| levocetirizine (XYZAL) 5 MG tablet (Taking) | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| Sig - Route: Take 1 tablet (5 mg total) by mouth every morning. - Oral | | | | |
| sertraline (ZOLOFT) 100 MG tablet (Taking) | 30 tablet | 6 | 1/3/2019 | 5/6/2019 |
| Sig - Route: Take 1 tablet (100 mg total) by mouth once daily. - Oral | | | | |
| sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab (Taking) | 14 tablet | 0 | 1/19/2019 | 1/22/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily, for 7 days - Oral | | | | |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| montelukast (SINGULAIR) 10 mg tablet (Taking) | 30 tablet | 6 | 1/3/2019 | |
| Sig: Take 1 tablet (10 mg total) by mouth every evening. | | | | |
| Route: Oral | | | | |
| triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking) | 17 g | 3 | 11/2/2018 | |
| Sig: 2 sprays by Nasal route once daily. | | | | |
| Route: Nasal | | | | |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking/Discontinued) | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| Sig: Take 1 tablet by mouth 2 (two) times daily as needed. | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| Route: Oral | | | | |

Lincoln/White 0959

Progress Notes - 01/22/2019

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72008088846
Enc. Date 1/22/2019

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued) | 60 tablet | 1 | 1/3/2019 | 5/6/2019 |
| Sig: Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety. Route: Oral Reason for Discontinue: **Reorder** | | | | |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking/Discontinued) | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| Sig: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. Notes to Pharmacy: Please consider 90 day supplies to promote better adherence Route: Oral Reason for Discontinue: **Reorder** | | | | |
| diclofenac sodium (VOLTAREN) 1 % Gel (Taking/Discontinued) | 1 Tube | 3 | 1/16/2019 | 2/15/2019 |
| Sig: Apply 2 g topically 4 (four) times daily. for 10 days Route: Topical (Top) | | | | |
| levocetirizine (XYZAL) 5 MG tablet (Taking/Discontinued) | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| Sig: Take 1 tablet (5 mg total) by mouth every morning. Route: Oral Reason for Discontinue: **Reorder** | | | | |
| sertraline (ZOLOFT) 100 MG tablet (Taking/Discontinued) | 30 tablet | 6 | 1/3/2019 | 5/6/2019 |
| Sig: Take 1 tablet (100 mg total) by mouth once daily. Route: Oral Reason for Discontinue: **Therapy not effective** | | | | |
| sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab (Taking/Discontinued) | 14 tablet | 0 | 1/19/2019 | 1/22/2019 |
| Sig: Take 1 tablet by mouth 2 (two) times daily. for 7 days Route: Oral | | | | |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| azithromycin (Z-PAK) 250 MG tablet (Discontinued) | 6 tablet | 0 | 1/22/2019 | 3/28/2019 |
| Sig: Take 2 tabs by mouth today, then 1 tab daily x 4 days. Reason for Discontinue: **Therapy completed** | | | | |

### Ordered Facility-Administered Medications

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| medroxyPROGESTERone (DEPO-PROVERA) syringe 150 mg | 150 mg | Every 3 months | 1/22/2019 | 7/15/2020 |
| Route: Intramuscular | | | | |

## Progress Notes

### Progress Notes by Andrea D. Cothern, NP at 1/22/2019 8:00 AM

| | | |
|---|---|---|
| Author: Andrea D. Cothern, NP | Service: ---- | Author Type: Nurse Practitioner |
| Filed: 1/31/2019 1:28 PM | Encounter Date: 1/22/2019 | Creation Time: 1/22/2019 10:36 AM |
| Status: Signed | Editor: Andrea D. Cothern, NP (Nurse Practitioner) | |

## Subjective:

**Patient ID:** Sabrina Lynette White is a 46 y.o. female.

Generated on 12/20/19 11:00 AM

Lincoln/White 0960

Progress Notes - 01/22/2019

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:              Sex: F
Acct #: 72008088846
Enc. Date 1/22/2019

### Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 1/22/2019 8:00 AM (continued)**

Chief Complaint
Patient presents with
- Vaginal Discharge

HPI

Sabrina Lynette White is here today with c/o vaginal discharge. Seen at UC on 1/19/2019, started on ABX for UTI. Has been drinking lemon water, admits to increased intake of sugary foods. Vaginal discharge ---- no odor, green to brown in color ???? Takes baths with Dove alternating with Coast soap. Vaginal screen positive for bacteria (related to UTI ???) but is negative for clue cells, yeast and trich. GC pending.

Reports sinus/allergy issues for the past 2-1/2 weeks. Treated for allergies on 1/3/2019, taking allergy medication as ordered but feels symptoms worsening. Reports sinus pressure, frontal HA pain, RN and NC. Does have some sneezing at times.

Due for Depo injection ---- will get today while here.

Review of Systems
Constitutional: Negative for chills and fever.
HENT: Positive for congestion, postnasal drip, rhinorrhea, sinus pressure and sneezing. Negative for ear pain.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative for nausea and vomiting.
Genitourinary: Positive for vaginal discharge. Negative for dysuria, flank pain, frequency, hematuria, pelvic pain and urgency.
Musculoskeletal: Negative for myalgias.
Neurological: Positive for headaches. Negative for weakness and light-headedness.

Review of patient's allergies indicates:
Allergen                                                    Reactions
- Aleve [naproxen sodium]
- Aspirin

Patient Active Problem List
Diagnosis
- Essential hypertension
- Adjustment disorder with mixed anxiety and depressed mood
- Primary insomnia
- Migraine headache
- Spondylosis of lumbar region without myelopathy or radiculopathy
- Osteoarthritis of both knees
- Osteoarthritis of spine with radiculopathy, cervical region
- Morbid obesity with BMI of 40.0-44.9, adult

---

Generated on 12/20/19 11:00 AM                                          Page 46

Lincoln/White 0961

Progress Notes - 01/22/2019

| JPLC FAMILY MEDICINE | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| Continuity of Care | Acct #: 72008088846 | |
| | Enc. Date 1/22/2019 | |

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 1/22/2019 8:00 AM (continued)**

- Carpal tunnel syndrome on both sides
- Dyslipidemia

Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet | Take 1 tablet by mouth 2 (two) times daily as needed. | 30 tablet | 0 |
| • clonazePAM (KLONOPIN) 1 MG tablet | Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety. | 60 tablet | 1 |
| • cyclobenzaprine (FLEXERIL) 10 MG tablet | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. | 60 tablet | 0 |
| • diclofenac sodium (VOLTAREN) 1 % Gel | Apply 2 g topically 4 (four) times daily. for 10 days | 1 Tube | 3 |
| • levocetirizine (XYZAL) 5 MG tablet | Take 1 tablet (5 mg total) by mouth every morning. | 30 tablet | 6 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth every evening. | 30 tablet | 6 |
| • sertraline (ZOLOFT) 100 MG tablet | Take 1 tablet (100 mg total) by mouth once daily. | 30 tablet | 6 |
| • triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 17 g | 3 |
| • sulfamethoxazole-trimethoprim 800-160mg (BACTRIM DS) 800-160 mg Tab | Take 1 tablet by mouth 2 (two) times daily. for 7 days | 14 tablet | 0 |

No current facility-administered medications on file prior to visit.

*Past medical, surgical, family and social histories have been reviewed today.*

Objective:

Vitals:

01/22/19 0817

Generated on 12/20/19 11:00 AM                                                              Page 47

Lincoln/White 0962

Progress Notes - 01/22/2019

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:          Sex: F
Continuity of Care                            Acct #: 72008088846
                                              Enc. Date 1/22/2019

**Progress Notes (continued)**

**Progress Notes by Andrea D. Cothern, NP at 1/22/2019  8:00 AM (continued)**

| | |
|---|---|
| BP: | 102/80 |
| Pulse: | 110 |
| Temp: | 99.1 °F (37.3 °C) |
| TempSrc: | Oral |
| SpO2: | 96% |
| Weight: | 108.8 kg (239 lb 13.8 oz) |
| Height: | 5' 3" (1.6 m) |
| PainSc: | 10-Worst pain ever |
| PainLoc: | Head |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: Tympanic membrane normal.
Left Ear: Tympanic membrane normal.
Nose: Mucosal edema and rhinorrhea present. Right sinus exhibits frontal sinus tenderness. Left sinus exhibits frontal sinus tenderness.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Regular rhythm and normal heart sounds. Tachycardia present.
Pulmonary/Chest: Effort normal and breath sounds normal.
Lymphadenopathy:
  She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time.
Vitals reviewed.

**Diagnosis**

1.  **Allergic sinusitis**
2.  Acute vaginitis
3.  Encounter for Depo-Provera contraception

**Assessment/ Plan**

**Allergic sinusitis**
- Symptoms worsening over past 2-1/2 weeks.
- Continue Xyzal, Nasacort & Singulair as ordered.
- Rest and fluids.
    - azithromycin (Z-PAK) 250 MG tablet; Take 2 tabs by mouth today, then 1 tab daily x 4 days.  Dispense: 6 tablet; Refill: 0

Generated on 12/20/19 11:00 AM                                Page 48

Lincoln/White 0963

Progress Notes - 01/22/2019

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:           Sex: F
Continuity of Care                            Acct #: 72008088846
                                              Enc. Date 1/22/2019

**Progress Notes (continued)**

Progress Notes by Andrea D. Cothern, NP at 1/22/2019  8:00 AM (continued)

## Acute vaginitis
- GC pending, all other vaginal testing negative so far.
- Infection triggers and prevention discussed.

## Encounter for Depo-Provera contraception
- medroxyPROGESTERone (DEPO-PROVERA) syringe 150 mg

Follow-up in clinic as needed.

*Andrea Cothern CFNP*

**Andrea Cothern, CFNP**
Ochsner Jefferson Place Family Medicine

Electronically signed by Andrea D. Cothern, NP on 1/31/2019  1:28 PM

**H&P Notes**

No notes of this type exist for this encounter.

Generated on 12/20/19 11:00 AM                                    Page 49

Lincoln/White 0964

**Progress Notes - 01/03/2019**

| JPLC FAMILY MEDICINE | White, Sabrina Lynette | |
|---|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| Continuity of Care | Acct #: 72007998331 | |
| | Enc. Date 1/3/2019 | |

## Visit Summary

**Reason for Visit**

Headache

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Allergic rhinitis, unspecified seasonality, unspecified trigger  - Primary | ICD-10-CM: J30.9 ICD-9-CM: 477.9 | |
| Headache, unspecified headache type | ICD-10-CM: R51 ICD-9-CM: 784.0 | |
| Medication refill | ICD-10-CM: Z76.0 ICD-9-CM: V68.1 | |

**Problem List** as of 1/3/2019                                                       Date Reviewed: **12/19/2018**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 - Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| Dyslipidemia | ICD-10-CM: E78.5 ICD-9-CM: 272.4 | | | 11/2/2018 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |

**Allergies** as of 12/20/2019

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Aleve [naproxen Sodium] | 08/28/2018 11:18 AM | | Kaitlyn N. Tircuit, MA | | | |
| Aspirin | 08/28/2018 11:18 AM | | Lija Thomas, MD | | | |
| DELETED: Bayer Aspirin (with Caffeine) [aspirin- | 02/13/2018 11:06 AM | | Alexandra Scott, MA | Nausea Only | | Deleted on: 02/13/2018 Chart correction: |

Lincoln/White 0965

Progress Notes - 01/03/2019

JPLC FAMILY MEDICINE                         White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA               MRN: 1932025, DOB:              Sex: F
Continuity of Care                           Acct #: 72007998331
                                             Enc. Date 1/3/2019

## Visit Summary (continued)

### Allergies as of 12/20/2019 (continued)

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| caffeine] | | | | | | Wrong allergy selected |

### Immunizations Administered as of 1/3/2019                                    Never Reviewed

No immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 1/3/2019

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking) | 17 g | 3 | 11/2/2018 | |
| Sig - Route: 2 sprays by Nasal route once daily. - Nasal | | | | |
| ALLERGY RELIEF, LORATADINE, 10 mg tablet (Taking) | 30 tablet | 6 | 11/28/2018 | 1/3/2019 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking) | 30 tablet | 0 | 9/11/2018 | 1/3/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking) | 60 tablet | 1 | 11/13/2018 | 1/3/2019 |
| Sig: TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY | | | | |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking) | 90 tablet | 4 | 11/13/2018 | 1/3/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| fluconazole (DIFLUCAN) 150 MG Tab (Taking) | 1 tablet | 0 | 12/17/2018 | 1/3/2019 |
| Sig - Route: Take 1 tablet (150 mg total) by mouth once daily. for 1 day - Oral | | | | |
| sertraline (ZOLOFT) 100 MG tablet (Taking) | 30 tablet | 0 | 10/8/2018 | 1/3/2019 |
| Sig - Route: Take 1 tablet (100 mg total) by mouth once daily. - Oral | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| triamcinolone (NASACORT) 55 mcg nasal inhaler (Taking) | 17 g | 3 | 11/2/2018 | |
| Sig: 2 sprays by Nasal route once daily. Route: Nasal | | | | |
| ALLERGY RELIEF, LORATADINE, 10 mg tablet (Taking/Discontinued) | 30 tablet | 6 | 11/28/2018 | 1/3/2019 |
| Sig: TAKE 1 TABLET BY MOUTH ONCE DAILY IN THE MORNING | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking/Discontinued) | 30 tablet | 0 | 9/11/2018 | 1/3/2019 |
| Sig: Take 1 tablet by mouth 2 (two) times daily as needed. | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking/Discontinued) | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |

Generated on 12/20/19 11:00 AM                                                   Page 37

Lincoln/White 0966

**Progress Notes - 01/03/2019**

| JPLC FAMILY MEDICINE | White, Sabrina Lynette |
|---|---|
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB:          Sex: F |
| Continuity of Care | Acct #: 72007998331 |
| | Enc. Date 1/3/2019 |

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: Take 1 tablet by mouth 2 (two) times daily as needed.<br>Notes to Pharmacy: Please consider 90 day supplies to promote better adherence<br>Route: Oral | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet**<br>(Taking/Discontinued)<br>Sig: TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR  ANXIETY<br>Reason for Discontinue: **Reorder** | 60 tablet | 1 | 11/13/2018 | 1/3/2019 |
| **clonazePAM (KLONOPIN) 1 MG tablet**<br>(Taking/Discontinued)<br>Sig: Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 1 | 1/3/2019 | 5/6/2019 |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet**<br>(Taking/Discontinued)<br>Sig: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed.<br>Notes to Pharmacy: Please consider 90 day supplies to promote better adherence<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 90 tablet | 4 | 11/13/2018 | 1/3/2019 |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet**<br>(Taking/Discontinued)<br>Sig: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed.<br>Notes to Pharmacy: Please consider 90 day supplies to promote better adherence<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| **fluconazole (DIFLUCAN) 150 MG Tab**<br>(Taking/Discontinued)<br>Sig: Take 1 tablet (150 mg total) by mouth once daily. for 1 day<br>Route: Oral | 1 tablet | 0 | 12/17/2018 | 1/3/2019 |
| **sertraline (ZOLOFT) 100 MG tablet**<br>(Taking/Discontinued)<br>Sig: Take 1 tablet (100 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 0 | 10/8/2018 | 1/3/2019 |
| **sertraline (ZOLOFT) 100 MG tablet**<br>(Taking/Discontinued)<br>Sig: Take 1 tablet (100 mg total) by mouth once daily.<br>Route: Oral<br>Reason for Discontinue: **Therapy not effective** | 30 tablet | 6 | 1/3/2019 | 5/6/2019 |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **levocetirizine (XYZAL) 5 MG tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (5 mg total) by mouth every morning. - Oral<br>Reason for Discontinue: **Reorder** | 30 tablet | 6 | 1/3/2019 | 12/5/2019 |
| **montelukast (SINGULAIR) 10 mg tablet**<br>Sig - Route: Take 1 tablet (10 mg total) by mouth every evening. - Oral | 30 tablet | 6 | 1/3/2019 | |
| **butalbital-acetaminophen-caffeine 50-325-40 mg**<br>**(FIORICET, ESGIC) 50-325-40 mg per tablet**<br>**(Discontinued)**<br>Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral<br>Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | 30 tablet | 0 | 1/3/2019 | 12/18/2019 |
| **clonazePAM (KLONOPIN) 1 MG tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety. - Oral<br>Reason for Discontinue: **Reorder** | 60 tablet | 1 | 1/3/2019 | 5/6/2019 |
| **sertraline (ZOLOFT) 100 MG tablet (Discontinued)**<br>Sig - Route: Take 1 tablet (100 mg total) by mouth once daily. - Oral | 30 tablet | 6 | 1/3/2019 | 5/6/2019 |

Generated on 12/20/19 11:00 AM

Lincoln/White 0967

Progress Notes - 01/03/2019

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:            Sex: F
Continuity of Care                            Acct #: 72007998331
                                              Enc. Date 1/3/2019

## Medications (continued)

**Ordered Medications (continued)**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| Reason for Discontinue: **Therapy not effective** | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Discontinued)** | 60 tablet | 0 | 1/3/2019 | 12/9/2019 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| Reason for Discontinue: **Reorder** | | | | |

**Ordered Facility-Administered Medications**

|  | Dose | Freq | Start | End |
|---|---|---|---|---|
| **ketorolac injection 60 mg** | 60 mg | Clinic/HOD 1 time | 1/3/2019 | 1/3/2019 |
| Route: Intramuscular | | | | |

## Progress Notes

**Progress Notes by Andrea D. Cothern, NP at 1/3/2019 3:15 PM**

| | | |
|---|---|---|
| Author: Andrea D. Cothern, NP | Service: — | Author Type: Nurse Practitioner |
| Filed: 1/13/2019 11:26 AM | Encounter Date: 1/3/2019 | Creation Time: 1/3/2019 4:07 PM |
| Status: Signed | Editor: Andrea D. Cothern, NP (Nurse Practitioner) | |

### Subjective:

**Patient ID:** Sabrina Lynette White is a 46 y.o. female.

**Chief Complaint:** Headache

HPI

Sabrina Lynette White is here today with c/o frequent HA pain over past few days. HA pain located frontally and near bridge of nose. Described as pulsating and throbbing. Does have allergy symptoms with increased RN and NC. Does c/o mild dizziness at times. Ibuprofen 800 not helping HA pain. No fever, chills or cough.

Review of Systems
Constitutional: Negative for fever.
HENT: Positive for congestion, postnasal drip and rhinorrhea. Negative for ear pain, sneezing and sore throat.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Negative for nausea and vomiting.
Allergic/Immunologic: Positive for environmental allergies.
Neurological: Positive for headaches. Negative for light-headedness.
Hematological: Negative for adenopathy.

Review of patient's allergies indicates:
Allergen                                                        Reactions
 • Aleve [naproxen sodium]
 • Aspirin

Generated on 12/20/19 11:00 AM                                                   Page 39

Lincoln/White 0968

Progress Notes - 01/03/2019

JPLC FAMILY MEDICINE

White, Sabrina Lynette

OCHSNER, BATON ROUGE REGION LA

MRN: 1932025, DOB:                Sex: F

Continuity of Care

Acct #: 72007998331

Enc. Date 1/3/2019

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 1/3/2019  3:15 PM (continued)**

Patient Active Problem List

Diagnosis

- Essential hypertension
- Adjustment disorder with mixed anxiety and depressed mood
- Primary insomnia
- Migraine headache
- Spondylosis of lumbar region without myelopathy or radiculopathy
- Osteoarthritis of both knees
- Osteoarthritis of spine with radiculopathy, cervical region
- Morbid obesity with BMI of 40.0-44.9, adult
- Carpal tunnel syndrome on both sides
- Dyslipidemia

Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • triamcinolone (NASACORT) 55 mcg nasal inhaler | 2 sprays by Nasal route once daily. | 17 g | 3 |
| • butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet | Take 1 tablet by mouth 2 (two) times daily as needed. | 30 tablet | 0 |
| • clonazePAM (KLONOPIN) 1 MG tablet | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR  ANXIETY | 60 tablet | 1 |
| • cyclobenzaprine (FLEXERIL) 10 MG tablet | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. | 90 tablet | 4 |
| • sertraline (ZOLOFT) 100 MG tablet | Take 1 tablet (100 mg total) by mouth once daily. | 30 tablet | 0 |

No current facility-administered medications on file prior to visit.

*Past medical, surgical, family and social histories have been reviewed today.*

Objective:

Vitals:

01/03/19 1528

BP:          112/77

Generated on 12/20/19 11:00 AM                                         Page 40

Lincoln/White 0969

Progress Notes - 01/03/2019

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72007998331
Enc. Date 1/3/2019

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 1/3/2019 3:15 PM (continued)**

Pulse:      93
Temp:       98.3 °F (36.8 °C)
SpO2:       100%
Weight:     107.5 kg (236 lb 15.9 oz)
PainSc:     10-Worst pain ever
PainLoc:    Head

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: Tympanic membrane normal.
Left Ear: Tympanic membrane normal.
Nose: Mucosal edema and rhinorrhea (boggy/clear RN) present.
Mouth/Throat: Mucous membranes are normal. No oropharyngeal exudate, posterior oropharyngeal edema or posterior oropharyngeal erythema **(increased clear PND noted)**.
Eyes: Conjunctivae are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Regular rhythm and normal heart sounds. Tachycardia present.
Pulmonary/Chest: Effort normal and breath sounds normal.
Lymphadenopathy:
  She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time.
Vitals reviewed.

## Diagnosis

1.  **Allergic rhinitis, unspecified seasonality, unspecified trigger**
2.  Headache, unspecified headache type
3.  Medication refill

## Assessment/ Plan

**Allergic rhinitis, unspecified seasonality, unspecified trigger**
- Allergy symptoms flaring over past few days, likely causing HA pain.
- Medication discussed, take as directed.
  - levocetirizine (XYZAL) 5 MG tablet; Take 1 tablet (5 mg total) by mouth every morning.  Dispense: 30 tablet; Refill: 6
  - montelukast (SINGULAIR) 10 mg tablet; Take 1 tablet (10 mg total) by mouth every evening. Dispense: 30 tablet; Refill: 6

**Headache, unspecified headache type**

Generated on 12/20/19 11:00 AM                                    Page 41

Lincoln/White 0970

Progress Notes - 01/03/2019

| | |
|---|---|
| JPLC FAMILY MEDICINE | White, Sabrina Lynette |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB:          Sex: F |
| Continuity of Care | Acct #: 72007998331 |
| | Enc. Date 1/3/2019 |

### Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 1/3/2019  3:15 PM (continued)**

- HA pain for past few days, likely caused by seasonal allergies.
- Toradol today for pain relief.
- Fioricet prn HA pain.
  - ketorolac injection 60 mg
  - butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet; Take 1 tablet by mouth 2 (two) times daily as needed.  Dispense: 30 tablet; Refill: 0

**Medication refill**
- clonazePAM (KLONOPIN) 1 MG tablet; Take 1 tablet (1 mg total) by mouth 2 (two) times daily. as needed for anxiety.  Dispense: 60 tablet; Refill: 1
- sertraline (ZOLOFT) 100 MG tablet; Take 1 tablet (100 mg total) by mouth once daily.  Dispense: 30 tablet; Refill: 6
- cyclobenzaprine (FLEXERIL) 10 MG tablet; Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed.  Dispense: 60 tablet; Refill: 0

Follow-up in clinic as needed.

*Andrea Cothern CFNP*

**Andrea Cothern, CFNP**
Ochsner Jefferson Place Family Medicine

Electronically signed by Andrea D. Cothern, NP on 1/13/2019 11:28 AM

**H&P Notes**

No notes of this type exist for this encounter.

Lincoln/White 0971

**Progress Notes - 11/01/2018**

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:              Sex: F
Continuity of Care                            Acct #: 72007723652
                                              Enc. Date 11/1/2018

## Visit Summary

**Reason for Visit**

Annual Exam

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Annual physical exam    - Primary | ICD-10-CM: Z00.00 ICD-9-CM: V70.0 | |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | |
| Osteoarthritis of both knees, unspecified osteoarthritis type | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | |
| Upper back pain | ICD-10-CM: M54.9 ICD-9-CM: 724.5 | |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | |
| Viral URI | ICD-10-CM: J06.9 ICD-9-CM: 465.9 | |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | |

**Problem List** as of 11/1/2018                                    Date Reviewed: **11/1/2018**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 - Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 | | | 3/19/2018 - |

Generated on 12/20/19 11:00 AM                                                    Page 16

Lincoln/White 0972

**Progress Notes - 11/01/2018**

JPLC FAMILY MEDICINE                     White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA           MRN: 1932025, DOB:              Sex: F
Continuity of Care                       Acct #: 72007723652
                                         Enc. Date 11/1/2018

## Visit Summary (continued)

**Problem List (continued)** as of 11/1/2018                    Date Reviewed: **11/1/2018**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| | ICD-9-CM: 719.46 | | | 10/8/2018 |

**Allergies as of 12/20/2019**

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Aleve [naproxen Sodium] | 08/28/2018 11:18 AM | | Kaitlyn N. Tircuit, MA | | | |
| Aspirin | 08/28/2018 11:18 AM | | Lija Thomas, MD | | | |
| DELETED: Bayer Aspirin (with Caffeine) [aspirin-caffeine] | 02/13/2018 11:06 AM | | Alexandra Scott, MA | Nausea Only | | Deleted on: 02/13/2018 Chart correction: Wrong allergy selected |

**Immunizations Administered as of 11/1/2018**                                    Never Reviewed

No immunizations on file.

## Medications

**Outpatient Medications at Start of Encounter as of 11/1/2018**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking) | 30 tablet | 0 | 9/11/2018 | 1/3/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking) | 60 tablet | 0 | 10/8/2018 | 11/13/2018 |
| Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. - Oral | | | | |
| loratadine (CLARITIN) 10 mg tablet (Taking) | 30 tablet | 0 | 10/8/2018 | 11/28/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every morning. - Oral | | | | |
| piroxicam (FELDENE) 20 MG capsule (Taking) | 30 capsule | 6 | 10/8/2018 | 11/1/2018 |
| Sig - Route: Take 1 capsule (20 mg total) by mouth daily as needed. - Oral | | | | |
| sertraline (ZOLOFT) 100 MG tablet (Taking) | 30 tablet | 0 | 10/8/2018 | 1/3/2019 |
| Sig - Route: Take 1 tablet (100 mg total) by mouth once daily. - Oral | | | | |
| tiZANidine (ZANAFLEX) 4 MG tablet (Taking) | 60 tablet | 0 | 10/8/2018 | 11/1/2018 |
| Sig - Route: Take 1 tablet (4 mg total) by mouth 3 (three) times daily as needed. - Oral | | | | |
| zolpidem (AMBIEN) 10 mg Tab (Taking) | 30 tablet | 0 | 10/8/2018 | 11/1/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth nightly as needed. - Oral | | | | |

**Medications the Patient Reported Taking**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking/Discontinued) | 30 tablet | 0 | 9/11/2018 | 1/3/2019 |
| Sig: Take 1 tablet by mouth 2 (two) times daily as needed. Notes to Pharmacy: Please consider 90 day supplies to promote better adherence Route: Oral Reason for Discontinue: **Reorder** | | | | |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued) | 60 tablet | 0 | 10/8/2018 | 11/13/2018 |

Generated on 12/20/19 11:00 AM                                              Page 17

Lincoln/White 0973

**Progress Notes - 11/01/2018**

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72007723652
Enc. Date 11/1/2018

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. Route: Oral Reason for Discontinue: **Reorder** | | | | |
| loratadine (CLARITIN) 10 mg tablet (Taking/Discontinued) Sig: Take 1 tablet (10 mg total) by mouth every morning. Route: Oral Reason for Discontinue: **Reorder** | 30 tablet | 0 | 10/8/2018 | 11/28/2018 |
| piroxicam (FELDENE) 20 MG capsule (Taking/Discontinued) Sig: Take 1 capsule (20 mg total) by mouth daily as needed. Route: Oral Reason for Discontinue: **Therapy not effective** | 30 capsule | 6 | 10/8/2018 | 11/1/2018 |
| sertraline (ZOLOFT) 100 MG tablet (Taking/Discontinued) Sig: Take 1 tablet (100 mg total) by mouth once daily. Route: Oral Reason for Discontinue: **Reorder** | 30 tablet | 0 | 10/8/2018 | 1/3/2019 |
| tiZANidine (ZANAFLEX) 4 MG tablet (Taking/Discontinued) Sig: Take 1 tablet (4 mg total) by mouth 3 (three) times daily as needed. Route: Oral Reason for Discontinue: **Therapy not effective** | 60 tablet | 0 | 10/8/2018 | 11/1/2018 |
| zolpidem (AMBIEN) 10 mg Tab (Taking/Discontinued) Sig: Take 1 tablet (10 mg total) by mouth nightly as needed. Route: Oral Reason for Discontinue: **Therapy not effective** | 30 tablet | 0 | 10/8/2018 | 11/1/2018 |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| flunisolide 25 mcg, 0.025%, (NASALIDE) 25 mcg (0.025 %) Spry (Discontinued) Sig - Route: 2 sprays by Nasal route 2 (two) times daily. - Nasal | 25 mL | 2 | 11/1/2018 | 11/2/2018 |
| temazepam (RESTORIL) 30 mg capsule Sig - Route: Take 1 capsule (30 mg total) by mouth nightly as needed for Insomnia. - Oral | 30 capsule | 0 | 11/1/2018 | 12/1/2018 |
| nabumetone (RELAFEN) 750 MG tablet (Discontinued) Sig - Route: Take 1 tablet (750 mg total) by mouth 2 (two) times daily as needed for Pain. - Oral | 60 tablet | 6 | 11/1/2018 | 11/2/2018 |
| baclofen (LIORESAL) 10 MG tablet (Discontinued) Sig - Route: Take 1 tablet (10 mg total) by mouth 3 (three) times daily as needed. - Oral | 90 tablet | 2 | 11/1/2018 | 11/13/2018 |

### Ordered Facility-Administered Medications

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| methylPREDNISolone acetate injection 80 mg Route: Intramuscular | 80 mg | Once | 11/1/2018 | 11/1/2018 |

## All Results

**Microalbumin/creatinine urine ratio [382136336]**          Resulted: 11/01/18 2250, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Urine | Urine, Clean Catch | 11/01/18 1009 |

Generated on 12/20/19 11:00 AM                                            Page 18

Lincoln/White 0974

Progress Notes - 11/01/2018

JPLC FAMILY MEDICINE                        White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA              MRN: 1932025, DOB:              Sex: F
Continuity of Care                         Acct #: 72007723652
                                           Enc. Date 11/1/2018

## All Results (continued)

**Microalbumin/creatinine urine ratio [382136336] (continued)**          Resulted: 11/01/18 2250, Result status: Final result

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Microalbum..U,Random | 13.0 | ug/mL | — | OCLB |
| Creatinine, Random Ur | 324.0 | 15.0 - 325.0 mg/dL | — | OCLB |

Comment:
The random urine reference ranges provided were established
for 24 hour urine collections. No reference ranges exist for
random urine specimens. Correlate clinically.

| Microalb Creat Ratio | 4.0 | 0.0 - 30.0 ug/mg | — | OCLB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Gregory Sossaman, MD | 1516 Jefferson Hwy New Orleans LA 70121 | 04/21/15 1023 - 03/25/19 1044 |

## Progress Notes

**Progress Notes by Andrea D. Cothern, NP at 11/1/2018  9:00 AM**

| | | |
|---|---|---|
| Author: Andrea D. Cothern, NP | Service: — | Author Type: Nurse Practitioner |
| Filed: 11/1/2018 1:30 PM | Encounter Date: 11/1/2018 | Creation Time: 11/1/2018 9:17 AM |
| Status: Signed | Editor: Andrea D. Cothern, NP (Nurse Practitioner) | |

### Subjective:

**Patient ID:** Sabrina Lynette White is a 45 y.o. female.

**Chief Complaint:** Annual Exam

HPI

Sabrina Lynette White is here today for an annual wellness exam.
I have reviewed the patient's medical history in detail and updated the computerized patient record.

Review of Systems
Constitutional: Positive for unexpected weight change (intentional). Negative for activity change, appetite change, chills, diaphoresis, fatigue and fever.
   **Diet: Reports overall healthy. Exercise: None due to joint issues. Reports weight loss by drinking lemon water and apple cider vinegar. Chart shows ~ 20 lb loss since July 2018. Nonsmoker.**
HENT: Positive for congestion, postnasal drip and rhinorrhea. Negative for ear pain, hearing loss, mouth sores, nosebleeds, sneezing and sore throat.
   **Started with sinus HA pain and congestion today.**
Eyes: Positive for pain (pressure behind RT eye w/ sinus pain). Negative for photophobia, discharge, redness, itching and visual disturbance.
Respiratory: Negative.

Generated on 12/20/19 11:00 AM                                              Page 19

Lincoln/White 0975

Progress Notes - 11/01/2018

| | |
|---|---|
| JPLC FAMILY MEDICINE | White, Sabrina Lynette |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB:        Sex: F |
| Continuity of Care | Acct #: 72007723652 |
| | Enc. Date 11/1/2018 |

## Progress Notes (continued)

### Progress Notes by Andrea D. Cothern, NP at 11/1/2018 9:00 AM (continued)

Cardiovascular: Negative.

Gastrointestinal: Negative.

Endocrine: Negative for polydipsia, polyphagia and polyuria.

Genitourinary: Negative.

Musculoskeletal: Positive for arthralgias, back pain and gait problem (due to joint pain). Negative for joint swelling and neck pain.

**Reports chronic back pain, has never started PT as ordered. She reports not going to her appt and has not called to reschedule. Reports current pain meds not working (Feldene, Zanaflex). Now having upper back pain, followed by Dr. Verma but she requests appt to f/u with Dr. Derbigny (has seen in past). Has occ RT leg sciatica. Requests xrays. Ankle and knee issue followed by Podiatry and Ortho.**

Skin: Negative.

Neurological: Positive for headaches. Negative for dizziness, tremors, syncope, facial asymmetry, weakness, light-headedness and numbness.

Hematological: Negative for adenopathy. Does not bruise/bleed easily.

Psychiatric/Behavioral: Positive for agitation and sleep disturbance. Negative for behavioral problems, confusion, decreased concentration, dysphoric mood, hallucinations, self-injury and suicidal ideas. The patient is nervous/anxious (reports increased stress). The patient is not hyperactive.

**Taking Ambien 10 mg tab for sleep, sometimes tries 2 tabs but not helping. OTC sleep aids not effective.**

Review of patient's allergies indicates:

| Allergen | Reactions |
|---|---|
| • Aleve [naproxen sodium] | |
| • Aspirin | |

Current Outpatient Medications on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet | Take 1 tablet by mouth 2 (two) times daily as needed. | 30 tablet | 0 |
| • clonazePAM (KLONOPIN) 1 MG tablet | Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. | 60 tablet | 0 |
| • loratadine (CLARITIN) 10 mg tablet | Take 1 tablet (10 mg total) by mouth every morning. | 30 tablet | 0 |
| • piroxicam (FELDENE) 20 MG capsule | Take 1 capsule (20 mg total) by mouth daily as needed. | 30 capsule | 6 |
| • sertraline (ZOLOFT) 100 MG tablet | Take 1 tablet (100 mg total) by mouth once daily. | 30 tablet | 0 |
| • tiZANidine (ZANAFLEX) 4 MG | Take 1 tablet (4 mg | 60 tablet | 0 |

Lincoln/White 0976

Progress Notes - 11/01/2018

| JPLC FAMILY MEDICINE | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| Continuity of Care | Acct #: 72007723652 | |
| | Enc. Date 11/1/2018 | |

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 11/1/2018 9:00 AM (continued)**

| | | | |
| --- | --- | --- | --- |
| tablet | total) by mouth 3 (three) times daily as needed. | | |
| • zolpidem (AMBIEN) 10 mg Tab | Take 1 tablet (10 mg total) by mouth nightly as needed. | 30 tablet | 0 |

Patient Active Problem List
Diagnosis
- Essential hypertension
- Adjustment disorder with mixed anxiety and depressed mood
- Primary insomnia
- Migraine headache
- Spondylosis of lumbar region without myelopathy or radiculopathy
- Osteoarthritis of both knees
- Osteoarthritis of spine with radiculopathy, cervical region
- Morbid obesity with BMI of 40.0-44.9, adult
- Carpal tunnel syndrome on both sides

Past Medical History:

| Diagnosis | Date |
| --- | --- |
| • Anxiety | |
| • Arthritis | |
| • Depression | |
| • Encounter for blood transfusion *had to have infusion during surgery in 2008* | |
| • GERD (gastroesophageal reflux disease) | |
| • Hyperlipidemia | |
| • Hypertension | |
| • Osteoarthritis of spine with radiculopathy, cervical region | |

Past Surgical History:

| Procedure | Laterality | Date |
| --- | --- | --- |
| • CESAREAN SECTION, LOW TRANSVERSE | | |
| • FOOT SURGERY | | |

Family History

| Problem | Relation | Age of Onset |
| --- | --- | --- |
| • Breast cancer | Maternal Aunt | |

Social History

Lincoln/White 0977

Progress Notes - 11/01/2018

JPLC FAMILY MEDICINE                          White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                MRN: 1932025, DOB:              Sex: F
Continuity of Care                            Acct #: 72007723652
                                              Enc. Date 11/1/2018

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 11/1/2018 9:00 AM (continued)**

Socioeconomic History
- Marital status:              Single
- Number of children:         1

Occupational History
- Occupation:                 Not currently employed

Tobacco Use
- Smoking status:             Never Smoker
- Smokeless tobacco:          Never Used

Substance and Sexual Activity
- Alcohol use:                No
- Drug use:                   No
- Sexual activity:            Not Currently
      Partners:               Male

**Objective:**

Vitals:

                11/01/18 0914
BP:             116/86
Pulse:          (!) 133
Temp:           98.8 °F (37.1 °C)
TempSrc:        Oral
Weight:         111.1 kg (244 lb 14.9 oz)
Height:         5' 3" (1.6 m)
PainSc:         10-Worst pain ever
PainLoc:        Back

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: Tympanic membrane and ear canal normal.
Left Ear: Tympanic membrane and ear canal normal.
Nose: Mucosal edema and rhinorrhea present. Right sinus exhibits no maxillary sinus tenderness and no frontal sinus tenderness. Left sinus exhibits no maxillary sinus tenderness and no frontal sinus tenderness.
Mouth/Throat: Mucous membranes are normal. No oropharyngeal exudate, posterior oropharyngeal edema or posterior oropharyngeal erythema.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light. Right eye exhibits no discharge. Left eye exhibits no discharge. No scleral icterus.
Neck: Normal range of motion. Neck supple. No JVD present. No tracheal deviation present. No thyromegaly present.
Cardiovascular: Regular rhythm, normal heart sounds, intact distal pulses and normal pulses. Tachycardia present. Exam reveals no gallop and no friction rub.
No murmur heard.

---

Generated on 12/20/19 11:00 AM                                          Page 22

Lincoln/White 0978

Progress Notes - 11/01/2018

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:            Sex: F
Acct #: 72007723652
Enc. Date 11/1/2018

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 11/1/2018 9:00 AM (continued)**

Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes. She has no rales. She exhibits no tenderness.
Abdominal: Soft. Bowel sounds are normal. She exhibits no distension and no mass. There is no tenderness.
Genitourinary:
Genitourinary Comments: **Deferred**
Musculoskeletal: Normal range of motion. She exhibits tenderness. She exhibits no edema or deformity.
     Thoracic back: She exhibits tenderness. She exhibits normal range of motion, no swelling, no edema, no deformity, no spasm and normal pulse.
     Lumbar back: She exhibits tenderness and spasm. She exhibits normal range of motion, no swelling, no edema, no deformity and normal pulse.
     Back:



**Wearing knee brace on both knees, B wrist splints and brace to RT ankle.**
Lymphadenopathy:
   She has no cervical adenopathy.
Neurological: She is alert and oriented to person, place, and time. No sensory deficit. She exhibits normal muscle tone. Coordination normal.
Skin: Skin is warm and dry. Capillary refill takes less than 2 seconds. No rash noted.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.
Vitals reviewed.

## Diagnosis

1.    **Annual physical exam**
2.    Essential hypertension
3.    Primary insomnia
4.    Osteoarthritis of both knees, unspecified osteoarthritis type
5.    Spondylosis of lumbar region without myelopathy or radiculopathy
6.    Upper back pain
7.    Adjustment disorder with mixed anxiety and depressed mood
8.    Carpal tunnel syndrome on both sides
9.    Viral URI

Lincoln/White 0979

Progress Notes - 11/01/2018

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72007723652
Enc. Date 11/1/2018

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 11/1/2018  9:00 AM (continued)**

10.   Morbid obesity with BMI of 40.0-44.9, adult

## Assessment/ Plan

### Annual physical exam
- **Age appropriate counseling.**
  - CBC auto differential; Future; Expected date: 11/01/2018
  - Comprehensive metabolic panel; Future; Expected date: 11/01/2018
  - TSH; Future; Expected date: 11/01/2018
  - Lipid panel; Future; Expected date: 11/01/2018
  - Microalbumin/creatinine urine ratio

### Essential hypertension
- **Stable and controlled, not on medication currently.**
- **Low-salt/caffeine intake daily, healthy diet.**
  - CBC auto differential; Future; Expected date: 11/01/2018
  - Comprehensive metabolic panel; Future; Expected date: 11/01/2018
  - TSH; Future; Expected date: 11/01/2018
  - Lipid panel; Future; Expected date: 11/01/2018
  - Microalbumin/creatinine urine ratio

### Primary insomnia
- **Not currently controlled, OTC sleep aids and Ambien not effective.**
- **Medication discussed, take as directed.**
  - temazepam (RESTORIL) 30 mg capsule; Take 1 capsule (30 mg total) by mouth nightly as needed for Insomnia.  Dispense: 30 capsule; Refill: 0

### Osteoarthritis of both knees, unspecified osteoarthritis type
- **Problem not currently controlled.**
- **Injection today for symptomatic/pain relief.**
- **Followed by Orthopedics.**
  - methylPREDNISolone acetate injection 80 mg
  - nabumetone (RELAFEN) 750 MG tablet; Take 1 tablet (750 mg total) by mouth 2 (two) times daily as needed for Pain.  Dispense: 60 tablet; Refill: 6

### Spondylosis of lumbar region without myelopathy or radiculopathy
- **Problem not controlled, medication not effective but she has been noncompliant with treatment plan (failed to attend PT as ordered).**
- **Xrays today per PT request.**
- **Injection for symptomatic/pain relief.**
- **Medication discussed, take as directed.**
- **She has been scheduled an appt with Dr. Derbigny for follow-up and evaluation.**
  - X-Ray Lumbar Spine AP And Lateral; Future; Expected date: 11/01/2018
  - methylPREDNISolone acetate injection 80 mg
  - nabumetone (RELAFEN) 750 MG tablet; Take 1 tablet (750 mg total) by mouth 2 (two) times daily as needed for Pain.  Dispense: 60 tablet; Refill: 6

Generated on 12/20/19 11:00 AM                                                      Page 24

Lincoln/White 0980

Progress Notes - 11/01/2018

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:        Sex: F
Acct #: 72007723652
Enc. Date 11/1/2018

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 11/1/2018  9:00 AM (continued)**

- baclofen (LIORESAL) 10 MG tablet; Take 1 tablet (10 mg total) by mouth 3 (three) times daily as needed.  Dispense: 90 tablet; Refill: 2

**Upper back pain**
- **Per plan as discussed above.**
  - X-Ray Thoracic Spine AP Lateral; Future; Expected date: 11/01/2018
  - methylPREDNISolone acetate injection 80 mg
  - nabumetone (RELAFEN) 750 MG tablet; Take 1 tablet (750 mg total) by mouth 2 (two) times daily as needed for Pain.  Dispense: 60 tablet; Refill: 6
  - baclofen (LIORESAL) 10 MG tablet; Take 1 tablet (10 mg total) by mouth 3 (three) times daily as needed.  Dispense: 90 tablet; Refill: 2

**Adjustment disorder with mixed anxiety and depressed mood**
- **Stable at this time, on medication as ordered, to continue.**

**Carpal tunnel syndrome on both sides**
- **Problem not controlled, followed by Dr. Derbigny.**
- **Medication discussed, as directed.**
  - nabumetone (RELAFEN) 750 MG tablet; Take 1 tablet (750 mg total) by mouth 2 (two) times daily as needed for Pain.  Dispense: 60 tablet; Refill: 6

**Viral URI**
- **New problem with onset today, likely viral in nature, afebrile.**
- **Injection today for symptomatic relief.**
  - methylPREDNISolone acetate injection 80 mg
  - flunisolide 25 mcg, 0.025%, (NASALIDE) 25 mcg (0.025 %) Spry; 2 sprays by Nasal route 2 (two) times daily.  Dispense: 25 mL; Refill: 2

**Morbid obesity with BMI of 40.0-44.9, adult**
- **Healthy diet, exercise as tolerated, weight reduction.**

Lab pending.
Refuses flu shot today.
Pap smear due 5/2020.
Mammogram done 7/2018.
Follow-up in clinic as needed.

*Andrea Cothern CFNP*

**Andrea Cothern, CFNP**
Ochsner Jefferson Place Family Medicine

Electronically signed by Andrea D. Cothern, NP on 11/1/2018  1:30 PM

Generated on 12/20/19 11:00 AM                                              Page 25

Lincoln/White 0981

**Progress Notes - 11/01/2018**

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72007723652
Enc. Date 11/1/2018

**H&P Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

11/01/2018 0953 - Andrea D. Cothern, NP

Check-out Note:      1.  LAB TODAY
2.  APPT WITH DR. DERBIGNY FOR HER CHRONIC BACK ISSUES --- HAS SEEN MD BEFORE,
NOT NEW PATIENT
3.  URINE
4.  INJECTION

Lincoln/White 0982

**Progress Notes - 11/01/2018**

| | |
|---|---|
| JPLH XRAY | White, Sabrina Lynette |
| 17000 Medical Center Dr | MRN: 1932025, DOB:            Sex: F |
| Baton Rouge LA 70816 | Acct #: 72007723652 |
| Continuity of Care | Adm: 11/1/2018 |

### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | | Admit Date/Time: | 11/01/2018 1012 | IP Adm. Date/Time: | |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: | |
| Means of Arrival: | | Primary Service: | | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | OCHSNER SERVICE AREA | Unit: | Ochsner Medical Center-Jeff Pl |
| Admit Provider: | | Attending Provider: | Andrea D. Cothern, NP | Referring Provider: | Andrea D. Cothern, NP |

### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 11/01/2018 2359 | Home Or Self Care | None | None | Ochsner Medical Center-Jeff Pl |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| M47.816 (Principal) | Spondylosis without myelopathy or radiculopathy, lumbar region | | | | |
| M54.9 | Dorsalgia, unspecified | | | | |
| Z00.00 | Encounter for general adult medical examination without abnormal findings | | | | |
| I10 | Essential (primary) hypertension | | | | |

**Hospital Problem List** as of 11/1/2018                    Reviewed: **11/1/2018 by Andrea D Cothern, NP**

None

**Non-Hospital Problem List** as of 11/1/2018                    Reviewed: **11/1/2018 by Andrea D Cothern, NP**

| | Codes | Last Modified |
|---|---|---|
| **Essential hypertension** | ICD-10-CM: I10 ICD-9-CM: 401.9 | 11/29/2016 |
| **Primary insomnia** | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | 11/29/2016 |
| **Migraine headache** | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | 3/30/2017 |
| **Spondylosis of lumbar region without myelopathy or radiculopathy** | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | 8/27/2017 |
| **Osteoarthritis of both knees** | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | 9/27/2017 |
| **Osteoarthritis of spine with radiculopathy, cervical region** | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | 9/27/2017 |
| **Morbid obesity with BMI of 40.0-44.9, adult** | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | 7/2/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | 10/8/2018 |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | 10/31/2018 |
| **Adjustment disorder with mixed anxiety and depressed mood** | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | 11/1/2018 |
| **Carpal tunnel syndrome on both sides** | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | 11/1/2018 |

### Radiology Results

Lincoln/White 0983

**Progress Notes - 11/01/2018**

JPLH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72007723652
Enc. Date 11/1/2018

## Visit Summary

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Annual physical exam | ICD-10-CM: Z00.00 ICD-9-CM: V70.0 | |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | |

**Problem List** as of 11/1/2018                    Date Reviewed: **11/1/2018**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Adjustment disorder with mixed anxiety and depressed mood | ICD-10-CM: F43.23 ICD-9-CM: 309.28 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 - Present |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | | | 11/1/2018 - Present |
| RESOLVED: Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - 10/31/2018 |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2016 - 10/8/2018 |

**Allergies as of 12/20/2019**

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Aleve [naproxen Sodium] | 08/28/2018 11:18 AM | | Kaitlyn N. Tircuit, MA | | | |
| Aspirin | 08/28/2018 11:18 AM | | Lija Thomas, MD | | | |
| DELETED: Bayer Aspirin (with Caffeine) [aspirin-caffeine] | 02/13/2018 11:06 AM | | Alexandra Scott, MA | Nausea Only | | Deleted on: 02/13/2018 Chart correction: Wrong allergy selected |

**Immunizations Administered as of 11/1/2018**                    Never Reviewed

No immunizations on file.

---

Generated on 12/20/19 11:00 AM                    Page 31

Lincoln/White 0984

**Progress Notes - 11/01/2018**

JPLH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:            Sex: F
Acct #: 72007723652
Enc. Date 11/1/2018

## Visit Summary (continued)

## Medications

**Outpatient Medications at Start of Encounter as of 11/1/2018**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **temazepam (RESTORIL) 30 mg capsule** | 30 capsule | 0 | 11/1/2018 | 12/1/2018 |
| Sig - Route: Take 1 capsule (30 mg total) by mouth nightly as needed for Insomnia. - Oral | | | | |
| **baclofen (LIORESAL) 10 MG tablet** | 90 tablet | 2 | 11/1/2018 | 11/13/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 3 (three) times daily as needed. - Oral | | | | |
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet** | 30 tablet | 0 | 9/11/2018 | 1/3/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet** | 60 tablet | 0 | 10/8/2018 | 11/13/2018 |
| Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. - Oral | | | | |
| **flunisolide 25 mcg, 0.025%, (NASALIDE) 25 mcg (0.025 %) Spry** | 25 mL | 2 | 11/1/2018 | 11/2/2018 |
| Sig - Route: 2 sprays by Nasal route 2 (two) times daily. - Nasal | | | | |
| **loratadine (CLARITIN) 10 mg tablet** | 30 tablet | 0 | 10/8/2018 | 11/28/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every morning. - Oral | | | | |
| **nabumetone (RELAFEN) 750 MG tablet** | 60 tablet | 6 | 11/1/2018 | 11/2/2018 |
| Sig - Route: Take 1 tablet (750 mg total) by mouth 2 (two) times daily as needed for Pain. - Oral | | | | |
| **piroxicam (FELDENE) 20 MG capsule (Discontinued)** | 30 capsule | 6 | 10/8/2018 | 11/1/2018 |
| Sig - Route: Take 1 capsule (20 mg total) by mouth daily as needed. - Oral | | | | |
| Reason for Discontinue: **Therapy not effective** | | | | |
| **sertraline (ZOLOFT) 100 MG tablet** | 30 tablet | 0 | 10/8/2018 | 1/3/2019 |
| Sig - Route: Take 1 tablet (100 mg total) by mouth once daily. - Oral | | | | |
| **tiZANidine (ZANAFLEX) 4 MG tablet (Discontinued)** | 60 tablet | 0 | 10/8/2018 | 11/1/2018 |
| Sig - Route: Take 1 tablet (4 mg total) by mouth 3 (three) times daily as needed. - Oral | | | | |
| Reason for Discontinue: **Therapy not effective** | | | | |
| **zolpidem (AMBIEN) 10 mg Tab (Discontinued)** | 30 tablet | 0 | 10/8/2018 | 11/1/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth nightly as needed. - Oral | | | | |
| Reason for Discontinue: **Therapy not effective** | | | | |

## All Results

CBC auto differential [362136341] (Abnormal)                    Resulted: 11/01/18 2131, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 11/01/18 1115 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 6.13 | 3.90 - 12.70 K/uL | — | OCLB |
| RBC | 4.89 | 4.00 - 5.40 M/uL | — | OCLB |
| Hemoglobin | 14.2 | 12.0 - 16.0 g/dL | — | OCLB |
| Hematocrit | 44.2 | 37.0 - 48.5 % | — | OCLB |
| Mean Corpuscular Volume | 90 | 82 - 98 fL | — | OCLB |
| Mean Corpuscular Hemoglobin | 29.0 | 27.0 - 31.0 pg | — | OCLB |
| Mean Corpuscular Hemoglobin Conc | 32.1 | 32.0 - 36.0 g/dL | — | OCLB |
| RDW | 14.7 | 11.5 - 14.5 % | H | OCLB |
| Platelets | 340 | 150 - 350 K/uL | — | OCLB |
| MPV | 11.4 | 9.2 - 12.9 fL | — | OCLB |
| Immature Granulocytes | 0.2 | 0.0 - 0.5 % | — | OCLB |

Generated on 12/20/19 11:00 AM                                               Page 32

Lincoln/White 0985

**Progress Notes - 10/08/2018**

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72007615208
Enc. Date 10/8/2018

## Visit Summary

**Reason for Visit**

Medication Refill
Back Pain

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Spondylosis of lumbar region without myelopathy or radiculopathy  - Primary | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | |
| Carpal tunnel syndrome on both sides | ICD-10-CM: G56.03 ICD-9-CM: 354.0 | |
| Medication refill | ICD-10-CM: Z76.0 ICD-9-CM: V68.1 | |
| Encounter for Depo-Provera contraception | ICD-10-CM: Z30.42 ICD-9-CM: V25.49 | |

**Problem List** as of 10/8/2018                                            Date Reviewed: **9/5/2018**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909 ICD-9-CM: 346.90 | | | 9/17/2014 - Present |
| Essential hypertension | ICD-10-CM: I10 ICD-9-CM: 401.9 | | | 11/29/2016 - Present |
| Depression | ICD-10-CM: F32.9 ICD-9-CM: 311 | | | 11/29/2016 - Present |
| Primary insomnia | ICD-10-CM: F51.01 ICD-9-CM: 307.42 | | | 11/29/2016 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816 ICD-9-CM: 721.3 | | | 8/27/2017 - Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0 ICD-9-CM: 715.96 | | | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22 ICD-9-CM: 721.0 | | | 9/27/2017 - Present |
| Chondromalacia patellae of left knee | ICD-10-CM: M22.42 ICD-9-CM: 717.7 | | | 11/24/2017 - Present |
| Chondromalacia patellae of right knee | ICD-10-CM: M22.41 ICD-9-CM: 717.7 | | | 11/24/2017 - Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01, Z68.41 ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 - Present |
| RESOLVED: Acute pain of left knee | ICD-10-CM: M25.562 ICD-9-CM: 719.46 | | | 3/19/2018 - 10/8/2018 |

**Allergies** as of 12/20/2019

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Aleve [naproxen Sodium] | 08/28/2018 11:18 AM | | Kaitlyn N. Tircuit, MA | | | |
| Aspirin | 08/28/2018 11:18 AM | | Lija Thomas, MD | | | |
| DELETED: Bayer Aspirin (with Caffeine) [aspirin-caffeine] | 02/13/2018 11:06 AM | | Alexandra Scott, MA | Nausea Only | | Deleted on: 02/13/2018 Chart correction: Wrong allergy |

Generated on 12/20/19 11:00 AM                                                    Page 9

Lincoln/White 0986

Progress Notes - 10/08/2018

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                    Sex: F
Acct #: 72007615208
Enc. Date 10/8/2018

## Visit Summary (continued)

### Allergies as of 12/20/2019 (continued)

| Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---------|---------------|------------------|-----------|---------|-----------------|
|         |               |                  |           |         | selected        |

### Immunizations Administered as of 10/8/2018                                 Never Reviewed

No immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 10/8/2018

| | Disp | Refills | Start | End |
|---|------|---------|-------|-----|
| clonazePAM (KLONOPIN) 1 MG tablet (Taking) | 60 tablet | 0 | 8/16/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. - Oral | | | | |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking) | 90 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| loratadine (CLARITIN) 10 mg tablet (Taking) | 30 tablet | 0 | 8/16/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every morning. - Oral | | | | |
| sertraline (ZOLOFT) 100 MG tablet (Taking) | 90 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (100 mg total) by mouth once daily. - Oral | | | | |
| zolpidem (AMBIEN) 10 mg Tab (Taking) | 30 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth nightly as needed. - Oral | | | | |
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet | 30 tablet | 0 | 9/11/2018 | 1/3/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| diclofenac (VOLTAREN) 50 MG EC tablet | 90 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (50 mg total) by mouth daily as needed. - Oral | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|------|---------|-------|-----|
| clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued) | 60 tablet | 0 | 8/16/2018 | 10/8/2018 |
| Sig: Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| clonazePAM (KLONOPIN) 1 MG tablet (Taking/Discontinued) | 60 tablet | 0 | 10/8/2018 | 11/13/2018 |
| Sig: Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking/Discontinued) | 90 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Therapy not effective** | | | | |
| loratadine (CLARITIN) 10 mg tablet (Taking/Discontinued) | 30 tablet | 0 | 8/16/2018 | 10/8/2018 |
| Sig: Take 1 tablet (10 mg total) by mouth every morning. | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| loratadine (CLARITIN) 10 mg tablet (Taking/Discontinued) | 30 tablet | 0 | 10/8/2018 | 11/28/2018 |

Generated on 12/20/19 11:00 AM                                              Page 10

Lincoln/White 0987

**Progress Notes - 10/08/2018**

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72007615208
Enc. Date 10/8/2018

## Medications (continued)

### Medications the Patient Reported Taking (continued)

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| Sig: Take 1 tablet (10 mg total) by mouth every morning. Route: Oral Reason for Discontinue: **Reorder** | | | | |
| sertraline (ZOLOFT) 100 MG tablet (Taking/Discontinued) Sig: Take 1 tablet (100 mg total) by mouth once daily. Route: Oral Reason for Discontinue: **Reorder** | 90 tablet | 0 | 9/11/2018 | 10/8/2018 |
| sertraline (ZOLOFT) 100 MG tablet (Taking/Discontinued) Sig: Take 1 tablet (100 mg total) by mouth once daily. Route: Oral Reason for Discontinue: **Reorder** | 30 tablet | 0 | 10/8/2018 | 1/3/2019 |
| zolpidem (AMBIEN) 10 mg Tab (Taking/Discontinued) Sig: Take 1 tablet (10 mg total) by mouth nightly as needed. Route: Oral Reason for Discontinue: **Reorder** | 30 tablet | 0 | 9/11/2018 | 10/8/2018 |
| zolpidem (AMBIEN) 10 mg Tab (Taking/Discontinued) Sig: Take 1 tablet (10 mg total) by mouth nightly as needed. Route: Oral Reason for Discontinue: **Therapy not effective** | 30 tablet | 0 | 10/8/2018 | 11/1/2018 |

### Ordered Medications

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| zolpidem (AMBIEN) 10 mg Tab (Discontinued) Sig - Route: Take 1 tablet (10 mg total) by mouth nightly as needed. - Oral Reason for Discontinue: **Therapy not effective** | 30 tablet | 0 | 10/8/2018 | 11/1/2018 |
| sertraline (ZOLOFT) 100 MG tablet (Discontinued) Sig - Route: Take 1 tablet (100 mg total) by mouth once daily. - Oral Reason for Discontinue: **Reorder** | 30 tablet | 0 | 10/8/2018 | 1/3/2019 |
| loratadine (CLARITIN) 10 mg tablet (Discontinued) Sig - Route: Take 1 tablet (10 mg total) by mouth every morning. - Oral Reason for Discontinue: **Reorder** | 30 tablet | 0 | 10/8/2018 | 11/28/2018 |
| clonazePAM (KLONOPIN) 1 MG tablet (Discontinued) Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. - Oral Reason for Discontinue: **Reorder** | 60 tablet | 0 | 10/8/2018 | 11/13/2018 |
| piroxicam (FELDENE) 20 MG capsule (Discontinued) Sig - Route: Take 1 capsule (20 mg total) by mouth daily as needed. - Oral Reason for Discontinue: **Therapy not effective** | 30 capsule | 6 | 10/8/2018 | 11/1/2018 |
| tiZANidine (ZANAFLEX) 4 MG tablet (Discontinued) Sig - Route: Take 1 tablet (4 mg total) by mouth 3 (three) times daily as needed. - Oral Reason for Discontinue: **Therapy not effective** | 60 tablet | 0 | 10/8/2018 | 11/1/2018 |
| predniSONE (DELTASONE) 50 MG Tab Sig - Route: Take 1 tablet (50 mg total) by mouth once daily. for 5 days - Oral | 5 tablet | 0 | 10/8/2018 | 10/13/2018 |

### Ordered Facility-Administered Medications

| | Dose | Freq | Start | End |
|---|---|---|---|---|
| medroxyPROGESTERone (DEPO-PROVERA) injection 150 mg Route: Intramuscular | 150 mg | Once | 10/8/2018 | 10/8/2018 |

## Progress Notes

Lincoln/White 0988

Progress Notes - 10/08/2018

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72007615208
Enc. Date 10/8/2018

## Medications (continued)

### Progress Notes by Andrea D. Cothern, NP at 10/8/2018 3:00 PM

| | | |
|---|---|---|
| Author: Andrea D. Cothern, NP | Service: --- | Author Type: Nurse Practitioner |
| Filed: 10/14/2018 5:48 PM | Encounter Date: 10/8/2018 | Creation Time: 10/9/2018 4:38 PM |
| Status: Signed | Editor: Andrea D. Cothern, NP (Nurse Practitioner) | |

### Subjective:

**Patient ID**: Sabrina Lynette White is a 45 y.o. female.

**Chief Complaint**: Medication Refill and Back Pain

HPI

Sabrina is here today with c/o back pain, followed by Dr. Verma. She will be starting therapy at Total Rehab on 10/10/2018. Back has been bothering her with no reports of recent trauma or instigating event. Also having problems with her B-CTS, medication not helping. She is out of pain medication and needs to get a RX for something to help her back pain.

Review of Systems
Constitutional: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Musculoskeletal: Positive for arthralgias and back pain. Negative for gait problem and joint swelling.
Skin: Negative.
Neurological: Negative.

Review of patient's allergies indicates:
Allergen                                                      Reactions
- Aleve [naproxen sodium]
- Aspirin

Patient Active Problem List
Diagnosis
- Essential hypertension
- Depression
- Primary insomnia
- Migraine headache
- Spondylosis of lumbar region without myelopathy or radiculopathy
- Osteoarthritis of both knees
- Osteoarthritis of spine with radiculopathy, cervical region
- Chondromalacia patellae of left knee
- Chondromalacia patellae of right knee
- Morbid obesity with BMI of 40.0-44.9, adult

Current Outpatient Medications on File Prior to Visit

Generated on 12/20/19 11:00 AM                                                    Page 12

Lincoln/White 0989

**Progress Notes - 10/08/2018**

| | | |
|---|---|---|
| JPLC FAMILY MEDICINE | White, Sabrina Lynette | |
| OCHSNER, BATON ROUGE REGION LA | MRN: 1932025, DOB: | Sex: F |
| Continuity of Care | Acct #: 72007615208 | |
| | Enc. Date 10/8/2018 | |

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 10/8/2018 3:00 PM (continued)**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet | Take 1 tablet by mouth 2 (two) times daily as needed. | 30 tablet | 0 |

*Past medical, surgical, family and social histories have been reviewed today.*

Objective:

Vitals:

| | 10/08/18 1531 |
|---|---|
| BP: | 132/88 |
| Pulse: | 107 |
| Temp: | 99 °F (37.2 °C) |
| TempSrc: | Oral |
| Weight: | 115.4 kg (254 lb 6.6 oz) |
| Height: | 5' 3" (1.6 m) |
| PainSc: | 10-Worst pain ever |
| PainLoc: | Back |

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished.
Cardiovascular: Regular rhythm and normal heart sounds. Tachycardia present.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal: Normal range of motion. She exhibits no edema or deformity.
    Lumbar back: She exhibits tenderness, pain and spasm. She exhibits no swelling, no edema and no deformity.
    Back:

Lincoln/White 0990

Progress Notes - 10/08/2018

JPLC FAMILY MEDICINE  White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA  MRN: 1932025, DOB:  Sex: F
Continuity of Care  Acct #: 72007615208
  Enc. Date 10/8/2018

## Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 10/8/2018 3:00 PM (continued)**



Neurological: She is alert and oriented to person, place, and time. She has normal strength. No sensory deficit. She exhibits normal muscle tone. Coordination and gait normal.
Vitals reviewed.

## Diagnosis

1. **Spondylosis of lumbar region without myelopathy or radiculopathy**
2. Carpal tunnel syndrome on both sides
3. Medication refill
4. Encounter for Depo-Provera contraception

## Assessment/ Plan

**Spondylosis of lumbar region without myelopathy or radiculopathy**
- Problem uncontrolled, on no medication at this time, followed by Dr. Verma.
- Will be starting PT at Total Rehab on 10/10/2018.
- Orders:
  - piroxicam (FELDENE) 20 MG capsule; Take 1 capsule (20 mg total) by mouth daily as needed. Dispense: 30 capsule; Refill: 6
  - tiZANidine (ZANAFLEX) 4 MG tablet; Take 1 tablet (4 mg total) by mouth 3 (three) times daily as needed. Dispense: 60 tablet; Refill: 0
  - predniSONE (DELTASONE) 50 MG Tab; Take 1 tablet (50 mg total) by mouth once daily. for 5 days Dispense: 5 tablet; Refill: 0

**Carpal tunnel syndrome on both sides**
- Problem uncontrolled, meds ordered as above.
- Orders:
  - Ambulatory Referral to Physical/Occupational Therapy

Generated on 12/20/19 11:00 AM  Page 14

Lincoln/White 0991

**Progress Notes - 10/08/2018**

JPLC FAMILY MEDICINE                      White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA            MRN: 1932025, DOB:          Sex: F
Continuity of Care                        Acct #: 72007615208
                                          Enc. Date 10/8/2018

### Progress Notes (continued)

**Progress Notes by Andrea D. Cothern, NP at 10/8/2018  3:00 PM (continued)**

**Medication refill**
- zolpidem (AMBIEN) 10 mg Tab; Take 1 tablet (10 mg total) by mouth nightly as needed.  Dispense: 30 tablet; Refill: 0
- sertraline (ZOLOFT) 100 MG tablet; Take 1 tablet (100 mg total) by mouth once daily.  Dispense: 30 tablet; Refill: 0
- loratadine (CLARITIN) 10 mg tablet; Take 1 tablet (10 mg total) by mouth every morning.  Dispense: 30 tablet; Refill: 0
- clonazePAM (KLONOPIN) 1 MG tablet; Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety.  Dispense: 60 tablet; Refill: 0

**Encounter for Depo-Provera contraception**
- Due for her injection, will get today.
- Orders:
  - medroxyPROGESTERone (DEPO-PROVERA) injection 150 mg; Inject 1 mL (150 mg total) into the muscle once.

Follow-up in 1 month for annual wellness exam.
RTC prn.

*Andrea Cothern CFNP*

**Andrea Cothern, CFNP**
Ochsner Jefferson Place Family Medicine

Electronically signed by Andrea D. Cothern, NP on 10/14/2018  5:48 PM

**H&P Notes**

No notes of this type exist for this encounter.

**Follow-up and Disposition History**

10/08/2018 1600 - Andrea D. Cothern, NP

Check-out Note:          1. DEPO-PROVERA SHOT
                         2. CHANGE HER 11/1/18 VISIT TO ME AND MAKE IT AN ANNUAL

Lincoln/White 0992

**Progress Notes - 09/11/2018**

| | |
|---|---|
| JPLC FAMILY MEDICINE<br>OCHSNER, BATON ROUGE REGION LA<br>Continuity of Care | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72007494491<br>Enc. Date 9/11/2018 |

## Visit Summary

**Reason for Visit**

Follow-up

**Diagnoses**

| | Codes | Comments |
|---|---|---|
| Bilateral carpal tunnel syndrome    - Primary | ICD-10-CM: G56.03<br>ICD-9-CM: 354.0 | |
| Acute intractable headache, unspecified headache type | ICD-10-CM: R51<br>ICD-9-CM: 784.0 | |
| Chronic pain of both knees | ICD-10-CM: M25.561,<br>M25.562, G89.29<br>ICD-9-CM: 719.46,<br>338.29 | |
| Medication refill | ICD-10-CM: Z76.0<br>ICD-9-CM: V68.1 | |
| Depression, unspecified depression type | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | |
| Insomnia, unspecified type | ICD-10-CM: G47.00<br>ICD-9-CM: 780.52 | |
| Hematuria, unspecified type | ICD-10-CM: R31.9<br>ICD-9-CM: 599.70 | |

**Problem List** as of 9/11/2018                                                      Date Reviewed: **9/5/2018**

| | Codes | Priority | Class | Noted - Resolved |
|---|---|---|---|---|
| Migraine headache | ICD-10-CM: G43.909<br>ICD-9-CM: 346.90 | | | 9/17/2014 -<br>Present |
| Essential hypertension | ICD-10-CM: I10<br>ICD-9-CM: 401.9 | | | 11/29/2016 -<br>Present |
| Depression | ICD-10-CM: F32.9<br>ICD-9-CM: 311 | | | 11/29/2016 -<br>Present |
| Primary insomnia | ICD-10-CM: F51.01<br>ICD-9-CM: 307.42 | | | 11/29/2016 -<br>Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | ICD-10-CM: M47.816<br>ICD-9-CM: 721.3 | | | 8/27/2017 -<br>Present |
| Osteoarthritis of both knees | ICD-10-CM: M17.0<br>ICD-9-CM: 715.96 | | | 9/27/2017 -<br>Present |
| Osteoarthritis of spine with radiculopathy, cervical region | ICD-10-CM: M47.22<br>ICD-9-CM: 721.0 | | | 9/27/2017 -<br>Present |
| Chondromalacia patellae of left knee | ICD-10-CM: M22.42<br>ICD-9-CM: 717.7 | | | 11/24/2017 -<br>Present |
| Chondromalacia patellae of right knee | ICD-10-CM: M22.41<br>ICD-9-CM: 717.7 | | | 11/24/2017 -<br>Present |
| Acute pain of left knee | ICD-10-CM: M25.562<br>ICD-9-CM: 719.46 | | | 3/19/2018 -<br>Present |
| Morbid obesity with BMI of 40.0-44.9, adult | ICD-10-CM: E66.01,<br>Z68.41<br>ICD-9-CM: 278.01, V85.41 | | | 7/2/2018 -<br>Present |

**Allergies as of 12/20/2019**

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| Aleve [naproxen Sodium] | 08/28/2018<br>11:18 AM | | Kaitlyn N.<br>Tircuit, MA | | | |
| Aspirin | 08/28/2018 | | Lija Thomas, | | | |

Generated on 12/20/19 11:00 AM                                                              Page 1

Lincoln/White 0993

**Progress Notes - 09/11/2018**

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:              Sex: F
Acct #: 72007494491
Enc. Date 9/11/2018

## Visit Summary (continued)

### Allergies as of 12/20/2019 (continued)

| | Updated | Reaction Type | Initial Reporter | Reactions | Comment | Deletion Reason |
|---|---|---|---|---|---|---|
| | 11:18 AM | | MD | | | |
| DELETED: Bayer Aspirin (with Caffeine) [aspirin-caffeine] | 02/13/2018 11:06 AM | | Alexandra Scott, MA | Nausea Only | | Deleted on: 02/13/2018 Chart correction: Wrong allergy selected |

### Immunizations Administered as of 9/11/2018                                    Never Reviewed

No immunizations on file.

## Medications

### Outpatient Medications at Start of Encounter as of 9/11/2018

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking)** | 30 tablet | 0 | 5/8/2018 | 9/11/2018 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| **clonazePAM (KLONOPIN) 1 MG tablet (Taking)** | 60 tablet | 0 | 8/16/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. - Oral | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Taking)** | 90 tablet | 0 | 7/18/2018 | 9/11/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet (Taking)** | 30 tablet | 0 | 7/18/2018 | 9/11/2018 |
| Sig - Route: Take 1 tablet (50 mg total) by mouth daily as needed. - Oral | | | | |
| **loratadine (CLARITIN) 10 mg tablet (Taking)** | 30 tablet | 0 | 8/16/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth every morning. - Oral | | | | |
| **sertraline (ZOLOFT) 100 MG tablet (Taking)** | 30 tablet | 3 | 7/18/2018 | 9/11/2018 |
| Sig - Route: Take 1 tablet (100 mg total) by mouth once daily. - Oral | | | | |
| **zolpidem (AMBIEN) 10 mg Tab (Taking)** | 30 tablet | 0 | 7/18/2018 | 9/11/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth nightly as needed. - Oral | | | | |
| Class: Print | | | | |

### Medications the Patient Reported Taking

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking/Discontinued)** | 30 tablet | 0 | 5/8/2018 | 9/11/2018 |
| Sig: Take 1 tablet by mouth 2 (two) times daily as needed. | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Taking/Discontinued)** | 30 tablet | 0 | 9/11/2018 | 1/3/2019 |
| Sig: Take 1 tablet by mouth 2 (two) times daily as needed. | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| Route: Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |

Generated on 12/20/19 11:00 AM                                                      Page 2

Lincoln/White 0994

Progress Notes - 09/11/2018

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:              Sex: F
Acct #: 72007494491
Enc. Date 9/11/2018

## Medications (continued)

**Medications the Patient Reported Taking (continued)**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **clonazePAM (KLONOPIN) 1 MG tablet** (Taking/Discontinued) | 60 tablet | 0 | 8/16/2018 | 10/8/2018 |
| Sig: Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety. Route: Oral Reason for Discontinue: **Reorder** | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet** (Taking/Discontinued) | 90 tablet | 0 | 7/18/2018 | 9/11/2018 |
| Sig: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. Notes to Pharmacy: Please consider 90 day supplies to promote better adherence Route: Oral Reason for Discontinue: **Reorder** | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet** (Taking/Discontinued) | 90 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. Notes to Pharmacy: Please consider 90 day supplies to promote better adherence Route: Oral Reason for Discontinue: **Therapy not effective** | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** (Taking/Discontinued) | 30 tablet | 0 | 7/18/2018 | 9/11/2018 |
| Sig: Take 1 tablet (50 mg total) by mouth daily as needed. Route: Oral Reason for Discontinue: **Reorder** | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet** (Taking/Discontinued) | 90 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig: Take 1 tablet (50 mg total) by mouth daily as needed. Route: Oral Reason for Discontinue: **Therapy not effective** | | | | |
| **loratadine (CLARITIN) 10 mg tablet** (Taking/Discontinued) | 30 tablet | 0 | 8/16/2018 | 10/8/2018 |
| Sig: Take 1 tablet (10 mg total) by mouth every morning. Route: Oral Reason for Discontinue: **Reorder** | | | | |
| **sertraline (ZOLOFT) 100 MG tablet** (Taking/Discontinued) | 30 tablet | 3 | 7/18/2018 | 9/11/2018 |
| Sig: Take 1 tablet (100 mg total) by mouth once daily. Route: Oral Reason for Discontinue: **Reorder** | | | | |
| **sertraline (ZOLOFT) 100 MG tablet** (Taking/Discontinued) | 90 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig: Take 1 tablet (100 mg total) by mouth once daily. Route: Oral Reason for Discontinue: **Reorder** | | | | |
| **zolpidem (AMBIEN) 10 mg Tab** (Taking/Discontinued) | 30 tablet | 0 | 7/18/2018 | 9/11/2018 |
| Sig: Take 1 tablet (10 mg total) by mouth nightly as needed. Class: Print Route: Oral Reason for Discontinue: **Reorder** | | | | |
| **zolpidem (AMBIEN) 10 mg Tab** (Taking/Discontinued) | 30 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig: Take 1 tablet (10 mg total) by mouth nightly as needed. Route: Oral Reason for Discontinue: **Reorder** | | | | |

**Ordered Medications**

Lincoln/White 0995

**Progress Notes - 09/11/2018**

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:                Sex: F
Acct #: 72007494491
Enc. Date 9/11/2018

## Medications (continued)

**Ordered Medications (continued)**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|
| **butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet (Discontinued)** | 30 tablet | 0 | 9/11/2018 | 1/3/2019 |
| Sig - Route: Take 1 tablet by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **diclofenac (VOLTAREN) 50 MG EC tablet (Discontinued)** | 90 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (50 mg total) by mouth daily as needed. - Oral | | | | |
| Reason for Discontinue: **Therapy not effective** | | | | |
| **cyclobenzaprine (FLEXERIL) 10 MG tablet (Discontinued)** | 90 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. - Oral | | | | |
| Notes to Pharmacy: Please consider 90 day supplies to promote better adherence | | | | |
| Reason for Discontinue: **Therapy not effective** | | | | |
| **sertraline (ZOLOFT) 100 MG tablet (Discontinued)** | 90 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (100 mg total) by mouth once daily. - Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |
| **zolpidem (AMBIEN) 10 mg Tab (Discontinued)** | 30 tablet | 0 | 9/11/2018 | 10/8/2018 |
| Sig - Route: Take 1 tablet (10 mg total) by mouth nightly as needed. - Oral | | | | |
| Reason for Discontinue: **Reorder** | | | | |

## All Results

POCT URINE DIPSTICK WITHOUT MICROSCOPE [370913750] (Abnormal)          Resulted: 09/11/18 0946, Result status: Final result
Resulted by: Lija Thomas

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| — | — | 09/11/18 0946 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Color, UA | yellow | — | — | — |
| Spec Grav UA | 1.020 | — | — | — |
| pH, UA | 5 | — | — | — |
| WBC, UA | negative | — | — | — |
| Nitrite, UA | negative | — | — | — |
| Protein | negative | — | — | — |
| Glucose, UA | normal | — | — | — |
| Ketones, UA | negative | — | — | — |
| Urobilinogen, UA | normal | — | — | — |
| Bilirubin | negative | — | — | — |
| Blood, UA | 250 | — | — | — |

## Progress Notes

**Progress Notes by Lija Thomas, MD at 9/11/2018 8:20 AM**

| Author: Lija Thomas, MD | Service: — | Author Type: Physician |
|---|---|---|
| Filed: 9/18/2018 10:14 AM | Encounter Date: 9/11/2018 | Creation Time: 9/11/2018 8:48 AM |
| Status: Signed | Editor: Lija Thomas, MD (Physician) | |

**Subjective:**

Lincoln/White 0996

Progress Notes - 09/11/2018

JPLC FAMILY MEDICINE                                White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA                      MRN: 1932025, DOB:          Sex: F
Continuity of Care                                 Acct #: 72007494491
                                                   Enc. Date 9/11/2018

## Progress Notes (continued)

**Progress Notes by Lija Thomas, MD at 9/11/2018  8:20 AM (continued)**

**Patient ID:** Sabrina Lynette White is a 45 y.o. female.

**Chief Complaint:** Follow-up

HPI
Ms. White presents  To clinic today for follow up.
She states she noticed some blood in her urine.
She does not think that the blood is coming from her vagina.
She got on depo shot and has not had a cycle since.
She is not sure if she is spotting.
She was recently diagnosed with carpal tunnel syndrome and instructed to follow up in clinic.
She has not been wearing any braces.
She would like refill on her medications.
She denies any dysuria or frequency.

She needs refill on her medications.

Review of Systems
Constitutional: Negative for fever.
Gastrointestinal: Negative for abdominal pain and vomiting.
Genitourinary: Positive for hematuria. Negative for dysuria and frequency.
Musculoskeletal: Positive for arthralgias.

## Medication List

ⓘ **Accurate as of 9/11/18  8:48 AM.** If you have any questions, ask your nurse or doctor.

**CONTINUE taking these medications**
**butalbital-acetaminophen-caffeine 50-325-40 mg** 50-325-40 mg per tablet
Commonly known as:  FIORICET, ESGIC
Take 1 tablet by mouth 2 (two) times daily as needed.

---
**clonazePAM** 1 MG tablet
Commonly known as:  KLONOPIN
Take 1 tablet (1 mg total) by mouth 2 (two) times daily as needed for Anxiety.

---
**cyclobenzaprine** 10 MG tablet
Commonly known as:  FLEXERIL
Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed.

---
**diclofenac** 50 MG EC tablet
Commonly known as:  VOLTAREN

---

Lincoln/White 0997

Progress Notes - 09/11/2018

| JPLC FAMILY MEDICINE<br>OCHSNER, BATON ROUGE REGION LA<br>Continuity of Care | White, Sabrina Lynette<br>MRN: 1932025, DOB:          Sex: F<br>Acct #: 72007494491<br>Enc. Date 9/11/2018 |
|---|---|

## Progress Notes (continued)

### Progress Notes by Lija Thomas, MD at 9/11/2018 8:20 AM (continued)

Take 1 tablet (50 mg total) by mouth daily as needed.

**loratadine** 10 mg tablet
Commonly known as: CLARITIN
Take 1 tablet (10 mg total) by mouth every morning.

**sertraline** 100 MG tablet
Commonly known as: ZOLOFT
Take 1 tablet (100 mg total) by mouth once daily.

**zolpidem** 10 mg Tab
Commonly known as: AMBIEN
Take 1 tablet (10 mg total) by mouth nightly as needed.

Patient Active Problem List
Diagnosis
- Essential hypertension
- Depression
- Primary insomnia
- Migraine headache
- Spondylosis of lumbar region without myelopathy or radiculopathy
- Osteoarthritis of both knees
- Osteoarthritis of spine with radiculopathy, cervical region
- Chondromalacia patellae of left knee
- Chondromalacia patellae of right knee
- Acute pain of left knee
- Morbid obesity with BMI of 40.0-44.9, adult

Objective:

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: EOM are normal. Right eye exhibits no discharge. Left eye exhibits no discharge.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes.
Musculoskeletal: She exhibits no edema.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry. She is not diaphoretic. No erythema.
Psychiatric: She has a normal mood and affect.
Vitals reviewed.

Lincoln/White 0998

Progress Notes - 09/11/2018

JPLC FAMILY MEDICINE
OCHSNER, BATON ROUGE REGION LA
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:          Sex: F
Acct #: 72007494491
Enc. Date 9/11/2018

## Progress Notes (continued)

**Progress Notes by Lija Thomas, MD at 9/11/2018  8:20 AM (continued)**

Vitals:

|  | 09/11/18 0838 |
| --- | --- |
| BP: | 124/84 |
| Pulse: | 109 |
| Resp: | 18 |
| Temp: | 97.6 °F (36.4 °C) |

## Assessment/ PLAN

**Bilateral carpal tunnel syndrome**
- Ambulatory Referral to Physical/Occupational Therapy

**Acute intractable headache, unspecified headache type**
- butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet; Take 1 tablet by mouth 2 (two) times daily as needed.  Dispense: 30 tablet; Refill: 0

**Chronic pain of both knees**
- diclofenac (VOLTAREN) 50 MG EC tablet; Take 1 tablet (50 mg total) by mouth daily as needed. Dispense: 90 tablet; Refill: 0

**Medication refill**
- cyclobenzaprine (FLEXERIL) 10 MG tablet; Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed.  Dispense: 90 tablet; Refill: 0

**Depression, unspecified depression type**
- sertraline (ZOLOFT) 100 MG tablet; Take 1 tablet (100 mg total) by mouth once daily.  Dispense: 90 tablet; Refill: 0

**Insomnia, unspecified type**
- zolpidem (AMBIEN) 10 mg Tab; Take 1 tablet (10 mg total) by mouth nightly as needed.  Dispense: 30 tablet; Refill: 0

**Hematuria, unspecified type**
- POCT URINE DIPSTICK WITHOUT MICROSCOPE

advised pt she is likely having blood in the urine due to spotting from being on depo shot
Continue to observe

Lija Thomas, MD
Ochsner Jefferson Place Family Medicine

Electronically signed by Lija Thomas, MD on 9/18/2018 10:14 AM

**H&P Notes**

Lincoln/White 0999

**Progress Notes - 09/11/2018**

JPLC FAMILY MEDICINE                         White, Sabrina Lynette
OCHSNER, BATON ROUGE REGION LA               MRN: 1932025, DOB:           Sex: F
Continuity of Care                           Acct #: 72007494491
                                             Enc. Date 9/11/2018

**H&P Notes (continued)**

No notes of this type exist for this encounter.

Lincoln/White 1000

**Labs/Diagnostics - 11/01/2018**

| | |
|---|---|
| JPLH XRAY | White, Sabrina Lynette |
| 17000 Medical Center Dr | MRN: 1932025, DOB:          Sex: F |
| Baton Rouge LA 70816 | Acct #: 72007723652 |
| Continuity of Care | Adm: 11/1/2018 |

**X-Ray Thoracic Spine AP Lateral [382136340]**        Resulted: 11/01/18 1109, Result status: Final result

Resulted by: Anshu Duggal, MD
Accession number: 29129695

Performed: 11/01/18 1032 - 11/01/18 1105
Resulting lab: MMODEL FLUENCY

Narrative:
EXAMINATION:
XR THORACIC SPINE AP LATERAL

CLINICAL HISTORY:
Dorsalgia, unspecified

TECHNIQUE:
AP and lateral views of the thoracic spine were performed.

COMPARISON:
None

FINDINGS:
No scoliosis.  No fracture or listhesis.  Intervertebral disc spaces are maintained with minimal marginal spurring of the thoracic spine.
Visualized lungs appear clear.

Impression:

As above

Electronically signed by:  Anshu Duggal, MD
Date:                              11/01/2018
Time:                             11:09

**X-Ray Lumbar Spine AP And Lateral [382136338]**        Resulted: 11/01/18 1110, Result status: Final result

Resulted by: Anshu Duggal, MD
Accession number: 29129694

Performed: 11/01/18 1032 - 11/01/18 1105
Resulting lab: MMODEL FLUENCY

Narrative:
EXAMINATION:
XR LUMBAR SPINE AP AND LATERAL

CLINICAL HISTORY:
OA spine;Spondylosis without myelopathy or radiculopathy, lumbar region

TECHNIQUE:
AP, lateral and spot images were performed of the lumbar spine.

COMPARISON:
07/19/2017 radiograph

FINDINGS:
No scoliosis.  Mild spurring of the endplates is noted.  Vertebral body heights and intervertebral disc spaces are maintained.  No
acute fracture or listhesis.

Impression:

As above.

Electronically signed by:  Anshu Duggal, MD
Date:                              11/01/2018
Time:                             11:10

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 396 - FFI | MMODEL FLUENCY | n/a | n/a | 01/15/18 0931 - Present |

Lincoln/White 1001

**Labs/Diagnostics - 11/01/2018**

JPLH XRAY                                    White, Sabrina Lynette
17000 Medical Center Dr                      MRN: 1932025, DOB:          Sex: F
Baton Rouge LA 70816                         Acct #: 72007723652
Continuity of Care                           Adm: 11/1/2018

### Radiology Results (continued)

**Testing Performed By (continued)**

Lincoln/White 1002

**Labs/Diagnostics - 11/01/2018**

JPLH XRAY                              White, Sabrina Lynette
17000 Medical Center Dr               MRN: 1932025, DOB:          Sex: F
Baton Rouge LA 70816                  Acct #: 72007723652
Continuity of Care                    Adm: 11/1/2018

**Discharge Instructions**                        White, Sabrina Lynette (MR # 1932025)

    None

Lincoln/White 1003

**Labs/Diagnostics - 11/01/2018**

JPLH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:              Sex: F
Acct #: 72007723652
Enc. Date 11/1/2018

## All Results (continued)

CBC auto differential [382136341] (Abnormal) (continued)                 Resulted: 11/01/18 2131, Result status: Final result

| | | | | |
|---|---|---|---|---|
| Gran # (ANC) | 3.2 | 1.8 - 7.7 K/uL | — | OCLB |
| Immature Grans (Abs) | 0.01 | 0.00 - 0.04 K/uL | — | OCLB |

Comment:
Mild elevation in immature granulocytes is non specific and
can be seen in a variety of conditions including stress response,
acute inflammation, trauma and pregnancy. Correlation with other
laboratory and clinical findings is essential.

| | | | | |
|---|---|---|---|---|
| Lymph # | 2.2 | 1.0 - 4.8 K/uL | — | OCLB |
| Mono # | 0.6 | 0.3 - 1.0 K/uL | — | OCLB |
| Eos # | 0.1 | 0.0 - 0.5 K/uL | — | OCLB |
| Baso # | 0.05 | 0.00 - 0.20 K/uL | — | OCLB |
| nRBC | 0 | 0 /100 WBC | — | OCLB |
| Gran% | 52.7 | 38.0 - 73.0 % | — | OCLB |
| Lymph% | 35.2 | 18.0 - 48.0 % | — | OCLB |
| Mono% | 9.0 | 4.0 - 15.0 % | — | OCLB |
| Eosinophil% | 2.1 | 0.0 - 8.0 % | — | OCLB |
| Basophil% | 0.8 | 0.0 - 1.9 % | — | OCLB |
| Differential Method | Automated | — | — | OCLB |

### Comprehensive metabolic panel [382136342]                 Resulted: 11/01/18 2153, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 11/01/18 1115 |

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 141 | 136 - 145 mmol/L | — | OCLB |
| Potassium | 4.1 | 3.5 - 5.1 mmol/L | — | OCLB |
| Chloride | 105 | 95 - 110 mmol/L | — | OCLB |
| CO2 | 26 | 23 - 29 mmol/L | — | OCLB |
| Glucose | 70 | 70 - 110 mg/dL | — | OCLB |
| BUN, Bld | 8 | 6 - 20 mg/dL | — | OCLB |
| Creatinine | 0.9 | 0.5 - 1.4 mg/dL | — | OCLB |
| Calcium | 9.2 | 8.7 - 10.5 mg/dL | — | OCLB |
| Total Protein | 7.5 | 6.0 - 8.4 g/dL | — | OCLB |
| Albumin | 3.7 | 3.5 - 5.2 g/dL | — | OCLB |
| Total Bilirubin | 0.4 | 0.1 - 1.0 mg/dL | — | OCLB |

Comment:
For infants and newborns, interpretation of results should be based
on gestational age, weight and in agreement with clinical
observations.
Premature Infant recommended reference ranges:
Up to 24 hours.............<8.0 mg/dL
Up to 48 hours............<12.0 mg/dL
3-5 days.................<15.0 mg/dL
6-29 days.................<15.0 mg/dL

| | | | | |
|---|---|---|---|---|
| Alkaline Phosphatase | 60 | 55 - 135 U/L | — | OCLB |
| AST | 18 | 10 - 40 U/L | — | OCLB |
| ALT | 11 | 10 - 44 U/L | — | OCLB |
| Anion Gap | 10 | 8 - 16 mmol/L | — | OCLB |
| eGFR if African American | >60.0 | >60 mL/min/1.73 m^2 | — | OCLB |
| eGFR if non African American | >60.0 | >60 mL/min/1.73 | — | OCLB |

Lincoln/White 1004

**Labs/Diagnostics - 11/01/2018**

JPLH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:              Sex: F
Acct #: 72007723652
Enc. Date 11/1/2018

## All Results (continued)

**Comprehensive metabolic panel [382136342] (continued)**          Resulted: 11/01/18 2153, Result status: Final result

m^2

Comment:
Calculation used to obtain the estimated glomerular filtration
rate (eGFR) is the CKD-EPI equation.

**Lipid panel [382136344] (Abnormal)**          Resulted: 11/01/18 2153, Result status: Final result

Resulting lab: OCHSNER MEDICAL CENTER - NEW ORLEANS

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 11/01/18 1115 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Cholesterol | 265 | 120 - 199 mg/dL | H | OCLB |

Comment:
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference ranges) for Cholesterol:
Optimal.....................<200 mg/dL
Borderline High.............200-239 mg/dL
High........................> or = 240 mg/dL

| Triglycerides | 76 | 30 - 150 mg/dL | ---- | OCLB |
|---|---|---|---|---|

Comment:
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for triglycerides:
Normal......................<150 mg/dL
Borderline High.............150-199 mg/dL
High........................200-499 mg/dL

| HDL | 54 | 40 - 75 mg/dL | ---- | OCLB |
|---|---|---|---|---|

Comment:
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for HDL Cholesterol:
Low...............<40 mg/dL
Optimal...........>60 mg/dL

| LDL Cholesterol | 195.8 | 63.0 - 159.0 mg/dL | H | OCLB |
|---|---|---|---|---|

Comment:
The National Cholesterol Education Program (NCEP) has set the
following guidelines (reference values) for LDL Cholesterol:
Optimal......................<130 mg/dL
Borderline High..............130-159 mg/dL
High.........................160-189 mg/dL
Very High....................>190 mg/dL

| Hdl/Cholesterol Ratio | 20.4 | 20.0 - 50.0 % | --- | OCLB |
|---|---|---|---|---|
| Total Cholesterol/HDL Ratio | 4.9 | 2.0 - 5.0 | — | OCLB |
| Non-HDL Cholesterol | 211 | mg/dL | --- | OCLB |

Comment:
Risk category and Non-HDL cholesterol goals:
Coronary heart disease (CHD)or equivalent (10-year risk of CHD >20%):
Non-HDL cholesterol goal    <130 mg/dL
Two or more CHD risk factors and 10-year risk of CHD <= 20%:
Non-HDL cholesterol goal    <160 mg/dL
0 to 1 CHD risk factor:

---

Generated on 12/20/19 11:00 AM

Lincoln/White 1005

**Labs/Diagnostics - 11/01/2018**

JPLH LABORATORY
17000 Medical Center Dr
Baton Rouge LA 70816
Continuity of Care

White, Sabrina Lynette
MRN: 1932025, DOB:              Sex: F
Acct #: 72007723652
Enc. Date 11/1/2018

## All Results (continued)

Lipid panel [382136344] (Abnormal) (continued)                    Resulted: 11/01/18 2153, Result status: Final result

Non-HDL cholesterol goal    <190 mg/dL

TSH [382136343]                                        Resulted: 11/01/18 2207, Result status: Final result

Resulting lab:  OCHSNER MEDICAL CENTER - NEW ORLEANS

### Specimen Information

| Type | Source | Collected On |
|---|---|---|
| Blood | Blood | 11/01/18 1115 |

### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| TSH | 0.852 | 0.400 - 4.000 uIU/mL | — | OCLB |

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 347 - OCLB | OCHSNER MEDICAL CENTER - NEW ORLEANS | Gregory Sossaman, MD | 1516 Jefferson Hwy New Orleans LA 70121 | 04/21/15 1023 - 03/25/19 1044 |

## Notes

**H&P Notes**

No notes of this type exist for this encounter.

Lincoln/White 1006