**Request Corr.**

**MRO**
**1000 Madison Avenue**
**Suite 100**
**Norristown, PA 19403**
**Ph: (610) 994-7500 Opt. 1**

# Medical Records Transmittal

Date:              12/23/2019
Request Number:    32343362
Page Count:        111

**Your requested medical records are attached.**

Patient Name:      SABRINA WHITE
Medical Facility:  BRRC-Ochsner Health Center/Jefferson Place
Requester:         Kevin Lituania
Organization:      ReleasePoint, Inc./PORTAL


Your reference number:  5997750


Thank you,

*MRO*
*MROcorp.com*

EXHIBIT

3, part 4

Lincoln/White 1007

Request Corr.                    12/16/2019 3:36:55 PM   PAGE   26/136    Fax Server

From WFI Incorporated 1.626.628.9628 Fri Dec 13 10:18:01 2019 MST Page 1 of 4



Lincoln
Financial Group

Lincoln Financial Group
c/o RP Claims Processing
P.O. Box 1390
St. Peters, MO 63376

MRO
DEC 13 2019
Initials: _____

**OCHSNER HEALTH CENTER**
8150 Jefferson Hwy

**Baton Rouge, LA 70809**

Date:  Dec 13, 2019

**Re: Long Term Disability Benefits**
Claim# 7830485        5997750
Claimant:  WHITE, SABRINA
Claimant DOB:
Provider Portal:  https://portal.releasepoint.com
Access Key:  OCH188

Dear   Medical Records,

Lincoln Financial is the Disability Claim Administrator for your patient, listed above.

To evaluate your patient's eligibility for disability benefits and help facilitate a return to work when
appropriate, we are requesting the following information:
**From September 1, 2018 to Present**
Please provide records - Dr Lija Thomas - Seen By: OCHSNER
HEALTH CARE

We ask that you provide this information within a week of the date of this mailing.  Failure to provide
the requested information may result in an adverse benefit or claim determination.  The information
can be faxed to our office at our secure fax number  (213) 884-4921     or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, the Federal TAX ID, and
the amount due.  If you're a hospital, only abstract records are required: admission, history/physical, OP
reports, DX summaries, etc.  Fees from Copy Services and Hospitals require approval if over $100.00.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities
under HIPAA as a health care provider, and our associated responsibility of ensuring this information is
protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have
enclosed a HIPAA compliant authorization signed by your patient allowing the release of information to
our company.  This authorization specifically allows you to release medical information to Lincoln
Financial, and is valid for 2 years from the date of signature.

If you have any questions regarding this matter, please contact me.

Sincerely,
 Kevin Michael Lituania
Disability Information Specialist
Phone No.:  (213) 266-5038
Fax No:  (213) 884-4921



From WFI Incorporated 1.626.628.9628 Fri Dec 13 10:18:01 2019 MST Page 2 of 4

### AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all mental health information relating to me, without restriction, including information recorded in any medium by a mental health professional, data collector, or a mental health facility as well as psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is

not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed. I understand that I have the right to inspect the disclosed mental health information obtained under this authorization.

**This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.** The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print)     _SABRINA WHITE_

Name of Claimant/Personal Representative (Signature)  _Sabrina White_

Description (Title) of Personal Representative     _____

Date of Birth: _12/03/72_ Claim Number: _____    Date: _2/5/18_

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.MentalHealth.2016

**Request Corr.**

12/16/2019 3:36:55 PM   PAGE   28/136   Fax Server

From WFI Incorporated 1.626.628.9628 Fri Dec 13 10:18:01 2019 MST Page 3 of 4

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, Medical Information Bureau and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* my physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse, or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security Benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality. This information requested in this authorization is being disclosed from records whose confidentiality is protected by state law. State law prohibits further disclosure without specific authorization of the person to whom it pertains, or as otherwise permitted by state law. A general authorization for the release of medical or other information is not sufficient for this purpose.

I understand that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

I understand that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) _____SABRINA L. WHITE_____

Name of Claimant/Personal Representative (Signature) _____Sabrina L. White_____

Description (Title) of Personal Representative _____NONE_____

Date of Birth _7/03/72_ Claim Number: _____    Date: _2/5/18_

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.SensitiveInformation.2016

Request Corr.

12/16/2019 3:36:55 PM    PAGE    29/136    Fax Server

From WFI Incorporated 1.626.628.9628 Fri Dec 13 10:18:01 2019 MST Page 4 of 4



Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LincolnBenefits.com

8/27/2019

To Whom It May Concern,

Liberty Life Assurance Company of Boston, a Lincoln National Life Insurance company, authorizes ReleasePoint to act on its behalf for obtaining medical records in connection with the administration of your patient's disability claim.

The enclosed Authorization to obtain and release information, as executed by the patient, directs the release of protected medical information to Lincoln Financial Group.

We request that you please send records to ReleasePoint by one of the options below:
- Electronic mail to: charts@releasepoint.com
- Secure fax to: (213)684-4921. There is no limit on the number of pages faxed.

If you have any questions, please contact ReleasePoint at (800) 999-9589.

Sincerely,

Kathryn Leombruno
Director, Claims Operations
Lincoln Financial Group Claims

ReleasePoint
PO Box 1390
St. Peters, MO 63376

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

# Quality Assurance Report

## Request Information

Report Date:    December 25, 2019          **RP ID: 5997750**

Patient Name:   WHITE, SABRINA

Provider Name: OCHSNER HEALTH CENTER

## Quality Assurance Information

Scope Requested: **From September 1, 2018 to Present**

Special Request:
Please provide records - Dr Lija Thomas - Seen By:
OCHSNER HEALTH CARE

Special Request Included? YES

Secondary Request Confirmed? YES

QC Notes:

Chart Reviewed By:  JBUEN

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. SABRINA WHITE

Lincoln/White 1013



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

December 18, 2019

Ms. Sabrina L. White

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 7830485

Dear Ms. Sabrina White:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

We have received the information that we previously requested; however, we are unable to complete our investigation based on the information received. To thoroughly review the claim for benefits, we need additional information.

On Dec. 12, we requested medical records from you and your providers.     This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from September 1, 2018 through present from TOTAL REHAB OF BATON ROUGE, DR. EVULEOCHA, DR. DERPINGNY, DR. BROWNING, and DR. THOMAS

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

You are currently receiving benefits based on your inability to perform the material and substantial duties of your own occupation.

To remain eligible for benefits beyond the February  2020 month, you must be disabled from any occupation. As your benefits began on February 14, 2018, the change in definition will occur on

1  of 2

Lincoln/White 1014

February 14, 2020. We are currently gathering information to assess your continued eligibility for benefits beyond this date. As part of our investigation, we will be contacting your treating physician(s).  If you have changed physicians or have been treated by other physicians in the last 12 months, please provide us with the full names and mailing addresses of these physicians.

Please complete the following forms and return them in the envelope provided by January 25, 2020:

  X   Activities Questionnaire Form
  X   Authorization - Medical
  X   Claimant Information Form
  X   Claimant Supplementary Statement
  X   Authorization
 ___   Other

Walmart, Inc.'s LTD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe.  Your cooperation in providing the requested information is essential to our claim investigation.

If we do not receive all of the requested information by January 25, 2020, 45 days from the date of this request, your benefits will be suspended. If we do not receive all of this requested information by February 24, 2020, 30 days from the date of suspension, your claim will be closed.

We ask that you provide us with this information no later than February 24, 2020 as required under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ieesha G.
Ltd Specialist II
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

2  of 2

Lincoln/White 1015

# ACTIVITIES QUESTIONNAIRE



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

**Return To:** Ieesha G. _____ *page 1 of 3*

EMPLOYEE/CLAIMANT NAME: Sabrina White _____

CLAIM NO: 7830485 _____    DATE OF BIRTH: _____

EMPLOYER/SPONSOR: Walmart, Inc. _____

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

  sit _____   stand _____   walk _____

How many hours a day do you:

  sit _____   stand _____   walk _____

Do you take a nap during the day?

  Yes_____   No _____

  If Yes, for how long? _____   At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

  cane _____   walker_____   crutches _____   wheelchair _____   other _____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

  Yes_____   No _____

  If No, please explain: _____

  If Yes, how long are you able to drive a car?_____

  **Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

  Yes_____   No _____   If Yes, what are their dates of birth _____

_____

  Do you need help caring for your children?

  Yes _____   No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

  Yes_____   No _____   If Yes, please explain _____

How many times a day do you leave the house during the week? _____

  On the weekends?_____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

_____

Lincoln/White 1016



How often do you get outdoors? _____

Are you left or right hand dominant?          Left _____      Right _____

Are you able to work in your garden?          Yes _____      No _____

Are you able to work on your house?          Yes _____      No _____

Are you able to wash your car?               Yes _____      No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.  Please check all that apply:
_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails
_____ Visit chat rooms _____ Photos  Other: _____

What computer software applications do you utilize.  Please check all that apply:
_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics
_____ Photo software (Photoshop) _____ Programming Other: _____

Do you have a working home copy machine/fax machine? _____ Yes _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | _____ | _____ |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months? Yes _____ No _____

If Yes, please provide reason and hospital contact Information: _____

_____

_____

Lincoln/White 1017



How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?          Yes _____     No _____

If Yes, please describe _____

Do you participate in an exercise program?     Yes _____     No _____

If Yes, please describe _____

Do you do any Volunteer work?               Yes _____     No _____

If Yes:

    how many hours per day? _____

    how many hours per week? _____

    for whom? _____

Are you working for wages?                  Yes _____     No _____

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment.</u>**

_____
_____
_____
_____
_____
_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____
_____
_____
_____
_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

\*\*Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: _____     Date: _____

Signature: _____

Lincoln/White 1018



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

### AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:**  Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____    Relationship _____

Signature of claimant or legal representative  _____

Date of Birth: _____   Claim Number: __7830485____   Date: _____

**A copy of this authorization will be considered as valid as the original.**

pg. 1  Authorization-Standard-2018

Lincoln/White 1019



# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

**Return To:** Ieesha G.

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO: 7830485

EMPLOYER/SPONSOR: Walmart, Inc.          DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2019 to PRESENT.  *If additional space is needed, please use a separate sheet of paper.*

### MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(___) _____ Fax No. :(___) _____          Telephone No. :(___) _____ Fax No. :(___) _____

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(___) _____ Fax No. :(___) _____          Telephone No. :(___) _____ Fax No. :(___) _____

### MEDICAL INSURANCE CARRIER(S):

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(___) _____ Fax No. :(___) _____          Telephone No. :(___) _____ Fax No. :(___) _____

### PHARMACY(S):

Name: _____          Name: _____
Specialty: _____          Specialty: _____
Address: _____          Address: _____
_____          _____
Telephone No. :(___) _____ Fax No. :(___) _____          Telephone No. :(___) _____ Fax No. :(___) _____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

Lincoln/White 1020

**SIGNATURE:** _____ **DATE:** _____

Lincoln/White 1021

# CLAIMANT SUPPLEMENTARY STATEMENT



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

**Return to:** Ieesha G.

**EMPLOYEE/CLAIMANT NAME:** Sabrina White    **CLAIM #:** 7830485

**EMPLOYER:** Walmart, Inc.    **DATE OF BIRTH:**

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                                    Relationship to you?                                    Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Short Term Disability or State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Other income/money/benefit (describe) _____ | _____ | _____ | _____ | _____ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____    **EMPLOYEE'S SIGNATURE:** _____

DP 409

Lincoln/White 1022

# Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: _____ Claim Number: __7830485___ Date: _____

**A copy of this authorization will be considered as valid as the original**

pg. 1 Psychotherapy.2015

Lincoln/White 1023

 **Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

December 6, 2019

Ms. Sabrina L. White

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 7830485

Dear Ms. Sabrina White:

Please complete the attached form and return to the fax number below.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Tay Pringle
LTD Specialist II
On Behalf Of: Ieesha G.
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments:    Direct Deposit Application

1 of 1

Lincoln/White 1024

# DIRECT DEPOSIT APPLICATION

 **Lincoln** Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

Return To: leesha Griffin

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO: 7830485

EMPLOYER/SPONSOR: Walmart, Inc.            DATE OF BIRTH:

CHECK ONE: ☒ New    ☐ Change

YOUR TELEPHONE NUMBER: (225) 228-0998

ADDRESS: 9163 Cedar ct    CITY: Baton Rouge STATE: LA zip: 70812

## AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

TYPE OF ACCOUNT: ☒ Checking    ☐ Savings    BANK NAME: EFCU Financial

9 DIGIT ABA ROUTING NUMBER: 265473511    BANK ADDRESS: 10719 Airline Hwy

YOUR ACCOUNT NUMBER: 789338602    CITY: Baton Rouge STATE: LA zip: 70816

BANK PHONE: (   )

### ***You must check yes or no to BOTH of the following two questions***

WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?    ☐ YES  ☒ NO

DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?    ☐ YES  ☒ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: Sabrina White    Date: 12/12/19

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc.

## ATTACH VOIDED CHECK HERE
### Your application will be rejected unless included with the form.

DP481 DD APLICATION 01/10

Lincoln/White 1025

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Friday, December 6, 2019 5:46:19 PM |
| To: | SABRINAWHITE171@GMAIL.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 7830485 Sabrina White |
| Attachments: | hobce8ggy9cexpl9tji3_7536174.pdf; |

**Important**

Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**

Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln/White 1026



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?**
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds    will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Lincoln Life Assurance Company of Boston

Group Benefits

Lincoln/White 1027



P. O. Box 91001
Baton Rouge, LA 70821
PH(225) 214-6800

## Direct Deposit / ACH Withdrawal Authorization Agreement

### Personal Information

| Name (First, MI, Last) | Social Security Number |
|---|---|
| SABRINA WHITE | 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 |

Street Address

| City | State | Zip |
|---|---|---|

| Home Phone Number | Work Phone Number |
|---|---|

### Financial Institution Information

| Name of Financial Institution | Routing Number |
|---|---|
| EFCU Financial Federal Credit Union | |

| Account Holder's Name | Account Type (check one): |
|---|---|
| SABRINA WHITE | ☐ Savings Acct # _____ |
| | ☒ Checking MICR # _____ |

### Authorization Agreement

I hereby authorize _____ to initiate a

☐ Direct Deposit to

☐ ACH Withdrawal from

my account listed above. I understand this transaction will continue until I revoke it in writing.

| Member Signature | Date Signed |
|---|---|

| Employee Name | Branch | Date |
|---|---|---|
| ajett | 2 | 12/12/2019 |

Rev. 01.12.2010

Lincoln/White 1028

From:                LFGNotifications@LFG.com
Sent:                Tuesday, December 10, 2019 9:24:11 AM
To:
CC:
BCC:
Subject:             [Send Secure]Walmart, Inc. Claim No. 7830485 Sabrina White
Attachments:         pnnwmsiybosbxtwzrqqh_7545387.pdf;

**Important**
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln/White 1029



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

December 10, 2019

Ms. Sabrina L. White

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 7830485

Dear Ms. Sabrina White:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

Per your December 6, 2019 request, we have enclosed the following:

A Direct Deposit Form, which must be completed in order to have benefit checks automatically deposited into a checking or savings account. Please fully complete this form and return it along with a voided check or savings account deposit slip in the enclosed return envelope.

***Please complete the attached form to change direct deposit information. ****

If you have any questions regarding this matter, please contact me.

Sincerely,

Ieesha G.
Ltd Specialist II
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments:  Direct Deposit Application
          7830485-EMPLOYEE/CLAIMANT-CORRESPONDENCE-12.10.2019

1  of  1

Lincoln/White 1030

# DIRECT DEPOSIT APPLICATION



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

**Return To:** Ieesha G.

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO: 7830485

EMPLOYER/SPONSOR: Walmart, Inc.                      DATE OF BIRTH:

**CHECK ONE:** ☐ New   ☐ Change

**YOUR TELEPHONE NUMBER:** (    )

**ADDRESS:** _____   **CITY:** _____   **STATE:** ___   **ZIP:** _____

### AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:** ☐ Checking   ☐ Savings   **BANK NAME:** _____

**9 DIGIT ABA ROUTING NUMBER:** _____   **BANK ADDRESS:** _____

**YOUR ACCOUNT NUMBER:** _____   **CITY:** _____   **STATE:** _____   **ZIP:** _____

**BANK PHONE:** (    ) _____

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**
☐ YES   ☐ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**   ☐ YES   ☐ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it.  I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: _____                      Date: _____

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

### ATTACH VOIDED CHECK HERE
### Your application will be rejected unless included with the form.

DP481 DD APLICATION 01/10

Lincoln/White 1031



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account.  Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application.  Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox.  Be sure to print all the information clearly, and sign the application.  Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank.  Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

**C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month.  Funds     will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account.  You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account.  We can continue the direct deposit process with your new bank following notification to and verification from your new bank.  You may receive several benefit checks by mail in the interim.  Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager.  They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Lincoln Life Assurance Company of Boston

Group Benefits

Lincoln/White 1032

# FAX

**efcu**
FINANCIAL

TO: Teesha Griffin                 FROM: Aleah Jett

FAX:                               FAX:

PHONE:                             PHONE: (225) 214 - 6885

SUBJECT:                           DATE: 12/9/19

NO. PAGES:

COMMENTS:

for Sabrina White

Claim# 7830485

**CONFIDENTIALITY NOTICE**
The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. You are hereby notified that any use, dissemination, distribution, or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify EFCU Financial by telephone immediately. Any facsimile erroneously transmitted to you should be returned to the sender by US mail or if authorization is granted by sender, destroyed.

Lincoln/White 1033



P. O. Box 91001
Baton Rouge, LA 70821
PH(225) 214-6800

## Direct Deposit / ACH Withdrawal
## Authorization Agreement

**Personal Information**

| Name (First, MI, Last) | | Social Security Number |
|---|---|---|
| SABRINA WHITE | | |

Street Address

| City | State | Zip |
|---|---|---|
| g | | |

Home Phone Number                Work Phone Number

**Financial Institution Information**

| Name of Financial Institution | Routing Number |
|---|---|
| EFCU Financial Federal Credit Union | |

| Account Holder's Name | Account Type (check one): |
|---|---|
| SABRINA WHITE | ☐ Savings Acct # _____ |
| | ☒ Checking MICR # _____ |

**Authorization Agreement**

I hereby authorize _____ to initiate a

☐ Direct Deposit to
☐ ACH Withdrawal from

my account listed above. I understand this transaction will continue until I revoke it in writing.

_____                _____
Member Signature                                        Date Signed

| Employee Name | Branch | Date |
|---|---|---|
| ajett | 2 | 11/25/2019 |

Rev. 01.12.2010

Lincoln/White 1034

# FAX

**efcu**
FINANCIAL

TO: Teesha Griffin                    FROM: Aleah Jett

FAX:                                  FAX:

PHONE:                                PHONE: (225) 214-6885

SUBJECT:                              DATE: 12/9/19

NO. PAGES:

COMMENTS:

for Sabrina White

Claim# 7830485

**CONFIDENTIALITY NOTICE**

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. You are hereby notified that any use, dissemination, distribution, or copying of this facsimile is strictly prohibited. If you have received this facsimile in error, please notify EFCU Financial by telephone immediately. Any facsimile erroneously transmitted to you should be returned to the sender by US mail or if authorization is granted by sender, destroyed.

Lincoln/White 1035

2019-12-09 15:24                    EFCU Monterrey 2252140087 >>                          P 2/2

 **efcu FINANCIAL** FEDERAL CREDIT UNION

P. O. Box 91001
Baton Rouge, LA 70821
PH(225) 214-6800

## Direct Deposit / ACH Withdrawal Authorization Agreement

### Personal Information

Name (First, MI, Last)
SABRINA WHITE

Social Security Number

Street Address

City

State

Zip

Home Phone Number

Work Phone Number

### Financial Institution Information

Name of Financial Institution
**EFCU Financial Federal Credit Union**

Routing Number

Account Holder's Name
**SABRINA WHITE**

Account Type (check one):
☐ Savings Acct #
☒ Checking MICR #

### Authorization Agreement

I hereby authorize _____ to initiate a

☐ Direct Deposit to

☐ ACH Withdrawal from

my account listed above. I understand this transaction will continue until I revoke it in writing.

Member Signature                                    Date Signed

| Employee Name | Branch | Date |
|---|---|---|
| ajett | 2 | 11/25/2019 |

Rev. 01.12.2010

Lincoln/White 1036

From:            LFGNotifications@LFG.com
Sent:            Friday, December 6, 2019 5:46:19 PM
To:
CC:
BCC:
Subject:         [Send Secure]Walmart, Inc. Claim No. 7830485 Sabrina White
Attachments:     hobce8ggy9cexpl9tji3_7536174.pdf;

**Important**
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln/White 1037



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

December 6, 2019

Ms. Sabrina L. White

RE:     Long Term Disability (LTD) Benefits
        Walmart, Inc.
        Claim #: 7830485

Dear Ms. Sabrina White:

Please complete the attached form and return to the fax number below.

If you have any questions regarding this matter, please contact your assigned Disability Case
Manager at the number below.

Sincerely,

Tay Pringle
LTD Specialist II
On Behalf Of: Ieesha G.
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments:   Direct Deposit Application

1  of  1

Lincoln/White 1038

# DIRECT DEPOSIT APPLICATION



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

**Return To:**  Ieesha Griffin

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO: 7830485

EMPLOYER/SPONSOR: Walmart, Inc.          DATE OF BIRTH:

**CHECK ONE:** ☐ **New**   ☐ **Change**

**YOUR TELEPHONE NUMBER:** (     )

**ADDRESS:** _____   **CITY:** _____   **STATE:** _____   **ZIP:** _____

### AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:** ☐ **Checking**   ☐ **Savings**    **BANK NAME:** _____

**9 DIGIT ABA ROUTING NUMBER:** _____   **BANK ADDRESS:** _____

**YOUR ACCOUNT NUMBER:** _____   **CITY:** _____   **STATE:** _____   **ZIP:** _____

**BANK PHONE:** (     ) _____

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**
☐ **YES**   ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**   ☐ **YES**   ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON or BANK.  Any such notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it.  I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: _____          Date: _____

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

### ATTACH VOIDED CHECK HERE
### Your application will be rejected unless included with the form.

DP481 DD APLICATION 01/10

Lincoln/White 1039



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

**C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds    will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Lincoln Life Assurance Company of Boston

Group Benefits

Lincoln/White 1040

**From:**WMRTCSU
**Sent:**Fri, 6 Dec 2019 22:50:35 +0000
**To**:
**Subject:**LTD claim 7830485
**Attachments:**7830485.pdf

Please see the attached letter and form.

Lincoln/White 1041

From:           LFGNotifications@LFG.com
Sent:           Wednesday, November 20, 2019 9:54:36 AM
To:
CC:
BCC:
Subject:        [Send Secure]Walmart, Inc. Claim No. 7830485 Sabrina White
Attachments:    gjw7jgewyr2dz8ndnefp_7459066.pdf;

**Important**
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln/White 1042



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

November 20, 2019

Ms. Sabrina L. White

RE:     Long Term Disability (LTD) Benefits
        Walmart, Inc.
        Claim #: 7830485

Dear Ms. Sabrina White:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term
Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD
Policy").  We are writing in reference to your claim for LTD benefits under the Policy.

Per your November 15, 2019 request, we have enclosed the following:

A Direct Deposit Form, which must be completed in order to have benefit checks automatically
deposited into a checking or savings account. Please fully complete this form and return it along
with a voided check or savings account deposit slip in the enclosed return envelope.

This form can be returned to **WMRTcsu@lfg.com**

If you have any questions regarding this matter, please contact me.

Sincerely,

Ieesha G.
Ltd Specialist II
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments:   Direct Deposit Application

1  of  1

Lincoln/White 1043

# DIRECT DEPOSIT APPLICATION



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

**Return To:**  Ieesha G.

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO:  7830485

EMPLOYER/SPONSOR:  Walmart, Inc.                    DATE OF BIRTH:

**CHECK ONE:** ☐ **New**    ☐ **Change**

**YOUR TELEPHONE NUMBER:    (      )**

**ADDRESS:** _____  **CITY:** _____  **STATE:** ___  **ZIP:** _____

### AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Lincoln Life Assurance Company of Boston, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:** ☐ **Checking**    ☐ **Savings**    **BANK NAME:** _____

**9 DIGIT ABA ROUTING NUMBER:** _____    **BANK ADDRESS:** _____

**YOUR ACCOUNT NUMBER:** _____    **CITY:** _____  **STATE:** _____  **ZIP:** _____

**BANK PHONE:    (      )** _____

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**
☐ **YES**    ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**
☐ **YES**    ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON or BANK.  Any such notification to LINCOLN LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LINCOLN LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it.  I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: _____    Date: _____

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

### ATTACH VOIDED CHECK HERE
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Lincoln/White 1044



Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

Lincoln Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account.  Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application.  Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox.  Be sure to print all the information clearly, and sign the application.  Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank.  Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Lincoln Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month.  Funds    will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account.  You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account.  We can continue the direct deposit process with your new bank following notification to and verification from your new bank.  You may receive several benefit checks by mail in the interim.  Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager.  They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Lincoln Life Assurance Company of Boston

Group Benefits

Lincoln/White 1045

| | |
|---|---|
| **From:** | Sabrina White |
| **To:** | WMRTCSU |
| **Subject:** | New Address for Sabrina L White |
| **Date:** | Tuesday, November 12, 2019 3:54:00 PM |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

To whom this may concern:

I am reaching out to you due to knew address change. Also due to my payment never being received on the 11th, I am requesting that something be done with this date. Reason for this is be cause my daughter and I are homeless due to late on rent and late fees are added. $590.40 and rent is $535.00+150 of late fees. My lights get turn off and God knows it is freezing outside. Now question what would you do at this point. My daughter is home schooled as well. No money to get uniforms or supplies.

Sincerely we need your help,


Sabrina L White

Lincoln/White 1046

# RESIDENT KEY RECEIPT
# Oakwood Terrace Subdivision

I, by signature below, acknowledge receipt of two (2) front door building key(s) for my house at Oakwood Terrace Subdivision.

i will not attempt to make any duplicates of these keys.

I accept full responsibility and liability for these keys.

In the event that and these keys are lost or stolen, I will notify Management of immediately.

Resident Address:

9163 Cedar Court

Baton Rouge, Louisiana 70812

_Satrina White_                        10/18/19

**Tenant Signature**                        **Date**

Lincoln/White 1047

 **SOCIAL SECURITY ADMINISTRATION**

Office of Hearings Operations
Ste 2000
1 Galleria Blvd
Metairie, LA 70001-7581

Date: September 13, 2019

Sabrina Lynette White

## Notice of Decision – Unfavorable

I carefully reviewed the facts of your case and made the enclosed decision. Please read this notice and my decision.

**If You Disagree With My Decision**

If you disagree with my decision, you may file an appeal with the Appeals Council.

**How To File An Appeal**

To file an appeal you or your representative must ask in writing that the Appeals Council review my decision. You may use our Request for Review form (HA-520) or write a letter. The form is available at www.socialsecurity.gov. Please put the Social Security number shown above on any appeal you file. If you need help, you may file in person at any Social Security or hearing office.

Please send your request to:

> **Appeals Council**
> **5107 Leesburg Pike**
> **Falls Church, VA 22041-3255**

**Time Limit To File An Appeal**

You must file your written appeal **within 60 days** of the date you get this notice. The Appeals Council assumes you got this notice 5 days after the date of the notice unless you show you did not get it within the 5-day period.

The Appeals Council will dismiss a late request unless you show you had a good reason for not filing it on time.

Form HA-L76-OP2 (03-2010)

**Suspect Social Security Fraud?**
**Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline**
**at 1-800-269-0271 (TTY 1-866-501-2101).**

See Next Page

Lincoln/White 1048

Sabrina Lynette White (                                          Page 2 of 3

**What Else You May Send Us**

You or your representative may send us a written statement about your case. You may also send us new evidence. You should send your written statement and any new evidence **with your appeal**. Sending your written statement and any new evidence with your appeal may help us review your case sooner.

**How An Appeal Works**

The Appeals Council will consider your entire case. It will consider all of my decision, even the parts with which you agree. Review can make any part of my decision more or less favorable or unfavorable to you. The rules the Appeals Council uses are in the Code of Federal Regulations, Title 20, Chapter III, Part 404 (Subpart J) and Part 416 (Subpart N).

The Appeals Council may:

- Deny your appeal,
- Return your case to me or another administrative law judge for a new decision,
- Issue its own decision, or
- Dismiss your case.

The Appeals Council will send you a notice telling you what it decides to do. If the Appeals Council denies your appeal, my decision will become the final decision.

**The Appeals Council May Review My Decision On Its Own**

The Appeals Council may review my decision even if you do not appeal. If the Appeals Council reviews your case on its own, it will send you a notice within 60 days of the date of this notice.

**When There Is No Appeals Council Review**

If you do not appeal and the Appeals Council does not review my decision on its own, my decision will become final. A final decision can be changed only under special circumstances. You will not have the right to Federal court review.

**New Application**

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with my decision and you file a new application instead of appealing, you might lose some benefits or not qualify for benefits at all. My decision could also be used to deny a new application for benefits if the facts and issues are the same. If you disagree with my decision, you should file an appeal within 60 days.

Form HA-L76-OP2 (03-2010)

See Next Page

Lincoln/White 1049

Sabrina Lynette White (                                                           Page 3 of 3

**If You Have Any Questions**

We invite you to visit our website located at www.socialsecurity.gov to find answers to general questions about social security.  You may also call (800) 772-1213 with questions.  If you are deaf or hard of hearing, please use our TTY number (800) 325-0778.

If you have any other questions, please call, write, or visit any Social Security office.  Please have this notice and decision with you.  The telephone number of the local office that serves your area is (866)613-3070.  Its address is:

> Social Security
> 5455 Bankers Ave
> Baton Rouge, LA 70808-2606

> David Benedict
> Administrative Law Judge

Enclosures:
Decision Rationale
Form HA-L39 (Exhibit List)

cc:     Martin E. Keane
        Doherty, Cella, Keane & Associates
        100 Cummings Center
        Ste 335- N
        Beverly, MA 01915

Form HA-L76-OP2 (03-2010)

Lincoln/White 1050



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

| | |
|---|---|
| Date: May 14, 2019 | |
| To: | MS. SABRINA WHITE<br>DAYS INN BATON ROUGE<br>10045 GWENADALE AVE<br>BATON ROUGE LA 70815 |
| Attn: | |
| Fax: | (225) 924-9667 |
| From: | Morgan Fields<br>Ltd Specialist II<br>On Behalf Of: Ieesha G.<br>Phone No.: Phone No.: (877) 353-6404<br>Secure Fax No.: (603) 427-2684 |
| Total Pages<br>(Including Cover):     4 | |
| RE:<br><br>Claim #:     7830485<br><br><br>Walmart, Inc. | |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (877) 353-6404 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln/White 1051


# Lincoln
## Financial Group®

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

May 14, 2019

Ms. Sabrina L. White
DAYS INN BATON ROUGE
10045 GWENADALE AVE
BATON ROUGE, LA 70815

RE:     Long Term Disability (LTD) Benefits
        Walmart, Inc.
        Claim #: 7830485

Dear Ms. Sabrina White:

Here is the direct deposit application your requested.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Morgan Fields
Ltd Specialist II
On Behalf Of: Ieesha G.
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments:   Direct Deposit Application

Lincoln/White 1052

# DIRECT DEPOSIT APPLICATION



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

**Return To:**  Ieesha Griffin

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO: 7830485

EMPLOYER/SPONSOR: Walmart, Inc.                          DATE OF BIRTH:

CHECK ONE: ☐ New    ☐ Change

**YOUR TELEPHONE NUMBER:** (      ) _____

**ADDRESS:** _____  CITY: _____  STATE: _____  ZIP: _____

### AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY LIFE ASSURANCE COMPANY OF BOSTON to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:** ☐ Checking    ☐ Savings    **BANK NAME:** _____

**9 DIGIT ABA ROUTING NUMBER:** _____    **BANK ADDRESS:** _____

**YOUR ACCOUNT NUMBER:** _____    **CITY:** _____  **STATE:** _____  **ZIP:** _____

**BANK PHONE:** (      ) _____

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**
☐ YES    ☐ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**
☐ YES    ☐ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY LIFE ASSURANCE COMPANY OF BOSTON or BANK. Any such notification to LIBERTY LIFE ASSURANCE COMPANY OF BOSTON shall be effective only with respect to entries initiated by LIBERTY LIFE ASSURANCE COMPANY OF BOSTON after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: _____          Date: _____

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

### ATTACH VOIDED CHECK HERE
### Your application will be rejected unless included with the form.

DP481 DD APLICATION 01/10

Lincoln/White 1053



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

### How does direct deposit work?
Lincoln Financial Group's bank will transfer your benefit payment directly into your bank account.
Lincoln Financial Group recommends this payment option because it is predictable, safe and convenient.

### How do I sign up?
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

### How soon can my direct deposits begin?
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

### Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?
No, at this time Liberty Life Assurance Company of Boston will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

### What if I move to a non US State or territory and receiving Direct Deposit payments?
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

### Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds     will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

### What happens if I am out of town when the payment is due?
Your deposit is in your account. You may access it any time after it is deposited.

### What if I change bank accounts?
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

### Can I change my mind?
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

### What if I have questions?
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

### What happens if I fail to complete my direct deposit application?
Incomplete applications will be mailed back to you along with a new application for you to complete.

**n0267661**

| | |
|---|---|
| **From:** | Doherty Cella Keane & Associates LLP |
| **Sent:** | Tuesday, April 23, 2019 3:17:35 PM |
| **To:** | Griffin, Ieesha |
| **Subject:** | Sabrina L. White        7830485 |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Good Afternoon,

As you are aware, the Social Security disability case for Ms. White is at the Hearing level.   Due to backlogs at the local Office of Hearing Operations (OHO), the above claimant's case has not yet been scheduled.   Most offices are backlogged at least 12 months from the time of the hearing request.    We will update your office when we have additional information with regards to the scheduling of this claimant's hearing.

Should you have any questions, please contact me at 1-800-211-4736.

Sincerely,

**Dyann Guarino for Atty. Martin E. Keane**
**Doherty, Cella, Keane & Associates, LLP**
100 Cummings Center, Suite 335N
Beverly, MA 01915
Toll free: 800.211.4736
Fax: 978.922.1644
ssdilaw@dcklaw.com
www.social-security-law.com

**************************************************************************
This email message and any files transmitted with it are confidential/privileged, for use of the intended recipient(s) only. If not the intended recipient, please notify the sender immediately by telephone or email and destroy the original message without

Lincoln/White 1055

making a copy. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Lincoln/White 1056

| | |
|---|---|
| **From:** | LibertyMutualNotifications@LibertyMutual.com |
| **Sent:** | Friday, March 1, 2019 7:59:35 AM |
| **To:** | |
| **CC:** | |
| **BCC:** | |
| **Subject:** | [Send Secure]Walmart, Inc. Claim No. 7830485 Sabrina White |
| **Attachments:** | 4d49a80b095ecacdbcf436dab58279af868e3fb457f298c0_6245423.pdf; |

**Welcome to Lincoln Financial Group.**

Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.

Thank you.

**Bienvenido a Lincoln Financial Group.**

A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.

Muchas gracias.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln/White 1057

 

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

March 1, 2019

Ms. Sabrina L. White
DAYS INN BATON ROUGE
10045 GWENADALE AVE
BATON ROUGE, LA 70815

RE:     Long Term Disability (LTD) Benefits
        Walmart, Inc.
        Claim #: 7830485

Dear Ms. Sabrina White:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

Per your February 28, 2019 request, we have enclosed the following:

A Direct Deposit Form, which must be completed in order to have benefit checks automatically deposited into a checking or savings account. Please fully complete this form and return it along with a voided check or savings account deposit slip in the enclosed return envelope.

**\*\*\*\*\*The address on file for you at this time has been updated to the Days Inn Baton Rouge. If this is incorrect, please advise us of this in writing. You can email us at WMRTcsu@lfg.com. \*\*\*\*\*\*\***

If you have any questions regarding this matter, please contact me.

Sincerely,

Ieesha G.
LTD Specialist II
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments:   Direct Deposit Application

Lincoln/White 1058

# DIRECT DEPOSIT APPLICATION



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

**Return To:** Ieesha G.

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO: 7830485

EMPLOYER/SPONSOR: Walmart, Inc.                    DATE OF BIRTH:

**CHECK ONE:** ☐ New   ■ Change

**YOUR TELEPHONE NUMBER:** (    )

**ADDRESS:** _____ **CITY:** _____ **STATE:** _____ **ZIP:** _____

### AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:** ☐ Checking   ■ Savings       **BANK NAME:** _____

**9 DIGIT ABA ROUTING NUMBER:** _____       **BANK ADDRESS:** _____

**YOUR ACCOUNT NUMBER:** _____   **CITY:** _____ **STATE:** _____ **ZIP:** _____

**BANK PHONE:** (    ) _____

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**
☐ YES   ☐ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**
■ YES   ☐ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: _____     Date: _____

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

### ATTACH VOIDED CHECK HERE
### Your application will be rejected unless included with the form.

DP481 DD APLICATION 01/10

Lincoln/White 1059



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Liberty's bank will transfer your benefit payment directly into your bank account. Liberty recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Liberty Life Assurance Company of Boston

Group Benefits

Lincoln/White 1060

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. SABRINA WHITE
DAYS INN BATON ROUGE
10045 GWENADALE AVE
BATON ROUGE LA 70815

Lincoln/White 1061



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

March 1, 2019

Ms. Sabrina L. White
DAYS INN BATON ROUGE
10045 GWENADALE AVE
BATON ROUGE, LA 70815

RE:     Long Term Disability (LTD) Benefits
        Walmart, Inc.
        Claim #: 7830485

Dear Ms. Sabrina White:

Please see the attached letter emailed to you on March 1, 2019.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ieesha G.
LTD Specialist II
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments:   7830485-RESPOND-CLAIMANT-03.01.2019

1  of  1

Lincoln/White 1062

| From: | LibertyMutualNotifications@LibertyMutual.com |
|---|---|
| Sent: | Friday, March 1, 2019 7:59:35 AM |
| To: | SABRINAWHITE171@GMAIL.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Walmart, Inc. Claim No. 7830485 Sabrina White |
| Attachments: | 4d49a80b095ecacdbcf436dab58279af868e3fb457f298c0_6245423.pdf; |

**Welcome to Lincoln Financial Group.**

Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.

Thank you.

**Bienvenido a Lincoln Financial Group.**

A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.

Muchas gracias.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln/White 1063



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

March 1, 2019

Ms. Sabrina L. White
DAYS INN BATON ROUGE
10045 GWENADALE AVE
BATON ROUGE, LA 70815

RE:     Long Term Disability (LTD) Benefits
        Walmart, Inc.
        Claim #: 7830485

Dear Ms. Sabrina White:

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

Per your February 28, 2019 request, we have enclosed the following:

A Direct Deposit Form, which must be completed in order to have benefit checks automatically deposited into a checking or savings account. Please fully complete this form and return it along with a voided check or savings account deposit slip in the enclosed return envelope.

**\*\*\*\*\*The address on file for you at this time has been updated to the Days Inn Baton Rouge. If this is incorrect, please advise us of this in writing. You can email us at WMRTcsu@lfg.com. \*\*\*\*\*\*\***

If you have any questions regarding this matter, please contact me.

Sincerely,

Ieesha G.
LTD Specialist II
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments:   Direct Deposit Application

1  of  1

Lincoln/White 1064

# DIRECT DEPOSIT APPLICATION



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

**Return To:** Ieesha G.

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO: 7830485

EMPLOYER/SPONSOR: Walmart, Inc.                    DATE OF BIRTH:

**CHECK ONE:** ☒ New    ☒ Change

**YOUR TELEPHONE NUMBER:**    (    ) _____

**ADDRESS:** _____ CITY: _____ STATE: _____ ZIP: _____

### AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:**    ☒ **Checking**    ☒ **Savings**        **BANK NAME:** _____

**9 DIGIT ABA ROUTING NUMBER:** _____    **BANK ADDRESS:** _____

**YOUR ACCOUNT NUMBER:** _____    CITY: _____ STATE: _____ ZIP: _____

**BANK PHONE:**    (    ) _____

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**
☒ **YES**  ☒ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**
☒ **YES**  ☒ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: _____    Date: _____

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

### ATTACH VOIDED CHECK HERE
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Lincoln/White 1065



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

### How does direct deposit work?
Liberty's bank will transfer your benefit payment directly into your bank account. Liberty recommends this payment option because it is predictable, safe and convenient.

### How do I sign up?
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

### How soon can my direct deposits begin?
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

### Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

### What if I move to a non US State or territory and receiving Direct Deposit payments?
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

### Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

### What happens if I am out of town when the payment is due?
Your deposit is in your account. You may access it any time after it is deposited.

### What if I change bank accounts?
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

### Can I change my mind?
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

### What if I have questions?
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

### What happens if I fail to complete my direct deposit application?
Incomplete applications will be mailed back to you along with a new application for you to complete.

Lincoln/White 1066

**n0267661**

‾‾‾‾‾‾

**From:**     Doherty Cella Keane & Associates LLP
**Sent:**     Thursday, January 10, 2019 12:03:17 PM
**To:**       Griffin, Ieesha
**Subject:**  White Claim 7830485

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Dear Ms. Griffin:

I have advised the Social Security Administration office that I will be representing Sabrina L. White in her claim for disability.   It is my understanding that Ms. White's disability claim is pending at the Reconsideration level.   I will confirm this information with Social Security and keep you updated on the status of her case.

Please do not hesitate to call me at 1-800-211-4736 if you have any questions.

Sincerely,

Amy Meuse for Atty. Martin Keane
**Doherty, Cella, Keane & Associates, LLP**
100 Cummings Center, Suite 335N
Beverly, MA 01915
Toll free: 800.211.4736
Fax: 978.922.1644
ssdilaw@dcklaw.com
www.social-security-law.com

*********************************************************************
This email message and any files transmitted with it are confidential/privileged, for use of the intended recipient(s) only. If not the intended recipient, please notify the sender immediately by telephone or email and destroy the original message without making a copy. Thank you.
*********************************************************************

Lincoln/White 1067

01/04/2019  10:36    2253897684                    MLK                          PAGE  01/03

> **You have successfully submitted your Disability Appeal on November 13, 2018 at 12:11:46 PM Eastern Time.**
>
> We may review your case to determine if we can make a decision without a hearing. If we determine you need a hearing, we will appoint an Administrative Law Judge to conduct the hearing. We will provide advance notice of the time and place of hearing. The hearing office assigned to your case will also send you more information regarding your appeal.
>
> You can log into your *my* Social Security account, or register for an account, to check the status of your appeal.

# Information You Submitted

Identification

## Information about sabrina white

**Name: sabrina lynette white**

Mailing Address:

Do you live at the above address? **Yes**

Daytime Phone Number:

Alternative Phone Number:

Email Address:

## Representative

Has a representative: **No**

## Request for Hearing by Administrative Law Judge

Date Notice of Decision received: **09/24/2018**

Claim Number:

Reason for Appeal: **I have been dianois with carpel tunnel in both hands as well as arthris in back, neck, knees, and ankles.**

Do you wish to appear at a hearing? **I wish to appear at a hearing**

Medical

## Someone We Can Contact about sabrina white's Medical Conditions

Name: **Carlee Donesha Tillman**

Relationship to you: **Family Member**

Same Address as you: **Yes**

Lincoln/White 1068

Speak and Understand English: **Yes**

## Medical Conditions

Change in physical or mental conditions: **Yes**
Date change(s) occurred: **09/29/2018**
Description of change(s): **carpal tunnel syndrome**
New physical or mental conditions: **No**

## Medical Treatment

Other Names Used: **No**
Seen a healthcare provider or received treatment, or have an appointment scheduled: **Yes**
Types of condition(s) treated for or will be seen for: **Physical**

## Doctor 1

**Doctor or Healthcare Provider Details**
Name of Doctor or Health Care Provider: **Dr. erin derbigny**
Name of Practice or Medical Group: **ochsner**
Phone Number: **(225) 761-5200**
Address: **9001 Summa Ave, Baton rouge, Louisiana, 70809**
Patient ID Number, if known: **1932025**

**Treatment Dates**
First Visit: **unknown**
Last Visit: **today**
Next Scheduled Appointment: **unknown**

**Medical Conditions Treated**
Medical conditions treated: **carpal tunnel**

**Treatment Received**
Treatments Received: **medication exercise**

## Hospitals and Clinics

No hospitals or clinics entered.

## Test 1

Test Type: **Other**
Other Test Type Description: **ultrasounds**
Body Part: **hands**
Date(s) of Test: **09/29/2018**
Who ordered this test? **Dr. erin derbigny**

Lincoln/White 1069

## Medicines

No medicines entered.

## Other Medical Information

Since you last told us about your other medical information, does anyone have medical information about any of your physical or mental conditions (including emotional and learning problems) or are you scheduled to see anyone else? **No**

Activities/Training

## Activities

Changes in daily activities due to physical or mental conditions: **Yes**
Describe the changes in daily activities: **carpal tunnel**

## Work and Education

Have you worked or has your work changed: **No**
Completed or enrolled in specialized training, trade or vocational school: **No**

## Vocational Rehabilitation, Employment, or Other Support Services

Participated in program: **No**

Review

## Remarks

Remarks:

## Medical Release Form

I voluntarily authorize and request disclosure of all of my medical records; also education records and other information related to my ability to perform tasks. I agree to: **Agreed to print, sign and mail a paper copy of the medical release form.**

Lincoln/White 1070

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. SABRINA WHITE

Lincoln/White 1071

 **Lincoln**
Financial Group®

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

November 7, 2018

Ms. Sabrina L. White

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 7830485

Dear Ms. Sabrina White:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy").  We are writing in reference to your claim for LTD benefits under the Policy.

On November 7, we attempted to contact you at (225) 239-6383.  However, we were unable to reach you.

We need to speak with you about your disability claim.  Please call us by December 6, 2018 at the number listed below so that we can discuss your claim.  If you do not contact us by this date, your disability benefits may be closed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ieesha G.
LTD Specialist II
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

1  of  1

Lincoln/White 1072

# FAX

**To: 916034272684**

Company:
    Fax:  916034272684
Phone:

**From: ederbigny**

    Fax:
Phone:  +1 (225) 761-5482
E-mail:  ederbigny@ochsner.org

---

**NOTES:**

---

**Date and time of transmission:** Wednesday, September 5, 2018 3:19:04 PM
**Number of pages including this cover sheet:** 03

Lincoln/White 1073

Ochsner Fax Server    9/5/2018 3:19:22 PM    PAGE    2/003    Fax Server



### Ochsner™
Healthcare With Peace Of Mind™

9001 Summa Ave.
Baton Rouge, LA 70809
Tel: (225) 761-5484 • Fax: (225) 761-5450
*www.ochsner.org*

## Facsimile Transmittal Sheet

**To:**

Iesha Griffen

**From:** _____Dr. Erin Derbigny

**DATE:** 9/5/18

**FAX NUMBER:** 603-427-2684 **TOTAL # OF PAGES INCLUDING COVER:** 2

**PHONE NUMBER:** _____

**RE:** _____

**CIRCLE ONE:**

**URGENT**                **FOR REVIEW**                **PLEASE REPLY**

**COMMENTS/NOTES:**

### CONFIDENTIALITY NOTICE

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you have received this telecopy in error, please immediately notify us by telephone and promptly destroy the original message. Thank you.

Lincoln/White 1074

Sabrina L. White # 7830485

Dr. Erin Derbigny - Physiatry Hands
Dr. Irene N. Evuleocha - Podiatry ankles
Dr. Benjamin Browning - knee Orthopedics
Dr. Lija Thomas - Primary

Fax to

Mr.
Ieesha
Griffin - 603-427-2654

Lincoln/White 1075

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. SABRINA WHITE

Lincoln/White 1076



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

September 5, 2018

Ms. Sabrina L. White

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 7830485

Dear Ms. Sabrina White:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

Per your September 5, 2018 request, we have enclosed the following:

A Direct Deposit Form, which must be completed in order to have benefit checks automatically deposited into a checking or savings account. Please fully complete this form and return it along with a voided check or savings account deposit slip in the enclosed return envelope.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ieesha G.
LTD Specialist II
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments:    Direct Deposit Application

Lincoln/White 1077

# DIRECT DEPOSIT APPLICATION



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

**Return To:** Ieesha Griffin

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO: 7830485

EMPLOYER/SPONSOR: Walmart, Inc.                    DATE OF BIRTH:

**CHECK ONE:** ☐ New  ☑ Change

**YOUR TELEPHONE NUMBER:** (    )

**ADDRESS:** _____ **CITY:** _____ **STATE:** ____ **ZIP:** _____

### AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:** ☐ **Checking**  ☑ **Savings**      **BANK NAME:** _____

**9 DIGIT ABA ROUTING NUMBER:** _____      **BANK ADDRESS:** _____

**YOUR ACCOUNT NUMBER:** _____      **CITY:** _____ **STATE:** _____ **ZIP:** _____

**BANK PHONE:** (    ) _____

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**
☐ **YES**  ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**
☑ **YES**  ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: _____     Date: _____

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

### ATTACH VOIDED CHECK HERE
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Lincoln/White 1078



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account.  Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Liberty's bank will transfer your benefit payment directly into your bank account.  Liberty recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application.  Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox.  Be sure to print all the information clearly, and sign the application.  Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank.  Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month.  Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account.  You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account.  We can continue the direct deposit process with your new bank following notification to and verification from your new bank.  You may receive several benefit checks by mail in the interim.  Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager.  They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Facsimile transmittal

To: Leesha Griffin  Fax: 602 427 2684

From: Sabrina White  Date: 8/13/18

Re: SSI app.  Pages: 5

CC:

☐ Urgent    ☒ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

EX - 18257

Please Fax Dr Browning's
Notes from 8/13/18 and
Dr. Thomas notes for
today. Thanks in advance.

No. 6013    P. 1    Aug. 21. 2018 11:31AM

Lincoln/White 1080

White, Sabrina Lynette (MR # 1932025) DOB:

# White, Sabrina Lynette

MRN: 1932025

**Office Visit** 8/13/2018       Provider: Benjamin B. Browning, MD (Orthopedic Surgery)
Summa - Orthopedics          Primary diagnosis: Primary osteoarthritis of both knees

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 126/81 Pulse **120** ! (Abnormal) Ht 5' 3" (1.6 m) Wt 119.7 kg (264 lb) |
| | LMP 07/18/2018 (Approximate) BMI 46.77 kg/m$^2$ BSA 2.31 m$^2$ |
| Flowsheets: | Anthropometrics |
| Encounter Info: | Billing Info, Detailed Report, Patient Education, Care Plan, History, Allergies, |
| | Patient-Entered Questionnaires |

## Instructions

After Visit Summary (Printed 8/13/2018)

## Progress Notes
Benjamin B. Browning, MD (Physician) • Orthopedic Surgery

Expand All   Collapse All

**Subjective:**

**Patient ID:** Sabrina Lynette White is a 45 y.o. female.

**Chief Complaint:** No chief complaint on file.

Sabrina Lynette White is a 45 y.o. female follow up for left knee pain. Was doing well with the knee until recently began having locking/catching and inability to bend the knee. C/o pain anteriorly

### Knee Pain
The pain is present in the left knee. This is a new problem. The current episode started more than 1 year ago (2008). There has been no history of extremity trauma. The injury was the result of a lifting and twisting action The problem occurs constantly. The problem has been rapidly worsening. The quality of the pain is described as aching. The pain is at a severity of 10/10. Associated symptoms include joint locking and numbness. Pertinent negatives include no fever. The symptoms are aggravated by bearing weight and walking (at night). She has tried rest (pt) for the symptoms. Physical therapy was ineffective.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Arthritis | |
| • Depression | |
| • Encounter for blood transfusion *had to have infusion during surgery in 2008* | |
| • GERD (gastroesophageal reflux disease) | |
| • Hyperlipidemia | |
| • Hypertension | |
| • Osteoarthritis of spine with radiculopathy, cervical region | |

Prin? 'd>v \£\09 'oN Perrv. LPN at 8/16/18 11:35 AM

White, Sabrina Lynette (MR # 1932025) DOB:

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION, LOW TRANSVERSE | | |
| • FOOT SURGERY | | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Breast cancer | Maternal Aunt | |

Social History ⩢

**Socioeconomic History**

| | |
|---|---|
| • Marital status: | Single |
| Spouse name: | Not on file |
| • Number of children: | 1 |
| • Years of education: | Not on file |
| • Highest education level: | Not on file |

**Social Needs**

| | |
|---|---|
| • Financial resource strain: | Not on file |
| • Food insecurity - worry: | Not on file |
| • Food insecurity - inability: | Not on file |
| • Transportation needs - medical: | Not on file |
| • Transportation needs - non-medical: | Not on file |

**Occupational History**
• Not on file

**Tobacco Use**

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |

**Substance and Sexual Activity**

| | |
|---|---|
| • Alcohol use: | No |
| • Drug use: | No |
| • Sexual activity: | No |
| Partners: | Male |

White, Sabrina Lynette (MR # 1932025) DOB:

Other Topics - Concern
• Not on file
Social History Narrative
   *Wears seat belt*
   *Cashier at walmart*

## Medication List with Changes/Refills

Current Medications

| Medication | Instructions |
|---|---|
| BUTALBITAL-ACETAMINOPHEN-CAFFEINE 50-325-40 MG (FIORICET, ESGIC) 50-325-40 MG PER TABLET | Take 1 tablet by mouth 2 (two) times daily as needed. |
| CLINDAMYCIN (CLEOCIN T) 1 % SWAB | Apply topically 2 (two) times daily. |
| CLONAZEPAM (KLONOPIN) 0.5 MG TABLET | Take 1 tablet (0.5 mg total) by mouth 2 (two) times daily, as needed for anxiety. |
| CYCLOBENZAPRINE (FLEXERIL) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. |
| DICLOFENAC (VOLTAREN) 50 MG EC TABLET | Take 1 tablet (50 mg total) by mouth daily as needed. |
| DICLOFENAC SODIUM 1 % GEL | Apply 4 g topically 3 (three) times daily as needed |
| GABAPENTIN (NEURONTIN) 300 MG CAPSULE | Take 1 capsule (300 mg total) by mouth daily as needed. |
| LORATADINE (CLARITIN) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth every morning. |
| MELOXICAM (MOBIC) 15 MG TABLET | Take 1 tablet (15 mg total) by mouth once daily. |
| SERTRALINE (ZOLOFT) 100 MG TABLET | Take 1 tablet (100 mg total) by mouth once daily. |
| TRETINOIN (RETIN-A) 0.025 % CREAM | Apply a pea-sized amount to the entire face at bedtime. Use every third night and increase as tolerated to nightly. |
| ZOLPIDEM (AMBIEN) 10 MG TAB | Take 1 tablet (10 mg total) by mouth nightly as needed. |

## Review of patient's allergies indicates:

| Allergen | Reactions |
|---|---|
| • Bayer aspirin (with caffeine) [aspirin-caffeine] | Nausea Only |

## Review of Systems
Constitution: Negative for fever and night sweats.

Lincoln/White 1083

White, Sabrina Lynette (MR # 1932025) DOB:

HENT: Negative for hearing loss.
Eyes: Negative for blurred vision and visual disturbance.
Cardiovascular: Positive for leg swelling. Negative for chest pain.
Respiratory: Negative for shortness of breath.
Endocrine: Negative for polyuria.
Hematologic/Lymphatic: Negative for bleeding problem.
Skin: Negative for rash.
Musculoskeletal: Positive for joint pain, joint swelling and muscle cramps. Negative for back pain and muscle weakness.
Gastrointestinal: Negative for melena.
Genitourinary: Negative for hematuria.
Neurological: Positive for loss of balance and numbness. Negative for paresthesias.
Psychiatric/Behavioral: Negative for altered mental status.

**Objective**
Body mass index is 46.77 kg/m².
**Vitals:**

|  | 08/13/18 1418 |
|---|---|
| BP: | 126/81 |
| Pulse: | (!) **120** |

**General:** Sabrina is well-developed, well-nourished, appears stated age, in no acute distress, alert and oriented to time, place and person.

**General**

Vitals reviewed.
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Mouth/Throat: No oropharyngeal exudate.
Eyes: Right eye exhibits no discharge. Left eye exhibits no discharge.
Neck: Normal range of motion.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress.
Neurological: She is alert and oriented to person, place, and time. She has normal reflexes. No cranial nerve deficit. Coordination normal.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

**General Musculoskeletal Exam**
Gait: normal

**Right Knee Exam**

**Inspection**
Erythema: absent
Scars: absent
Swelling: absent
Effusion: effusion

Prin ʻ ׀ɔ⋁ ⅄Ɛ׀09 ˙oᴎ Perry, LPN at 8/16/18 11:35 AM

Lincoln/White 1084

White, Sabrina Lynette (MR # 1932025) DOB:

Deformity: deformity
Bruising: absent

**Tenderness**
The patient is tender to palpation of the medial joint line and patella.

**Crepitus**
The patient has crepitus of the patella.

**Range of Motion**
Extension: 0
Flexion: 130

**Tests**
Meniscus
McMurray:  Medial - negative Lateral - negative
Ligament Examination Lachman: normal (-1 to 2mm) PCL-Posterior Drawer: normal (0 to 2mm)
MCL - Valgus: normal (0 to 2mm)
LCL - Varus: normal
Posterior Sag Test: negative
Posterolateral Corner: unstable (>15 degrees difference)
Patella
Patellar apprehension: negative
Passive Patellar Tilt: neutral
Patellar Tracking: normal
Patellar Glide (quadrants): Lateral - 1   Medial - 2
Q-Angle at 90 degrees: normal
Patellar Grind: positive
J-Sign: none

**Other**
Meniscal Cyst: absent
Popliteal (Baker's) Cyst: absent
Sensation: normal

**Left Knee Exam**

**Inspection**
Erythema: absent
Scars: absent
Swelling: absent
Effusion: absent
Deformity: deformity
Bruising: absent

**Tenderness**
The patient tender to palpation of the patella.

**Crepitus**
The patient has crepitus of the patella and lateral joint line.

**Range of Motion**
Extension: 0

White, Sabrina Lynette (MR # 1932025) DOB:

Flexion: 130

**Tests**
Meniscus
McMurray:  Medial - negative Lateral - positive
Stability Lachman: normal (-1 to 2mm) PCL-Posterior Drawer: normal (0 to 2mm)
MCL - Valgus: normal (0 to 2mm)
LCL - Varus: normal (0 to 2mm)
Posterior Sag Test: negative
Posterolateral Corner: unstable (>15 degrees difference)
Patella
Patellar apprehension: negative
Passive Patellar Tilt: neutral
Patellar Tracking: normal
Patellar Glide (Quadrants): Lateral - 1 Medial - 2
Q-Angle at 90 degrees: normal
Patellar Grind: positive
J-Sign: J sign absent

**Other**
Meniscal Cyst: absent
Popliteal (Baker's) Cyst: absent
Sensation: normal

**Right Hip Exam**

**Tests**
Ober: negative
**Left Hip Exam**

**Tests**
Ober: negative

**Muscle Strength**
Right Lower Extremity
Hip Abduction: 5/5
Quadriceps:  4/5
Hamstring:  5/5
Left Lower Extremity
Hip Abduction: 5/5
Quadriceps: 4/5
Hamstring:  5/5

**Reflexes**

Left Side
Quadriceps:  2+
Achilles:  2+

Right Side
Quadriceps:  2+

White, Sabrina Lynette (MR # 1932025) DOB:

Achilles:  2+

**Vascular Exam**

Right Pulses
Dorsalis Pedis:    2+
Posterior Tibial:    2+

Left Pulses
Dorsalis Pedis:    2+
Posterior Tibial:    2+

X-rays including standing, weight bearing AP and flexion bilateral knees, lateral and merchant views ordered and images reviewed by me show:
    No fracture, dislocation or other pathology
    Medial compartment: mild degenerative changes
    Lateral compartment: no degenerative changes
    Patellofemoral compartment: mild degenerative changes

EXAMINATION:
MRI KNEE WITHOUT CONTRAST LEFT

CLINICAL HISTORY:
Knee pain, xray internal derangement;lataeral meniscus;Pain in left knee

TECHNIQUE:
Multiplanar, multisequence images were preformed of the left knee.

COMPARISON:
Radiographs dated 11/24/2017

FINDINGS:
Menisci:  There is a suspected small radial tear involving the free edge of the body of the medial meniscus.  The lateral meniscus appears intact.

Ligaments:  Small amount of fluid signal noted along the surface of the MCL raising concern for possible grade 1 sprain.  The ACL, PCL, and LCL complex appear intact.

Tendons:  Extensor mechanism is maintained.

Cartilage:

Patellofemoral: Scattered full-thickness chondral fissuring noted throughout the patellar cartilage with associated subcortical cystic change and edema.

Medial tibiofemoral: Low-grade partial-thickness chondral fissuring suspected in the central weight-bearing portion of the medial femoral condyle.

Lateral tibiofemoral: Articular cartilage is maintained.

White, Sabrina Lynette (MR # 1932025) DOB:

Bone: No fracture or marrow replacing process.

Miscellaneous: There is no joint effusion.  There is a trace Baker's cyst present.  The patella appears mildly subluxed laterally.

**Impression**

1. Suspected small radial tear involving the free edge of the body of the medial meniscus.
2. Articular cartilage loss in the patellofemoral and medial tibiofemoral compartments as above some lateral subluxation of the patella noted.
3. Possible grade 1 sprain of the MCL

**Assessment:**

**Encounter Diagnoses**

| Name | Primary? |
|---|---|
| • Primary osteoarthritis of both knees | Yes |
| • Chondromalacia, patella, right | |
| • Chondromalacia, patella, left | |

**Plan:**

1. We reviewed with Sabrina today, the pathology and natural history of her diagnosis. We had an extensive discussion as to the conservative treatment and management of theircondition. We also discussed the variety of treatment options to include medication, physical therapy, diagnostic testing as well as other treatments.The decision was made to go forward with repeating synvisc-had some improvement with prior injections.

2. Continue PT

3. Mobic

Not recorded

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99214 | PR OFFICE/OUTPT VISIT,EST,LEVL IV | 8/13/2018 | Benjamin B. Browning, MD | S$PBB | 1 |
| 51099214 | HC E&M-EST. PATIENT-LVL IV | 8/13/2018 | Benjamin B. Browning, MD | PBBFAC, PO | 1 |
| 999999214 | PR PBB SHADOW E&M-EST. PATIENT-LVL IV | 8/13/2018 | Benjamin B. Browning, MD | PBBFAC | 1 |

## Level of Service

Level of Service

PR OFFICE/OUTPT VISIT,EST,LEVL IV [99214]

## BestPractice Advisories

White, Sabrina Lynette (MR # 1932025) DOB:

Click to view BestPractice Advisory history

## AVS Reports

| Date/Time | Report | Action | User |
|---|---|---|---|
| 8/13/2018 3:04 PM | After Visit Summary | Printed | Faith C. Patterson, MA |

## 🗋 Encounter-Level Documents - 08/13/2018:

After Visit Summary - Document on 8/13/2018 3:04 PM by Faith C. Patterson, MA: After Visit Summary

## ✪ Visit Diagnoses and Associated Orders

**Primary osteoarthritis of both knees** - Primary
ICD-10-CM: M17.0
ICD-9-CM: 715.16
Ambulatory Referral to Physical/Occupational Therapy [REF87 Custom]
Prior Authorization Order [BCN185 Custom]

**Chondromalacia, patella, right**
ICD-10-CM: M22.41
ICD-9-CM: 717.7
Ambulatory Referral to Physical/Occupational Therapy [REF87 Custom]

**Chondromalacia, patella, left**
ICD-10-CM: M22.42
ICD-9-CM: 717.7
Ambulatory Referral to Physical/Occupational Therapy [REF87 Custom]

## ⬥ Problem List

as of 8/13/2018

| | Noted - Resolved |
|---|---|
| Neuro | |
| Migraine headache | 9/17/2014 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | 9/27/2017 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | 8/27/2017 - Present |
| Psychiatric | |
| Depression | 11/29/2016 - Present |
| Cardiac/Vascular | |
| Essential hypertension | 11/29/2016 - Present |
| Endocrine | |
| Morbid obesity with BMI of 40.0-44.9, adult | 7/2/2018 - Present |
| Orthopedic | |
| Acute pain of left knee | 3/19/2018 - Present |
| Chondromalacia patellae of left knee | 11/24/2017 - Present |
| Chondromalacia patellae of right knee | 11/24/2017 - Present |

White, Sabrina Lynette (MR # 1932025) DOB:

|  | Noted - Resolved |
|---|---|
| **Osteoarthritis of both knees** | 9/27/2017 - Present |
| Other | |
| **Primary insomnia** | 11/29/2016 - Present |

## Orders Placed

Ambulatory Referral to Physical/Occupational Therapy Authorized
Prior Authorization Order

## Medication Changes

As of 8/13/2018  2:18 PM

None

## Visit Diagnoses

Primary osteoarthritis of both knees M17.0
Chondromalacia, patella, right M22.41
Chondromalacia, patella, left M22.42

Facsimile Transmittal

To: Ieesha Griffin    Fax: 602 427 2684

From: Sabrina White    Date: 8/13/18

Re: SSI app.    Pages: 5

CC:

☐ Urgent    ☒ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Lincoln/White 1091

*002164*
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS
P.O. BOX 7216
LONDON, KY 40742-7216

MS. SABRINA WHITE



Lincoln/White 1092

18D1649H82568                                                    Page 2 of 2

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

## If You Have Questions

If you have any questions, you should call, write or visit any Social Security office. If you call or visit our office, please have this letter with you and ask for Mrs. Dauzat. The telephone number is 866-613-2766 ext. 13021. We can answer most questions over the phone.

*Social Security Administration*



Social Security Administration
## Retirement, Survivors and Disability Insurance
Important Information

SOCIAL SECURITY
5455 BANKERS AVE
BATON ROUGE, LA 70808-2606
Date: January 23, 2018
BNC#: 18D1649H82568
CJD

SABRINA WHITE

On January 19, 2018, we received your Internet application for Social Security benefits. We stored the application information electronically in our records.

### IMPORTANT REMINDER

#### Penalty of Perjury

You declared under penalty of perjury that you examined all the information on this form and it is true and correct to the best of your knowledge. You were told that you could be liable under law for providing false information.

#### What We Need

We need the items listed below to decide if you can receive benefits. We must see the original document(s) or a certified copy of the item(s). Please bring or mail these items to us right away. The sooner we receive the item(s), the sooner we can decide if you are eligible.

**You must sign and date the SSA-827s (Authorization to Disclose Information to the Social Security Administration), and you must have a witness sign them as well. These authorizations allow us to obtain information that is necessary to process your application.**

#### If We Don't Hear From You

If you do not respond to our request for information or evidence or contact us by February 18, 2018, we may deny your application for Social Security Disability. Even if you don't have all of the information, we need to hear from you. We will help you get anything you do not have.

See Next Page

...



**Liberty Mutual.**
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

July 30, 2018

Ms. Sabrina L. White

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 7830485

Dear Ms. Sabrina White:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

In addition to your Long Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

There are a number of advantages for you if you are approved for Social Security Disability benefits. These advantages are outlined in the attachment, and include:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

The purpose of this letter is to help you apply for those benefits.

We realize that applying for Social Security Disability benefits can be intimidating. To help you through the process, we are providing information on using the services of Doherty Cella Keane, LLP, a Social Security claimant representative. Doherty Cella Keane, LLP specializes in preparing Social Security Disability claims and, when necessary, representing claimants. They have a 90% success rate in obtaining awards. Their professional and experienced staff will act on your behalf and will keep your contact with the Social Security Administration to a minimum. If you are using the services of this representative, their fee will be paid directly by the Social Security Administration and the cost of this fee will be deducted from any disability overpayment created due to the receipt of retroactive Social Security Benefits. This will be explained to you in greater detail upon accepting representation by Doherty Cella Keane, LLP.

1 of 2

Lincoln/White 1094

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. SABRINA WHITE

Lincoln/White 1095



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

July 30, 2018

Ms. Sabrina L. White


RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 7830485

Dear Ms. Sabrina White:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy").  We are writing in reference to your claim for LTD benefits under the Policy.

In addition to your Long Term Disability (LTD) benefit, you may qualify for additional benefits from the Social Security Administration.

There are a number of advantages for you if you are approved for Social Security Disability benefits.  These advantages are outlined in the attachment, and include:

- Increased Social Security Retirement benefits
- Cost of Living Adjustment (COLA) increases
- Expedited Medicare coverage
- Dependent and Spousal benefits
- Return to Work incentives

The purpose of this letter is to help you apply for those benefits.

We realize that applying for Social Security Disability benefits can be intimidating. To help you through the process, we are providing information on using the services of Doherty Cella Keane, LLP, a Social Security claimant representative.  Doherty Cella Keane, LLP specializes in preparing Social Security Disability claims and, when necessary, representing claimants.  They have a 90% success rate in obtaining awards.  Their professional and experienced staff will act on your behalf and will keep your contact with the Social Security Administration to a minimum.  If you are using the services of this representative, their fee will be paid directly by the Social Security Administration and the cost of this fee will be deducted from any disability overpayment created due to the receipt of retroactive Social Security Benefits.  This will be explained to you in greater detail upon accepting representation by Doherty Cella Keane, LLP.

1  of 2

Lincoln/White 1096

However, if you are choosing to apply for Social Security benefits without utilizing our Social Security Claimant representative services, you must initiate the process by either calling SSA toll free at 1-800-772-1213 (for TTY call 1-800-325-0778), applying directly online at www.socialsecurity.gov/disabilityssi/apply.html, or by visiting your local Social Security office.

If you have any other family member (dependents) that may be eligible for benefits, please make sure Social Security is informed so application and payment for dependent benefits is not delayed.

You are required to apply for Social Security benefits under the terms of Walmart, Inc.'s LTD Policy and it is important that you begin this process immediately. Therefore, please initiate your application within 45 days from the date of this letter, September 12, 2018, and complete and return the enclosed forms. A return envelope has been provided for your convenience.

Per the terms of the disability Policy, failure to provide proof of filing within the stated timeframe will result in a reduction to your benefit from Liberty equal to an estimated amount of Social Security benefits. Therefore, if you do not file within the 45-day time frame, your benefit will be reduced by an estimated amount as deemed eligible by the Social Security Administration. If proof of filing is subsequently received, this reduction will be refunded to you.

If you are approved for Social Security Disability benefits, the disability benefits received by you from Liberty will be reduced by the amount you and any dependents receive from Social Security. In other words, you will continue to receive the same amount of monthly benefits, but the money will come from two sources. If you are entitled to retroactive benefits, you may receive a significant payment from Social Security. This money is essentially money that Liberty advanced to you while you were waiting for Social Security's decision, and you must repay it immediately upon our request.

If you have any questions regarding this letter or the Social Security process, please contact us at the number below.

Sincerely,

Ieesha G.
LTD Specialist II
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

2  of 2

Lincoln/White 1097

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216




MS. SABRINA WHITE

Lincoln/White 1098



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

July 11, 2018

Ms. Sabrina L. White

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 7830485

Dear Ms. Sabrina White:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy").  We are writing in reference to your claim for LTD benefits under the Policy.

On July 11, we attempted to contact you at (225) 284-6811.  However, we were unable to reach you.

We need to speak with you about your disability claim.  Please call us by August 9, 2018 at the number listed below so that we can discuss your claim.  If you do not contact us by this date, your disability benefits may be closed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ieesha G.
LTD Specialist II
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

1  of  1

Lincoln/White 1099

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. SABRINA WHITE

Lincoln/White 1100



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

June 5, 2018

Ms. Sabrina L. White

RE:    Long Term Disability (LTD) Benefits
       Walmart, Inc.
       Claim #: 7830485

Dear Ms. Sabrina White:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Walmart, Inc.'s Associates' Health and Welfare Plan ("LTD Policy").  We are writing in reference to your claim for LTD benefits under the Policy.

On May 23 and June 5, we attempted to contact you at (225) 960-9344 and (225) 284-6811. However, we were unable to reach you.

We need to speak with you about your disability claim.  Please call us by July 4, 2018 at the number listed below so that we can discuss your claim.  If you do not contact us by this date, your disability benefits may be closed.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ieesha G.
LTD Specialist II
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

1  of  1

Lincoln/White 1101

Apr. 26. 2018 10:00AM    PELICAN STATE CREDIT    No. 3523    P. 1

# DIRECT DEPOSIT APPLICATION

 **Liberty Mutual.** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

**Return To:**  Ieesha Griffin

| | |
|---|---|
| **EMPLOYEE/CLAIMANT NAME:** Sabrina White | |
| **CLAIM NO:** 7830485 | |
| **EMPLOYER/SPONSOR:** Wal-Mart Stores, Inc. | DATE OF BIRTH: |

**CHECK ONE:** ☒ New    ☐ Change

**YOUR TELEPHONE NUMBER:**

**ADDRESS:**              CITY: ___              STATE: ___ ZIP

### AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any
Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below,
hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such
account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:** ☒ Checking    ☐ Savings    **BANK NAME:** Pelican State Credit Union

**9 DIGIT ABA ROUTING NUMBER:** ___    **BANK ADDRESS:** 3232 S. Sherwood Forest Blvd

**YOUR ACCOUNT NUMBER:** ___    **CITY:** Baton Rouge **STATE:** LA **ZIP:** 70816

**BANK PHONE:** 225 408 - 6356

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**    ☐ YES    ☒ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**    ☐ YES    ☒ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such
notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable
opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt
of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited
into the specified account before authorizing payment or making withdrawals from specified account.

Signed:  _Sabrina C. White_        Date:  4/26/18

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

## ATTACH VOIDED CHECK HERE
### Your application will be rejected unless included with the form.

DP481 DD APLICATION 01/10

Lincoln/White 1102

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216


MS. SABRINA WHITE

Lincoln/White 1103



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

April 25, 2018

Ms. Sabrina L. White

RE:    Long Term Disability (LTD) Benefits
       Wal-Mart Stores, Inc.
       Claim #: 7830485

Dear Ms. Sabrina White:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Wal-Mart Stores, Inc.'s Associates' Health and Welfare Plan ("LTD Policy").  We are writing in reference to your claim for LTD benefits under the Policy.

Per your April 24, 2018 request, we have enclosed the following:

A Direct Deposit Form, which must be completed in order to have benefit checks automatically deposited into a checking or savings account. Please fully complete this form and return it along with a voided check or savings account deposit slip in the enclosed return envelope.

If you have any questions regarding this matter, please contact me.

Sincerely,

Ieesha Griffin
LTD Specialist II
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments:   Direct Deposit Application

1  of  1

Lincoln/White 1104

# DIRECT DEPOSIT APPLICATION



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

**Return To:**  Ieesha Griffin

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO:  7830485

EMPLOYER/SPONSOR:  Wal-Mart Stores, Inc.            DATE OF BIRTH:

**CHECK ONE:** ☐ New  ☐ Change

**YOUR TELEPHONE NUMBER:**  (    )

**ADDRESS:**                **CITY:**         **STATE:**      **ZIP:**

### AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:** ☐ Checking  ☐ Savings        **BANK NAME:**

**9 DIGIT ABA ROUTING NUMBER:**              **BANK ADDRESS:**

**YOUR ACCOUNT NUMBER:**            **CITY:**        **STATE:**      **ZIP:**

**BANK PHONE:**    (    )

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**
☐ YES  ☐ NO

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**
☐ YES  ☐ NO

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed:                Date:

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

### ATTACH VOIDED CHECK HERE
### Your application will be rejected unless included with the form.

DP481 DD APLICATION 01/10

Lincoln/White 1105



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Liberty's bank will transfer your benefit payment directly into your bank account. Liberty recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

**Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Liberty Life Assurance Company of Boston

Group Benefits

Lincoln/White 1106

Apr. 5. 2018  1:49PM



**Ochsner**
Health System

Ochsner Health Center. Jefferson Place
8150 Jefferson Hwy.
Baton Rouge, LA 70809
225-336-3100

Dr. Janet Cook, Dr. Christopher Guarisco: Fax 225-336-3111

Dr. Karen Muratore, Dr. Kimberly Meiners, Dr.Lija Thomas, Andrea CothernNP: Fax 225-336-3114

Fax Transmittal Cover Sheet

Date: _4/5/18_                                              ppgs

To: _Liberty Mutual -Ms Griffin_

Fax Number: _003-427-2094_

Subject: _Sabrina White -12/3/72_

Claim # _783 0485_

CONFIDENTIALITY NOTICE: The accompanying facsimile is intended solely for the use of the recipient designated above. Doucment(s) transmitted herewith may contain information that is confidential and privileged. Delivery, distribution or dissemination of this communication other than the to the intended recipient is strictly prohibited. If you have received this facsimile in error, please notify Ochsner Health System's Corporate Integrity Department immediately by telephone at 504-842-8383.

8150 Jefferson Hwy* Baton Rouge, LA 70809 * 225-336-3100 * ochsner.org

Lincoln/White 1107

White, Sabrina Lynette (MR # 1932025) DOB: 12/03/1972                    No. 4744   P. 2

# White, Sabrina Lynette

MRN: 1932025
Description: 45 year old female

**Office Visit** 3/28/2018          Provider: Benjamin B. Browning, MD (Orthopedic Surgery)
Summa - Orthopedics          Primary diagnosis: Chondromalacia patellae of right knee

## Additional Documentation

| Vitals: | BP 131/96 (Abnormal) Pulse 93 Ht 5' 4" (1.626 m) Wt 124 kg (273 lb 5.9 oz) |
| | BMI 46.92 kg/m² BSA 2.37 m²   More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, Detailed Report, Patient Education, Care Plan, History, Allergies, |
| | Patient-Entered Questionnaires |

## Instructions

After Visit Summary (Automatic SnapShot taken 3/28/2018)

## Progress Notes

Benjamin B. Browning, MD (Physician) • Orthopedic Surgery

**Subjective:**

**Patient ID:** Sabrina Lynette White is a 45 y.o. female.

**Chief Complaint:** No chief complaint on file.

Sabrina Lynette White is a 45 y.o. female follow up for left knee pain. Was doing well with the knee until recently began having locking/catching and inability to bend the knee. C/o pain anterolateral.

### Knee Pain

The pain is present in the left knee. This is a new problem. The current episode started more than 1 year ago (2008). There has been no history of extremity trauma. The injury was the result of a lifting and twisting action The problem occurs constantly. The problem has been rapidly worsening. The quality of the pain is described as aching. The pain is at a severity of 10/10. Associated symptoms include joint locking and numbness. Pertinent negatives include no fever. The symptoms are aggravated by bearing weight and walking (at night). She has tried rest (pt) for the symptoms. Physical therapy was ineffective.

**Past Medical History:**

| Diagnosis | Date |
|-----------|------|
| • Anxiety | |
| • Arthritis | |
| • Depression | |
| • Encounter for blood transfusion *had to have infusion during surgery in 2008* | |
| • GERD (gastroesophageal reflux disease) | |
| • Hyperlipidemia | |
| • Hypertension | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|-----------|-----------|------|

Printed by Jerica S. Owens, MA at 4/5/18 1:51 PM                          Page 1 of 9

Lincoln/White 1108

White, Sabrina Lynette (MR # 1932025) DOB:

- CESAREAN SECTION, LOW TRANSVERSE
- FOOT SURGERY

History reviewed. No pertinent family history.
**Social History**

**Social History**
- Marital status:   Single
   Spouse         N/A
   name:
- Number of        1
  children:
- Years of         N/A
  education:

**Occupational History**
- Not on file.

**Social History Main Topics**
- Smoking         Never Smoker
  status:
- Smokeless       Never Used
  tobacco:
- Alcohol use     No
- Drug use:       No
- Sexual          No
  activity:

**Other Topics                     Concern**
- Not on file

**Social History Narrative**
   *Wears seat belt*
   *Cashier at walmart*

**Medication List with Changes/Refills**

**Current Medications**

| | |
|---|---|
| AUGMENTED BETAMETHASONE DIPROPIONATE (DIPROLENE-AF) 0.05 % CREAM | Apply topically 2 (two) times daily. |
| BUTALBITAL-ACETAMINOPHEN-CAFFEINE 50-325-40 MG (FIORICET, ESGIC) 50-325-40 MG PER TABLET | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR PAIN |
| CLONAZEPAM (KLONOPIN) 0.5 MG TABLET | TAKE 1 TABLET BY MOUTH TWICE DAILY AS NEEDED FOR ANXIETY |

Lincoln/White 1109

White, Sabrina Lynette (MR # 1932025) DOB:

| | |
|---|---|
| CYCLOBENZAPRINE (FLEXERIL) 10 MG TABLET | TAKE ONE TABLET BY MOUTH TWICE DAILY AS NEEDED |
| ETODOLAC (LODINE) 400 MG TABLET | |
| GABAPENTIN (NEURONTIN) 300 MG CAPSULE | Take 1 capsule (300 mg total) by mouth daily as needed. |
| LORATADINE (CLARITIN) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth every morning. |
| PIROXICAM (FELDENE) 20 MG CAPSULE | Take 1 capsule (20 mg total) by mouth once daily. |
| VENLAFAXINE (EFFEXOR-XR) 150 MG CP24 | Take 1 capsule (150 mg total) by mouth once daily. |
| ZOLPIDEM (AMBIEN) 5 MG TAB | Take 1 tablet (5 mg total) by mouth nightly as needed. |

**Discontinued Medications**

| | |
|---|---|
| IBUPROFEN (ADVIL,MOTRIN) 800 MG TABLET | Take 1 tablet (800 mg total) by mouth 3 (three) times daily as needed for Pain (with food). |

**Review of patient's allergies indicates:**

| Allergen | Reactions |
|---|---|
| • Bayer aspirin (with caffeine) [aspirin-caffeine] | Nausea Only |

Review of Systems

Constitution: Positive for night sweats. Negative for fever.
HENT: Negative for hearing loss.
Eyes: Negative for blurred vision and visual disturbance.
Cardiovascular: Positive for leg swelling. Negative for chest pain.
Respiratory: Negative for shortness of breath.
Endocrine: Negative for polyuria.
Hematologic/Lymphatic: Negative for bleeding problem.
Skin: Negative for rash.
Musculoskeletal: Positive for joint pain, joint swelling and muscle cramps. Negative for back pain and muscle weakness.
Gastrointestinal: Negative for melena.
Genitourinary: Negative for hematuria.
Neurological: Positive for loss of balance and numbness. Negative for paresthesias.
Psychiatric/Behavioral: Negative for altered mental status.

**Objective:**
Body mass index is 46.92 kg/m².
**Vitals:**

| | 03/28/18 1033 |
|---|---|
| BP: | (!) 131/96 |
| Pulse: | 93 |

Printed by Jerica S. Owens, MA at 4/5/18 1:51 PM

Lincoln/White 1110

White, Sabrina Lynette (MR # 1932025) DOB:

**General:** Sabrina is well-developed, well-nourished, appears stated age, in no acute distress, alert and oriented to time, place and person.


**General**

Vitals reviewed.
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Mouth/Throat: No oropharyngeal exudate.
Eyes: Right eye exhibits no discharge. Left eye exhibits no discharge.
Neck: Normal range of motion.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress.
Neurological: She is alert and oriented to person, place, and time. She has normal reflexes. No cranial nerve deficit. Coordination normal.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

**General Musculoskeletal Exam**
Gait: normal

**Right Knee Exam**

**Inspection**
Erythema: absent
Scars: absent
Swelling: absent
Effusion: effusion
Deformity: deformity
Bruising: absent


**Tenderness**
The patient is tender to palpation of the medial joint line and patella.


**Crepitus**
The patient has crepitus of the patella.


**Range of Motion**
Extension: 0
Flexion: 130


**Tests**
Meniscus
McMurray:  Medial - negative Lateral - negative
Ligament Examination Lachman: normal (-1 to 2mm) PCL-Posterior Drawer: normal (0 to 2mm)
MCL - Valgus: normal (0 to 2mm)
LCL - Varus: normalPivot Shift: normal (Equal)Reverse Pivot Shift: normal (Equal)Dial Test at 30 degrees: normal (< 5 degrees)Dial Test at 90 degrees: normal (< 5 degrees)
Posterior Sag Test: negative
Posterolateral Corner: unstable (>15 degrees difference)
Patella

Printed by Jerica S. Owens, MA at 4/5/18 1:51 PM                    Page 4 of 9

White, Sabrina Lynette (MR # 1932025) DOB:

Patellar Apprehension: negative
Passive Patellar Tilt: neutral
Patellar Tracking: normal
Patellar Glide (quadrants): Lateral - 1   Medial - 2
Q-Angle at 90 degrees: normal
Patellar Grind: positive
J-Sign: none

**Other**
Meniscal Cyst: absent
Popliteal (Baker's) Cyst: absent
Sensation: normal

**Left Knee Exam**

**Inspection**
Erythema: absent
Scars: absent
Swelling: absent
Effusion: absent
Deformity: deformity
Bruising: absent

**Tenderness**
The patient tender to palpation of the patella.

**Crepitus**
The patient has crepitus of the patella and lateral joint line.

**Range of Motion**
Extension: 0
Flexion: 130

**Tests**
Meniscus
McMurray:  Medial - negative Lateral - positive
Stability Lachman: normal (-1 to 2mm) PCL-Posterior Drawer: normal (0 to 2mm)
MCL - Valgus: normal (0 to 2mm)
LCL - Varus: normal (0 to 2mm)Pivot Shift: normal (Equal)Reverse Pivot Shift: normal (Equal)
Dial Test at 30 degrees: normal (< 5 degrees)Dial Test at 90 degrees: normal (< 5 degrees)
Posterior Sag Test: negative
Posterolateral Corner: unstable (>15 degrees difference)
Patella
Patellar Apprehension: negative
Passive Patellar Tilt: neutral
Patellar Tracking: normal
Patellar Glide (Quadrants): Lateral - 1 Medial - 2
Q-Angle at 90 degrees: normal
Patellar Grind: positive
J-Sign: J sign absent

**Other**
Meniscal Cyst: absent
Popliteal (Baker's) Cyst: absent

Printed by Jerica S. Owens, MA at 4/5/18 1:51 PM

Lincoln/White 1112

White, Sabrina Lynette (MR # 1932025) DOB:

Sensation: normal

**Right Hip Exam**

**Tests**
Ober: negative
**Left Hip Exam**

**Tests**
Ober: negative

**Muscle Strength**
Right Lower Extremity
Hip Abduction: 5/5
Quadriceps: 4/5
Hamstring: 5/5
Left Lower Extremity
Hip Abduction: 5/5
Quadriceps: 4/5
Hamstring: 5/5

**Reflexes**

Left Side
Quadriceps: 2+
Achilles: 2+

Right Side
Quadriceps: 2+
Achilles: 2+

**Vascular Exam**

Right Pulses
Dorsalis Pedis:    2+
Posterior Tibial:    2+

Left Pulses
Dorsalis Pedis:    2+
Posterior Tibial:    2+

X-rays including standing, weight bearing AP and flexion bilateral knees, lateral and merchant views ordered and images reviewed by me show:
No fracture, dislocation or other pathology
Medial compartment: mild degenerative changes
Lateral compartment: no degenerative changes
Patellofemoral compartment: mild degenerative changes

Printed by Jerica S. Owens, MA at 4/5/18 1:51 PM                    Page 6 of 9

Lincoln/White 1113

White, Sabrina Lynette (MR # 1932025) DOB:

EXAMINATION:
MRI KNEE WITHOUT CONTRAST LEFT

CLINICAL HISTORY:
Knee pain, xray internal derangement;lataeral meniscus;Pain in left knee

TECHNIQUE:
Multiplanar, multisequence images were preformed of the left knee.

COMPARISON:
Radiographs dated 11/24/2017

FINDINGS:
Menisci:  There is a suspected small radial tear involving the free edge of the body of the medial meniscus.  The lateral meniscus appears intact.

Ligaments:  Small amount of fluid signal noted along the surface of the MCL raising concern for possible grade 1 sprain.  The ACL, PCL, and LCL complex appear intact.

Tendons:  Extensor mechanism is maintained.

Cartilage:

Patellofemoral: Scattered full-thickness chondral fissuring noted throughout the patellar cartilage with associated subcortical cystic change and edema.

Medial tibiofemoral: Low-grade partial-thickness chondral fissuring suspected in the central weight-bearing portion of the medial femoral condyle.

Lateral tibiofemoral: Articular cartilage is maintained.

Bone: No fracture or marrow replacing process.

Miscellaneous: There is no joint effusion.  There is a trace Baker's cyst present.  The patella appears mildly subluxed laterally.
**Impression**


1. Suspected small radial tear involving the free edge of the body of the medial meniscus.
2. Articular cartilage loss in the patellofemoral and medial tibiofemoral compartments as above some lateral subluxation of the patella noted.
3. Possible grade 1 sprain of the MCL


**Assessment:**

**Encounter Diagnoses**

| Name | Primary? |
|---|---|
| • Chondromalacia patellae of right knee | Yes |
| • Chondromalacia patellae of left knee | |
| • Acute pain of left knee | |

Lincoln/White 1114

White, Sabrina Lynette (MR # 1932025) DOB:

**Plan:**

1. We reviewed with Sabrina today, the pathology and natural history of her diagnosis. We had an extensive discussion as to the conservative treatment and management of their condition. We also discussed the variety of treatment options to include medication, physical therapy, diagnostic testing as well as other treatments. The decision was made to go forward with finishing synvisc.

2. PT

3. Mobic

Not recorded

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|------|-------------|--------------|------------------|-----------|-----|
| 99214 | PR OFFICE/OUTPT VISIT,EST,LEVL IV | 3/28/2018 | Benjamin B. Browning, MD | S$GLB | 1 |
| 999999212 | PR PBB SHADOW E&M-EST. PATIENT-LVL II | 3/28/2018 | Benjamin B. Browning, MD | PBBFAC | 1 |
| 3080F | PR MOST RECENT DIASTOLIC BLOOD PRESSURE >= 90 MM HG | 3/28/2018 | Benjamin B. Browning, MD | S$GLB, CPTII | 1 |
| 3075F | PR MOST RECENT SYSTOLIC BLOOD PRESS GE 130-139MM HG | 3/28/2018 | Benjamin B. Browning, MD | S$GLB, CPTII | 1 |

## Level of Service

Level of Service

**PR OFFICE/OUTPT VISIT,EST,LEVL IV [99214]**

## BestPractice Advisories

Click to view BestPractice Advisory history

## AVS Reports

| Date/Time | Report | Action | User |
|-----------|--------|--------|------|
| 3/28/2018 11:03 AM | After Visit Summary | Automatically Generated | Benjamin B. Browning, MD |
| 3/28/2018 11:03 AM | After Visit Summary | Printed | Alaycia Singleton, MA |

## ☐ Encounter-Level Documents - 03/28/2018:

After Visit Summary - Document on 3/28/2018 11:02 AM by Benjamin B. Browning, MD : After Visit Summary
After Visit Summary - Document on 3/28/2018 11:02 AM by Alaycia Singleton, MA : After Visit Summary

## ✎ Visit Diagnoses and Associated Orders

Chondromalacia patellae of right knee  - Primary

Lincoln/White 1115

White, Sabrina Lynette (MR # 1932025) DOB:

ICD-10-CM: M22.41
ICD-9-CM: 717.7

Chondromalacia patellae of left knee
ICD-10-CM: M22.42
ICD-9-CM: 717.7

Acute pain of left knee
ICD-10-CM: M25.562
ICD-9-CM: 719.46

## ✍ Problem List

as of 3/28/2018

|  | Noted - Resolved |
|---|---|
| Neuro |  |
| Migraine headache | 9/17/2014 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | 8/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | 9/27/2017 - Present |
| Psychiatric |  |
| Depression | 11/29/2016 - Present |
| Cardiac/Vascular |  |
| Essential hypertension | 11/29/2016 - Present |
| Orthopedic |  |
| Osteoarthritis of both knees | 9/27/2017 - Present |
| Chondromalacia patellae of left knee | 11/24/2017 - Present |
| Chondromalacia patellae of right knee | 11/24/2017 - Present |
| Acute pain of left knee | 3/19/2018 - Present |
| Other |  |
| Primary insomnia | 11/29/2016 - Present |

## Orders Placed

None

## Medication Changes

As of 3/28/2018 11:00 AM

|  | Refills | Start Date | End Date |
|---|---|---|---|
| Discontinued: ibuprofen (ADVIL,MOTRIN) 800 MG tablet |  |  |  |

## Visit Diagnoses

Chondromalacia patellae of right knee M22.41
Chondromalacia patellae of left knee M22.42
Acute pain of left knee M25.562

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. SABRINA WHITE

Lincoln/White 1117



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

March 23, 2018

Ms. Sabrina L. White


RE:     Long Term Disability (LTD) Benefits
        Wal-Mart Stores, Inc.
        Claim #: 7830485

Dear Ms. Sabrina White:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Wal-Mart Stores, Inc.'s Associates' Health and Welfare Plan ("LTD Policy").  We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

> "Disability" or "Disabled", with respect to Long Term Disability, means:
>
> i. that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and
>
> ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.


Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is August 9, 2017 and your benefits begin on February 14, 2018. Benefit payment will be sent under separate cover.

1   of 4

Lincoln/White 1118

Although you may currently meet the definition of disability, Liberty Life Assurance Company of Boston also has a staff specialized in Vocational Rehabilitation to assist in attaining skills and resources needed for a successful return to employment, if needed.

If it is determined that you would be an appropriate candidate for Vocational Rehabilitation services you will be contacted. In addition, if you would like more information regarding our services, please contact me.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund and Workers' Compensation benefits.

Your gross monthly benefit is equal to $590.47. You will continue to receive this benefit provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

Regarding payment for any other premiums, such as Healthcare, Dental, or Life Insurance, please contact your benefits helpline at (800) 421-1362 or contact your human resources manager. These premiums are not withheld from your LTD benefits.

In addition to your LTD benefits you may also qualify for disability benefits from the Social Security Administration. The Policy requires that you apply for Social Security benefits should your disability be expected to extend for twelve months. The enclosed Social Security fact sheet explains the advantages of obtaining an award. To apply, contact your local Social Security office or call 1-800-772-1213. Once you have applied, please let us know and provide a copy of your proof of application.

We ask that you complete the forms indicated below and return them to our office by May 4, 2018.

     X    Direct Deposit Application
     X    Family Information Questionnaire
     X    SS Reimbursement Agreement
     X    Training Education Experience
     ___    Wal-Mart Vocational Rehab Form
     ___    Advantages of Social Security Disability Benefits Form
     ___    Other

Please be aware that the condition for which you are approved disability benefits is subject to the following limitation:

***Mental Illness and/or Substance Abuse Limitation***

Lincoln/White 1119

*The benefit for Disability due to Mental Illness and/or Substance Abuse will not exceed a period of 24 months of Monthly Benefit payments while the Covered Person is insured under this policy.*

*If the Covered Person is in a Hospital or Institution for Mental Illness and/or Substance Abuse at the end of the period of 24 months, the Monthly Benefit will be paid during the confinement.*

*If the Covered Person is not confined in a Hospital or Institution for Mental Illness and/or Substance Abuse, but is fully participating in an Extended Treatment Plan for the condition that caused Disability, the Monthly Benefit will be payable to a Covered Person for up to a period of 36 months.*

*In no event will the Monthly Benefit be payable beyond the Maximum Benefit Period shown in the Schedule of Benefits.*

*"**Mental Illness**" means a psychiatric or psychological condition classified as such in the most current edition of the Diagnostic and Statistical Manual of Mental Disorders (DSM) regardless of the underlying cause of the Mental Illness.  If the DSM is discontinued, Liberty will use the replacement chosen or published by the American Psychiatric Association.*

*"**Extended Treatment Plan**" means continued care that is consistent with the American Psychiatric Association's standard principles of Treatment, and is in lieu of confinement in a Hospital or Institution. It must be approved in writing by a Physician.*

If your condition no longer meets the criteria of the above limitation but remains disabling as supported by medical documentation, your claim will be evaluated for continued benefits beyond this limitation.

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

### *Information Regarding Your Leave of Absence*

*Please note that leave of absence reporting for all Walmart associates is managed by Sedgwick. Liberty has notified Sedgwick of your absence.  Sedgwick will determine if you are eligible, entitled and qualified, for an applicable FMLA, State Leave or Wal-Mart Stores, Inc. sponsored personal leave of absence.  Sedgwick will notify you of their determination separately.*

*You may contact the Walmart Disability & Leave Service Center at Sedgwick. The center's phone number is (800) 492-5678. You may speak with a representative Monday through Friday from*

Lincoln/White 1120

*7:00 a.m. - 7:00 p.m. and Saturdays 8:00 a.m. to 4:00 p.m. CT. Information regarding your leave status can be obtained anytime through the Sedgwick interactive voice response (IVR) system or "viaOne" website accessed through WalmartOne.com or the WIRE.*

If your benefit is overpaid Liberty Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

If you have any questions regarding this matter, please contact me.

Liberty Mutual Insurance offers you the convenience of managing multiple aspects of your benefits online or through your mobile device, including viewing the status of your claim or leave.  Visit www.mylibertyconnection.com on your computer or mobile device.

Sincerely,

Ieesha Griffin
LTD Specialist II
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

Attachments:    Direct Deposit Application
                Family Information Questionnaire
                SS Reimbursement Agreement
                Training Education Experience
                Wal-Mart Vocational Rehab Form
                Advantages of Social Security Disability Benefits Form

4  of  4

Lincoln/White 1121

# DIRECT DEPOSIT APPLICATION



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

**Return To:**  Ieesha Griffin

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO: 7830485

EMPLOYER/SPONSOR: Wal-Mart Stores, Inc.          DATE OF BIRTH:

**CHECK ONE:**  ☐ New   ■ Change

**YOUR TELEPHONE NUMBER:**  (    )

**ADDRESS:**              CITY:            STATE:      ZIP:

## AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW
### ***All must be completed or your form will be rejected***

**TYPE OF ACCOUNT:**  ☐ **Checking**   ■ **Savings**      **BANK NAME:**

**9 DIGIT ABA ROUTING NUMBER:**              **BANK ADDRESS:**

**YOUR ACCOUNT NUMBER:**              **CITY:**      **STATE:**      **ZIP:**

                                          **BANK PHONE:**  (    )

### ***You must check yes or no to BOTH of the following two questions***

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?**
                                          ☐ **YES**   ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?**
                                          ■ **YES**   ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: _____      Date: _____

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

### ATTACH VOIDED CHECK HERE
### Your application will be rejected unless included with the form.

DP481 DD APLICATION 01/10

Lincoln/White 1122



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account.  Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

### How does direct deposit work?
Liberty's bank will transfer your benefit payment directly into your bank account.  Liberty recommends this payment option because it is predictable, safe and convenient.

### How do I sign up?
Complete the enclosed Pre-Authorized Direct Deposit Application.  Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox.  Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

### How soon can my direct deposits begin?
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank.  Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

### Can I sign up for Direct Deposit and forward my benefit payment to a foreign bank account?
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

### What if I move to a non US State or territory and receiving Direct Deposit payments?
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

### Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month.  Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

### What happens if I am out of town when the payment is due?
Your deposit is in your account.  You may access it any time after it is deposited.

### What if I change bank accounts?
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account.  We can continue the direct deposit process with your new bank following notification to and verification from your new bank.  You may receive several benefit checks by mail in the interim.  Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

### Can I change my mind?
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

### What if I have questions?
Call your assigned Disability Case Manager.  They are available Monday through Friday from 8:30 - 4:30 P.M EST.

### What happens if I fail to complete my direct deposit application?
Incomplete applications will be mailed back to you along with a new application for you to complete.

Liberty Life Assurance Company of Boston

Group Benefits

Lincoln/White 1123

# FAMILY INFORMATION QUESTIONNAIRE



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

**Return to:** Ieesha Griffin

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO: 7830485

EMPLOYER/SPONSOR: Wal-Mart Stores, Inc.          DATE OF BIRTH:

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status?          Single _____          Married _____          Divorced _____

If married, please indicate your spouse's name and date of birth.   Name: _____          DOB: _____

Do you have children or dependents*?   Yes _____          No _____

If yes, please provide additional details below, using additional space as needed.

* An Eligible dependent may include:
- Biological Child(ren)          - Custodial Grandchildren          - Adopted Children
- Stepchildren          - A child 18 or older with a disability          - A child 18-19 and a full-time student
- Children not residing in your          that started before age 22          (not higher than grade 12)
  household

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|------|-----|------|------|------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Is your spouse and/or children receiving Social Security benefits?     Yes: _____ No: _____

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|------|-----|------|------|------|------|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Your Name: _____          Date: _____

Lincoln/White 1124



**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

**SOCIAL SECURITY/REIMBURSEMENT AGREEMENT**

**INSTRUCTIONS:** The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.

The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.

Claimant: <u>Sabrina White</u>                                    Date of Birth: _____

Employer: <u>Wal-Mart Stores, Inc.</u>          Policy/Plan Sponsor No. <u>05 - 290765</u>

A)  If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1)  I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2)  I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3)  I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4)  I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5)  If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6)  I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B)  Social Security benefits <u>will be estimated</u> if:

1)  I do not sign and return this form to Liberty Life within 45 days of receipt.
2)  I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) _____

(Address) _____

(Date) _____

*Please retain a copy for your records or one can be provided upon request.*

Lincoln/White 1125

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO:  7830485

EMPLOYER/SPONSOR:  Wal-Mart Stores, Inc.                DATE OF BIRTH:

## Please fill out each section completely

**EDUCATIONAL BACKGROUND:**                    **(If you have a resume, please attach)**

Highest Grade Completed: _____    Check if earned: ☐ GED  ☐ HS Diploma

Vocational Training: _____ Certificate Program completed: _____

Associates Degree: _____ College: number of years: _____

Bachelor's Degree: BA /BS Major: _____ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: _____

Professional Training, License, Certificates(s): _____

Are you currently attending any classes: ☐ Y  ☐ N  If yes, provide name of school: _____

List any other Training or Classes Attended or Plan to Attend: _____

Additional Skills, Hobbies & Volunteer Work _____

Did you serve in the Armed Forces? ☐ Y  ☐ N  From: _____ To: _____

Branch of Service: _____ Specialty: _____

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y  ☐ N
   Tasks/Duties (please be specific): _____
   _____

2. Company: _____ Department: _____ From: _____ To: _____
   Job Title(s): _____
   Supervisory Experience ☐ Y  ☐ N
   Tasks/Duties (please be specific): _____
   _____

A Liberty Mutual Company

3. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y      ☐ N

   Tasks/Duties (please be specific): _____

   _____

4. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y      ☐ N

   Tasks/Duties (please be specific): _____

   _____

5. Company: _____ Department: _____ From: _____ To: _____

   Job Title(s): _____

   Supervisory Experience  ☐ Y      ☐ N

   Tasks/Duties (please be specific): _____

   _____

## Computer Utilization:

Computer Training/Courses, Certifications: _____

|  | Home | Work |  | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | | | |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: _____ | | |

How much time is spent daily on your work computer?  ☐ None   ☐ 1-2 hours   ☐ 2-3 hours   ☐ 3+ hours

How much time is spent daily on your home computer?  ☐ None   ☐ 1-2 hours   ☐ 2-3 hours   ☐ 3+ hours

Keyboarding/Typing Experience:  ☐ Yes   ☐ No   If yes, WPM (words per minute) _____
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: _____ Work: _____

**SIGNATURE:** _____ **PHONE NO: (      )** _____

_____
2

Lincoln/White 1127



# Vocational Rehabilitation

## What is a Vocational Rehabilitation?

Vocational Rehabilitation is a process which enables people with disabilities to overcome barriers in accessing, maintaining, or returning to employment.  Vocational Rehabilitation services are designed to enable participants to gain skills and strategies and to provide resources needed to compete in the process of obtaining a job.  These services may also help a person retrain after a disability has disrupted previous employment.

If you feel you would be able to return to your prior job/employer if an accommodation could be made, please discuss this with your Case Manager.  If appropriate, we can assist by requesting that accommodations be considered that would allow you to return to work.

## What is a Vocational Rehabilitation Counselor?

A Vocational Rehabilitation Counselor is someone that is trained to help you return to work. They work with you and your assigned Case Manager to determine the best return to work plan for you, by evaluating requirements of a job and your restrictions and limitations as outlined by a physician. A Vocational Rehabilitation Counselor will try to assist you first and foremost to return to your current job/employer.  If a return to your current employer does not seem feasible, the Counselor can help you evaluate other employment opportunities to help you obtain a job that fits your capabilities and/or provide you with resources needed to improve your current skills.

## What Resources are available through the Vocational Rehabilitation Program?

Vocational Rehabilitation can include and/or help identify:

- Job placement assistance with your employer or for alternate employment.
- English as a Second Language classes
- GED classes
- Basic computer skills training
- Volunteer opportunities
- State Vocational Rehabilitation services, which could include training
- Unemployment/Job Service/Job Links Office for services including free training programs, job seeking skills workshops and career exploration resources
- Disability specific services through non-profit agencies

## How much does Vocational Rehabilitation cost?

That's the best part.  If it is determined that you are a good candidate for Vocational Rehabilitation services based on the specifics of your claim, there will be no cost for these services.  Our goal is to assist you in returning to work.

**Please discuss this information with your assigned Case Manager to determine if this is an appropriate option for you.**

Lincoln/White 1128

# Advantages of Social Security Disability Benefits

- **Increased Disability Benefits**
  - ° **Though you and your dependents' initial Social Security benefit would be offset from your Long Term Disability payment, your future Social Security cost of living (COLA) increases would not. Therefore you would maximize your combined benefits because they would increase each year.**

- **Increased Retirement Benefits**
  - ° **For any period within a year that you are not paying into Social Security (FICA) out of your earnings, zeros are being factored into your earnings record. If found eligible for SSDI for any period of time when there were zeros, they will be excluded from the calculation of future benefits. As a result, the amount of your eventual Social Security Retirement Benefit could be _substantially higher_.**

- **Cost of Living Adjustment (COLA) Raises**
  - ° **SSA will provide you and any eligible dependents an increase annually. These increases will not affect your Long Term Disability benefits.**

- **Tax Free Income**
  - ° **The majority of Social Security beneficiaries who receive Social Security Disability income are either entirely or partially tax free based on certain criteria set by SSA.**

- **Medicare Coverage**
  - ° **After you have received Social Security Disability benefits for 24 months, regardless of your age, you also become eligible for Medicare benefits. This includes Part A Hospital benefits, and Part B Medical benefits, which added to any other health insurance coverage you might have, will increase your overall health insurance protection.**
  - ° **Once you establish Medicare Eligibility your premiums for any other health insurance you might have could decrease. With Medicare coverage available to help pay medical expenses, such premiums may be adjusted downwards.**
  - ° **Medicare Part A is at no cost while Medicare Part B has an associated premium. You can access http://www.socialsecurity.gov/medicare/ for more information and costs associated with the program.**

- **COBRA Extension**
  - ° **If you receive Social Security Disability benefits the length of your COBRA benefits may be extended an additional 11 months.**

- **Return To Work Incentives**
  - ° **Social Security will provide you opportunities to Return To Work while still paying you disability benefits.**

Lincoln/White 1129

# Job Description
## Customer Host



This position is responsible for the operation of a department. An individual in this position will be expected to perform additional job related responsibilities and duties as assigned and/or necessary.

## Essential Functions
*An individual must be able to successfully perform the essential functions of this position with or without a reasonable accommodation.*

Serves as a potential deterrent to criminal activity by maintaining a highly visible presence at entrance; observing customer and associate behavior; deactivating security tags; checking receipts on large un-bagged high value items; resolving alarm activations; and thanking customers as they exit the facility.

Maintains area of responsibility in accordance with Company policies and procedures by properly handling claims and returns; arranging and organizing merchandise/supplies; identifying shrink and damages; and ensuring a safe work environment.

Monitors activities and store standards within the store that relate to safety, and basic customer traffic flow by maintaining safety standards to ensure a safe and clean environment; and responding to assistance requests from customers and associates.

Assists with securing and safeguarding the assets of the Facility and property by observing and communicating suspicious activity; assisting with investigations; maintaining paperwork, logs, and other required documentation; appropriately executing emergency response procedures'; and ensuring security and safety practices are in place and adhered to.

Provides customer service at facility exits by maintaining the overall appearance of the exit area; straightening merchandise in the area; placing carts in storage area; distributing approved marketing or promotional materials; staying up-to-date on appropriate responses to emergency codes.

Identifies possible shrink activities and associated risks by proactively monitoring the front-end store area. Uses personal judgment to make informed and effective decisions regarding the appropriate course of action to take when encountering situations where illegal activity or behavior may be present.

Influences the behavior of others by using respectful communication and resolving conflict in an assertive yet tactful manner. Uses personal persuasion to effectively handle tense situations or interactions with others.

Completes work assignments and priorities by using policies, data, and resources; collaborating with managers, co-workers, customers, and other business partners; identifying priorities, deadlines, and expectations; carrying out tasks; communicating progress and information; determining and recommending ways to address improvement opportunities; and adapting to and learning from change, difficulties, and feedback.

Complies with company policies, procedures, and standards of ethics and integrity by implementing related action plans; using the Open Door Policy; and applying these in executing business processes and practices.

## Competencies
*An individual must be proficient in each of the competencies listed below to successfully perform the responsibilities of this position.*

Judgment: Make Effective Choices - Uses policies, procedures, and/or guides to make good choices. Uses data and facts in order to make day-to-day decisions and involves others as needed. Recognizes what might be a problem and informs those who can correct it.

Planning and Improvement: Plan for and Improve Work - Accepts responsibility and meets expectations for own work. Identifies steps needed in order to carry out work as required.

Execution and Results: Get Results - Makes sure work is done correctly. Works on top priorities first. Makes a consistent effort to get results. Meets deadlines. Takes action in order to solve problems so work can be completed in a timely manner.

Customer/Member Centered: Serve the Customer/Member - Shows care and concern when serving our customers/members. Asks questions in order to understand customer/member needs. Uses policies and information in order to exceed customer/member expectations. Finds and uses the right resources (people, products, tools) at the right time in order to resolve customer/member requests.

Influence and Communicate: Share Information - Listens to others and asks questions to learn about what is needed. Communicates the right information to associates and leaders when they need it. Communicates in a respectful and professional manner.

Ethics and Compliance: Perform to Ethical Standards - Follows company policies and procedures (for example, the Ten Foot Rule). Shows integrity and ethical behavior in all work situations. Reports ethical and compliance issues promptly.

Adaptability: Adapt - Adapts to changing work demands. Stays focused on own work when faced with change or difficulties. Stays open to and learns from assignments and feedback.

Lincoln/White 1130

Job Description
**Customer Host**



## Physical Activities

*The following physical activities are necessary to perform one or more essential functions of this position.*

Visually locates merchandise and other objects.

Observes associate, customer, or supplier behavior.

Creates documents, reports, etc., using a writing instrument (such as a pencil or pen) or computer.

Grasps, turns, and manipulates objects of varying size and weight, requiring fine motor skills and hand-eye coordination.

Reaches overhead and below the knees, including bending, twisting, pulling, and stooping.

Moves, lifts, carries, and places merchandise and supplies weighing up to 25 pounds without assistance.

Communicates effectively in person or by using telecommunications equipment.

Visually verifies and reads information, often in small print.

Stands for long periods of time.

## Work Environment

*Working in the following environment is necessary to perform one or more of the essential functions of this position.*

Moves over slippery surfaces in the work area as well as other areas that may become slippery during inclement weather.

Works in areas requiring exposure to varying temperatures, extreme heat or cold, and/or wet, damp, or drafty conditions.

Works overnight as required.

Works varying shifts as required.

## Entry Requirements
### Minimum Qualifications

• Meets applicable state requirements to work in Asset Protection, such as, minimum age, specialized training, certification and/ or licensing.

• Passes an enhanced criminal background check.

### Preferred Qualifications

• 1 year of experience in Security, Military, Law Enforcement or Criminal Justice.

• Degree in (or in pursuit of) Criminal Justice or other applicable field

Lincoln/White 1131

Job Description
**Customer Host**



---

## Signature

I have read and understand the essential functions for this position and certify that:

_____    I have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

_____    I do not have the ability to perform the essential functions of this position either with or without a reasonable accommodation.

| _____ | _____ | _____ |
| Associate/Applicant Printed Name | Associate/Applicant Signature | Date |

Lincoln/White 1132

# CP INITIAL ASSESSMENT (TRIAGE) – LTD PENDED CLAIM

**REFERRAL DATE:** 3/16/2018
**DCM NAME:** Ieesha Griffin
**SDN/TEL#:** 87318257
**EMAIL:** Ieesha.Griffin@LibertyMutual.com
**CLAIMANT:** SABRINA WHITE
**CLAIM#:** 7830485
**ELIMINATION PERIOD:** 182 Days

**DOB:**
**DOD:**    8/9/2017
**BBD:**    2/14/2018
**JOB TITLE:**    CUSTOMER HOST
**PHYSICAL DEMANDS:** Medium
**Yes**

**IDENTIFIED EE/ER ISSUE?**   No
**IF YES, DESCRIBE:**

**AVAILABLE MEDICAL RECORDS:**
ALL IN DOC LIST
**ADDITIONAL COMMENTS:**

---

**CP REVIEWER:**    Dr. Gale Brown
**SPECIALTY:**        **PM&R**

**RECORDS REVIEWED:  Medicals in doc list**

**PRIMARY DIAGNOSIS / ICD10 Codes:**

| ICD 10 Diagnosis Name | ICD 10 Diagnosis Code |
|---|---|
| Back pain | M54.5 |
| Lumbar spondylosis without myelopathy/radiculopathy | M47.816 |
| Osteoarthritis both knees | M17.0 |
| Chondromalacia patellae right knee | M22.41 |
| Chondromalacia patellae left knee | M22.42 |
| Pain in right knee | M25.561 |
| Pain in left knee | M25.562 |
| Pain in right ankle and foot | M25.571 |

**CO-MORBID CONDITIONS POTENTIALLY IMPACTING CAPACITY: Obesity; HTN; depression; anxiety; cervical spondylosis**

Lincoln/White 1133

**ARE LIMITATIONS AND/OR RESTRICTIONS SUPPORTED AT THE TIME OF THE LTD BBD 2/14/2018?** ◉ **Yes** ○ **No** ○ **Uncertain**

**USUAL RECOVERY TIME FOR PRIMARY IMPAIRING CONDITION[S]:**

- **Variable related to the insured's DJD affecting both knees and right ankle/foot. Receiving PT, injections and bracing for treatment.**
- **Variable related to mechanical low back pain – typically within 3 months of onset**

**CURRENT ESTIMATED WORK CAPACITY:**
○ **NONE** ◉ **S** ○ **L** ○ **M** ○ **H** ○ **VH** ○ **BEHAVIORAL LIMITATIONS**

**POTENTIAL ACCOMMODATIONS THAT WOULD FACILITATE A RTW:**

○ **NOW** ○ **FUTURE** ◉ **NOT ASSESSED**

**CURRENT ESTIMATED R/Ls: Sedentary + no squatting/climbing/crouching/crawling**

**ESTIMATED DURATION OF R/Ls: Uncertain, contingent on treatment received and clinical response to Rx.**

**ESTIMATED WORK CAPACITY AFTER RECOVERY:**
○ **NONE** ○ **S** ○ **L** ◉ **M** ○ **H** ○ **VH** ○ **BEHAVIORAL LIMITATIONS**

- **Assumes substantial improvement and/or resolution of back/lower extremity joint symptoms.**

**SUGGESTED ACTION PLAN:**

1. **Monitor clinical response to treatment over next 12 months. If no substantial improvement, and no sedentary work options, plan for AO change.**
2. **Request updated PT notes and all updated office notes from orthopedics, podiatry, and primary care when appropriate.**

☐**DCM to consider attempting to get consensus on the above R&L's to facilitate a RTW with accommodations**
☐**Refer to me for full file review**
    ☐**now**
    ☐**on the following date** _____
    ☐**when the following becomes available** _____
    ☐**comments** _____

Lincoln/White 1134

☐**Refer to _____ specialty for full file review**
    ☐**now**
    ☐**on the following date _____**
    ☐**when the following becomes available _____**
    ☐**comments _____**

☐**Refer for nurse case manager review:**
    ☐**now**
    ☐**on the following date _____**
    ☐**when the following becomes available _____**
    ☐**comments _____**

**CP ASSESSMENT DATE:  March 19, 2018**

Lincoln/White 1135

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| September 1, 2017 12:52:38 PM EDT | 2251361114 | 162 | 5 | Received |

## COMPLETE YOUR FORMS | MEDICAL INFORMATION

Return all documents to Sedgwick in one of three ways:
upload viaOne® express | email: WalmartForms@sedgwickstr.com | fax: 859-264-4377 or 859-280-3277

### Attending Physician Statement

Associate name: Sabrina L. White
Claim number: 30178441728-0001

Associate WIN: 103880799
Medical due date: 09/18/2017

**SECTION 1: REQUIRED INFORMATION TO SUPPORT FMLA/STATE LEAVE**

1. Will the patient be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? Yes ☑ No ☐

If yes, provide the beginning and ending dates for the period of incapacity: 7/19/2017
9/26/2017

2. Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility? Yes ☐ No ☑ If yes, dates of admission: _____

3. Date(s) you treated the patient for condition: 7/19/17

4. Was medication, other than over-the-counter medication prescribed? Yes ☑ No ☐

5. Is the patient unable to perform any of his/her job functions due to their condition: Yes ☑ No ☐ If yes, identify the job functions the employee is unable to perform (use the list of the employee's essential functions or job description, if included, or answer this question based upon the patient's own description of his/her job functions)

Difficult to stand/sit for extended period of time due to pain

6. Describe other relevant medical facts, if any, related to the condition for which the patient seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment) NOTE: In California, Wisconsin and Connecticut, do not disclose the underlying diagnosis unless you have received consent from the patient.

_____

_____

**SECTION 2: REQUIRED INFORMATION TO SUPPORT DISABILITY BENEFITS**
NOTE: This information is required only to support a claim for disability benefits and is not required to support a leave request. Failure to provide this information will not affect the request for leave.

In order to verify that the patient cannot do their job, please provide written documentation of observable and measurable findings from examinations as well as supporting laboratory or diagnostic tests.

1. Objective findings: HT 5'4  WT 259 BP 130/80 TEMP 96.7 PULSE 86 RESP 16

2. Patient's Complaints: Back pain

_____

Med 1 of 3

Lincoln/White 1136

Sep. 1. 2017 11:49AM                                                    No. 0088    P. 2

 **COMPLETE YOUR FORMS | MEDICAL INFORMATION**

Return all documents to Sedgwick in one of three ways:
upload: viaOne® express | email: WalmartForms@sedgwicksir.com | fax: 859-264-4372 or 859-280-3270

**Associate name:** Sabrina L. White          **Associate WIN:** 103880799
**Claim number:** 30178441728-0001          **Medical due date:** 09/10/2017

3. Your Diagnosis: (list all disabling diagnoses including all ICD10 codes)
   Primary:     ICD10 Code: M47.816  Description: Back Pain
   Secondary: ICD10 Code: _____  Description: _____
                    ICD10 Code: _____  Description: _____

4. List all co-morbid conditions: _____
   _____

5. Is the medical condition pregnancy? Yes ☐  No ☑  If yes, expected delivery date: __/____/____

6. If patient is pregnant, is a C-Section planned? Yes ☐  No ☐  If yes, date scheduled? __/____/____

7. Describe objective/clinical findings to warrant disability, including severity and duration based on the patient's
   presentation during office visits. _____
   _____
   _____

8. Has the patient recovered sufficiently to return to work? Yes ☐  No ☑

   If "Yes", give the date the patient was able to return to work _____/____/____

   If "No", in your opinion when, may work be resumed? (Please do not use "indefinite", "unknown",
   "undetermined", etc.) If a date cannot be determined, please estimate in days, weeks or months. ___/___/___

9. Has the patient recovered sufficiently to return to restricted work? Yes ☑  No ☐
   If "Yes", indicate date restrictions begin: 7/19/20__ Date restrictions end: 9/24/2017
   Restriction (s) required:_____
   _____

10. When was patient first diagnosed with this condition? 7/19/2017

11. When is the patient's next office visit? 9/25/2017

12. Is this condition the result of an injury? Yes ☐  No ☐  Is this condition work related? Yes ☐  No ☐
    If yes, provide date and description of event:
    _____

13. What is the prescribed treatment plan? (Please provide specific details regarding treatment/therapy, attach
    notes if necessary): muscle relaxer, pain medicine,
    physical therapy

                                                                   Med 2 of 3



9-1-2017                                    301784417280001                    5220170901013123

Lincoln/White 1137

Sep. 1. 2017 11:49AM                                                No. 0088   P. 3

 **COMPLETE YOUR FORMS | MEDICAL INFORMATION**

Return all documents to Sedgwick in one of three ways:
upload: viaOne℠ express | email: WalmartForms@sedgwicksir.com | fax: 859-264-4372 or 859-280-3270

**Associate name:** Sabrina L. White          **Associate WIN:** 103880799
**Claim number:** 30178441728-0001          **Medical due date:** 09/10/2017

14. List all medications, identify dates of new medications or dose adjustments: (attach list if necessary)

| Medication | Dose | Frequency | Duration | New Med | Adjusted Med | Date Adjusted |
|---|---|---|---|---|---|---|
| Cyclobenazaprine | 5mg | twice daily | | Yes ☑ No ☐ | Yes ☐ No ☐ | __/__/__ |
| Hydrocodone | 5-325 | 1 daily as needed | | Yes ☑ No ☐ | Yes ☐ No ☐ | __/__/__ |
| | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | __/__/__ |
| | | | | Yes ☐ No ☐ | Yes ☐ No ☐ | __/__/__ |

15. Has any surgical procedure related to current disability been performed or is any anticipated? Yes ☐   No ☑
   List the name of the procedure: _____
   CPT code:_____   Date of procedure: ____/___/____

16. Has patient been referred to other physician(s)/specialist? Yes ☑ No ☐ If yes, provide physician name, specialty,
   and telephone number. _____

17. List specific functional limitations of Activities of Daily Living (ADL's): Has difficulty
   cleaning, cooking, prolong standing, bending, lifting

18. Has patient been given any driving restrictions for this disability period? Yes ☐   No ☑
   If yes please describe: _____

**Please attach all office notes, History & Physical, results of x-rays, laboratory tests, MRI Reports, etc. if relevant.**

The Genetic Information Nondiscrimination Act of 2008 (GINA) and the California Genetic Information Nondiscrimination Act of 2011 (CalGINA) prohibit employers and other entities from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by applicable law. To comply with GINA and CalGINA, **please DO NOT provide any genetic information when responding to this request for medical certification.**
   "**Genetic Information,**" as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo legally held by an individual or family member receiving assistive reproductive services. (75 Fed. Reg. 68934.)
   "**Genetic information,**" as defined by CalGINA includes information about the individual's or the individual's family member's genetic tests, information regarding the manifestation of a disease or disorder in a family member of the individual, and includes information from genetic services or participation in clinical research that includes genetic services by an individual or any family member of the individual. "Genetic Information" does not include information about an individual's sex or age.

Telephone Number: 225336-3100     Healthcare Provider Name (Printed): Lijs Thomas

Fax Number: 225 336 3114     Healthcare Provider Specialty: Family Medicine

Date Completed: 9/1/17     Healthcare Provider Signature: _____

                                                                    Med 3 of 3



9-1-2017                                    301784417280001                    5220170901013123

Lincoln/White 1138

 **COMPLETE YOUR FORMS | RELEASE OF INFORMATION**

Return all documents to Sedgwick in one of three ways:
upload: viaOne® express | email: WalmartForms@sedgwicksir.com | fax: 859-264-4372 or 859-280-3270

## HIPAA Release

**Associate name:** Sabrina L. White     **Associate WIN:** 103880799
**Claim number:** 30178441728-0001

**This authorization has been carefully and specifically drafted to permit disclosure of health information consistent with the privacy rules adopted and subsequently amended by the United States Department of Health and Human Services pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).**

**Note to all healthcare providers:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Follow these instructions to complete the form:

1. Complete all applicable areas of the form.
2. If you are an authorized representative, include a copy of the legal document(s) authorizing you to act on the associate's behalf.
3. Sign this form.
4. Return this form as soon as possible – **keep a copy for your records.**

Your refusal to complete and sign this form may affect your eligibility for benefits under Walmart's disability plan.

Associate signature:

ROI 1 OF 5

9-1-2017     301784417280001     5220170901013123

Lincoln/White 1139



**➡ COMPLETE YOUR FORMS | RELEASE OF INFORMATION**

Return all documents to Sedgwick in one of three ways:
upload: viaOne® express | email: WalmartForms@sedgwicksir.com | fax: 859-264-4372 or 859-280-3270

**Associate name:** Sabrina L. White    **Associate WIN:** 103880799
**Claim number:** 30178441728-0001

If I do not revoke this authorization, I understand that for purposes of disability benefits and/or my Leave or Accommodation Request it will be valid for **2 years** from the date I sign this authorization or the duration of my claim for benefits and/or my Leave Request, whichever period is shorter.
I understand that for purposes of occupational injury benefits it will be valid for the duration of my claim for occupational injury benefits or for the period required by applicable state law, whichever period is shorter.

I also understand that the entity releasing the information pursuant to this authorization may not condition my treatment or payment of health benefits on my signing this authorization. **I understand that my refusal to sign this authorization may cause a delay or denial of payment of disability benefits and/or occupational injury benefits. I understand that my refusal to sign this authorization will not affect my eligibility for leave under the FMLA.**

I understand that a photocopy of this authorization is as valid as the original, **and that I may receive a copy of this authorization upon request.**



_____
Signature of patient (associate) or patient's representative

_SABRINA WHITE_
Printed name of patient (associate) or patient's representative

_____
Representative's relationship to patient, only if applicable

_8/24/2017_
Date signed

_2080 Obdell Blvd #5218 BR LA    70806_
Patient's (associate's) address

xxx-xx-_5006_
Patient's (associate's)
*Last four digits* of Social Security Number

_8/16/17_
First day absent

_12/03/72_
Date of birth

Short Term Disability Income Benefits and Leaves administered by Sedgwick.
Long Term Disability Income Benefits insured and administered by Liberty.
Liberty and Sedgwick are independent entities and are not affiliated with each other.

ROI 5 OF 5

9-1-2017                          301784417280001                          5220170901013123

Lincoln/White 1140

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| September 7, 2017 9:44:59 AM EDT | 2253363114 | 370 | 15 | Received |

White, Sabrina Lynette (MR # 1932025) DOB: 12/03/1972

# White, Sabrina Lynette

MRN: 1932025
Description: 44 year old female

**Office Visit** 8/24/2017
Jefferson Place - Fam Medicine

Provider: Lija Thomas, MD (Family Medicine)
Primary diagnosis: Spondylosis of lumbar region without myelopathy or radiculopathy
Reason for Visit: Follow-up

## Fall Risk

Patient Mobility Status: Ambulatory
Number of falls in the past 12 months? 0
Fall Risk? No

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 120/76 Pulse 86 Temp 98.3 °F (36.8 °C) Resp 16 Ht 5' 4" (1.626 m) WL 116.1 kg (255 lb 15.3 oz) LMP 08/01/2017 SpO2 98% BMI 43.93 kg/m² BSA 2.29 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| SmartForms: | OHS AMB - FALL RISK |
| Encounter Info: | Billing Info, Detailed Report, Patient Education, Care Plan, History, Allergies, Patient Entered Questionnaires |

## Instructions

📋 Return in about 5 weeks (around 9/25/2017) for 9 am appt with me.

After Visit Summary (Printed 8/24/2017)

## Progress Notes

Lija Thomas, MD (Physician) - Family Medicine

### Subjective:

Patient ID: Sabrina Lynette White is a 44 y.o. female

**Chief Complaint:** Follow-up

HPI
Ms. White presents to clinic today for back pain follow up.
She states she went to see Dr. Derbigny and has been sent to PT.
She states the back pain is there all the time.
She states she was given a medication and it does not help or do anything.
She states she has to stand and walk at work and she can not.
She states the pain is in the lower back.
The pain is worst with sitting too long or standing too long.
She denies any loss of bladder or bowel function.

Review of Systems
Musculoskeletal: Positive for back pain.

### Medication List with Changes/Refills

Printed by Temple M Graham, LPN at 9/7/17 8:35 AM

Lincoln/White 1141

Sep. 7. 2017. 8:38AM    White, Sabrina Lynette (MR # 1932025) DOB:    No. 0470    P. 2

## Current Medications

| | |
|---|---|
| AUGMENTED BETAMETHASONE DIPROPIONATE (DIPROLENE-AF) 0.05 % CREAM | Apply topically 2 (two) times daily. |
| CYCLOBENZAPRINE (FLEXERIL) 5 MG TABLET | Take 1 tablet (5 mg total) by mouth 2 (two) times daily as needed. |
| ETODOLAC (LODINE) 400 MG TABLET | Take 1 tablet (400 mg total) by mouth 2 (two) times daily. |
| LORATADINE (CLARITIN) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth every morning. |
| OMEPRAZOLE (PRILOSEC OTC) 20 MG TABLET | Take 1 tablet (20 mg total) by mouth once daily. |
| VENLAFAXINE (EFFEXOR-XR) 150 MG CP24 | Take 1 capsule (150 mg total) by mouth once daily. |
| ZOLPIDEM (AMBIEN) 5 MG TAB | TAKE ONE TABLET BY MOUTH AT BEDTIME AS NEEDED |

## Changed and/or Refilled Medications

| Modified Medication | Previous Medication |
|---|---|
| CLONAZEPAM (KLONOPIN) 0.5 MG TABLET | clonazePAM (KLONOPIN) 0.5 MG tablet |
| Take 1 tablet (0.5 mg total) by mouth 2 (two) times daily as needed for Anxiety. | Take 1 tablet (0.5 mg total) by mouth 2 (two) times daily as needed for Anxiety. |
| GABAPENTIN (NEURONTIN) 100 MG CAPSULE | gabapentin (NEURONTIN) 100 MG capsule |
| Take 1 capsule (100 mg total) by mouth 2 (two) times daily as needed. | Take 1 capsule (100 mg total) by mouth 2 (two) times daily as needed. |
| HYDROCODONE-ACETAMINOPHEN 5-325MG (NORCO) 5-325 MG PER TABLET | hydrocodone-acetaminophen 5-325mg (NORCO) 5-325 mg per tablet |
| Take 1 tablet by mouth every 24 hours as needed for Pain. | Take 1 tablet by mouth every 12 (twelve) hours as needed for Pain. |

**Patient Active Problem List**
Diagnosis
- Essential hypertension
- Depression
- Primary insomnia

Printed by Temple M Graham, LPN at 9/7/17 8:35 AM                          Page 2 of 5

9-7-2017                          301784417280001                          5220170907003823

Lincoln/White 1142

White, Sabrina Lynette (MR # 1932025) DOB: 12/03/1972

- Migraine headache

## Objective:

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Eyes: EOM are normal. Right eye exhibits no discharge. Left eye exhibits no discharge.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes.
Musculoskeletal: She exhibits no edema.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry. She is not diaphoretic. No erythema.
Psychiatric: She has a normal mood and affect.
Vitals reviewed.

## Vitals:

|  | 08/24/17 1000 |
|---|---|
| BP: | 120/76 |
| Pulse: | 86 |
| Resp: | 16 |
| Temp: | 98.3 °F (36.8 °C) |

## Assessment/ PLAN

**Spondylosis of lumbar region without myelopathy or radiculopathy**
- hydrocodone-acetaminophen 5-325mg (NORCO) 5-325 mg per tablet; Take 1 tablet by mouth every 24 hours as needed for Pain. Dispense: 20 tablet; Refill: 0
- gabapentin (NEURONTIN) 100 MG capsule; Take 1 capsule (100 mg total) by mouth 2 (two) times daily as needed. Dispense: 60 capsule; Refill: 0
- reviewed notes from PMR- Dr Derbigny

**Medication refill**
- clonazePAM (KLONOPIN) 0.5 MG tablet; Take 1 tablet (0.5 mg total) by mouth 2 (two) times daily as needed for Anxiety. Dispense: 60 tablet; Refill: 1

Plan as above
rtc1 month

Lija Thomas, MD
Ochsner Jefferson Place Family Medicine

Not recorded

Lincoln/White 1143

Sep. 7. 2017 . 8:39AM    (MR # 1932025) DOB:                      No. 0470    P. 4
White, Sabrina Lynette

# White, Sabrina Lynette

MRN: 1932025
Description: 44 year old female

**Office Visit** 8/21/2017      Provider: Erin W. Derbigny, MD (Physical Medicine and Rehabilitation)
Summa - Physiatry          Primary diagnosis: Muscle tightness
                           Reason for Visit: Back Pain, Knee Pain; Referred by Lija Thomas, MD

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 131/90 (Abnormal) Pulse 90 Resp 14 Ht 5' 4" (1.626 m) Wt 118.8 kg (262 lb) |
| | LMP 08/01/2017 BMI 44.97 kg/m² BSA 2.32 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, Detailed Report, Patient Education, Care Plan, History, Allergies, |
| | Patient-Entered Questionnaires |

## Instructions

 Return if symptoms worsen or fail to improve.

**Patient Instructions** ≫

After Visit Summary (Printed 8/21/2017)

## Progress Notes

Erin W. Derbigny, MD (Physician) · Physical Medicine and Rehabilitation

PM&R NEW PATIENT HISTORY & PHYSICAL :

Referring Physician:

**Chief Complaint**
Patient presents with
- Back Pain
    *on the right, lower to middle; post fall*
- Knee Pain
    *bilateral, post fall*

HPI: This is a 44 y.o. female being seen in clinic today for evaluation of neck, back and knee pain that worsened after falling a few weeks ago. She was seen by PCP, no fractures. Since then she complains of achy pain in her knees and low back with tightness and spasms into her mid and upper back. Flexeril provides some relief but not long lasting. She denies significant weakness or numbness/tingling.

History obtained from patient

Functional History:
Walking: Not limited
Transfers: Independent
Assistive devices: No
Power mobility: No
Falls: None
Directional preference:change of position

White, Sabrina Lynette (MR # 1932025) DOB: 12/03/1972

Employment status:not working

Needs help with:
Nothing - all ADLS normal

Past family, medical, social, and surgical history reviewed in chart

Review of Systems:

General- denies lethargy, weight change, fever, chills
Head/neck- denies swallowing difficulties +headaches
ENT- denies hearing changes
Cardiovascular-denies chest pain
Pulmonary- denies shortness of breath
GI- denies constipation or bowel incontinence
GU- denies bladder incontinence
Skin- denies wounds or rashes
Musculoskeletal- +/-weakness, +pain
Neurologic- denies numbness and tingling
Psychiatric- +depression, denies anxiety
Lymphatic-denies swelling
Endocrine- denies hypoglycemic symptoms/DM history
All other pertinent systems negative

Physical Examination:
General: Well developed, well nourished female, NAD
HEENT:NCAT EOMI bilaterally
Pulmonary:Normal respirations

Spinal Examination: CERVICAL
Active ROM is within normal limits.
Inspection: No deformity of spinal alignment.
Palpation: No vertebral tenderness to percussion.  ttp and tight bands at trapezius and rhomboids
Spurling test: neg

Spinal Examination: LUMBAR or THORACIC
Active ROM is limited in full flex and ext due to tightness
Inspection: No deformity of spinal alignment.  No palpable olisthesis.
Palpation: No vertebral tenderness to percussion.  Very ttp at si joints, paraspinals
+facet loading
SLR Test (seated and supine):negative bilaterally
Able to stand on heels and toes

Bilateral Upper and Lower Extremities:
Pulses are 2+ at radial,  bilaterally.
Shoulder/Elbow/Wrist/Hand ROM
Hip/Knee/Ankle ROM wnl, ttp at med jt lines at knees, mild edema
Bilateral Extremities show normal capillary refill.  No signs of cyanosis, rubor, edema, skin
changes, or dysvascular changes of appendages.  Nails appear intact.

Neurological Exam:
Cranial Nerves:
II-XII grossly intact

Lincoln/White 1145

White, Sabrina Lynette (MR # 1932025) DOB:

Manual Muscle Testing: (Motor 5=normal)

**RIGHT** Upper extremity: Shoulder abduction 5/5, Biceps 5/5, Triceps 5/5, Wrist extension 5/5, Abductor pollicis brevis 5/5, Ulnar hand intrinsics 5/5,
**LEFT** Upper extremity: Shoulder abduction 5/5, Biceps 5/5, Triceps 5/5, Wrist extension 5/5, Abductor pollicis brevis 5/5, Ulnar hand intrinsics 5/5,
**RIGHT** Lower extremity: Hip flexion 5/5, Hip Abduction 4/5, Hip Adduction 4/5, Knee extension 4+5/5, Knee flexion 5/5, Ankle dorsiflexion 5/5, Extensor hallucis longus 5/5, Ankle plantarflexion 5/5
**LEFT** Lower extremity:  Hip flexion 5/5, Hip Abduction 4/5,Hip Adduction 4/5, Knee extension 4+/5, Knee flexion 5/5, Ankle dorsiflexion 5/5, Extensor hallucis longus 5/5, Ankle plantarflexion 5/5

No focal atrophy is noted of either upper or lower extremity.

Bilateral Reflexes:1+patellar
Hoffman's response is absent bilaterally.
No clonus at knee or ankle.

Sensation: tested to light touch  - intact in all four limbs.

Gait: Narrow base and good arm swing.


IMPRESSION/PLAN: This is a 44 y.o.  female with cervical and lumbar DJD/DDD, knee DJD, muscle spasms

1. Rx for **PT-hope**--Strengthening, myofascial release, dec pain, modalities, HEP
2. Etodolac 400mg BID and refill flexeril 5mg bid prn
3. Ice/heat modalities
4. Cervical, lumbar, and knee Xrays reviewed with patient-all questions answered
5. Fu prn if not improving with PT

Erin Derbigny, M.D.
Physical Medicine and Rehab


## Communications

 Letter sent to Lija Thomas, MD
📎 AMB Visit Summary: Provider Version

Not recorded

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99204 | PR OFFICE/OUTPT VISIT,NEW,LEVL IV | 8/21/2017 | Erin W. Derbigny, MD | S$GLB | 1 |
| 999999214 | PR PBB SHADOW E&M-EST. PATIENT-LVL IV | 8/21/2017 | Erin W. Derbigny, MD | PBBFAC | 1 |
| 3080F | PR MOST RECENT DIASTOLIC BLOOD PRESSURE >= 90 MM HG | 8/21/2017 | Erin W. Derbigny, MD | S$GLB | 1 |

White, Sabrina Lynette (MR # 1932025) DOB:

# White, Sabrina Lynette

MRN: 1932025
Description: 44 year old female

**Office Visit** 8/16/2017       Provider: Lija Thomas, MD (Family Medicine)
Jefferson Place - Fam Medicine  Primary diagnosis: Chronic bilateral low back pain without sciatica
Reason for Visit: Follow-up

## Fall Risk

Patient Mobility Status: Ambulatory
Number of falls in the past 12 months?: 1
Fall Risk?: No

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 130/80 Pulse 80 Temp 97 °F (36.1 °C) Resp 16 Ht 5' 4" (1.626 m) |
| | Wt 119 kg (262 lb 5.6 oz) LMP 08/01/2017 SpO2 98% BMI 45.03 kg/m² BSA 2.32 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| SmartForms: | OHS AMB - FALL RISK |
| Encounter Info: | Billing Info, Detailed Report, Patient Education, Care Plan, History, Allergies, |
| | Patient-Entered Questionnaires |

## Instructions

DO STRETCHES !!!! FOR YOUR BACK
CAN APPLY ASPER CREAM/BENGAY / BIOFREEZE/ TIGER BALM/ SALON PAS

After Visit Summary (Printed 8/16/2017)

## Progress Notes

Lija Thomas, MD (Physician) • Family Medicine

**Subjective:**

**Patient ID:** Sabrina Lynette White is a 44 y.o. female.

**Chief Complaint:** Follow-up (back pain)

HPI
Ms. White presents to clinic today for complaints of back pain.
She states it is a 8/10 in severity.
She states the pain is not radiating.
She states it is burning pain.
She denies any loss of bowel or bladder function.
She denies any tingling or numbness.
She has not been doing any stretches.
She states the muscle relaxer is not helping.

Review of Systems
Musculoskeletal: Positive for back pain.

Lincoln/White 1147

Sep. 7. 2017  8:40AM                                                    No. 0470    P. 8

White, Sabrina Lynette (MR # 1932025) DOB:

## Medication List with Changes/Refills

### Current Medications

| | |
|---|---|
| AUGMENTED BETAMETHASONE DIPROPIONATE (DIPROLENE-AF) 0.05 % CREAM | Apply topically 2 (two) times daily. |
| CLONAZEPAM (KLONOPIN) 0.5 MG TABLET | Take 1 tablet (0.5 mg total) by mouth 2 (two) times daily as needed for Anxiety. |
| CYCLOBENZAPRINE (FLEXERIL) 5 MG TABLET | Take 1 tablet (5 mg total) by mouth 2 (two) times daily as needed. |
| GABAPENTIN (NEURONTIN) 100 MG CAPSULE | Take 1 capsule (100 mg total) by mouth 2 (two) times daily as needed. |
| HYDROCODONE-ACETAMINOPHEN 5-325MG (NORCO) 5-325 MG PER TABLET | Take 1 tablet by mouth every 12 (twelve) hours as needed for Pain. |
| LORATADINE (CLARITIN) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth every morning. |
| OMEPRAZOLE (PRILOSEC OTC) 20 MG TABLET | Take 1 tablet (20 mg total) by mouth once daily. |
| ZOLPIDEM (AMBIEN) 5 MG TAB | TAKE ONE TABLET BY MOUTH AT BEDTIME AS NEEDED |

### Changed and/or Refilled Medications

| Modified Medication | Previous Medication |
|---|---|
| VENLAFAXINE (EFFEXOR-XR) 150 MG CP24 | venlafaxine (EFFEXOR-XR) 150 MG Cp24 |
| Take 1 capsule (150 mg total) by mouth once daily. | TAKE ONE CAPSULE BY MOUTH ONCE DAILY |

## Patient Active Problem List

Diagnosis
- Essential hypertension
- Depression
- Primary insomnia
- Migraine headache

## Objective:

### Physical Exam

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.

Printed by Temple M Graham, LPN at 9/7/17 8:35 AM                    Page 2 of 5

9-7-2017                           301784417280001                    5220170907003823

Lincoln/White 1148

White, Sabrina Lynette (MR # 1932025) DOB: 12/03/1972

HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Eyes: EOM are normal. Right eye exhibits no discharge. Left eye exhibits no discharge.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes.
Musculoskeletal: She exhibits no edema.
**Gait is wnl**
**Paraspinal Tenderness on L4-L5**
**No spinal tenderness**

Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry. She is not diaphoretic. No erythema.
Psychiatric: She has a normal mood and affect.
Vitals reviewed.

**Vitals:**

|  | 08/16/17 1541 |
|---|---|
| BP: | 130/80 |
| Pulse: | 80 |
| Resp: | 16 |
| Temp: | 97 °F (36.1 °C) |

**Assessment/ PLAN**

**Chronic bilateral low back pain without sciatica**
- Ambulatory Referral to Physiatry
- do stretches, continue heating / ice pack

**Medication refill**
- venlafaxine (EFFEXOR-XR) 150 MG Cp24; Take 1 capsule (150 mg total) by mouth once daily. Dispense: 30 capsule; Refill: 5

plan as above
rtc prn

Lija Thomas, MD
Ochsner Jefferson Place Family Medicine

Not recorded

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99214 | PR OFFICE/OUTPT VISIT,EST,LEVL IV | 8/16/2017 | Lija Thomas, MD | S$GLB | 1 |
| 999999215 | PR PBB SHADOW E&M-EST. PATIENT-LVL V | 8/16/2017 | Lija Thomas, MD | PBBFAC | 1 |
| 3079F | PR MOST RECENT DIASTOLIC BLOOD PRESSURE 80-89 MM HG | 8/16/2017 | Lija Thomas, MD | S$GLB | 1 |

Lincoln/White 1149

White, Sabrina Lynette (MR # 1932025) DOB:

# White, Sabrina Lynette

MRN: 1932025
Description: 44 year old female

**Office Visit** 7/31/2017
Jefferson Place - Fam Medicine

Provider: Lija Thomas, MD (Family Medicine)
Primary diagnosis: Osteoarthritis of both knees, unspecified osteoarthritis type
Reason for Visit: Injections

## Fall Risk

Patient Mobility Status: Ambulatory
Number of falls in the past 12 months?: 1 with injury
Fall Risk?: Yes

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 124/96 (BP Location: Right arm, Patient Position: Sitting) (Abnormal) Pulse 109 Temp 97.5 °F (36.4 °C) (Tympanic) Resp 18 Ht 5' 3" (1.6 m) Wt 117.8 kg (259 lb 11.2 oz) SpO2 98% BMI 46.00 kg/m² BSA 2.29 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics, Time-out |
| SmartForms: | OHS AMB - FALL RISK |
| Encounter Info: | Billing Info, Detailed Report, Patient Education, Care Plan, History, Allergies, Patient-Entered Questionnaires |

## Instructions

After Visit Summary (Automatic SnapShot taken 8/2/2017)

## Progress Notes

Lija Thomas, MD (Physician) • Family Medicine

**Subjective:**

**Patient ID:** Sabrina Lynette White is a 44 y.o. female.

**Chief Complaint:** Injections

HPI
Ms. White presents to clinic today for wanting knee injection.
She states she has had this before. She has had not had knee injections in over 1 year.
She denies any recent fever , cough or chest pain.
She states her knee hurt all the time.
The pain has flared up since her recent fall.

Review of Systems
Constitutional: Negative for fever.
Respiratory: Negative for cough.
Cardiovascular: Negative for chest pain.

**Medication List with Changes/Refills**
**Current Medications**

Printed by Temple M Graham, LPN at 9/7/17 8:36 AM

Page 1 of 5

White, Sabrina Lynette (MR # 1932025) DOB:

| | |
|---|---|
| AUGMENTED BETAMETHASONE DIPROPIONATE (DIPROLENE-AF) 0.05 % CREAM | Apply topically 2 (two) times daily. |
| CLONAZEPAM (KLONOPIN) 0.5 MG TABLET | Take 1 tablet (0.5 mg total) by mouth 2 (two) times daily as needed for Anxiety. |
| CYCLOBENZAPRINE (FLEXERIL) 5 MG TABLET | Take 1 tablet (5 mg total) by mouth 2 (two) times daily as needed. |
| GABAPENTIN (NEURONTIN) 100 MG CAPSULE | Take 1 capsule (100 mg total) by mouth 2 (two) times daily as needed. |
| HYDROCODONE-ACETAMINOPHEN 5-325MG (NORCO) 5-325 MG PER TABLET | Take 1 tablet by mouth every 12 (twelve) hours as needed for Pain. |
| LORATADINE (CLARITIN) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth every morning. |
| OMEPRAZOLE (PRILOSEC OTC) 20 MG TABLET | Take 1 tablet (20 mg total) by mouth once daily. |
| VENLAFAXINE (EFFEXOR-XR) 150 MG CP24 | Take 1 capsule (150 mg total) by mouth once daily. |
| ZOLPIDEM (AMBIEN) 5 MG TAB | TAKE ONE TABLET BY MOUTH AT BEDTIME AS NEEDED |

**Patient Active Problem List**
Diagnosis
- Essential hypertension
- Depression
- Primary insomnia
- Migraine headache

**Objective:**

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Eyes: EOM are normal. Right eye exhibits no discharge. Left eye exhibits no discharge.
Cardiovascular: Normal rate and regular rhythm.

Lincoln/White 1151

White, Sabrina Lynette (MR # 1932025) DOB:

Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes.
Musculoskeletal: She exhibits no edema.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry. She is not diaphoretic. No erythema.
Psychiatric: She has a normal mood and affect.
Vitals reviewed.

**Vitals:**

|  | 07/31/17 1054 |
| --- | --- |
| BP: | (!) 124/96 |
| Pulse: | 109 |
| Resp: | 18 |
| Temp: | 97.5 °F (36.4 °C) |

**Assessment/ PLAN**

**Osteoarthritis of both knees, unspecified osteoarthritis type**
Brief Procedure note
Time out done , patient explained procedure and risks
Both knee's marked with pen
Both knee cleaned with beta dine x 3 per knee
1 cc Kenalog and 4 cc lidocaine 1% was injected into the right knee using a antero- medial approach
Patient tolerated procedure well in right knee with null blood loss

For left knee,  Same procedure as above was applied.
Procedure was aborted soon as needle was injected into skin as patient had pain
Patient pain resolved as soon injection was stopped.
Patient was notified we will do procedure again on a different date, when she Is more ready.
Patient able to walk out of exam room with no acute issues.

Lija Thomas, MD
Ochsner Jefferson Place Family Medicine

Not recorded

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
| --- | --- | --- | --- | --- | --- |
| 20610 | PR DRAIN/INJECT LARGE JOINT/BURSA | 7/31/2017 | Lija Thomas, MD | RT, S$GLB | 1 |
| 999999213 | PR PBB SHADOW E&M-EST. PATIENT-LVL III | 7/31/2017 | Lija Thomas, MD | PBBFAC | 1 |

**Level of Service**

Level of Service
PR OFFICE/OUTPT VISIT,EST,LEVL III [99213]

**BestPractice Advisories**

White, Sabrina Lynette (MR # 1932025) DOB:

# White, Sabrina Lynette

MRN: 1932025
Description: 44 year old female

**Office Visit** 7/27/2017    Provider: Lija Thomas, MD (Family Medicine)
Jefferson Place - Fam Medicine    Primary diagnosis: Nerve pain
Reason for Visit: Back Pain

## Fall Risk

Patient Mobility Status: Ambulatory
Number of falls in the past 12 months?: 1 with injury
Fall Risk?: Yes

## Additional Documentation

Vitals:    BP 130/90 (BP Location: Right arm, Patient Position: Sitting) (Abnormal) Pulse 103
Temp 97.9 °F (36.6 °C) (Tympanic) Resp 18 Ht 5' 3" (1.6 m) Wt 116.4 kg (256 lb 9.9 oz)
SpO2 98% BMI 45.46 kg/m² BSA 2.27 m²

Flowsheets:    Custom Formula Data, Anthropometrics

SmartForms:    OHS AMB - FALL RISK

Encounter Info:    Billing Info, Detailed Report, Patient Education, Care Plan, History, Allergies,
Patient-Entered Questionnaires

## Instructions

Patient Instructions ⌄

After Visit Summary (Printed 7/27/2017)

## Progress Notes

Lija Thomas, MD (Physician) • Family Medicine
**Subjective:**

**Patient ID:** Sabrina Lynette White is a 44 y.o. female.

**Chief Complaint:** Back Pain

HPI
Ms. White presents to clinic today for follow up.
She states she is still having knee pain.
She states both her knee hurt.
She states she has had steroid shot before and would like that again.
She has not had steroid shot in at least 1 year.
She also has back pain.
She states the pain medicine is helping some what.
She states it is a burning pain.
She denies any rash.

Review of Systems
Constitutional: Negative for fever.

Printed by Temple M Graham, LPN at 9/7/17 8:36 AM    Page 1 of 5

Lincoln/White 1153

White, Sabrina Lynette (MR # 1932025) DOB:

Respiratory: Negative for cough and shortness of breath.
Gastrointestinal: Negative for abdominal pain, nausea and vomiting.
Genitourinary: Negative for dysuria.
Skin: Negative for rash.
Neurological:
   **Burning pain on back**

## Medication List with Changes/Refills

### Current Medications

| Medication | Instructions |
|---|---|
| AUGMENTED BETAMETHASONE DIPROPIONATE (DIPROLENE-AF) 0.05 % CREAM | Apply topically 2 (two) times daily. |
| CLONAZEPAM (KLONOPIN) 0.5 MG TABLET | Take 1 tablet (0.5 mg total) by mouth 2 (two) times daily as needed for Anxiety. |
| CYCLOBENZAPRINE (FLEXERIL) 5 MG TABLET | Take 1 tablet (5 mg total) by mouth 2 (two) times daily as needed. |
| HYDROCODONE-ACETAMINOPHEN 5-325MG (NORCO) 5-325 MG PER TABLET | Take 1 tablet by mouth every 12 (twelve) hours as needed for Pain. |
| LORATADINE (CLARITIN) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth every morning. |
| OMEPRAZOLE (PRILOSEC OTC) 20 MG TABLET | Take 1 tablet (20 mg total) by mouth once daily. |
| VENLAFAXINE (EFFEXOR-XR) 150 MG CP24 | Take 1 capsule (150 mg total) by mouth once daily. |
| ZOLPIDEM (AMBIEN) 5 MG TAB | TAKE ONE TABLET BY MOUTH AT BEDTIME AS NEEDED |

## Patient Active Problem List
Diagnosis
- Essential hypertension
- Depression
- Primary insomnia
- Migraine headache

## Objective:

### Physical Exam

9-7-2017    301784417280001    5220170907003823

Lincoln/White 1154

White, Sabrina Lynette (MR # 1932025) DOB:

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Eyes: EOM are normal. Right eye exhibits no discharge. Left eye exhibits no discharge.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes.
Musculoskeletal: She exhibits no edema.
**No rash noted on back**
**No spinal or paraspinal tenderness**

Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry. She is not diaphoretic. No erythema.
Psychiatric: She has a normal mood and affect.
Vitals reviewed.

**Vitals:**

|       | 07/27/17 0957 |
|-------|---------------|
| BP:   | (!) 130/90    |
| Pulse: | 103          |
| Resp: | 18            |
| Temp: | 97.9 °F (36.6 °C) |

**Assessment/ PLAN**

**Nerve pain**
-    gabapentin (NEURONTIN) 100 MG capsule; Take 1 capsule (100 mg total) by mouth 2 (two) times daily as needed.  Dispense: 60 capsule; Refill: 0

**Medication refill**
-    loratadine (CLARITIN) 10 mg tablet; Take 1 tablet (10 mg total) by mouth every morning. Dispense: 30 tablet; Refill: 3

**Osteoarthritis of both knees, unspecified osteoarthritis type**
-    Cancel: X-ray Knee Ortho Left; Future; Expected date: 07/27/2017
-    X-ray Knee Ortho Right; Future; Expected date: 07/27/2017
Plan as above
rtc prn


Lija Thomas, MD
Ochsner Jefferson Place Family Medicine


Not recorded

## All Charges for This Encounter

| Code  | Description | Service Date | Service Provider | Modifiers | Qty |
|-------|-------------|--------------|------------------|-----------|-----|
| 99214 | PR OFFICE/OUTPT VISIT,EST,LEVL IV | 7/27/2017 | Lija Thomas, MD | S$GLB | 1 |

Lincoln/White 1155

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED<br>September 7, 2017 11:51:13 AM EDT | REMOTE CSID<br>2253363114 | DURATION<br>948 | PAGES<br>22 | STATUS<br>Received |

Sep. 7, 2017 10:35AM                                                                    No. 0503    P. 1

White, Subrina Lynette (MR # 1932025) DOB:

# X-ray Knee Ortho Bilateral

Status: Final result

## MyChart Results Release

MyChart Status: Pending                        Results Release

## Result Notes

Notes Recorded by Tiffany Hill, MA on 7/27/2017 at 11:33 AM CDT
Left message for pt to call back.
......

Notes Recorded by Lija Thomas, MD on 7/27/2017 at 11:15 AM CDT
Can we please let her know that she has bone spurs and some mild arthritis on her knee joints
I can do steroid shot on her if she wants , next time

Thanks

## PACS Images

Show Images for X-ray Knee Ortho Bilateral

## Reviewed By List

Tiffany Hill, MA on 7/27/2017 11:38
Lija Thomas, MD on 7/27/2017 11:15

## External Result Report

External Result Report

## Narrative

Reason for study: pain

Comparison: 03/22/2008

Technique: standing AP, lateral, and
patellar views were obtained of the
bilateral knees

Findings:
Right knee: There is no radiographic
evidence of acute osseous,
articular, or soft tissue
abnormality. Small patellofemoral
marginal osteophytes are present
with preserved joint spaces

Left knee: There is no radiographic
evidence of acute osseous,
articular, or soft tissue
abnormality. Small tricompartmental

## Encounter

View Encounter

Lincoln/White 1156

White, Sabrina Lynette (MR. # 1932025) DOB: 12/03/1972

marginal osteophytes are present
with preserved joint spaces.

## Impression

Mild degenerative changes as above.
No acute findings.

Electronically signed by: MATTHEW
LAFLEUR MD
Date: 07/27/17
Time: 11:09

## Signed by

| Signed | Credentials | Date/Time | Phone | Pager |
|---|---|---|---|---|
| **LAFLEUR, MATTHEW R.** | MD | 7/27/2017 11:09 | 504-842-3470 | |

## Reviewed By

Tiffany Hill, MA on 7/27/2017 11:38
Lija Thomas, MD on 7/27/2017 11:15

## Exam Details

| Performed Procedure | Technologist | Supporting Staff | Performing Physician |
|---|---|---|---|
| X-ray Knee Ortho Bilateral | Kristen M. Madere | | |

| Appointment Date/Status | Modality | Department | |
|---|---|---|---|
| 7/27/2017   Completed | JPLH XR1 | JPLH XRAY | |

| Begin Exam | End Exam | Begin Exam Questionnaires | End Exam Questionnaires |
|---|---|---|---|
| 7/27/2017 10:48 AM | 7/27/2017 10:58 AM | RIS PREGNANCY TECH NAVIGATOR | IMAGING END ALL |

# X-ray Knee Ortho Bilateral [IMG3228] (Order 288998743)

Imaging

Date and Time: 7/27/2017 10:33 AM  Department: Jplh Xray  Rel By: Kristen M. Madere
Authorizing: Lija Thomas, MD

9-7-2017    301784417280001    5220170907009742

Lincoln/White 1157

Sep. 7. 2017 10:36AM ....ette (MR # 1932025) DOB:                    No. 0508    P. 3

# X-Ray Lumbar Spine Ap And Lateral
Status: Final result

## MyChart Results Release
MyChart Status: Pending                    Results Release

## Result Notes
Notes Recorded by Temple M Graham, LPN on 7/26/2017 at 4:09 PM CDT
Patient contacted with the results
------

Notes Recorded by Temple M Graham, LPN on 7/20/2017 at 8:28 AM CDT
Attempted to contact the patient no answer.
------

Notes Recorded by Lija Thomas, MD on 7/19/2017 at 11:53 AM CDT
Can we please let her know that both her xray looked okay
Did not have fracture or dislocation of her spine or her neck

Thanks

## PACS Images
Show images for X-Ray Lumbar Spine Ap And Lateral

## Reviewed By List
Temple M Graham, LPN on 7/26/2017 16:09
Lija Thomas, MD on 7/19/2017 11:53

## External Result Report
External Result Report

## Narrative                    Encounter
Comparison:  09/11/2010                    View Encounter

2 views, 3 images

Findings:

Minimal tilting and rotation to the
LEFT again noted on the AP view.
Mild multilevel marginal spurring
and facet arthropathy. Vertebral
body height and disc spaces appear
well maintained without acute
fracture or subluxation. Mild
degenerative changes bilateral SI
and hip joints.

White, Sabrina Lynette (MR # 1932025) Printed by Temple M Graham, LPN [205072] at ...   Page 1 of 4

Lincoln/White 1158

Sep. 7. 2017 10:36AM ...ette (MR # 1932025) DOB: 12/03/1972                    No. 0508    P. 4

## Impression

Spondylosis without acute fracture
or subluxation.   See above.


Electronically signed by: CARL W.
SCHERER III, MD
Date: 07/19/17
Time: 11:16

## Signed by

| Signed | Credentials | Date/Time | Phone | Pager |
|---|---|---|---|---|
| **SCHERER, CARL W. III** | MD | 7/19/2017  11.16 | 225-761-5380 | |

## Reviewed By

Temple M Graham, LPN on 7/26/2017 16:09
Lija Thomas, MD on 7/19/2017 11:53

## Exam Details

| Performed Procedure | Technologist | Supporting Staff | Performing Physician |
|---|---|---|---|
| X-Ray Lumbar Spine Ap And Lateral | Kristen M. Madere | | |

| Appointment Date/Status | Modality | Department | |
|---|---|---|---|
| 7/19/2017    Completed | JPLH XR1 | JPLH XRAY | |

| Begin Exam | End Exam | Begin Exam Questionnaires | End Exam Questionnaires |
|---|---|---|---|
| 7/19/2017 10:46 AM | 7/19/2017 10:53 AM | RIS PREGNANCY TECH NAVIGATOR | IMAGING END ALL |

# X-Ray Lumbar Spine Ap And Lateral [IMG66] (Order 287450025)

Imaging

Date and Time: 7/19/2017 10:30 AM  Department: Jplh Xray  Rel By: Temple M Graham, LPN
Authorizing: Lija Thomas, MD

## Parent Order Information

| Date and Time | Department | Ordering/Authorizing |
|---|---|---|

White, Sabrina Lynette (MR # 1932025) Printed by Temple M Graham, LPN [205072] at ...  Page 2 of 4

Lincoln/White 1159

# X-Ray Cervical Spine AP And Lateral

Status: Final result

## MyChart Results Release

MyChart Status: Pending                    Results Release

## PACS Images

Show images for X-Ray Cervical Spine AP And Lateral

## Reviewed By List

Lija Thomas, MD on 7/19/2017 11:53

## External Result Report

External Result Report

## Narrative                                        ## Encounter

Comparison: 09/11/2010                    View Encounter

2 views, 4 images

Findings:

Straightening of the normal
curvature again noted.  There is
anterior and posterior marginal
spurring with minimal loss of disc
height at the C5-6 level.  Minimal
loss of disc height noted throughout
remainder of the C-spine.  Vertebral
body height and alignment well
maintained.  No fracture or
subluxation.  Prevertebral soft
tissues, C1-2 articulation and
odontoid normal in appearance
allowing for positioning.

## Impression

Spondylosis without acute fracture
or subluxation.

Persistent straightening of the
normal C-spine curvature.

Followup and/or further evaluation
as warranted.

White, Sabrina Lynette (MR # 1932025) Printed by Temple M Graham, LPN [205072] at ...  Page 1 of 4

Lincoln/White 1160

Sep. 7. 2017 10:37AM ....ette (MR # 1932025) DOB:            No. 0508    P. 6

Electronically signed by: CARL W.
SCHERER III, MD
Date: 07/19/17
Time: 11:18

## Signed by

| Signed | Credentials | Date/Time | Phone | Pager |
|--------|-------------|-----------|-------|-------|
| **SCHERER, CARL W. III** | MD | 7/19/2017 11:18 | 225-761-5380 | |

## Reviewed By

Lija Thomas, MD on 7/19/2017 11:53

## Exam Details

| Performed Procedure | Technologist | Supporting Staff | Performing Physician |
|---------------------|--------------|------------------|----------------------|
| X-Ray Cervical Spine AP And Lateral | Kristen M. Madere | | |

| Appointment Date/Status | Modality | Department | |
|--------------------------|----------|------------|--|
| 7/19/2017   Completed | JPLH XR1 | JPLH XRAY | |

| Begin Exam | End Exam | Begin Exam Questionnaires | End Exam Questionnaires |
|------------|----------|---------------------------|-------------------------|
| 7/19/2017 10:37 AM | 7/19/2017 10:44 AM | RIS PREGNANCY TECH NAVIGATOR | IMAGING END ALL |

# X-Ray Cervical Spine AP And Lateral [IMG56] (Order 287450027)

Imaging

Date and Time: 7/19/2017 10:30 AM  Department: Jplh Xray  Rel By: Temple M Graham, LPN
Authorizing: Lija Thomas, MD

## Parent Order Information

| Date and Time | Department | Ordering/Authorizing |
|---------------|------------|----------------------|
| 7/19/2017 10:08 AM | Jefferson Place  Fam Medicine | Lija Thomas, MD |

## Order Information

| Order Date/Time | Release Date/Time | Start Date/Time | End Date/Time |
|-----------------|-------------------|-----------------|---------------|
| 07/19/17 10:30 AM | 07/19/17 10:30 AM | 07/19/17 10:30 AM | 7/19/2017 |

## Order Details

| Frequency | Duration | Priority | Order Class |
|-----------|----------|----------|-------------|

White, Sabrina Lynette (MR # 1932025) Printed by Temple M Graham, LPN [205072] at ...  Page 2 of 4

Lincoln/White 1161

White, Sabrina Lynette (MR # 1932025) DOB:

# White, Sabrina Lynette

MRN: 1932025
Description: 44 year old female

**Office Visit** 8/24/2017
Jefferson Place  Fam Medicine

Provider: Lija Thomas, MD (Family Medicine)
Primary diagnosis: Spondylosis of lumbar region without myelopathy or radiculopathy
Reason for Visit: Follow-up

## Fall Risk

Patient Mobility Status: Ambulatory
Number of falls in the past 12 months?: 0
Fall Risk?: No

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 120/76 Pulse 86 Temp 98.3 °F (36.8 °C) Resp 16 Ht 5' 4" (1.626 m) |
| | Wt 116.1 kg (256 lb 15.3 oz) LMP 08/01/2017 SpO2 00% BMI 43.93 kg/m² BSA 2.20 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| SmartForms: | OHS AMB - FALL RISK |
| Encounter Info: | Billing Info, Detailed Report, Patient Education, Care Plan, History, Allergies, |
| | Patient-Entered Questionnaires |

## Instructions

Return in about 5 weeks (around 9/25/2017) for 9 am appt with me .

After Visit Summary (Printed 8/24/2017)

## Progress Notes

Lija Thomas, MD (Physician) • Family Medicine

**Subjective**

Patient ID: Sabrina Lynette White is a 44 y.o. female.

**Chief Complaint:** Follow-up

HPI
Ms. White presents to clinic today for back pain follow up.
She states she went to see Dr. Derbigny and has been sent to PT.
She states the back pain is there all the time.
She states she was given a medication and it does not help or do anything.
She states she has to stand and walk at work and she can not.
She states the pain is in the lower back.
The pain is worst with sitting too long or standing too long.
She denies any loss of bladder or bowel function.

Review of Systems
Musculoskeletal: Positive for back pain.

**Medication List with Changes/Refills**

Sep. 7.2017 10:39AM
White, Sabrina Lynette (MR # 1932025) DOB: 12/03/1972

No. 0508    P. 7

# White, Sabrina Lynette

MRN: 1932025
Description: 44 year old female

**Office Visit** 8/24/2017
Jefferson Place - Fam Medicine

Provider: Lija Thomas, MD (Family Medicine)
Primary diagnosis: Spondylosis of lumbar region without myelopathy or radiculopathy
Reason for Visit: Follow-up

## Fall Risk

Patient Mobility Status: Ambulatory
Number of falls in the past 12 months?: 0
Fall Risk?: No

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 120/76 Pulse 86 Temp 98.3 °F (36.8 °C) Resp 16 Ht 5' 4" (1.626 m) |
| | Wt 116.1 kg (255 lb 15.3 oz) LMP 08/01/2017 SpO2 98% BMI 43.93 kg/m² BSA 2.29 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| SmartForms: | OHS AMB - FALL RISK |
| Encounter Info: | Billing Info, Detailed Report, Patient Education, Care Plan, History, Allergies, Patient-Entered Questionnaires |

## Instructions

Return in about 5 weeks (around 9/25/2017) for 9 am appt with me .

After Visit Summary (Printed 8/24/2017)

## Progress Notes

Lija Thomas, MD (Physician) · Family Medicine

**Subjective:**

**Patient ID:** Sabrina Lynette White is a 44 y.o. female.

**Chief Complaint:** Follow-up

HPI
Ms. White presents to clinic today for back pain follow up.
She states she went to see Dr. Derbigny and has been sent to PT.
She states the back pain is there all the time.
She states she was given a medication and it does not help or do anything.
She states she has to stand and walk at work and she can not.
She states the pain is in the lower back.
The pain is worst with sitting too long or standing too long.
She denies any loss of bladder or bowel function.

Review of Systems
Musculoskeletal: Positive for back pain.

**Medication List with Changes/Refills**

Printed by Temple M Graham, LPN at 9/7/17 8:35 AM

Page 1 of 5

Lincoln/White 1163

Sep. 7. 2017 10:40AM                                                    No. 0508    P. 8
White, Sabrina Lynette (MR # 1932025) DOB:

## Current Medications

| | |
|---|---|
| AUGMENTED BETAMETHASONE DIPROPIONATE (DIPROLENE-AF) 0.05 % CREAM | Apply topically 2 (two) times daily. |
| CYCLOBENZAPRINE (FLEXERIL) 5 MG TABLET | Take 1 tablet (5 mg total) by mouth 2 (two) times daily as needed |
| ETODOLAC (LODINE) 400 MG TABLET | Take 1 tablet (400 mg total) by mouth 2 (two) times daily. |
| LORATADINE (CLARITIN) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth every morning. |
| OMEPRAZOLE (PRILOSEC OTC) 20 MG TABLET | Take 1 tablet (20 mg total) by mouth once daily. |
| VENLAFAXINE (EFFEXOR-XR) 150 MG CP24 | Take 1 capsule (150 mg total) by mouth once daily. |
| ZOLPIDEM (AMBIEN) 5 MG TAB | TAKE ONE TABLET BY MOUTH AT BEDTIME AS NEEDED |

## Changed and/or Refilled Medications

| Modified Medication | Previous Medication |
|---|---|
| CLONAZEPAM (KLONOPIN) 0.5 MG TABLET | clonazePAM (KLONOPIN) 0.5 MG tablet |
| Take 1 tablet (0.5 mg total) by mouth 2 (two) times daily as needed for Anxiety. | Take 1 tablet (0.5 mg total) by mouth 2 (two) times daily as needed for Anxiety. |
| GABAPENTIN (NEURONTIN) 100 MG CAPSULE | gabapentin (NEURONTIN) 100 MG capsule |
| Take 1 capsule (100 mg total) by mouth 2 (two) times daily as needed. | Take 1 capsule (100 mg total) by mouth 2 (two) times daily as needed. |
| HYDROCODONE-ACETAMINOPHEN 5-325MG (NORCO) 5-325 MG PER TABLET | hydrocodone-acetaminophen 5-325mg (NORCO) 5-325 mg per tablet |
| Take 1 tablet by mouth every 24 hours as needed for Pain. | Take 1 tablet by mouth every 12 (twelve) hours as needed for Pain. |

## Patient Active Problem List
Diagnosis
- Essential hypertension
- Depression
- Primary insomnia

Printed by Temple M Graham, TPM at 9/7/17 8:15 AM                        Page 2 of 5

Sep. 7. 2017 10:41AM White, Sabrina Lynette (MR # 1932025) DOB:          No. 0500    P. 9

• Migraine headache

**Objective:**

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal
Left Ear: External ear normal.
Eyes: EOM are normal. Right eye exhibits no discharge. Left eye exhibits no discharge.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes.
Musculoskeletal: She exhibits no edema.
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry. She is not diaphoretic. No erythema
Psychiatric: She has a normal mood and affect.
Vitals reviewed.

**Vitals:**

|  | 08/24/17 1000 |
| --- | --- |
| BP: | 120/76 |
| Pulse: | 86 |
| Resp: | 16 |
| Temp: | 98.3 °F (36.8 °C) |

**Assessment/ PLAN**

**Spondylosis of lumbar region without myelopathy or radiculopathy**
-    hydrocodone-acetaminophen 5-325mg (NORCO) 5-325 mg per tablet; Take 1 tablet by mouth every 24 hours as needed for Pain.  Dispense: 20 tablet; Refill: 0
-    gabapentin (NEURONTIN) 100 MG capsule; Take 1 capsule (100 mg total) by mouth 2 (two) times daily as needed.  Dispense: 60 capsule; Refill: 0
- reviewed notes from PMR- Dr Derbigny

**Medication refill**
-    clonazePAM (KLONOPIN) 0.5 MG tablet; Take 1 tablet (0.5 mg total) by mouth 2 (two) times daily as needed for Anxiety.  Dispense: 60 tablet; Refill: 1

Plan as above
rtc1 month

Lija Thomas, MD
Ochsner Jefferson Place Family Medicine

Not recorded

9-7-2017                    301784417280001                    5220170907009742

Lincoln/White 1165

# White, Sabrina Lynette

MRN: 1932025
Description: 44 year old female

**Office Visit** 8/21/2017
Summa - Physiatry

Provider: Erin W. Derbigny, MD (Physical Medicine and Rehabilitation)
Primary diagnosis: Muscle tightness
Reason for Visit: Back Pain, Knee Pain; Referred by Lija Thomas, MD

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 131/90 (Abnormal) Pulse 90 Resp 14 Ht 5' 4" (1.626 m) Wt 118.8 kg (262 lb) LMP 08/01/2017 BMI 44.97 kg/m² BSA 2.32 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, Detailed Report, Patient Education, Care Plan, History, Allergies, Patient-Entered Questionnaires |

## Instructions

Return if symptoms worsen or fail to improve.

Patient Instructions ≽

After Visit Summary (Printed 8/21/2017)

## Progress Notes    Erin W. Derbigny, MD (Physician) • Physical Medicine and Rehabilitation
PM&R NEW PATIENT HISTORY & PHYSICAL :

Referring Physician:

**Chief Complaint**
Patient presents with
- Back Pain
    *on the right, lower to middle; post fall*
- Knee Pain
    *bilateral, post fall*

HPI: This is a 44 y.o. female being seen in clinic today for evaluation of neck, back and knee pain that worsened after falling a few weeks ago. She was seen by PCP, no fractures. Since then she complains of achy pain in her knees and low back with tightness and spasms into her mid and upper back. Flexeril provides some relief but not long lasting. She denies significant weakness or numbness/tingling.

History obtained from patient

Functional History:
Walking: Not limited
Transfers: Independent
Assistive devices: No
Power mobility: No
Falls: None
Directional preference:change of position

Lincoln/White 1166

White, Sabrina Lynette (MR # 1932025) DOB: 12/03/1972

Employment status:not working

Needs help with:
Nothing - all ADLS normal

Past family, medical, social, and surgical history reviewed in chart

Review of Systems:

General- denies lethargy, weight change, fever, chills
Head/neck- denies swallowing difficulties +headaches
ENT- denies hearing changes
Cardiovascular-denies chest pain
Pulmonary- denies shortness of breath
GI- denies constipation or bowel incontinence
GU- denies bladder incontinence
Skin- denies wounds or rashes
Musculoskeletal- +/-weakness, +pain
Neurologic- denies numbness and tingling
Psychiatric- +depression, denies anxiety
Lymphatic-denies swelling
Endocrine- denies hypoglycemic symptoms/DM history
All other pertinent systems negative

Physical Examination:
General: Well developed, well nourished female, NAD
HEENT:NCAT EOMI bilaterally
Pulmonary:Normal respirations

Spinal Examination: CERVICAL
Active ROM is within normal limits.
Inspection: No deformity of spinal alignment.
Palpation: No vertebral tenderness to percussion. ttp and tight bands at trapezius and rhomboids
Spurling test: neg

Spinal Examination: LUMBAR or THORACIC
Active ROM is limited in full flex and ext due to tightness
Inspection: No deformity of spinal alignment. No palpable olisthesis.
Palpation: No vertebral tenderness to percussion. Very ttp at si joints, paraspinals
+facet loading
SLR Test (seated and supine):negative bilaterally
Able to stand on heels and toes

Bilateral Upper and Lower Extremities:
Pulses are 2+ at radial, bilaterally.
Shoulder/Elbow/Wrist/Hand ROM
Hip/Knee/Ankle ROM wnl, ttp at med jt lines at knees, mild edema
Bilateral Extremities show normal capillary refill. No signs of cyanosis, rubor, edema, skin
changes, or dysvascular changes of appendages. Nails appear intact.

Neurological Exam:
Cranial Nerves:
II-XII grossly intact

Lincoln/White 1167

White, Sabrina Lynette (MR # 1932025) DOB: 12/03/1972

Manual Muscle Testing: (Motor 5=normal)

**RIGHT** Upper extremity: Shoulder abduction 5/5, Biceps 5/5, Triceps 5/5, Wrist extension 5/5, Abductor pollicis brevis 5/5, Ulnar hand intrinsics 5/5,
**LEFT** Upper extremity: Shoulder abduction 5/5, Biceps 5/5, Triceps 5/5, Wrist extension 5/5, Abductor pollicis brevis 5/5, Ulnar hand intrinsics 5/5,
**RIGHT** Lower extremity: Hip flexion 5/5, Hip Abduction 4/5, Hip Adduction 4/5, Knee extension 4+5/5, Knee flexion 5/5, Ankle dorsiflexion 5/5, Extensor hallucis longus 5/5, Ankle plantarflexion 5/5
**LEFT** Lower extremity:  Hip flexion 5/5, Hip Abduction 4/5, Hip Adduction 4/5, Knee extension 4+/5, Knee flexion 5/5, Ankle dorsiflexion 5/5, Extensor hallucis longus 5/5, Ankle plantarflexion 5/5

No focal atrophy is noted of either upper or lower extremity.

Bilateral Reflexes:1+patellar
Hoffman's response is absent bilaterally.
No clonus at knee or ankle.

Sensation: tested to light touch  - intact in all four limbs

Gait: Narrow base and good arm swing.

IMPRESSION/PLAN: This is a 44 y.o.  female with cervical and lumbar DJD/DDD, knee DJD, muscle spasms

1. Rx for PT-hope-Strengthening, myofascial release, dec pain, modalities, HEP
2. Etodolac 400mg BID and refill flexeril 5mg bid prn
3. Ice/heat modalities
4. Cervical, lumbar, and knee Xrays reviewed with patient-all questions answered
5. Fu prn if not improving with PT

Erin Derbigny, M.D.
Physical Medicine and Rehab

## Communications

 Letter sent to Lija Thomas, MD
AMB Visit Summary: Provider Version

Not recorded

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|------|-------------|--------------|------------------|-----------|-----|
| 99204 | PR OFFICE/OUTPT VISIT,NEW,LEVL IV | 8/21/2017 | Erin W. Derbigny, MD | S$GLB | 1 |
| 999999214 | PR PBB SHADOW E&M-EST. PATIENT-LVL IV | 8/21/2017 | Erin W. Derbigny, MD | PBBFAC | 1 |
| 3080F | PR MOST RECENT DIASTOLIC BLOOD PRESSURE >= 90 MM HG | 8/21/2017 | Erin W. Derbigny, MD | S$GLB | 1 |

Lincoln/White 1168

White, Sabrina Lynette (MR # 1932025) DOB:

# White, Sabrina Lynette

MRN. 1932025
Description: 44 year old female

**Office Visit** 8/16/2017     Provider: Lija Thomas, MD (Family Medicine)

Jefferson Place - Fam Medicine     Primary diagnosis: Chronic bilateral low back pain without sciatica

Reason for Visit: Follow-up

## Fall Risk

Patient Mobility Status: Ambulatory
Number of falls in the past 12 months?: 1
Fall Risk?: No

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 130/80 Pulse 80 Temp 97 °F (36.1 °C) Resp 16 Ht 5' 4" (1.626 m) |
| | Wt 119 kg (262 lb 5.6 oz) LMP 08/01/2017 SpO2 98% BMI 45.03 kg/m² BSA 2.32 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| SmartForms: | OHS AMB - FALL RISK |
| Encounter Info: | Billing Info, Detailed Report, Patient Education, Care Plan, History, Allergies, |
| | Patient-Entered Questionnaires |

## Instructions

DO STRETCHES !!!! FOR YOUR BACK
CAN APPLY ASPER CREAM/BENGAY / BIOFREEZE/ TIGER BALM/ SALON PAS

After Visit Summary (Printed 8/16/2017)

## Progress Notes

Lija Thomas, MD (Physician) • Family Medicine

**Subjective:**

**Patient ID:** Sabrina Lynette White is a 44 y.o. female.

**Chief Complaint:** Follow-up (back pain)

HPI
Ms. White presents to clinic today for complaints of back pain.
She states it is a 8/10 in severity.
She states the pain is not radiating.
She states it is burning pain.
She denies any loss of bowel or bladder function.
She denies any tingling or numbness.
She has not been doing any stretches.
She states the muscle relaxer is not helping.

Review of Systems
Musculoskeletal: Positive for back pain.

Lincoln/White 1169

White, Sabrina Lynette (MR # 1932025) DOB:

## Medication List with Changes/Refills

### Current Medications

| | |
|---|---|
| AUGMENTED BETAMETHASONE DIPROPIONATE (DIPROLENE-AF) 0.05 % CREAM | Apply topically 2 (two) times daily. |
| CLONAZEPAM (KLONOPIN) 0.5 MG TABLET | Take 1 tablet (0.5 mg total) by mouth 2 (two) times daily as needed for Anxiety. |
| CYCLOBENZAPRINE (FLEXERIL) 5 MG TABLET | Take 1 tablet (5 mg total) by mouth 2 (two) times daily as needed. |
| GABAPENTIN (NEURONTIN) 100 MG CAPSULE | Take 1 capsule (100 mg total) by mouth 2 (two) times daily as needed. |
| HYDROCODONE-ACETAMINOPHEN 5-325MG (NORCO) 5-325 MG PER TABLET | Take 1 tablet by mouth every 12 (twelve) hours as needed for Pain. |
| LORATADINE (CLARITIN) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth every morning. |
| OMEPRAZOLE (PRILOSEC OTC) 20 MG TABLET | Take 1 tablet (20 mg total) by mouth once daily. |
| ZOLPIDEM (AMBIEN) 5 MG TAB | TAKE ONE TABLET BY MOUTH AT BEDTIME AS NEEDED |

### Changed and/or Refilled Medications

| Modified Medication | Previous Medication |
|---|---|
| VENLAFAXINE (EFFEXOR-XR) 150 MG CP24 | venlafaxine (EFFEXOR-XR) 150 MG Cp24 |
| Take 1 capsule (150 mg total) by mouth once daily. | TAKE ONE CAPSULE BY MOUTH ONCE DAILY |

## Patient Active Problem List

Diagnosis

- Essential hypertension
- Depression
- Primary insomnia
- Migraine headache

## Objective

### Physical Exam

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.

9-7-2017    301784417280001    5220170907009742

Lincoln/White 1170

Sep. 7.2017 10:45AM                                                No. 0508    P. 15
White, Sabrina Lynette (MR # 1932025) DOB:

HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Eyes: EOM are normal. Right eye exhibits no discharge. Left eye exhibits no discharge.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes.
Musculoskeletal: She exhibits no edema
**Gait is wnl**
**Paraspinal Tenderness on L4-L5**
**No spinal tenderness**

Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry. She is not diaphoretic. No erythema.
Psychiatric: She has a normal mood and affect.
Vitals reviewed.

**Vitals:**

|            | 08/16/17 1541 |
|------------|---------------|
| BP:        | 130/80        |
| Pulse:     | 80            |
| Resp:      | 16            |
| Temp.      | 97 °F (36.1 °C) |

**Assessment/ PLAN**

**Chronic bilateral low back pain without sciatica**
-    Ambulatory Referral to Physiatry
- do stretches, continue heating / ice pack

**Medication refill**
-    venlafaxine (EFFEXOR-XR) 150 MG Cp24; Take 1 capsule (150 mg total) by mouth once daily. Dispense: 30 capsule; Refill: 5

plan as above
rtc prn

Lija Thomas, MD
Ochsner Jefferson Place Family Medicine

Not recorded

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|------|-------------|--------------|------------------|-----------|-----|
| 99214 | PR OFFICE/OUTPT VISIT,EST,LEVL IV | 8/16/2017 | Lija Thomas, MD | S$GLB | 1 |
| 999999215 | PR PBB SHADOW E&M-EST. PATIENT-LVL V | 8/16/2017 | Lija Thomas, MD | PBBFAC | 1 |
| 3079F | PR MOST RECENT DIASTOLIC BLOOD PRESSURE 80-89 MM HG | 8/16/2017 | Lija Thomas, MD | S$GLB | 1 |

Lincoln/White 1171

White, Sabrina Lynette (MR # 1932025) DOB:

# White, Sabrina Lynette

MRN: 1932025
Description: 44 year old female

**Office Visit** 7/31/2017
Jefferson Place - Fam Medicine

Provider: Lija Thomas, MD (Family Medicine)
Primary diagnosis: Osteoarthritis of both knees, unspecified osteoarthritis type
Reason for Visit: Injections

## Fall Risk

Patient Mobility Status: Ambulatory
Number of falls in the past 12 months?: 1 with injury
Fall Risk?: Yes

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 124/96 (BP Location: Right arm, Patient Position: Sitting) (Abnormal) Pulse 109 Temp 97.5 °F (36.4 °C) (Tympanic) Resp 18 Ht 5' 3" (1.6 m) Wt 117.8 kg (259 lb 11.2 oz) SpO2 98% BMI 46.00 kg/m² BSA 2.29 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics, Time-out |
| SmartForms: | OHS AMB - FALL RISK |
| Encounter Info: | Billing Info, Detailed Report, Patient Education, Care Plan, History, Allergies, Patient-Entered Questionnaires |

## Instructions

After Visit Summary (Automatic SnapShot taken 8/2/2017)

## Progress Notes

Lija Thomas, MD (Physician) • Family Medicine

**Subjective:**

**Patient ID:** Sabrina Lynette White is a 44 y.o. female.

**Chief Complaint:** Injections

HPI
Ms. White presents to clinic today for wanting knee injection.
She states she has had this before. She has had not had knee injections in over 1 year.
She denies any recent fever , cough or chest pain.
She states her knee hurt all the time.
The pain has flared up since her recent fall.

Review of Systems
Constitutional: Negative for fever.
Respiratory: Negative for cough.
Cardiovascular: Negative for chest pain.

**Medication List with Changes/Refills**
**Current Medications**

Printed by Temple M Graham, LPN at 9/7/17 8:36 AM

Page 1 of 5

Lincoln/White 1172

White, Sabrina Lynette (MR # 1932025) DOB: 12/03/1972

| | |
|---|---|
| AUGMENTED BETAMETHASONE DIPROPIONATE (DIPROLENE-AF) 0.05 % CREAM | Apply topically 2 (two) times daily. |
| CLONAZEPAM (KLONOPIN) 0.5 MG TABLET | Take 1 tablet (0.5 mg total) by mouth 2 (two) times daily as needed for Anxiety. |
| CYCLOBENZAPRINE (FLEXERIL) 5 MG TABLET | Take 1 tablet (5 mg total) by mouth 2 (two) times daily as needed. |
| GABAPENTIN (NEURONTIN) 100 MG CAPSULE | Take 1 capsule (100 mg total) by mouth 2 (two) times daily as needed. |
| HYDROCODONE-ACETAMINOPHEN 5-325MG (NORCO) 5-325 MG PER TABLET | Take 1 tablet by mouth every 12 (twelve) hours as needed for Pain. |
| LORATADINE (CLARITIN) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth every morning. |
| OMEPRAZOLE (PRILOSEC OTC) 20 MG TABLET | Take 1 tablet (20 mg total) by mouth once daily. |
| VENLAFAXINE (EFFEXOR XR) 150 MG CP24 | Take 1 capsule (150 mg total) by mouth once daily. |
| ZOLPIDEM (AMBIEN) 5 MG TAB | TAKE ONE TABLET BY MOUTH AT BEDTIME AS NEEDED |

**Patient Active Problem List**
Diagnosis
- Essential hypertension
- Depression
- Primary insomnia
- Migraine headache

**Objective:**

Physical Exam
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Eyes: EOM are normal. Right eye exhibits no discharge. Left eye exhibits no discharge.
Cardiovascular: Normal rate and regular rhythm.

Lincoln/White 1173

Sep. 7. 2017 10:47AM                                         No. 0508    P. 18
White, Sabrina Lynette (MR # 1932025) DOB:

Pulmonary/Chest. Effort normal and breath sounds normal. No respiratory distress. She has no wheezes.
Musculoskeletal: She exhibits no edema.
Neurological: She is alert and oriented to person, place, and time.
Skin. Skin is warm and dry. She is not diaphoretic. No erythema.
Psychiatric: She has a normal mood and affect.
Vitals reviewed.

**Vitals:**

|  | 07/31/17 1054 |
|---|---|
| BP: | (!) 124/96 |
| Pulse: | 109 |
| Resp: | 18 |
| Temp: | 97.5 °F (36.4 °C) |

**Assessment/ PLAN**

**Osteoarthritis of both knees, unspecified osteoarthritis type**
Brief Procedure note
Time out done , patient explained procedure and risks
Both knee's marked with pen
Both knee cleaned with beta dine x 3 per knee
1 cc Kenalog and 4 cc lidocaine 1% was injected into the right knee using a antero- medial approach
Patient tolerated procedure well in right knee with null blood loss

For left knee,  Same procedure as above was applied.
Procedure was aborted soon as needle was injected into skin as patient had pain
Patient pain resolved as soon injection was stopped.
Patient was notified we will do procedure again on a different date, when she is more ready.
Patient able to walk out of exam room with no acute issues.

Lija Thomas, MD
Ochsner Jefferson Place Family Medicine

Not recorded

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 20610 | PR DRAIN/INJECT LARGE JOINT/BURSA | 7/31/2017 | Lija Thomas, MD | RT, S$GLB | 1 |
| 999999213 | PR PBB SHADOW E&M-EST. PATIENT-LVL III | 7/31/2017 | Lija Thomas, MD | PBBFAC | 1 |

## Level of Service

| Level of Service |
|---|
| PR OFFICE/OUTPT VISIT,EST,LEVL III [99213] |

## BestPractice Advisories

Printed by Temple M Graham, LPN at 9/7/17 8:36 AM                    Page 3 of 5

Lincoln/White 1174

# White, Sabrina Lynette

MRN: 1932025
Description: 44 year old female

**Office Visit 7/27/2017**      Provider: Lija Thomas, MD (Family Medicine)
Jefferson Place - Fam Medicine   Primary diagnosis: Nerve pain
                                 Reason for Visit: Back Pain

## Fall Risk

Patient Mobility Status: Ambulatory
Number of falls in the past 12 months?: 1 with injury
Fall Risk?: Yes

## Additional Documentation

Vitals:        BP 130/90 (BP Location: Right arm, Patient Position: Sitting) (Abnormal) Pulse 103
               Temp 97.9 °F (36.6 °C) (Tympanic) Resp 18 Ht 5' 3" (1.6 m) Wt 116.4 kg (256 lb 9.9 oz)
               SpO2 98% BMI 45.46 kg/m² BSA 2.27 m²

Flowsheets:    Custom Formula Data, Anthropometrics

SmartForms:    OHS AMB - FALL RISK

Encounter info.  Billing info, Detailed Report, Patient education, Care Plan, History, Allergies,
                 Patient-Entered Questionnaires

## Instructions

Patient Instructions ⍨


After Visit Summary (Printed 7/27/2017)

## Progress Notes

Lija Thomas, MD (Physician) · Family Medicine

**Subjective:**

**Patient ID:** Sabrina Lynette White is a 44 y.o. female.

**Chief Complaint:** Back Pain


HPI
Ms. White presents to clinic today for follow up.
She states she is still having knee pain.
She states both her knee hurt.
She states she has had steroid shot before and would like that again.
She has not had steroid shot in at least 1 year
She also has back pain.
She states the pain medicine is helping some what.
She states it is a burning pain.
She denies any rash.


Review of Systems
Constitutional: Negative for fever.


Printed by Temple M Graham, LPN at 9/7/17 8:36 AM                    Page 1 of 5

Lincoln/White 1175

Willis, Sabrina Lyuette (MR # 1932025) DOB: 12/03/1972

Respiratory: Negative for cough and shortness of breath.
Gastrointestinal: Negative for abdominal pain, nausea and vomiting
Genitourinary: Negative for dysuria.
Skin: Negative for rash.
Neurological:
   **Burning pain on back**

## Medication List with Changes/Refills

### Current Medications

| | |
|---|---|
| AUGMENTED BETAMETHASONE DIPROPIONATE (DIPROLENE-AF) 0.05 % CREAM | Apply topically 2 (two) times daily. |
| CLONAZEPAM (KLONOPIN) 0.5 MG TABLET | Take 1 tablet (0.5 mg total) by mouth 2 (two) times daily as needed for Anxiety. |
| CYCLOBENZAPRINE (FLEXERIL) 5 MG TABLET | Take 1 tablet (5 mg total) by mouth 2 (two) times daily as needed. |
| HYDROCODONE-ACETAMINOPHEN 5-325MG (NORCO) 5-325 MG PER TABLET | Take 1 tablet by mouth every 12 (twelve) hours as needed for Pain. |
| LORATADINE (CLARITIN) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth every morning. |
| OMEPRAZOLE (PRILOSEC OTC) 20 MG TABLET | Take 1 tablet (20 mg total) by mouth once daily. |
| VENLAFAXINE (EFFEXOR-XR) 150 MG CP24 | Take 1 capsule (150 mg total) by mouth once daily. |
| ZOLPIDEM (AMBIEN) 5 MG TAB | TAKE ONE TABLET BY MOUTH AT BEDTIME AS NEEDED |

## Patient Active Problem List
Diagnosis
- Essential hypertension
- Depression
- Primary insomnia
- Migraine headache

## Objective:

### Physical Exam

Lincoln/White 1176

White, Sabrina Lynette (MR # 1932025) DOB:

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Eyes: EOM are normal. Right eye exhibits no discharge. Left eye exhibits no discharge.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes.
Musculoskeletal: She exhibits no edema.
**No rash noted on back**
**No spinal or paraspinal tenderness**

Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry. She is not diaphoretic. No erythema.
Psychiatric: She has a normal mood and affect.
Vitals reviewed.

**Vitals:**

|  | 07/27/17 0957 |
|---|---|
| BP: | (!) 130/90 |
| Pulse: | 103 |
| Resp: | 18 |
| Temp: | 97.9 °F (36.6 °C) |

**Assessment/ PLAN**

**Nerve pain**
- gabapentin (NEURONTIN) 100 MG capsule; Take 1 capsule (100 mg total) by mouth 2 (two) times daily as needed. Dispense: 60 capsule; Refill: 0

**Medication refill**
- loratadine (CLARITIN) 10 mg tablet; Take 1 tablet (10 mg total) by mouth every morning. Dispense: 30 tablet; Refill: 3

**Osteoarthritis of both knees, unspecified osteoarthritis type**
- Cancel: X-ray Knee Ortho Left; Future; Expected date: 07/27/2017
- X-ray Knee Ortho Right; Future; Expected date: 07/27/2017

Plan as above
rtc prn

Lija Thomas, MD
Ochsner Jefferson Place Family Medicine

Not recorded

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99214 | PR OFFICE/OUTPT VISIT,EST,LEVEL IV | 7/27/2017 | Lija Thomas, MD | S$GLB | 1 |

Lincoln/White 1177

Win # 103880799

White, Sabrina Lynetta (MR # 1932025)

## Ambulatory Referral to Physical/Occupational Therapy [REF87] (Order 288998759)
### Outpatient Referral

Date and Time: 9/25/2017  1:50 PM
Department: Jplc Family Medicine
Referring/authorizing: Andrea D. Cothem, NP

### Dept Order Information

| Date | Department |
|---|---|
| 9/25/2017 | Jplc Family Medicine |

### Patient Demographics

| Patient Name | Sex | DOB | Address | Phone |
|---|---|---|---|---|
| White, Sabrina Lynette | Female | 72 | | (Home) "Preferred" (Mobile) |

### Department

| Name | Address | Phone |
|---|---|---|
| Jefferson Place - Fam Medicine | 8160 Jefferson Highway Baton Rouge LA 70809-7715 | 225-338-3100 |

### Referral Details

**Referred By**
Andrea D Cothem, NP
8150 JEFFERSON HWY
BATON ROUGE LA 70809
Phone: 225-338-3100

Diagnoses: Spondylosis of lumbar region without myelopathy or radiculopathy, Osteoarthritis of spine with radiculopathy, cervical region, Osteoarthritis of both knees, unspecified osteoarthritis type
Order: Ambulatory Referral To Physical/Occupational Therapy
Reason: Specialty services required

**Referred To**
Brown & Rogers Physical Therapy
8728 Jefferson Hwy
Baton Rouge LA 70809
Phone: 225-930-2400
Fax: 225-930-2470

### Primary Visit Coverage

| | | | |
|---|---|---|---|
| BLUE CROSS BLUE SHIELD | DC03 ALL OUT OF STATE | 0809270001 | |

### Primary visit coverage subscriber

| Subscriber ID | Subscriber Name | Subscriber Address |
|---|---|---|
| YYMWG110202WW00 | WHITE, SABRINA LYNETTE | |

### Secondary Visit Coverage

| | | | |
|---|---|---|---|
| MEDICAID | UHC COMMUNITY PLAN BAYOU HEALTH (LA MEDICAID) | | LABYHP |

### Secondary Visit Coverage Subscriber

| Subscriber ID | Subscriber Name | Subscriber Address |
|---|---|---|
| 110622887 | WHITE,SABRINA LYNETTE | |

### Associated Diagnoses

White, Sabrina Lynette (MR # 1932025) Printed by Andrea D. Cothem, NP [201817] at 9/25/17 1:50 PM                     Page 1 of 2

Lincoln/White 1178

WIN # 103880799

White, Sabrina Lynette (MR # 1932025)

## Ambulatory Referral to Physical/Occupational Therapy [REF87] (Order 288998759)
**Outpatient Referral**

Date and Time: 9/25/2017  1:50 PM
Department: Jplc Family Medicine
Ref By/Authorizing: Andrea D. Cothern, NP

### Dept Order Information

| Date | Department |
|---|---|
| 9/25/2017 | Jplc Family Medicine |

### Patient Demographics

| Patient Name | Sex | DOB | Address | Phone |
|---|---|---|---|---|
| White, Sabrina Lynette | Female | 12/3/19 72 | 2080 N LOBDELL BLVD APT 5218 BATON ROUGE LA 70806 | 225-200-9315 (Home) *Preferred* 225-200-9315 (Mobile) |

### Department

| Name | Address | Phone |
|---|---|---|
| Jefferson Place - Fam Medicine | 8150 Jefferson Highway Baton Rouge LA 70809-7715 | 225-336-3100 |

### Referral Details

| Referred By | Diagnoses | Referred To |
|---|---|---|
| Andrea D Cothern, NP 8150 JEFFERSON HWY BATON ROUGE LA 70809 Phone: 225-336-3100 Fax: 225-336-3111 | Diagnoses: Spondylosis of lumbar region without myelopathy or radiculopathy Osteoarthritis of spine with radiculopathy, cervical region Osteoarthritis of both knees, unspecified osteoarthritis type Order: Ambulatory Referral To Physical/Occupational Therapy Reason: Specialty Services Required | Brown & Rogers Physical Therapy 6723 Jefferson Hwy Baton Rouge LA 70808 Phone: 225-926-2400 Fax: 225-926-2470 |

### Primary Visit Coverage

| Payor | Plan | Sponsor Code | Group Number | Group Name |
|---|---|---|---|---|
| BLUE CROSS BLUE SHIELD | BCBS ALL OUT OF STATE | | 0809270001 | |

### Primary visit coverage subscriber

| Subscriber ID | Subscriber Name | Subscriber Address |
|---|---|---|
| WMW04162626W00 | WHITE,SABRINA LYNETTE | |

### Secondary Visit Coverage

| Payor | Plan | Sponsor Code | Group Number | Group Name |
|---|---|---|---|---|
| MEDICAID | UHC COMMUNITY PLAN BAYOU HEALTH (LA MEDICAID) | | LABYHP | |

### Secondary Visit Coverage Subscriber

| Subscriber ID | Subscriber Name | Subscriber Address |
|---|---|---|
| 110622687 | WHITE,SABRINA LYNETTE | 2080 N LOBDELL BLVD APT 5218 BATON ROUGE, LA 70806 |

### Associated Diagnoses

White, Sabrina Lynette (MR # 1932025) Printed by Andrea D. Cothem, NP [201817] at 9/25/17 1:50 PM

Page 1 of 2

9-25-2017

No. 1854  P. 1

301784417280001

Sep. 25. 2017  2:02PM

5220170925019907

Lincoln/White 1179

White, Sabrina Lynette (MR # 1932025)

**Associated Diagnoses (continued)**

| | ICD-10-CM | ICD-9-CM |
|---|---|---|
| Spondylosis of lumbar region without myelopathy or radiculopathy - Primary | M47.816 | 721.3 |
| Osteoarthritis of spine with radiculopathy, cervical region | M47.22 | 721.0 |
| Osteoarthritis of both knees, unspecified osteoarthritis type | M17.0 | 715.96 |

**Order Questions**

| Question | Answer | Comment |
|---|---|---|
| Post Surgical? | No | |
| Eval and Treat | Yes | |
| Location: | Neck | |
| | Back | |
| | Knees | |
| Specialty Programs | Aquatic Therapy | |

*Electronically signed by:* Andrea D Cothern, NP          *Lic #* AP04318          *NPI:* 1710042122

**Physician Signature**

Signature: A Cothun NP                                          Date: 9/25/2017

Print Name: Andrea Cothern NP

9-25-2017                    No. 1854    P. 2                    301784417280001                    Sep. 25, 2017  2:03PM                    5220170925019907

Lincoln/White 1180

# AFTER VISIT SUMMARY

Ochsner

**Sabrina L. White** DoB:

📅 9/25/2017  4:30 PM  📍 Jefferson Place – Fam Medicine 225-336-3100



## Instructions from André B Colman, NP

 **Today's medication changes**

- 🔲 **START taking:**
  **piroxicam** 20 MG capsule (FELDENE)
  predniSONE 50 MG Tab (DELTASONE)

- ◆ **CHANGE how you take:**
  cyclobenzaprine 10 MG tablet (FLEXERIL)

- ❌ **STOP taking:**
  etodolac 400 MG tablet (LODINE)

Accurate as of 9/25/17  1:57 PM.
Review your updated medication list below.

---

🛒 **Pick up these medications at Wal-Mart Pharmacy 839 - BATON ROUGE, LA - 9350 CORTANA PLACE**

cyclobenzaprine • loratadine • piroxicam • predniSONE

Address: 9350 CORTANA PLACE, BATON ROUGE LA 70815
Phone:    225-927-0114

---

👥 **Ambulatory Referral to Physical/Occupational Therapy (Brown & Rogers Physical Therapy)**
Expires: 9/25/2018 (requested)

---

## Medications You Will Be Given

**AUG 2 2017**   **lidocaine (PF) 10 mg/ml (1%)**
Next due Wednesday August 2 (Overdue)
Expected: one time (1 dose remaining)

**AUG 2 2017**   **lidocaine (PF) 10 mg/ml (1%)**
Next due Wednesday August 2 (Overdue)
Expected: one time (1 dose remaining)

**AUG 2 2017**   **triamcinolone acetonide (KENALOG-40)**
Next due Wednesday August 2 (Overdue)
Expected: once (1 dose remaining)

**AUG 2 2017**   **triamcinolone acetonide (KENALOG-40)**
Next due Wednesday August 2 (Overdue)
Expected: once (1 dose remaining)



Today's Visit

Monday September 25, 2017, the following issues were addressed: Degenerative disc disease of lumbar spine, Osteoarthritis of spine with radiculopathy, cervical region; and Osteoarthritis of both knees, unspecified osteoarthritis type.

| | | | |
|---|---|---|---|
| ❤️ Blood Pressure **132/86** | | 🧍 BMI **44.92** | |
| ⚖️ Weight **261 lb 11 oz** | | 📏 Height **5' 4"** | |
| 🌡️ Temperature (Tympanic) **97.2 °F** | | ❤️ Pulse **115** | |
| 🫁 Respiration **17** | | Oxygen Saturation **98%** | |

---

9-25-2017    301784417280001    5220170925019907

Lincoln/White 1181

# AFTER VISIT SUMMARY




Ochsner

Sabrina L White [illegible]    [illegible]



## Instructions from Andrea D Cothern, NP



**Today's medication changes**

○ START taking:
piroxicam 20 Mg capsule (FELDENE)
predniSONE 50 MG Tab (DELTASONE)

↑ CHANGE how you take:
[illegible]

✕ STOP taking:
etodolac 400 MG tablet (LODINE)

Accurate as of 9/25/17  1:57 PM.
REVIEW your updated medication list below.

---

Pick up these medications at Walmart
Pharmacy #80 - BATON ROUGE, LA   #7159
CORTANA PLACE
[illegible]
Address: 9350 CORTANA PLACE, BATON ROUGE LA 70815
Phone:   225-267-0114

---



Therapy (Brown & Rogers Physical Therapy)
Expires: 9/23/2018 [illegible]

## Medications You Will Be Given

**AUG 2 2017**  lidocaine (PF) 10 mg/ml (1%)
[illegible]

**AUG 2 2017**  lidocaine (PF) 10 mg/ml (1%)
[illegible]
Expected: one dose (1 dose remaining)

**AUG 2 2017**  triamcinolone acetonide (KENALOG-40)
Next due Wednesday August 2 (Overdue)
Expected: once (1 dose remaining)

**AUG 2 2017**  triamcinolone acetonide (KENALOG-40)
Next due Wednesday August 2 (Overdue)
Expected: once (1 dose remaining)

## Today's Visit

You saw Andrea D Cothern, NP on Monday September 25, 2017. The following issues were addressed: Degenerative lumbar disc, Whiplash Injury associated with neck pain; Spinal stenosis cervical region; and Osteoarthritis of both [illegible]

[illegible vitals block]

No. 1854   P. 3
9-25-2017    301784417280001    5220170925019907
Sep. 25. 2017  2:04PM

Lincoln/White 1182

# AFTER VISIT SUMMARY


Ochsner
Healthcare With Peace Of Mind

**Sabrina L White** DoB: 12/3/1972        📧 9/25/2017 4:30 PM  📍 Jefferson Place - Fam Medicine 225-346-4100



## Instructions from Andrea D Cothern, NP



**Today's medication changes**

⟳ START taking:
piroxicam 20 MG capsule (FELDENE)
predniSONE 50 MG Tab (DELTASONE)

◆ CHANGE how you take:
cyclobenzaprine 10 MG tablet (FLEXERIL)

✖ STOP taking:
etodolac 400 MG tablet (LODINE)

Accurate as of 9/25/17 1:57 PM.
Review your updated medication list below.

---

🛒 **Pick up these medications at Wal-Mart Pharmacy 839 - BATON ROUGE, LA - 9350 CORTANA PLACE**

cyclobenzaprine • loratadine • piroxicam • predniSONE
Address: 9350 CORTANA PLACE, BATON ROUGE LA 70815
Phone:   225-927-0114

---

👥 **Ambulatory Referral to Physical/Occupational Therapy (Brown & Rogers Physical Therapy)**
Expires: 9/25/2018 (requested)

---

## Medications You Will Be Given



AUG 2 2017  **lidocaine (PF) 10 mg/ml (1%)**
Next due Wednesday August 2 (Overdue)
Expected: one time (1 dose remaining)

AUG 2 2017  **lidocaine (PF) 10 mg/ml (1%)**
Next due Wednesday August 2 (Overdue)
Expected: one time (1 dose remaining)

AUG 2 2017  **triamcinolone acetonide (KENALOG-40)**
Next due Wednesday August 2 (Overdue)
Expected: once (1 dose remaining)

AUG 2 2017  **triamcinolone acetonide (KENALOG-40)**
Next due Wednesday August 2 (Overdue)
Expected: once (1 dose remaining)

## Today's Visit



You saw Andrea D Cothern, NP on Monday September 25, 2017. The following issues were addressed: Degenerative arthritis of lumbar spine; Osteoarthritis of spine with radiculopathy, cervical region; and Osteoarthritis of both knees, unspecified osteoarthritis type.

---

| | |
|---|---|
| 🩺 Blood Pressure **132/86** | 🧍 BMI **44.92** |
| ⚖ Weight **261 lb 11 oz** | 📏 Height **5' 4"** |
| 🌡 Temperature (Tympanic) **97.2 °F** | ♡ Pulse **115** |
| Respiration **17** | Oxygen Saturation **98%** |

Lincoln/White 1183

Lincoln/White 1184

Attention:

----------------------------------------------------

An error was detected during transmission. There may be pages missing from this fax.

9-25-2017                    301784417280001                    5220170925019907

# AFTER VISIT SUMMARY



**Ochsner**
Healthier Lives Pace of Mind

**Sabrina L. White** DoB:     📅 9/25/2017  4:30 PM  📍 Jefferson Place - Fam Medicine 225-336-3700



## Instructions from Andrea D Cothern, NP



### Today's medication changes

- ⊕ START taking:
  piroxicam 20 MG capsule (FELDENE)
  predniSONE 50 MG Tab (DELTASONE)

- ◆ CHANGE how you take:
  cyclobenzaprine 10 MG tablet (FLEXERIL)

- ⊗ STOP taking:
  etodolac 400 MG tablet (LODINE)

Accurate as of 9/25/17 1:57 PM.
Review your updated medication list below.

### Pick up these medications at Wal-Mart Pharmacy 839 - BATON ROUGE, LA - 9350 CORTANA PLACE

cyclobenzaprine • loratadine • piroxicam • predniSONE
Address: 9350 CORTANA PLACE, BATON ROUGE LA 70815
Phone:  225-927-0114

### Ambulatory Referral to Physical/Occupational Therapy (Brown & Rogers Physical Therapy)

Expires: 9/25/2018 (requested)

## Medications You Will Be Given



AUG 2 2017  **lidocaine (PF) 10 mg/ml (1%)**
Next due Wednesday August 2 (Overdue)
Expected: one time (1 dose remaining)

AUG 2 2017  **lidocaine (PF) 10 mg/ml (1%)**
Next due Wednesday August 2 (Overdue)
Expected: one time (1 dose remaining)

AUG 2 2017  **triamcinolone acetonide (KENALOG-40)**
Next due Wednesday August 2 (Overdue)
Expected: once (1 dose remaining)

AUG 2 2017  **triamcinolone acetonide (KENALOG-40)**
Next due Wednesday August 2 (Overdue)
Expected: once (1 dose remaining)

## Today's Visit



You saw Andrea D Cothern, NP on Monday September 25, 2017. The following issues were addressed: Degenerative arthritis of lumbar spine; Osteoarthritis of spine with radiculopathy, cervical region; and Osteoarthritis of both knees, unspecified osteoarthritis type:

| | | | |
|---|---|---|---|
| Blood Pressure 132/86 | | BMI 44.92 | |
| Weight 261 lb 11 oz | | Height 5' 4" | |
| Temperature (Tympanic) 97.2 °F | | Pulse 115 | |
| Respiration 17 | | Oxygen Saturation 98% | |

Sabrina L. White (MRN: 1932025) • Printed at 9/25/17 1:57 PM.    Page 1 of 4  Epic

No. 1854   P. 8/7

WWW.   UTOR 52 9017

September 25, 2017 3:28:35 PM EDT    REMOTE CSID: 2253363114    DURATION: 122    PAGES: 5    STATUS: Received

TIME RECEIVED    REMOTE CSID    DURATION    PAGES    STATUS

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

9-25-2017    301784417280001    5220170925021165

Lincoln/White 1185

## ✏Diagnoses this Visit

|  | Comments |
|---|---|
| Spondylosis of lumbar region without myelopathy or radiculopathy - Primary | |
| Osteoarthritis of spine with radiculopathy, cervical region | |
| Osteoarthritis of both knees, unspecified osteoarthritis type | |

## Allergies as of 9/25/2017

|  | Reactions |
|---|---|
| Bayer Aspirin (with Caffeine) [aspirin-caffeine] | Nausea Only |

## Patient Portal

**Activating your MyOchsner account is as easy as 1-2-3!**

**1) Visit my.ochsner.org,** select Sign Up Now, enter this activation code and your date of birth, then select Next.

**KC89S-8GNPS-7RFX3**

**Expires: 10/15/2017 11:46 AM**

**2) Create a username and password** to use when you visit MyOchsner in the future and select a security question in case you lose your password and select Next.

**3) Enter your e-mail address** and click Sign Up!

**Additional Information**
If you have questions, please e-mail myochsner@ochsner.org or call **877-339-2637** to talk to our MyOchsner staff.
**Remember, MyOchsner is NOT to be used for urgent needs. For medical emergencies, dial 911.**

9-25-2017                                    301784417280001                                5220170925021165

Lincoln/White 1186

## Your Medication List as of 9/25/17 1:57 PM

| | Always use your most recent med list. |
|---|---|
| **augmented betamethasone dipropionate** 0.05 % cream<br>Commonly known as: DIPROLENE-AF | Apply topically 2 (two) times daily. |
| **clonazePAM** 0.5 MG tablet<br>Commonly known as: KLONOPIN | Take 1 tablet (0.5 mg total) by mouth 2 (two) times daily as needed for Anxiety. |
| **cyclobenzaprine** 10 MG tablet<br>Commonly known as: FLEXERIL<br>CHANGE Changed by: Andrea D Cothern, NP | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed.<br>What changed:<br>• medication strength<br>• how much to take |
| **gabapentin** 100 MG capsule<br>Commonly known as: NEURONTIN | Take 1 capsule (100 mg total) by mouth 2 (two) times daily as needed. |
| **hydrocodone-acetaminophen 5-325mg** 5-325 mg per tablet<br>Commonly known as: NORCO | Take 1 tablet by mouth every 24 hours as needed for Pain. |
| **loratadine** 10 mg tablet<br>Commonly known as: CLARITIN | Take 1 tablet (10 mg total) by mouth every morning. |
| **omeprazole** 20 MG tablet<br>Commonly known as: PRILOSEC OTC | Take 1 tablet (20 mg total) by mouth once daily. |
| **piroxicam** 20 MG capsule<br>Commonly known as: FELDENE<br>START Started by: Andrea D Cothern, NP | Take 1 capsule (20 mg total) by mouth once daily. |
| **predniSONE** 50 MG Tab<br>Commonly known as: DELTASONE<br>START Started by: Andrea D Cothern, NP | Take 1 tablet (50 mg total) by mouth once daily. |
| **venlafaxine** 150 MG Cp24<br>Commonly known as: EFFEXOR-XR | Take 1 capsule (150 mg total) by mouth once daily. |
| **zolpidem** 5 MG Tab<br>Commonly known as: AMBIEN | TAKE ONE TABLET BY MOUTH AT BEDTIME AS NEEDED |

## Ochsner On Call

**Ochsner On Call Nurse Care Line - 24/7 Assistance**

Unless otherwise directed by your provider, please contact Ochsner On-Call, our nurse care line that is available for 24/7 assistance.

No. 1854    P. 5/7

Sep. 25, 2017  2:25PM

9-25-2017

301784417280001

5220170925021165

Lincoln/White 1187

## Ochsner On Call (continued)

Registered nurses in the Ochsner On Call Center provide: appointment scheduling, clinical advisement, health education, and other advisory services.
Call: **1-800-231-5257 (toll free)**

## Language Assistance Services

ATTENTION: Language assistance services are available, free of charge. Please call 1-800-928-6247.

ATENCIÓN: Si habla español, tiene a su disposición servicios gratuitos de asistencia lingüística. Llame al 1-800-928-6247.

CHÚ Ý: Nếu bạn nói Tiếng Việt, có các dịch vụ hỗ trợ ngôn ngữ miễn phí dành cho bạn. Gọi số 1-800-928-6247.

Jefferson Place - Fam Medicine complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex.

9-25-2017

301784417280001

5220170925021165

Lincoln/White 1188



September 25, 2017

**Jefferson Place - Fam Medicine**
8150 Jefferson Highway
Baton Rouge LA 70809-7715
Phone: 225-336-3100


Patient: Sabrina White
Date of Birth:
Date of Visit: 09/25/2017

To Whom It May Concern:

"Sabrina White  was at Ochsner Health System on 09/25/2017. She may return to work
on 10/09/2017 with no restrictions. If you have any questions or concerns, or if I can be
of further assistance, please do not hesitate to contact me.

Sincerely,

Andrea Cothern, NP

OCHSNER HEALTH CENTER
JEFFERSON PLACE
8150 JEFFERSON HWY.
BATON ROUGE. LA 70809

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| October 20, 2017 12:11:24 PM EDT | 2253363114 | 132 | 5 | Received |

White, Sabrina Lynette (MR # 1932025) DOB:

# White, Sabrina Lynette

MRN 1932025
Description: 44 year old female

**Office Visit** 10/9/2017
Jefferson Place - Fam Medicine

Provider: Lija Thomas, MD (Family Medicine)
Primary diagnosis: Spondylosis of lumbar region without myelopathy or radiculopathy
Reason for Visit: Follow-up, Referred by Aaareferral Self

## Fall Risk

Patient Mobility Status: Ambulatory
Number of falls in the past 12 months?: 0
Fall Risk? No

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 120/86 Pulse 76 Temp 97.1 °F (36.2 °C) Resp 16 Ht 5' 4" (1.626 m) Wt 119.2 kg (262 lb 12.6 oz) LMP 09/25/2017 SpO2 98% BMI 45.11 kg/m² BSA 2.32 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| SmartForms: | OHS AMB - FALL RISK |
| Encounter Info: | Billing Info, Detailed Report, Patient Education, Care Plan, History, Allergies, Patient-Entered Questionnaires |

## Instructions

Patient Instructions ✍

After Visit Summary (Printed 10/9/2017)

## Progress Notes

Lija Thomas, MD (Physician) - Family Medicine

**Subjective:**

Patient ID: Sabrina Lynette White is a 44 y.o. female.

Chief Complaint: Follow-up

HPI
Ms. White presents today for follow up.
She states she is doing well
She states she has some ankle pain
She states her knees still hurt and her back hurts.
She was seen for this on 9/25 and got feldene.
She has not had PT yet.

Review of Systems
Constitutional: Negative for fever.
Respiratory: Negative for cough and shortness of breath.
Cardiovascular: Negative for chest pain.
Gastrointestinal: Negative for abdominal pain and vomiting.
Genitourinary: Negative for dysuria.

Lincoln/White 1190

Oct. 20. 2017 .11:07AM    No. 2894    P. 2

White, Sabrina Lynette (MR # 1932025) DOB:

Musculoskeletal: Positive for back pain.

**Medication List with Changes/Refills**

| Current Medications | |
|---|---|
| AUGMENTED BETAMETHASONE DIPROPIONATE (DIPROLENE-AF) 0.05 % CREAM | Apply topically 2 (two) times daily. |
| CLONAZEPAM (KLONOPIN) 0.5 MG TABLET | Take 1 tablet (0.5 mg total) by mouth 2 (two) times daily as needed for Anxiety |
| CYCLOBENZAPRINE (FLEXERIL) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. |
| GABAPENTIN (NEURONTIN) 100 MG CAPSULE | Take 1 capsule (100 mg total) by mouth 2 (two) times daily as needed. |
| HYDROCODONE-ACETAMINOPHEN 5-325MG (NORCO) 5-325 MG PER TABLET | Take 1 tablet by mouth every 24 hours as needed for Pain. |
| LORATADINE (CLARITIN) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth every morning |
| OMEPRAZOLE (PRILOSEC OTC) 20 MG TABLET | Take 1 tablet (20 mg total) by mouth once daily. |
| PIROXICAM (FELDENE) 20 MG CAPSULE | Take 1 capsule (20 mg total) by mouth once daily. |
| VENLAFAXINE (EFFEXOR-XR) 150 MG CP24 | Take 1 capsule (150 mg total) by mouth once daily. |
| ZOLPIDEM (AMBIEN) 5 MG TAB | TAKE ONE TABLET BY MOUTH AT BEDTIME AS NEEDED |

**Patient Active Problem List**

Diagnosis

- Essential hypertension
- Depression
- Primary insomnia
- Migraine headache
- Spondylosis of lumbar region without myelopathy or radiculopathy
- Osteoarthritis of both knees
- Osteoarthritis of spine with radiculopathy, cervical region

**Objective:**

Printed by Temple M Graham, LPN at 10/19/17 9:57 AM    Page 2 of 5

10-20-2017    301784417280001    5220171020010647

Lincoln/White 1191

Oct. 20. 2017 ,11:08AM                                    No. 2894   P. 3
White, Sabrina Lynette (MR # 1932025) DOB:

## Physical Exam

Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Eyes: EOM are normal. Right eye exhibits no discharge. Left eye exhibits no discharge.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. She has no wheezes.
Musculoskeletal: She exhibits no edema.
**Gait is wnl**
**No spinal and paraspinal tenderness**
Neurological: She is alert and oriented to person, place, and time.
Skin: Skin is warm and dry. She is not diaphoretic. No erythema.
Psychiatric: She has a normal mood and affect.
Vitals reviewed.

**Vitals:**

|        | 10/09/17 0814       |
|--------|---------------------|
| BP:    | 120/86              |
| Pulse: | 76                  |
| Resp:  | 16                  |
| Temp:  | 97.1 °F (36.2 °C)   |

## Assessment/ PLAN

**Spondylosis of lumbar region without myelopathy or radiculopathy**
- Ambulatory Referral to Physical/Occupational Therapy
- she states her co pay for PT external was 100, will try to get her in with ochsner pt

**Osteoarthritis of both knees, unspecified osteoarthritis type**
- Ambulatory Referral to Physical/Occupational Therapy

Lija Thomas, MD
Ochsner Jefferson Place Family Medicine

Not recorded

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|------|-------------|--------------|------------------|-----------|-----|
| 99213 | PR OFFICE/OUTPT VISIT,EST,LEVL III | 10/9/2017 | Lija Thomas, MD | S$GLB | 1 |
| 999999214 | PR PBB SHADOW E&M-EST. PATIENT-LVL IV | 10/9/2017 | Lija Thomas, MD | PBBFAC | 1 |

## Level of Service

Level of Service

Printed by Temple M Graham, LPN at 10/19/17 9:57 AM            Page 3 of 5

White, Sabrina Lynette (MR # 1932025) DOB:

Level of Service
**PR OFFICE/OUTPT VISIT,EST,LEVL III [99213]**

## BestPractice Advisories

Click to view BestPractice Advisory history

## AVS Reports

| Date/Time | Report | Action | User |
|---|---|---|---|
| 10/9/2017 8:31 AM | After Visit Summary | Printed | Lija Thomas, MD |

## ☐ Encounter-Level Documents - 10/09/2017:

After Visit Summary - Document on 10/9/2017 8:31 AM by Lija Thomas, MD : After Visit Summary

## ⚕ Visit Diagnoses and Associated Orders

Spondylosis of lumbar region without myelopathy or radiculopathy  - Primary
ICD-10-CM: M47.816
ICD-9-CM: 721.3
   Ambulatory Referral to Physical/Occupational Therapy [REF87 Custom]

Osteoarthritis of both knees, unspecified osteoarthritis type
ICD-10-CM: M17.0
ICD-9-CM: 715.96
   Ambulatory Referral to Physical/Occupational Therapy [REF87 Custom]

## ☷ Problem List

as of 10/9/2017

| | Noted - Resolved |
|---|---|
| Essential hypertension | 11/29/2016 - Present |
| Depression | 11/29/2016 - Present |
| Primary insomnia | 11/29/2016 - Present |
| Migraine headache | 9/17/2014 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | 8/27/2017 - Present |
| Osteoarthritis of both knees | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | 9/27/2017 - Present |

## Orders Placed

Ambulatory Referral to Physical/Occupational Therapy Pending Review

## Medication Changes

As of 10/9/2017  8:21 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **LIDOCAINE HCL/PF** | | | |
| Discontinued: lidocaine (PF) 10 mg/ml (1%) injection 40 mg | | | |
| Discontinued: lidocaine (PF) 10 mg/ml (1%) injection 40 mg | | | |

Printed by Temple M Graham, LPN at 10/19/17 9:57 AM                    Page 4 of 5

Lincoln/White 1193

White, Sabrina Lynette (MR # 1932025) DOB:              ¦

|  | Refills | Start Date | End Date |
|---|---|---|---|

**TRIAMCINOLONE ACETONIDE**
    Discontinued: triamcinolone acetonide injection 40 mg
    Discontinued: triamcinolone acetonide injection 40 mg

## Visit Diagnoses

Spondylosis of lumbar region without myelopathy or radiculopathy M47.816
Osteoarthritis of both knees, unspecified osteoarthritis type M17.0

Lincoln/White 1194

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| November 2, 2017 4:57:43 AM EDT | | 33 | 1 | Received |



**Ochsner**
Health System

Department of Physical and Occupational Therapy
Ochsner Health Center - Bluebonnet
(225) 761-5467
(225) 761-5270 (Fax)

November 2, 2017

RE:    Sabrina White
       WIN #103880799

To Whom It May Concern:

Sabrina White is currently under my care receiving physical therapy for injuries sustained in recent fall.  She will be attending therapy two to three times per week and the course of her rehab is expected to last one to two months.

Thank You,

Aimee McHugh, PT

Ochsner Health System, a part of Ochsner Clinic Foundation

9001 Summit Avenue Baton Rouge, LA 70809-3726 | (225) 761-5467 | (225) 761-5270 Fax | www.ochsner.org

11-2-2017                                    301784417280001                          5220171102028490

Lincoln/White 1195

WIN 10388079


Ochsner
Healthcare With Peace Of Mind

# AFTER VISIT SUMMARY

**Sabrina L. White** DoB:        📅 11/20/2017 2:00 PM   📍 Jefferson Place - Fam Medicine 225-336-3100



## Instructions from Lija Thomas, MD


**Today's medication changes**

◆ CHANGE how you take:
zolpidem 5 MG Tab (AMBIEN)

✖ STOP taking:
omeprazole 20 MG tablet (PriLOSEC OTC)

Accurate as of 11/20/17  2:59 PM.
Review your updated medication list below.

---

🛒 **Pick up these medications at Wal-Mart Pharmacy 839 - BATON ROUGE, LA - 9350 CORTANA PLACE**
cyclobenzaprine • venlafaxine
Address: 9350 CORTANA PLACE, BATON ROUGE LA 70815
Phone:   225-927-0114

---

🛒 **Pick up these medications from any pharmacy with your printed prescription**
hydrocodone-acetaminophen 5-325mg • zolpidem

---

👥 **Ambulatory referral to Orthopedics**
Expires: 11/20/2018 (requested)

---

## What's Next

NOV
**24**
2017

**Consult** with Benjamin B Browning, MD
Friday November 24 9:20 AM
Arrive at check-in approximately 15 minutes before your scheduled appointment time. Bring all outside medical records and imaging, along with a list of your current medications and insurance card.

Summa - Orthopedics
9001 Summa Ave
Baton Rouge LA
70809-3726
225-761-5200

## ✎Diagnoses this Visit

Comments

Osteoarthritis of both knees, unspecified osteoarthritis type

Medication refill

---

## Today's Visit

You saw Lija Thomas, MD on Monday November 20, 2017. The following issues were addressed: Osteoarthritis of both knees, unspecified osteoarthritis type and issue of repeat prescription.

 Blood Pressure
120/80

 BMI
45.68

Weight
266 lb
1.5 oz

Height
5' 4"

Temperature
97.5 °F

Pulse
76

Respiration
16

Oxygen Saturation
98%

TIME RECEIVED        November 20, 2017 5:38:53 PM EST
REMOTE CSID    12259251316
DURATION    220
PAGES    8
STATUS    Received

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

11-20-2017                301784417280001                5220171120030203

Lincoln/White 1196

White, Sabrina Lynette (MR # 1932025) DOB:    *UIN#703880799*

# White, Sabrina Lynette

MRN: 1932025
Description: 44 year old female

**Clinical Support** 11/2/2017
Ochsner Medical Center -
Summa

Provider: Aimee T McHugh, PT (Physical Therapy)
Primary diagnosis: Lumbar spondylosis
Reason for Visit: Referred by Lija Thomas, MD

## Additional Documentation

Vitals:    LMP 09/25/2017

Encounter Info:    Billing Info, Detailed Report, Patient Education, Care Plan, History, Allergies,
Patient-Entered Questionnaires

## Instructions

After Visit Summary (Automatic SnapShot taken 11/3/2017)

## Progress Notes

Aimee T McHugh, PT (Physical Therapist) • Physical Therapy

**DATE OF INITIAL PHYSICAL THERAPY EVALUATION:**    November 2, 2017

**REFERRING PROVIDER:**    Lija Thomas, MD

**REFERRING DIAGNOSIS:**
M47.816 (ICD-10-CM) - Spondylosis of lumbar region without myelopathy or
radiculopathy
M17.0 (ICD-10-CM) - Osteoarthritis of both knees, unspecified osteoarthritis type

**ORDERS:**    Evaluate and treat as indicated x 30 days
Updated orders required   December 2, 2017

**VISIT   #1**

**SUBJECTIVE:**

**Patient's primary complaint(s):**
Lumbar myofascial pain
Bilateral knee pain
Right cervical paraspinal myofascial pain

**History of present condition:**
Patient states she was injured when she fell down the stairs in her home in August 2017. Since
the fall she has been experiencing significant myofascial pain and stiffness throughout the lumbar
paraspinal region and in the right lower thoracic region. She is also complaining of bilateral knee

Printed by Temple M Graham, LPN at 11/20/17 3:00 PM

11-20-2017    PAGE 02/08    AIRLINE    1225925131G    11/20/2017  18:04
301784417280001    5220171120030203

Lincoln/White 1197

White, Sabrina Lynette (MR # 1932025) DOB:

pain. She was previously diagnosed with OA of the knees and was experiencing mild swelling and pain prior to the fall. Since the fall, she has been experiencing an increase in knee pain and stiffness bilaterally. She reports an increase in stiffness in the AM, and an increase in pain with activity, particularly walking.

**Pain Rating:**    9/10  Right knee
7/10  Left knee
7/10  Lumbar spine

**Patient reports the following functional activity limitations:**
Ambulation limited to approximately 100 feet due to back and bilateral knee pain
Bending, lifting, carrying objects impaired

(FUNCTIONAL ASSESSMENT TOOL)

At the time of the initial evaluation, the patient reported the following self limitations on the **Optimal Instrument** functional assessment tool:
(Rating Scale: #1=Able to do without difficulty, #2=Able to do with little difficulty, #3=Able to do with moderate difficulty, #4=Able to do with much difficulty, #5=Unable to do, #9=Not applicable)
Completed November 2, 2017

Optimal Instrument Scores reported by the patient:

1. Lying flat                        1
2. Rolling over                      1
3. Moving - lying to sitting         2
4. Sitting                           1
5. Squatting                         5
6. Bending/stooping                  3
7. Balancing                         2
8. Kneeling                          4
9. Standing                          2
10. Walking - short distance         1
11. Walking - long distance          2
12. Walking - outdoors               2
13. Climbing stairs                  4
14. Hopping                          2
15. Jumping                          1
16. Running                          4
17. Pushing                          1
18. Pulling                          2
19. Reaching                         1
20. Grasping                         2
21. Lifting                          4
22. Carrying                         4

Total Impairment Rating              32%

**Past Medical History and co-morbidities:**
**Past Medical History:**
Diagnosis                                                              Date

Printed by Temple M Graham, LPN at 11/20/17 3:00 PM                                    Page 2 of 7

Lincoln/White 1198

White, Sabrina Lynette (MR # 1932025) DOB:

- Anxiety
- Arthritis
- Depression
- Encounter for blood transfusion
  *had to have infusion during surgery in 2008*
- GERD (gastroesophageal reflux disease)
- Hyperlipidemia
- Hypertension

## Patient Active Problem List
Diagnosis
- Essential hypertension
- Depression
- Primary insomnia
- Migraine headache
- Spondylosis of lumbar region without myelopathy or radiculopathy
- Osteoarthritis of both knees
- Osteoarthritis of spine with radiculopathy, cervical region

Current Outpatient Prescriptions:
- augmented betamethasone dipropionate (DIPROLENE-AF) 0.05 % cream, Apply topically 2 (two) times daily., Disp: 50 g, Rfl: 0
- clonazePAM (KLONOPIN) 0.5 MG tablet, Take 1 tablet (0.5 mg total) by mouth 2 (two) times daily as needed for Anxiety., Disp: 60 tablet, Rfl: 1
- cyclobenzaprine (FLEXERIL) 10 MG tablet, Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed., Disp: 60 tablet, Rfl: 0
- gabapentin (NEURONTIN) 100 MG capsule, TAKE ONE CAPSULE BY MOUTH TWICE DAILY AS NEEDED, Disp: 60 capsule, Rfl: 0
- hydrocodone-acetaminophen 5-325mg (NORCO) 5-325 mg per tablet, Take 1 tablet by mouth every 24 hours as needed for Pain., Disp: 20 tablet, Rfl: 0
- loratadine (CLARITIN) 10 mg tablet, Take 1 tablet (10 mg total) by mouth every morning., Disp: 30 tablet, Rfl: 6
- omeprazole (PRILOSEC OTC) 20 MG tablet, Take 1 tablet (20 mg total) by mouth once daily., Disp: 30 tablet, Rfl: 0
- piroxicam (FELDENE) 20 MG capsule, Take 1 capsule (20 mg total) by mouth once daily., Disp: 30 capsule, Rfl: 6
- venlafaxine (EFFEXOR-XR) 150 MG Cp24, Take 1 capsule (150 mg total) by mouth once daily., Disp: 30 capsule, Rfl: 5
- zolpidem (AMBIEN) 5 MG Tab, TAKE ONE TABLET BY MOUTH AT BEDTIME AS NEEDED, Disp: 30 tablet, Rfl: 0

## Previous physical therapy and treatments:
Patient has not participated in a physical therapy program to date for complaints related to the fall.

## Occupational/psychosocial/educational profile:
Employed at Wal Mart;  Stands for most of her work shift.
Currently on leave.

## OBJECTIVE:

## Musculoskeletal Exam:

PAGE 04/08    AIRLINE    12569251316    11/20/2017  18:04
11-20-2017    301784417280001    5220171120030203

Lincoln/White 1199

White, Sabrina Lynette (MR # 1932025) DOB:                    103

Postural Exam
No postural deviations noted.
SI exam negative for ilial rotation.

Swelling
Difficult to adequately assess swelling of the knees due to body habitus.

ROM
Lumbar Spine:

Flexion:          75% of full expected motion; end point reported to be stiff with paraspinal myofascial discomfort.

Extension        50% of full expected motion; end point reported to be painful in the central lumbar spine region

Right side bending   75% of full expected motion; end point reported to be uncomfortable.

Left side bending    75% of full expected motion; end point reported to be uncomfortable.

Flexibility
Hamstrings, IT Band, piriformis limited bilaterally

Functional Strength Testing
No strength deficits or imbalances noted throughout the LE's and hip girdle musculature bilaterally

Palpation
Moderate lumbar paraspinal guarding with diffuse tenderness
Diffuse tenderness throughout the patella femoral region bilaterally

**Neuromuscular Exam**

Gait
Slight antalgic

Transitional Movements
Independent with all transitional movements; supine to sit is uncomfortable.

Sensation
No sensory disturbances noted throughout the LE's
Patient did not complain of paresthesias.

**PROBLEM LIST - ASSESSMENT**
Patient presents with lumbar myofascial pain, tenderness, and guarding of the lumbar paraspinals and hip girdle muscle groups; and she has poor lumbar spine mobility and diminished core strength, all of which are limiting functional mobility and ADL's. An out-patient physical therapy program emphasizing improving flexibility, spinal mobility, and core strength is recommended.

**Activity Limitations, Participation Restrictions, and CO-MORBIDITIES which may impact the plan of care and potentially impede the patient's progress in therapy include:**
OA of the knees may limit core strengthening activities.

The patient does not present with any learning or communication barriers which may impact the plan of care and potentially impede the patient's progress in therapy.

White, Sabrina Lynette (MR # 1932025) DOB:                    103880799

**CLINICAL PRESENTATION:**
Patient's Clinical Presentation is **STABLE.**

**RECOMMENDED PLAN OF CARE:**
Lumbar flexibility exercises
Stretching exercises for the LE and hip girdle muscle groups
Core strengthening program
Modalities to address myofascial pain

**TREATMENT PROVIDED:**

(one on one with therapist for therapeutic exercises and neuromuscular re-education
 10 Mins)
Patient was instructed in the following exercises today:
-Lumbar rotational ROM in supine
-Lumbar rotational stretching in supine
-Lumbar flexion stretches in supine
--unilateral knee to chest stretches
--bilateral knee to chest stretches

Patient will be instructed in the following exercises as indicated:
-hamstring stretching
-piriformis stretching
-IT Band stretching
-gluteus medius stretching
-stretching of the hip internal rotators
-Level one trunk stabilization
---abdominal crunches; neutral position
---abdominal crunches; diagonal patterns
---bridging
---bridging with hip flexion lifts

Other treatment today included moist heat and muscle stimulation to decrease muscle guarding
applied to the lumbar paraspinals x 20 mins.

**PLAN:** Patient to attend out-patient physical therapy 2 x week to continue the Recommended Plan
of Care.

**SHORT TERM GOALS:**
1.    Patient will report pain level of 5/10 or less for back and knee pain
2.    Patient will report compliance with daily stretching exercises
3.    Lumbar spine ROM WNL's

**LONG TERM GOALS:**
1.    Patient will report pain level of 2/10 or less for lumbar and knee pain
2.    Resolution of lumbar paraspinal guarding and myofascial pain
3.    Patient will report a 20% or greater decrease in functional impairment on the Optimal
Instrument.

These services are reasonable and necessary for the conditions set forth above while under my
care.

Printed by Temple M Graham, LPN at 11/20/17 3:00 PM          Page 5 of 7
                                                      11/20/2017  18:04
11-20-2017      PAGE  06/08          AIRLINE          1225925131б
                                 301784417280001          5220171120030203

Lincoln/White 1201

White, Sabrina Lynette (MR # 1932025) DOB:

Not recorded

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|------|-------------|--------------|------------------|-----------|-----|
| 42000059 | HC ELEC. STIM, UNATTENDED, PT | 11/2/2017 | Aimee T McHugh, PT | | 1 |
| 42400002 | HC EVAL, LOW COMPLEXITY - PT | 11/2/2017 | Aimee T McHugh, PT | | 1 |
| 42000023 | HC THERAPEUTIC EX EA 15MIN - PT | 11/2/2017 | Aimee T McHugh, PT | | 1 |

## Level of Service

## BestPractice Advisories

Click to view BestPractice Advisory history

## AVS Reports

| Date/Time | Report | Action | User |
|-----------|--------|--------|------|
| 11/3/2017 12:52 PM | After Visit Summary | Automatically Generated | Aimee T McHugh, PT |
| 11/3/2017 12:50 PM | After Visit Summary | Automatically Generated | Aimee T McHugh, PT |

## 🗋 Encounter-Level Documents - 11/02/2017:

After Visit Summary - Document on 11/3/2017 12:52 PM by Aimee T McHugh, PT : After Visit Summary
After Visit Summary - Document on 11/3/2017 12:50 PM by Aimee T McHugh, PT : After Visit Summary

## ⊗ Visit Diagnoses and Associated Orders

**Lumbar spondylosis** – Primary
ICD-10-CM: M47.816
ICD-9-CM: 721.3

**Primary osteoarthritis of both knees**
ICD-10-CM: M17.0
ICD-9-CM: 715.16

## ⫇ Problem List

as of 11/2/2017

| | Noted - Resolved |
|---|---|
| Essential hypertension | 11/29/2016 - Present |
| Depression | 11/29/2016 - Present |
| Primary insomnia | 11/29/2016 - Present |
| Migraine headache | 9/17/2014 - Present |
| Spondylosis of lumbar region without myelopathy or radiculopathy | 8/27/2017 - Present |
| Osteoarthritis of both knees | 9/27/2017 - Present |
| Osteoarthritis of spine with radiculopathy, cervical region | 9/27/2017 - Present |

Lincoln/White 1202

White, Sabrina Lynette (MR # 1932025) DOB:

## Orders Placed

None

## Medication Changes

As of 11/3/2017 12:50 PM

None

## Visit Diagnoses

Lumbar spondylosis M47.816
Primary osteoarthritis of both knees M17.0

Lincoln/White 1203

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED<br>January 4, 2018 5:31:28 PM EST | REMOTE CSID<br>2253363114 | DURATION<br>1610 | PAGES<br>16 | STATUS<br>Received |
|---|---|---|---|---|
| | | | No. 3759 | P. 1 |

Jan. 4. 2018  4:01PM

# Ochsner
## Health System

Ochsner Health Center. Jefferson Place

8150 Jefferson Hwy.

Baton Rouge, LA 70809

225-338-3100

Dr. Janet Cook, Dr. Christopher Guensco: FAX 225-338-3111

R. Warren Withers, Andrea Cothern NP; FAX 225-336 3114

### FAX TRANSMITTAL COVER SHEET

DATE: 1/4/18

TO: _____

SUBJECT: Sabrina White ~~JIN~~ ID# 103880799
Claim # 301784417280001

CONFIDENTIALITY NOTICE: The accompanying facsimile is intended solely for the use of the recipient designated above. Document(s) transmitted herewith may contain information that is confidential and privileged. Delivery, distribution or dissemination of this communication other than to the intended recipient is strictly prohibited. If you have received this facsimile in error, please notify Ochsner Health System's Corporate Integrity Department immediately by telephone at 504-842-8323.

1-4-2018    301784417280001    5220180104029459

Lincoln/White 1204

No. 3739    P. 1

Jan. 4. 2018  4:01PM


**Ochsner**
Health System

Ochsner Health Center, Jefferson Place
8150 Jefferson Hwy.
Baton Rouge, LA 70809
225-336-3100

Dr. Janet Cook, Dr. Christopher Guidroz  FAX 225 333-9111
Dr. Karen Muratore, Andrea Pothom NP  FAX 225 333-9114

### FAX TRANSMITTAL COVER SHEET

DATE: 1/4/18

TO:

SUBJECT: Sabrina White WIN# 1038880799
Claim # 301784417280001

CONFIDENTIALITY NOTICE: The accompanying facsimile is intended solely for the use of the recipient designated above. Document(s) transmitted herewith may contain information that is confidential and privileged. Delivery, distribution or dissemination of this communication other than to the intended recipient is strictly prohibited. If you have received this facsimile in error, please notify Ochsner Health System's Corporate Integrity Department immediately by telephone at 504-842-8323.

Ochsner Health System

8150 Jefferson Hwy. • Baton Rouge, LA 70809 • phone 225 336-3100 • ochsner.org

1-4-2018                    301784417280001                    5220180104029459

Lincoln/White 1205

No. 3739    P. 1

Jan. 4. 2018  4:02PM


**Ochsner**
Health System

Ochsner Health Center: Jefferson Place
8150 Jefferson Hwy.
Baton Rouge, LA 70809
225-336-3100

Dr. Janet Cook, Dr. Christopher Guarisco: FAX 225-336-3111
Dr. Karen Muratore, Andrea Cothem NP: FAX 225-336-3114

### FAX TRANSMITTAL COVER SHEET

DATE: 1 4 18

TO: _____

SUBJECT: Sabrina White WIN# 1038880799
Claim # 301784417280001

CONFIDENTIALITY NOTICE: The accompanying facsimile is intended solely for the use of the recipient designated above. Document(s) transmitted herewith may contain information that is confidential and privileged. Delivery, distribution or dissemination of this communication other than to the intended recipient is strictly prohibited. If you have received this facsimile in error, please notify Ochsner Health System's Corporate Integrity Department immediately by telephone at 504-842-8323.

1-4-2018                    301784417280001                    5220180104029459

Lincoln/White 1206

# White, Sabrina Lynette

MRN: 1932025
Description: 45 year old female

| **Office Visit** 12/11/2017 | Provider: Benjamin B. Browning, MD (Orthopedic Surgery) |
|---|---|
| Summa - Orthopedics | Primary diagnosis: Chondromalacia patellae of right knee |
| | Reason for Visit: Right Knee - Pain, Left Knee - Pain; Referred by Benjamin B. Browning, MD |

## Additional Documentation

| Vitals: | BP 149/110 (Abnormal) Pulse 119 (Abnormal) Ht 5' 3" (1.6 m) |
|---|---|
| | Wt 120.7 kg (266 lb 1.5 oz) LMP 11/20/2017 BMI 47.14 kg/m² BSA 2.32 m²   More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, Detailed Report, Patient Education, Care Plan, History, Allergies, Patient-Entered Questionnaires |

## Instructions

After Visit Summary (Printed 12/11/2017)

## Progress Notes

Benjamin B. Browning, MD (Physician) • Orthopedic Surgery

**Subjective:**

**Patient ID:** Sabrina Lynette White is a 45 y.o. female.

**Chief Complaint:** Pain of the Right Knee and Pain of the Left Knee

**Swelling**
**Knee Pain**
The pain is present in the right knee. This is a new problem. The current episode started more than 1 year ago (2008). There has been no history of extremity trauma. The injury was the result of a lifting and twisting action The problem occurs constantly. The problem has been gradually worsening. The quality of the pain is described as aching. The pain is at a severity of 9/10. The symptoms are aggravated by bearing weight. Treatments tried: pt. Physical therapy was ineffective.

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Arthritis | |
| • Depression | |
| • Encounter for blood transfusion | |
| *had to have infusion during surgery in 2008* | |
| • GERD (gastroesophageal reflux disease) | |
| • Hyperlipidemia | |
| • Hypertension | |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION, LOW TRANSVERSE | | |
| • FOOT SURGERY | | |

Lincoln/White 1207

White, Sabrina Lynette (MR # 1932025) DOB:

No family history on file.
**Social History**

| Social History | |
|---|---|
| • Marital status: | Single |
| Spouse name: | N/A |
| • Number of children: | 1 |
| • Years of education: | N/A |

| Occupational History | |
|---|---|
| • Not on file. | |

| Social History Main Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No |
| • Drug use: | No |
| • Sexual activity: | No |

| Other Topics | Concern |
|---|---|
| • Not on file | |

**Social History Narrative**
*Wears seat belt*
*Cashier at walmart*

## Medication List with Changes/Refills

| Current Medications | |
|---|---|
| AUGMENTED BETAMETHASONE DIPROPIONATE (DIPROLENE-AF) 0.05 % CREAM | Apply topically 2 (two) times daily. |
| CLONAZEPAM (KLONOPIN) 0.5 MG TABLET | Take 1 tablet (0.5 mg total) by mouth 2 (two) times daily as needed for Anxiety. |
| CYCLOBENZAPRINE (FLEXERIL) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. |
| GABAPENTIN (NEURONTIN) 100 MG CAPSULE | TAKE ONE CAPSULE BY MOUTH TWICE DAILY AS NEEDED |

Lincoln/White 1208

Jan. 4. 2018. 4:07PM

White, Sabrina Lynette (MR # 1932025) DOB:

No. 3739    P. 4

| | |
|---|---|
| HYDROCODONE-ACETAMINOPHEN 5-325MG (NORCO) 5-325 MG PER TABLET | Take 1 tablet by mouth every 24 hours as needed for Pain. |
| LORATADINE (CLARITIN) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth every morning. |
| PIROXICAM (FELDENE) 20 MG CAPSULE | Take 1 capsule (20 mg total) by mouth once daily. |
| VENLAFAXINE (EFFEXOR-XR) 150 MG CP24 | Take 1 capsule (150 mg total) by mouth once daily. |
| ZOLPIDEM (AMBIEN) 5 MG TAB | Take 1 tablet (5 mg total) by mouth nightly as needed. |

**Review of patient's allergies indicates:**

| Allergen | Reactions |
|---|---|
| • Bayer aspirin (with caffeine) [aspirin-caffeine] | Nausea Only |

Review of Systems
Constitution: Negative for night sweats.
HENT: Negative for hearing loss.
Eyes: Negative for blurred vision and visual disturbance.
Cardiovascular: Negative for leg swelling.
Respiratory: Negative for shortness of breath.
Endocrine: Negative for polyuria.
Hematologic/Lymphatic: Negative for bleeding problem.
Musculoskeletal: Negative for back pain, joint pain, muscle cramps and muscle weakness.
Gastrointestinal: Negative for melena.
Genitourinary: Negative for hematuria.
Neurological: Negative for loss of balance and paresthesias.
Psychiatric/Behavioral: Negative for altered mental status.

**Objective:**
Body mass index is 47.14 kg/m².
**Vitals:**

| | 12/11/17 1423 |
|---|---|
| BP: | (!) 149/110 |
| Pulse: | (!) 119 |

**General:** Sabrina is well-developed, well-nourished, appears stated age, in no acute distress, alert and oriented to time, place and person.

**General**

Vitals reviewed.
Constitutional: She is oriented to person, place, and time. She appears well-developed and well-nourished. No distress.
HENT:

White, Sabrina Lynette (MR # 1932025) DOB:

Mouth/Throat: No oropharyngeal exudate.
Eyes: Right eye exhibits no discharge. Left eye exhibits no discharge.
Neck: Normal range of motion.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress.
Neurological: She is alert and oriented to person, place, and time. She has normal reflexes. No cranial nerve deficit. Coordination normal.
Psychiatric: She has a normal mood and affect. Her behavior is normal. Judgment and thought content normal.

**General Musculoskeletal Exam**
Gait: normal

**Right Knee Exam**

**Inspection**
Erythema: absent
Scars: absent
Swelling: absent
Effusion: effusion
Deformity: deformity
Bruising: absent

**Tenderness**
The patient is tender to palpation of the medial joint line and patella.

**Crepitus**
The patient has crepitus of the patella.

**Range of Motion**
Extension: 0
Flexion: 130

**Tests**
Meniscus
McMurray:  Medial - negative Lateral - negative
Ligament Examination Lachman: normal (-1 to 2mm) PCL-Posterior Drawer: normal (0 to 2mm)
MCL - Valgus: normal (0 to 2mm)
LCL - Varus: normalPivot Shift: normal (Equal)Reverse Pivot Shift: normal (Equal)Dial Test at 30 degrees: normal (< 5 degrees)Dial Test at 90 degrees: normal (< 5 degrees)
Posterior Sag Test: negative
Posterolateral Corner: unstable (>15 degrees difference)
Patella
Patellar Apprehension: negative
Passive Patellar Tilt: neutral
Patellar Tracking: normal
Patellar Glide (quadrants): Lateral - 1   Medial - 2
Q-Angle at 90 degrees: normal
Patellar Grind: positive
J-Sign: none

**Other**
Meniscal Cyst: absent
Popliteal (Baker's) Cyst: absent
Sensation: normal

Printed by Temple M Graham, LPN at 1/4/18 3:58 PM

1-4-2018                                301784417280001                                5220180104029459

Lincoln/White 1210

White, Sabrina Lynette (MR # 1932025) DOB:

**Left Knee Exam**

**Inspection**
Erythema: absent
Scars: absent
Swelling: absent
Effusion: absent
Deformity: deformity
Bruising: absent

**Tenderness**
The patient tender to palpation of the patella.

**Crepitus**
The patient has crepitus of the patella.

**Range of Motion**
Extension: 0
Flexion: 130

**Tests**
Meniscus
McMurray:  Medial – negative Lateral – negative
Stability Lachman: normal (-1 to 2mm) PCL-Posterior Drawer: normal (0 to 2mm)
MCL - Valgus: normal (0 to 2mm)
LCL - Varus: normal (0 to 2mm)Pivot Shift: normal (Equal)Reverse Pivot Shift: normal (Equal)Dial
Test at 30 degrees: normal (< 5 degrees)Dial Test at 90 degrees: normal (< 5 degrees)
Posterior Sag Test: negative
Posterolateral Corner: unstable (>15 degrees difference)
Patella
Patellar Apprehension: negative
Passive Patellar Tilt: neutral
Patellar Tracking: normal
Patellar Glide (Quadrants): Lateral - 1 Medial - 2
Q-Angle at 90 degrees: normal
Patellar Grind: positive
J-Sign: J sign absent

**Other**
Meniscal Cyst: absent
Popliteal (Baker's) Cyst: absent
Sensation: normal

**Right Hip Exam**

**Tests**
Ober: negative
**Left Hip Exam**

**Tests**
Ober: negative

Lincoln/White 1211

White, Sabrina Lynette (MR # 1932025) DOB:

**Muscle Strength**
<u>Right Lower Extremity</u>
Hip Abduction: 5/5
Quadriceps:  4/5
Hamstring:  5/5
<u>Left Lower Extremity</u>
Hip Abduction: 5/5
Quadriceps:  4/5
Hamstring:  5/5

**Reflexes**

<u>Left Side</u>
Quadriceps:  2+
Achilles:  2+

<u>Right Side</u>
Quadriceps:  2+
Achilles:  2+

**Vascular Exam**

<u>Right Pulses</u>
Dorsalis Pedis:      2+
Posterior Tibial:    2+


<u>Left Pulses</u>
Dorsalis Pedis:      2+
Posterior Tibial:    2+


X-rays including standing, weight bearing AP and flexion bilateral knees, lateral and merchant
views ordered and images reviewed by me show:
  No fracture, dislocation or other pathology
  Medial compartment: mild degenerative changes
  Lateral compartment: no degenerative changes
  Patellofemoral compartment: mild degenerative changes

**Assessment:**

**Encounter Diagnoses**

| Name | Primary? |
|---|---|
| • Chondromalacia patellae of right knee | Yes |
| • Chondromalacia patellae of left knee | |
| • Osteoarthritis of both knees, unspecified osteoarthritis type | |

**Plan:**

Lincoln/White 1212

White, Sabrina Lynette (MR # 1932025) DOB:                No. 3739    P. 8

1. Patient is here for follow up of her knee arthritis. She
is requesting synvisc injection #2. PMFH reviewed per encounter record.
Sheis requesting synvisc injection #2. She has failed other conservative modalities including
NSAIDS, activity modification, weight loss

After viscosupplementation info and post-injection info was given, thebilateral was prepped with
betadine and alcohol and injected with lidocaine from an anterolateral approach and then 16 mg
synvisc. Patient tolerated the injection well.

Not recorded

## All Charges for This Encounter

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|------|-------------|--------------|------------------|-----------|-----|
| J7325 | PR SYNVISC OR SYNVISC-ONE INJ, 1MG | 12/11/2017 | Benjamin B. Browning, MD | S$GLB | 32 |
| 20610 | PR DRAIN/INJECT LARGE JOINT/BURSA | 12/11/2017 | Benjamin B. Browning, MD | 50, S$GLB | 1 |
| 994990001 | PR NO LOS | 12/11/2017 | Benjamin B. Browning, MD | S$GLB | 1 |
| 999999213 | PR PBB SHADOW E&M-EST. PATIENT-LVL III | 12/11/2017 | Benjamin B. Browning, MD | PBBFAC | 1 |

## Level of Service

| Level of Service |
|------------------|
| NO LOS [994990001] |

## BestPractice Advisories

Click to view BestPractice Advisory history

## AVS Reports

| Date/Time | Report | Action | User |
|-----------|--------|--------|------|
| 12/11/2017 2:38 PM | After Visit Summary | Printed | Danielle O. Lagarde, LPN |
| 12/11/2017 2:35 PM | After Visit Summary | Printed | Danielle O. Lagarde, LPN |

## 🗋 Encounter-Level Documents - 12/11/2017:

After Visit Summary - Document on 12/11/2017 2:38 PM by Danielle O. Lagarde, LPN : After Visit Summary
After Visit Summary - Document on 12/11/2017 2:35 PM by Danielle O. Lagarde, LPN : After Visit Summary

## ✎ Visit Diagnoses and Associated Orders

Chondromalacia patellae of right knee - Primary

Lincoln/White 1213

Jan. 4. 2018  4:15PM White, Sabrina Lynette (MR # 1932025) DOB:  No. 3739  P. 9

# White, Sabrina Lynette

MRN: 1932025
Description: 45 year old female

**Office Visit** 12/19/2017
Summa - Podiatry

Provider: Irene Nwokolo, DPM (Podiatry)
Primary diagnosis: Ankle arthritis
Reason for Visit: Ankle Pain; Referred by Benjamin B. Browning, MD

## Additional Documentation

| | |
|---|---|
| Vitals: | Ht 5' 4" (1.626 m) Wt 121.9 kg (268 lb 11.9 oz) LMP 11/20/2017 BMI 46.13 kg/m² BSA 2.35 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, Detailed Report, Patient Education, Care Plan, History, Allergies, Patient-Entered Questionnaires |

## Instructions

After Visit Summary (Printed 12/19/2017)

## Progress Notes

Irene N. Evuleocha, DPM (Physician) • Podiatry

**Ochsner Medical Center - BR**
**PODIATRIC MEDICINE AND SURGERY**
**PROGRESS NOTE**

**12/28/2017**

**PODIATRY NOTE**
**REFERRAL REQUEST: Dr. Browning**

**CHIEF COMPLAINT**
Chief Complaint
Patient presents with
• Ankle Pain
  *right lateral side of lower ankle pain with swelling started 12/11/2017 occasional left bilateral sides of lower ankle pain*

**HPI**
Sabrina Lynette White is a 45 y.o. female who has a past medical history of Anxiety; Arthritis; Depression; Encounter for blood transfusion; GERD (gastroesophageal reflux disease); Hyperlipidemia; and Hypertension.
Sabrina presents to clinic today complaining of  Right foot and ankle pain.

Patient describes pain as:
Location: pt points to lateral aspect of right foot
Quality: throbbing
Severity:10/10
Duration:several weeks
Modifying Factors (Aggravating): weight bearing; pt states she had right foot surgery to "restore her arch". She has generalized ankle pain that has resulted since the surgery. She states over past few months the pain has continued in her ankle.
Modifying Factors (Alleviating): no treatment

Jan. 4. 2018  4:17PM                                                          No. 3739   P. 10

White, Sabrina Lynette (MR # 1932025) DOB:

Patient denies other pedal complaints at this time.

## PMH

**Past Medical History:**

| Diagnosis | Date |
|---|---|
| • Anxiety | |
| • Arthritis | |
| • Depression | |
| • Encounter for blood transfusion *had to have infusion during surgery in 2008* | |
| • GERD (gastroesophageal reflux disease) | |
| • Hyperlipidemia | |
| • Hypertension | |

## PROBLEM LIST

**Patient Active Problem List**

| Diagnosis | Date Noted |
|---|---|
| • Chondromalacia patellae of left knee | 11/24/2017 |
| • Chondromalacia patellae of right knee | 11/24/2017 |
| • Osteoarthritis of both knees | 09/27/2017 |
| • Osteoarthritis of spine with radiculopathy, cervical region | 09/27/2017 |
| • Spondylosis of lumbar region without myelopathy or radiculopathy | 08/27/2017 |
| • Essential hypertension | 11/29/2016 |
| • Depression | 11/29/2016 |
| • Primary insomnia | 11/29/2016 |
| • Migraine headache | 09/17/2014 |

## MEDS

**Current Outpatient Prescriptions on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet | Take 1 tablet by mouth 2 (two) times daily as needed for Pain. | 30 tablet | 0 |
| • clonazePAM (KLONOPIN) 0.5 MG tablet | Take 1 tablet (0.5 mg total) by mouth 2 (two) times daily as needed for Anxiety. | 60 tablet | 1 |
| • cyclobenzaprine (FLEXERIL) 10 MG tablet | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. | 60 tablet | 0 |
| • gabapentin (NEURONTIN) 100 MG capsule | TAKE ONE CAPSULE BY MOUTH TWICE DAILY AS NEEDED | 60 capsule | 0 |
| • loratadine (CLARITIN) 10 mg tablet | Take 1 tablet (10 mg total) by mouth every morning. | 30 tablet | 6 |
| • piroxicam (FELDENE) 20 MG capsule | Take 1 capsule (20 mg total) by mouth once daily. | 30 capsule | 6 |
| • venlafaxine (EFFEXOR-XR) 150 MG Cp24 | Take 1 capsule (150 mg total) by mouth once daily. | 30 capsule | 1 |

Printed by Temple M Graham, LPN at 1/4/18 3:59 PM                             Page 2 of 8

1-4-2018                              301784417280001                         5220180104029459

Lincoln/White 1215

Jan. 4. 2018. 4:19PM    White, Sabrina Lynette (MR # 1932025) DOB:    No. 3739    P. 11

| | | | |
|---|---|---|---|
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed. | 30 tablet | 0 |
| • augmented betamethasone dipropionate (DIPROLENE-AF) 0.05 % cream | Apply topically 2 (two) times daily. | 50 g | 0 |

**Current Facility-Administered Medications on File Prior to Visit**

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| • hylan g-f 20 48 mg/6 mL injection 48 mg | 48 mg | Intra-articular | 1 time in Clinic/HOD | Benjamin B. Browning, MD | | |

## Medication List with Changes/Refills

**New Medications**

| | |
|---|---|
| METHYLPREDNISOLONE (MEDROL DOSEPACK) 4 MG TABLET | use as directed |

**Current Medications**

| | |
|---|---|
| AUGMENTED BETAMETHASONE DIPROPIONATE (DIPROLENE-AF) 0.05 % CREAM | Apply topically 2 (two) times daily. |
| BUTALBITAL-ACETAMINOPHEN-CAFFEINE 50-325-40 MG (FIORICET, ESGIC) 50-325-40 MG PER TABLET | Take 1 tablet by mouth 2 (two) times daily as needed for Pain. |
| CLONAZEPAM (KLONOPIN) 0.5 MG TABLET | Take 1 tablet (0.5 mg total) by mouth 2 (two) times daily as needed for Anxiety. |
| CYCLOBENZAPRINE (FLEXERIL) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. |
| GABAPENTIN (NEURONTIN) 100 MG CAPSULE | TAKE ONE CAPSULE BY MOUTH TWICE DAILY AS NEEDED |
| LORATADINE (CLARITIN) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth every morning. |
| PIROXICAM (FELDENE) 20 MG CAPSULE | Take 1 capsule (20 mg total) by mouth once daily. |
| VENLAFAXINE (EFFEXOR-XR) 150 MG CP24 | Take 1 capsule (150 mg total) by mouth once daily. |
| ZOLPIDEM (AMBIEN) 5 MG TAB | Take 1 tablet (5 mg total) by mouth nightly as needed. |

## PSH

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION, LOW TRANSVERSE | | |
| • FOOT SURGERY | | |

White, Sabrina Lynette (MR # 1932025) DOB:

## ALL
Review of patient's allergies indicates:

| Allergen | Reactions |
|---|---|
| • Aleve [naproxen sodium] | |
| • Bayer aspirin (with caffeine) [aspirin-caffeine] | Nausea Only |

## SOC

Social History

Substance Use Topics

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No |

## FAMILY HX
### History reviewed. No pertinent family history.

## REVIEW OF SYSTEMS

Constitutional: Negative for chills and fever.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain, palpitations, orthopnea, claudication and leg swelling.
Gastrointestinal: Negative for diarrhea, nausea and vomiting.
Musculoskeletal: Negative for joint pain. Positive for right ankle pain
Skin: Negative for rash.
Neurological: Negative for dizziness, tingling, sensory change, focal weakness and weakness.
Psychiatric/Behavioral: Negative.

## PHYSICAL EXAM
Vitals:

| | 12/19/17 1557 |
|---|---|
| Weight: | 121.9 kg (268 lb 11.9 oz) |
| Height: | 5' 4" (1.626 m) |

**General:** This patient is well-developed, well-nourished and appears stated age, well-oriented to person, place and time, and cooperative and pleasant on today's visit

## LOWER EXTREMITY
**Vascular exam:**
• Dorsalis pedis and posterior tibial pulses palpable 2/4 bilaterally.
• Capillary refill time immediate to the toes.
• Feet are warm to the touch. Skin temperature warm to warm from proximally to distally
• There are no varicosities, telangiectasias noted to bilateral foot and ankle regions.
• There are no ecchymoses noted to bilateral foot and ankle regions.
• There is no gross lower extremity edema.

White, Sabrina Lynette (MR # 1932025) DOB:

**Dermatologic exam:**
- Skin moist with healthy texture and turgor.
- There are no open ulcerations, lacerations, or fissures to bilateral foot and ankle regions. There are no signs of infection as there is no erythema, no proximal-extending lymphangiitis, no fluctuance, or crepitus noted on palpation to bilateral foot and ankle regions.
- There is no interdigital maceration.
- There are no hyperkeratotic lesions noted to feet. Nails are well-trimmed.

**Neurologic exam:**
- Epicritic sensation is intact as the patient is able to sense light touch to bilateral foot and ankle regions.
- Achilles and patellar deep tendon reflexes intact
- Babinski reflex absent

**Musculoskeletal/Orthopedic exam:**
- No symptomatic structural abnormalities noted
- Muscle strength AT/EHL/EDL/PT: 5/5; Achilles/Gastroc/Soleus: 5/5; PB/PL: 5/5 Muscle tone is normal.
- Ankle joint ROM  B/L limited, negative crepitus
- There is tenderness with palpation medial malleolus RIGHT and at lateral aspect of right fifth metatarsal
- STJ ROM supple inv/ev, non crepitus
- MTPJ b/l supple DF/PF, non crepitus

**<u>IMAGING</u>**
Reviewed by me and I agree with radiologist findings, 3 views of foot/ankle, reveal:
No results found for this or any previous visit.

No results found for this or any previous visit.

No results found for this or any previous visit.

**Results for orders placed during the hospital encounter of 12/19/17**
**X-Ray Foot Complete Right**

*Narrative*          *Technique: AP, lateral, and oblique views were obtained of the right foot*

*Comparison: 2/19/2009*

*Findings: Postoperative changes related to prior fixation of calcaneal fracture again noted.  Hardware appears unchanged without definite evidence of failure or loosening.  No acute fractures or dislocations visualized. Mild hallux valgus deformity and degenerative findings at the great toe MTP joint may be minimally worsened from prior.  Scattered degenerative changes also noted throughout the mid foot.  There is also mild pes planus deformity which appears similar to prior.  No erosive osseous changes demonstrated.*

White, Sabrina Lynette (MR # 1932025) DOB:

*Impression*          *As above. No acute findings.*

*Electronically signed by:*     *MATTHEW LAFLEUR MD*
*Date:*                          *12/19/17*
*Time:*                          *15:59*

## ASSESSMENT
Encounter Diagnoses

| Name | Primary? |
|------|----------|
| • Ankle arthritis | Yes |
| • Acquired pes planovalgus, unspecified laterality - Right Foot | |

## PLAN
1. Patient was educated about clinical and imaging findings, and verbalizes understanding of above.

Diagnoses and all orders for this visit:
**Ankle arthritis**
-   X-Ray Ankle Complete 3 View Bilateral; Future; Expected date: 12/19/2017

**Acquired pes planovalgus, unspecified laterality - Right Foot**
-   X-Ray Ankle Complete 3 View Bilateral; Future; Expected date: 12/19/2017

**Other orders**
-   methylPREDNISolone (MEDROL DOSEPACK) 4 mg tablet; use as directed  Dispense: 1 Package; Refill: 0

2. Treatment plan:

Verbal consent was obtained to proceed with short leg boot which was applied to the right lower extremity without incident. Pt denies any paresthesias, CFT to digits were within normal limits upon discharge. Pt tolerated the procedure well. The patient has been provided at home care instructions.

3. RTC  for follow up/evaluation as scheduled

## Future Appointments

| Date | Time | Provider | Department | Center |
|------|------|----------|------------|--------|
| 12/28/2017 | 3:00 PM | Aimee T McHugh, PT | SUMH PHYSMED | Summa |
| 1/2/2018 | 3:00 PM | Aimee T McHugh, PT | SUMH PHYSMED | Summa |
| 1/4/2018 | 3:00 PM | Aimee T McHugh, PT | SUMH PHYSMED | Summa |

1-4-2018                                    301784417280001                          5220180104029459

Lincoln/White 1219

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| January 31, 2018 11:16:19 AM EST | Ochsner Fax Server | 376 | 14 | Received |

Ochsner Fax Server    1/31/2018 10:10:25 AM    PAGE    1/014    Fax Server

# FAX

**To: 8592644372**

Company:
    Fax: 8592644372
Phone:

**From: 1048555**

    Fax:
    Phone:
    E-mail: saitlvn.tircuit@ochsner.org

## NOTES:

Date and time of transmission: Wednesday, January 31, 2018 10:10:18 AM
Number of pages including this cover sheet: 14

1-31-2018                                        301784417280001                                        5220180131009614

Lincoln/White 1220

Ochsner FAX Server    1/31/2018 10:10:25 AM    PAGE    2/014    Fax Server

12/28/2017 8:36:01 AM -0600 SEDGWICK    PAGE 3    OF 8

## ➡️ PLAN YOUR RETURN | RETURN TO WORK CERTIFICATION

Associate name: Sabrina White    Associate WIN: 103880795    Case number: 07C8210201800090AA

If you are returning from medical leave due to your own serious health condition, you must provide a written release. You will not be permitted to return to work without a release. If you are returning with restrictions, the release information can assist us in determining if an accommodation can be provided. Email or fax it to Sedgwick as soon as possible before your return to work. Provide a copy to your manager/HR representative on your first day back.

### SECTION A – TO BE COMPLETED BY ASSOCIATE (please print)

| Leave start date: | Expected return to work date: |
|---|---|
| Facility number: | City/state: |

Preferred method of contact (optional):

| Home phone number: | Cell number: | Email: |
|---|---|---|

| Associate's signature: | Job title: | Date: |
|---|---|---|

### SECTION B (MEDICAL RELEASE) – TO BE COMPLETED BY HEALTHCARE PROVIDER

I certify that the associate named above is medically able to resume work as of 12/19/2017 (MM/DD/YYYY)

This associate can return to work (check one): ✔ With no restrictions ___ With restrictions (please describe below)

| Activity | Frequency, activity level, limitations, etc. | Duration (circle P if permanent) |
|---|---|---|
| Bending | | ___ to ___ or P |
| Breathing | | ___ to ___ or P |
| Climbing | | ___ to ___ or P |
| Communication | | ___ to ___ or P |
| Grasping | | ___ to ___ or P |
| Hearing | | ___ to ___ or P |
| Lifting/carrying (lbs) (check one): 10  15  20  25  50  60  Other (provide details below) | | ___ to ___ or P |
| Pulling | | ___ to ___ or P |
| Reaching (check one) ___ Overhead ___ Below knee ___ Other (provide details below) | | ___ to ___ or P |
| Seeing | | ___ to ___ or P |
| Standing | | ___ to ___ or P |
| Twisting | | ___ to ___ or P |
| Walking | | ___ to ___ or P |

Other restrictions or details: If you need additional room, please ensure any attached pages are signed and dated.

Accommodation(s): If returning with restrictions, please list suggested ways the associate can be accommodated.

| Option 1 | |
|---|---|
| Option 2 | |

| Name of healthcare provider: Dr. Irene Evuleocha Dan | Phone: 225 761 5200 |
|---|---|
| Mailing address: 9001 Summa Ave Baton Rouge LA 70809 | Fax: 225 761 5854 |
| Healthcare provider signature: ___ Date: 1/29/18 | Email: |

### SECTION C – MANAGER/HUMAN RESOURCES REPRESENTATIVE INSTRUCTIONS WHEN RESTRICTIONS ARE NOTED

If restrictions are noted on the release, return the associate with a job adjustment, if possible. See the Accommodation in Employment policy for more information on the job adjustment program. If unable to provide a job adjustment, contact Sedgwick at 855-498-6003 a mutual next steps. (NOTE: A job adjustment does not include creating a job, removing or reducing an essential function, transferring a portion of a job to another associate, light duty, or temporary alternative duty.)

| Name: | Signature: | Title: | Date: |
|---|---|---|---|

1009202602,888-20401

Lincoln/White 1221

Ochsner Fax Server    1/31/2018 10:10:25 AM   PAGE   3/010   Fax Server

12/28/2017 9:26:01 AM -0600 SEDGWICK

PAGE 2   OF 8



## sedgwick.

### Request for Medical Information to Support Disability Benefits

**Walmart Disability and Leave Service Center at Sedgwick**
P.O. Box 14028, Lexington, KY 40512

Telephone: (800) 492-5678      Facsimile: (859) 264-4372      Email: walmartforms@sedgwicksir.com

| | | | |
|---|---|---|---|
| Today's Date: | December 28, 2017 | Pages: | 7 |
| To: | DR IRENE NWOKOLO | From: | Sedgwick Disability & Leave |
| Fax: | 225-761-5856 | Fax: | (859) 264-4372 |
| Patient: | Sabrina L White | Telephone: | (800) 492-5678 |
| Patient DOB: | | Claim Number: | 30178441728-0001 |

**Medical Information Due Date:**      **January 08, 2018**

The above named person is presently being considered for disability benefits and Sedgwick administers these benefits. We require objective information check-marked below that supports your patient inability to return to work due to reduced functional capacity. *If the requested information is not received by 01/08/2018, it may result in the patient not receiving disability pay.*

☞ **ACTION REQUIRED, we need the following checked item(s) returned:**

☒ Office Visit Notes and Treatment Notes or Status Report describing the physical exam finding

[Note: The findings should indicate the medical reason why your patient's is unable to perform the essential job functions.](See Below) **FROM 12/19/2017 APPT. A RELEASE OF INFO IS ATTACHED.**

☒ Date of Next Office Visit: _____

☒ MRI / CT Scan / X-ray Results / Lab Results: **FROM 12/19/2017 APPT, IF AVAILABLE**

☒ If the associate is able to Return to work with restrictions. Please complete the Return to Work form below based on the **Associate's Essential Job Functions which include:** move, lift, carry, and place merchandise and supplies weighing up to 25 pounds without assistance, grasp, turn, and manipulate objects of varying size and weight, requiring fine motor skills and hand-eye coordination, and reaches overhead and below the knees, including bending, twisting, pulling, and stooping.

**Please fax to: Fax (859) 264-4372 or Email: walmartforms@sedgwicksir.com**

Any and all charges for copies of records are the responsibility of patient

"The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services."



---

Lincoln/White 1222

Ochsner FAX Server    1/31/2018 10:10:29 AM    PAGE    1/011    Fax Server

12/28/2017 8:36:01 AM -0600 SEDGWICK                                    PAGE 8    OF 8

 **PLAN YOUR RETURN | RETURN TO WORK CERTIFICATION**

HIPAA: This Authorization has been carefully and specifically drafted to permit disclosure of health information consistent with the privacy rules adopted and subsequently amended by the United States Department of Health and Human Services pursuant to the Health Insurance Portability and Accountability Act of 1996 (HIPAA).

NOTE TO ALL HEALTH CARE PROVIDERS: The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

Instructions for completing the form.
1. Complete all applicable areas of the form.
2. If you are the Authorized Representative, include a copy of the legal document(s) authorizing you to act on the Employee/Claimant's (Patient's) behalf.
3. Sign the form.
4. Fax or return this form as soon as possible to expedite processing of your claim - retain original for your records.

Walmart Disability and Leave Service Center at Sedgwick:

Facsimile: (859) 264-4372    Email: Walmartforms@sedgwickslr.com

Your refusal to complete and sign this form may affect your eligibility for benefits under your employer's disability plan.

Employee Name:  Sabrina L. White            WIN:  103860789
Claim #:    301773911126-0901

ROI 1

LN107312.016-2041

Lincoln/White 1223

Ochsner Fax Server    1/31/2018 10:10:39 AM    PAGE    5/016    Fax Server

12/28/2017 8:36:01 AM -0600 SEDGWICK                          PAGE 5    OF 8



## PLAN YOUR RETURN | RETURN TO WORK CERTIFICATION

### Authorization for Use and Disclosure of Medical Information

I understand that Liberty Life Assurance Company of Boston ("Liberty Life") and Sedgwick work to coordinate claim services for Walmart's: 1) disability income benefit plan; 2) requests for leave under the Family and Medical Leave Act (FMLA), state leave laws, and /or my employer's leave of absence policy ("Leave Request"); and 3) my employer's Worker's Compensation program (collectively, "My Employer's Benefit Plan and Programs"). In order that Liberty Life and Sedgwick may obtain information necessary to determine my eligibility for disability income benefits and/or my Leave Request, I have read and signed the following authorization:

FOR THE FOLLOWING PURPOSES OF DETERMINING MY ELIGIBILITY FOR:
* Disability Income Benefits
* Leave under the Family and Medical Leave Act
* Leave under other state law
* Leave under my employer's disability leave of absence policy and/or my employer's Worker's Compensation program.

I AUTHORIZE THE FOLLOWING PERSONS having any records or knowledge of me or my health:
* Any physician, surgeon, dentist, pharmacy benefits manager or other medical service provider
* Any hospital, clinic, ambulance service or other medical or medical related facility
* Other insurance company
* Any employer, disability service administrator, group policyholders, contract holders, or benefit plan administrators.
* Any government agency
* Any educational, vocational or rehabilitation organization or program
* The authorized persons /entities include but are not limited to the following (list all providers you have treated with over the past five (5) years):

_____

I permit Sedgwick to contact any health care provider who has submitted a medical certification to Sedgwick in connection with my Leave Request in order to authenticate, clarify, or obtain any information missing on the certification. I also permit Liberty Life or Sedgwick to contact any health care providers necessary to evaluate and determine my eligibility for disability income benefits.

ROI 2

C031C1512 R48 (3/44)

Lincoln/White 1224

Ochsner Fax Server    1/31/2018 10:10:29 AM    PAGE    6/010    Fax Server

12/28/2017 9:36:01 AM -0600 SEDGWICK                                    PAGE 6    OF 9



## PLAN YOUR RETURN | RETURN TO WORK CERTIFICATION

**To Give The Following Information:**

• All medical and claim information about me, including medical history, diagnosis, prognosis and treatment of any physical or mental condition. This includes disclosure of my entire medical record, including but not limited to, disclosure of medical care or surgery, psychiatric or psychological care or examinations; but not psychotherapy notes; and alcohol or drug abuse including any data protected by Federal Regulations 42 CFR Part 2 or other applicable laws. I understand that this authorization includes my consent to disclose medical information that relates to mental illness, HIV, AIDS, HIV-related illness and sexually transmitted diseases or other serious communicable diseases, but only in accordance with any law or regulation that applies to any such disclosure of this information about me. Information that may have been subject to privacy rules of the U.S. Department of Health and Human Services, once disclosed, may be subject to redisclosure by the recipient as permitted or required by law, and may no longer be covered by those rules.

• Non-medical information requested about me, including my education, employment history, or eligibility for other benefits.

• Federal and/or state law specifically requires that any disclosure or re-disclosure of substance abuse, alcohol or drug, mental health or AIDS related information must be accompanied by the following written statement:

"This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2) and/or state law. The Federal rules and/or state law prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the specific written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2 and/or state law. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient."

**TO LIBERTY LIFE AND SEDGWICK** In the format requested by them, including by telephone, fax or mail. I authorize Liberty Life and Sedgwick to release information about me 1) to each other, 2) to any person performing business or legal services on their behalf and persons or organizations performing claims management and claims advisory services or medical treatment or services in connection with my claims for disability income benefits, my Leave Request, and/or occupational injury benefits claim, 3) to my employer and its affiliates and their representatives, independent contractors and service providers that may receive any such information from my employer to extent permitted by state or federal law, 4) as required by law. I understand that Liberty Life and Sedgwick will only use or disclose the information to the extent necessary to administer My Employer's Benefit Plans or Programs.                    ROI 3

Lincoln/White 1225

Ochsner Fax Server    1/31/2018 10:10:29 AM    PAGE    7/013    Fax Server

12/28/2017 9:36:01 AM -0600 SEDGWICK                                    PAGE 7  OF 8



## PLAN YOUR RETURN | RETURN TO WORK CERTIFICATION

This information will not be released by Liberty Life and Sedgwick to parties that are not acting on behalf of Liberty Life, Sedgwick, and/or My Employer's Benefit Plans or Programs, unless required by law, or unless specifically requested to do so, in writing by me.

I understand that I may revoke this authorization at any time by writing to the address noted above. I further understand that, unless permitted by applicable law, I cannot revoke this authorization to the extent that Walmart, Liberty Life, and/or Sedgwick have taken action in reliance on it.

If I do not revoke this authorization, I understand that for purposes of disability benefits and/or my Leave or Accommodation Request it will be valid for two years from the date I sign this authorization or the duration of my claim for benefits and/or my Leave Request, whichever period is shorter.
I understand that for purposes of occupational injury benefits it will be valid for the duration of my claim for occupational injury benefits or for the period required by applicable state law, whichever period is shorter.

I also understand that the entity releasing the information pursuant to this authorization may not condition my treatment or payment of health benefits on my signing this authorization. I understand that my refusal to sign this authorization may cause a delay or denial of payment of disability benefits and/or occupational injury benefits. I understand that my refusal to sign this authorization will not affect my eligibility for leave under the FMLA.

I understand that a photocopy of this authorization is as valid as the original, and that I may receive a copy of this authorization upon request.

Short Term Disability Income Benefits and Leaves administered by Sedgwick.
Long Term Disability Income Benefits insured and administered by Liberty Life.
Liberty Life and Sedgwick are independent entities and are not affiliated with each other.

Dohener Fax Server    1/31/2018 10:10:25 AM    PAGE    8/014    Fax Server

18/28/2017 9:36:01 AM -0600 SEDGWICK                        PAGE 8    OF 8



## PLAN YOUR RETURN | RETURN TO WORK CERTIFICATION

**Voluntary authorization to seek clarification or authentication on FMLA, State FMLA and/or Walmart Personal Leave certification**

Associate name: Sabrina White        Associate level: (associate)
Case number: 5017801256000IFN

In order to substantiate your leave request under the Family and Medical Leave Act (FMLA), State FMLA and/or Walmart Personal Leave, Sedgwick may require a healthcare provider certification ("FMLA Certification Form") to support your need for family and medical leave due to your own serious health condition or a family member's serious health condition. It is your responsibility to provide Sedgwick with a complete and sufficient certification. With your permission, once the certification has been submitted, the FMLA regulations allow Sedgwick, as the administrator of Walmart's FMLA policy, to seek clarification from your healthcare provider if it is necessary to understand the meaning of a response or the handwriting on the medical certification.

I, Sabrina, hereby authorize Sedgwick to make contact with my healthcare provider for the purpose of seeking authentication of this document or clarification of the information contained in this document. This Release and Consent does not authorize the disclosure of: 1) the identification of past, present, or future physical or mental health, or conditions; 2) the diagnosis or treatment provided to me; 3) payment for the healthcare I received; or 4) genetic information. In addition, Sedgwick will not, nor does this Release and Consent authorize Sedgwick to, request information beyond that required by the FMLA Certification Form.

I understand that, when requested, or signing any form in this authorization request serves the terms of the Health Insurance Portability and Accountability Act (HIPAA) or other laws which would authorize the healthcare provider to discuss my certification for leave and provide the clarifications requested.

I acknowledge that this authorization is voluntary, however if I choose not to provide Sedgwick with this authorization, and do not provide either a complete and sufficient certification form Sedgwick may deny the taking of FMLA, State FMLA and/or Walmart Personal Leave.

I further understand that I have the right to revoke this authorization at any time by providing written notice to Sedgwick at the following address:
Walmart Disability and Leave Service Center at Sedgwick
PO Box 14082, Lexington, KY 40512

However, this authorization cannot be revoked if Sedgwick has taken action on this authorization prior to receiving written notice. I also understand that I have a right to have a copy of this authorization. This authorization is valid from the date of my signature below and shall expire one year from the date of this authorization.

_Sabrina White_                    _7/6/2017_
Associate signature                    Date

IC03101317.846-2000I

Lincoln/White 1227

Ochsner FAX Server    1/31/2018 10:10:25 AM  PAGE    9/016    Fax Server

White, Sabrina Lynette (MR # 1932025) DOB: 12/03/1972

# White, Sabrina Lynette

MRN: 1932025
Description: 45 year old female

**Progress Notes** Encounter Date: 12/19/2017  3:20 PM
Creation Time: 12/19/2017  4:28 PM

 **Irene N. Evuleocha, DPM**
Podiatry

---

Ochsner Medical Center - BR
**PODIATRIC MEDICINE AND SURGERY**
**PROGRESS NOTE**

12/28/2017

**PODIATRY NOTE**
**REFERRAL REQUEST: Dr. Browning**

**CHIEF COMPLAINT**
Chief Complaint
Patient presents with
* Ankle Pain
  *right lateral side of lower ankle pain with swelling started 12/11/2017 occasional left bilateral swelling lower ankle pain*

**HPI**
Sabrina Lynette White is a 45 y.o. female who has a past medical history of Anxiety, Arthritis, Depression, Encounter for blood transfusion, GERD (gastroesophageal reflux disease); Hyperlipidemia; and Hypertension.
Sabrina presents to clinic today complaining of Right foot and ankle pain.

Patient describes pain as:
Location: pt points to lateral aspect of right foot
Quality: throbbing
Severity: 10/10
Duration: several weeks
Modifying Factors (Aggravating): weight bearing, pt states she had right foot surgery to "restore her arch". She has generalized ankle pain that has resulted since the surgery. She states over past few months the pain has continued in her ankle
Modifying Factors (Alleviating): no treatment

Patient denies other pedal complaints at this time.

**PMH**
Past Medical History:
Diagnosis                                                    Date
* Anxiety
* Arthritis
* Depression
* Encounter for blood transfusion
  *had to have infusion during surgery in 2008*
* GERD (gastroesophageal reflux disease)
* Hyperlipidemia

White, Sabrina Lynette (MR # 1932025) Printed by Kaila S. Joseph, LPN [243669] at 1/4   Page 1 of 6

Lincoln/White 1228

Ochsner FAX Server    1/31/2018 10:10:25 AM    PAGE    107/011    Fax Server

White, Sabrina Lynette (MR # 1932025) DOB:

- Hypertension

## PROBLEM LIST

Patient Active Problem List

| Diagnosis | Date Noted |
|---|---|
| Chondromalacia patellae of left knee | 11/24/2017 |
| Chondromalacia patellae of right knee | 11/24/2017 |
| Osteoarthritis of both knees | 09/27/2017 |
| Osteoarthritis of spine with radiculopathy, cervical region | 09/27/2017 |
| Spondylosis of lumbar region without myelopathy or radiculopathy | 08/27/2017 |
| Essential hypertension | 11/29/2016 |
| Depression | 11/29/2016 |
| Primary insomnia | 11/29/2016 |
| Migraine headache | 09/17/2014 |

## MEDS

Current Outpatient Prescriptions on File Prior to Visit

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| butalbital-acetaminophen-caffeine 50-325-40 mg (FIORICET, ESGIC) 50-325-40 mg per tablet | Take 1 tablet by mouth 2 (two) times daily as needed for Pain | 30 tablet | 0 |
| clonazePAM (KLONOPIN) 0.5 MG tablet | Take 1 tablet (0.5 mg total) by mouth 2 (two) times daily as needed for Anxiety. | 60 tablet | 1 |
| cyclobenzaprine (FLEXERIL) 10 MG tablet | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. | 60 tablet | 0 |
| gabapentin (NEURONTIN) 100 MG capsule | TAKE ONE CAPSULE BY MOUTH TWICE DAILY AS NEEDED | 60 capsule | 0 |
| loratadine (CLARITIN) 10 mg tablet | Take 1 tablet (10 mg total) by mouth every morning. | 30 tablet | 6 |
| piroxicam (FELDENE) 20 MG capsule | Take 1 capsule (20 mg total) by mouth once daily. | 30 capsule | 6 |
| venlafaxine (EFFEXOR-XR) 150 MG Cp24 | Take 1 capsule (150 mg total) by mouth once daily. | 30 capsule | 1 |
| zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed. | 30 tablet | 0 |
| augmented betamethasone dipropionate (DIPROLENE AF) 0.05 % cream | Apply topically 2 (two) times daily | 50 g | 0 |

Current Facility-Administered Medications on File Prior to Visit

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|
| hylan g-f 20 48 mg/6 mL injection 48 mg | 48 mg | Intra-articular | 1 time in Clinic/HOD | Benjamin B. Browning, MD | | |

White, Sabrina Lynette (MR # 1932025) Printed by Kaila S. Joseph, LPN [243669] at 1/4...    Page 2 of 6

1-31-2018                    301784417280001                    5220180131009614

Lincoln/White 1229

Oahsner Fax Server    1/31/2018 10:10:25 AM    PAGE 11/018    Fax Server

White, Sabrina Lynette (MR # 1932025) DOB:

## Medication List with Changes/Refills
### New Medications
METHYLPREDNISOLONE (MEDROL DOSEPACK) 4 MG TABLET — use as directed

### Current Medications
AUGMENTED BETAMETHASONE DIPROPIONATE (DIPROLENE-AF) 0.05 % CREAM — Apply topically 2 (two) times daily.

BUTALBITAL-ACETAMINOPHEN-CAFFEINE 50-325-40 MG (FIORICET, ESGIC) 50-325-40 MG PER TABLET — Take 1 tablet by mouth 2 (two) times daily as needed for Pain.

CLONAZEPAM (KLONOPIN) 0.5 MG TABLET — Take 1 tablet (0.5 mg total) by mouth 2 (two) times daily as needed for Anxiety.

CYCLOBENZAPRINE (FLEXERIL) 10 MG TABLET — Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed

GABAPENTIN (NEURONTIN) 100 MG CAPSULE — TAKE ONE CAPSULE BY MOUTH TWICE DAILY AS NEEDED

LORATADINE (CLARITIN) 10 MG TABLET — Take 1 tablet (10 mg total) by mouth every morning.

PIROXICAM (FELDENE) 20 MG CAPSULE — Take 1 capsule (20 mg total) by mouth once daily

VENLAFAXINE (EFFEXOR-XR) 150 MG CP24 — Take 1 capsule (150 mg total) by mouth once daily

ZOLPIDEM (AMBIEN) 5 MG TAB — Take 1 tablet (5 mg total) by mouth nightly as needed

## PSH
Past Surgical History:
Procedure — Laterality — Date
* CESAREAN SECTION, LOW TRANSVERSE
* FOOT SURGERY

## ALL
Review of patient's allergies indicates:
Allergen — Reactions
* Aleve (naproxen sodium)
* Bayer aspirin (with caffeine) (aspirin-caffeine) — Nausea Only

## SOC
Social History
Substance Use Topics
* Smoking status.    Never Smoker

Ochsner Fax Server     1/31/2018 10:10:25 AM     PAGE     19/011     Fax Server

White, Sabrina Lynette (MR # 1932025) DOB:

- Smokeless tobacco:          Never Used
- Alcohol use                       No

### FAMILY HX
History reviewed. No pertinent family history.

### REVIEW OF SYSTEMS

Constitutional: Negative for chills and fever.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain, palpitations, orthopnea, claudication and leg swelling.
Gastrointestinal: Negative for diarrhea, nausea and vomiting.
Musculoskeletal: Negative for joint pain. Positive for right ankle pain.
Skin: Negative for rash.
Neurological: Negative for dizziness, tingling, sensory change, focal weakness and weakness.
Psychiatric/Behavioral: Negative.

### PHYSICAL EXAM
Vitals:

|  | 19/10/17 1527 |
|---|---|
| Weight: | 121.9 kg (268 lb 11.9 oz) |
| Height: | 5' 4" (1.626 m) |

General: This patient is well-developed, well-nourished and appears stated age. Well-oriented to person, place and time, and cooperative and pleasant on today's visit.

### LOWER EXTREMITY
**Vascular exam:**
- Dorsalis pedis and posterior tibial pulses palpable 2/4 bilaterally.
- Capillary refill time immediate to the toes.
- Feet are warm to the touch. Skin temperature warm to warm from proximally to distally.
- There are no varicosities, telangiectasias noted to bilateral foot and ankle regions.
- There are no ecchymoses noted to bilateral foot and ankle regions.
- There is no gross lower extremity edema.

**Dermatologic exam:**
- Skin moist with healthy texture and turgor.
- There are no open ulcerations, lacerations, or fissures to bilateral foot and ankle regions. There are no signs of infection as there is no erythema, no proximal-extending lymphangitis, no fluctuance, or crepitus noted on palpation to bilateral foot and ankle regions.
- There is no interdigital maceration.
- There are no hyperkeratotic lesions noted to feet. Nails are well-trimmed.

**Neurologic exam:**
- Epicritic sensation is intact as the patient is able to sense light touch to bilateral foot and ankle regions.
- Achilles and patellar deep tendon reflexes intact.
- Babinski reflex absent.

Lincoln/White 1231

Ochsner Fax Server    1/31/2018 10:10:29 AM    PAGE    13/019    Fax Server

White, Sabrina Lynette (MR # 1932025) DOB:

## Musculoskeletal/Orthopedic exam:

- No symptomatic structural abnormalities noted
- Muscle strength AT/EHL/EDL/PT 5/5; Achilles/Gastroc/Soleus 5/5; PB/PL 5/5 Muscle tone is normal.
- Ankle joint ROM B/L limited, negative crepitus
- There is tenderness with palpation medial malleolus RIGHT and at lateral aspect of right fifth metatarsal
- STJ ROM supple inv/ev, non crepitus
- MTPJ b/l supple DF/PF, non crepitus

## IMAGING

Reviewed by me and I agree with radiologist findings, 3 views of foot/ankle, reveal:
No results found for this or any previous visit.

No results found for this or any previous visit.

No results found for this or any previous visit.

Results for orders placed during the hospital encounter of 12/19/17
X-Ray Foot Complete Right

Narrative        Technique: AP, lateral, and oblique views were obtained of the right foot.

                 Comparison: 3/19/2009

                 Findings: Postoperative changes related to prior fixation of calcaneal
                 fracture again noted. Hardware appears unchanged without definite
                 evidence of failure or loosening. No acute fractures or dislocations
                 visualized. Mild hallux valgus deformity and degenerative findings at the
                 great toe MTP joint may be minimally worsened from prior. Scattered
                 degenerative changes also noted throughout the mid foot. There is also
                 mild pes planus deformity which appears similar to prior. No erosive
                 osseous changes demonstrated.

Impression       As above. No acute findings

                 Electronically signed by    MATTHEW LAFLEUR MD
                 Date:                        12/19/17
                 Time:                        15:39

## ASSESSMENT

Encounter Diagnoses

| Name | Primary? |
|------|----------|
| • Ankle arthritis | Yes |
| • Acquired pes planovalgus, unspecified laterality - Right Foot | |

White, Sabrina Lynette (MR # 1932025) Printed by Katia S. Joseph, LPN [243669] at 1/4...    Page 5 of 6

Lincoln/White 1232

Ochsner FAX Server    1/31/2018  10:10:25 AM   PAGE   14/019    Fax Server

White, Sabrina Lynette (MR # 1932025) DOB.           2

## PLAN

1. Patient was educated about clinical and imaging findings, and verbalizes understanding of above.

Diagnoses and all orders for this visit:

**Ankle arthritis**
- X-Ray Ankle Complete 3 View Bilateral, Future. Expected date. 12/19/2017

**Acquired pes planovalgus, unspecified laterality - Right Foot**
- X-Ray Ankle Complete 3 View Bilateral, Future, Expected date. 12/19/2017

**Other orders**
- methylPREDNISolone (MEDROL DOSEPACK) 4 mg tablet: use as directed. Dispense. 1 Package. Refill: 0

2. Treatment plan:

Verbal consent was obtained to proceed with short leg boot which was applied to the right lower extremity without incident. Pt denies any paresthesias. CFT to digits were within normal limits upon discharge. Pt tolerated the procedure well. The patient has been provided at home care instructions.

3. RTC for follow up/evaluation as scheduled.

## Future Appointments

| Date | Time | Provider | Department | Center |
|------|------|----------|------------|--------|
| 12/26/2017 | 3:00 PM | Aimee T McHugh, PT | SUMH PHYSMED | Summa |
| 1/2/2018 | 3:00 PM | Aimee T McHugh, PT | SUMH PHYSMED | Summa |
| 1/4/2018 | 3:00 PM | Aimee T McHugh, PT | SUMH PHYSMED | Summa |
| 1/16/2018 | 3:00 PM | Irene N. Evuleocha, DPM | SUMC POD | Summa |

Report Electronically Signed By:
Irene O. Nwokolo, DPM
**Podiatric Medicine & Surgery**
**Ochsner Baton Rouge**
12/26/2017

Electronically signed by Irene N. Evuleocha, DPM at 12/26/2017  3:23 PM

Office Visit on 12/19/2017
Note shared with patient

White, Sabrina Lynette (MR # 1932025) Printed by Kaila S. Joseph, LPN [243669] at 1/4...   Page 6 of 6

Lincoln/White 1233

02/02/2018 12:50:51 PM -0600 SEDGWICK                                    PAGE 3    OF 3



# PLAN YOUR RETURN | RETURN TO WORK CERTIFICATION

Associate name: Sabrina White        Associate WIN: 103880799        Case number: B708210204800090AA

If you are returning from medical leave due to your own serious health condition, **you must provide a written release**. You will not be permitted to return to work without a release. If you are returning with restrictions, the release information can assist us in determining if an accommodation can be provided. Email or fax it to Sedgwick as soon as possible before your return to work. Provide a copy to your manager/HR representative on your first day back.

### SECTION A – TO BE COMPLETED BY ASSOCIATE (please print)

| | |
|---|---|
| Leave start date: | Expected return to work date: |
| Facility number: | City/state: |

**Preferred method of contact (optional)**

| | | |
|---|---|---|
| Home phone number: | Cell number: | Email: |

| | | |
|---|---|---|
| Associate's signature: | Job title: | Date: |

### SECTION B (MEDICAL RELEASE) – TO BE COMPLETED BY HEALTHCARE PROVIDER

I certify that the associate named above is medically able to resume work on: 12 / 14 / 17 (MM/DD/YYYY)

This associate can return to work (check one): ✓ With no restrictions __ With restrictions (please describe below)

| Activity | Frequency, activity level, limitations, etc. | Duration (circle P if permanent) |
|---|---|---|
| Bending | | ___ to ___ or P |
| Breathing | | ___ to ___ or P |
| Climbing | | ___ to ___ or P |
| Communicating | | ___ to ___ or P |
| Grasping | | ___ to ___ or P |
| Hearing | | ___ to ___ or P |
| Lifting/carrying (lbs) (check one) __0-9 __10 __15 __20 __25 __50 __60 __Other (provide details below) | | ___ to ___ or P |
| Pulling | | ___ to ___ or P |
| Reaching (check one) __ Overhead __ Below knee __ Other (provide details below) | | ___ to ___ or P |
| Seeing | | ___ to ___ or P |
| Standing | | ___ to ___ or P |
| Twisting | | ___ to ___ or P |
| Walking | | ___ to ___ or P |

**Other restrictions or details:** If you need additional room, please ensure any attached pages are signed and dated.

**Accommodation(s):** If returning with restriction(s), please list suggested ways the associate can be accommodated.

| | |
|---|---|
| Option 1 | |
| Option 2 | |

| | |
|---|---|
| Name of healthcare provider: Dr. Irene Evuledcha, DPM | Phone: 225 741 5200 |
| Mailing address: 9001 Summa Ave Baton Rouge, LA 70809 | Fax: 225 741 5854 |
| Healthcare provider signature: [signature]    Date: 2/8/18 | Email: |

### SECTION C – MANAGER/HUMAN RESOURCES REPRESENTATIVE INSTRUCTIONS WHEN RESTRICTIONS ARE NOTED

If restrictions are noted on the release, return the associate with a job adjustment, if possible. See the Accommodation in Employment policy for more information on the job adjustment program. If unable to provide a job adjustment, contact Sedgwick at 855-489-1600 to discuss next steps. [NOTE: A job adjustment does not include creating a job, removing or reducing an essential function, transferring a portion of a job to another associate, light duty or temporary alternative duty.]

| Name: | Signature: | Title: | Date: |
|---|---|---|---|

!C03102812.848-2048!

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 9, 2018 2:37:20 PM EST | | 184 | 7 | Received |

Lincoln/White 1234

2-9-2018

301784417280001

5220180209019675

Lincoln/White 1235

White, Sabrina Lynette (MR # 1932025) DOB:

# White, Sabrina Lynette

MRN: 1932025
Description: 45 year old female

**Progress Notes** Encounter Date: 2/6/2018  8:00 AM
Creation Time: 2/6/2018  9:03 AM

 **Irene N. Evuleocha, DPM**
Podiatry

### Ochsner Medical Center - BR
### PODIATRIC MEDICINE AND SURGERY
### PROGRESS NOTE

**2/6/2018**

**PODIATRY NOTE**
**REFERRAL REQUEST: Dr. Browning**

**CHIEF COMPLAINT**
Chief Complaint
Patient presents with
• Ankle Arthritis
*right ankle, patient described pain as a toothache, patient rated current pain at a 10*

**HPI**
Sabrina Lynette White is a 45 y.o. female who has a past medical history of Anxiety; Arthritis; Depression; Encounter for blood transfusion; GERD (gastroesophageal reflux disease); Hyperlipidemia; and Hypertension.
Sabrina presents to clinic today complaining of  Right foot and ankle pain.

Patient describes pain as:
Location: pt points to lateral aspect of right foot
Quality: throbbing
Severity:10/10
Duration:several weeks
Modifying Factors (Aggravating): weight bearing; pt states she had right foot surgery to "restore her arch". She has generalized ankle pain that has resulted since the surgery. She states over past few months the pain has continued in her ankle.
Modifying Factors (Alleviating): no treatment

2/6/2018
Pt is here today for follow up right ankle pain. She has been ambulating in CAM walking boot for past 4 weeks. She notes improvement with boot. She has bilateral primary OA both knees and chondromalecia. She states she is being managed by orthopedics in which she has been receiving injections. She states her PCP Dr. Thomas has approved FMLA as she is unable to return to work due to persistent pain in lower extremities with difficulty ambulating. Patient denies other pedal complaints at this time.

**PMH**
Past Medical History:
Diagnosis                                                                       Date
• Anxiety
• Arthritis

White, Sabrina Lynette (MR # 1932025) Printed by Kaitlyn N. Tircuit, MA [233547] at 2...   Page 1 of 6

Lincoln/White 1236

White, Sabrina Lynette (MR # 1932025) DOB:

- Depression
- Encounter for blood transfusion
  *had to have infusion during surgery in 2008*
- GERD (gastroesophageal reflux disease)
- Hyperlipidemia
- Hypertension

## PROBLEM LIST

**Patient Active Problem List**

| Diagnosis | Date Noted |
|---|---|
| • Chondromalacia patellae of left knee | 11/24/2017 |
| • Chondromalacia patellae of right knee | 11/24/2017 |
| • Osteoarthritis of both knees | 09/27/2017 |
| • Osteoarthritis of spine with radiculopathy, cervical region | 09/27/2017 |
| • Spondylosis of lumbar region without myelopathy or radiculopathy | 08/27/2017 |
| • Essential hypertension | 11/29/2016 |
| • Depression | 11/29/2016 |
| • Primary insomnia | 11/29/2016 |
| • Migraine headache | 09/17/2014 |

## MEDS

**Current Outpatient Prescriptions on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • clonazePAM (KLONOPIN) 0.5 MG tablet | Take 1 tablet (0.5 mg total) by mouth 2 (two) times daily as needed for Anxiety. | 60 tablet | 0 |
| • cyclobenzaprine (FLEXERIL) 10 MG tablet | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. | 60 tablet | 0 |
| • gabapentin (NEURONTIN) 100 MG capsule | Take 1 capsule (100 mg total) by mouth 2 (two) times daily as needed. | 60 capsule | 0 |
| • loratadine (CLARITIN) 10 mg tablet | Take 1 tablet (10 mg total) by mouth every morning. | 30 tablet | 2 |
| • piroxicam (FELDENE) 20 MG capsule | Take 1 capsule (20 mg total) by mouth once daily. | 30 capsule | 0 |
| • venlafaxine (EFFEXOR-XR) 150 MG Cp24 | Take 1 capsule (150 mg total) by mouth once daily. | 30 capsule | 0 |
| • zolpidem (AMBIEN) 5 MG Tab | Take 1 tablet (5 mg total) by mouth nightly as needed. | 30 tablet | 0 |
| • augmented betamethasone dipropionate (DIPROLENE-AF) 0.05 % cream | Apply topically 2 (two) times daily. | 50 g | 0 |

**Current Facility-Administered Medications on File Prior to Visit**

| Medication | Dose | Route | Frequency | Provider | Last Rate | Last Dose |
|---|---|---|---|---|---|---|

White, Sabrina Lynette (MR # 1932025) Printed by Kaitlyn N. Tircuit, MA [233547] at 2...    Page 2 of 6

Lincoln/White 1237

White, Sabrina Lynette (MR # 1932025) DOB:

| • hylan g-f 20 48 mg/6 mL injection 48 mg | 48 mg | Intra-articular | 1 time in Clinic/HOD | Benjamin B. Browning, MD |
|---|---|---|---|---|

## Medication List with Changes/Refills

### Current Medications

| | |
|---|---|
| AUGMENTED BETAMETHASONE DIPROPIONATE (DIPROLENE-AF) 0.05 % CREAM | Apply topically 2 (two) times daily. |
| CLONAZEPAM (KLONOPIN) 0.5 MG TABLET | Take 1 tablet (0.5 mg total) by mouth 2 (two) times daily as needed for Anxiety |
| CYCLOBENZAPRINE (FLEXERIL) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth 2 (two) times daily as needed. |
| GABAPENTIN (NEURONTIN) 100 MG CAPSULE | Take 1 capsule (100 mg total) by mouth 2 (two) times daily as needed. |
| LORATADINE (CLARITIN) 10 MG TABLET | Take 1 tablet (10 mg total) by mouth every morning. |
| PIROXICAM (FELDENE) 20 MG CAPSULE | Take 1 capsule (20 mg total) by mouth once daily. |
| VENLAFAXINE (EFFEXOR-XR) 150 MG CP24 | Take 1 capsule (150 mg total) by mouth once daily. |
| ZOLPIDEM (AMBIEN) 5 MG TAB | Take 1 tablet (5 mg total) by mouth nightly as needed. |

## PSH

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION, LOW TRANSVERSE | | |
| • FOOT SURGERY | | |

## ALL

**Review of patient's allergies indicates:**

| Allergen | Reactions |
|---|---|
| • Aleve [naproxen sodium] | |
| • Bayer aspirin (with caffeine) [aspirin-caffeine] | Nausea Only |

## SOC

**Social History**

| Substance Use Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No |

White, Sabrina Lynette (MR # 1932025) Printed by Kaitlyn N. Tircuit, MA [233547] at 2...   Page 3 of 6

Lincoln/White 1238

White, Sabrina Lynette (MR # 1932025) DOB:

## FAMILY HX
## No family history on file.

## REVIEW OF SYSTEMS

Constitutional: Negative for chills and fever.
Respiratory: Negative for shortness of breath.
Cardiovascular: Negative for chest pain, palpitations, orthopnea, claudication and leg swelling.
Gastrointestinal: Negative for diarrhea, nausea and vomiting.
Musculoskeletal: Negative for joint pain. Positive for right ankle pain
Skin: Negative for rash.
Neurological: Negative for dizziness, tingling, sensory change, focal weakness and weakness.
Psychiatric/Behavioral: Negative.

## PHYSICAL EXAM
Vitals:

| | 02/06/18 0837 |
|---|---|
| BP: | (!) 139/103 |
| Pulse: | 97 |
| Height: | 5' 4" (1.626 m) |
| PainSc: | 10-Worst pain ever |

**General:** This patient is well-developed, well-nourished and appears stated age, well-oriented to person, place and time, and cooperative and pleasant on today's visit

## LOWER EXTREMITY
**Vascular exam:**
- Dorsalis pedis and posterior tibial pulses palpable 2/4 bilaterally.
- Capillary refill time immediate to the toes.
- Feet are warm to the touch. Skin temperature warm to warm from proximally to distally
- There are no varicosities, telangiectasias noted to bilateral foot and ankle regions.
- There are no ecchymoses noted to bilateral foot and ankle regions.
- There is no gross lower extremity edema.

**Dermatologic exam:**
- Skin moist with healthy texture and turgor.
- There are no open ulcerations, lacerations, or fissures to bilateral foot and ankle regions. There are no signs of infection as there is no erythema, no proximal-extending lymphangiitis, no fluctuance, or crepitus noted on palpation to bilateral foot and ankle regions.
- There is no interdigital maceration.
- There are no hyperkeratotic lesions noted to feet. Nails are well-trimmed.

**Neurologic exam:**
- Epicritic sensation is intact as the patient is able to sense light touch to bilateral foot and ankle regions.
- Achilles and patellar deep tendon reflexes intact
- Babinski reflex absent

**Musculoskeletal/Orthopedic exam:**
- Muscle strength AT/EHL/EDL/PT: 5/5; Achilles/Gastroc/Soleus: 5/5; PB/PL: 5/5 Muscle tone is normal.

White, Sabrina Lynette (MR # 1932025) Printed by Kaitlyn N. Tircuit, MA [233547] at 2...   Page 4 of 6

Lincoln/White 1239

White, Sabrina Lynette (MR # 1932025) DOB:

- Ankle joint ROM  B/L limited, negative crepitus
- There is NEGATIVE tenderness with palpation medial malleolus RIGHT
- There is pain with palpation of LATERAL gutter RIGHT
- STJ ROM supple inv/ev, non crepitus
- MTPJ b/l supple DF/PF, non crepitus

**IMAGING**

Reviewed by me and I agree with radiologist findings, 3 views of foot/ankle, reveal:

**Results for orders placed during the hospital encounter of 12/19/17**
**X-Ray Foot Complete Right**

Narrative                    Technique: AP, lateral, and oblique views were obtained of the right foot

Comparison: 2/19/2009

Findings: Postoperative changes related to prior fixation of calcaneal
fracture again noted.  Hardware appears unchanged without definite
evidence of failure or loosening.  No acute fractures or dislocations
visualized. Mild hallux valgus deformity and degenerative findings at the
great toe MTP joint may be minimally worsened from prior.  Scattered
degenerative changes also noted throughout the mid foot.  There is also
mild pes planus deformity which appears similar to prior.  No erosive
osseous changes demonstrated.

Impression                   As above. No acute findings.

Electronically signed by:    MATTHEW LAFLEUR MD
Date:                        12/19/17
Time:                        15:59

**ASSESSMENT**

Encounter Diagnoses

| Name | Primary? |
|------|----------|
| • Ankle arthritis | Yes |
| • Acquired pes planovalgus, unspecified laterality - Right Foot | |
| • Hallux valgus with bunions, right | |

**PLAN**

1. Patient was educated about clinical and imaging findings, and verbalizes understanding of above.

Diagnoses and all orders for this visit:
**Ankle arthritis**

White, Sabrina Lynette (MR # 1932025) Printed by Kaitlyn N. Tircuit, MA [233547] at 2...    Page 5 of 6

Lincoln/White 1240

White, Sabrina Lynette (MR # 1932025) DOB:

**Acquired pes planovalgus, unspecified laterality - Right Foot**

**Hallux valgus with bunions, right**


2. Treatment plan:
Discussed ankle intra-articular injection ankle- pt would like to wait until after she has completed knee injections
Will schedule in 4 weeks
Lace up ankle brace, motion control tennis shoes stability
Discussed HAV bunion deformity and conservative treatment options as patient is mildly symptomatic- orthoses and extra depth tennis shoe with wide toe box

Faxed a copy of notes to: 1/859-264-4372; WIN# 103880799// Sedgewrick- FMLA

3. RTC  for follow up/evaluation as scheduled


**Future Appointments**

| Date | Time | Provider | Department | Center |
|------|------|----------|------------|--------|
| 2/14/2018 | 1:00 PM | Benjamin B. Browning, MD | SUMC ORTHO | Summa |
| 3/8/2018 | 2:20 PM | Irene N. Evuleocha, DPM | SUMC POD | Summa |


Report Electronically Signed By:
**Irene O. Nwokolo, DPM**
**Podiatric Medicine & Surgery**
**Ochsner Baton Rouge**
2/6/2018


Electronically signed by Irene N. Evuleocha, DPM at 2/6/2018 12:48 PM


Office Visit on 2/6/2018
    Note shared with patient

2-9-2018                                301784417280001                                          5220180209019675

Lincoln/White 1241

## Liberty Mutual Consulting Physician Referral
### Consults - Desk

**Physician Specialty:  Physical Medicine and Rehabilitation (PM&R)**

| | | |
|---|---|---|
| Office:    088D | Claim #:    7830485 | |

Document Locations
- ☑ Document List
- ☑ Correspondence
- ☐ Paper File

| | |
|---|---|
| Claimant Name: | SABRINA  L  WHITE |
| Date of Birth: | |
| Date of Disability: | 8/9/2017 |
| Claimant SSN: | |
| Product Type: | LTD |
| Disability Level: | Own Occupation |

| | |
|---|---|
| Claim Status: | PE |
| Date Sent: | 3/16/2018 |
| Date Benefits Began: | 2/14/2018 |
| Paid Through: | 1/1/1900 |

| | |
|---|---|
| Policyholder/Self-Insured Plan Holder: | WAL-MART STORES, INC. |
| Referred By: | GRIFFIN, IEESHA  88D  8*731-8257 |
| Assigned Nurse Case Manager: | |
| Diagnosis: | M47.816 Spondylosis without myelopathy or radiculopathy, lumbar region, |

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

CPIA ASSIGNED TO DR. GALE BROWN

Lincoln/White 1242

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. SABRINA WHITE

Lincoln/White 1243



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (603) 427-2684

March 16, 2018

Ms. Sabrina L. White

RE:     Long Term Disability (LTD) Benefits
        Wal-Mart Stores, Inc.
        Claim #: 7830485

Dear Ms. Sabrina White:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability ("LTD") benefits under the Wal-Mart Stores, Inc. Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the LTD Policy.

Your claim has been assigned to IEESHA GRIFFIN for continued case management. If you have any questions about your LTD benefits, please call IEESHA GRIFFIN at 877-353-6404 EXT 18257.

We received your completed initial claim forms on March 16, 2018. Before we can make a determination on your claim, we have requested additional information to determine if you qualify for LTD benefits.

To consider your claim for LTD benefits, we are requesting that you provide us with medical information.

On March 16, we contacted your providers requesting the following information:

ALL MEDICAL RECORDS DATED 8/1/17 TO PRESENT

A condition for LTD benefits is that you provide proof of disability. Proof must be provided by April 29, 2018. Your cooperation in providing the requested information is essential to our claims investigation.

If there are any other attending physicians or specialists, including physical therapy providers, please have them forward all of your medical records pertinent to your diagnosis supporting your claim for LTD benefits under the Policy. It is important that you immediately provide your assigned case manager with the name and contact information of these providers.

1  of 2

Lincoln/White 1244

This information, as well as information from any other treating provider not listed above, is due no later than 45 days from the date of this letter, April 29, 2018.

To expedite the eligibility process, we ask that you  follow up with all of your treating providers to ensure the information necessary to make a determination on your  eligibility for LTD benefits is timely submitted.   A determination of eligibility cannot be made without the requested information. Please contact me if you have any questions regarding the eligibility requirement for LTD benefits under the Policy.

If you have any questions about your LTD benefits or the review for continued eligibility, please feel free to contact me. Additionally, information regarding your LTD benefit payments can also be obtained 24 hours a day, 7 days a week through our MyLibertyConnection system accessed through Walmartone.com.

Sincerely,

Ieesha Griffin
LTD Specialist II
Phone No.: (877) 353-6404 Ext. 18257
Secure Fax No.: (603) 427-2684

2  of 2

Lincoln/White 1245

«Sequence_Number»
Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7216
London, KY 40742-7216

SABRINA WHITE



Lincoln/White 1246



Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone: (877) 353-6404
Secure Fax No.: (877) 353-6412

March 9, 2018

SABRINA WHITE


RE:    WAL-MART STORES, INC.
       Long Term Disability Benefits
       Claim #: 7830485

MS. WHITE

We acknowledge receipt of your request for consideration of disability benefits.

Liberty Life Assurance Company is required to inform you of certain state mandated regulations, one of which is fraud notification.

For your protection, Louisiana law requires us to provide the following statement: Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.


Sincerely,



Ieesha Griffin
Disability Case Manager
Phone: (877) 353-6404
Secure Fax No.: (877) 353-6412

Lincoln/White 1247



**Walmart Associate Earnings History Calculation**

Report Generation Date: 03/09/2018

| | |
|---|---|
| Associate Name: SABRINA WHITE | Date of Disability: 8/9/2017 |
| Emp ID/WIN#: 103880799 | Last Day Worked: 8/8/2017 |
| Claim#: 7830485 | Date of Hire: 11/10/2015 |
| Product: LTD | |

| Monthly Salary Amount: | $984.11 |
|---|---|

### LTD Earnings History Detail

| Claim# | WIN# (Emp ID) | LAST NAME | FIRST NAME | PAY PERIOD FROM DATE | PAY PERIOD TO DATE | GROSS EARNINGS |
|---|---|---|---|---|---|---|
| 7830485 | 103880799 | WHITE | SABRINA | 7/22/2017 | 8/4/2017 | $ 430.65 |
| 7830485 | 103880799 | WHITE | SABRINA | 7/8/2017 | 7/21/2017 | $ 429.85 |
| 7830485 | 103880799 | WHITE | SABRINA | 6/24/2017 | 7/7/2017 | $ 505.94 |
| 7830485 | 103880799 | WHITE | SABRINA | 6/10/2017 | 6/23/2017 | $ 772.09 |
| 7830485 | 103880799 | WHITE | SABRINA | 5/27/2017 | 6/9/2017 | $ 444.36 |
| 7830485 | 103880799 | WHITE | SABRINA | 5/13/2017 | 5/26/2017 | $ 1,000.38 |
| 7830485 | 103880799 | WHITE | SABRINA | 4/29/2017 | 5/12/2017 | $ - |
| 7830485 | 103880799 | WHITE | SABRINA | 4/15/2017 | 4/28/2017 | $ - |
| 7830485 | 103880799 | WHITE | SABRINA | 4/1/2017 | 4/14/2017 | $ - |
| 7830485 | 103880799 | WHITE | SABRINA | 3/18/2017 | 3/31/2017 | $ - |
| 7830485 | 103880799 | WHITE | SABRINA | 3/4/2017 | 3/17/2017 | $ - |
| 7830485 | 103880799 | WHITE | SABRINA | 2/18/2017 | 3/3/2017 | $ 288.46 |
| 7830485 | 103880799 | WHITE | SABRINA | 2/4/2017 | 2/17/2017 | $ 821.89 |
| 7830485 | 103880799 | WHITE | SABRINA | 1/21/2017 | 2/3/2017 | $ 506.00 |
| 7830485 | 103880799 | WHITE | SABRINA | 1/7/2017 | 1/20/2017 | $ 474.91 |
| 7830485 | 103880799 | WHITE | SABRINA | 12/24/2016 | 1/6/2017 | $ 182.21 |
| 7830485 | 103880799 | WHITE | SABRINA | 12/10/2016 | 12/23/2016 | $ - |
| 7830485 | 103880799 | WHITE | SABRINA | 11/26/2016 | 12/9/2016 | $ 92.25 |
| 7830485 | 103880799 | WHITE | SABRINA | 11/12/2016 | 11/25/2016 | $ 605.53 |
| 7830485 | 103880799 | WHITE | SABRINA | 10/29/2016 | 11/11/2016 | $ 713.08 |
| 7830485 | 103880799 | WHITE | SABRINA | 10/15/2016 | 10/28/2016 | $ 752.88 |
| 7830485 | 103880799 | WHITE | SABRINA | 10/1/2016 | 10/14/2016 | $ 681.16 |
| 7830485 | 103880799 | WHITE | SABRINA | 9/17/2016 | 9/30/2016 | $ 627.29 |
| 7830485 | 103880799 | WHITE | SABRINA | 9/3/2016 | 9/16/2016 | $ 761.62 |
| 7830485 | 103880799 | WHITE | SABRINA | 8/20/2016 | 9/2/2016 | $ 872.77 |
| 7830485 | 103880799 | WHITE | SABRINA | 8/6/2016 | 8/19/2016 | $ 845.98 |
| | | | | | Average Monthly Amt: | $ 984.11 |

Lincoln/White 1248

```
PCCI                      PERSONAL  CHOICE  INQUIRY1      05/00/16    06:04:54
 SSN: 330645006   Work State: LA  Work Store: 01266     Pay Frequency: 2
 BID: 04162626 W   Plan Year: 2016  Division: 01  Store: 01266 Status: 1NF
Name: WHITE, SABRINA L                    Sex: F   Age: 45   BirthDate:
Addr:                            Hire Date: 11/10/15     Term Date: 00/00/00
                                  Expat: N             Peak Time: 00/00/00
              WIN: 103860799  Family Chg: 00/00/00    Reason Code:    OE
ASC HEALTH FLAG: N LAST UPDT: 05/10/16   SPO HEALTH FLAG: U LAST UPDT: 05/10/16
BROKER    ID: 0017 CODE: HRA6   NAME: HRA PLAN
PROVIDER ID: 0000 CODE: BAAPPO NAME: BlueAdvantage of Arkansas - PPO
Pln Rsp Wait Late Cov Beg   Orig Cov   Arr Canc   Cov End   Chg Id   Chg Date
MED 2W00   0  N   05/10/16   05/10/16   00/00/00   00/00/00   WEBSITE  05/11/16

VIS 2A     0      05/10/16   05/10/16   00/00/00   00/00/00   WEBSITE  05/11/16
DEN 2A     0  N   05/10/16   05/10/16   00/00/00   00/00/00   WEBSITE  05/11/16
ALI 3      0      05/25/16   05/10/16   00/00/00   00/00/00   BE201    05/26/16
ADD 7D     0      05/10/16   05/10/16   00/00/00   00/00/00   WEBSITE  05/11/16
DLI 1D     0      05/10/16   05/10/16   00/00/00   00/00/00   WEBSITE  05/11/16
STD 5      0  N   04/02/16   04/02/16   00/00/00   00/00/00   WEBSITE  05/11/16
LTD 5      0  N   05/10/16   05/10/16   00/00/00   00/00/00   WEBSITE  05/11/16
STP
ENTER=Rtrv  PF4=IEHS/EBH  PF5=SUPI  PF6=Commt  PF7=Bwd  PF9=IEHI  PF11=LFHI
*** Personal Choice Info Retrieved ***
*** Comments Exist ***                                                   BE815

TI                        »                        0   2.8   A
```

Lincoln/White 1249



```
PCCI                          PERSONAL  CHOICE  INQUIRY1
 SSN: 330845006   Work State: LA  Work Store: 01266    Pay Frequency: 2
 BID: 04162626 W   Plan Year: 2017  Division: 01  Store: 01266 Status: 1NF
Name: WHITE, SABRINA L                   Sex: F   Age: 45   BirthDate:
Addr:                            Hire Date: 11/10/15   Term Date: 00/00/00
                                 Expat: N          Peak Time: 00/00/00
                    WIN: 103860799 Family Chg: 00/00/00   Reason Code:   RC
ASC HEALTH FLAG: N LAST UPDT: 05/10/16   SPO HEALTH FLAG: U LAST UPDT: 05/10/16
BROKER    ID: 0017 CODE: HRA6    NAME: HRA PLAN
PROVIDER ID: 0000 CODE: BAAPPO NAME: BlueAdvantage of Arkansas - PPO
Pln Rsp Wait Late Cov Beg   Orig Cov    Arr Canc    Cov End    Chg Id   Chg Date
MED 2W00   0  N   05/13/17   05/13/17   00/00/00   00/00/00   BE420    05/28/17

VIS 2A     0      05/13/17   05/13/17   00/00/00   00/00/00   BE420    05/28/17
DEN 2A     0  N   05/13/17   05/13/17   00/00/00   00/00/00   BE420    05/28/17
ALI 3      0      05/13/17   05/10/16   00/00/00   00/00/00   BE420    05/28/17
ADD 7D     0      05/13/17   05/13/17   00/00/00   00/00/00   BE420    05/28/17
DLI 1D     0      05/13/17   05/10/16   00/00/00   00/00/00   BE420    05/28/17
STD 5      0  N   04/02/16   04/02/16   00/00/00   00/00/00   BE625    10/12/16
LTD 5      0  N   05/10/16   05/10/16   00/00/00   00/00/00   BE625    10/12/16
STP
ENTER=Rtrv   PF4=IEHS/EBH   PF5=SUPI   PF6=Commt   PF7=Bwd   PF9=IEHI   PF11=LFHI
*** Personal Choice Info Retrieved ***
***  Comments Exist   ***                                                 BE615

TT
                              »                          D   2,8    A
```

IBM 3270 Terminal - tnp1.wal-mart.com via Telnet                          NUM

Lincoln/White 1250



Lincoln/White 1251

03/07/2018 WED 12:59  FAX 225 927 0603 Copper ridge Apt                    ☑001/008

## ACTIVITIES QUESTIONNAIRE



**Liberty Mutual.**

Return To: INSURANCE Stephanie Jackson

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: 877-353-6404
Fax No.: 877-353-6412

*page 1 of 3*

EMPLOYEE/CLAIMANT NAME: Sabrina White

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:
No More than
sit *20 mins*    stand *20 mins*    walk *30mins - 1hr* All day long. Lay down with Heating Pads

How many hours a day do you:
sit *3*    stand *1hr*    walk *30/40 mins*

Do you take a nap during the day?
Yes *✓*    No
If Yes, for how long? *6 hrs*    At what time of the day? *Morning & lunch*

How many hours a day do you spend in bed? *All day*

Do you require any assistive devices such as a:
cane *✓*    walker    crutches    wheelchair    other

How long are you able to sit in a car? *30 mins*

Do you hold a valid driver's license?
Yes    No *X*
If No, please explain *Brace/Boot of Right foot (ankle) so foot*

If Yes, how long are you able to drive a car?
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you? *Cell phone Get Friend and Cousin to take me places.*

Do you have children?
Yes *X*    No    If Yes, what are their dates of birth *1/29/06*
Do you need help caring for your children?
Yes    No *X*

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes    No *X*    If Yes, please explain

How many times a day do you leave the house during the week? *1 a week*
On the weekends? *1 Sunday Church*
How often do you run errands? *2 week*
Please describe what errands you most commonly run: *To daughters school, to doctor appt. Making groceries & toiletries etc.*

Lincoln/White 1252

03/07/2018 WED 13:00  FAX 225 927 0603 Copper ridge Apt                    ☒002/008


**Liberty Mutual.**

| ACTIVITIES QUESTIONNAIRE |
| page 2 of 3 |

How often do you get outdoors? _____

Are you left or right hand dominant?                          Left  ☒        Right _____

Are you able to work in your garden?                         Yes _____      No  ☒

Are you able to work on your house?                          Yes _____      No  ☒

Are you able to wash your car?                               Yes _____      No  ☒

How much time is spent daily on your home computer?
___☒___None  _____0-1 hours  _____1-2 hours  _____2-3 hours  _____3+ hours

How much time is spent weekly on your home computer?
___☒___None  _____0-1 hours  _____1-2 hours  _____2-3 hours  _____3+ hours

What activities do you perform on your home computer.  Please check all that apply:
_____Pay bills  _____Read news/articles  _____Use search engines  _____Send emails
_____Visit chat rooms  _____Photos  Other: __None__

What computer software applications do you utilize.  Please check all that apply:
_____Word processing (Word)  _____Spreadsheets (Excel)  _____Database (Access)  _____Graphics
_____Photo software (Photoshop)  _____Programming  Other: __None__

Do you have a working home copy machine/fax machine?  _____Yes  __X__No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to **independently** conduct routine daily activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | Neighbor | YES |
| Carrying groceries into the house | Cousin | YES |
| Cooking meals | myself + daughter | YES |
| Cleaning after meals | Myself & daughter | YES |
| Cleaning bathrooms | Myself & daughter | YES |
| Vacuuming | Myself & daughter | YES |
| Doing the laundry | Myself & daughter | YES |
| Opening and responding to mail | daughter | YES |
| Managing your finances | Myself | NO |
| Balancing your checkbook | None | NONE |
| Bathing yourself | daughter lift up me | YES |
| Styling your own hair | myself / daughter | YES |
| Getting dressed | daughter / myself | YES |
| Going up and down stairs | Myself | YES |

Have you been confined to a hospital within the last 12 months?        Yes        No  ☒

If Yes, please provide reason and hospital contact Information: _____

Lincoln/White 1253

# CLAIMANT INFORMATION


**Liberty Mutual. INSURANCE**

Liberty Life Assurance Company of
Boston
Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: 877-353-6404
Fax No.: 877-353-6412

**Return To:**  Stephanie Jackson

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME:  Sabrina White | |
| CLAIM NO:  7830485 | S.S. NO: |
| EMPLOYER/SPONSOR:  Walmart | DATE OF BIRTH: |

## TO BE COMPLETED BY EMPLOYEE:

Please complete the following information. If additional space is needed, use the back or a separate sheet of paper

### NAME OF TREATING HEALTH CARE PROVIDERS IN THE PAST TWO YEARS:

**Primary**
Name: Lila Thomas   Specialty: MD
Address: 8150 Jefferson Hwy BR, LA 70809
Telephone No: 225 761-5200   Fax No.: ( )
First Treatment Date:   Thru

**Specialist**
Benjamin)
Name: Dr. Brownie   Specialty: Orthopaedic
Address: 9001 Summa Ave Baton Rouge LA 70809
Telephone No: 225 761 5700   Fax No.: ( )
First Treatment Date: 12/17   Thru

**Other**
Name: Dr. Irene Nwokobo   Specialty: Podiatry
Address: 9001 Summa Ave
Telephone No: 225-761 5500   Fax No.: ( )
First Treatment Date:   Thru

### NAME OF CURRENT HEALTH INSURANCE COMPANY:

Insurance Carrier: Medicad)
Address: P.O. Box 31341 Salt Lake City, UT 84131-0341
Telephone No: (8) 800675 607   Fax No.: ( )
Contact:

### NAME OF PHARMACY:

**Current**
Name: Wal-Mart at Cortana
Address: 9350 Cortana Pl Baton Rouge, LA 70815
Telephone No: 225 923 3400   Fax No.: ( )

**Prior**
Name:
Address:
Telephone No: ( )   Fax No.: ( )

Lincoln/White 1254

03/07/2018 WED 13:00   FAX 225 927 0603 Copper ridge Apt                              ☑004/008

SIGNATURE: ~~Tahra White~~          DATE: 2/5/18

DP 421 Rev. 06/01

Lincoln/White 1255



**Liberty Mutual.**

| | ACTIVITIES QUESTIONNAIRE |
|---|---|
| | *page 3 of 3* |

How often do you travel or take vacation?  _NONE_

Where do you go? How do you get there (transportation method)?  _____

Are you able to pursue your hobbies?          Yes  _X_     No  ____
If Yes, please describe  _____

Do you participate in an exercise program?    Yes  ____     No  _X_
If Yes, please describe  _____

Do you do any Volunteer work?                 Yes  ____     No  _X_
If Yes:
    how many hours per day?  _____
    how many hours per week?  _____
    for whom?  _____

Are you working for wages?                    Yes  ____     No  _X_
If Yes, please provide employer's name  _____

Describe in your own words, what prevents you from engaging in any gainful employment. _I have back pain, knees and ankles pain, bone spurs. I osteoarthritis bones are wearing down. I recieved shots in knees, ankle and back are to be scheduled._

Please describe your daily routine: (if more space is needed, please use the back of this form) _Gets daughter up for school Mon-Fri. take walk to bus stop, come inside & take meds, back to sleep. Wake up at 1pm, at 3pm go to bus stop, get daughter we relax, supper, and help for bed._

Is there a daytime number where you can be reached in the event we have any questions regarding your responses? _225 - 960 - 9340_

In the event we cannot reach you, please provide an alternate contact's name and telephone number.
_Betty Johnson 225 328 - 5390_

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name:  _SABRINA WHITE_              Date:  _2/5/18_

Signature:  _Sabrina White_

Lincoln/White 1256

03/07/2018 WED 13:01  FAX 225 927 0603 Copper ridge Apt                      ☑006/008

# CLAIMANT SUPPLEMENTARY STATEMENT



**Liberty Mutual. INSURANCE**

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No : 877-353-6404

**Return To:**    Stephanie Jackson

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: Sabrina White | |
| CLAIM NO: ~~7830485~~ | S.S. NO: |
| EMPLOYER/SPONSOR: ~~Walmart~~ | DATE OF BIRTH: |

1. Full Name (Last, First, Middle Init.)-  *White Sabrina ) /*

2. Social Security Number

3. Phone Number (include area code)

4. Address

5. Marital Status  *Single*   6. Number of Dependents  *1*   6a. Dates of Birth of Children

7. Have you returned to any type of employment? If yes, please describe.  *No*

8. Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary? If yes, please explain.  *No*

9. Do you hold a tax identification number or EIN? If yes, please provide and explain purpose.  *No*

10. Do you hold a professional license? If yes, for what purpose.  *No*

11. Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide address(es).  *No*

12. Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.  *No*

13. Are you pursuing moneys from a third party: Workers' Comp Carrier, Insurance Co., or Individual? If yes, please explain.  *No*

14. Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form.

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages, Salary, or Separation Pay | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☒ | State Disability | $ | | | |
| ☐ | ☒ | Retirement (normal, early, or disability) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Other (please describe) | $ | | | |

The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

DATE:  *2/5/18*    EMPLOYEE SIGNATURE:  *Sabrina White*

Lincoln/White 1257

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all mental health information relating to me, without restriction, including information recorded in any medium by a mental health professional, data collector, or a mental health facility as well as psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed. I understand that I have the right to inspect the disclosed mental health information obtained under this authorization.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print)   _SABRINA WHITE_

Name of Claimant/Personal Representative (Signature)   _Sabrina White_

Description (Title) of Personal Representative   _____

Date of Birth: _____   Claim Number: _____   Date: _2/5/18_

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.MentalHealth.2016

Lincoln/White 1258

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, Medical Information Bureau and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* my physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse, or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security Benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality. This information requested in this authorization is being disclosed from records whose confidentiality is protected by state law. State law prohibits further disclosure without specific authorization of the person to whom it pertains, or as otherwise permitted by state law. A general authorization for the release of medical or other information is not sufficient for this purpose.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print)  _SABRINA L. WHITE_

Name of Claimant/Personal Representative (Signature) _Sabrina L. White_

Description (Title) of Personal Representative  _NONE_

Date of Birth _____  Claim Number: _____  Date: _2/5/18_

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.SensitiveInformation.2016

Lincoln/White 1259

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, the Medical Information Bureau, and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all mental health information relating to me, without restriction, including information recorded in any medium by a mental health professional, data collector, or a mental health facility as well as psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to re disclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed. I understand that I have the right to inspect the disclosed mental health information obtained under this authorization.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print)    *SABRINA WHITE*

Name of Claimant/Personal Representative (Signature)    *Sabrina White*

Description (Title) of Personal Representative    _____

Date of Birth: _____    Claim Number: _____    Date: *2/5/18*

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.MentalHealth.2016

Lincoln/White 1260

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, Medical Information Bureau and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* my physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse, or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security Benefits, including any records pertaining to me and my dependents.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality. This information requested in this authorization is being disclosed from records whose confidentiality is protected by state law. State law prohibits further disclosure without specific authorization of the person to whom it pertains, or as otherwise permitted by state law. A general authorization for the release of medical or other information is not sufficient for this purpose.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of Claimant/Personal Representative (Print) _SABRINA L. WHITE_

Name of Claimant/Personal Representative (Signature) _Sabrina L. White_

Description (Title) of Personal Representative _NONE_

Date of Birth ____  Claim Number: ____    Date: _2/5/18_

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.SensitiveInformation.2016

Lincoln/White 1261

Good Morning,

Please complete the attached form(s) and return them at your earliest convenience.   You may return your forms by any means outlined below:

- Reply to this e-mail after attaching the completed form(s)
- Fax the completed form(s) to 877-353-6412
- Mail the completed form(s) to the following address:
  - Liberty Life Assurance Company of Boston
    Group Market Disability Claims
    P.O. Box 7216
    London, KY 40742-7216

If you have any questions regarding this message or any of the forms sent to you, please do not hesitate to contact us at 1-877-353-6404.

**NOTE:   Please do not reply to this message with questions or requests regarding your disability claim.   This address is automated and is only for managing incoming forms. For information regarding your disability claim, please contact me directly at the phone number below.**

Best Regards,

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
877-353-6404
Fax: 877-353-6412

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information.   If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited.   If you have received this e-mail in error, please notify me via return e-mail and via telephone at 1-877-353-6404 and permanently delete the original and any copy of any e-mail and any printout thereof.

Lincoln/White 1262

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. SABRINA WHITE

Lincoln/White 1263



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

February 26, 2018

Ms. Sabrina L. White

RE:    Long Term Disability (LTD) Benefits
       Wal-Mart Stores, Inc.
       Claim #: 7830485

Dear Ms. Sabrina White:

We are writing to you about your long term disability (LTD) benefits. Sedgwick previously notified us that you have been out of work for greater than four months due to a medical disability. We have not received the information we sent to you to initiate your LTD claim and must assume you do not wish to pursue this claim.  Therefore, your claim for LTD benefits has been denied.

 If you have not returned to work and wish to pursue LTD benefits, please submit all forms previously sent to you on January 11, 2018 and February 9, 2018.  These forms include the following: Activities Questionnaire, Authorization, Authorization - Medical, Claimant Information Form, Claimant Supplementary Statement, Survivor Estate Information, and a copy of your Driver's License.  Additionally, please be sure to include all the names and contact information for all medical providers from August 9, 2017 to present, on the Claimant Information Form, as well as any additional comments, documents, records, or other information which you would like considered.

If you have any questions about this determination please call me.

### *Information Regarding Your Leave of Absence*

Please note that leave of absence reporting for all Walmart associates is managed by Sedgwick. Liberty has notified Sedgwick of your absence.  Sedgwick will determine if you are eligible, entitled and qualified, for an applicable FMLA, State Leave or Wal-Mart Stores, Inc. sponsored personal leave of absence.  Sedgwick will notify you of their determination separately.

You may contact the Walmart Disability & Leave Service Center at Sedgwick. The center's phone number is (800) 492-5678. You may speak with a representative Monday through Friday from 7:00 a.m. - 7:00 p.m. and Saturdays 8:00 a.m. to 4:00 p.m. CT. Information regarding your leave status can be obtained anytime through the Sedgwick  interactive voice response (IVR) system or "viaOne" website accessed through WalmartOne.com or the WIRE.

1  of 2

Lincoln/White 1264

If you have any questions regarding this matter, please contact me.

Sincerely,

Stephanie Jackson
Sr. Technical Assistant
Phone No.: (877) 353-6404 Ext. 18230
Secure Fax No.: (877) 353-6412

Lincoln/White 1265

| | |
|---|---|
| **From:** | LibertyMutualNotifications@LibertyMutual.com |
| **Sent:** | Monday, February 12, 2018 10:17:10 AM |
| **To:** | |
| **CC:** | |
| **BCC:** | |
| **Subject:** | [Send Secure]Wal-Mart Stores, Inc. Claim No. 7830485 Sabrina White |
| **Attachments:** | ed82457fa32dce4dccea32d5680eac3bc18121deb455f9e4_4660443.pdf; |

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND.

Lincoln/White 1266



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

February 12, 2018

Ms. Sabrina L. White

RE:    Long Term Disability (LTD) Benefits
       Wal-Mart Stores, Inc.
       Claim #: 7830485

Dear Ms. Sabrina White:

Please complete the attached forms and return them at your earliest convenience.  You may return your forms by any means outlined below:

- Email the completed forms to wmrtcsu@libertymutual.com
- Fax the completed forms to 877-353-6412
- Mail the completed forms to the following address:
    Liberty Life Assurance Company of Boston
    Group Market Disability Claims
    PO Box 7216
    London, KY 40742-7216

If you have any questions regarding this matter, please contact me.

Sincerely,

Stephanie Jackson
Sr. Technical Assistant
Phone No.: (877) 353-6404 Ext. 18230
Secure Fax No.: (877) 353-6412

Attachments:   7830485-REQUEST-CLAIMANT OTHER-02.09.2018

1  of  1

Lincoln/White 1267

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. SABRINA WHITE

Lincoln/White 1268



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

February 10, 2018

Ms. Sabrina L. White

RE:     Long Term Disability (LTD) Benefits
        Wal-Mart Stores, Inc.
        Claim #: 7830485

Dear Ms. Sabrina White:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Wal-Mart Stores, Inc.'s Associates' Health and Welfare Plan ("LTD Policy"). We are writing in reference to your claim for LTD benefits under the Policy.

We have not received your completed forms.

Please find the enclosed request(s) for information previously sent to you. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by February 24, 2018.

If you will be returning to work on or before February 13, 2018 or you do not wish to pursue a claim for LTD benefits, please contact me at the number below.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Stephanie Jackson
Sr. Technical Assistant
Phone No.: (877) 353-6404 Ext. 18230
Secure Fax No.: (877) 353-6412

Attachments:   7830485-ACKNOWLEDGE-FREEFORM-01.11.2018

1  of  1

Lincoln/White 1269

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. SABRINA WHITE

Lincoln/White 1270



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

January 12, 2018

Ms. Sabrina L. White

RE:    Long Term Disability (LTD) Benefits
       Wal-Mart Stores, Inc.
       Claim #: 7830485

Dear Ms. Sabrina White:

Sedgwick Claim Management Services, Inc. and Liberty Life Assurance Company of Boston (Liberty) are jointly responsible for managing Short Term Disability (STD) and Long Term Disability (LTD) benefits under the Wal-Mart Stores, Inc. Associates Health and Welfare Plan. The Plan provides STD benefits for a maximum of 26 weeks after completion of a seven day elimination period. The LTD policy has an Elimination Period (referenced as "waiting period" in your Associate Benefits Book) of 26 weeks or the end of your STD benefits, whichever is longer.

Sedgwick has notified us that you have been out of work and receiving STD benefits. These benefits will end on or about February 13, 2018, should your disabling condition continue through the maximum benefit period. Therefore, if your disabling condition extends beyond February 13, 2018, your LTD Elimination Period will be satisfied as of this date. If your STD benefits extend beyond this date, your LTD Elimination Period will also be extended accordingly.

If you believe that your disability will prevent you from returning to work on or before February 13, 2018, and you wish to pursue LTD benefits, please complete the following forms and fax them back to my attention at (877) 353-6412, mail them in the enclosed envelope, or email them to WMRTcsu@LibertyMutual.com by February 9, 2018:

- Activities Questionnaire Form
- Authorization to Obtain and Release Information – Medical
- Authorization to Obtain and Release Information
- Claimant Information Form
- Claimant Supplementary Statement
- Copy of your Driver's License
- Survivor/Estate Information Form

Please note that receipt of STD benefits does not mean that your LTD benefits will be approved. Eligibility requirements for LTD benefits differ from those for STD benefits. Consequently, we may request additional information to determine if you qualify for LTD benefits.

Lincoln/White 1271

If you will be returning to work on or before February 13, 2018, or you do not wish to pursue a claim or LTD benefits, please contact me at the number below.

If you have any questions, require additional information, experience a change in your medical condition or a change in your return to work plans, please contact the Walmart Disability Service Center at Liberty at 877-353-6404 Monday through Friday 7:00 AM – 5:00 PM Central Time. Additionally, please see enclosure for important information regarding your Employee Assistance Program (EAP), administered by Resources for Living.

If you have any questions regarding this matter, please contact me.

Sincerely,

Stephanie Jackson
Sr. Technical Assistant
Phone No.: (877) 353-6404 Ext. 18230
Secure Fax No.: (877) 353-6412

Attachments:     Activities Questionnaire Form
                 Authorization - Medical
                 Claimant Information Form
                 Claimant Supplementary Statement
                 Authorization
                 Response Coversheet
                 Resources for Living
                 Survivor / Estate Information Form

Lincoln/White 1272

## ACTIVITIES QUESTIONNAIRE



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

*page 1 of 3*

**Return To:** Stephanie Jackson

---

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO: 7830485                                DATE OF BIRTH:

EMPLOYER/SPONSOR: Wal-Mart Stores, Inc.

---

### TO BE COMPLETED BY THE CLAIMANT:

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

    sit _____    stand _____    walk _____

How many hours a day do you:

    sit _____    stand _____    walk _____

Do you take a nap during the day?

    Yes_____    No _____

    If Yes, for how long? _____    At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

    cane _____    walker_____    crutches _____    wheelchair _____    other_____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

    Yes_____    No _____

    If No, please explain: _____

    If Yes, how long are you able to drive a car? _____

    **Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

---

Do you have children?

    Yes_____    No _____    If Yes, what are their dates of birth _____

    _____

    Do you need help caring for your children?

    Yes _____    No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

    Yes_____    No _____    If Yes, please explain _____

How many times a day do you leave the house during the week? _____

    On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

---

Lincoln/White 1273



How often do you get outdoors? _____

Are you left or right hand dominant?          Left _____    Right _____

Are you able to work in your garden?          Yes _____    No _____

Are you able to work on your house?          Yes _____    No _____

Are you able to wash your car?          Yes _____    No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.   Please check all that apply:
_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos   Other: _____

What computer software applications do you utilize.  Please check all that apply:
_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming Other: _____

Do you have a working home copy machine/fax machine? _____ Yes _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to independently conduct routine daily
activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
| --- | --- | --- |
| Grocery Shopping | _____ | _____ |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months? Yes _____    No _____

If Yes, please provide reason and hospital contact Information: _____

_____

_____

Lincoln/White 1274



How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?          Yes _____     No _____

If Yes, please describe _____

Do you participate in an exercise program?    Yes _____     No _____

If Yes, please describe _____

Do you do any Volunteer work?                Yes _____     No _____

If Yes:

    how many hours per day? _____

    how many hours per week?_____

    for whom? _____

Are you working for wages?                   Yes _____     No _____

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

_____

_____

_____

_____

_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Liberty.

Name: _____    Date: _____

Signature: _____

Lincoln/White 1275



**Liberty Mutual®**
**INSURANCE**

| |
|---|
| Liberty Life Assurance Company of Boston<br>Group Benefits Disability Claims<br>P.O. Box 7216<br>London, KY 40742-7216<br>Phone No.: (877) 353-6404<br>Secure Fax No.: (877) 353-6412 |

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:
    * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
    * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
    * Information concerning Social Security benefits, including any records pertaining to me and my dependents
**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization.  If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration.  The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: __ _____ Claim Number: __7830485___ Date: _____

### A copy of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2016

Lincoln/White 1276

# CLAIMANT INFORMATION FORM



**Liberty Mutual.** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Stephanie Jackson

| | |
|---|---|
| EMPLOYEE/CLAIMANT NAME: Sabrina White | |
| CLAIM NO: 7830485 | |
| EMPLOYER/SPONSOR: Wal-Mart Stores, Inc. | DATE OF BIRTH: |

**TO BE COMPLETED BY EMPLOYEE:**

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 08/09/2017 to Present. *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____     Name: _____
Specialty: _____     Specialty: _____
Address: _____     Address: _____
_____     _____
Telephone No. :(___) _____ Fax No. :(___) _____     Telephone No. :(___) _____ Fax No. :(___) _____

Name: _____     Name: _____
Specialty: _____     Specialty: _____
Address: _____     Address: _____
_____     _____
Telephone No. :(___) _____ Fax No. :(___) _____     Telephone No. :(___) _____ Fax No. :(___) _____

## MEDICAL INSURANCE CARRIER(S):

Name: _____     Name: _____
Specialty: _____     Specialty: _____
Address: _____     Address: _____
_____     _____
Telephone No. :(___) _____ Fax No. :(___) _____     Telephone No. :(___) _____ Fax No. :(___) _____

## PHARMACY(S):

Name: _____     Name: _____
Specialty: _____     Specialty: _____
Address: _____     Address: _____
_____     _____
Telephone No. :(___) _____ Fax No. :(___) _____     Telephone No. :(___) _____ Fax No. :(___) _____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** _____     **DATE:** _____

Lincoln/White 1277

# CLAIMANT SUPPLEMENTARY STATEMENT



**Liberty Mutual.** INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return to:** Stephanie Jackson

| **EMPLOYEE/CLAIMANT NAME:** Sabrina White | | **CLAIM #:** 7830485 |
|---|---|---|
| **EMPLOYER:** Wal-Mart Stores, Inc. | | **DATE OF BIRTH:** |

| Full Name (Last, First, Middle Int.) | Social Security # | | Email Address | |
|---|---|---|---|---|
| Street Address | City | | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).

| Name | Relationship to you? | Tel #. |
|---|---|---|

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) _____ | $ | | | |

If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____    **EMPLOYEE'S SIGNATURE:** _____

DP 409

Lincoln/White 1278



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: __ _____ Claim Number: __7830485___ Date: _____

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2015

Lincoln/White 1279



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 7830485

**Employee/Claimant Name:** Sabrina White

**Provider's Name:** Sabrina White

Lincoln/White 1280

# Resources *for* Living®

Some days it can be tough to manage the competing priorities in our lives, and keep it all running smoothly. If you need help with everyday issues that are becoming a little hard to handle, or you find yourself in a crisis situation, we're here for you.

Resources For Living is a confidential round-the-clock service that helps employees and their families balance the demands of work, life and personal issues.

We can offer support and resources for your concerns around parenting issues, work-related situations, relationship problems, substance abuse or even self-improvement.

Services are available to you and anyone in your household. Your program offers short-term counseling with a licensed clinician for you and each household member.

**Work, life and everything in-between**
Sometimes life can become work and work can become your life. Either way, we're here to help you balance the two. Maybe you just need someone to talk to about a recent transition or conflict at work, or maybe you're looking for some guidance with your personal relationships.

Just a call or click away, we can confidentially discuss your situation and help you find resources and information on issues including:

- Mental health and well-being
- Personal and professional relationships
- Substance abuse
- Family life
- Daily stress

**Confidential conversations**
When you call us, a trained professional will confidentially help you assess your needs. You'll receive in the moment support to help you handle life's challenges. And it's all available from the comfort and privacy of your own home — or anywhere else you choose.

**Ready when you are**
We're available whenever you are. We're here 24 hours a day, 7 days a week. If it's not convenient to call, you can find resources and self-help tools for your personal, family and work-related concerns on the member website.

There is no charge to you or your family for using the service. If you choose to use any referrals to additional resources, their charges, if any, would be your responsibility. Check your company benefits plan for coverage of those additional services.

Confidential services available 24 hours a day, 7 days a week at:
**1-800-825-3555 or www.rfl.com**

**The EAP is administered by Resources For Living.**
This material is for informational purposes only. All calls are confidential, except as required by law (i.e., when a person's emotional condition is a threat to himself/herself or others, or there is suspected child, spousal or elder abuse, or abuse to people with disabilities). Services are available to you and your household members, including dependent children up to age 26, whether they live at home or not.

Information is believed to be accurate as of the production date; however, it is subject to change.
©2012 Resources For Living 44.03.438.1-WM A (11/12)

Lincoln/White 1281

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

**TO BE COMPLETED BY EMPLOYEE:**

**YOUR SPOUSE:**                                                    **YOUR DOMESTIC PARTNER:**

| | |
|---|---|
| **Name:** | **Name:** |
| **Address:** | **Address:** |
| | |
| | |
| | |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN: List ALL children.  Use reverse side if necessary.**

| | |
|---|---|
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

| | |
|---|---|
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

| | |
|---|---|
| **Name:** | **Date of Birth:** |
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP:  For all children under age 18 listed above:**

| |
|---|
| **Name:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL?   YES \_\_\_\_  NO \_\_\_\_**                   **DO YOU HAVE A TRUST?   YES\_\_\_\_  NO\_\_\_\_**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| |
|---|
| **Name of Executor or Administrator:** |
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law.  A photocopy of this form will be as valid as the original.

DATE:_____     EMPLOYEE'S PRINTED NAME:_____

EMPLOYEE'S SIGNATURE:_____

Lincoln/White 1282

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. SABRINA WHITE

Lincoln/White 1283



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

February 10, 2018

Ms. Sabrina L. White

RE:    Long Term Disability (LTD) Benefits
       Wal-Mart Stores, Inc.
       Claim #: 7830485

Dear Ms. Sabrina White:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Wal-Mart Stores, Inc.'s Associates' Health and Welfare Plan ("LTD Policy").  We are writing in reference to your claim for LTD benefits under the Policy.

We have not received your completed forms.

Please find the enclosed request(s) for information previously sent to you.  This is the second request for this information.  Further delay may result in an adverse claim determination.  Please submit the requested information by February 24, 2018.

If you will be returning to work on or before February 13, 2018 or you do not wish to pursue a claim for LTD benefits, please contact me at the number below.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Stephanie Jackson
Sr. Technical Assistant
Phone No.: (877) 353-6404 Ext. 18230
Secure Fax No.: (877) 353-6412

Attachments:   7830485-ACKNOWLEDGE-FREEFORM-01.11.2018

1  of 1

Lincoln/White 1284

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. SABRINA WHITE

Lincoln/White 1285



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

January 12, 2018

Ms. Sabrina L. White

RE:     Long Term Disability (LTD) Benefits
        Wal-Mart Stores, Inc.
        Claim #: 7830485

Dear Ms. Sabrina White:

Sedgwick Claim Management Services, Inc. and Liberty Life Assurance Company of Boston (Liberty) are jointly responsible for managing Short Term Disability (STD) and Long Term Disability (LTD) benefits under the Wal-Mart Stores, Inc. Associates Health and Welfare Plan. The Plan provides STD benefits for a maximum of 26 weeks after completion of a seven day elimination period. The LTD policy has an Elimination Period (referenced as "waiting period" in your Associate Benefits Book) of 26 weeks or the end of your STD benefits, whichever is longer.

Sedgwick has notified us that you have been out of work and receiving STD benefits. These benefits will end on or about February 13, 2018, should your disabling condition continue through the maximum benefit period. Therefore, if your disabling condition extends beyond February 13, 2018, your LTD Elimination Period will be satisfied as of this date. If your STD benefits extend beyond this date, your LTD Elimination Period will also be extended accordingly.

If you believe that your disability will prevent you from returning to work on or before February 13, 2018, and you wish to pursue LTD benefits, please complete the following forms and fax them back to my attention at (877) 353-6412, mail them in the enclosed envelope, or email them to WMRTcsu@LibertyMutual.com by February 9, 2018:

- Activities Questionnaire Form
- Authorization to Obtain and Release Information – Medical
- Authorization to Obtain and Release Information
- Claimant Information Form
- Claimant Supplementary Statement
- Copy of your Driver's License
- Survivor/Estate Information Form

Please note that receipt of STD benefits does not mean that your LTD benefits will be approved. Eligibility requirements for LTD benefits differ from those for STD benefits. Consequently, we may request additional information to determine if you qualify for LTD benefits.

Lincoln/White 1286

If you will be returning to work on or before February 13, 2018, or you do not wish to pursue a claim or LTD benefits, please contact me at the number below.

If you have any questions, require additional information, experience a change in your medical condition or a change in your return to work plans, please contact the Walmart Disability Service Center at Liberty at 877-353-6404 Monday through Friday 7:00 AM – 5:00 PM Central Time. Additionally, please see enclosure for important information regarding your Employee Assistance Program (EAP), administered by Resources for Living.

If you have any questions regarding this matter, please contact me.

Sincerely,

Stephanie Jackson
Sr. Technical Assistant
Phone No.: (877) 353-6404 Ext. 18230
Secure Fax No.: (877) 353-6412

Attachments:     Activities Questionnaire Form
                 Authorization - Medical
                 Claimant Information Form
                 Claimant Supplementary Statement
                 Authorization
                 Response Coversheet
                 Resources for Living
                 Survivor / Estate Information Form

2 of 2

Lincoln/White 1287

## ACTIVITIES QUESTIONNAIRE



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

*page 1 of 3*

**Return To:** Stephanie Jackson _____

---

**EMPLOYEE/CLAIMANT NAME:** Sabrina White _____

**CLAIM NO:** 7830485 _____    **DATE OF BIRTH:** _____

**EMPLOYER/SPONSOR:** Wal-Mart Stores, Inc. _____

---

## TO BE COMPLETED BY THE CLAIMANT:

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit _____    stand _____    walk _____

How many hours a day do you:

sit _____    stand _____    walk _____

Do you take a nap during the day?

Yes_____    No _____

If Yes, for how long? _____    At what time of the day? _____

How many hours a day do you spend in bed? _____

Do you require any assistive devices such as a:

cane _____    walker_____    crutches _____    wheelchair _____    other_____

How long are you able to sit in a car? _____

Do you hold a valid driver's license?

Yes_____    No _____

If No, please explain: _____

If Yes, how long are you able to drive a car? _____

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

Yes_____    No _____    If Yes, what are their dates of birth _____

_____

Do you need help caring for your children?

Yes _____    No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes_____    No _____    If Yes, please explain _____

How many times a day do you leave the house during the week? _____

On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

_____

Lincoln/White 1288



How often do you get outdoors? _____

Are you left or right hand dominant?           Left _____     Right _____

Are you able to work in your garden?           Yes _____     No _____

Are you able to work on your house?           Yes _____     No _____

Are you able to wash your car?               Yes _____     No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.   Please check all that apply:
_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos   Other: _____

What computer software applications do you utilize.  Please check all that apply:
_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming Other: _____

Do you have a working home copy machine/fax machine? _____ Yes _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | _____ | _____ |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months? Yes _____     No _____

If Yes, please provide reason and hospital contact Information: _____

_____

Lincoln/White 1289



How often do you travel or take vacation?  _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?                Yes _____      No _____

If Yes, please describe _____

Do you participate in an exercise program?          Yes _____      No _____

If Yes, please describe _____

Do you do any Volunteer work?                       Yes _____      No _____

If Yes:

    how many hours per day?  _____

    how many hours per week?_____

    for whom?  _____

Are you working for wages?                          Yes _____      No _____

If Yes, please provide employer's name   _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment.</u>**

_____

_____

_____

_____

_____

_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Liberty.

Name: _____     Date: _____

Signature: _____

Lincoln/White 1290



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

 * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

 * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

 * Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: __ _____ Claim Number: __7830485___ Date: _____

**A copy of this authorization will be considered as valid as the original.**

Lincoln/White 1291



# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Stephanie Jackson

---

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO: 7830485

EMPLOYER/SPONSOR: Wal-Mart Stores, Inc.                    DATE OF BIRTH:

---

## TO BE COMPLETED BY EMPLOYEE:

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 08/09/2017 to Present.   *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____           Name: _____
Specialty:_____           Specialty:_____
Address: _____           Address: _____
_____           _____
Telephone No. :(___)_____ Fax No. :(___)_____           Telephone No. :(___)_____ Fax No. :(___)_____

Name: _____           Name: _____
Specialty:_____           Specialty:_____
Address: _____           Address: _____
_____           _____
Telephone No. :(___)_____ Fax No. :(___)_____           Telephone No. :(___)_____ Fax No. :(___)_____

## MEDICAL INSURANCE CARRIER(S):

Name: _____           Name: _____
Specialty:_____           Specialty:_____
Address: _____           Address: _____
_____           _____
Telephone No. :(___)_____ Fax No. :(___)_____           Telephone No. :(___)_____ Fax No. :(___)_____

## PHARMACY(S):

Name: _____           Name: _____
Specialty:_____           Specialty:_____
Address: _____           Address: _____
_____           _____
Telephone No. :(___)_____ Fax No. :(___)_____           Telephone No. :(___)_____ Fax No. :(___)_____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

SIGNATURE: _____   DATE: _____

Lincoln/White 1292

# CLAIMANT SUPPLEMENTARY STATEMENT



**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return to:** Stephanie Jackson

| EMPLOYEE/CLAIMANT NAME: Sabrina White | CLAIM #: 7830485 |
|---|---|
| EMPLOYER: Wal-Mart Stores, Inc. | DATE OF BIRTH: |

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).

Name                    Relationship to you?                    Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Short Term Disability or State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Other income/money/benefit (describe) _____ | $ _____ | _____ | _____ | _____ |

If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____  **EMPLOYEE'S SIGNATURE:** _____

DP 409

Lincoln/White 1293



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print)  _____

Name of legal representative, if applicable (print)  _____  Relationship _____

Signature of claimant or legal representative  _____

Date of Birth: __        _____  Claim Number: __7830485__  Date: _____

## A copy of this authorization will be considered as valid as the original

pg. 1 LMB.Psychotherapy.2015

Lincoln/White 1294



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 7830485

**Employee/Claimant Name:** Sabrina White

**Provider's Name:** Sabrina White

Lincoln/White 1295

# Resources *for* Living®

Some days it can be tough to manage the competing priorities in our lives, and keep it all running smoothly. If you need help with everyday issues that are becoming a little hard to handle, or you find yourself in a crisis situation, we're here for you.

Resources For Living is a confidential round-the-clock service that helps employees and their families balance the demands of work, life and personal issues.

We can offer support and resources for your concerns around parenting issues, work-related situations, relationship problems, substance abuse or even self-improvement.

Services are available to you and anyone in your household. Your program offers short-term counseling with a licensed clinician for you and each household member.

**Work, life and everything in-between**
Sometimes life can become work and work can become your life. Either way, we're here to help you balance the two. Maybe you just need someone to talk to about a recent transition or conflict at work, or maybe you're looking for some guidance with your personal relationships.

Just a call or click away, we can confidentially discuss your situation and help you find resources and information on issues including:

- Mental health and well-being
- Personal and professional relationships
- Substance abuse
- Family life
- Daily stress

**Confidential conversations**
When you call us, a trained professional will confidentially help you assess your needs. You'll receive in the moment support to help you handle life's challenges. And it's all available from the comfort and privacy of your own home — or anywhere else you choose.

**Ready when you are**
We're available whenever you are. We're here 24 hours a day, 7 days a week. If it's not convenient to call, you can find resources and self-help tools for your personal, family and work-related concerns on the member website.

There is no charge to you or your family for using the service. If you choose to use any referrals to additional resources, their charges, if any, would be your responsibility. Check your company benefits plan for coverage of those additional services.

Confidential services available 24 hours a day, 7 days a week at:
**1-800-825-3555 or www.rfl.com**

**The EAP is administered by Resources For Living.**
This material is for informational purposes only. All calls are confidential, except as required by law (i.e., when a person's emotional condition is a threat to himself/herself or others, or there is suspected child, spousal or elder abuse, or abuse to people with disabilities). Services are available to you and your household members, including dependent children up to age 26, whether they live at home or not.

Information is believed to be accurate as of the production date; however, it is subject to change.

©2012 Resources For Living44.03.438.1-WM A (11/12)

Lincoln/White 1296

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

**TO BE COMPLETED BY EMPLOYEE:**

**YOUR SPOUSE:**                                       **YOUR DOMESTIC PARTNER:**

| Name: | Name: |
|---|---|
| Address: | Address: |
|  |  |
|  |  |
| Telephone Number: | Telephone Number: |

**CHILDREN: List ALL children. Use reverse side if necessary.**

| Name: | Date of Birth: |
|---|---|
| Address: | |
|  | |
|  | |
| Telephone Number: | |
| Name: | Date of Birth: |
| Address: | |
|  | |
|  | |
| Telephone Number: | |
| Name: | Date of Birth: |
| Address: | |
|  | |
|  | |
| Telephone Number: | |

**GUARDIANSHIP: For all children under age 18 listed above:**

| Name: |
|---|
| Address: |
|  |
|  |
| Telephone Number: |

**DO YOU HAVE A WILL?   YES ____   NO ____          DO YOU HAVE A TRUST?   YES____   NO____**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| Name of Executor or Administrator: |
|---|
| Address: |
|  |
|  |
| Telephone Number: |

The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photocopy of this form will be as valid as the original.

DATE:_____          EMPLOYEE'S PRINTED NAME:_____

                                 EMPLOYEE'S SIGNATURE:_____

Lincoln/White 1297

9K040180007



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## RESPONSE COVERSHEET

In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 7830485

**Employee/Claimant Name:** Sabrina White

**Provider's Name:** Sabrina White

Lincoln/White 1298

9K040180007


**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: __12/03/1972__ Claim Number: __7830485__ Date: _____

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2015

Lincoln/White 1299

9K040180007



| Liberty Life Assurance Company of Boston |
| Group Benefits Disability Claims |
| P.O. Box 7216 |
| London, KY 40742-7216 |
| Phone No.: (877) 353-6404 |
| Secure Fax No.: (877) 353-6412 |

## <u>AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION</u>

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.

* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.

* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The Information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: __ _____ Claim Number: __7830485__ Date: _____

### A copy of this authorization will be considered as valid as the original.

pg. 1 Authorization-Standard-2016

Lincoln/White 1300

9K040180007


**Liberty Mutual.**
**INSURANCE**

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Stephanie Jackson

---

**EMPLOYEE/CLAIMANT NAME:** Sabrina White

**CLAIM NO:** 7830485

**EMPLOYER/SPONSOR:** Wal-Mart Stores, Inc.          **DATE OF BIRTH:**

---

## TO BE COMPLETED BY EMPLOYEE:

Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from <u>08/09/2017</u> to <u>Present</u>. *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

_____          _____

Telephone No. : (___) _____ Fax No. : (___) _____          Telephone No. : (___) _____ Fax No. : (___) _____


Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

_____          _____

Telephone No. : (___) _____ Fax No. : (___) _____          Telephone No. : (___) _____ Fax No. : (___) _____

## MEDICAL INSURANCE CARRIER(S):

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

_____          _____

Telephone No. : (___) _____ Fax No. : (___) _____          Telephone No. : (___) _____ Fax No. : (___) _____

## PHARMACY(S):

Name: _____          Name: _____

Specialty: _____          Specialty: _____

Address: _____          Address: _____

_____          _____

Telephone No. : (___) _____ Fax No. : (___) _____          Telephone No. : (___) _____ Fax No. : (___) _____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** _____ **DATE:** _____

Lincoln/White 1301

9K040180007

# CLAIMANT SUPPLEMENTARY STATEMENT


**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return to:** Stephanie Jackson

| | |
|---|---|
| **EMPLOYEE/CLAIMANT NAME:** Sabrina White | **CLAIM #:** 7830485 |
| **EMPLOYER:** Wal-Mart Stores, Inc. | **DATE OF BIRTH:** |

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                    Relationship to you?                    Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Short Term Disability or State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Other income/money/benefit (describe) _____ | $ _____ | _____ | _____ | _____ |

If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:** _____    **EMPLOYEE'S SIGNATURE:** _____

DB 436

Lincoln/White 1302

9K040180007

## ACTIVITIES QUESTIONNAIRE



**Liberty Mutual.**
**INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412
*page 1 of 3*

Return To:  Stephanie Jackson _____

---

EMPLOYEE/CLAIMANT NAME:  Sabrina White _____

CLAIM NO:  7830485 _____          DATE OF BIRTH: _____

EMPLOYER/SPONSOR:  Wal-Mart Stores, Inc. _____

---

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit _____     stand _____     walk _____

How many hours a day do you:

sit _____     stand _____     walk _____

Do you take a nap during the day?

Yes_____     No  _____

If Yes, for how long? _____     At what time of the day? _____

How many hours a day do you spend in bed? _____

Do you require any assistive devices such as a:

cane _____     walker _____     crutches _____     wheelchair _____     other _____

How long are you able to sit in a car? _____

Do you hold a valid driver's license?

Yes_____     No  _____

If No, please explain: _____

If Yes, how long are you able to drive a car? _____
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

Yes_____     No _____     If Yes, what are their dates of birth _____

_____

Do you need help caring for your children?

Yes _____     No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes_____     No _____     If Yes, please explain _____

How many times a day do you leave the house during the week? _____

On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

_____

Lincoln/White 1303

9K040180007



**Liberty Mutual.**
**INSURANCE**

| | ACTIVITIES QUESTIONNAIRE |
|---|---|
| | *page 2 of 3* |

How often do you get outdoors? _____

Are you left or right hand dominant?                    Left _____    Right _____

Are you able to work in your garden?                    Yes _____    No _____

Are you able to work on your house?                    Yes _____    No _____

Are you able to wash your car?                    Yes _____    No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.  Please check all that apply:

_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos  Other: _____

What computer software applications do you utilize.  Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming  Other: _____

Do you have a working home copy machine/fax machine?    _____ Yes _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to <u>independently</u> conduct routine daily

activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months?  Yes _____    No _____

If Yes, please provide reason and hospital contact Information: _____

_____

_____

Lincoln/White 1304

9K040180007


**Liberty Mutual.**
**INSURANCE**

| ACTIVITIES QUESTIONNAIRE |
| --- |
| *page 3 of 3* |

How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?           Yes _____     No _____

If Yes, please describe _____

Do you participate in an exercise program?     Yes _____     No _____

If Yes, please describe _____

Do you do any Volunteer work?                  Yes _____     No _____

If Yes:

    how many hours per day? _____

    how many hours per week? _____

    for whom? _____

Are you working for wages?                     Yes _____     No _____

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in any gainful employment.**

_____

_____

_____

_____

_____


**Please describe your daily routine: (If more space is needed, please use the back of this form)**

_____

_____

_____

_____

_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

**Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Liberty.

Name: _____     Date: _____


Signature: _____

Lincoln/White 1305

9K040180007

# Resources *for* Living.

Some days it can be tough to manage the competing priorities in our lives, and keep it all running smoothly. If you need help with everyday issues that are becoming a little hard to handle, or you find yourself in a crisis situation, we're here for you.

Resources For Living is a confidential round-the-clock service that helps employees and their families balance the demands of work, life and personal issues.

We can offer support and resources for your concerns around parenting issues, work-related situations, relationship problems, substance abuse or even self-improvement.

Services are available to you and anyone in your household. Your program offers short-term counseling with a licensed clinician for you and each household member.

**Work, life and everything in-between**
Sometimes life can become work and work can become your life. Either way, we're here to help you balance the two. Maybe you just need someone to talk to about a recent transition or conflict at work, or maybe you're looking for some guidance with your personal relationships.

Just a call or click away, we can confidentially discuss your situation and help you find resources and information on issues including:

- Mental health and well-being
- Personal and professional relationships
- Substance abuse
- Family life
- Daily stress

**Confidential conversations**
When you call us, a trained professional will confidentially help you assess your needs. You'll receive in the moment support to help you handle life's challenges. And it's all available from the comfort and privacy of your own home — or anywhere else you choose.

**Ready when you are**
We're available whenever you are. We're here 24 hours a day, 7 days a week. If it's not convenient to call, you can find resources and self-help tools for your personal, family and work-related concerns on the member website.

There is no charge to you or your family for using the service. If you choose to use any referrals to additional resources, their charges, if any, would be your responsibility. Check your company benefits plan for coverage of those additional services.

### Confidential services available 24 hours a day, 7 days a week
### at:
### 1-800-825-3555 or www.rfl.com

The EAP is administered by Resources For Living.
This material is for informational purposes only. All calls are confidential, except as required by law (i.e., when a person's emotional condition is a threat to himself/herself or others, or there is suspected child, spousal or elder abuse, or abuse to people with disabilities). Services are available to you and your household members, including dependent children up to age 26, whether they live at home or not.

Information is believed to be accurate as of the production date; however, it is subject to change.
©2012 Resources For Living44.03.438.1-WM A (11/12)

Lincoln/White 1306

9K040180007

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

## TO BE COMPLETED BY EMPLOYEE:

**YOUR SPOUSE:**                                      **YOUR DOMESTIC PARTNER:**

| Name: | Name: |
|---|---|
| Address: | Address: |
| | |
| | |
| Telephone Number: | Telephone Number: |

**CHILDREN:  List ALL children.  Use reverse side if necessary.**

| Name: | Date of Birth: |
|---|---|
| Address: | |
| | |
| | |
| Telephone Number: | |

| Name: | Date of Birth: |
|---|---|
| Address: | |
| | |
| | |
| Telephone Number: | |

| Name: | Date of Birth: |
|---|---|
| Address: | |
| | |
| | |
| Telephone Number: | |

**GUARDIANSHIP:  For all children under age 18 listed above:**

| Name: |
|---|
| Address: |
| |
| |
| Telephone Number: |

**DO YOU HAVE A WILL?  YES___  NO___**                **DO YOU HAVE A TRUST?  YES___   NO___**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| Name of Executor or Administrator: |
|---|
| Address: |
| |
| |
| Telephone Number: |

The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable  under law.  A photocopy of this form will be as valid as the original.

DATE:_____     EMPLOYEE'S PRINTED NAME:_____

                             EMPLOYEE'S SIGNATURE:_____

9K040180007



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

January 12, 2018

Ms. Sabrina L. White

RE:    Long Term Disability (LTD) Benefits
       Wal-Mart Stores, Inc.
       Claim #: 7830485

Dear Ms. Sabrina White:

Sedgwick Claim Management Services, Inc. and Liberty Life Assurance Company of Boston (Liberty) are jointly responsible for managing Short Term Disability (STD) and Long Term Disability (LTD) benefits under the Wal-Mart Stores, Inc. Associates Health and Welfare Plan. The Plan provides STD benefits for a maximum of 26 weeks after completion of a seven day elimination period. The LTD policy has an Elimination Period (referenced as "waiting period" in your Associate Benefits Book) of 26 weeks or the end of your STD benefits, whichever is longer.

Sedgwick has notified us that you have been out of work and receiving STD benefits. These benefits will end on or about February 13, 2018, should your disabling condition continue through the maximum benefit period. Therefore, if your disabling condition extends beyond February 13, 2018, your LTD Elimination Period will be satisfied as of this date. If your STD benefits extend beyond this date, your LTD Elimination Period will also be extended accordingly.

If you believe that your disability will prevent you from returning to work on or before February 13, 2018, and you wish to pursue LTD benefits, please complete the following forms and fax them back to my attention at (877) 353-6412, mail them in the enclosed envelope, or email them to WMRTcsu@LibertyMutual.com by February 9, 2018:

- Activities Questionnaire Form
- Authorization to Obtain and Release Information – Medical
- Authorization to Obtain and Release Information
- Claimant Information Form
- Claimant Supplementary Statement
- Copy of your Driver's License
- Survivor/Estate Information Form

Please note that receipt of STD benefits does not mean that your LTD benefits will be approved. Eligibility requirements for LTD benefits differ from those for STD benefits. Consequently, we may request additional information to determine if you qualify for LTD benefits.

1 of 2

Lincoln/White 1308

9K040180007

If you will be returning to work on or before February 13, 2018, or you do not wish to pursue a claim or LTD benefits, please contact me at the number below.

If you have any questions, require additional information, experience a change in your medical condition or a change in your return to work plans, please contact the Walmart Disability Service Center at Liberty at 877-353-6404 Monday through Friday 7:00 AM – 5:00 PM Central Time. Additionally, please see enclosure for important information regarding your Employee Assistance Program (EAP), administered by Resources for Living.

If you have any questions regarding this matter, please contact me.

Sincerely,

Stephanie Jackson
Sr. Technical Assistant
Phone No.: (877) 353-6404 Ext. 18230
Secure Fax No.: (877) 353-6412

Attachments:    Activities Questionnaire Form
                Authorization - Medical
                Claimant Information Form
                Claimant Supplementary Statement
                Authorization
                Response Coversheet
                Resources for Living
                Survivor / Estate Information Form

Lincoln/White 1309

9K040180007

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS
P.O. BOX 7216
LONDON, KY 40742-7216

*000768*

MS. SABRINA WHITE

NIXIE        708    EE 1270      0001/29/18

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

MANUAL PROC REQ      *2155-03165-29-35



Lincoln/White 1310

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216

MS. SABRINA WHITE

Lincoln/White 1311



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

January 12, 2018

Ms. Sabrina L. White

RE:    Long Term Disability (LTD) Benefits
       Wal-Mart Stores, Inc.
       Claim #: 7830485

Dear Ms. Sabrina White:

Sedgwick Claim Management Services, Inc. and Liberty Life Assurance Company of Boston (Liberty) are jointly responsible for managing Short Term Disability (STD) and Long Term Disability (LTD) benefits under the Wal-Mart Stores, Inc. Associates Health and Welfare Plan. The Plan provides STD benefits for a maximum of 26 weeks after completion of a seven day elimination period. The LTD policy has an Elimination Period (referenced as "waiting period" in your Associate Benefits Book) of 26 weeks or the end of your STD benefits, whichever is longer.

Sedgwick has notified us that you have been out of work and receiving STD benefits. These benefits will end on or about February 13, 2018, should your disabling condition continue through the maximum benefit period. Therefore, if your disabling condition extends beyond February 13, 2018, your LTD Elimination Period will be satisfied as of this date. If your STD benefits extend beyond this date, your LTD Elimination Period will also be extended accordingly.

If you believe that your disability will prevent you from returning to work on or before February 13, 2018, and you wish to pursue LTD benefits, please complete the following forms and fax them back to my attention at (877) 353-6412, mail them in the enclosed envelope, or email them to WMRTcsu@LibertyMutual.com by February 9, 2018:

- Activities Questionnaire Form
- Authorization to Obtain and Release Information – Medical
- Authorization to Obtain and Release Information
- Claimant Information Form
- Claimant Supplementary Statement
- Copy of your Driver's License
- Survivor/Estate Information Form

Please note that receipt of STD benefits does not mean that your LTD benefits will be approved. Eligibility requirements for LTD benefits differ from those for STD benefits. Consequently, we may request additional information to determine if you qualify for LTD benefits.

1  of 2

Lincoln/White 1312

If you will be returning to work on or before February 13, 2018, or you do not wish to pursue a claim or LTD benefits, please contact me at the number below.

If you have any questions, require additional information, experience a change in your medical condition or a change in your return to work plans, please contact the Walmart Disability Service Center at Liberty  at 877-353-6404 Monday through Friday 7:00 AM – 5:00 PM Central Time. Additionally, please see enclosure for important information regarding your Employee Assistance Program (EAP), administered by Resources for Living.

If you have any questions regarding this matter, please contact me.

Sincerely,

Stephanie Jackson
Sr. Technical Assistant
Phone No.: (877) 353-6404 Ext. 18230
Secure Fax No.: (877) 353-6412

Attachments:     Activities Questionnaire Form
                 Authorization - Medical
                 Claimant Information Form
                 Claimant Supplementary Statement
                 Authorization
                 Response Coversheet
                 Resources for Living
                 Survivor / Estate Information Form

2  of 2

Lincoln/White 1313

# ACTIVITIES QUESTIONNAIRE



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412
*page 1 of 3*

**Return To:** Stephanie Jackson

EMPLOYEE/CLAIMANT NAME: Sabrina White

CLAIM NO: 7830485                                    DATE OF BIRTH:

EMPLOYER/SPONSOR: Wal-Mart Stores, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit _____    stand _____    walk _____

How many hours a day do you:

sit _____    stand _____    walk _____

Do you take a nap during the day?

Yes_____    No  _____

If Yes, for how long? _____    At what time of the day?_____

How many hours a day do you spend in bed?_____

Do you require any assistive devices such as a:

cane _____    walker_____    crutches _____    wheelchair _____    other _____

How long are you able to sit in a car?_____

Do you hold a valid driver's license?

Yes_____    No  _____

If No, please explain: _____

If Yes, how long are you able to drive a car?_____

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

_____

Do you have children?

Yes_____    No _____    If Yes, what are their dates of birth _____

_____

Do you need help caring for your children?

Yes _____    No _____

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes_____    No _____    If Yes, please explain _____

How many times a day do you leave the house during the week? _____

On the weekends? _____

How often do you run errands? _____

Please describe what errands you most commonly run: _____

Lincoln/White 1314



How often do you get outdoors? _____

Are you left or right hand dominant?         Left _____     Right _____

Are you able to work in your garden?         Yes _____     No _____

Are you able to work on your house?          Yes _____     No _____

Are you able to wash your car?               Yes _____     No _____

How much time is spent daily on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

How much time is spent weekly on your home computer?
_____ None _____ 0-1 hours _____ 1-2 hours _____ 2-3 hours _____ 3+ hours

What activities do you perform on your home computer.  Please check all that apply:

_____ Pay bills _____ Read news/articles _____ Use search engines _____ Send emails

_____ Visit chat rooms _____ Photos  Other: _____

What computer software applications do you utilize.  Please check all that apply:

_____ Word processing (Word) _____ Spreadsheets (Excel) _____ Database (Access) _____ Graphics

_____ Photo software (Photoshop) _____ Programming  Other: _____

Do you have a working home copy machine/fax machine? _____ Yes _____ No

If yes, please explain purpose and usage: _____

The following questions intend to identify whether or not you are able to <u>independent</u>ly conduct routine daily

activities.  If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | _____ | _____ |
| Carrying groceries into the house | _____ | _____ |
| Cooking meals | _____ | _____ |
| Cleaning after meals | _____ | _____ |
| Cleaning bathrooms | _____ | _____ |
| Vacuuming | _____ | _____ |
| Doing the laundry | _____ | _____ |
| Opening and responding to mail | _____ | _____ |
| Managing your finances | _____ | _____ |
| Balancing your checkbook | _____ | _____ |
| Bathing yourself | _____ | _____ |
| Styling your own hair | _____ | _____ |
| Getting dressed | _____ | _____ |
| Going up and down stairs | _____ | _____ |

Have you been confined to a hospital within the last 12 months?  Yes _____     No _____

If Yes, please provide reason and hospital contact Information: _____

_____

_____

Lincoln/White 1315



How often do you travel or take vacation? _____

Where do you go?  How do you get there (transportation method)? _____

_____

Are you able to pursue your hobbies?          Yes _____     No _____

If Yes, please describe _____

Do you participate in an exercise program?     Yes _____     No _____

If Yes, please describe _____

Do you do any Volunteer work?                Yes _____     No _____

If Yes:

    how many hours per day? _____

    how many hours per week?_____

    for whom? _____

Are you working for wages?                   Yes _____     No _____

If Yes, please provide employer's name _____

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

_____
_____
_____
_____
_____
_____

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

_____
_____
_____
_____
_____

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

_____

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

_____

\*\*Upon completion of this form, please sign and date below and return in the envelope provided to you.  Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records.  A photo static copy of this form will be as valid as the original.  I understand that if this information changes at any time, I will contact Liberty.

Name: _____        Date: _____

Signature: _____

Lincoln/White 1316



Liberty Mutual® INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

### AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

### STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: _____ Claim Number: __7830485___ Date: _____

**A copy of this authorization will be considered as valid as the original.**

pg. 1 Authorization-Standard-2016

Lincoln/White 1317



# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return To:** Stephanie Jackson

EMPLOYEE/CLAIMANT NAME: Sabrina White
CLAIM NO: 7830485
EMPLOYER/SPONSOR: Wal-Mart Stores, Inc.          DATE OF BIRTH:

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 08/09/2017 to Present.  *If additional space is needed, please use a separate sheet of paper.*

## MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:

Name: _____      Name: _____
Specialty: _____      Specialty: _____
Address: _____      Address: _____
_____      _____
Telephone No. :(___)_____ Fax No. :(___)_____    Telephone No. :(___)_____ Fax No. :(___)_____

Name: _____      Name: _____
Specialty: _____      Specialty: _____
Address: _____      Address: _____
_____      _____
Telephone No. :(___)_____ Fax No. :(___)_____    Telephone No. :(___)_____ Fax No. :(___)_____

## MEDICAL INSURANCE CARRIER(S):

Name: _____      Name: _____
Specialty: _____      Specialty: _____
Address: _____      Address: _____
_____      _____
Telephone No. :(___)_____ Fax No. :(___)_____    Telephone No. :(___)_____ Fax No. :(___)_____

## PHARMACY(S):

Name: _____      Name: _____
Specialty: _____      Specialty: _____
Address: _____      Address: _____
_____      _____
Telephone No. :(___)_____ Fax No. :(___)_____    Telephone No. :(___)_____ Fax No. :(___)_____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** _____      **DATE:** _____

Lincoln/White 1318

# CLAIMANT SUPPLEMENTARY STATEMENT



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

**Return to:** Stephanie Jackson

**EMPLOYEE/CLAIMANT NAME:** Sabrina White          **CLAIM #:** 7830485
**EMPLOYER:** Wal-Mart Stores, Inc.          **DATE OF BIRTH:**_____

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name                                      Relationship to you?                              Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation  Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Short Term Disability or  State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Other income/money/benefit  (describe) _____ | $ _____ | _____ | _____ | _____ |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** _____

**DATE:**_____          **EMPLOYEE'S SIGNATURE:** _____

DP 409

Lincoln/White 1319



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

## STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) _____

Name of legal representative, if applicable (print) _____ Relationship _____

Signature of claimant or legal representative _____

Date of Birth: _____ Claim Number: __7830485___ Date: _____

**A copy of this authorization will be considered as valid as the original**

pg. 1 LMB.Psychotherapy.2015



Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7216
London, KY 40742-7216
Phone No.: (877) 353-6404
Secure Fax No.: (877) 353-6412

## RESPONSE COVERSHEET

**In order to facilitate accurate and timely processing of this claim, please include this cover sheet along with your response to this request.**

**PLEASE USE BLACK INK WHEN COMPLETING FORMS.**

**Document Type:** Medical

**Claim Number:** 7830485

**Employee/Claimant Name:** Sabrina White

**Provider's Name:** Sabrina White

Lincoln/White 1321

# Resources *for* Living®

Some days it can be tough to manage the competing priorities in our lives, and keep it all running smoothly. If you need help with everyday issues that are becoming a little hard to handle, or you find yourself in a crisis situation, we're here for you.

Resources For Living is a confidential round-the-clock service that helps employees and their families balance the demands of work, life and personal issues.

We can offer support and resources for your concerns around parenting issues, work-related situations, relationship problems, substance abuse or even self-improvement.

Services are available to you and anyone in your household. Your program offers short-term counseling with a licensed clinician for you and each household member.

**Work, life and everything in-between**
Sometimes life can become work and work can become your life. Either way, we're here to help you balance the two. Maybe you just need someone to talk to about a recent transition or conflict at work, or maybe you're looking for some guidance with your personal relationships.

Just a call or click away, we can confidentially discuss your situation and help you find resources and information on issues including:

- Mental health and well-being
- Personal and professional relationships
- Substance abuse
- Family life
- Daily stress

**Confidential conversations**
When you call us, a trained professional will confidentially help you assess your needs. You'll receive in the moment support to help you handle life's challenges. And it's all available from the comfort and privacy of your own home — or anywhere else you choose.

**Ready when you are**
We're available whenever you are. We're here 24 hours a day, 7 days a week. If it's not convenient to call, you can find resources and self-help tools for your personal, family and work-related concerns on the member website.

There is no charge to you or your family for using the service. If you choose to use any referrals to additional resources, their charges, if any, would be your responsibility. Check your company benefits plan for coverage of those additional services.

Confidential services available 24 hours a day, 7 days a week
at:
**1-800-825-3555 or www.rfl.com**

**The EAP is administered by Resources For Living.**
This material is for informational purposes only. All calls are confidential, except as required by law (i.e., when a person's emotional condition is a threat to himself/herself or others, or there is suspected child, spousal or elder abuse, or abuse to people with disabilities). Services are available to you and your household members, including dependent children up to age 26, whether they live at home or not.

Information is believed to be accurate as of the production date; however, it is subject to change.

©2012 Resources For Living44.03.438.1-WM A (11/12)

Lincoln/White 1322

# Survivor / Estate Information Form

*This information is required in the event that any benefits are payable after your death.*

**TO BE COMPLETED BY EMPLOYEE:**

**YOUR SPOUSE:**                                    **YOUR DOMESTIC PARTNER:**

| **Name:** | **Name:** |
|---|---|
| **Address:** | **Address:** |
| | |
| | |
| **Telephone Number:** | **Telephone Number:** |

**CHILDREN:  List ALL children.  Use reverse side if necessary.**

| **Name:** | **Date of Birth:** |
|---|---|
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

| **Name:** | **Date of Birth:** |
|---|---|
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

| **Name:** | **Date of Birth:** |
|---|---|
| **Address:** | |
| | |
| | |
| | |
| **Telephone Number:** | |

**GUARDIANSHIP:  For all children under age 18 listed above:**

| **Name:** |
|---|
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**DO YOU HAVE A WILL?   YES \_\_\_\_  NO \_\_\_\_**          **DO YOU HAVE A TRUST?   YES\_\_\_\_  NO\_\_\_\_**

**ADMINISTRATOR OR EXECUTOR OF YOUR WILL AND/OR YOUR ESTATE:**

| **Name of Executor or Administrator:** |
|---|
| **Address:** |
| |
| |
| |
| **Telephone Number:** |

**The above statements are true and correct to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, of deceive the Company and/or Plan Sponsor,  files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable  under law.  A photocopy of this form will be as valid as the original.**

**DATE:_____**          **EMPLOYEE'S PRINTED NAME:_____**

**EMPLOYEE'S SIGNATURE:_____**

Lincoln/White 1323

**n0278626**

───────

| | |
|---|---|
| **From:** | WMRTcsu |
| **Sent:** | Wednesday, January 10, 2018 10:44:30 AM |
| **To:** | WMRTcsu |
| **Subject:** | - Walmart LTD Claim Creation Request for SABRINA WHITE, WIN: 103880799 |

Please create a new **LTD** Claim based on the information provided:

**Triage Status:** Review 03
**SSN:**
**Last Name:** WHITE
**First Name:** SABRINA
**WIN:** 103880799
**Address:**
**Address:**
**City:**
**State:**
**Zip:**
**Phone:**
**Cell Phone:**
**Claimant Email:**
**LDW:** 8/8/2017
**DOD:** 08/09/2017
**Approve Through Date:** 01/04/2018
**STD Max Date:** 02/13/2018
**LTD Max Date:** 12/2/2039
**Work State:** LA
**ICD Code:** M47.816
**ICD Description:** "Spondylosis without myelopathy or radiculopathy, lumbar region"
**Work Related:** n
**Job Description:** CUSTOMER HOST
**Loc Code:** B
**Escalation Date:** 12/15/2017
**Days of Benefits:** 121
**LTD Effective Date:**
**HR LTD Benefit Plan:** 5
**LTD Class:** A2
**Pre X:** No
**Product Coverage:** LTD
**Plan Type:** LTDA2
**Assc Status Code:** A
**Sys1 Effective Date:** 5/10/2016
**RTW Status:** LEAVE OF ABSENCE_EE TYPE_R
**Late Enrollee:**
**Manual Work:** N

Lincoln/White 1324

**Relapse Claim:** N
**Benefit Begin Date:**

If you have further questions, please contact your Manager.

GB Internal Claims Solutions
Email: GB_Internal_Claims_Solutions@LibertyMutual.com



Lincoln/White 1325