**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**SABRINA WHITE**                                                    **CIVIL ACTION**

**VERSUS**                                                           **NO. 21-634-BAJ-SDJ**

**LINCOLN LIFE ASSURANCE COMPANY**
**OF BOSTON, ET AL**

## JOINT STIPULATION REGARDING STANDARD OF REVIEW AND PREEMPTION OF STATE LAW CLAIMS

NOW INTO COURT, through undersigned counsel, come Sabrina White ("White"), plaintiff in the above entitled and numbered and numbered proceeding, and defendants  Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company, and as ordered by the Court's ERISA Case Management Order (Rec. Doc.11), submit this joint stipulation regarding the standard of review and preemption of state law claims.

The parties hereby stipulate to the following:

1. The Long-term disability plan at issue in this case vests the administrator with discretionary authority to determine eligibility for benefits and/or construe and interpret the terms of the plan; and

2. The Employee Retirement Income Security Act ("ERISA") preempts all state law claims related to the employee benefit plan at issue.

RESPECTFULLY SUBMITTED:

**LAW OFFICES OF IWANA**

1

**RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*

Iwana Rademaekers (Texas Bar No. 16452560)
Admitted *Pro Hac Vice*
Email:  iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456

-AND-

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*

Christopher K. Ralston (Bar #26706)
Lindsay Calhoun (Bar #35070)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: ralstonc@phelps.com
Email: lindsay.calhoun@phelps.com

**COUNSEL FOR DEFENDANT**


THE PELLEGRIN FIRM, L.L.C.

/s/ David C. Pellegrin

DAVID C. PELLEGRIN, (#34957)
3500 North Hullen Street
Suite 17D
Metairie, LA 70002
email: dpellegrin@pellegrinfirm.com
phone: 504-405-3245
fax: 1-866-651-8738

**COUNSEL FOR PLAINTIFF**

2