**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

SABRINA WHITE                                          CIVIL ACTION


VERSUS                                                 NO. 21-634-BAJ-SDJ


LINCOLN LIFE ASSURANCE COMPANY
OF BOSTON, ET AL


**PLAINTIFF'S STATEMENT OF COMPLETENESS OF ADMINISTRATIVE RECORD**

NOW INTO COURT, through undersigned counsel, come Sabrina White, plaintiff, and

as ordered by the Court's ERISA Case Management Order (Rec. Doc.11), submits this statement

of completeness of the administrative record in this case. The plaintiff stipulates that the

administrative record filed by the defendants (Rec. Doc. 13) including the six attachments

thereto, constituting 1327 pages, is the complete administrative record in this case. Plaintiff will

not be seeking to supplement the administrative record.


RESPECTFULLY SUBMITTED:


THE PELLEGRIN FIRM, L.L.C.

/s/ David C. Pellegrin, Jr.

DAVID C. PELLEGRIN, Jr. (#34957)
3500 North Hullen Street
Suite 17D
Metairie, LA 70002
email: dpellegrin@pellegrinfirm.com
phone: 504-405-3245
fax: 1-866-651-8738


1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th[nd] day of April 2022, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic system.

/s/ David C. Pellegrin, Jr.