**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

SABRINA  WHITE                                                      CIVIL ACTION

VERSUS

LINCOLN LIFE ASSURANCE                                   NO. 21-634-BAJ-SDJ
COMPANY OF BOSTON, ET AL

### *EX PARTE* CONSENT MOTION TO CONTINUE DEADLINES AND SETTLEMENT CONFERENCE

NOW INTO COURT, through undersigned counsel, comes Plaintiff Sabrina White, who respectfully moves the Court to continue the memorandum submission deadlines and settlement conference in the above-captioned case. Counsel for defendants have been presented with a copy of this motion and has no opposition thereto.

This in ERISA long-term disability matter, and the Court has issued an order setting deadlines for motions on the administrative record (Rec. Doc. 11). These deadlines are currently set for:

Plaintiff's Opening Brief on the Merits: September 1, 2022.

Defendant's Response Brief on the Merits: September 22, 2022.

Plaintiff's Reply Brief on the Merits: October 6, 2022

In addition, the Court set a settlement conference for August 9, 2022, and ordered the parties to exchange offers prior to the conference (Rec. Doc. 12). Counsel for Plaintiff has been unable to reach the Plaintiff to discuss the case by phone, email, or certified mail. The phone number has been disconnected and the certified letter was returned with a notation the home is vacant. This is likely a result of financial and health problems.

Plaintiff's counsel would respectfully request to continue the settlement conference and

1

motion dates in order to attempt to contact the plaintiff. It will be necessary to get her consent to settle the case at any conference, and she should be able to participate in the drafting of the motion on the administrative record. This extension will not prejudice the defendants, and an extension will increase the chance of the case settling before a decision from the Court is necessary.

Plaintiff's counsel would propose the following dates for submission of motions on the administrative record:

Plaintiff's Opening Brief on the Merits: March 1, 2023.

Defendant's Response Brief on the Merits: March 22, 2023.

Plaintiff's Reply Brief on the Merits: April 6, 2023.

Plaintiff's counsel would also propose that the Court continue the settlement conference in this case to a time and date of the Court's choosing sometime in January or February 2023 before the deadline for Plaintiff's opening brief. Counsel for defendants has been contacted and consents to these proposals.

RESPECTFULLY  SUBMITTED:

THE PELLEGRIN FIRM, L.L.C.

/s/ David C. Pellegrin, Jr.

DAVID C. PELLEGRIN, Jr. (#34957)
3500 North Hullen Street
Suite 17D
Metairie, LA 70002
email: dpellegrin@pellegrinfirm.com
phone: 504-405-3245
fax: 1-866-651-8738
Counsel for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that on 29th day of July 2022, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's electronic system.

/s/ David C. Pellegrin, Jr