**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SABRINA WHITE** | **CIVIL ACTION** |
| **VERSUS** | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, ET AL** | **NO. 21-634-BAJ SDJ** |

## <u>ORDER</u>

Considering Plaintiff's consent Motion to Continue in this matter, the Motion is Granted. The submission dates for motions on the administrative record are continued to the following dates:

Plaintiff's Opening Brief on the Merits: March 1, 2023.

Defendant's Response Brief on the Merits: March 22, 2023.

Plaintiff's Reply Brief on the Merits: April 6, 2023.

Further, the settlement conference in this matter is continued until ____, _____, 2023 at ___o'clock _.m.

THUS DONE AND SIGNED at Baton Rouge, Louisiana, this ___ day of _____, 2022.

_____

UNITED STATES JUDGE