**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SABRINA WHITE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-634-BAJ-SDJ** |
| **LINCOLN LIFE INSURANCE COMPANY OF BOSTON AND LINCOLN LIFE NATIONAL LIFE INSURANCE COMPANY** | |

## ORDER

The attorney representing Plaintiff Sabrina White recently withdrew as counsel of record, and Plaintiff is now proceeding pro se. Given this change, the Court will hold a Status Conference by phone to ensure that Plaintiff is aware of her obligations as a pro se litigant, as well as the upcoming deadlines in this litigation. And so,

**IT IS ORDERED** that a **Status Conference** is set before United States Magistrate Judge Scott D. Johnson on **November 9, 2022, at 2:00 p.m.** The Status Conference will be held by **phone**. Plaintiff and Counsel for Defendants will join the Conference using the **dial-in** information provide below. The **upcoming deadlines** in this litigation (R. Doc. 17) are also copied below for the parties' convenience.

The Clerk of Court will **mail** a copy of this Order to Plaintiff at the address provided by her former attorney (R. Doc. 18 at 1).

**Dial-In Information:**

| | |
|---|---|
| Toll Free Number: | 888-363-4734 |
| Access Code: | 1691200 |

| | | |
|---|---|---|
| **Upcoming Deadlines:** | Parties' Confidential Position Papers for Settlement Conference | January 30, 2023 |

| | |
|---|---|
| Settlement Conference by Video | February 6, 2023<br>2:00 p.m. |
| Plaintiff's Opening Brief | March 1, 2023 |
| Defendant's Response Brief | March 22, 2023 |
| Plaintiff's Reply Brief | April 6, 2023 |

Signed in Baton Rouge, Louisiana, on October 21, 2022.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**