## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**SABRINA WHITE**                                                      **CIVIL ACTION**

**VERSUS**                                                                  **NO. 21-634-BAJ-SDJ**

**LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON, et al.**

---

### ORDER

A Status Conference was held on November 9, 2022, at 2:00 p.m. before United States Magistrate Judge Scott D. Johnson. The Conference was held by phone and included the following **participants**:

> **Lindsay J. Calhoun**
> **Iwana Rademaekers**
> Counsel for Defendants

The Conference was set to ensure Plaintiff's awareness of all upcoming deadlines and obligations in this litigation, as she is no longer represented by counsel. But although the Court sent notice of this Conference to Plaintiff's last-known address, she failed to attend. Due to this failure, little could be accomplished. The Court will therefore issue a separate Show Cause Order.

Signed in Baton Rouge, Louisiana, on November 9, 2022.

_____

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

C:cv38a; T: 00:08