# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **SABRINA WHITE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-634-BAJ-SDJ** |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, et al.** | |

## SHOW CAUSE ORDER

A Status Conference was held on November 9, 2022, at 2:00 p.m. before United States Magistrate Judge Scott D. Johnson. (R. Doc. 21). Despite receiving notice of the Conference at her last known address (R. Doc. 20), Plaintiff failed to attend (R. Doc. 21). She did not seek a continuance ahead of the Conference or otherwise contact the Court or Defendants' counsel regarding her inability to attend. This appears consistent with counsel's representations that Plaintiff has been unreachable over the last several months.

Because Plaintiff has already filed a Statement of Completeness (R. Doc. 15) regarding the administrative record (R. Doc. 13) in this ERISA case, the Scheduling Order (R. Doc. 17) next requires her to file an Opening Brief on the merits of her claim by March 1, 2023.

However, because Plaintiff failed to attend the November 9, 2022 Status Conference, before (and in addition to) filing her Opening Brief, she must now also explain to the Court her failure to comply with its Order (R. Doc. 20) setting the November 9, 2022 Conference. And so,

**IT IS ORDERED** that on or before **February 1, 2023,** Plaintiff **must** respond to this Order by **showing cause**, **in writing**, why her claims against Defendants should not be dismissed under

Local Rule 41(b)(1) for failure to prosecute. Plaintiff's Response to this Show Cause Order must be filed in the record.

Failure to **comply** with this Order will **result** in a **recommendation** that Plaintiff's Complaint be **dismissed**, with or without further notice. Plaintiff is likewise warned that failure to **comply** with the Scheduling Order's March 1, 2023 deadline to file her Opening Brief (R. Doc. 17) will also **result** in a **recommendation** that her Complaint be **dismissed**, with or without further notice.

Signed in Baton Rouge, Louisiana, on November 17, 2022.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**