# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **SABRINA WHITE,** | **CIVIL ACTION NO.: 3:21-cv-00634-BAJ-SDJ** |
| **Plaintiff** | **JUDGE BRIAN A. JACKSON** |
| **vs.** | **MAG. JUDGE SCOTT D. JOHNSON** |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON & THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | |
| **Defendants** | |

## DEFENDANTS' MOTION TO RESCHEDULE SETTLEMENT CONFERENCE

Defendants Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company[1] ("Lincoln") file this Motion to Reschedule the Settlement Conference currently set for February 6, 2023, and allege as follows:

1.    On November 18, 2022, the Court entered a Show Cause Order (Document 22) requiring Plaintiff to respond by in writing by February 1, 2023, to show cause regarding her failure to attend the November 9, 2022, Status Conference (Document 21).  This Status Conference was set after the Court granted Plaintiff's counsel's Motion to Withdraw (Document 18 and 19) due to his inability to reach or communicate with his client.  At this point, it is uncertain whether the case will go forward.  Regardless, the February 6, 2023, setting for the

---

[1]    The correct name of the Defendant in this action is The Lincoln National Life Insurance Company.  The Lincoln National Life Insurance Company was previously a parent corporation of Lincoln Life Assurance Company of Boston, and Lincoln Life Assurance Company of Boston (f/k/a Liberty Life Assurance Company of Boston) was the issuer of the relevant life insurance policy.  However, Lincoln Life Assurance Company of Boston has now merged with The Lincoln National Life Insurance Company.  Accordingly, the named defendants in this action are one-in-the-same and "The Lincoln National Life Insurance Company" is the correct Defendant in this action.

Settlement Conference is not feasible under these circumstances.  Accordingly, Lincoln requests that the Court enter an order cancelling the current setting of the conference on February 6, 2023, to be reset at a later date, if necessary.

2.    Lincoln's counsel has been unable to reach Plaintiff to discuss this Motion and the rescheduling of the Settlement Conference.

## PRAYER

Lincoln requests that the Court enter an Order cancelling the February 6, 2023, Settlement Conference, to be reset at a later date, if necessary, and award Lincoln such other and further relief to which it may show itself entitled.

Respectfully submitted this 30th day of January 2023.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
Email:  iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main:  (214) 579-9319
Fax:  (469) 444-6456

-AND-

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*
Christopher K. Ralston (Bar #26706)
Lindsay Calhoun (Bar #35070)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email:  ralstonc@phelps.com
Email:  lindsay.calhoun@phelps.com

**COUNSEL FOR DEFENDANT**

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 5.2(e), I certify that on January 30, 2023, the undersigned attempted to contact Plaintiff, Sabrina White, to confer concerning the relief requested in this Motion but was unable to reach Plaintiff.

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2022, the above and foregoing Pleading was filed with the Clerk of Court by using the CM/ECF system and a copy has been sent via US Priority Mail to the following party:

Sabrina White
9163 Cedar Court
Baton Rouge, LA 70812

/s/   *Iwana Rademaekers*
         Iwana Rademaekers