**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SABRINA WHITE,** | **CIVIL ACTION NO.: 3:21-cv-00634-BAJ-SDJ** |
| **Plaintiff** | **JUDGE BRIAN A. JACKSON** |
| **vs.** | **MAG. JUDGE SCOTT D. JOHNSON** |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON & THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | |
| **Defendants** | |

**ORDER**

Considering the Motion to Reschedule the Settlement Conference filed by Defendants Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company, the Motion is granted. It is hereby ORDERED that the Settlement Conference set for February 6, 2023, is vacated and shall be reset at a later date, if necessary.

_____
UNITED STATES MAGISTRATE JUDGE