**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**


| | |
|---|---|
| **SABRINA WHITE,** | **CIVIL ACTION NO.: 3:21-cv-00634-BAJ-SDJ** |
| **Plaintiff** | **JUDGE BRIAN A. JACKSON** |
| **vs.** | **MAG. JUDGE SCOTT D. JOHNSON** |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON & THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | |
| **Defendants** | |


## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the Motion to Dismiss Plaintiff's Complaint Without Prejudice for Failure to Prosecute filed by Defendants Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company, the Motion is granted.  It is hereby ORDERED that this case is hereby DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

_____
UNITED STATES MAGISTRATE JUDGE