# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **SABRINA WHITE,** | **CIVIL ACTION NO.: 3:21-cv-00634-BAJ-SDJ** |
| **Plaintiff** | **JUDGE BRIAN A. JACKSON** |
| **vs.** | **MAG. JUDGE SCOTT D. JOHNSON** |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON & THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | |
| **Defendants.** | |

## MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE

Defendants Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company[1] ("Lincoln") file this *Memorandum in Support of Defendants' Motion to Dismiss Plaintiff's Complaint Without Prejudice for Failure to Prosecute*, and Lincoln hereby moves this Honorable Court to dismiss Plaintiff's Complaint without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. In support of this motion, Lincoln states as follows:

---

[1] The correct name of the Defendant in this action is The Lincoln National Life Insurance Company. The Lincoln National Life Insurance Company was previously a parent corporation of Lincoln Life Assurance Company of Boston, and Lincoln Life Assurance Company of Boston (f/k/a Liberty Life Assurance Company of Boston) was the issuer of the relevant life insurance policy. However, Lincoln Life Assurance Company of Boston has now merged with The Lincoln National Life Insurance Company. Accordingly, the named defendants in this action are one-in-the-same and "The Lincoln National Life Insurance Company" is the correct Defendant in this action.

# I.
# INTRODUCTION

This action was initiated by Plaintiff Sabrina White on November 30, 2021, alleging various claims against Lincoln.  The Court entered an order on August 1, 2022 (Document 17), setting deadlines for the filing of opening and reply briefs.  Plaintiff failed to file either by the deadline, and despite the Court's extension of the deadline, Plaintiff still failed to file any briefs.

Furthermore, on October 21, 2022, the Court entered an Order (Document 20) setting a Status Conference for November 9, 2022, to ensure that Plaintiff is aware of her obligations as a pro se litigant, as well as the upcoming deadlines in this litigation.  This Status Conference was set after the Court granted Plaintiff's counsel's Motion to Withdraw (Document 18 and 19) due to his inability to reach or communicate with his client.  However, Plaintiff failed to attend the November 9, 2022, Status Conference and the Court then entered a Show Cause Order (Document 22) on November 18, 2022, requiring Plaintiff to respond in writing by February 1, 2023, to show cause regarding her failure to attend the conference.  Plaintiff also failed to respond to that Show Cause Order.  Based on these failures, Defendant respectfully moves this Honorable Court to dismiss Plaintiff's Complaint for failure to prosecute pursuant to Rule 41(b).

# II.
# ARGUMENT

## A.    FAILURE TO FILE OPENING AND REPLY BRIEFS BY THE DEADLINES SET BY THE COURT IN THE COURT'S SCHEDULING ORDER

Pursuant to the Court's scheduling order, Plaintiff was required to file opening and reply briefs by certain deadlines.  Although Plaintiff's former counsel sent a copy of the October 11, 2022 order containing the briefing deadlines (See attachments to Motion to Withdraw as Counsel of Record, Document 18-2), Plaintiff failed to meet these deadlines.  And despite the Court's Order

setting a status conference to ensure that Plaintiff is aware of her obligations as a pro se litigant, as well as the upcoming deadlines in this litigation, Plaintiff still failed to file any briefs.

In addition to Plaintiff's failure to file briefs, Plaintiff also failed to respond to the Court's show cause order regarding her failure to attend a status conference. The Court issued the show cause order on November 18, 2022, and Plaintiff was required to respond by February 1, 2023. Plaintiff failed to respond by that date, or at any time thereafter.

A district court may dismiss an action for failure to prosecute or to comply with any order of the court. *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir.1988) (per curiam); Fed. R. Civ. P. 41(b). A plaintiff's failure to comply with a Court's Show Cause Order is sufficient grounds to dismiss the action. *Davila v. Wells Fargo Bank, N.A.,* 2022 U.S. Dist. LEXIS 121485 (W.D. Tex. July 11, 2022) (copy attached).

Here, Plaintiff's failure to file opening and reply briefs by the court-ordered deadlines, along with the failure to respond to the Show Cause Order, are clear examples of failure to prosecute. As such, Lincoln respectfully requests that this Honorable Court dismiss Plaintiff's Complaint pursuant to Rule 41(b).

Plaintiff has not responded to Lincoln's counsel requests to discuss this Motion. The undersigned notes that the basis stated in Plaintiff's counsel's Motion to Withdraw was his inability to contact or communicate with Plaintiff.

### III.
### CONCLUSION AND PRAYER

Plaintiff's failure to file opening and reply briefs by the court-ordered deadlines is a clear example of failure to prosecute. Furthermore, Plaintiff's failure to respond to the show cause order is a clear example of failure to comply with a court order. Therefore, Lincoln requests that the Court enter an Order dismissing Plaintiff's Complaint pursuant to Rule 41(b) of the Federal Rules

of Civil Procedure; award Lincoln its costs and attorneys' fees incurred in defending against

Plaintiff's Complaint; and grant such other relief as this Honorable Court deems just and proper.

Respectfully submitted this 26th day of June 2023.

**LAW OFFICES OF IWANA
RADEMAEKERS, P.C.**

*/s/ Iwana Rademaekers*

Iwana Rademaekers (Texas State Bar No. 16452560)
Admitted *Pro Hac Vice*
Email: iwana@rademaekerslaw.com
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456

-AND-

**PHELPS DUNBAR, LLP**

*/s/ Lindsay Calhoun*

Christopher K. Ralston (Bar #26706)
Lindsay Calhoun (Bar #35070)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, LA 70130
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: ralstonc@phelps.com
Email: lindsay.calhoun@phelps.com

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 5.2(e), I certify that on June 23, 2023, the undersigned attempted

to contact Plaintiff, Sabrina White, to confer concerning the relief requested in this Motion but was

unable to reach Plaintiff.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 26, 2023, the above and foregoing Pleading was filed with the

Clerk of Court by using the CM/ECF system and a copy has been sent via US Priority Mail to the

following party:

Sabrina White
9163 Cedar Court
Baton Rouge, LA 70812

/s/   *Iwana Rademaekers*
Iwana Rademaekers