## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

SABRINA WHITE

VERSUS

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON, et al.

CIVIL ACTION

NO. 21-634-JWD-SDJ

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Report and Recommendation of the Magistrate Judge issued on November 15, 2023 (Doc. 26), to which no objection was filed,

**IT IS ORDERED** that Defendants' Motion to Dismiss Plaintiff's Complaint Without Prejudice for Failure to Prosecute (Doc. 25) is GRANTED, and that Plaintiff's cause of action is DISMISSED without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on December 1, 2023.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**