# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

SABRINA WHITE

CIVIL ACTION

VERSUS

NO.  21-634-JWD-SDJ

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON, et al.

## JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, and DECREED** that judgment is entered, dismissing Plaintiff's cause of action, without prejudice, for failure to prosecute under Federal Rule of Civil Procedure 41(b).

Signed in Baton Rouge, Louisiana, on <u>December 1, 2023</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**